**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GREE, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:19-cv-00070-JRG-RSP |
| § | |
| SUPERCELL OY, § | |
| § | |
| *Defendant*. § | |

**ORDER**

Defendant Supercell filed a Motion for Summary Judgment of No Infringement of U.S. Patent No. 9,774,655. (Dkt. No. 196). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 335), recommending denial of Defendant's Motion for Summary Judgment. Defendant has now filed Objections (Dkt. No. 353) to the Report and Recommendation, with Plaintiff GREE, Inc. filing a Response. (Dkt. No. 370.)

After conducting a *de novo* review of the briefing on the Motion to Amend, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's Objections (Dkt. No. 353) and **ADOPTS** the Report and Recommendation (Dkt. No. 335), denying the Motion (Dkt. No. 196).

**So ORDERED and SIGNED this 21st day of August, 2020.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE