# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GREE, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:19-cv-00070-JRG-RSP |
| SUPERCELL OY, | § § § | |
| *Defendant*. | § § | |

## ORDER

Defendant Supercell filed a Motion for Partial Summary Judgment of No Direct Infringement of Certain Method, Systems, and Apparatus Claims. (Dkt. No. 193.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 342), recommending denial of Defendant's Motion for Summary Judgment. Defendant has now filed Objections (Dkt. No. 364), with Plaintiff GREE, Inc. filing a Response. (Dkt. No. 382.)

After conducting a *de novo* review of the briefing on the Motion to Amend, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Partial Summary Judgment (Dkt. No. 193) is **DENIED**.

**So ORDERED and SIGNED this 21st day of August, 2020.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE