**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GREE, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:19-cv-00070-JRG-RSP |
| SUPERCELL OY, | § § § | |
| *Defendant*. | § § § | |

## ORDER

Defendant Supercell filed a Motion for Summary Judgment of Invalidity of U.S. Patent No. 9,795,983 Under 35 U.S.C. § 102. (Dkt. No. 206.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 325), denying Defendant's Motion for Summary Judgment. Defendant has now filed Objections (Dkt. No. 351) to the Report and Recommendation, with Plaintiff GREE, Inc. filing a Response. (Dkt. No. 368.)

After conducting a *de novo* review of the briefing on the Motion for Summary Judgment, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous.

Accordingly, the Court **OVERRULES** Defendant's Objections, **ADOPTS** the Report and Recommendation, and **DENIES** the Motion for Summary Judgment (Dkt. No. 206).

**So ORDERED and SIGNED this 24th day of August, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE