IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GREE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SUPERCELL OY, <br><br> *Defendant*. | § § § § § § § § § § §   Case No. 2:19-cv-00070-JRG-RSP |

## ORDER

Defendant Supercell filed a Motion for Partial Summary Judgment of No Provisional Damages. (Dkt. No. 195.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 326), recommending denial of Defendant's Motion for Partial Summary Judgment. Defendant has now filed Objections (Dkt. No. 352) to the Report and Recommendation, with Plaintiff GREE, Inc. filing a Response. (Dkt. No. 369.)

After conducting a *de novo* review of the briefing on the Motion for Partial Summary Judgment, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous.

Consequently, the Court **OVERRULES** Defendant's Objections and **ADOPTS** Judge Payne's Report and Recommendation and **DENIES** the Motion for Partial Summary Judgment (Dkt. No. 195).

**So ORDERED and SIGNED this 24th day of August, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE