**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GREE, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:19-cv-00070-JRG-RSP |
| SUPERCELL OY, | § § | |
| *Defendant*. | § § § | |

## ORDER

Defendant Supercell Oy ("Defendant") previously filed a Motion to Strike the Testimony of GREE Inc.'s Technical Expert, Dr. Robert Akl, Relating to Improper Claim Constructions. (Dkt. No. 205.) Magistrate Judge Payne entered a Memorandum Order (Dkt. No. 346), denying Defendant's Motion to Strike. Defendant has now filed Objections (Dkt. No. 363) to the Memorandum Order, with Plaintiff GREE, Inc. filing a Response. (Dkt. No. 386.)

After reviewing the briefing on the Motion to Strike, Judge Payne's Memorandum Order, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** Defendant's Objections (Dkt. No. 363) and **ADOPTS** Judge Payne's Memorandum Order (Dkt. No. 346).

**So ORDERED and SIGNED this 24th day of August, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE