**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GREE, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Case No. 2:19-cv-00070-JRG-RSP |
| v. | § | |
| | § | |
| SUPERCELL OY, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

Plaintiff GREE, Inc. previously filed a Motion to Exclude Portions of Expert Testimony Pursuant to *Daubert* (Dkt. No. 199). Magistrate Judge Payne entered a Memorandum Order (Dkt. No. 357), granting-in-part as modified and denying-in-part Plaintiff's Motion to Exclude. Plaintiff has filed Objections (Dkt. No. 378) to the Memorandum Order, with Defendant Supercell Oy filing a Response. (Dkt. No. 409).

After reviewing the briefing on the Motion to Exclude, Judge Payne's Memorandum Order, and the briefing on Plaintiff's Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** Plaintiff's Objections (Dkt. No. 378) and **ADOPTS** Judge Payne's Memorandum Order (Dkt. No. 357).

**So ORDERED and SIGNED this 25th day of August, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE