**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| GREE, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | Case No. 2:19-cv-00070-JRG-RSP |
| v. § | |
| § | |
| SUPERCELL OY, § | |
| § | |
| *Defendant*. § | |

## ORDER

Defendant Supercell Oy previously filed its Motion for Summary Judgment of Invalidity for Failure to Claim Patent-Eligible Subject Matter Under 35 U.S.C. § 101 (Dkt. No. 197). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 366), denying Defendant's Motion for Summary Judgment. Defendant has filed Objections to the Report and Recommendation (Dkt. No. 398) and Plaintiff GREE, Inc. has filed a Response (Dkt. No. 443). Defendant also filed a Motion for Reconsideration (Dkt. No. 381), which Judge Payne also denied (Dkt. No. 437).

After conducting a *de novo* review of the briefing on Plaintiff's Motion for Summary Judgment, the Report and Recommendation, and the briefing on Defendant's Objections and Motion for Reconsideration, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous.

Consequently, the Court **OVERRULES** Defendant's Objections and **ADOPTS** the Report and Recommendation. Defendant's Motion for Summary Judgment (Dkt. No. 197) is **DENIED**.

**So ORDERED and SIGNED this 9th day of September, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE