IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GREE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:19-cv-00070-JRG-RSP |
| | § | |
| SUPERCELL OY, | § | |
| | § | |
| Defendant. | § | |
| | § | |

### ORDER

Defendant Supercell Oy previously filed a Motion for Summary Judgment of No Infringement of U.S. Patent Nos. 9,604,137 and 9,956,481. (Dkt. No. 200.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 355), recommending denial of Defendant's Motion for Summary Judgment. Plaintiff and Defendant have filed Objections to the Report and Recommendation (Dkt. Nos. 375, 379/395, respectively) and Responses (Dkt. Nos. 410, 415, respectively).

After reviewing the briefing on the Motion for Summary Judgment *de novo*, the Report and Recommendation, and the briefing on Plaintiff's and Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation.

Consequently, the Court **OVERRULES** Plaintiff's Objections (Dkt. No. 375), **OVERRULES** Defendant's Objections (Dkt. No. 379; Dkt. No. 395) and **ADOPTS** Judge Payne's Report and Recommendation (Dkt. No. 355). Furthermore, the Court finds Defendant's Motion to Strike Dr. Akl's Declaration (Dkt. No. 285) **MOOT**.

**So ORDERED and SIGNED this 9th day of September, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE