# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GREE, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Case No. 2:19-cv-00070-JRG-RSP |
| v. | § | Case No. 2:19-cv-00071-JRG-RSP |
| | § | |
| SUPERCELL OY, | § | |
| | § | |
| *Defendant*. | § | |

## MINUTES FOR JURY SELECTION/JURY TRIAL DAY ONE
## BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### September 10, 2020

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Adrienne Dellinger<br>Will Nilsson<br>Nate Legum |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

**OPEN: 9:28 a.m.**                                                                                         **ADJOURN: 5:11 p.m.**

| Time | Minutes |
|---|---|
| 9:28 a.m. | Court opened.  The Court gave preliminary instructions to the Jury. |
| 9:41 a.m. | Counsel announced ready for hearing and introduced co-counsel. |
| 10:28 a.m. | Voir dire examination by Ms. Smith. |
| 11:08 a.m. | Voir dire examination by Mr. Dacus. |
| 11:46 a.m. | Recess. |
| 11:55 a.m. | Bench conference re conferences |
| 12:20 p.m. | Court reconvened. |
| 12:25 p.m. | Recess.  Strikes to be turned in by 12:45 p.m. |
| 12:55 p.m. | Court reconvened. Jurors selected.  Remainder of panel excused. |
| 1:04 p.m. | Jurors sworn. |
| 1:16 p.m. | Lunch recess. |

| Time | Minutes |
|---|---|
| 2:29 p.m. | Court reconvened. Hearing outside the presence of the Jury. |
| 2:32 p.m. | Jurors returned to the Courtroom. Court's preliminary remarks to Jury. |
| 3:13 p.m. | Opening statement by Mr. Moore on behalf of Plaintiff. |
| 3:43 p.m. | Opening statement by Mr. Dacus on behalf of Defendant. |
| 4:10 p.m. | Plaintiff requested that the rule be invoked. |
| 4:12 p.m. | Jury excused for recess. |
| 4:29 p.m. | Court reconvened. |
| 4:30 p.m. | Jury returned to the courtroom. |
| 4:31 p.m. | Direct examination of Robert Akl, Ph.D. by Mr. Moore. |
| 5:11 p.m. | Jury excused. Hearing outside the presence of the Jury. Court adjourned. |