**09/10/2020, 09:00 AM**
**2:19-cv-00070-JRG-RSP**
**2:19-cv-00071-JRG-RSP**
**GREE, INC v. SUPERCELL OY**
**Jury Selection/Jury Trial**

PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Bryan Kohm | Supercell Oy |
| Michael Sacksteder | " |
| Deron Dacus | " |
| Malissa Smith | " |
| Steve Moore | GREE, Inc. |
| Taylor Ludlam | GREE, Inc. |
| Jessica Kaempf | Supercell Oy |
| Shannon Turner | " |
| Jon McMichael | " |
| Geoff Miller | " |
| Chris Larson | " |
| Michael Morlock | GREE, Inc. |