**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GREE, INC., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | Case No. 2:19-cv-00070-JRG-RSP | |
| v. § | Case No. 2:19-cv-00071-JRG-RSP | |
| § | | |
| SUPERCELL OY, § | | |
| § | | |
| *Defendant*. § | | |

**MINUTES FOR JURY TRIAL DAY TWO
BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
September 11, 2020**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Adrienne Dellinger<br>Will Nilsson<br>Nate Legum |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

**OPEN: 8:30 a.m.**                                                                                   **ADJOURN: 5:47 p.m.**

| Time | Minutes |
|---|---|
| 8:30 a.m. | Court opened. Exhibits used prior day read into the record by Ms. Ludlam, |
| 8:33 a.m. | Jury returned to the courtroom. Direct examination of Robert Akl, Ph.D. by Mr. Moore. |
| 10:00 a.m. | Recess. |
| 10:22 a.m. | Court reconvened. Direct examination of Robert Akl, Ph.D. by Mr. Moore. |
| 11:40 a.m. | Recess until 12:30 p.m. Hearing outside the presence of the Jury. |
| 11:45 p.m. | Recess |
| 12:42 p.m. | Court reconvened. Direct examination of Robert Akl, Ph.D. by Mr. Moore. |
| 1:10 p.m. | **Courtroom sealed**. Direct examination of Robert Akl, Ph.D. by Mr. Moore. |
| 1:43 p.m. | Cross examination of Robert Akl, Ph.D. by Mr. Sacksteder. |
| 1:47 p.m. | **Courtroom unsealed.** Cross examination of Robert Akl, Ph.D. by Mr. Sacksteder. |
| 2:28 p.m. | Recess. |

| Time | Minutes |
|---|---|
| 2:53 p.m. | Court reconvened. |
| 2:54 p.m. | Cross examination of Robert Akl, Ph.D. by Mr. Sacksteder. |
| 3:13 p.m. | Redirect examination of Robert Akl, Ph.D. by Mr. Moore. |
| 3:20 p.m. | Direct examination of Eiji Araki by Mr. Moore. |
| 4:02 p.m.. | Cross examination of Eiji Araki by Mr. Sacksteder. |
| 4:38 p.m. | Jury excused for recess.  Hearing outside the presence of the Jury. |
| 4:42 p.m. | Recess. |
| 4:58 p.m. | Court reconvened.  Hearing outside the presence of the Jury. |
| 5:00 p.m. | Jury returned to the courtroom. |
| 5:01 p.m. | Cross examination of Eiji Araki by Mr. Sacksteder. |
| 5:03 p.m. | Redirect examination of Eiji Araki by Mr. Sacksteder. |
|  | Court's instructions to Jury re video deposition. |
| 5:06 p.m. | Video deposition of Tadashi Nagano shown. |
| 5:22 p.m. | Video deposition of Masaru Takeuchi shown. |
| 5:45 p.m. | Jurors excused until 8:30 a.m. |
| 5:47 pm. | Court adjourned. |