## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GREE, INC., § § *Plaintiff*, § § § v. § § SUPERCELL OY, § § *Defendant*. § | Case No. 2:19-cv-00070-JRG-RSP Case No. 2:19-cv-00071-JRG-RSP |

### MINUTES FOR JURY TRIAL DAY THREE
### BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### September 14, 2020

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Adrienne Dellinger<br>Will Nilsson<br>Nate Legum |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

**OPEN: 8:52 a.m.**                                                                                          **ADJOURN: 6:01 p.m.**

| Time | Minutes |
|---|---|
| 8:52 a.m. | Court opened. Exhibits used prior day read into the record by Ms. Ludlam, |
| 8:54 a.m. | Jury returned to the courtroom. Direct examination of David Neal, Ph.D. by Ms. Smith. |
| 9:29 a.m. | Cross examination of David Neal, Ph.D. by Mr. Kohm. |
| 10:00 a.m. | Redirect examination of David Neal, Ph.D. by Ms. Smith. |
| 10:03 a.m. | Direct examination of Andrew Sheppard by Ms. Ludlam. |
| 10:15 a.m. | Cross examination of Andrew Sheppard by Mr. Sacksteder. |
| 10:47 a.m. | Parties passed the witness. Witness excused. |
| 10:49 a.m. | Recess. |
| 11:08 a.m. | Court reconvened. Hearing outside the presence of the Jury. |
| 11:09 a.m. | Jury returned to the courtroom. Video deposition of Jeff Ostler shown. |
| 11:24 a.m. | Video deposition of Stuart McGaw |

| Time | Minutes |
|---|---|
| 11:28 a.m. | Deposition of Rene Kivioja read into the record. |
| 11:32 a.m. | Video Deposition of Janne Peltola. |
| 11:41 a.m. | Video deposition Lauri Ahlgren. |
| 11:46 a.m. | Direct examination of Stephen Becker, Ph.D. by Ms. Ludlam. |
| 12:12 p.m. | Jury excused for lunch recess. |
| 12:14 p.m. | Hearing outside the presence of the jury.  Parties to meet and confer by 6:00 p.m. revised final jury instructions and verdict form. |
| 1:13 p.m. | Court reconvened.  Hearing outside the presence of the Jury. |
| 1:18 p.m. | Jury returned to the courtroom.  Direct examination of Stephen Becker, Ph.D. by Ms. Ludlam. |
| 2:03 p.m. | Cross examination of Stephen Becker, Ph.D. by Mr. Dacus. |
| 3:07 p.m. | Redirect examination of Stephen Becker, Ph.D. by Ms. Ludlam. |
| 3:11 p.m. | Recross examination of Stephen Becker, Ph.D. by Mr. Dacus. |
| 3:14 p.m. | Plaintiff rests.  Recess. Counsel to meet in chambers. |
| 3:51 p.m. | Court reconvened. |
| 3:52 p.m. | Jury returned to the Courtroom.  Direct examination of Gregory Kent Harper by Mr. Sacksteder. |
| 4:07 p.m. | Cross examination of Gregory Kent Harper by Mr. Moore. |
| 4:30 p.m. | Jury excused.  Witness excused. Hearing outside the presence of the Jury. |
| 4:37 p.m. | Jury and witness returned to the Courtroom.  Cross examination of Gregory Kent Harper by Mr. Moore. |
| 4:49 p.m. | Redirect examination of Gregory Kent Harper by Mr. Sacksteder. |
| 4:50 p.m. | Video deposition of Jon Franzas. |
| 4:53 p.m. | **Courtroom sealed.**  Video deposition paused. |
| 4:54 p.m. | Video deposition of Jon Franzas. |
| 5:24 p.m. | **Courtroom unsealed.** |
| 5:25 p.m. | Recess. |
| 5:35 p.m. | **Court reconvened.** |
| 5:36 p.m. | Video deposition of Lauri Ahlgren. |
| 5:59 p.m. | Jury excused until 8:30 a.m. |
| 6:00 p.m. | Hearing outside the presence of the Jury. |
| 6:01 p.m. | Court adjourned. |