IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| GREE, INC., | § | |
|---|---|---|
| | § | |
| *Plaintiff*, | § | |
| | § | Case No. 2:19-cv-00070-JRG-RSP |
| v. | § | Case No. 2:19-cv-00071-JRG-RSP |
| | § | |
| SUPERCELL OY, | § | |
| | § | |
| *Defendant*. | § | |

**MINUTES FOR JURY TRIAL DAY FOUR**
**BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
September 15, 2020

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Adrienne Dellinger |
| | Will Nilsson |
| | Nate Legum |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

**OPEN:** 8:32 a.m.                                                                                     **ADJOURN:** 5:58 p.m.

| Time | Minutes |
|---|---|
| 8:32 a.m. | Court opened.  Hearing outside the presence of the Jury.  Exhibits used prior day |
| 8:38 a.m. | Jury returned to the courtroom.  Video deposition of Eino Joas shown. |
| 9:26 a.m. | Video deposition of Masaki Fujimoto shown. |
| 9:53 a.m. | Recess. |
| 10:32 a.m. | Court reconvened.  Hearing outside the presence of the jury. |
| 10:34 a.m. | The Jury returned to the courtroom. Direct examination of Stacy Friedman by Mr. Kohm. |
| 10:49 a.m. | **Courtroom sealed.**  Direct examination of Stacy Friedman by Mr. Kohm. |
| 11:12 a.m. | **Courtroom unsealed.**  Direct examination of Stacy Friedman by Mr. Kohm. |
| 12:02 p.m. | **Recess.**  Hearing outside the presence of the Jury. |
| 12:03 p.m. | Recess. |
| 1:09 p.m. | Court reconvened. |

| Time | Minutes |
|---|---|
| 1:10 p.m. | Jury returned to the courtroom. Direct examination of Stacy Friedman by Mr. Kohm. |
| 1:34 p.m. | Cross examination of Stacy Friedman by Mr. Moore. |
| 2:03 p.m. | **Courtroom sealed.** Cross examination of Stacy Friedman by Mr. Moore. |
| 2:11 p.m. | **Courtroom unsealed.** Redirect examination of Stacy Friedman by Mr. Kohm. |
| 2:22 p.m. | Parties passed the witness. |
| 2:23 p.m. | Recess. |
| 2:44 p.m. | Court reconvened. |
| 2:45 p.m. | Jury returned to the courtroom.  Video deposition of Mark Claypool. |
| 3:00 p.m. | Video deposition paused.  **Courtroom sealed.** |
| 3:01 p.m. | Video deposition of Mark Claypool. |
| 3:33 p.m. | **Courtroom unsealed.**  Direct examination of Jose Zagal by Mr. Sacksteder. |
| 4:39 p.m. | Jury excused. |
| 4:40 p.m. | Recess |
| 4:54 p.m. | Court reconvened.  Jury returned to the courtroom. |
| 4:55 p.m. | Direct examination of Jose Zagal by Mr. Sacksteder. |
| 5:25 p.m. | Cross examination of Jose Zagal by Mr. Moore. |
| 5:50 p.m. | Redirect examination of Jose Zagal by Mr. Sacksteder. |
| 5:53 p.m. | Parties passed the witness.  Jury excused until 8:30 a.m. |
| 5:54 p.m. | Hearing outside the presence of the Jury.  Parties to file a short amendment to the Joint Final Pretrial Order.  Actual claims submitted to the Jury during the trial need to be included. Final Jury Instructions to be submitted to the Court in Word. |
| 5:58 p.m | Court adjourned. |