**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GREE, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Case No. 2:19-cv-00070-JRG-RSP |
| v. | § | Case No. 2:19-cv-00071-JRG-RSP |
| | § | |
| SUPERCELL OY, | § | |
| | § | |
| *Defendant*. | § | |

**MINUTES FOR JURY TRIAL DAY FIVE
BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
September 16, 2020**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Adrienne Dellinger<br>Will Nilsson<br>Nate Legum |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

**OPEN: 8:44 a.m.**                                        **ADJOURN: 5:57 p.m.**

| Time | Minutes |
|------|---------|
| 8:44 a.m. | Court reconvened.    Exhibits used prior day read into the record. |
| 8:48 a.m. | Jury returned to the courtroom.  Video deposition of Bob Klein. |
| 9:17 a.m. | Direct examination of Chris Bakewell by Mr. Dacus. |
| 9:51 a.m. | Cross examination of Chris Bakewell by Mr. Ludlam. |
| 10:06 a.m. | Redirect examination of Chris Bakewell by Mr. Dacus. |
| 10:09 a.m. | Defendant rests. |
| 10:10 a.m. | Jury excused for recess. |
| 10:28 a.m. | Court reconvened.  Hearing outside the presence of the Jury. |
| 10:30 a.m. | Jury returned to the courtroom.  Direct examination of Robert Akl by Mr. Moore. |
| 10:31 a.m. | **Courtroom sealed.**  Direct examination of Robert Akl by Mr. Moore. |
| 11:09 a.m. | **Courtroom unsealed.**  Direct examination of Robert Akl by Mr. Moore. |
| 11:40 a.m. | Cross examination of Robert Akl by Mr. Sacksteder. |
| 11:43 a.m. | **Courtroom sealed.** Cross examination of Robert Akl by Mr. Sacksteder. |
| 11:52 a.m. | **Courtroom unsealed.** Cross examination of Robert Akl by Mr. Sacksteder. |
| 12:01 p.m. | Redirect examination of Robert Akl by Mr. Moore. |
| 12:05 p.m. | Recross examination of Robert Akl by Mr. Sacksteder. |
| 12:06 p.m. | Parties passed the witness.  Plaintiff rests. |
| 12:08 p.m. | Jury excused until 8:30 a.m.  Hearing outside the presence of the Jury. |
| 12:13 p.m. | Recess. |
| 1:51 p.m. | Court reconvened.  Rule 50(a) motion hearing held.  Mr. Rinehart argued for Plaintiff as to Infringement of all five patents. Mr. Morlock, Mr. Absher, Ms. Koballa and Ms. Pfingst argued on behalf of Plaintiff.  Mr. McMichael and Ms. Kaempf argued on behalf of Defendant.  The Court DENIED the motions for the reasons set forth in the record. |
| 2:32 p.m. | Recess. |
| 5:32 p.m. | Court reconvened. Formal charge conference held.   Mr. Morlock argued for Plaintiff. Ms. Kaempf, Ms. Turner and Mr. Dacus argued for Defendant. |
| 5:53 p.m. | Exhibits to be read into the record.  Meet and confer by 6:00 a.m. re demonstratives. |
| 5:57 p.m. | Court adjourned. |