IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| GREE, INC., | § | |
|---|---|---|
| | § | |
| *Plaintiff*, | § | |
| | § | Case No. 2:19-cv-00070-JRG-RSP |
| v. | § | Case No. 2:19-cv-00071-JRG-RSP |
| | § | |
| SUPERCELL OY, | § | |
| | § | |
| *Defendant*. | § | |

**MINUTES FOR JURY TRIAL DAY SIX**
**BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
September 17, 2020

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Adrienne Dellinger |
| | Will Nilsson |
| | Nate Legum |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

**OPEN: 8:25 a.m.**                                                                                   **ADJOURN: 4:30 p.m.**

| Time | Minutes |
|---|---|
| 8:25 a.m. | Exhibits used prior day read into the record. |
| 8:30 a.m. | Jury returned to the courtroom. Court gave final instructions to the Jury. |
| 9:35 a.m. | Closing argument for Plaintiff by Mr. Moore. |
| 9:58 a.m. | Closing argument for Defendant by Mr. Sacksteder. |
| 10:36 a.m. | Rebuttal closing argument by Mr. Moore. |
| 10:53 a.m. | Court's final instructions to the Jury |
| 4:00 p.m. | Court reconvened. Received notes from Jury. Hearing outside the presence of the Jury. Response and exhibits sent back. |
| 4:30 p.m. | Jury returned to the courtroom to view video. Jury retired to continue deliberations. Recess. |