```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
 2                      MARSHALL DIVISION

 3
   GREE, INC.,                   )(   CIVIL ACTION NOS.
 4                               )(   2:19-CV-70-JRG-RSP
          PLAINTIFFS,            )(   2:19-CV-71-JRG-RSP
 5                               )(
          VS.                    )(
 6                               )(   MARSHALL, TEXAS
   SUPERCELL OY,                 )(   SEPTEMBER 10, 2020
 7                               )(   12:55 P.M.
          DEFENDANTS.            )(
 8

 9               TRANSCRIPT OF JURY TRIAL

10              VOLUME 2 - AFTERNOON SESSION

11        BEFORE THE HONORABLE JUDGE RODNEY GILSTRAP

12            UNITED STATES CHIEF DISTRICT JUDGE

13

14   APPEARANCES:

15

16   FOR THE PLAINTIFFS:

17

18   MR STEVEN D. MOORE
     KILPATRICK TOWNSEND & STOCKTON LLP
19   Two Embarcadero Center, Suite 1900
     San Francisco, CA 94111
20

21   MS. TAYLOR HIGGINS LUDLAM
     KILPATRICK TOWNSEND & STOCKTON LLP
22   4208 Six Forks Road
     Raleigh, NC 27609
23

24

25
```

```
 1   FOR THE PLAINTIFF:

 2

 3   MR. ALTON L. ABSHER III
     KILPATRICK TOWNSEND & STOCKTON LLP
 4   1001 West Fourth Street
     Winston-Salem, NC 27101
 5

 6   MR. MICHAEL T. MORLOCK
     KILPATRICK TOWNSEND & STOCKTON LLP
 7   1100 Peachtree Street, NE
     Suite 2800
 8   Atlanta, GA 30309

 9
     MS. TAYLOR J. PFINGST
10   KILPATRICK TOWNSEND & STOCKTON LLP
     Two Embarcadero Center, Suite 1900
11   San Francisco, CA 94111

12
     MS. MELISSA R. SMITH
13   GILLAM & SMITH, LLP
     303 South Washington Avenue
14   Marshall, TX 75670

15

16   FOR THE DEFENDANT:

17

18   MR. MICHAEL J. SACKSTEDER
     MR. BRYAN A. KOHM
19   MR. CHRISTOPHER L. LARSON
     MS. SHANNON E. TURNER
20   FENWICK & WEST LLP
     555 California Street, 12th Floor
21   San Francisco, CA 94104

22
     MR. GEOFFREY R. MILLER
23   FENWICK & WEST LLP
     902 Broadway, Suite 14
24   New York, NY 10010

25
```

```
1    FOR THE DEFENDANT:

2
     MS. JESSICA M. KAEMPF
3    MR. JONATHAN T. MCMICHAEL
     FENWICK & WEST LLP
4    1191 Second Ave., 10th Floor
     Seattle, WA 98101
5

6    MR. DERON DACUS
     THE DACUS FIRM, P.C.
7    821 ESE Loop 323, Suite 430
     Tyler, TX 75701
8

9

10

11

12   COURT REPORTER:    Ms. Shelly Holmes, CSR, TCRR
                        Official Court Reporter
13                      United States District Court
                        Eastern District of Texas
14                      Marshall Division
                        100 E. Houston
15                      Marshall, Texas  75670
                        (903) 923-7464
16

17
     (Proceedings recorded by mechanical stenography, transcript
18   produced on a CAT system.)

19

20

21

22

23

24

25
```

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          | 1  | P R O C E E D I N G S                                        |
| 12:55:28 | 2  | (Venire panel in.)                                           |
| 12:55:28 | 3  | COURT SECURITY OFFICER:  All rise.                           |
| 12:55:29 | 4  | THE COURT:  Be seated, please.                               |
| 12:55:30 | 5  | All right.  Ladies and gentlemen, if you will                |
| 12:55:47 | 6  | listen carefully, and as your name is called, if you'll      |
| 12:55:52 | 7  | come forward and take a seat in the jury box.                |
| 12:55:55 | 8  | Before the names are called, let me mention to you           |
| 12:55:57 | 9  | that we're going to seat eight jurors.  I'd like the first   |
| 12:56:02 | 10 | four on the front row of the jury box and the second four    |
| 12:56:08 | 11 | on the second row of the jury box.                           |
| 12:56:09 | 12 | And if the first person called will go to the                |
| 12:56:16 | 13 | front row and go all the way to the end, there -- there      |
| 12:56:19 | 14 | should be a plastic face shield in each chair where you're   |
| 12:56:24 | 15 | going to sit.  If you'll sit in a chair with a plastic face  |
| 12:56:28 | 16 | shield, that will leave a vacant chair between you and the   |
| 12:56:31 | 17 | next person.                                                 |
| 12:56:32 | 18 | I can't see from where I'm sitting where they are,           |
| 12:56:37 | 19 | but I can now tell.  So if the first person called will go   |
| 12:56:41 | 20 | to the last seat on the first row, second person will go to  |
| 12:56:45 | 21 | the third seat from the end, and leave a seat between you.   |
| 12:56:48 | 22 | The first four on the front row, the second four on the      |
| 12:56:51 | 23 | back row.  And I believe on the back row, the last seat on   |
| 12:57:00 | 24 | that row has a face shield in it or -- or --                 |
| 12:57:07 | 25 | COURT SECURITY OFFICER:  It does.                            |

| | | |
|---|---|---|
| 12:57:08 | 1 | THE COURT:  It does?  So that's where you should |
| 12:57:11 | 2 | sit on the back row. |
| 12:57:12 | 3 | All right.  And if you will throughout the trial, |
| 12:57:14 | 4 | maintain those same seats in the same order, that would be |
| 12:57:18 | 5 | helpful. |
| 12:57:19 | 6 | All right.  Ms. Lockhart, I'll ask you to announce |
| 12:57:23 | 7 | the names of our eight jurors, please. |
| 12:57:28 | 8 | COURTROOM DEPUTY:  Laura Smith, Stacy Adams, Maria |
| 12:57:42 | 9 | Derrick, Patricia McCoy, Eleanor Brown, Terry Cato, Rachel |
| 12:58:07 | 10 | Leathers, and Stephanie Ball. |
| 12:58:22 | 11 | THE COURT:  All right.  Those of you on the panel |
| 12:58:38 | 12 | that were not selected, I'm about to excuse you at this |
| 12:58:43 | 13 | time.  But before I do, I want to take a minute and tell |
| 12:58:48 | 14 | you how very much the Court, the court staff, the parties, |
| 12:58:54 | 15 | the lawyers, everyone involved in this process appreciates |
| 12:58:58 | 16 | you being here today and presenting yourself for jury |
| 12:59:02 | 17 | service. |
| 12:59:03 | 18 | Even though you weren't selected, every one of you |
| 12:59:06 | 19 | had places to be today and things to do that were important |
| 12:59:10 | 20 | in your respective lives, and you set those other things |
| 12:59:14 | 21 | aside and you sacrificed to come and be here and present |
| 12:59:18 | 22 | yourselves as good citizens for jury duty. |
| 12:59:21 | 23 | And even though you weren't selected, I want you |
| 12:59:24 | 24 | to understand that you made the process possible.  If you |
| 12:59:27 | 25 | had not been here, we would not have been able to seat this |

| | | |
|---|---|---|
| 12:59:31 | 1 | jury from among you.  And we would not be able to begin |
| 12:59:37 | 2 | this trial.  Every one of you have rendered very real and |
| 12:59:41 | 3 | important public service about which you should each |
| 12:59:43 | 4 | justifiably be -- be pleased. |
| 12:59:47 | 5 | Now, once I excuse you, you will be released from |
| 12:59:50 | 6 | any instructions I have given you previously.  I'm going to |
| 12:59:54 | 7 | let you leave the courtroom.  I'm going to ask our Court |
| 12:59:58 | 8 | Security Officers to basically free you up one row at a |
| 01:00:00 | 9 | time so that all of you don't get up at one big bunch and |
| 01:00:04 | 10 | walk out of the courtroom. |
| 01:00:06 | 11 | Also, ladies and gentlemen, if you will see the |
| 01:00:09 | 12 | clerk's office on the way out, they're going to want to |
| 01:00:11 | 13 | recover these very expensive numbers that you have pinned |
| 01:00:14 | 14 | to your chest.  And they'll be available to answer any |
| 01:00:17 | 15 | questions that you have about your service today. |
| 01:00:21 | 16 | If you need a written excuse for an employer, |
| 01:00:23 | 17 | anything of that type that you need, please see |
| 01:00:26 | 18 | Ms. Clendening and the staff in the clerk's office. |
| 01:00:29 | 19 | They'll be more than happy to help you. |
| 01:00:32 | 20 | But, again, ladies and gentlemen, thank you so |
| 01:00:35 | 21 | very much for being here.  We rely on you as good citizens |
| 01:00:38 | 22 | to do what you've done, and that's sacrifice and be present |
| 01:00:42 | 23 | and present yourselves as you have. |
| 01:00:43 | 24 | With the thanks of the Court and everyone else |
| 01:00:46 | 25 | here, you are now excused. |

| | | |
|---|---|---|
| 01:01:20 | 1 | COURT SECURITY OFFICER:  All rise. |
| 01:01:21 | 2 | (Venire Panel out.) |
| 01:02:35 | 3 | THE COURT:  Please be seated. |
| 01:03:12 | 4 | All right.  Members of the jury, at this time, I'm |

01:03:19  5  going to ask you to stand, and I'll ask our courtroom

01:03:23  6  deputy, Ms. Lockhart, to administer the oath to you as

01:03:26  7  members of this jury.

01:03:28  8       (Jurors sworn.)

01:03:40  9       THE COURT:  Please be seated.

01:03:43  10       Ladies and gentlemen of the jury -- and, Mr. Cato,

01:03:49  11  I understand you're the only man on this jury, but I'm not

01:03:52  12  going to say ladies and gentleman.  I'll say ladies and

01:03:56  13  gentlemen, I'm sure, just out of habit.  So please just

01:04:00  14  accept it as that.

01:04:01  15       But, ladies and gentlemen, I'm about to excuse you

01:04:04  16  for lunch.  But before I do, I have a few short

01:04:07  17  instructions I need to give you, but they're important, and

01:04:10  18  I want to go over them with you now.

01:04:12  19       First of all, before you leave the courthouse

01:04:14  20  today, I'm going to ask you to find a convenient time to

01:04:21  21  let Ms. Clendening in the clerk's office have your personal

01:04:25  22  cell phone number.  There are possibilities out there that

01:04:28  23  I have no idea whether they will or won't occur, but if we

01:04:32  24  needed to reach you at any point before you drove to

01:04:35  25  Marshall during the course of this trial, we need to have a

01:04:39  1   cell phone number where we could get ahold of you.

01:04:41  2        She won't keep them.  They'll be destroyed once

01:04:44  3   the trial is over, but please make sure you give

01:04:47  4   Ms. Clendening a good working cell phone number for you

01:04:50  5   where you can be reached if we needed you for any reason.

01:04:54  6        Also, ladies and gentlemen, let me give you -- all

01:04:58  7   these instructions are important.  This one is probably the

01:05:00  8   most important -- or at least in my view it is.  Do not

01:05:01  9   discuss this case with anyone.

01:05:05  10       And let me explain that to you.  At the end of

01:05:08  11  this trial, you're going to be given a list of questions to

01:05:12  12  answer.  And the answers to those questions will constitute

01:05:16  13  the jury's verdict in this case.  And it is absolutely

01:05:20  14  essential that when you come to that point of answering

01:05:24  15  those questions, that the only information you have to draw

01:05:30  16  upon is the evidence that's presented under oath and

01:05:35  17  subject to cross-examination in this courtroom.

01:05:38  18       That means the sworn testimony of the witnesses

01:05:40  19  and the exhibits and documents that the Court has admitted

01:05:44  20  into evidence under the Rules of Evidence.

01:05:47  21       You must not have any other information before you

01:05:52  22  or to be called upon by you as a part of answering those

01:05:57  23  questions.  If you do, it will call into jeopardy and risk

01:06:01  24  the entirety of the proceeding and may raise the prospect

01:06:06  25  of having to start over with a new jury and try the case

01:06:10   1   all over again from the beginning.

01:06:12   2           It is an absolutely fundament -- fundamental

01:06:20   3   principle of this process that your answers to the

01:06:22   4   questions in that verdict form, which by the way when it

01:06:25   5   comes to that point, I will tell you, are going to have to

01:06:28   6   be unanimous answers -- your unanimous, all eight members'

01:06:32   7   answers to those questions must have as their source of

01:06:35   8   information upon which to draw on only the sworn testimony

01:06:38   9   given in open court, subject to cross-examination during

01:06:43  10   this trial, and the exhibits which the Court admits into

01:06:45  11   evidence.  That is it.

01:06:47  12           And if there's anything else that comes into the

01:06:51  13   process, it risks and jeopardizes the entirety of what

01:06:56  14   we're doing.  Therefore, you must not discuss this case

01:06:59  15   with anyone.

01:07:00  16           And that means, ladies and gentlemen, until you've

01:07:03  17   heard all the evidence and until I instruct you to retire

01:07:06  18   to the jury room and deliberate on your verdict, you must

01:07:11  19   not discuss anything about this case with each other.

01:07:15  20           Now, when you've heard all the evidence and when I

01:07:18  21   instruct you to retire to the jury room and to deliberate

01:07:22  22   on your verdict, at that point everything shifts.  And at

01:07:27  23   that point you must discuss the case with each other.  But

01:07:32  24   until that point, you may not under any circumstances

01:07:36  25   discuss this case with yourselves or anyone else.

| | | |
|---|---|---|
| 01:07:39 | 1 | And when I say discuss the case, I mean |
| 01:07:43 | 2 | communicate about it in the broadest sense of the term. |
| 01:07:47 | 3 | For example, unless you live alone, when you get |
| 01:07:50 | 4 | home tonight, whoever is in that house, the first question |
| 01:07:55 | 5 | out of their mouth is going to be, tell me what happened in |
| 01:07:58 | 6 | federal court in Marshall today.  You cannot even try to |
| 01:08:02 | 7 | answer that question, because if you do, you will almost |
| 01:08:05 | 8 | assuredly violate this instruction that I'm giving you. |
| 01:08:09 | 9 | So when that happens, just tell whoever it is that |
| 01:08:12 | 10 | asks that question, I'm sorry, that very serious Judge in |
| 01:08:18 | 11 | Marshall told me not to even try to answer that question, |
| 01:08:21 | 12 | and he told me when the case was over and I had been |
| 01:08:24 | 13 | released, I could talk about it with you if I wanted to, |
| 01:08:27 | 14 | but not until then. |
| 01:08:28 | 15 | So, please, don't even try to answer that |
| 01:08:32 | 16 | question, because it will be asked, I just guarantee you. |
| 01:08:35 | 17 | Unless you live alone, whoever is there is going to ask |
| 01:08:38 | 18 | that question when you get home tonight. |
| 01:08:40 | 19 | Also, when I say don't discuss the case, don't |
| 01:08:43 | 20 | communicate about it in the broadest sense of the term. |
| 01:08:46 | 21 | That means, not only verbally, that means don't email about |
| 01:08:49 | 22 | it, don't text about it, don't tweet on Twitter, or post on |
| 01:08:54 | 23 | Facebook or use Instagram or any other electronic means, |
| 01:08:59 | 24 | any social media whatsoever.  That is communicating in the |
| 01:09:03 | 25 | same sense as talking to your spouse or to a neighbor about |

01:09:07  1   this case.  Don't communicate in any way about anything

01:09:10  2   regarding this case.

01:09:13  3          Also, when I say don't communicate about the case,

01:09:16  4   that means don't try to find out anything about anything

01:09:24  5   related to the case except that information that you

01:09:26  6   receive in those chairs in this jury box in this courtroom

01:09:29  7   during this trial.

01:09:31  8          That means, ladies and gentlemen, don't go home

01:09:33  9   and get on the Internet and Google Supercell or GREE or any

01:09:38 10   of these games or any of these lawyers or me or anything

01:09:43 11   else about this case.

01:09:45 12          Don't communicate.  Don't do any research.  Don't

01:09:48 13   talk about, don't use any social media, don't in the

01:09:53 14   broadest sense of the term, communicate about this case in

01:09:56 15   any way.  Because if any of you do, it will jeopardize the

01:10:01 16   entirety of the process.

01:10:02 17          As a matter of fact, ladies and gentlemen, I'm

01:10:04 18   going to ask you when you come to the courthouse tomorrow

01:10:08 19   not to bring your cell phones with you.  You can leave them

01:10:12 20   in your car if you need them.  If you're expecting an

01:10:15 21   important message for something that you do in your

01:10:18 22   business and you need to have a chance to check your email

01:10:21 23   on your phone in your car, we'll allow you to do that.

01:10:24 24          But if you have those miniature computers that you

01:10:27 25   hold in your hand with you in the jury room, you're going

01:10:29  1   to be tempted -- or some people will be tempted -- to do a

01:10:32  2   search about something that they've never heard of before

01:10:35  3   that they just heard about in the courtroom during the

01:10:37  4   trial.  That's improper.

01:10:38  5         So don't bring your cell phones or any tablets or

01:10:42  6   any electronic devices with you when you come to court

01:10:47  7   tomorrow.  Either leave them at home, or leave them in your

01:10:51  8   vehicles.

01:10:51  9         Now, you need to understand the lawyers will have

01:10:53  10  iPads and laptops and cell phones with them.  In today's

01:10:58  11  world, those are tools of the trade, and they're entitled

01:11:00  12  to use them as a part of presenting their case during this

01:11:04  13  trial.

01:11:05  14        They're also under very strict instructions from

01:11:07  15  me to keep them on silent at all times.  And if any of them

01:11:11  16  or anybody in the gallery's devices interrupt or disrupt

01:11:15  17  this proceeding, I'll take very direct action.

01:11:18  18        But let me return to my primary instruction.  Do

01:11:23  19  not discuss or communicate with anyone in any way about

01:11:26  20  anything related to this case.

01:11:28  21        And I'll -- I'll tell you this, ladies and

01:11:30  22  gentlemen.  This is so important.  You're going to hear it

01:11:34  23  from me time after time.  Just about every time you get up

01:11:39  24  out of those chairs and walk out of that jury box, you're

01:11:42  25  going to hear me say, don't communicate with anyone in any

01:11:45  1   way about this case.  I promise you, you're going to be

01:11:47  2   tired of hearing this from me by the time this trial is

01:11:50  3   over.  But I'm going to repeat it as many times as I can

01:11:53  4   because it is so absolutely foundational to the jury trial

01:11:58  5   process and fundamental to this being a fair and impartial

01:12:02  6   trial.  So just be warned, you're going to hear this from

01:12:06  7   me over and over again.

01:12:07  8           Also, ladies and gentlemen, I don't know if it

01:12:13  9   will happen as a part of this trial, it rarely does, but

01:12:16  10  this is an important case, and these are significant

01:12:19  11  parties.  And let me just say there are no insignificant

01:12:23  12  cases that make it to trial in a United States District

01:12:25  13  Court.

01:12:27  14          Therefore, it is possible, not likely, but it is

01:12:32  15  possible that some outside third party might approach you

01:12:36  16  or approach someone close to you and try to influence how

01:12:40  17  you might decide this case.

01:12:42  18          If there's anything that happens before I've

01:12:46  19  accepted your verdict and discharged you as jurors, if

01:12:49  20  there's anything before then that happens that you in any

01:12:54  21  way feel is improper or something that it shouldn't be or

01:12:58  22  untoward in any way, then you should let Ms. Clendening

01:13:01  23  know immediately, she'll advise me, and the Court will deal

01:13:06  24  with it.  I don't think it's likely, but this is not an

01:13:09  25  insignificant case.  And you should be aware of that.

01:13:11   1          Lastly, ladies and gentlemen, before I let you go

01:13:14   2   to lunch, over the course of this trial, because of where

01:13:18   3   we are, because this is a relatively small United States

01:13:23   4   District Courthouse, because it opens directly on to the

01:13:27   5   town square here in Marshall, there are going to be times

01:13:30   6   over the course of this trial where as you come in the

01:13:33   7   mornings, as you leave in the evenings, as we have a break

01:13:36   8   for lunch or recess, you may come close by one or more of

01:13:40   9   these lawyers, one or more of the witnesses, or one or more

01:13:43   10  of the corporate representatives, or somebody affiliated

01:13:47   11  with one or the other side of the case.

01:13:53   12         When that happens, you will have your little badge

01:13:56   13  on that says juror, and they're not going to talk to you if

01:13:59   14  you have a badge on that says juror.  And if you walk right

01:14:02   15  by them first thing in the morning, they're not going to

01:14:05   16  smile and say, good morning, how are you today?  They're

01:14:07   17  not going to be friendly and gregarious like we always are

01:14:12   18  in East Texas, but that's because I've instructed them not

01:14:16   19  to.

01:14:16   20         And that's because the only communications that

01:14:19   21  you should have and have before you as a part of your job

01:14:21   22  as jurors in answering the questions in the verdict form

01:14:25   23  unanimously must come from the sworn testimony in this

01:14:28   24  trial and the exhibits which I admit into evidence and

01:14:32   25  nothing else.

01:14:33   1          So don't think when that happens, if Ms. Smith or

01:14:37   2   Mr. Dacus or any of these other people would otherwise act

01:14:41   3   in a way that you might think is rude or unfriendly, don't

01:14:45   4   think they're being rude or unfriendly.  They're not.

01:14:48   5   They're simply following the Court's instructions.  And so

01:14:50   6   you need to be aware of that.

01:14:52   7          Now, I have 15 minutes after 1:00 o'clock.  Your

01:14:56   8   lunch should be waiting for you in the jury room.  I'm

01:14:59   9   going to recess until 2:00 p.m., and if you'll have lunch

01:15:04  10   over the next 45 minutes, we'll reconvene as close to 2:00

01:15:08  11   p.m. as possible.  And at that time, I'll have additional

01:15:11  12   preliminary jury instructions to give you.

01:15:14  13          Following that, counsel for the Plaintiff will

01:15:17  14   present their opening statement, and then Defendant will

01:15:21  15   present their opening statement.  And then after that, the

01:15:24  16   Plaintiff will call its first witness, and we'll begin the

01:15:27  17   evidence in the trial.

01:15:27  18          Over this lunch break, please take those plastic

01:15:31  19   face shields with you and take a moment to remove the film

01:15:34  20   on each side and have them available so that when you come

01:15:38  21   back at 2:00 o'clock, we can replace the masks with the

01:15:42  22   face shields, as I talked about with you earlier.

01:15:44  23          If you personally feel very strongly that you

01:15:46  24   should keep the mask on, then please put the face shield

01:15:50  25   on, as well, and leave the mask.  But unless you feel very

01:15:53   1   strongly about it, it's important for these lawyers, and

01:15:56   2   for the Court for that matter, to be able to see your face

01:15:58   3   and your expression as this evidence is presented, just

01:16:02   4   like it's important for you to see the lawyers' faces as

01:16:04   5   they present the evidence, and that's why when they address

01:16:07   6   you, they won't be masked either.

01:16:09   7        All right.  With those instructions, ladies and

01:16:14   8   gentlemen, you are excused to the jury room for lunch.

01:16:18   9        COURT SECURITY OFFICER:  All rise.

01:16:19   10       (Jury out.)

01:16:20   11       THE COURT:  All right.  Counsel, the Court stands

01:16:51   12   in recess until 2:00 p.m.

01:16:55   13       (Recess.)

02:28:17   14       (Jury out.)

02:28:17   15       COURT SECURITY OFFICER:  All rise.

02:28:51   16       THE COURT:  Be seated, please.

02:28:52   17       Counsel, before I bring in the jury and begin with

02:29:20   18   my preliminary instructions, followed by your opening

02:29:23   19   statements, and because Judge Payne handled the pre-trial

02:29:28   20   on this, I want to make sure that we're on the same page

02:29:33   21   with at least regard to one logistical matter.

02:29:38   22       I'm not going to have bench conferences at the

02:29:42   23   bench during this trial.  As much as I like your smiling

02:29:47   24   faces, I don't want six lawyers six inches from my face

02:29:50   25   here at the side of the bench whispering.

02:29:52   1          If you feel compelled to raise an issue with the

02:29:55   2    Court outside the presence of the jury, then I will send

02:29:58   3    the jury out, and we'll have whatever would have been an

02:30:01   4    at-the-bench conference in open court.

02:30:03   5          That's problematic for a couple reasons, not at

02:30:10   6    least of which is the delay in time and disruption that it

02:30:15   7    causes.  So I'm going to ask you to use your very best

02:30:17   8    efforts to minimize the need to come to the bench during

02:30:19   9    the course of the trial.

02:30:21   10          I have tried some cases where I thought the

02:30:23   11   lawyers were going to wear a hole in the carpet coming back

02:30:27   12   and forth to the bench so many times.  That does not need

02:30:30   13   to happen here.

02:30:31   14          And if we have bench conferences where to

02:30:34   15   effectuate that I have to send the jury out, have -- take

02:30:37   16   up the matter with you here in the courtroom on the record,

02:30:39   17   and then bring the jury back, the loser, in my view, of

02:30:44   18   that exchange will have the time it took to do all that

02:30:47   19   charged against their trial time.

02:30:48   20          So just know those are going to be the rules going

02:30:51   21   forward with regard to approaching the bench.

02:30:54   22          Are there any questions from counsel before I

02:30:58   23   bring in the jury and begin with the Court's preliminary

02:31:01   24   jury instructions?

02:31:03   25          MR. MOORE:  No, Your Honor.

02:31:04   1        MR. DACUS:  No, Your Honor.

02:31:05   2        THE COURT:  All right.  Let's bring in the jury,

02:31:08   3   please.

02:31:08   4        COURT SECURITY OFFICER:  Yes, sir.

02:31:09   5        All rise.

02:31:10   6        (Jury in.)

02:31:47   7        THE COURT:  Welcome back, ladies and gentlemen of

02:31:52   8   the jury.  Please have a seat.

02:31:54   9        Ladies and gentlemen, I now have some preliminary

02:32:03  10   instructions that I need to give you on the record before

02:32:06  11   we start with the opening statements from the lawyers and

02:32:10  12   then after their opening statements, get on to the evidence

02:32:12  13   in the case.

02:32:13  14        You have now been sworn as the jurors in this

02:32:18  15   case, and as the jury, you are the sole judges of the

02:32:21  16   facts.  And as such, you will decide and determine all the

02:32:25  17   facts in this case.

02:32:27  18        As the Judge, I will give you instructions on the

02:32:29  19   law.  I will decide any questions of law that arise during

02:32:33  20   the course of the trial.  I'll handle all matters related

02:32:36  21   to evidence and procedure.  And I'm also responsible for

02:32:40  22   maintaining an efficient flow of the evidence over the

02:32:43  23   course of the trial and maintaining the decorum of the

02:32:47  24   courtroom.

02:32:47  25        At the end of the evidence, I'll give you detailed

02:32:50  1  instructions about the law to apply in deciding this case,

02:32:56  2  and I'll give you a list of questions that you are then to

02:32:58  3  answer.

02:32:59  4          And as I mentioned, this list of questions is

02:33:02  5  called the verdict form, and your answers to those

02:33:05  6  questions will need to be unanimous, and those unanimous

02:33:09  7  answers will constitute the jury's verdict in this case.

02:33:15  8          Now, let me briefly tell you what this case is

02:33:17  9  about.

02:33:18  10         As you know, this case involves a dispute

02:33:20  11  regarding certain United States patents.  I know that

02:33:25  12  you've all seen the patent video produced by the Federal

02:33:31  13  Judicial Center, but I need to give you some additional

02:33:33  14  instructions now and on the record about a patent and how

02:33:36  15  one is obtained.

02:33:37  16         Patents are either granted or denied by the United

02:33:42  17  States Patent and Trademark Office.  That's sometimes

02:33:46  18  referred to simply as the PTO for short.

02:33:49  19         A valid United States patent gives the holder the

02:33:52  20  right for up to 20 years from the date the patent

02:33:55  21  application is filed to prevent others from making, using,

02:34:00  22  offering to sell, or selling the patented invention within

02:34:05  23  the United States or from -- or from importing it into the

02:34:08  24  United States without the patentholder's permission.

02:34:12  25         A patent is a form of property called intellectual

02:34:16  1  property.  And like other forms of property, a patent can

02:34:21  2  be bought and can be sold.

02:34:23  3        A violation of the patentholder's rights is called

02:34:25  4  infringement.  A patentholder may try to enforce a patent

02:34:29  5  against persons it believes to be infringers by filing a

02:34:33  6  lawsuit in federal court, and that's what we have in this

02:34:37  7  case.

02:34:37  8        The process of obtaining a patent is called patent

02:34:41  9  prosecution.  To obtain a patent, one must first file an

02:34:46  10  application with the PTO.  The PTO is an agency of the

02:34:51  11  United States Government.

02:34:53  12       Technically, ladies and gentlemen, it's a branch

02:34:54  13  of the United States Department of Commerce.  The PTO

02:34:59  14  employs trained examiners who review the applications for

02:35:04  15  patents.

02:35:04  16       The patent application, as submitted to the PTO,

02:35:10  17  includes within it what's called a specification.  The

02:35:14  18  specification contains a written description of the claimed

02:35:18  19  invention telling what it is, how it works, how to make it,

02:35:22  20  and how to use it.

02:35:24  21       The specification concludes or ends with one or

02:35:28  22  more numbered sentences.  These numbered sentences that

02:35:32  23  follow the specification are called the patent claims.  And

02:35:35  24  when a patent is granted by the Patent and Trademark

02:35:38  25  Office, it's the claims, ladies and gentlemen, that define

02:35:42  1  the boundaries of the patent's protection and give notice

02:35:45  2  to the public of those boundaries.

02:35:48  3        Patent claims may exist in two forms referred to

02:35:53  4  as independent claims and dependent claims.

02:35:57  5        An independent patent claim does not refer to any

02:36:00  6  other claim in the patent.  It's independent.  It stands

02:36:04  7  alone.  It's not necessary to look at any other claim in

02:36:08  8  the patent to determine what an independent claim covers.

02:36:10  9        However, a dependent claim refers to at least one

02:36:16  10  other claim in the patent.  A dependent claim includes each

02:36:21  11  of the limitations or elements of that other claim or

02:36:24  12  claims from which it refers, or as we sometimes say from

02:36:29  13  which it depends, as well as the additional limitations or

02:36:33  14  elements recited within the dependent claim itself.

02:36:36  15        Therefore, to determine what a dependent patent

02:36:41  16  claim covers, it's necessary to look at both the dependent

02:36:45  17  claim itself and the independent claim or claims from which

02:36:48  18  it depends.

02:36:50  19        The claims of the patents in this suit use the

02:36:54  20  word comprising.  Comprising means including or containing.

02:36:59  21  A claim that includes the word comprising is not limited to

02:37:04  22  the methods or devices having only the elements recited in

02:37:09  23  the claim but covers other methods or devices that add

02:37:12  24  additional elements.

02:37:15  25        Let me give you an example.  If you will, consider

02:37:18  1  a table, and if there is a claim to that table and that

02:37:22  2  claim recites a table comprising a tabletop, legs, and

02:37:28  3  glue, then the claim will cover any table that contains

02:37:32  4  these structures, even if the table contains other

02:37:36  5  structures, such as a leaf to go in the tabletop or wheels

02:37:39  6  to go on the ends of the legs.

02:37:41  7      Now, that's a simple example using the word

02:37:44  8  comprising and what it means.  In other words, it can have

02:37:47  9  other features in addition to those that are actually

02:37:51  10 covered by the patent.

02:37:52  11      Now, after the applicant files their application

02:37:56  12 with the PTO, an examiner is assigned, and that examiner

02:38:00  13 reviews the application to determine whether or not the

02:38:05  14 claims are patentable, that is, appropriate for patent

02:38:09  15 protection, and the examiner determines whether or not the

02:38:12  16 specification adequately describes the claimed invention.

02:38:16  17      In examining a patent application, the examiner

02:38:20  18 reviews certain information about the state of the

02:38:25  19 technology at the time the application was filed.

02:38:28  20      The PTO, through its examiner, searches for and

02:38:32  21 reviews this type of information that is publicly available

02:38:36  22 or that may have been submitted to the PTO by the

02:38:39  23 applicant.  This type of information is called prior art.

02:38:45  24      The examination -- examiner re -- reviews this

02:38:48  25 prior art to determine whether or not the invention is

02:38:51   1   truly an advance over the state of the art at the time.

02:38:58   2           Now, prior art is defined by law, and at a later

02:39:01   3   time, I'll give you specific instructions as to what

02:39:05   4   constitutes prior art.

02:39:07   5           However, in general, ladies and gentlemen, prior

02:39:10   6   art includes information that demonstrates the state of the

02:39:14   7   technology that existed before the claimed invention was

02:39:17   8   made or before the application for a patent was filed.

02:39:22   9           A patent contains a list of certain prior art that

02:39:27  10   has been -- has been considered by the examiner, and these

02:39:31  11   items of prior art on the list are called the cited

02:39:35  12   references.

02:39:37  13           Now, after the examiner undertakes the prior art

02:39:41  14   search and examines the application, the examiner then

02:39:45  15   informs the applicant in writing of what the examiner has

02:39:49  16   found and whether the examiner considers any claim in the

02:39:52  17   application to be patentable, or -- and if they do, that --

02:39:57  18   that patent claim would be allowed.

02:39:59  19           Now, the writing from the examiner to the

02:40:03  20   applicant is called an Office Action.  And if the examiner

02:40:08  21   rejects the claims, the applicant has an opportunity to

02:40:12  22   respond to the examiner to try and persuade the examiner to

02:40:15  23   allow the claims.

02:40:17  24           The applicant also has an opportunity to change or

02:40:20  25   amend the claims or to submit new claims.  And the papers

02:40:25  1  generated in this process of communicating back and forth

02:40:28  2  between the examiner and the applicant are called the

02:40:31  3  prosecution history.

02:40:34  4       And this process may go on for some time back and

02:40:37  5  forth between the applicant and the examiner until the

02:40:40  6  examiner is satisfied that the application meets the

02:40:44  7  requirements for a patent.

02:40:45  8       And, in that case, the application issues as a

02:40:49  9  United States patent, or in the alternative, if the

02:40:56  10  examiner ultimately concludes that the application should

02:40:58  11  be rejected, then no patent is issued.

02:41:02  12       Sometimes -- sometimes patents are issued after

02:41:05  13  appeals within the PTO or to a court.

02:41:08  14       Now, the fact that the Patent and Trademark Office

02:41:14  15  grants a patent does not necessarily mean that any

02:41:16  16  invention claimed in the patent, in fact, deserves the

02:41:19  17  protection of a patent.

02:41:20  18       You should understand that all issued United

02:41:26  19  States patents are presumed under the law to be valid, and

02:41:28  20  a person accused of infringement has the right to argue

02:41:32  21  here in federal court that a claimed invention in a patent

02:41:35  22  is not valid, or as we say, is invalid.

02:41:38  23       And it's your job, ladies and gentlemen, as the

02:41:43  24  jury, to consider the evidence presented by the parties in

02:41:45  25  this case and determine independently and for yourselves

02:41:50  1  whether or not the Defendant has proven that any of the

02:41:53  2  five asserted patents in this case are invalid.  And that

02:41:58  3  proof, as I will tell you, must be by clear and convincing

02:42:00  4  evidence.

02:42:01  5        Now, to help you follow the evidence in this case,

02:42:06  6  I'm going to give you a brief summary of the positions of

02:42:09  7  the two competing parties.

02:42:12  8        As you know, the party that brings a lawsuit is

02:42:14  9  called the Plaintiff.  The Plaintiff in this case is GREE,

02:42:17  10  Inc., which is -- which will be referred to throughout the

02:42:20  11  trial simply as Plaintiff or as GREE.

02:42:22  12        And as you know, the party against whom a lawsuit

02:42:25  13  is brought is called the Defendant.  And the Defendant in

02:42:28  14  this case is Supercell Oy, which will be referred to

02:42:32  15  throughout the trial either as the Defendant or as

02:42:35  16  Supercell.

02:42:36  17        And as I told you during jury selection, this is a

02:42:41  18  case of alleged patent infringement.  And as you are aware,

02:42:47  19  this case involves five separate United States patents that

02:42:50  20  have been issued by the PTO and are asserted by the

02:42:54  21  Plaintiff in this case.

02:42:55  22        The first of these asserted patents is U.S. Patent

02:43:01  23  No. 9,604,137.

02:43:03  24        And, ladies and gentlemen, patents are generally

02:43:06  25  referred to by their last three digits.  So in this case,

| | | |
|---|---|---|
| 02:43:13 | 1 | Patent No. 9,604,137 will be referred to throughout the |
| 02:43:17 | 2 | trial as the '137 or the '137 patent. |
| 02:43:19 | 3 | The second U.S. patent at issue in this case is |
| 02:43:22 | 4 | United States Patent No. 9,956,481, which you will hear |
| 02:43:28 | 5 | referred to throughout the case as the '481 patent. |
| 02:43:32 | 6 | The third United States patent at issue is United |
| 02:43:36 | 7 | States Patent No. 9,774,655, which you can expect to be |
| 02:43:41 | 8 | referred to throughout the case as the '655 patent. |
| 02:43:44 | 9 | And the fourth United States patent at issue in |
| 02:43:47 | 10 | this case is United States Patent No. 9,795,873, which you |
| 02:43:54 | 11 | can expect to be referred to throughout this trial as the |
| 02:43:59 | 12 | '873 patent. |
| 02:43:59 | 13 | And the fifth and final United States patent at |
| 02:44:03 | 14 | issue in this case is United States Patent No. 9,597,594, |
| 02:44:11 | 15 | which you will hear referred to as the '594 patent. |
| 02:44:14 | 16 | And you'll also hear, ladies and gentlemen, all |
| 02:44:19 | 17 | five of these asserted patents referred to in this case as |
| 02:44:23 | 18 | the patents-in-suit.  You may also hear them collectively |
| 02:44:27 | 19 | referred to as the asserted patents.  And these patents |
| 02:44:32 | 20 | generally relate to video game technology. |
| 02:44:35 | 21 | Now, the Plaintiff in this case, GREE, contends |
| 02:44:38 | 22 | that the Defendant, Supercell, is willfully infringing |
| 02:44:43 | 23 | certain claims of the asserted patents by importing, |
| 02:44:47 | 24 | making, or selling products that include their patented |
| 02:44:51 | 25 | technology. |

02:44:51  1          GREE also contends that Supercell has induced or

02:44:57  2  contributed to and continues to induce or contribute to

02:45:03  3  infringement by others.

02:45:04  4          GREE also contends that it is entitled to money

02:45:08  5  damages as a result of this infringement.

02:45:10  6          The Defendant, Supercell, denies that it is

02:45:14  7  infringing any of the claims of the asserted patents

02:45:19  8  brought in this suit by the Plaintiff, and it contends that

02:45:22  9  the claims of the patents-in-suit for the five

02:45:27  10  patents-in-suit are invalid as being either anticipated or

02:45:30  11  obvious in light of prior art.

02:45:32  12          Supercell also contends that the asserted claims

02:45:36  13  of the patents-in-suit are invalid because their

02:45:40  14  specifications do not contain a sufficient -- a sufficient

02:45:44  15  written description of the invention and do not enable a

02:45:48  16  person of skill in the art to make and use the invention.

02:45:52  17          Finally, the Defendant contends that even if it

02:45:56  18  does infringe the asserted claims, any damages awarded to

02:46:01  19  the Plaintiff should be limited because the Defendant

02:46:05  20  asserts that the Plaintiff, GREE, failed to provide

02:46:08  21  Supercell with notice of the patents-in-suit required by

02:46:11  22  the patent laws.

02:46:13  23          Now, ladies and gentlemen, I know that there are

02:46:16  24  many new words and concepts that have been -- that have

02:46:19  25  been thrown at you since you appeared in federal court this

02:46:22   1   morning.

02:46:22   2        I'm going to define a lot of these words and

02:46:25   3   concepts for you as we go through my instructions.  The

02:46:29   4   attorneys are going to discuss them in their opening

02:46:33   5   statements.  And the witnesses are going to help you

02:46:35   6   through their testimony to understand these words and

02:46:38   7   concepts.

02:46:39   8        So, please, do not feel overwhelmed at this point.

02:46:43   9   I promise you, it will all come together as we go through

02:46:47  10   the trial.

02:46:47  11        Now, one of your jobs is to decide whether or not

02:46:50  12   the asserted claims of the five patents-in-suit have been

02:46:54  13   infringed and whether they are invalid.

02:46:57  14        If you decide that any claim of the five

02:47:01  15   patents-in-suit has been infringed by the Defendant and is

02:47:05  16   not invalid, then you'll need to decide whether or not the

02:47:11  17   infringement by the Defendant was willful.  You will also

02:47:14  18   then need to decide what amount of money damages should be

02:47:20  19   awarded to the Plaintiff as compensation for that

02:47:22  20   infringement.

02:47:22  21        Now, my job in this case is to tell you what the

02:47:26  22   law is, to handle rulings on evidence and procedure, and to

02:47:30  23   oversee the conduct of the trial as efficiently and

02:47:33  24   effectively as -- as possible.

02:47:35  25        In determining the law, it is specifically my job

02:47:39   1   to determine the meaning of any of the claim language

02:47:43   2   within the asserted claims within the patents-in-suit that

02:47:47   3   needs interpretation.

02:47:48   4       I have already determined the meanings of the

02:47:52   5   claims of the patents-in-suit, and you must accept the

02:47:56   6   meanings of that language that I give you and use those

02:47:59   7   constructions or definitions when you decide whether or not

02:48:03   8   any particular claim has or has not been infringed and

02:48:08   9   whether or not any claim is invalid.

02:48:11  10       Now, you're going to be given a document in a few

02:48:15  11   moments that reflects those meanings or constructions that

02:48:18  12   the Court has already reached.

02:48:21  13       For any claim term or language that has -- that I

02:48:25  14   am not providing you with a specific construction for, a

02:48:30  15   specific definition, then in that case, you should apply

02:48:33  16   the plain and ordinary meaning of those terms.

02:48:36  17       If, however, I've provided you with a specific

02:48:39  18   definition, then you are to apply my definition to those

02:48:44  19   terms throughout the case.

02:48:46  20       However, my interpretation of the language of the

02:48:49  21   claims should not be taken by you to indicate that I have

02:48:54  22   any personal opinion regarding the issues of infringement

02:48:58  23   and validity, because, ladies and gentlemen, those issues

02:49:01  24   are your issues to decide in this case, and you must decide

02:49:04  25   them alone.

02:49:05  1        I'll provide you with more detailed instructions

02:49:08  2   on the meaning of the claims before you retire to

02:49:11  3   deliberate and reach your verdict.

02:49:13  4        In deciding the issues that are before you, you'll

02:49:16  5   be asked to consider specific legal rules, and I'll give

02:49:20  6   you an overview of those rules now.  And then at the

02:49:23  7   conclusion of the case, I'll give you much more detailed

02:49:26  8   instructions.

02:49:27  9        The first issue that you're asked to decide is

02:49:30  10  whether the Defendant, Supercell, has infringed any of

02:49:35  11  the -- the asserted claims of the patents.

02:49:37  12        Infringement, ladies and gentlemen, is assessed on

02:49:40  13  a claim-by-claim basis.  And GREE, the Plaintiff, must show

02:49:45  14  by a preponderance of the evidence that a claim has been

02:49:48  15  infringed.  Therefore, there may be infringement as to one

02:49:53  16  claim but no infringement as to another claim.

02:49:56  17        There are also a few different ways that a patent

02:50:00  18  can be infringed.  I'll explain the requirements for each

02:50:03  19  of these types of infringement in detail at the conclusion

02:50:07  20  of the case.

02:50:08  21        But, in general, a Defendant may infringe the

02:50:13  22  asserted patent by making, using, selling, or offering for

02:50:18  23  sale in the United States or importing into the United

02:50:21  24  States a product meeting all the requirements of a claim

02:50:24  25  within the asserted patent.

02:50:26  1        And I'll provide you with more detailed
02:50:28  2  instructions on these requirements regarding infringement
02:50:30  3  at the conclusion of the case.
02:50:32  4        Now, the second issue that you're going to be
02:50:36  5  asked to decide is whether the asserted patents -- any of
02:50:41  6  the asserted patents are invalid.
02:50:42  7        Invalidity, ladies and gentlemen, is a defense to
02:50:45  8  infringement.  Therefore, even though the U.S. Patent and
02:50:50  9  Trademark Office has allowed the asserted claims and even
02:50:53  10  though a patent is presumed to be valid, you, the jury,
02:50:56  11  must decide whether those claims are invalid after hearing
02:51:01  12  the evidence presented throughout this case.
02:51:04  13        You may find a patent claim to be invalid for a
02:51:08  14  number of reasons, including because it claims subject
02:51:11  15  matter that is not new or because it is obvious.
02:51:16  16        For a patent claim to be invalid because it is not
02:51:19  17  new, the Defendants must show -- the Defendant in this
02:51:24  18  case, Supercell, must show by clear and convincing evidence
02:51:28  19  that all the elements of the claim are sufficiently
02:51:32  20  described in a single previous printed publication or
02:51:37  21  patent, and we call these items prior art.  If a claim is
02:51:41  22  not new, it is said to be anticipated by the prior art.
02:51:45  23        Another way that a claim can be found to be
02:51:49  24  invalid is that it may have been obvious.  Even though a
02:51:54  25  claim is not anticipated because every element of the claim

02:51:57  1  is not shown or sufficiently described in a single piece of

02:52:01  2  prior art, the claim may still be invalid if it would have

02:52:05  3  been obvious to a person of ordinary skill in the field of

02:52:10  4  the technology of the patent at the relevant time.

02:52:13  5       You'll need to consider a number of questions in

02:52:16  6  deciding whether the invention claimed in the asserted

02:52:20  7  patents were obvious.  And I'll provide you with more

02:52:24  8  detailed instructions on these questions at the conclusion

02:52:26  9  of the trial.

02:52:27  10       Another way that a claim can be found to be

02:52:30  11  invalid is that there may have been a lack of a written

02:52:34  12  description.  A patent may be invalid if its specification

02:52:41  13  does not describe the claimed invention in sufficient

02:52:43  14  detail so that one skilled in the art can reasonably

02:52:46  15  conclude that the inventor actually had possession of the

02:52:50  16  invention that they are claiming.

02:52:52  17       If you decide that any claim of the

02:52:56  18  patents-in-suit has been infringed and is not invalid, then

02:53:03  19  you'll need to decide whether the Defendant's infringement

02:53:05  20  has been willful.  You'll also need to decide what amount

02:53:10  21  of money damages should be awarded to the Plaintiff to

02:53:14  22  compensate it for that infringement.

02:53:16  23       A damage award, ladies and gentlemen, must be

02:53:21  24  adequate to compensate the patentholder for the

02:53:23  25  infringement.  And in no event may a damage be -- award be

02:53:29  1  less than -- than what the patentholder would have received

02:53:31  2  had it been paid a reasonable royalty for the use of its

02:53:36  3  patent.

02:53:36  4         However, the damages you award, if any, are meant

02:53:42  5  to compensate the patentholder, and they are not meant to

02:53:47  6  punish the Defendant.  And you may not include in any

02:53:51  7  damages award an amount -- an additional amount as a fine

02:53:55  8  or a penalty above what's necessary to fully compensate the

02:53:59  9  patentholder for the infringement.

02:54:01  10        Additionally, damages may not be speculative.  And

02:54:07  11  the Plaintiff, GREE, must prove the amount of its damages

02:54:10  12  for the alleged infringement by a preponderance of the

02:54:14  13  evidence.

02:54:14  14        Under the patent laws, GREE may only recover

02:54:18  15  damages for infringement that occurred after the date that

02:54:22  16  GREE gave notice to Supercell that GREE believed Supercell

02:54:26  17  was infringing the patents-in-suit.

02:54:30  18        It will be up to you to determine when that notice

02:54:33  19  was given.

02:54:34  20        And I'll give you more detailed instructions on

02:54:37  21  the calculation of damages for the Defendant's alleged

02:54:42  22  infringement of the patents-in-suit at the conclusion of

02:54:46  23  the trial, including by giving you specific instructions in

02:54:48  24  regard to the calculation of a reasonable royalty.

02:54:51  25        However, the fact that I'm instructing you on

02:54:56  1   damages now does not mean that GREE is or is not entitled

02:55:00  2   to recover any damages in this case.

02:55:03  3          Now, ladies and gentlemen, over the course of the

02:55:07  4   trial, you're going to be hearing from a number of

02:55:09  5   witnesses in this case, and I want you to keep an open mind

02:55:13  6   while you're listening to the evidence and not decide any

02:55:17  7   of the facts until you've heard all of the evidence.

02:55:20  8          This is important.  While the witnesses are

02:55:24  9   testifying, remember that you, the jury, will have to

02:55:29  10  decide the degree of credibility and the degree of

02:55:33  11  believability to allocate to each of the witnesses and the

02:55:36  12  testimony that they offer.

02:55:38  13         So while each of the witnesses are testifying, you

02:55:43  14  should be asking yourselves things like this:

02:55:47  15         Does the witness impress you as being truthful?

02:55:50  16  Does he or she have a reason not to tell the truth?  Does

02:55:53  17  he or she have any personal interest in the outcome of the

02:55:56  18  case?  Does the witness seem to have a good memory?  Did he

02:56:02  19  or she have the opportunity and ability to observe

02:56:05  20  accurately the things that they've testified about?  Did

02:56:08  21  the witness appear to understand the questions clearly and

02:56:12  22  answer them directly?  And, of course, does the witness's

02:56:16  23  testimony differ from the testimony of any other witness?

02:56:20  24  And if it does, how does it differ?

02:56:22  25         These are some of the kinds of things that you

02:56:28   1   should be thinking about while you're listening to each of

02:56:31   2   the witnesses as they testify in this case.

02:56:36   3          I also want to talk to you, ladies and gentlemen,

02:56:39   4   briefly about expert witnesses.

02:56:42   5          When knowledge of a technical subject may be

02:56:45   6   helpful to you, the jury, a person who has special training

02:56:49   7   and experience in that particular technical field, we refer

02:56:53   8   to them as expert witnesses, they're permitted to testify

02:56:57   9   to you about that expert opinion -- that expert witness's

02:57:04  10   opinions on those technical matters.

02:57:06  11          However, you're not required to accept an expert's

02:57:09  12   or any other witness's opinions at all.  It's up to you to

02:57:13  13   decide whether you believe an expert witness, or any

02:57:17  14   witness for that fact, and whether you believe what they

02:57:20  15   say is correct or incorrect and whether you want to give

02:57:23  16   that testimony any weight whatsoever.  Those decisions are

02:57:27  17   yours as members of this jury.

02:57:29  18          I anticipate that there will be expert witnesses

02:57:34  19   testifying in support of each side in this case.  But when

02:57:38  20   they do and when they testify, it will be up to you to

02:57:42  21   listen to their qualifications, and when they give you an

02:57:45  22   opinion and explain the basis for that opinion, you'll have

02:57:48  23   to evaluate what they say, whether you believe it, and what

02:57:54  24   amount of weight, if any, that you want to give it.

02:57:56  25          Remember, ladies and gentlemen, judging and

| | | |
|---|---|---|
| 02:58:00 | 1 | evaluating the credibility and believability of each and |
| 02:58:03 | 2 | every of the witnesses is an important part of your job as |
| 02:58:09 | 3 | jurors. |
| 02:58:09 | 4 | Now, during the trial, it's possible that there |
| 02:58:13 | 5 | will be testimony from one or more witnesses that are going |
| 02:58:16 | 6 | to be presented to you through what we call a deposition. |
| 02:58:20 | 7 | In trials like this, it's difficult, if not |
| 02:58:22 | 8 | impossible sometimes, to get every witness here in person |
| 02:58:26 | 9 | at the same time.  So lawyers for each side, prior to the |
| 02:58:31 | 10 | trial, take the depositions of the witnesses. |
| 02:58:34 | 11 | In a deposition, the witness is present, they are |
| 02:58:38 | 12 | sworn and placed under oath, a court reporter is present, |
| 02:58:43 | 13 | just as if the witness were in open court.  And the |
| 02:58:46 | 14 | parties, through their lawyers, ask those witnesses |
| 02:58:50 | 15 | questions, and those questions and their answers are taken |
| 02:58:53 | 16 | down and transcribed.  Often, they are recorded |
| 02:58:57 | 17 | additionally as video recordings. |
| 02:58:59 | 18 | Now, it's important to know, ladies and gentlemen, |
| 02:59:02 | 19 | that during the course of this trial, when these deposition |
| 02:59:05 | 20 | witnesses are presented to you, you will be seeing clips |
| 02:59:10 | 21 | from within the total deposition that are put together and |
| 02:59:13 | 22 | presented to you. |
| 02:59:15 | 23 | Let me explain this.  During a typical deposition |
| 02:59:18 | 24 | of a witness in advance of trial, that deposition can last |
| 02:59:22 | 25 | many hours, sometimes seven hours or more.  To keep you |

| | | |
|---|---|---|
| 02:59:27 | 1 | from listening to seven hours of testimony before the |
| 02:59:30 | 2 | trial, if that witness cannot be here in person and their |
| 02:59:34 | 3 | testimony is going to be presented through their |
| 02:59:36 | 4 | deposition, then the parties will pick out the portions of |
| 02:59:39 | 5 | those recorded questions and answers that they think are |
| 02:59:42 | 6 | the most important, and those portions of those depositions |
| 02:59:46 | 7 | will be put together and presented to you as that witness's |
| 02:59:51 | 8 | testimony during the course of the trial. |
| 02:59:52 | 9 | That means because this is a pasting together of |
| 02:59:57 | 10 | clips or segments of a much longer deposition, when you see |
| 03:00:01 | 11 | that deposition presented as a video, it may have breaks in |
| 03:00:05 | 12 | it, or it may look like it jumps around, or you may start |
| 03:00:10 | 13 | hearing another person ask questions in a different voice. |
| 03:00:13 | 14 | All of that is so that the entirety of the many |
| 03:00:15 | 15 | hours' long presentation doesn't have to be played to you, |
| 03:00:20 | 16 | and just the important parts that both the Plaintiff and |
| 03:00:23 | 17 | the Defendant think are significant for you to consider are |
| 03:00:29 | 18 | put together and presented as that deposition testimony in |
| 03:00:32 | 19 | court. |
| 03:00:32 | 20 | So don't be confused, as sometimes jurors are, by |
| 03:00:34 | 21 | the unavoidable breaks or changes in voice or things like |
| 03:00:42 | 22 | that. That's all been looked at by the lawyers and the |
| 03:00:44 | 23 | Court before it's presented to you. |
| 03:00:45 | 24 | Now, that deposition testimony that will be |
| 03:00:51 | 25 | presented is entitled to the same consideration, insofar as |

03:00:54  1  possible, and is to be judged as to the credibility, weight

03:00:57  2  and, otherwise, considered by you, the jury, in the same

03:00:59  3  way as if the witness had appeared in person and testified

03:01:05  4  physically from the witness stand in open court.

03:01:07  5       Now, during the course of the trial, it's possible

03:01:11  6  that the lawyers will make certain objections, and when

03:01:14  7  they do, I will issue rulings on those objections.

03:01:18  8       It's the duty of an attorney to object when they

03:01:21  9  think certain testimony or other evidence is improper and

03:01:25  10  should not be offered before the jury under the Rules of

03:01:28  11  Evidence and the rules of the court.

03:01:29  12       Now, upon allowing the testimony or other evidence

03:01:34  13  to be introduced over the objection of an attorney, the

03:01:38  14  Court does not, unless expressly stated, indicate any

03:01:41  15  opinion as to the weight or the effect of that testimony.

03:01:45  16       As I've said before, you, the jury, are the sole

03:01:48  17  judges of the credibility and believability of all the

03:01:52  18  witnesses and the weight and effect to give to all of the

03:01:55  19  evidence.

03:01:55  20       Now, I'd like to compliment the parties and their

03:02:00  21  lawyers in this case at this point because before you were

03:02:05  22  empaneled today, many hours were spent going through many,

03:02:09  23  many, many documents that might be offered as exhibits in

03:02:12  24  this case.  And the lawyers have made their objections, the

03:02:16  25  Court has considered those objections and considered the

| | | |
|---|---|---|
| 03:02:20 | 1 | admissibility of those documents under the Rules of |
| 03:02:25 | 2 | Evidence long before today. |
| 03:02:26 | 3 | And that means, ladies and gentlemen, that that |
| 03:02:29 | 4 | process has been substantially shortened from what it |
| 03:02:32 | 5 | otherwise would be. |
| 03:02:33 | 6 | So you will not have to sit there and listen for |
| 03:02:37 | 7 | hours as document after document is presented, objected to, |
| 03:02:40 | 8 | argued about, and ruled on.  All that's been done.  And |
| 03:02:43 | 9 | that will save us a considerable amount of trial -- time, |
| 03:02:46 | 10 | rather, going through this trial.  And I want to compliment |
| 03:02:50 | 11 | the lawyers for their efforts in that regard. |
| 03:02:52 | 12 | And that means, ladies and gentlemen, that all the |
| 03:02:55 | 13 | exhibits in this case that will be shown to you have |
| 03:02:58 | 14 | previously been considered by the Court and considered and |
| 03:03:01 | 15 | found to be admissible. |
| 03:03:03 | 16 | That means when one of the parties, through their |
| 03:03:06 | 17 | counsel, shows you an exhibit, you can consider it's |
| 03:03:09 | 18 | already been ruled on and found to be admissible by the |
| 03:03:12 | 19 | Court, and they can simply present it, put it in a context, |
| 03:03:16 | 20 | and ask you such questions -- or ask the witness such |
| 03:03:19 | 21 | questions about it as they think are appropriate. |
| 03:03:21 | 22 | And let me assure you, that have saved all of us |
| 03:03:24 | 23 | hours and hours during the trial that otherwise we would |
| 03:03:27 | 24 | have to take up.  And both sides have worked very hard in |
| 03:03:31 | 25 | that process, and they're entitled to be recognized for |

03:03:34  1   that.

03:03:34  2           However, it's still possible that over the course

03:03:38  3   of the trial objections will arise.  And if I should

03:03:41  4   sustain an objection to a question addressed to a witness,

03:03:46  5   then you, the jury, must disregard that question entirely,

03:03:50  6   and you may draw no inference from its wordings and you may

03:03:54  7   not speculate about what the witness would have said if I

03:03:56  8   had allowed them to answer the question.

03:04:03  9           On the other hand, if I overrule an objection to a

03:04:04 10   question addressed to a witness, then you should consider

03:04:10 11   the question and the witness's answer just as if no

03:04:12 12   objection had ever been made.

03:04:13 13           You should understand, ladies and gentlemen, that

03:04:17 14   the law of the United States permits a United States

03:04:20 15   District Judge in a trial like this to comment to the jury

03:04:24 16   regarding the evidence in the case, but such comments on

03:04:27 17   the evidence are only an expression of the judge's opinion,

03:04:32 18   and the jury may disregard such comments in their entirety,

03:04:36 19   because as I've told you, you, the jury, are the sole

03:04:39 20   judges of the facts, you are the sole judges of the

03:04:43 21   credibility of the witnesses and how much weight to give to

03:04:45 22   the testimony.

03:04:45 23           And even though the law permits me to make

03:04:49 24   comments on the evidence, as I've told you, I intend to try

03:04:53 25   very hard not to comment on any of the evidence or the

| | | |
|---|---|---|
| 03:04:57 | 1 | witnesses throughout the trial, and you should not take any |
| 03:05:01 | 2 | comments that you think you see or you see or hear or you |
| 03:05:04 | 3 | perceive in any way as coming from me as something you |
| 03:05:07 | 4 | should consider or take into account in deciding what the |
| 03:05:10 | 5 | facts are -- the ultimate facts are in this case. |
| 03:05:14 | 6 | Now, the court reporter in front of me, |
| 03:05:17 | 7 | Ms. Holmes, takes down every word that is said in the |
| 03:05:20 | 8 | courtroom during the trial.  That's why it's part of my job |
| 03:05:23 | 9 | to try and keep people from talking together at the same |
| 03:05:27 | 10 | time so that it can be heard and understood and taken down |
| 03:05:29 | 11 | accurately. |
| 03:05:31 | 12 | But the written transcript of what she takes down |
| 03:05:34 | 13 | and what's presented over the course of the trial is not |
| 03:05:37 | 14 | going to be available to you to take back and review and |
| 03:05:41 | 15 | consider with you when you're in the jury room deliberating |
| 03:05:44 | 16 | on your verdict.  So you are going to have to rely on your |
| 03:05:48 | 17 | memory of the evidence presented through the course of the |
| 03:05:51 | 18 | trial. |
| 03:05:51 | 19 | In the moment -- in a moment, rather, ladies and |
| 03:05:55 | 20 | gentlemen, you'll each be given a juror notebook, and in |
| 03:05:58 | 21 | the back of these notebooks, you'll find a blank legal pad |
| 03:06:01 | 22 | that you can use to take notes on during the trial if you |
| 03:06:04 | 23 | choose to.  It's up to each of you to decide whether or not |
| 03:06:07 | 24 | you want to take notes over the course of the trial, and if |
| 03:06:10 | 25 | you do, how detailed you want your notes to be. |

03:06:12  1      But, remember, if you take notes, your notes are

03:06:17  2  for your own personal use, and you still have to rely on

03:06:19  3  your memory of the evidence, and that's why you should pay

03:06:22  4  close attention to the testimony of each and every witness.

03:06:27  5      You should not abandon your own recollection of

03:06:30  6  the evidence because somebody else's notes indicate

03:06:33  7  something different.  Your notes are to refresh your

03:06:37  8  recollection, and that's the only reason you should be

03:06:40  9  keeping them, if you decide to take notes over the course

03:06:43 10  of the trial.

03:06:44 11      I'm now going to ask our Court Security Officer,

03:06:47 12  Mr. Fitzpatrick, to hand out these juror notebooks to each

03:06:51 13  of the members of the jury.

03:07:18 14      In these notebooks, ladies and gentlemen, you'll

03:07:30 15  see that you each have a copy of the five asserted patents

03:07:33 16  that we've talked about.

03:07:35 17      You'll also find that you have a chart of the

03:07:39 18  language from the asserted claims that has been construed

03:07:43 19  and interpreted by the Court.

03:07:45 20      You'll see on one side of that page, the actual

03:07:49 21  language from the claims, and you'll see the constructions

03:07:51 22  or interpretations on the other side corresponding to it

03:07:54 23  that the Court has already reached and about which I have

03:07:57 24  told you you will have to use my constructions and

03:08:00 25  interpretations of that language when you decide the

03:08:03   1   issues, such as infringement and invalidity.

03:08:06   2         Also, in those notebooks, you will find that there

03:08:10   3   are tabbed pages for each of the witnesses that may testify

03:08:13   4   in this case.  And on each of those pages, you should find

03:08:18   5   a head-and-shoulders' photograph of that witness with their

03:08:22   6   name and additional lines there to take additional notes if

03:08:25   7   you wish to.

03:08:26   8         The Court has found that over the course of a

03:08:29   9   lengthy trial, it's very helpful to the jury, especially

03:08:33  10   when there are several witnesses who testify, to be able to

03:08:35  11   look back and see a picture of the person that actually

03:08:38  12   testified and to tie that picture to the notes that you

03:08:41  13   take.  So that's why those witness pages are in there for

03:08:44  14   your use.

03:08:45  15         And, as I mentioned, there's a legal pad at the

03:08:48  16   back of those notebooks that you can use to take additional

03:08:51  17   notes on if you choose, and you should find in the front

03:08:54  18   cover a pen to use in case you don't have one with you.

03:08:57  19         Now, in a moment, the lawyers are going to present

03:09:02  20   their opening statements, and these opening statements,

03:09:06  21   ladies and gentlemen, are designed to give you a roadmap of

03:09:09  22   what each side expects the evidence will be in this case.

03:09:13  23         You should remember throughout the trial that what

03:09:16  24   the lawyers tell you is not evidence.  The evidence is the

03:09:21  25   sworn testimony that you will hear from the witnesses

| | | |
|---|---|---|
| 03:09:25 | 1 | presented in open court and subject to cross-examination, |
| 03:09:28 | 2 | and the evidence are those exhibits which the Court has |
| 03:09:32 | 3 | already deemed to be admissible and which are presented to |
| 03:09:34 | 4 | you over the course of the trial.  That is the totality of |
| 03:09:39 | 5 | the evidence in this case. |
| 03:09:41 | 6 | But what the lawyers tell you, since it's not |
| 03:09:46 | 7 | evidence, you should consider that it's their impression of |
| 03:09:49 | 8 | what they hope the evidence will be.  And they have a duty |
| 03:09:53 | 9 | to point out to you what they believe the evidence will |
| 03:09:56 | 10 | show.  But just remember, what the lawyers tell you now and |
| 03:10:00 | 11 | throughout this trial is not evidence. |
| 03:10:03 | 12 | After the opening statements, ladies and |
| 03:10:06 | 13 | gentlemen, the Plaintiffs will then call their witnesses |
| 03:10:09 | 14 | and put on their evidence.  This is referred to as the |
| 03:10:12 | 15 | Plaintiff's case-in-chief. |
| 03:10:15 | 16 | And once the Plaintiffs have presented their |
| 03:10:17 | 17 | witnesses and their evidence, they will rest their |
| 03:10:20 | 18 | case-in-chief. |
| 03:10:22 | 19 | When the Plaintiffs rest their case-in-chief, then |
| 03:10:25 | 20 | the Defendants will come forward and call their witnesses |
| 03:10:28 | 21 | and put on their evidence in what is referred to as the |
| 03:10:31 | 22 | Defendant's case-in-chief. |
| 03:10:34 | 23 | Once the Defendants have completed that process, |
| 03:10:37 | 24 | the Defendant will rest its case-in-chief. |
| 03:10:41 | 25 | At that point, the Plaintiff has the option to |

03:10:43   1   bring additional witnesses to rebut the testimony presented

03:10:48   2   by the Defendant.  And that's called the Plaintiff's

03:10:52   3   rebuttal case.  The Plaintiff may, but does not have to,

03:10:56   4   present rebuttal evidence in a trial like this.

03:10:59   5        At the end of all the evidence, which would mean

03:11:02   6   if there is a Plaintiff's rebuttal case, when that is

03:11:04   7   completed, or if the Plaintiff does not call rebuttal

03:11:07   8   witnesses, then when the Defendant rests its case-in-chief,

03:11:12   9   again, when all the evidence is presented, then I will give

03:11:15   10  you additional final instructions on the law that you are

03:11:19   11  to apply in this case.

03:11:21   12       Those final instructions from me to you are often

03:11:24   13  called the Court's final instructions to the jury.  And

03:11:27   14  they're often called by other folks the Court's charge to

03:11:31   15  the jury.

03:11:31   16       Once I have given you my charge to the jury, my

03:11:36   17  final instructions on the law, then the attorneys for the

03:11:39   18  parties will present their closing arguments.

03:11:42   19       The Plaintiff will present its first closing

03:11:44   20  argument, followed by the Defendant's closing argument.

03:11:47   21  And then the Plaintiff, because it has the burden of proof,

03:11:50   22  will get to present a final closing argument.

03:11:52   23       Once you have heard all the closing arguments from

03:11:56   24  counsel for the parties, then I will instruct you to retire

03:12:00   25  to the jury room and to consider your verdict and the

03:12:03  1  questions therein and reach a unanimous decision as to how

03:12:08  2  to answer those questions.

03:12:09  3       Let me repeat my earlier instruction to you.

03:12:13  4  You're not to discuss this case at all with anyone

03:12:18  5  throughout this trial, including among the eight of

03:12:20  6  yourselves.

03:12:22  7       Only when all the evidence is complete, when

03:12:25  8  you've heard my final instructions, when you've heard

03:12:29  9  closing arguments from the lawyers, and when I have

03:12:31  10  instructed you to retire to the jury room and to deliberate

03:12:35  11  on your verdict, only then are you to discuss the evidence

03:12:40  12  in this case.

03:12:41  13       And at that point, as I mentioned, things shift

03:12:45  14  180 degrees, and we go from you not being able to discuss

03:12:49  15  the evidence among yourselves to where you are required to

03:12:53  16  discuss the evidence among yourselves in an effort to reach

03:12:56  17  a unanimous decision as to the answers to the questions

03:13:00  18  contained in the verdict form.

03:13:01  19       Let me remind you again, throughout this trial,

03:13:06  20  when you see or come in contact with any of the

03:13:08  21  participants in the trial, any of the trial teams or the

03:13:12  22  parties, the witnesses, they're not going to enter into any

03:13:17  23  conversation with you, be friendly, be gregarious, or act

03:13:21  24  like we often do in East Texas.  That's because that's what

03:13:24  25  I have instructed them to do.  So when that happens, don't

```
03:13:28   1   consider this person or that person to be rude or
03:13:31   2   unfriendly.  Don't hold it against them.  They're simply
03:13:34   3   doing what the Court has instructed them to do.
03:13:37   4        All right.  At this juncture, we will now proceed
03:13:41   5   with opening statements from counsel for the parties.
03:13:44   6        Plaintiff may now present its opening statement to
03:13:48   7   the jury.
03:13:48   8        MR. MOORE:  Thank you, Your Honor.
03:13:49   9        THE COURT:  Would you like a warning on your time,
03:13:51  10   counsel?
03:13:52  11        MR. MOORE:  I would, Your Honor.  At 15 minutes
03:13:54  12   and 3 minutes, please.
03:13:55  13        THE COURT:  15 and 3.
03:13:56  14        MR. MOORE:  Thank you.
03:13:57  15        THE COURT:  All right.  You may proceed when
03:13:58  16   you're ready.
03:13:59  17        MR. MOORE:  May it please the Court.
03:14:34  18        THE COURT:  Please proceed.
03:14:34  19        MR. MOORE:  Thank you, Your Honor.
03:14:35  20        Good afternoon, ladies and gentlemen.  And once
03:14:39  21   again, thank you for your service.  I know it's already
03:14:42  22   been a long day, but I'm privileged and honored to be in
03:14:46  23   front of you to present the Plaintiff, GREE's, opening
03:14:51  24   statement in this trial.
03:14:52  25        But before I do that, I'd like to make a few more
```

| | | |
|---|---|---|
| 03:14:55 | 1 | introductions. |
| 03:14:55 | 2 | My co-counsel and friend, Ms. Smith, introduced |
| 03:14:59 | 3 | herself this morning.  So I'd like to introduce myself and |
| 03:15:02 | 4 | the others sitting at our table. |
| 03:15:03 | 5 | My name is Steve Moore, and I grew up a little bit |
| 03:15:07 | 6 | all over the place, but I spent most of my childhood in |
| 03:15:11 | 7 | Louisiana outside of New Orleans. |
| 03:15:13 | 8 | I lived in Georgia, in North Carolina after that |
| 03:15:17 | 9 | where I went to school and met my wife.  And a few years |
| 03:15:20 | 10 | ago we moved out to the West Coast in California.  We've |
| 03:15:20 | 11 | been married for over 25 years. |
| 03:15:25 | 12 | I've got two children.  I've got a son, who's 20 |
| 03:15:28 | 13 | years old, and a daughter, who is 16.  And like most kids |
| 03:15:31 | 14 | these days, they're just trying to figure how to navigate |
| 03:15:35 | 15 | this new school year that they're finding themselves |
| 03:15:38 | 16 | dealing with. |
| 03:15:38 | 17 | I'd also like to introduce my client, Mr. Eiji |
| 03:15:42 | 18 | Araki. |
| 03:15:44 | 19 | Mr. Araki, would you please stand and say hello to |
| 03:15:46 | 20 | the jury?  Thank you.  Mr. -- you may sit.  Thank you. |
| 03:15:48 | 21 | Mr. Araki has come from Tokyo, Japan, for this |
| 03:15:53 | 22 | trial, to show how important it is to GREE.  He is a senior |
| 03:15:56 | 23 | vice president at GREE.  He's in charge of the gaming |
| 03:15:58 | 24 | division of GREE.  And he's on the board of directors of |
| 03:16:02 | 25 | GREE.  And you'll hear testimony from him in this trial |

03:16:04  1   tomorrow.  So he'll get a chance to visit with you then.

03:16:08  2         Now, I'd also like to introduce my law partner and

03:16:12  3   good friend, Ms. Taylor Ludlam.  Ms. Ludlam and I have

03:16:16  4   worked together for many years.  And you will hear from

03:16:19  5   her, as well, in the trial.  And Ms. Ludlam and Ms. Smith

03:16:22  6   and I will be presenting the witnesses and arguments for

03:16:24  7   the Plaintiff's side in this trial.

03:16:26  8         So now that I've -- we've introduced ourselves, I

03:16:30  9   want to get on to what this case is about.

03:16:31  10        And you heard a bit -- a little bit of discussion

03:16:35  11  this morning about the gaming industry and video games in

03:16:39  12  particular.  And we had some debate back and forth on that,

03:16:42  13  and that's what this case is about.

03:16:44  14        And as Ms. Smith said, we've got to put ourselves

03:16:48  15  really back 15 to 20 years.  And I started thinking about

03:16:53  16  that when I was thinking about how old my kids are now.

03:16:56  17  It's hard to believe it's been 20 years since it turned

03:16:59  18  2000, but it has.

03:17:01  19        But back then, we didn't have any iPhones.  We

03:17:03  20  didn't have Facebook to check.  We didn't have Twitter to

03:17:07  21  use to tweet.

03:17:08  22        And in the gaming world, video games were very

03:17:10  23  different back then.  As Ms. Smith said, you had to save up

03:17:14  24  your money to buy a game.  You couldn't just download it

03:17:16  25  for free and play it.  And if you spent 40 or $50.00 on a

03:17:20  1   game, you didn't know if you would like it.  And if you

03:17:24  2   didn't like it, well, you were out the money.  And also if

03:17:26  3   you did like it, it didn't really ever change.

03:17:31  4        Well, GREE is a company that helped to change all

03:17:34  5   that for those that are interested in gaming.  It is a

03:17:36  6   pioneer in what is called mobile social games.  Mobile

03:17:39  7   because they're played on a phone or tablet or other mobile

03:17:43  8   device, and social because you play with other people, not

03:17:46  9   necessarily just people who come over to your house to play

03:17:48  10  but people in your neighborhood, people in your state,

03:17:50  11  people across the country.

03:17:52  12       And, also, you've heard the word "freemium"

03:17:54  13  already, and we'll talk about that in a moment.  You don't

03:17:56  14  have to pay to play them.  You try them out.  If you don't

03:17:59  15  like them, don't play them.  Or you can play as long as you

03:18:02  16  want without paying.  But if you do want to access

03:18:05  17  additional features or levels and so forth, there are also

03:18:09  18  options to pay and get ahead and advance quicker.

03:18:12  19       And that's the type of games that this case is

03:18:14  20  about.  That's the type of games that GREE helped

03:18:17  21  revolutionize and has been making for many years.  And

03:18:20  22  those are the games that Supercell makes that infringe

03:18:22  23  GREE's patents.

03:18:23  24       Now, as you saw in the video this morning, there's

03:18:27  25  actually a very important constitutional right.  There are

03:18:30   1   two constitutional rights actually involved in this case.

03:18:33   2   The first one relates to patents.

03:18:35   3          Patents are enshrined in the U.S. Constitution,

03:18:37   4   and our founders gave government the right and the power

03:18:40   5   and the ability to grant patents to those who make

03:18:43   6   inventions, to give them protection from other people using

03:18:47   7   them.  That's exactly what GREE did.

03:18:50   8          GREE did the right thing.  When it made

03:18:52   9   inventions, it sought and received patents on those

03:18:55  10   innovations.  And it did it not only in its home country of

03:18:58  11   Japan but also here in the United States because it's a

03:19:00  12   market that it serves and it's a market where its

03:19:02  13   competitors are, as well.

03:19:04  14          The second constitutional right you heard

03:19:07  15   His Honor speak about earlier today, and that's the right

03:19:08  16   to a trial by jury.  And that right is important here

03:19:12  17   because Supercell has used GREE's technology, but refuses

03:19:17  18   to pay for it.

03:19:18  19          And so our only option is to file a lawsuit in

03:19:22  20   U.S. District Court and to seek to hold Supercell

03:19:26  21   responsible for its decision not to pay for its

03:19:30  22   infringement of GREE's patents.

03:19:31  23          And that's why we're here in front of you at this

03:19:35  24   trial.

03:19:35  25          Now, let me back up and give a little more

03:19:38   1   background.  First, on the history of gaming, those as old

03:19:42   2   as I might remember the arcade games that we used to spend

03:19:42   3   our quarters on back in the '70s and '80s.

03:19:46   4        As time progressed, we got into more consoles,

03:19:51   5   handhelds like Gameboys and so forth.  They all used

03:19:54   6   cartridges and had to go to GameStop or wherever or Walmart

03:19:58   7   and buy them.  And now we're here to talk about these

03:20:01   8   mobile social server-based games.  And that's what GREE

03:20:04   9   helped revolutionize in the industry, as I say, about 15

03:20:07  10   years ago or so.

03:20:09  11        A little background on GREE.  It was founded by a

03:20:12  12   gentleman named Yoshikazu Tanaka -- Mr. Tanaka in Tokyo,

03:20:16  13   Japan, in 2004.  And he was inspired by what he saw in the

03:20:21  14   United States innovation and technology industry.

03:20:24  15        And so he decided he would start a social media

03:20:27  16   company, which he did.  He named it GREE.  And that name

03:20:31  17   comes from the concept of six degrees of separation.

03:20:33  18   That's where the GREE comes from.

03:20:35  19        And that's the idea, you may have heard of it,

03:20:37  20   that everybody on this planet is connected within six

03:20:40  21   degrees of connection to each other; that your friend might

03:20:43  22   know another friend and so forth, and pretty soon you get

03:20:46  23   all the way around the world.  And that's how the company

03:20:48  24   started in social media.

03:20:50  25        But it got into gaming pretty quick, within a

03:20:52   1   couple of years.  It's now grown to where it's about 1700

03:20:55   2   employees, 400 of which are engineers.  And it's got more

03:20:58   3   than 1800 patents and applications around the world.

03:21:01   4          Now, the first game that GREE introduced to the

03:21:06   5   world, and, indeed, the first mobile social game was a

03:21:11   6   gamed named Fishing Star.

03:21:12   7          As the name suggests and as you can see from the

03:21:16   8   graphics, it was about fishing.  You could fish and you

03:21:18   9   could fish with your friends and you could compete, you

03:21:21   10  could enter tournaments, go to different islands, catch

03:21:26   11  different species, all sorts of things like that.  That

03:21:28   12  came out in 2007, and it's still here today on the market.

03:21:31   13         And that game, in addition to being mobile and

03:21:33   14  social, was called freemium.  And that's just, of course, a

03:21:39   15  blend between free and premium.  And what that means, as I

03:21:42   16  said at the beginning, you don't have to pay.  Play it all

03:21:45   17  you want.  But if you want to pay and get ahead a little

03:21:47   18  bit quicker, you can do that.

03:21:49   19         The other thing you'll hear a lot about in this

03:21:52   20  trial for these types of games is that they run on a

03:21:55   21  network.  And, in fact, you need a network to manage these

03:22:00   22  games.  You need what are called servers, which are

03:22:02   23  essentially more powerful computers that sit somewhere --

03:22:07   24  typically in a warehouse or a server farm, I think they're

03:22:11   25  called, could be around the country.

03:22:12   1        And what they do is manage all these devices that

03:22:15   2    are connected to the network, such as your phones and your

03:22:18   3    tablets.

03:22:19   4        So if you play one of these games and you're

03:22:22   5    playing with folks either down the street or across the

03:22:25   6    country, it's all managed by a server that runs the game.

03:22:28   7    Because after all, if you're playing with your friend, if

03:22:31   8    you're playing this fishing game with your friend and let's

03:22:33   9    say you're on the same boat in the game and you're casting

03:22:37   10   your hook side-by-side, both phones need to know what the

03:22:41   11   other is doing.

03:22:41   12       And so all the traffic will come up from the phone

03:22:44   13   through your cellular or WiFi network, whatever it may be,

03:22:46   14   and get to the server, and the server keeps track of all of

03:22:49   15   that so your friend sees when you catch a big one and you

03:22:53   16   see when your friend doesn't catch a big one.  So that's

03:22:56   17   how these games work, and you'll hear -- you will hear all

03:22:58   18   about that.

03:22:59   19       GREE expanded, and eventually -- oops, a little

03:23:05   20   far ahead there, there we go -- eventually introduced games

03:23:10   21   in the United States and around 2011, actually entered the

03:23:13   22   market and opened an office here in California.  And it --

03:23:17   23   and it offered a number of games in the U.S., several of

03:23:21   24   which were hits.

03:23:22   25       We've shown here on the right, at this particular

03:23:24  1   point in time, it had three games in the top 10.  And --
03:23:28  2   and so GREE has gone on from Fishing Star to introduce a
03:23:32  3   number of other games, and you'll hear all about that from
03:23:35  4   Mr. Araki.
03:23:35  5        Now, GREE today is still gaming, of course, also
03:23:39  6   does things like live events, virtual concerts which have
03:23:46  7   become more popular these days, as well as virtual reality,
03:23:48  8   and other technology, entertainment and media type
03:23:52  9   businesses.
03:23:52  10        Now, let's get to the patents that we're here to
03:23:54  11   talk about.  And, first, this is an image from the video
03:23:57  12   you saw this morning.
03:23:58  13        What infringement really is -- is trespassing.
03:24:03  14   These patents, and these are the originals of the five GREE
03:24:08  15   patents that were granted to it by the Patent Office that
03:24:10  16   we'll be talking about through this trial.
03:24:11  17        These patents are just like the deed to property.
03:24:15  18   Just as a deed to property specifies the limits of your
03:24:20  19   boundaries, these patents, and specifically the claims,
03:24:23  20   specify the limits of your intellectual property rights,
03:24:26  21   and that's exactly what -- what this case is about.
03:24:31  22        Now, you've just been given the notebooks by the
03:24:35  23   Court.  And in those notebooks -- I've got a copy of one --
03:24:41  24   you have copies of the GREE patents, and I want to spend a
03:24:44  25   moment talking with you about that.

03:24:46   1          As has been noted, there are five patents at

03:24:49   2   issue, and so if -- if you want to follow along, you don't

03:24:51   3   have to, but feel free if you'd like to follow along.  I

03:24:55   4   just want to walk through real quickly, at the second tab

03:24:59   5   which is U.S. patent 9,597,594.

03:25:02   6          As you heard, we typically call patents by the

03:25:07   7   last three numbers so we don't have to say all those

03:25:10   8   numbers every time.  And so this is the '594 patent.  And

03:25:12   9   it's got different parts.  It's the first patent you'll be

03:25:17  10   hearing about in this case.

03:25:18  11          The front page has a whole lot of information

03:25:20  12   about when it was granted, when it was applied for, it's

03:25:23  13   got an abstract, it's got information on prior art that the

03:25:27  14   Patent Office looked at as part of it.

03:25:28  15          If you keep flipping through, you'll start to see

03:25:31  16   drawings, figures, and those are just examples of the

03:25:35  17   invention and how the inventor thought that the invention

03:25:37  18   might be able to put in place -- drawn in a visual manner.

03:25:42  19          Once you get through all these drawings, you get

03:25:45  20   to pretty dense text, and that's called the specification.

03:25:49  21   And the specifications serves to specify what the invention

03:25:54  22   is, to give examples, real detailed examples of how the

03:25:58  23   invention works.

03:25:59  24          And the way the specification is organized is

03:26:05  25   through these columns that you see.

03:26:07   1        So if you look at the top there, you see
03:26:09   2   Column Nos. 1, 2, 3, 4 across the top.  And in the middle
03:26:13   3   of the page, there's numbers, every five numbers, 5, 10,
03:26:13   4   15, et cetera.
03:26:13   5        So you might hear over the course of the trial a
03:26:20   6   witness or the attorneys talk about column and line number
03:26:21   7   to direct you to a certain part of the patent, and that's
03:26:23   8   what we're talking about here.  We'd be pointing to
03:26:26   9   different parts of the patent to -- to refer to.
03:26:27   10       Now, at the very end of the specification, if you
03:26:32   11   flip all the way to the end -- and in this patent, it's the
03:26:34   12   second to last page where they start, but that's where the
03:26:37   13   claims are.
03:26:39   14       So if you go all the way to Column 26 and you
03:26:42   15   start around Line 30, it says what is claimed is, and then
03:26:48   16   there is a No. 1 and then some text and a No. 2 and text
03:26:53   17   and so forth and so on.
03:26:54   18       And that's what we'll be talking about as the --
03:26:56   19   the property boundaries of GREE's technology.  And that's
03:27:01   20   what we will be showing you when we show you how Supercell
03:27:04   21   infringes the GREE patents.
03:27:05   22       For example, we're going to look through
03:27:08   23   Claim 2 -- Claim 1 and Claim 2, but in particular Claim 2
03:27:12   24   of the '594 patent.  And you see in both of these claims,
03:27:16   25   you find the word "templates."

```
03:27:18   1        If you look at Claim 2, it's the third line down
03:27:21   2   in Claim 2 at the third word in.  It actually appears in
03:27:25   3   the second line, as well.  It appears in Claim 1, as well.
03:27:27   4        So you're going to hear about templates, and
03:27:29   5   that's the shorthand we've used for this '594 patent that
03:27:32   6   I've shown on the slide here.  We're going to refer to it
03:27:36   7   in shorthand as the '594 template patent.  So you'll hear
03:27:39   8   evidence about why Supercell's games have this template
03:27:42   9   that's in the claims.
03:27:42  10        And the same will be true for the other four
03:27:45  11   patents.  And we can -- again, in shorthand, we're calling
03:27:48  12   the '137 and the '481 the battle patents because they
03:27:51  13   relate to a particular type of battle game.
03:27:55  14        And the '655, the donation patent, because it
03:27:59  15   relates to ways for players of games to be able to donate
03:28:02  16   to each other.
03:28:03  17        And, lastly, the '873 shooting patent, which
03:28:08  18   relates to these touchscreen shooting games.
03:28:11  19        So those are the patents, and what the inventions
03:28:13  20   of the patents do is generally they provide features and
03:28:16  21   technology that helps keep users interested in the games,
03:28:19  22   that increase user engagement.
03:28:22  23        And that's the industry buzz word that you'll hear
03:28:25  24   people talk about in terms of, are our games engaging?  Do
03:28:29  25   people want to play them?  Do they want to download them
```

```
03:28:32   1   and play them?  And that's what these patents are about is,
03:28:35   2   how do we help keep games engaging?
03:28:38   3         But -- let me pause for a moment and talk about
03:28:42   4   another reason and why we're here.
03:28:44   5         Here we go.
03:28:46   6         And we're here because Supercell simply won't take
03:28:52   7   responsibility for its actions.  Supercell knows that it is
03:28:57   8   using GREE's patented technology.
03:29:00   9         Why do I say it knows that?  Because Supercell
03:29:05  10   agreed to a license with GREE to use GREE's patents in
03:29:10  11   Japan.  The parties have already entered into that license,
03:29:14  12   and Supercell paid GREE for the permission to use the
03:29:17  13   patents that GREE owns in Japan.
03:29:19  14         But Supercell has refused to pay to use the same
03:29:24  15   types of inventions in the United States.  It has paid
03:29:28  16   nothing for using GREE's patented technology, and that's
03:29:31  17   why we're here today.
03:29:32  18         And there's one more thing I want you to remember
03:29:38  19   when we think about why that is.
03:29:40  20         May I approach, Your Honor?
03:29:42  21         THE COURT:  You may.
03:29:43  22         MR. MOORE:  Thank you.
03:29:44  23         THE COURT:  15 minutes have been used, you have 15
03:29:45  24   minutes remaining.
03:29:49  25         MR. MOORE:  Thank you.
```

03:29:52  1          I've written 7X, and what that means is how much

03:29:57  2   more money Supercell makes in the United States than it

03:29:59  3   makes in Japan.  It makes seven times the revenues here

03:30:03  4   than it does in Japan, and that's why we're here, because

03:30:07  5   they won't pay us to use the same patents they already paid

03:30:10  6   to use in Japan when they released their games in the

03:30:13  7   United States.

03:30:13  8          And we will prove to you that Supercell infringes

03:30:18  9   these patents through these three games, Clash of Clans for

03:30:22  10  the '594, Clash Royale for the '137 and '481 and the '655,

03:30:29  11  and Brawl Stars for the '873.

03:30:31  12         And when I say seven times the revenues, they've

03:30:35  13  made quite a bit of money.  As you can see here, for these

03:30:40  14  three games alone, just in the United States and just since

03:30:44  15  they started infringing, Supercell has made well over a

03:30:48  16  billion dollars.  In fact, it's over 1.1 billion, with a B,

03:30:53  17  dollars in the United States.

03:30:57  18         Now, in a moment after the openings, you'll hear

03:31:00  19  from GREE's first witness.

03:31:06  20         Dr. Akl, are you -- Professor Akl, are you in the

03:31:06  21  courtroom?

03:31:06  22         Thank you.

03:31:07  23         This is Professor and Dr. Robert Akl, he's coming

03:31:08  24  from Dallas where he's a tenured professor at the

03:31:12  25  University of North Texas, and he's going to tell you why

03:31:13  1   Supercell infringes GREE's patents.

03:31:15  2         There's a lot of discussion this morning about,

03:31:18  3   you know, don't -- don't just trust what the lawyers are

03:31:21  4   telling you, believe the evidence, and we fully agree with

03:31:24  5   that, and we want you to see this evidence.

03:31:27  6         He's going to show you both the games and he's

03:31:29  7   going to go under the hood and show you the source code of

03:31:32  8   the games, that is, how the games are written and the

03:31:35  9   language used and executed by the computer.

03:31:36  10        And he'll tell you that he found GREE's patented

03:31:39  11  technology in Supercell's source code, and we will show

03:31:41  12  that to you how every word of the claims at issue are

03:31:46  13  present and why they're infringed.

03:31:47  14        And burden of proof, we've addressed this already.

03:31:49  15  We will more than meet our burden of proof, which is 50.1

03:31:53  16  percent, roughly, preponderance of the evidence, more

03:31:56  17  likely than not.

03:31:57  18        And so, in other words, if all the evidence that

03:31:59  19  you heard in this trial so far were stacked up on a scale

03:32:03  20  and it was exactly equally, how much more evidence do we

03:32:09  21  have to show for you to find infringement?  And the answer

03:32:12  22  is very little additional evidence.  We've just got to tip

03:32:15  23  that scale a little bit, but we're going to tip it a whole

03:32:16  24  lot, starting with Dr. Akl's testimony.

03:32:18  25        Now, as I said, Supercell also knows that it

| | |
|---|---|
| 03:32:22 | 1 |
| 03:32:25 | 2 |
| 03:32:27 | 3 |
| 03:32:30 | 4 |
| 03:32:33 | 5 |

infringes, and why do I say that?  Well, let's -- let's look at the timing a little bit.

Here we've got some of the opening dates when GREE was founded, when Fishing Star was launched, and then when Supercell was -- was founded a few years later.

Well, some years after that, GREE discovered that Supercell was infringing its patents.  And so what did GREE do?  It didn't file a lawsuit.  GREE sent Supercell a letter in 2016 and said, you're infringing our patents. And this is from Plaintiff's Trial Exhibit 475, the letter that GREE sent and said, we believe you're infringing our patents.

And at the bottom there of what I've highlighted here, GREE said, you know, at this point, we don't know if we want to go to court over these.  We'd really rather resolve this, and please let us know if you'll negotiate with us over this.

Well, Supercell didn't agree to license.  And so some months later, GREE was forced to file a lawsuit in Japan.  And in the summer of 2017, it did so, and it filed a number of lawsuits in Japan.

About a year and a half later after those lawsuits went on, Supercell agreed finally to take a license. Again, only for the Japanese patents.  But it refused, and that's what we're showing here.  This is Plaintiff's Trial

| | | |
|---|---|---|
| 03:33:38 | 1 | Exhibit 480 that you'll take a look at. |
| 03:33:40 | 2 | So it took a license there, but, again, it refused |
| 03:33:43 | 3 | to do it in the United States.  And three weeks later GREE |
| 03:33:47 | 4 | filed these lawsuits that bring us here today in this |
| 03:33:52 | 5 | court. |
| 03:33:52 | 6 | Again, why wouldn't Supercell license?  Seven |
| 03:33:55 | 7 | times the revenue in the United States. |
| 03:33:57 | 8 | Supercell also ignored our patents.  And let's |
| 03:34:00 | 9 | take a look at the '594 as an example. |
| 03:34:02 | 10 | So when Supercell released Clash of Clans, it |
| 03:34:06 | 11 | didn't have a feature called the copy layout that you're |
| 03:34:08 | 12 | going to hear a lot about, and that was in 2012. |
| 03:34:12 | 13 | Four years later GREE told Supercell about the |
| 03:34:16 | 14 | patent application that eventually was granted as the '594 |
| 03:34:19 | 15 | patent. |
| 03:34:20 | 16 | And that patent -- this is the letter, and we told |
| 03:34:22 | 17 | them exactly the application number.  That patent then was |
| 03:34:26 | 18 | granted about six months later.  And about six months after |
| 03:34:30 | 19 | that, even Supercell admits, well, yeah, we knew about that |
| 03:34:34 | 20 | patent.  They admitted that in a sworn statement in this |
| 03:34:37 | 21 | litigation. |
| 03:34:38 | 22 | But you'll hear I think their party line, which |
| 03:34:40 | 23 | is, well, we don't really follow GREE.  We don't really |
| 03:34:43 | 24 | monitor them.  We don't really know what they're doing very |
| 03:34:45 | 25 | much.  But we're going to show you, and I'm going to show |

03:34:48  1  you right now, some exhibits that reflect what Supercell

03:34:50  2  says when it thinks no one else is listening.  What does it

03:34:55  3  say in private?

03:34:56  4       And this is from internal Supercell messages after

03:34:59  5  it learned of the '594 patent.  In those messages,

03:35:02  6  Supercell said a number of things.

03:35:07  7       First of all, it said, copy layout, what do you

03:35:09  8  guys think?  That's from this individual Marika Appel.

03:35:16  9  Darian Vorlick, it definitely saves a lot of time.

03:35:18  10      Another message, I have been wishing for something

03:35:21  11  like this ever since I have been helping out.

03:35:23  12      And this is from Plaintiff's trial Exhibit 73 and

03:35:27  13  606 that we'll show you.

03:35:27  14      And then some months later an individual named

03:35:32  15  Tommi Suvinen, who used to be the head of Clash of Clans

03:35:38  16  said this:  Copying templates/layouts might be part of the

03:35:42  17  GREE patent.

03:35:43  18      They knew full well about our patent and what it

03:35:46  19  covered, and they talked about it internally.

03:35:48  20      But what did they do, about a month after that in

03:35:51  21  June of 2018, they updated Clash of Clans and added copy

03:35:56  22  layout anyway.  And we'll show you that, and this is their

03:36:04  23  release notes from that.

03:36:05  24      So it is not only infringing, but it is willfully

03:36:08  25  infringing GREE's patents here in the United States, and it

03:36:10  1   refuses to pay.  And we'll show you that for all five of

03:36:14  2   the patents.

03:36:14  3          Now, on the question of damages, we're going to

03:36:19  4   show you two -- we're going to show you, and you'll hear

03:36:22  5   from two witnesses.

03:36:24  6          First of all, Dr. David Neal, who is in the

03:36:27  7   courtroom.  Dr. Neal is a professor and a Ph.D. and does

03:36:31  8   surveys, and he surveyed what Supercell players think is

03:36:35  9   important in their games.  And a lot of them said these

03:36:39  10  features covered by GREE's patents are important in the

03:36:41  11  games, make them want to play them more, make them more

03:36:43  12  engaged.

03:36:43  13         You'll also hear from Dr. Becker, who is going to

03:36:46  14  come up from Austin, and I think talk with you on Monday,

03:36:49  15  and he's a financial expert, a Ph.D. in economics.  He

03:36:52  16  analyzed a whole lot of numbers, revenue and user data,

03:36:58  17  crunched a lot of numbers, and he will present you his

03:37:00  18  opinion on what he thinks a reasonable royalty for

03:37:03  19  Supercell's use of the patents is.

03:37:04  20         And what he will show you is that on this 1.1,

03:37:08  21  almost $1.2 billion that he believes that GREE should be

03:37:12  22  paid by Supercell for these five patents, between 18 and a

03:37:16  23  half and 24 and a half million dollars, ranging, depending

03:37:20  24  on the patent, from .7 percent to 2.4 percent of

03:37:24  25  Supercell's revenues.

03:37:25  1          Now, you'll also hear about what was paid in the
03:37:30  2  license in Japan, and you'll hear some about that later in
03:37:33  3  the trial.
03:37:33  4          But I don't want you to be confused by that.
03:37:36  5  Again, the light -- the market here is seven times higher,
03:37:39  6  so what was paid in Japan is not necessarily an indicator
03:37:42  7  of what ought to be paid in the market where somebody makes
03:37:45  8  seven times more money.
03:37:46  9          Now, what will Supercell say in response?  They're
03:37:51  10  going to offer quite a few excuses, I think, for their
03:37:54  11  conduct.
03:37:55  12          First, they'll say, well, we're not infringing.
03:37:58  13  Well, then why did they sign the license in Japan?  And,
03:38:01  14  regardless, our technology is in their source code, and we
03:38:04  15  will show you that.
03:38:05  16          Their second excuse is, well, even if we are
03:38:08  17  infringing, the patents aren't any good.  They're invalid.
03:38:11  18          Now, they're not getting to argue one of them is
03:38:14  19  invalid, the '594 that we've talked about.  You won't hear
03:38:18  20  them argue that it's invalid here.  But they're going to
03:38:21  21  argue that the other four are because of the prior art.
03:38:21  22          But, again, they have a higher burden of proof.
03:38:24  23  If the evidence is equal, they've got to do a lot more than
03:38:26  24  just a feather.  They've got to put a lot more weight on
03:38:28  25  that scale and push it down a lot harder.  And they won't

03:38:32  1  be able to do that because the Patent Office considered a

03:38:34  2  lot of prior art.

03:38:36  3       What I'm showing you here is all the prior art

03:38:38  4  that the Patent Office looked at.  And three different

03:38:41  5  expert examiners at the Patent Office looked at these four

03:38:44  6  patents that Supercell says are no good, over a period of

03:38:46  7  around three to four years each and looked at all this

03:38:50  8  prior art and decided that they should be granted.

03:38:53  9       Now, Supercell's going to try to persuade you that

03:38:56  10  those three examiners made four mistakes in a row.  I don't

03:38:59  11  think they're going to be able to do that, and especially I

03:39:04  12  don't think that, because from what I expect, all they're

03:39:06  13  going to come in here and talk about is what they did after

03:39:09  14  the lawsuit was filed.

03:39:10  15       At that point, the lawyers hired expert witnesses

03:39:14  16  to go out and search the Internet and try to find old games

03:39:16  17  that they can argue did the same thing as these patents.

03:39:19  18       So I think you're going to see things like some

03:39:21  19  old YouTube videos and even a dummies book -- you know,

03:39:25  20  from the dummy series, but they've got a lot of other ones

03:39:27  21  they're going to show you.

03:39:28  22       They're not going to show you -- for any of this

03:39:31  23  prior art, they're not going to show you any source code to

03:39:33  24  tell you how these older games really work.  They're just

03:39:36  25  going to try to get you to believe the examiner got it

| | | |
|---|---|---|
| 03:39:39 | 1 | wrong four times in a row.  That won't be clear and |
| 03:39:42 | 2 | convincing. |
| 03:39:42 | 3 | Their next excuse, even if they do -- even if they |
| 03:39:46 | 4 | do infringe, even if the patents are invalid, they'll say |
| 03:39:48 | 5 | well, you know what, we would have stopped if that had |
| 03:39:51 | 6 | happened.  But they never stopped.  They didn't stop when |
| 03:39:53 | 7 | we wrote them in 2016.  They didn't stop when they agreed |
| 03:39:57 | 8 | to a license in Japan.  They didn't stop in the U.S., and |
| 03:40:00 | 9 | they haven't stopped today. |
| 03:40:01 | 10 | Our patented technology is still in their source |
| 03:40:03 | 11 | code, still in their products, they're still infringing. |
| 03:40:06 | 12 | They may say the features don't matter, but if they didn't |
| 03:40:09 | 13 | matter, why didn't they take them out?  You won't hear any |
| 03:40:12 | 14 | evidence that they've stopped infringing. |
| 03:40:13 | 15 | And then their next excuse is -- sorry -- next |
| 03:40:17 | 16 | excuse is, well, even if all that doesn't work, we wouldn't |
| 03:40:20 | 17 | have paid a lot because after all, we don't charge for |
| 03:40:23 | 18 | these features. |
| 03:40:24 | 19 | And, you know, GREE hadn't made them a lot of |
| 03:40:27 | 20 | money using these features in GREE's own games.  But, |
| 03:40:30 | 21 | again, that's -- that's an excuse and trying to distract |
| 03:40:32 | 22 | you. |
| 03:40:32 | 23 | The question is:  How valuable are they to |
| 03:40:35 | 24 | Supercell?  And it doesn't matter if they charge for them |
| 03:40:37 | 25 | or not.  What matters is do they get users to be more |

03:40:42   1   engaged?  Do they make users want to play a game more

03:40:42   2   because there is a direct relationship between how much

03:40:44   3   people play Supercell's games and how many people decide to

03:40:48   4   spend money on Supercell's games and how much money those

03:40:52   5   people decide.

03:40:52   6         So if our patented technology helps them get

03:40:56   7   players more interested, more engaged and play longer, then

03:41:00   8   that's the value to Supercell.  And that's what they should

03:41:03   9   pay a reasonable royalty.

03:41:06   10        We're asking for between .7 and 2.4 percent,

03:41:11   11   depending on which patent you talk about, of their revenues

03:41:14   12   for our -- for our patented features that they're using in

03:41:17   13   their technology and in their source code.

03:41:19   14        And I think the last excuse you'll hear from them

03:41:26   15   is, well, you know what, we're just more successful.  And

03:41:29   16   you know what, they are.  They are very successful.  They

03:41:32   17   have been a very, very successful company.

03:41:33   18        THE COURT:  Three minutes remaining.

03:41:34   19        MR. MOORE:  Thank you, Your Honor.

03:41:35   20        They're -- they're bigger in the U.S. market than

03:41:39   21   GREE.  They make more money than GREE.  And their games are

03:41:43   22   a lot of fun.  And people really, really like them.  They

03:41:46   23   have great games.  Nobody disputes that.

03:41:48   24        But that's not an excuse.  It's not an excuse to

03:41:51   25   say, well, okay, maybe I took your property, but I've done

```
03:41:55   1   a lot better at it than you.  That's not an excuse to avoid
03:42:00   2   paying somebody for your trespass, for your infringement.
03:42:00   3          They might even try to distract you about what
03:42:02   4   happened with GREE's U.S. business.  And I'll tell you
03:42:04   5   right now, GREE eventually closed its office in the United
03:42:07   6   States.  The competition was too much.  It couldn't afford
03:42:10   7   the investments both in the market here and the market in
03:42:14   8   Japan.
03:42:15   9          And I'm sure they're going to try to drag all
03:42:17  10   sorts of evidence out about that.  But you know what,
03:42:19  11   that's not an excuse.  It's not an excuse that you're more
03:42:22  12   successful in business than somebody -- than somebody if
03:42:25  13   you're taking their property without permission.
03:42:27  14          And that's what Supercell is doing.  It paid for
03:42:30  15   that permission in Japan, but it won't do it here in the
03:42:33  16   United States where it makes seven times as much money as
03:42:37  17   in Japan.
03:42:37  18          Supercell needs to take responsibility for its
03:42:40  19   actions.  GREE's patented technology, you will see, is in
03:42:44  20   Supercell's source code.  GREE played by the rules, filed
03:42:47  21   for patents, got patents.  Supercell needs to play by the
03:42:51  22   rules, too.  And this trial is your chance to make them do
03:42:56  23   that.
03:42:56  24          Ladies and gentlemen, thank you very, very much
03:42:58  25   for your attention and your service today and all this
```

| | | |
|---|---|---|
| 03:43:01 | 1 | week.  It is very important to my client, GREE, and to us |
| 03:43:05 | 2 | as a team.  And we cannot thank you enough for your |
| 03:43:08 | 3 | service. |
| 03:43:10 | 4 | Thank you, Your Honor. |
| 03:43:11 | 5 | THE COURT:  All right.  That completes Plaintiff's |
| 03:43:13 | 6 | opening statement. |
| 03:43:14 | 7 | Defendant may now present its opening statement. |
| 03:43:19 | 8 | Would you like a warning on your time, Mr. Dacus? |
| 03:43:22 | 9 | MR. DACUS:  If you would let me know when I have |
| 03:43:24 | 10 | five minutes, please, Judge. |
| 03:43:26 | 11 | THE COURT:  I will.  You may proceed when you're |
| 03:43:30 | 12 | ready. |
| 03:43:30 | 13 | MR. DACUS:  Thank you, Your Honor. |
| 03:43:31 | 14 | Good afternoon.  Let me start this afternoon by |
| 03:43:34 | 15 | introducing you to Jeff Ostler.  Mr. Ostler is going to be |
| 03:43:38 | 16 | here throughout the trial on behalf of all the men and |
| 03:43:41 | 17 | women who work at Supercell. |
| 03:43:44 | 18 | I told you this morning that we wouldn't have you |
| 03:43:47 | 19 | here if this case was not extremely important to Supercell, |
| 03:43:51 | 20 | and I want to start this afternoon where I started this |
| 03:43:54 | 21 | morning, and that is to say to you a very sincere thanks |
| 03:43:59 | 22 | for your willingness to serve. |
| 03:44:00 | 23 | You may be sitting there thinking that Supercell, |
| 03:44:05 | 24 | because they've been sued in a United States District Court |
| 03:44:09 | 25 | on patent infringement, is mad at the patent system, |

03:44:13   1   doesn't respect the U.S. patent system.

03:44:15   2          And what I want to say to you is nothing could be

03:44:18   3   further from the truth.  Supercell absolutely respects the

03:44:23   4   United States patent system and absolutely respects the

03:44:26   5   jury system that underlies that patent system.  And

03:44:30   6   that's -- that's why we're here.

03:44:32   7          Our patent system, however, is not perfect.  You

03:44:36   8   heard on the Court's video this morning that not all

03:44:41   9   patents that are issued are valid.  You heard on the

03:44:44  10   Court's video this morning that when you are wrongfully

03:44:47  11   accused of using someone else's patent, the place you can

03:44:51  12   come and the place you should come to defend yourself is a

03:44:56  13   United States Federal Court and present your evidence and

03:44:59  14   facts to the jury.  And that -- that's, in short, why we're

03:45:04  15   here.

03:45:04  16          Ultimately, you're going to be asked two questions

03:45:08  17   in this case.  Does Supercell use -- and the legal term for

03:45:14  18   that is infringe -- do we use or infringe GREE's patents?

03:45:18  19   And are GREE's video game patents -- are they valid under

03:45:22  20   United States patent law?

03:45:23  21          That's the two formal questions you're going to be

03:45:25  22   asked.  If you and I were talking a little more informally,

03:45:30  23   if we went to go get a hamburger or something, and you

03:45:34  24   said, hey, why are you here, I might say to you, we're here

03:45:38  25   for your help.  We need your help.

```
03:45:40   1        And the way you help us, as you know from the

03:45:42   2   Court's instructions that he's given you and the Court's

03:45:46   3   video, is by answering these -- these two questions.

03:45:48   4        Now, I want to pause here for a second because

03:45:51   5   I -- I just saw these slides that GREE's lawyer put up that

03:45:55   6   characterize these constitutionally valid defenses as

03:45:59   7   excuses.

03:46:00   8        You know from the Court's video and you know from

03:46:04   9   the Court's instructions to you that Supercell has every

03:46:10   10  constitutional right to come here and defend itself.  It

03:46:15   11  doesn't have to just roll over.  This is not Japan.  This

03:46:19   12  is the United States of America, and we have every right to

03:46:25   13  come and defend ourself against charges that, frankly, just

03:46:30   14  aren't true.

03:46:30   15       Now, there's one other thing that I want to say,

03:46:33   16  and the Court brought this out this morning.  We have that

03:46:35   17  right.  Supercell has that right, no matter the size of

03:46:39   18  GREE.

03:46:39   19       You heard the Judge say this morning and point you

03:46:42   20  to Lady Justice there.  And one thing he said is she has a

03:46:46   21  blindfold on.  So it doesn't matter that GREE has 1700

03:46:52   22  employees.  And as you'll hear, we only have 300.  We have

03:46:56   23  an absolute right to present to you the facts and evidence

03:46:59   24  and let you make a decision on how these questions should

03:47:07   25  be answered.
```

| | | |
|---|---|---|
| 03:47:07 | 1 | Now, in every case -- at least every case I've |
| 03:47:10 | 2 | ever been involved in, not only why you're here but how you |
| 03:47:15 | 3 | get here helps you as a jury sort of sort out of the facts. |
| 03:47:19 | 4 | The Judge has already told you that you're going |
| 03:47:22 | 5 | to have to decide the credibility of the parties here. |
| 03:47:25 | 6 | You're going to hear two pretty -- two very different |
| 03:47:28 | 7 | stories of the facts. |
| 03:47:29 | 8 | And, ultimately, as the Court has instructed you, |
| 03:47:34 | 9 | you're going to have to determine -- determine the |
| 03:47:36 | 10 | credibility of each party. |
| 03:47:37 | 11 | And so I want to tell you just a little bit about |
| 03:47:40 | 12 | the history of how we make ourselves -- make our way here. |
| 03:47:45 | 13 | So Supercell started in 2010, very humble |
| 03:47:48 | 14 | beginnings, literally started in a one-room office with |
| 03:47:52 | 15 | some young programmers developing and creating game -- |
| 03:47:57 | 16 | games using a cardboard box as a desk. |
| 03:48:00 | 17 | They sat down, they thought about what they wanted |
| 03:48:03 | 18 | to do, and they committed their mission to writing.  How do |
| 03:48:07 | 19 | they want to run their company?  And I'm not going to read |
| 03:48:10 | 20 | all of this, but I think a couple of them are important. |
| 03:48:13 | 21 | If you look at that first bullet point, it says: |
| 03:48:16 | 22 | We want to build a games company that makes a positive, |
| 03:48:20 | 23 | long-lasting impact on the lives of our players, our |
| 03:48:24 | 24 | employees, and the community around us. |
| 03:48:26 | 25 | And then the second bullet point:  One of the |

03:48:29   1   reasons players enjoy our games for months and years is

03:48:33   2   that we really care about their experience and treat them

03:48:36   3   with respect.

03:48:36   4        And those are the things that Supercell tried to

03:48:39   5   do.  And over the course of now a decade, 10 years, they

03:48:44   6   have developed and released five games.  And as GREE, I

03:48:49   7   guess I'm glad to hear them admit, these games have been

03:48:52   8   popular.  They're fun.  People enjoy playing them.  They

03:48:56   9   are for the most part family games.

03:48:58   10        We talked about this morning the rating.  I think

03:49:00   11   they're rated for nine-year-olds -- all the way down to

03:49:04   12   nine-year-olds.

03:49:05   13        Here's -- here's what Supercell is today.  320

03:49:10   14   employees.  This is a picture of -- of all of their

03:49:12   15   employees, four offices, and five games, all built on

03:49:21   16   exactly what they say their mission was.

03:49:23   17        Now, at this other table sits the Plaintiff, GREE.

03:49:29   18   We've already -- you already know and you heard they're

03:49:31   19   based in Tokyo, Japan.  They had their beginnings in social

03:49:35   20   networking, which to put a finer point on that, that

03:49:40   21   basically means Facebook.  I think many people refer to

03:49:43   22   GREE as the Facebook of Japan.  And as their lawyer told

03:49:47   23   you, after their social network beginning, they got into

03:49:52   24   video games.

03:49:55   25        In the process of that, they went on this

03:49:57  1   patent-writing campaign.  And no doubt, you'll hear that

03:50:01  2   they have over a thousand patents in Japan.

03:50:05  3            In about 2011, they came to the United States.

03:50:07  4   They attempted to introduce their games to the United

03:50:12  5   States, as their lawyer told you.  But the games just were

03:50:16  6   not successful.

03:50:17  7            By 2015, GREE had announced their likely plans to

03:50:25  8   remove themselves from the United States market.

03:50:27  9            And then by 2017, they did remove themselves from

03:50:32  10  the United States market.  They don't develop games here

03:50:36  11  anymore.  I'm not being critical.  It's just a fact that

03:50:39  12  their games were not popular.  They did not succeed in the

03:50:42  13  U.S.

03:50:42  14           Now they're here telling you and asking you to

03:50:48  15  award tens of millions of dollars on five patents, you know

03:50:53  16  that.  But there's a couple of facts I want you to keep in

03:50:55  17  mind as we talk through the big picture here.

03:50:57  18           They have no game in the United States that uses

03:51:03  19  any of these five patents.  In fact, of these five patents,

03:51:07  20  they only ever used one of those patents in a game in the

03:51:12  21  United States, and that game was wholly unsuccessful.

03:51:15  22           For the other patents, they actually contemplated,

03:51:17  23  and you'll see this document is in evidence in this case,

03:51:20  24  they actually contemplated using those patents in games and

03:51:23  25  affirmatively decided not to.

03:51:25  1        You'll have to reconcile and decide how -- how can

03:51:29  2   they say these patents are so valuable when they themselves

03:51:32  3   don't use them and did not use them?  It doesn't make

03:51:35  4   sense.

03:51:35  5        After GREE exited the U.S. market in 2017, they

03:51:44  6   went on what's been described to you as a -- basically, a

03:51:48  7   lawsuit campaign.  They sued Supercell in Japan.  Then they

03:51:53  8   sued Supercell here.  And that's how we make our way to a

03:51:57  9   United States Courthouse in Marshall, Texas, on September

03:52:01  10  10th, 2020, with you, asking you, Supercell asking you, to

03:52:09  11  answer these two questions.

03:52:15  12       So I want to talk about these two questions that

03:52:17  13  you're here to answer.  Does GREE infringe -- does it

03:52:20  14  use -- I mean, does Supercell use these GREE patents?

03:52:24  15       You know by now there are five patents at issue.

03:52:27  16  You're going to hear an incredible amount of information

03:52:30  17  about these patents, but I want to try to give you a

03:52:33  18  roadmap as to how you go about answering these questions.

03:52:36  19  It's not our jobs, at least we don't view it as our jobs as

03:52:40  20  lawyers on behalf of Supercell, to tell you what the answer

03:52:42  21  to those questions are.  Our job is to present you with the

03:52:46  22  evidence.

03:52:46  23       But I'm also confident that before you walked

03:52:49  24  through that door this morning, you had likely never done

03:52:53  25  an infringement analysis and looked at a patent to

03:52:56   1   determine if a product infringed.

03:52:58   2          So what I want to take a few minutes to do, if

03:53:03   3   you'll indulge me, is to walk you through that process so

03:53:06   4   that as you hear the evidence come in, you know how to

03:53:08   5   apply it.

03:53:12   6          I think the -- the Court's already told you this,

03:53:14   7   and he'll tell you again in final instructions, that a

03:53:18   8   patent is infringed only if the product, the accused

03:53:20   9   product, that's our three games, includes each and every

03:53:24  10   element in the patent claim.

03:53:25  11          So what does that mean?  You all have a notebook.

03:53:31  12   I don't want you to turn to it now, but when you have free

03:53:35  13   time and you looked at it a minute ago with Mr. Moore, at

03:53:39  14   the back of each patent on the claims, each claim has a

03:53:40  15   number beside it.  That is allegedly a separate invention.

03:53:44  16          So what you're going to do is look at that patent

03:53:46  17   claim and compare it to the product.  And you have to see

03:53:50  18   if it matches up exactly.

03:53:52  19          And so let me give you an example because I know

03:53:55  20   we've been talking in a vacuum, and sometimes an example

03:53:58  21   helps.  This is an example that somebody gave me when I

03:54:01  22   first started doing patent cases, and it helped me.  If it

03:54:05  23   helps you, I'm appreciative.  If it doesn't, I apologize.

03:54:09  24          But let's assume that someone had a patent on a

03:54:14  25   soccer ball.  And let's assume that the claim in the patent

03:54:18  1   said it's made of leather, stitched together, filled with
03:54:21  2   air, and round in shape.
03:54:22  3        And let's assume that that soccer ball patent
03:54:25  4   owner sued the maker of a football.  So what the jury would
03:54:28  5   do in that case is the jury would say, okay, the football
03:54:31  6   is made of leather, stitched together, filled with air, but
03:54:35  7   the football is oblong in shape.  It's not round in shape.
03:54:39  8        So one of the elements of the claim is not met.
03:54:45  9   And it only has to be one.  It only has to be one.  The
03:54:49  10  Judge will tell you that.  Every word of the claim has to
03:54:53  11  be met.  And that makes sense because we all know that a
03:54:56  12  football is very different from a soccer ball.
03:54:58  13       So how do you go about applying that in this case?
03:55:01  14  How do you go about applying that?  You're going to hear
03:55:05  15  about every patent before this is over with.  I want to
03:55:07  16  walk you through a couple of examples, if I could, just so
03:55:11  17  you understand the process and you have a preview of some
03:55:15  18  of the things that you'll hear from the witness stand.
03:55:17  19       I'm going to take the '873 patent.  We call it the
03:55:25  20  aim and shoot patent.  What you see on the left is Claim 8.
03:55:28  21  When you look in the '873 patent, turn to Claim 8.  These
03:55:35  22  are the words you will see.
03:55:36  23       As GREE's lawyers told you, there are also figures
03:55:39  24  in the patent.  So this is Figure 4, and as he said, these
03:55:43  25  figures are illustrations of examples or embodiments of

03:55:45  1  what is described in this Claim 8.

03:55:47  2       So at a very high level -- I'm not trying to be

03:55:50  3  super technical because we have three experts who will

03:55:53  4  testify, each with very specialized expertise in this area,

03:55:58  5  and they'll give you more information about this than you

03:56:01  6  want -- probably more information than I want to hear, but

03:56:04  7  it's the kind of information that you need to make an

03:56:07  8  informed decision.

03:56:08  9       So for Claim 8, GREE contends that our Brawl Stars

03:56:17 10  game infringes this patent.  So at a high level, what

03:56:20 11  Claim 8 requires -- or what it -- the alleged invention is

03:56:28 12  that when you touch the screen on your mobile device, this

03:56:32 13  shooting effective range, what they show as a target here,

03:56:34 14  pops up where your finger is.  And then when you press for

03:56:37 15  a second time, there's actually a firing or a shooting.

03:56:40 16  That's -- that's at a very high level what the patent is.

03:56:44 17       What they say is that our Brawl Stars game uses

03:56:48 18  their patent.  This is a picture of the Brawl Stars game.

03:56:52 19  You see this little cone right here.  That cone is what

03:56:59 20  they claim is the -- essentially the same as their target.

03:57:04 21       But what you'll come to know is that our game

03:57:07 22  works very differently, and here's -- here's why.

03:57:10 23       When you press our game with your finger, this

03:57:16 24  shooting effective range or the cone doesn't show up.  You

03:57:20 25  have to slide your finger.  You have to touch and then

| | | |
|---|---|---|
| 03:57:24 | 1 | slide before the cone shows up.  That's different than the |
| 03:57:27 | 2 | patent. |
| 03:57:27 | 3 | In addition to that, you see -- the Court's |
| 03:57:31 | 4 | already talked to you about the fact that he has |
| 03:57:34 | 5 | interpreted or construed some of this language.  And this |
| 03:57:37 | 6 | is some of it.  What you see on the right here, the Court |
| 03:57:44 | 7 | has said that the shooting effective range -- I'll just |
| 03:57:46 | 8 | call it the target now -- must appear in response to and |
| 03:57:51 | 9 | based on the position of the first touch operation. |
| 03:57:56 | 10 | And so what you'll learn about the Brawl Stars |
| 03:57:59 | 11 | game is this target doesn't show up based on the position |
| 03:58:02 | 12 | of your finger.  No matter where you touch our Brawl Star |
| 03:58:06 | 13 | game with your finger, this cone shows up from a character. |
| 03:58:11 | 14 | You see how it's emanating from this character |
| 03:58:14 | 15 | there in the middle?  It doesn't matter where our finger |
| 03:58:18 | 16 | is.  Our finger could be at the top left, top right.  It's |
| 03:58:21 | 17 | not showing up based on the position of our first touch |
| 03:58:27 | 18 | operation.  And because of that, that element is not |
| 03:58:30 | 19 | made -- it's not met. |
| 03:58:32 | 20 | Now, let me offer a suggestion here, and it's just |
| 03:58:34 | 21 | a suggestion.  It's not a requirement.  You have notebooks |
| 03:58:38 | 22 | with the patents in them.  You have five patents-in-suit |
| 03:58:43 | 23 | here.  You have three different games.  There's a lot of |
| 03:58:46 | 24 | information.  I can promise you, the lawyers, we get |
| 03:58:49 | 25 | confused, even though we've been dealing this -- with this |

03:58:53  1   for a long time.

03:58:54  2           My suggestion or what I offer to you is when we

03:58:57  3   put our experts on the stand to testify related to

03:59:01  4   non-infringement, if you want to turn in your book -- in

03:59:06  5   your notebook to the specific claim that we're talking

03:59:10  6   about and follow along with the expert and if you agree

03:59:12  7   that, in fact, we do not use a particular part of the

03:59:15  8   patent or a particular element, you can just put a little

03:59:18  9   X.

03:59:18  10          And I offer that to you because there are so many

03:59:20  11  to keep up with.  When you go back in the jury room, you

03:59:24  12  know -- you will know if you have an X next to the claim,

03:59:27  13  that that part wasn't met.  And it only takes one X.  You

03:59:31  14  may have two or three for each claim, I'll -- I'll tell you

03:59:34  15  that, because for many of these patents, there -- there are

03:59:37  16  several different ways that we don't infringe.

03:59:40  17          If you're not a note-taker, that's perfectly fine.

03:59:43  18  You can rely on your memory.  But I offer that to you as a

03:59:47  19  possibility.

03:59:48  20          Let me talk about one more example on this

03:59:50  21  question of do we use GREE's patents.  The '655 patent, we

03:59:55  22  call that the gift and bonus patent.  This is Claim 7 from

04:00:00  23  the '655 patent.

04:00:00  24          And, again, this is a lot of words, and it -- I'll

04:00:07  25  be honest with you, the first time or two that you read it,

| | | |
|---|---|---|
| 04:00:10 | 1 | it's hard to understand.  Our experts will break the words |
| 04:00:14 | 2 | down into manageable segments so that it's very clear what |
| 04:00:17 | 3 | these words are talking about and what our games do. |
| 04:00:20 | 4 | So this patent requires, as you see on the screen, |
| 04:00:25 | 5 | a first user display data for selecting a first object from |
| 04:00:31 | 6 | the possessed objects, possessed by the first user, and |
| 04:00:35 | 7 | selecting a second user from the plurality of users.  I |
| 04:00:39 | 8 | mean, that's -- that's confusing the first time you read |
| 04:00:42 | 9 | it. |
| 04:00:42 | 10 | But we'll go slow through it so that it's |
| 04:00:45 | 11 | understandable.  And I have to read it many times, I'll |
| 04:00:47 | 12 | tell you, before I make sure I understand.  And what you'll |
| 04:00:50 | 13 | find out is, you see this requirement that the first user |
| 04:00:55 | 14 | select a first object?  Our game doesn't do that.  The |
| 04:00:59 | 15 | second user actually requests the object from the first. |
| 04:01:05 | 16 | It's -- it's just the opposite of what's required |
| 04:01:08 | 17 | in the patent.  Our first user does not select the first |
| 04:01:13 | 18 | object.  The second user actually makes that request.  And |
| 04:01:15 | 19 | because of that, we don't use the patent.  There's no |
| 04:01:19 | 20 | infringement.  Again, if you're following along and you |
| 04:01:24 | 21 | agree, you'd put an X. |
| 04:01:26 | 22 | Let me turn to the -- the second question about, |
| 04:01:32 | 23 | are these patents valid? |
| 04:01:33 | 24 | You know from the Court's video this morning and |
| 04:01:37 | 25 | from what the Court has told you in his instructions that |

04:01:40    1   in order to have a valid patent, what you claim in your

04:01:42    2   patent needs to be new.  Someone before you should not have

04:01:46    3   done it.  And -- and he's going to give you specific

04:01:49    4   instructions, but that's basically what we're trying to

04:01:52    5   determine here.  Was -- was GREE the first to do it?

04:01:55    6          So let's talk about this '873 aim and shoot

04:02:05    7   patent.  That's the same one we've been talking about.

04:02:07    8   It's this one where you press your finger to the screen and

04:02:09    9   a target shows up.

04:02:10   10          The evidence in this case will show you that there

04:02:13   11   were at least two games in the United States -- a game

04:02:16   12   called Sniper vs. Sniper and a game called Call of Mini

04:02:24   13   Sniper, that did exactly what this '873 patent claims.  And

04:02:26   14   you may say, well, how could that be?  How did they get a

04:02:29   15   patent issued?

04:02:30   16          And you'll learn that the Patent Office did not

04:02:33   17   look at these games.  You remember the GREE lawyers showed

04:02:36   18   you those patents a minute ago, and he said, look at all

04:02:39   19   this prior art on here?  Well, let me tell you what, you

04:02:42   20   can look all day long and all night long, and these two

04:02:45   21   games are not on there.

04:02:47   22          He said -- I think he was careful when he said the

04:02:51   23   Patent Office looked at a lot of stuff.  Well, that may be

04:02:54   24   true, but that's not the question.  The question is, did

04:02:57   25   they look at the right stuff?  And what you'll see and hear

04:03:02  1   is that they did not.  You are the first people who will

04:03:05  2   have this evidence in front of you to determine whether or

04:03:09  3   not this '873 patent -- what they claimed was actually new.

04:03:13  4        This is just a timeline to -- to show you so that

04:03:18  5   you have some perspective.  What you see on the bottom

04:03:21  6   are -- are GREE's actions.  They filed this patent

04:03:24  7   application, this '873, in February of 2013 in Japan.  They

04:03:31  8   actually filed the U.S. patent that they're here about now

04:03:33  9   in December of 2016, and it was issued in October of 2017.

04:03:39  10       Our Brawl Stars game that they accuse of

04:03:43  11  infringing came out in June of 2017.

04:03:45  12       So what they say is -- and we don't really need to

04:03:50  13  fight about this -- is that they -- they get credit all the

04:03:54  14  way back to the time that they filed this patent in Japan

04:03:58  15  in February of 2013.

04:04:00  16       We say it doesn't matter, because even by that

04:04:03  17  date, there were multiple games in the United States that

04:04:06  18  had exactly what your '873 patent claims, and, therefore,

04:04:11  19  we think the evidence will show you it's invalid.

04:04:14  20       Give you one more example on this invalidity.

04:04:18  21  And, again, I'm -- I'm just trying to walk you through the

04:04:20  22  process so that as you hear and see the evidence, you know

04:04:24  23  how to apply it.

04:04:25  24       This '655 patent, we call the gift and bonus

04:04:29  25  patent, what you see on the screen on the left is the

04:04:33    1    original version from GREE in Japanese.  What you see on

04:04:38    2    the right is the translated version, and it's an invention

04:04:41    3    report.  This is the report that someone at GREE drew to

04:04:45    4    describe their invention at the time that they applied for

04:04:48    5    it.

04:04:49    6            And the invention is that User A purchases or buys

04:04:52    7    a gift.  User A gives that gift to User B, and then User B

04:05:00    8    can receive some sort of bonus item or incentive item if

04:05:05    9    certain conditions are met.

04:05:07   10            And the expert will do a better job of explaining

04:05:08   11    it than I do, but this incentive or bonus I kind of think

04:05:16   12    of it where I go get my haircut, they give me a little

04:05:19   13    card, and they punch it each time; and on the tenth time, I

04:05:23   14    get a free haircut.  So that's what this incentive is.

04:05:28   15            But the important thing here is all of this

04:05:30   16    existed in games in the United States before they applied

04:05:33   17    for their patent in 2013.

04:05:36   18            There was a game called FarmVille that was very

04:05:38   19    popular on Facebook.  It contained this exact type of gift

04:05:44   20    and incentive program.  FarmVille was so popular that, as

04:05:50   21    GREE's counsel referenced, there was a book written about

04:05:53   22    it, and this book describes exactly what their patent

04:05:57   23    claims.

04:05:58   24            So, again, all we're trying to determine is when

04:06:01   25    GREE filed this patent application in 2012, had anyone else

04:06:08   1   had this idea and used this idea?  And the facts and the

04:06:11   2   evidence, I think, will show you that, in fact, they had.

04:06:14   3        And, again, this FarmVille was not reviewed by the

04:06:16   4   Patent Office.  You can look at those patents and the prior

04:06:20   5   art listed on them, and you won't find this FarmVille

04:06:23   6   reference anywhere on there.

04:06:24   7        I hope that provides you with a -- somewhat of a

04:06:32   8   roadmap.  Again, we don't view it as our -- our job to give

04:06:37   9   you the answers to these questions.  Our job is to provide

04:06:40  10   you with absolutely the best evidence we have to show you

04:06:44  11   that we do not use these games and that these patents

04:06:48  12   should have not been issued.

04:06:49  13        Before I sit down, let me spend just a few minutes

04:06:54  14   talking about damages.  That's a fancy word for the amount

04:06:56  15   of money that they want.

04:06:59  16        It pains me to talk about it because we don't owe

04:07:03  17   these folks a dime.  If you find either that we do not use

04:07:07  18   these patents or that these patents are invalid, then there

04:07:11  19   are no damages.

04:07:13  20        But let me say a couple of things at a high level

04:07:16  21   about the money that Plaintiffs like this ask for.  I think

04:07:22  22   there are two things you can learn from it.

04:07:24  23        The first thing that you can learn from it is,

04:07:27  24   what is the case really about?  I mean, they've stood up

04:07:30  25   and given a pretty eloquent speech about what they want you

04:07:34  1  to believe this case is about.  But, oftentimes, if you

04:07:37  2  look at damages and the way they're calculated, it tells

04:07:41  3  you what the case is really about.

04:07:43  4         The second thing is you've already heard from the

04:07:47  5  Judge that you're going to have to determine credibility.

04:07:49  6  You're going to hear two different stories on virtually

04:07:52  7  every aspect of this case.  And if you look at damages and

04:07:55  8  you listen to the witnesses and what methods they employed

04:08:01  9  to calculate the damages in this case, it can often tell

04:08:04  10  you a lot about the credible -- the credibility of the

04:08:09  11  parties.

04:08:09  12         Let me focus on a couple of things here at a high

04:08:13  13  level.  This second bullet point says the accused

04:08:16  14  features -- that means the things that they say infringe

04:08:20  15  their patents -- are not responsible for Supercell's value

04:08:25  16  and success.

04:08:26  17         So what does that mean?  GREE's admitted, and we

04:08:29  18  certainly agree, that our games are popular.  People like

04:08:32  19  playing them.  They're fun.  They have great graphics,

04:08:36  20  great, great artistry, all the things that you would want

04:08:41  21  in a game.

04:08:41  22         THE COURT:  You have five minutes remaining.

04:08:44  23         MR. DACUS:  Thank you, Your Honor.

04:08:45  24         That stuff doesn't come in any respect from GREE.

04:08:48  25  And you may be saying, well, you're Supercell's lawyer,

04:08:52  1   what else are you going to say?  Of course you're going to

04:08:58  2   say that.

04:08:58  3        You're going to see documents from GREE's own

04:09:01  4   files written, as Mr. Moore said, long before anyone

04:09:06  5   thought they would see the light of day where GREE is

04:09:10  6   looking at Supercell's games with admiration, studying

04:09:15  7   those games, and touting our features and how successful

04:09:18  8   they are.

04:09:22  9        Think about that, I mean here we are defending

04:09:25  10  ourselves in a court of law against these claims of

04:09:28  11  infringement and what you're going to see are documents of

04:09:32  12  GREE that say, boy, Supercell is doing one heck of a job,

04:09:37  13  they've got some really, really good games out there.  It

04:09:40  14  doesn't add up.

04:09:41  15       The last thing I'm going to say is when we -- when

04:09:45  16  we get to the point of listening to the experts on damages,

04:09:49  17  I want you to listen closely to their experts and how

04:09:54  18  they've calculated these -- these damages.  I want you to

04:09:57  19  listen particularly to see if they've inflated these

04:10:00  20  numbers and whether or not what they say to you is

04:10:02  21  credible.

04:10:02  22       I'm going to sit down now.  I appreciate your time

04:10:07  23  and attention this afternoon.  We look forward over the

04:10:10  24  next week or so to presenting the evidence to you.  And

04:10:14  25  then we look forward to having a chance to speak to you at

04:10:18  1    the end before the verdict.

04:10:19  2            Thank you, Your Honor.

04:10:20  3            THE COURT:  All right.  Ladies and gentlemen,

04:10:22  4    you've now heard opening statements from both Plaintiff and

04:10:24  5    Defendant.

04:10:26  6            Counsel, does either party wish to invoke the

04:10:28  7    Rule?

04:10:29  8            MR. MOORE:  Yes, Your Honor, we do.

04:10:31  9            THE COURT:  And am I to assume that that

04:10:34  10   application of the Rule does not include expert witnesses?

04:10:37  11           MR. MOORE:  It does not, that's correct,

04:10:39  12   Your Honor.

04:10:39  13           MR. DACUS:  That's correct.

04:10:40  14           THE COURT:  All right.  Then the Rule has been

04:10:41  15   invoked.

04:10:42  16           Unless you are a party representative or an expert

04:10:45  17   witness, if you are a fact witness anticipating that you

04:10:50  18   will testify in this case, then under the Rule, you're

04:10:54  19   required to remain outside the courtroom until you are

04:10:56  20   actually called to testify.

04:10:58  21           And, counsel, I remind both sides to help me

04:11:05  22   enforce that.

04:11:06  23           MR. DACUS:  We will, Your Honor.

04:11:06  24           THE COURT:  Ladies and gentlemen of the jury,

04:11:08  25   we're going to take a brief recess, and then we're going to

04:11:11   1   come back and the Plaintiff will call their first witness

04:11:15   2   and begin their case-in-chief.

04:11:17   3            I failed to tell you, let me tell you real quickly

04:11:21   4   with regard to those juror notebooks, they need to be in

04:11:23   5   your possession at all times.  And you need to have them

04:11:27   6   with you, or at the end of the day when you leave for the

04:11:31   7   evening, you need to leave them on the table in the jury

04:11:33   8   room.

04:11:33   9            Now, there will be times, and this is one of them,

04:11:37   10  when we're going to be out of the courtroom for a

04:11:39   11  relatively very short period of time, and in those cases, I

04:11:43   12  may say you can simply leave your notebooks closed in your

04:11:45   13  chairs, and that way you won't have to carry them back and

04:11:47   14  forth to the jury room when we're not going to be out of

04:11:50   15  the courtroom for very long.

04:11:51   16           But, otherwise, unless I give you specific

04:11:53   17  instructions like that, you should either have them in your

04:11:56   18  possession, or they should be in the jury room as you leave

04:12:01   19  for each evening.

04:12:02   20           Follow all the instructions that I've given you,

04:12:04   21  including, of course, not to discuss the case among each

04:12:08   22  other or with anyone else, and then we'll be back shortly

04:12:12   23  to continue with Plaintiff's first witness.

04:12:14   24           The ladies and gentlemen of the jury are excused

04:12:17   25  for recess at this time.

| | | |
|---|---|---|
| 04:12:17 | 1 | COURT SECURITY OFFICER:  All rise. |
| 04:12:18 | 2 | (Jury out.) |
| 04:12:19 | 3 | THE COURT:  The Court stands in recess. |
| 04:13:00 | 4 | (Recess.) |
| 04:26:05 | 5 | (Jury out.) |
| 04:29:17 | 6 | COURT SECURITY OFFICER:  All rise. |
| 04:29:20 | 7 | THE COURT:  Be seated, please. |
| 04:29:23 | 8 | Mr. Moore, is Plaintiff prepared to call its first |
| 04:29:33 | 9 | witness? |
| 04:29:33 | 10 | MR. MOORE:  Yes, Your Honor, we will -- we are. |
| 04:29:36 | 11 | THE COURT:  All right.  Let's bring in the jury, |
| 04:29:38 | 12 | please. |
| 04:29:38 | 13 | COURT SECURITY OFFICER:  All rise. |
| 04:29:40 | 14 | (Jury in.) |
| 04:30:08 | 15 | THE COURT:  Please be seated. |
| 04:30:41 | 16 | Plaintiff, call your first witness. |
| 04:30:47 | 17 | MR. MOORE:  Thank you, Your Honor.  As its first |
| 04:30:49 | 18 | witness, the Plaintiff would like to call Professor Robert |
| 04:30:56 | 19 | Akl. |
| 04:30:56 | 20 | THE COURT:  All right.  Professor Akl, if you'll |
| 04:31:10 | 21 | come forward and be sworn by our courtroom deputy. |
| 04:31:15 | 22 | (Witness sworn.) |
| 04:31:15 | 23 | THE COURT:  Please come around, sir, and have a |
| 04:31:17 | 24 | seat at the witness stand. |
| 04:31:30 | 25 | Mr. Moore, you may proceed with direct examination |

| | | |
|---|---|---|
| 04:31:34 | 1 | when you're ready. |
| 04:31:35 | 2 | MR. MOORE:  Thank you, Your Honor. |
| 04:31:35 | 3 | ROBERT AKL, PH.D., PLAINTIFF'S WITNESS, SWORN |
| 04:31:35 | 4 | DIRECT EXAMINATION |
| 04:31:36 | 5 | BY MR. MOORE: |
| 04:31:36 | 6 | Q.  Good afternoon, Dr. Akl. |
| 04:31:51 | 7 | A.  Good afternoon. |
| 04:31:52 | 8 | Q.  Would you please introduce yourself to the jury? |
| 04:31:55 | 9 | A.  I am Dr. Robert Akl.  I am a professor of the |
| 04:32:00 | 10 | University of North Texas in the computer science and |
| 04:32:02 | 11 | engineering department. |
| 04:32:03 | 12 | Q.  And why are you here to testify at this case, Dr. Akl? |
| 04:32:08 | 13 | A.  So I'm here to give my professional opinion as to |
| 04:32:12 | 14 | whether Supercell infringes GREE's patents.  I'm also here |
| 04:32:19 | 15 | to give my professional opinion as to whether GREE's |
| 04:32:22 | 16 | patents are valid or not. |
| 04:32:24 | 17 | Q.  And what is the subject of your testimony today? |
| 04:32:28 | 18 | A.  Today, we're going to talk about infringement, today |
| 04:32:32 | 19 | and tomorrow. |
| 04:32:33 | 20 | Q.  All right.  And have you prepared anything that will |
| 04:32:36 | 21 | help you illustrate your testimony today? |
| 04:32:37 | 22 | A.  Yes.  I've prepared slides and videos. |
| 04:32:41 | 23 | Q.  All right.  First, I'd like to cover some of your |
| 04:32:46 | 24 | background for the jury.  And I'll go ahead and use the |
| 04:32:51 | 25 | slides to -- to help you walk through that. |

| | | |
|---|---|---|
| 04:32:53 | 1 | Could you please describe your educational |
| 04:32:55 | 2 | background, Dr. Akl? |
| 04:32:56 | 3 | A.  Yes.  I have a Bachelor of Science in computer science, |
| 04:33:01 | 4 | a Bachelor of Science in electrical engineering, a Master |
| 04:33:08 | 5 | of Science in electrical engineering and a Doctor of |
| 04:33:09 | 6 | Science in electrical engineering, all from Washington |
| 04:33:13 | 7 | University in St. Louis. |
| 04:33:14 | 8 | Q.  All right.  And what is your professional background? |
| 04:33:18 | 9 | A.  So I've been a professor at UNT for the last 18 years. |
| 04:33:24 | 10 | Before that, I worked in academia and also in industry. |
| 04:33:29 | 11 | And over the last 18 years at UNT, I have taught hundreds |
| 04:33:34 | 12 | of courses.  I have also advised undergraduate and graduate |
| 04:33:38 | 13 | students.  And I'm currently the associate chair of |
| 04:33:42 | 14 | graduate studies in the department.  So I am in charge of |
| 04:33:47 | 15 | the Master's and the Ph.D. program in our department. |
| 04:33:49 | 16 | Q.  Could you give us some examples of your professional |
| 04:33:52 | 17 | accomplishments, please? |
| 04:33:54 | 18 | A.  So as a professor, I teach.  I also do a lot of |
| 04:33:58 | 19 | research.  I have Master's and Ph.D. students and |
| 04:34:03 | 20 | undergraduate students that sometimes do a thesis and a |
| 04:34:07 | 21 | dissertation. |
| 04:34:08 | 22 | And over the years I have published extensively, |
| 04:34:10 | 23 | have journal publications, conference publications, book |
| 04:34:14 | 24 | chapters.  I've also written and received research funding |
| 04:34:18 | 25 | and educational funding. |

240

04:34:21  1        I've designed and developed undergraduate and

04:34:24  2    graduate courses.

04:34:25  3        And I've received several awards, and I'm

04:34:30  4    highlighting just three here that mean a lot to me.

04:34:33  5        One is the UNT College of Engineering Outstanding

04:34:38  6    Teacher Award, the IEEE Professionalism award from the Fort

04:34:45  7    Worth Chapter, and the Tech Titan of the Future award.

04:34:48  8        The IEEE Professionalism award and the Tech Titan

04:34:53  9    of the Future award I received for my work for the summer

04:34:57  10   camps that I have for high school kids.  And I'll talk a

04:34:59  11   little bit about that on the next slide.

04:35:01  12   Q.  Okay.  What experience do you have that's relevant to

04:35:04  13   the technology in this case?

04:35:08  14   A.  So what I bring to this case are my years of experience

04:35:13  15   designing and teaching courses on wireless communications,

04:35:17  16   mobile devices, video game design and development.  I've

04:35:21  17   also myself designed networking systems and video games.  I

04:35:27  18   love playing video games.  I've been playing video games my

04:35:31  19   whole life.

04:35:32  20        I've also taught and graduated students that have

04:35:37  21   gone off and done very well in telecommunication companies

04:35:41  22   and video game companies.

04:35:43  23        A few of my students actually designed and worked

04:35:47  24   on the Call of Duty game franchise that's very successful.

04:35:52  25        I've received over $1 million in research and

04:35:56   1    educational grants from the State of Texas, the Texas

04:36:01   2    Higher Education Coordinating Board, the National Science

04:36:05   3    Foundation, and industry.

04:36:06   4         And probably what I'm most proud of is I've also

04:36:10   5    received over a million dollars in scholarships for

04:36:15   6    robotics and video game programming summer camps that I've

04:36:20   7    been holding since 2005.  So we've been doing them for --

04:36:29   8    forever.

04:36:29   9         But the point of these camps are to get women, and

04:36:37  10    especially high school and middle school young girls and

04:36:41  11    minorities interested in computer science.

04:36:44  12         What the research shows is we lose them around the

04:36:48  13    8th grade or the 9th grade.  When you look at our

04:36:51  14    population, 51 percent are women, and only around 20

04:36:56  15    percent go into computer science or go into science in

04:36:58  16    general.  And so I wanted to look at why and how we can

04:37:02  17    change that.

04:37:04  18         So the -- the research shows we lose them around

04:37:06  19    the 8th and 9th grade.  And this is when people start

04:37:09  20    telling them you shouldn't go into science or maybe you

04:37:11  21    should go into something else.

04:37:13  22         So I started my summer camps.  We did first two

04:37:18  23    camps in 2005.  And we got the money so that the camps are

04:37:22  24    free.  We got scholarships.  And we would have 20 students

04:37:25  25    per camp.  They would come to UNT for a week.  And we would

04:37:28   1    teach them computer science.

04:37:30   2            Now, how do you teach computer science to somebody

04:37:33   3    in the 8th grade and 9th grade and make it engaging?  We

04:37:36   4    use gaming as a backdrop.

04:37:39   5            So I designed the curriculum of using robotics and

04:37:44   6    video games to get the -- the girls on board and get them

04:37:47   7    excited about computer science, to engage, to design the

04:37:51   8    games, to play the games, and hopefully to come back and

04:37:55   9    become computer scientists themselves.

04:37:58  10            And because we've been doing the camps for so

04:38:00  11    long, we have such good data.  And a lot of those young

04:38:04  12    kids that came have since joined UNT and joined other

04:38:08  13    schools and joined STEM fields.  STEM means science,

04:38:13  14    technology, engineering, or math.

04:38:14  15            So -- and for my summer camps, I won the other two

04:38:20  16    previous awards from the IEEE professionalism.  They saw

04:38:24  17    what I did, and they got -- they gave me that award from

04:38:26  18    the Fort Worth chapter, and the Tech Titan of the Future

04:38:29  19    from the Dallas Metroplex.

04:38:31  20            So this was one of the things I was able to do at

04:38:34  21    UNT outside of teaching our undergraduate and graduate

04:38:38  22    students that I'm very proud of.

04:38:40  23    Q.  What type of games do you work on with the kids at the

04:38:44  24    camps?

04:38:44  25    A.  They design racing games.  They design role playing

04:38:46   1   games.  They design shooters.  We worked with Microsoft,

04:38:50   2   who donated Xboxes.  So they were designing on the Xbox

04:38:54   3   platform.

04:38:55   4        We worked with Google, who donated Android

04:39:00   5   tablets, and they designed Android apps.  And the games are

04:39:06   6   multiplayer.  The games allow them to engage each other.

04:39:10   7   They work on teams together when they design the games.

04:39:14   8   And they spend a really good week.

04:39:16   9        And some of those students wanted to come back,

04:39:19  10   and the -- the next summer, and so I went from designing

04:39:23  11   robotics games, app programming games, video games, so even

04:39:27  12   the same students can come back year after year and learn

04:39:31  13   something new.

04:39:31  14        THE COURT:  Let me interrupt.  The question was:

04:39:34  15   What type of games do you work on?  And we heard about

04:39:38  16   donations from Microsoft and what happened the next year

04:39:41  17   when they wanted to come back.

04:39:43  18        This is all interesting information, Dr. Akl, but

04:39:46  19   you're going to have to limit your answers to the questions

04:39:49  20   asked.  And then Mr. Or -- Moore will ask follow-up

04:39:54  21   questions about these other things.  A long narrative

04:39:58  22   speech is not the way witnesses are examined in court.  So

04:40:02  23   we need to do this in discrete questions, and let's proceed

04:40:05  24   on that basis.

04:40:08  25        MR. MOORE:  Thank you, Your Honor.

04:40:09   1          THE WITNESS:  Yes, Your Honor.

04:40:09   2   Q.  (By Mr. Moore)  Which Supercell games did you analyze

04:40:10   3   for this case, Dr. Akl?

04:40:12   4   A.  So if we go to the next slide.  Thank you.

04:40:14   5          So I analyzed the three games in question, Clash

04:40:18   6   of Clans, Clash Royale, and Brawl Stars.

04:40:21   7   Q.  All right.  And what opinions have you reached from

04:40:24   8   your analysis?

04:40:25   9   A.  So my opinions are that Supercell directly infringes

04:40:31  10   Claim 2 of the '594 template patent through Clash of Clans.

04:40:38  11          And then with Clash Royale, there is infringement

04:40:41  12   on three patents, the '137, the battle patent for Claims 1,

04:40:46  13   2, and 15; for the '481, which is also the battle patent,

04:40:52  14   the two patents are similar, Claims 4 and 5; and for the

04:40:57  15   '655, which is the donation patent, Claims 5 and 7.

04:41:01  16   Q.  All right.  And then what about the third game, Brawl

04:41:04  17   Stars?

04:41:04  18   A.  Brawl Stars?  It's my opinion that Supercell directly

04:41:10  19   infringes Claims 8 and 10 of the '873, the shooting patent

04:41:16  20   through Brawl Stars.

04:41:17  21   Q.  In addition to direct infringement, did you look at any

04:41:20  22   other types of infringement --

04:41:21  23   A.  Yes.

04:41:21  24   Q.  -- Supercell?  What else did you look at?

04:41:25  25   A.  It's also my opinion that Supercell indirectly

04:41:28  1   infringes those claims by encouraging and instructing and

04:41:31  2   teaching others to directly infringe.

04:41:35  3   Q.  All right.  Now, we've -- we've heard a lot about this

04:41:40  4   over the course of the day, Dr. Akl.  But just to -- to

04:41:42  5   understand your analysis, can you explain what a patent

04:41:44  6   claim is and how that factored into the work you did,

04:41:48  7   please?

04:41:48  8   A.  Yes.  So claims are the numbered sentences at the end

04:41:55  9   of the patents.  And here, for example, Claim 1 is an

04:41:59  10  independent claim.  Claim 2 is a dependent claim because it

04:42:02  11  depends on Claim 1.

04:42:06  12          And so, when I do my analysis on Claim 2, even if

04:42:09  13  Claim 1 is not asserted, I have to look at all the

04:42:12  14  limitations of Claim 1 in addition to the limitations of

04:42:15  15  Claim 2.

04:42:16  16  Q.  Okay.  Now, are you being compensated for the time you

04:42:21  17  spent on this case?

04:42:21  18  A.  Yes, I am being paid for my time.

04:42:24  19  Q.  And do you get anything extra if GREE were to prevail

04:42:27  20  in the case?

04:42:28  21  A.  No, I have no financial interest in the case.

04:42:30  22  Q.  Are you an employee or have you ever worked for GREE?

04:42:33  23  A.  No.

04:42:34  24  Q.  All right.  Have you ever testified as an expert

04:42:36  25  witness before?

04:42:37  1  A.  Yes, I've testified many times before, including in

04:42:42  2  Marshall a few times before.

04:42:44  3  Q.  And in those earlier cases, for which side of the case

04:42:47  4  did you work on?

04:42:48  5  A.  In some cases, I've worked for Plaintiffs.  In some

04:42:51  6  cases, I've worked for Defendants.  It's about 50/50

04:42:54  7  percent.

04:42:57  8  Q.  All right.

04:42:57  9          MR. MOORE:  Your Honor, at this time, the

04:42:58  10  Plaintiff would tender Dr. Robert Akl as an expert witness

04:43:02  11  in the field of computer science, video game systems, and

04:43:05  12  computer programming.

04:43:06  13          THE COURT:  Is there objection?

04:43:07  14          MR. SACKSTEDER:  No objection, Your Honor.

04:43:08  15          THE COURT:  Then, without objection, the Court

04:43:09  16  will recognize this witness as an expert in those

04:43:12  17  designated fields.

04:43:13  18          MR. MOORE:  Thank you, Your Honor.

04:43:14  19          THE COURT:  Please proceed.

04:43:14  20          MR. MOORE:  Thank you.

04:43:15  21  Q.  (By Mr. Moore)  Dr. Akl, what materials did you

04:43:18  22  consider as part of your analysis of Supercell's

04:43:25  23  infringement?

04:43:25  24  A.  So I looked at a lot of things.  First of all, the GREE

04:43:30  25  patents themselves, the file histories for the GREE

247

04:43:35   1   patents.  I looked at -- at a lot of source code for the

04:43:39   2   games.  I looked at prior art.  I looked at the Court's

04:43:44   3   claim construction, which I used and I adopted.  I looked

04:43:48   4   at the games themselves.  I played the games and took

04:43:52   5   videos of me playing the games, and I looked at the source

04:43:55   6   code for the games.

04:43:57   7          I've looked at testimony of Supercell's employees,

04:44:00   8   the documents that were produced in this case, the expert

04:44:04   9   reports that were submitted by Supercell's experts.  There

04:44:09   10  were three experts, Dr. Claypool, Dr. Zagal, and

04:44:12   11  Mr. Friedman.

04:44:13   12         And I looked at publicly available information

04:44:16   13  like Supercell's websites and YouTube channels where they

04:44:20   14  posted videos.

04:44:21   15  Q.  All right.  What is source code?

04:44:23   16  A.  So source code is what a programmer would type on a

04:44:29   17  computer.  It's the instructions and the language for how

04:44:34   18  the game, for example, is going to run.

04:44:36   19         It's a language like any other language.  And it's

04:44:41   20  readable by humans.  It looks a little cryptic, but we can

04:44:46   21  read it.

04:44:46   22  Q.  What are you illustrating about source code on this

04:44:48   23  slide, Dr. Akl?

04:44:49   24  A.  So what I'm showing here is a -- we start with the

04:44:53   25  source code.  We type -- this is the instructions.  That

| | | |
|---|---|---|
| 04:44:57 | 1 | gets converted to what we call executable code. |
| 04:45:01 | 2 | So these are the 0s and the 1s that then the |
| 04:45:05 | 3 | machine -- the computer can read and understand.  We can't |
| 04:45:08 | 4 | read them, but that's what makes the code run quickly.  And |
| 04:45:11 | 5 | that's -- and that's what I'm showing in the second column. |
| 04:45:13 | 6 | Q.  Thank you. |
| 04:45:14 | 7 | Why do you have two different -- the blue arrows |
| 04:45:17 | 8 | and the, I guess, orange arrows, why do you have those two |
| 04:45:21 | 9 | different paths there? |
| 04:45:22 | 10 | A.  So in this case, we have code and -- Supercell's source |
| 04:45:27 | 11 | code that both runs on Supercell's servers, and they also |
| 04:45:31 | 12 | run on the phones. |
| 04:45:32 | 13 | So the games themselves, the three games that we |
| 04:45:35 | 14 | talked about, like Clash of Clans, you have an app that you |
| 04:45:39 | 15 | can download on your phone from Google or from Apple, but |
| 04:45:44 | 16 | you also have very similar source code that runs on |
| 04:45:47 | 17 | Supercell's servers that maintains the game as you play it. |
| 04:45:51 | 18 | Q.  And how do the source code on the servers interact with |
| 04:45:54 | 19 | the source code on the games? |
| 04:45:55 | 20 | A.  So the games -- you can't play the game if you're not |
| 04:46:01 | 21 | connected to Supercell's server, if you don't have an |
| 04:46:03 | 22 | Internet connection. |
| 04:46:04 | 23 | So when you launch the game, the game will connect |
| 04:46:07 | 24 | to Supercell's server.  And the server will run the game |
| 04:46:11 | 25 | also.  And the Supercell server will look at what you're |

| | | |
|---|---|---|
| 04:46:17 | 1 | doing in terms of any movement the player does.  It will |
| 04:46:21 | 2 | look at that information, make sure they're doing something |
| 04:46:25 | 3 | valid, and it will relay it to the other phones that you're |
| 04:46:27 | 4 | playing with. |
| 04:46:28 | 5 | So whatever is happening, the definitive condition |
| 04:46:31 | 6 | is on the Supercell server. |
| 04:46:34 | 7 | Q.  All right.  And what does the code -- the source code |
| 04:46:38 | 8 | on the app that's on the user's device do? |
| 04:46:40 | 9 | A.  So the -- the games on the user's devices provide the |
| 04:46:44 | 10 | interface for users to provide input and to play the game |
| 04:46:48 | 11 | against others. |
| 04:46:49 | 12 | Q.  All right.  And what specific source code did you |
| 04:46:53 | 13 | review in this case? |
| 04:46:54 | 14 | A.  So I reviewed the source code for Clash of Clans.  I |
| 04:47:00 | 15 | reviewed the source code for Clash Royale, and I reviewed |
| 04:47:05 | 16 | the source code for Brawl Stars.  And I reviewed the -- the |
| 04:47:09 | 17 | source code for the games that run on the phones.  I |
| 04:47:13 | 18 | reviewed them on Android and on iOS, and there's really not |
| 04:47:16 | 19 | much of a difference in terms of the two platforms. |
| 04:47:21 | 20 | Q.  Okay. |
| 04:47:22 | 21 | A.  And I also looked at the communication -- the source |
| 04:47:25 | 22 | code between the games and the servers. |
| 04:47:26 | 23 | Q.  All right.  And what are you trying to illustrate with |
| 04:47:28 | 24 | this slide where you're showing the servers in the middle |
| 04:47:30 | 25 | and then two different phones on each side for each of the |

04:47:33   1   three games?

04:47:33   2   A.  So all the games are multiplayer, but you cannot play

04:47:39   3   them unless you're connected to the server.  So even though

04:47:42   4   two people can have the same game even if you're playing

04:47:45   5   with somebody across the street from you, your phone has to

04:47:48   6   be connected through the Internet and to Supercell's

04:47:54   7   servers.  So the users can only communicate through the

04:47:59   8   server, and the server will take information and give

04:48:01   9   information from each phone to the other phone --

04:48:02   10   Q.  Okay.

04:48:03   11   A.  -- in terms of the gameplay and reflect what one person

04:48:07   12   is doing on another person's phone.

04:48:10   13   Q.  So will the games show both what the player who is

04:48:13   14   using the phone is doing as well as the other players -- or

04:48:19   15   player or players against whom they are playing?

04:48:20   16   A.  Yes.

04:48:20   17   Q.  Now, what about on the servers, what were your -- what

04:48:25   18   was your analysis involving the Supercell servers and the

04:48:27   19   code there?

04:48:27   20   A.  So the servers keep a copy of any progress you do on

04:48:31   21   the game.  So, for example, if you break your phone and you

04:48:34   22   get a new phone and you download the game again, the game

04:48:39   23   will connect to the server if you sign in with the same ID.

04:48:43   24           It will know that you've played this game before,

04:48:45   25   and it will download all the updates and all the unlocks

04:48:49  1   that you've done, all the progress.  So you don't have to

04:48:53  2   start from scratch.  So anything that you do on your phone

04:48:56  3   is reflected and stored and maintained on the server and

04:48:58  4   can be downloaded at any time.

04:49:00  5   Q.  And why is that true?

04:49:03  6   A.  Because these games are server centric, which means you

04:49:10  7   cannot play them unless you're connected to the Internet

04:49:13  8   and the servers manage what the users do.  The servers, for

04:49:18  9   example, for Brawl Stars will make sure that you are alive,

04:49:20  10  the player, and can shoot before it allows you to shoot.

04:49:24  11  So a lot of the determination of what happens in the game

04:49:26  12  is determined by the server.

04:49:27  13  Q.  And did you review any other materials or testimony

04:49:32  14  relating to how the servers operated in this -- the

04:49:35  15  Supercell servers operate?

04:49:36  16  A.  Yes, I reviewed testimony from Supercell employees.

04:49:43  17  Q.  Okay.  Now, could you describe a little bit how you

04:49:46  18  went about the source code review process in this case?

04:49:49  19  A.  Yes.  So when we get source code, we get millions of

04:49:55  20  lines of code, and you're literally looking for a needle in

04:49:58  21  a haystack.  And so it takes a lot of time to look at the

04:50:01  22  source code.

04:50:01  23        And so I have some assistance in the source code,

04:50:08  24  and the assistance that I received are from Dr. John Strawn

04:50:13  25  and Robert Tidwell that went and sat in front of the source

04:50:21   1   code and spent days and days and days on the machine under

04:50:24   2   my direction and tell me what they see, and I tell them to

04:50:28   3   print the files that are important.

04:50:29   4           And then I get those files and I analyze the

04:50:32   5   source code in hard copy.

04:50:33   6   Q.  And how did you interact with Dr. Strawn and

04:50:37   7   Mr. Tidwell so that you were sure that they were looking

04:50:39   8   for the most relevant code to your analysis?

04:50:41   9   A.  So we have regular calls and conference calls.

04:50:44   10          First, I tell them what I'm looking for, so I

04:50:47   11  explain the patents.  I explain what I -- what I would need

04:50:54   12  them to find in the source code.  And then they -- we have

04:50:56   13  calls.  They tell me they found this or that.  And I say,

04:51:00   14  okay, yes, this looks good, go ahead and print it.  And

04:51:03   15  then I get it, and I look at those files.

04:51:06   16          And I have a stack -- a huge stack of files that

04:51:09   17  they've printed, and then I tell them, yes, this is

04:51:10   18  helpful.  No, I need you to go print something else.  And

04:51:13   19  so, they work under my direction for me to be able to do

04:51:16   20  the source code I reviewed.

04:51:17   21  Q.  And is the Supercell source code confidential?

04:51:19   22  A.  Yes.  We all signed what's called a protective order

04:51:24   23  where only a few number of people can look at the source

04:51:27   24  code, and -- and it's protected.  You cannot just print

04:51:32   25  anything, you cannot, you know, take the source code.

| | | |
|---|---|---|
| 04:51:35 | 1 | When they go in and look at it, they can't take |
| 04:51:37 | 2 | their phones with them.  They can only -- they can't take |
| 04:51:41 | 3 | electronics and so on.  So the source code is protected on |
| 04:51:44 | 4 | a specific laptop when it's provided by Supercell. |
| 04:51:48 | 5 | Q.  And does that have any -- excuse me.  Does that have |
| 04:51:51 | 6 | anything to do with why you looked at source code printouts |
| 04:51:53 | 7 | on paper? |
| 04:51:54 | 8 | A.  Yes.  So this way I have the hard copies and I can |
| 04:52:00 | 9 | spend as much time with the hard copies, I can spend days |
| 04:52:03 | 10 | or weeks, and I can go back, and it makes it -- makes my |
| 04:52:06 | 11 | life easier having the hard copy with me as I'm writing my |
| 04:52:10 | 12 | report to look at the source code. |
| 04:52:11 | 13 | Q.  Were -- in this case, were you allowed to keep source |
| 04:52:15 | 14 | code electronically at your own office under the protective |
| 04:52:15 | 15 | order? |
| 04:52:20 | 16 | A.  I'm not allowed to keep it electronically, but I am |
| 04:52:23 | 17 | allowed to keep a hard copy under lock and key. |
| 04:52:25 | 18 | Q.  Okay.  I'd like to ask you about GREE's patents.  Just |
| 04:52:30 | 19 | before I get to each specific patent, can you introduce the |
| 04:52:32 | 20 | patents that you're here to talk about at a very high |
| 04:52:37 | 21 | level, please? |
| 04:52:37 | 22 | A.  Yes.  There are five patents in this case.  The '594, |
| 04:52:44 | 23 | which is the template patent.  The '137 and the '481 have |
| 04:52:47 | 24 | very similar specification.  Those are the -- kind of like |
| 04:52:52 | 25 | the beef of the patent, what's in the middle, and figures. |

04:52:56   1   They have different claims, but we're going to walk through

04:52:58   2   them together.  They're the battle patents.  The '655 is

04:53:01   3   the donation patent.  And the '873 is what I'm going to

04:53:04   4   refer to as the shooting patent.

04:53:06   5   Q.  What do these patents have in common with each other?

04:53:09   6   A.  So all these patents relate to improvements to video

04:53:15   7   games.  They all make the games more engaging and more fun.

04:53:20   8   They provide features that make the game more enjoyable,

04:53:23   9   and it allows the users to do less grinding.

04:53:26   10   Q.  So what is grinding?

04:53:28   11   A.  Grinding is the act of doing something that is boring

04:53:33   12   and repetitive in a video game.  For example, if you want

04:53:36   13   to just level or you just want to move something, if you

04:53:39   14   have to move every single building individually, it's a

04:53:42   15   repetitive boring task.  That's what's called grinding.  So

04:53:46   16   anything that gets rid of grinding is good.

04:53:49   17   Q.  And what do game developers want to do with respect to

04:53:53   18   grinding in their games?

04:53:55   19   A.  So, normally, what they want to do is you can progress,

04:53:59   20   for example, with grinding, you can unlock things, you can

04:54:03   21   pay money that can help you level so you do less grinding,

04:54:06   22   or you introduce features that gets rid of grinding.

04:54:10   23        For example, the ability to copy an entire

04:54:13   24   template would be something that's good, so you don't have

04:54:16   25   to copy an individual building if you have 30, 40 buildings

04:54:20    1    as you start advancing really a lot in a game.

04:54:23    2    Q.  And is this concept of grinding something that you deal

04:54:25    3    with in your work, as well, and, for example, in the camps

04:54:29    4    that you've described to the jury?

04:54:30    5    A.  Yes.  So when I held my summer camps, I wanted to make

04:54:34    6    sure that my -- my students enjoyed the games they're

04:54:39    7    designing, and they're not grinding as they're -- as a way

04:54:42    8    of programming.

04:54:43    9         So anything that you do to remove grinding from

04:54:47   10    the life of the student or the life of the person playing

04:54:49   11    the game makes it more engaging, and then they spend more

04:54:52   12    time playing it, and that's a good thing.

04:54:53   13    Q.  Let's discuss the patents one-by-one, starting with the

04:54:59   14    '594.

04:54:59   15         Could you please summarize at a high level what

04:55:03   16    the invention of the '594 patent is?

04:55:04   17    A.  Yes.  So -- so this patent is about improvements to a

04:55:09   18    user interface, and I'm showing on this slide just the

04:55:13   19    number of the patent, the title of the patent, and three

04:55:16   20    figures from the patent.  And it's improvements to the user

04:55:21   21    interface that makes it easier and faster to move game

04:55:28   22    content by using templates.

04:55:29   23    Q.  Okay.  What does the patent talk about in terms of what

04:55:33   24    happened before?

04:55:34   25    A.  So when you look at those patents, usually the first

04:55:40   1   section after the abstract is the background of the patent,

04:55:43   2   and this is where the patentee would describe the

04:55:47   3   background.

04:55:47   4          So what I'm showing on this slide is the

04:55:50   5   background from the '594 patent, and the patent itself

04:55:57   6   identifies the issues or the problems that were in the --

04:56:00   7   before the patent was invented.

04:56:02   8   Q.   All right.   And what specifically does the '594 patent

04:56:05   9   discuss in terms of what existed before?

04:56:08   10   A.   So the patent itself cites Clash of Clans.   It cites to

04:56:14   11   an early version of the game in question today where that

04:56:18   12   early version did not have the features that infringed.

04:56:22   13          So the inventors of the patent saw the game and

04:56:26   14   said, okay, this is an example of the game that can benefit

04:56:30   15   from what we are going to invent in this patent in terms of

04:56:33   16   the ability to copy and save templates.

04:56:39   17          So they cite to Clash of Clans and they cite to

04:56:43   18   SimCity, two games that have a lot of buildings that you

04:56:46   19   place around.

04:56:47   20   Q.   And how does the '594 patent describe the problems with

04:56:49   21   those earlier games?

04:56:51   22   A.   So the -- the patent itself -- now I'm citing sections

04:56:56   23   of the patents, and so the citations are below what I'm

04:56:59   24   showing.

04:57:00   25          So, for example, in Column 1, Lines 50 to 60, is

04:57:04  1  where I'm taking this quote.  And it describes that when

04:57:09  2  you're trying to develop cities, players would find it very

04:57:14  3  complicated sometimes to change the position of all these

04:57:17  4  buildings and types and so on, and so it would be -- so it

04:57:23  5  would make the game progress in a monotonous way.  And if

04:57:28  6  we could provide a way to improve that, it would make it

04:57:34  7  less monotonous.

04:57:36  8  Q.  Is that related in any way to grinding?

04:57:38  9  A.  Yes, that's kind of like what grinding is.

04:57:40  10  Q.  And then how does the patent describe the invention

04:57:42  11  that would solve that problem?

04:57:43  12  A.  So the -- the patent itself says, well, if I -- this is

04:57:47  13  now from Column 4, Lines 26 to 37.  The patent itself says

04:57:53  14  that if a player now can create a template and they can

04:57:56  15  stipulate where those facilities are, where the buildings

04:58:00  16  are, what are their types, what are their positions, then

04:58:05  17  it will make it much easier for them to move them around

04:58:08  18  and to place them, and it will make the game more engaging

04:58:11  19  and more fun.

04:58:12  20  Q.  And does the patent also describe copying a template

04:58:15  21  from a different user?

04:58:17  22  A.  Yes, and we are going to look at that in -- in --

04:58:22  23  later.

04:58:22  24  Q.  What is the benefit to a player of being able to copy a

04:58:25  25  different player's template?

04:58:27  1  A.  So if you have players that are your friends, they can

04:58:30  2  help you, if they're doing well.

04:58:33  3       Instead of you going and trying -- them telling

04:58:35  4  you what to do or how to place them if you can go to see

04:58:39  5  their village and just hit a button, copy that village, and

04:58:44  6  then be able to copy it to your own game space, then it

04:58:50  7  makes the game more fun because they can see what someone

04:58:53  8  else has done, and you don't have to do the individual

04:58:56  9  placement yourself.  You start out with a copy of someone

04:59:00 10  else's village, and then you can edit it if you want.

04:59:05 11  Q.  All right.  Let's go on to the next two patents.

04:59:07 12       Let's talk about the '137 and '481 battle patents.

04:59:13 13       Again, at a high level, how would you summarize

04:59:16 14  the inventions of these patents, Dr. Akl?

04:59:18 15  A.  So these patents describe an entire type of game, and

04:59:22 16  specifically they describe a battle between two or more

04:59:26 17  players.

04:59:27 18  Q.  All right.  How does -- how do the patents, I should

04:59:34 19  say, describe that battle game?

04:59:36 20  A.  So this is taken from the patent's abstract.  This is

04:59:40 21  the thing on the cover of the patent, and the -- the patent

04:59:42 22  itself says, you know, in a battle event, you can have a

04:59:47 23  lot of cards that are aligned, for example, down here in a

04:59:54 24  first field.  This is what it's saying the first field.

04:59:58 25       And this is a figure from the patent, Figure 7.

05:00:01    1    It's showing you how the user can, for example, select game

05:00:06    2    content and then can place it, for example, here and the

05:00:10    3    different players, your player and the enemy player, can

05:00:15    4    battle each other in the game.

05:00:17    5    Q.  So what happens when the player selects the card, what

05:00:21    6    happens to that, according to the description of the

05:00:23    7    patent?

05:00:24    8    A.  So in this game, you can deploy it, and then -- and

05:00:30    9    then it becomes a -- a character and it can attack an enemy

05:00:36   10    character and do battle with an enemy character.

05:00:39   11    Q.  What is the CA that's referred to up at the top of

05:00:42   12    Figure 7?

05:00:42   13    A.  So this is like a character, like your own character

05:00:46   14    that's battling an enemy, so a C is your own character, E

05:00:49   15    is the enemy, for example.

05:00:50   16    Q.  And what's the relationship between the cards down at

05:00:52   17    the bottom of the figure and then the characters at the top

05:00:55   18    of the figure?

05:00:55   19    A.  So you can -- you can take a card, you can move it, and

05:01:00   20    you can deploy it, and it becomes a player character that

05:01:03   21    then can do battle on its own.  And it becomes engaging so

05:01:06   22    you don't, for example, have to keep hitting attack,

05:01:11   23    attack, and so.  This is all in the patents.

05:01:12   24    Q.  And how does the patent discuss the cards that you have

05:01:15   25    down at the bottom of the figure?  How does it describe how

05:01:17   1   those work?

05:01:18   2   A.  So you have different cards with different statistics,

05:01:22   3   and there are rules and resources that you have to abide

05:01:24   4   by -- and we'll talk about that later -- before you can

05:01:27   5   play a card or -- or use a card.

05:01:29   6   Q.  Okay.  What problem in earlier games did the '137 and

05:01:36   7   '481 battle patents solve?

05:01:37   8   A.  So this is from Column 1, Lines 44 through 54, in the

05:01:46   9   '137 patent.  And the patent is describing that the player

05:01:50  10   can only do monotonous work if they have to continuously

05:01:57  11   move their own character, micromanage it, keep hitting

05:02:00  12   attack, attack, attack, and instruct it to switch and so on

05:02:05  13   against an enemy character.

05:02:07  14           So, the patent was looking at ways to make the

05:02:10  15   game more engaging.

05:02:10  16   Q.  To be clear, the reference to monotonous work, what

05:02:16  17   type of games is that describing?

05:02:17  18   A.  That's grinding again.

05:02:19  19   Q.  Okay.  In the earlier prior art games?

05:02:21  20   A.  Yes.  So it's saying that what you see in the prior art

05:02:24  21   starts out by in such conventional games.  So it's

05:02:28  22   referring to previous games, you -- you would have a deck,

05:02:31  23   and once a deck is chosen, you can't change it.  You play

05:02:34  24   that deck, but it's not exciting and engaging.

05:02:38  25   Q.  All right.  Why is the invention of the '137 and the

05:02:44  1  '481 battle patents important to the video game industry

05:02:47  2  and to players that play them?

05:02:49  3  A.  So now I'm referring to Column 15, Lines 33 through 46,

05:02:55  4  in the '137 patent.  And the -- the patent is describing

05:02:58  5  how if we can use the invention in this patent, the patent

05:03:02  6  becomes -- the games become more engaging.

05:03:07  7        And the player is then -- can select from game

05:03:11  8  content at the bottom.  They can -- they need to manage.

05:03:15  9  And they can use strategy in managing the resources.  And

05:03:20  10  it describes the second parameter value, which we're going

05:03:24  11  to talk about later, where cards are assigned a value.  And

05:03:27  12  it's like a resource.  And you cannot play a card unless

05:03:31  13  you have enough resources.

05:03:33  14        So it's describing a complete way of playing the

05:03:36  15  battle to make the game engaging.

05:03:38  16  Q.  All right.  Thank you.

05:03:38  17        Move on to the '655 donation patent.

05:03:42  18        What is this patent about, again, at a very high

05:03:45  19  level?

05:03:46  20  A.  So at a high level, this is about donating virtual

05:03:52  21  objects that come from the server to different players, and

05:03:55  22  then they get a benefit.

05:03:57  23  Q.  Who gets the benefit?

05:03:59  24  A.  The -- the player.  So the -- the player decides that I

05:04:02  25  want to give another player something.  The server does the

05:04:07  1  transaction, and then the second player gets that gift.

05:04:11  2  And then they get the benefit -- an additional benefit.

05:04:15  3  Q.  And so is it the do -- the donating player or the

05:04:18  4  receiving player that gets the -- the additional benefit

05:04:22  5  besides the original gift?

05:04:24  6  A.  The receiving player.

05:04:25  7  Q.  Okay.  Why is it the receiving player would get the

05:04:28  8  benefit, not the donating player?

05:04:30  9  A.  This is part of how the patent comes up with a way to

05:04:33  10  make it engaging.  It's -- so if I'm going to gift somebody

05:04:37  11  something and it's going to give them an additional gift,

05:04:40  12  as somebody that's giving someone something, I -- I get the

05:04:44  13  joy of giving, and it helps them also level or it may help

05:04:48  14  them receive an additional benefit that's going to make

05:04:51  15  them enjoy the game and then hopefully they're going to

05:04:54  16  give me something later.  And then I will get that benefit.

05:04:56  17          So it's a way to kind of let the players engage

05:05:00  18  each other by ending up with whatever they're getting and

05:05:07  19  an additional benefit.

05:05:08  20  Q.  And what problem in earlier video games or gaming

05:05:11  21  systems did the '655 donation patent solve?

05:05:14  22  A.  So the -- the patent was looking at -- like previously

05:05:18  23  there wasn't very good incentive or any sort of

05:05:21  24  pre-determined incentive when you wanted to give a gift or

05:05:25  25  maybe, you know, buy something virtually and give it to

05:05:27   1   somebody.

05:05:28   2        So it was looking at ways to improve how virtual

05:05:32   3   merchandise is exchanged in -- in a video game.

05:05:36   4   Q.  And why is that invention important in video games and

05:05:40   5   to -- to video game companies and players?

05:05:43   6   A.  Right.  So now I'm referring to Column 3, Lines 13 to

05:05:48   7   29.  Because once someone gets something -- so someone can

05:05:51   8   ask for something or I can pick something for them, but I

05:05:55   9   need to select what I'm going to give them.  And if I give

05:05:58  10   them something and they get it and then they also get an

05:06:01  11   additional benefit, maybe they can return the favor.

05:06:04  12        And so it makes the game more engaging for the

05:06:08  13   people that are receiving, and then hopefully for me later,

05:06:11  14   and I also get the joy of giving from helping a player out

05:06:14  15   who may be, you know, on my team or part of my clan or

05:06:18  16   someone that I play with regularly.

05:06:21  17   Q.  All right.  Let's look at the last of the five patents,

05:06:23  18   the '873 shooting patent.  At a high level, again, Dr. Akl,

05:06:29  19   what is the '873 shooting patent about?

05:06:34  20   A.  The '873 is about improvements to the interface of a

05:06:40  21   touchscreen shooting game.

05:06:44  22   Q.  Okay.  When -- when you say interface, what do you

05:06:46  23   mean?

05:06:46  24   A.  So the -- so here I'm looking at Column 1, Lines 18

05:06:49  25   through 22, and Column 2, Lines 10 through 13.  And by

| | |
|---|---|
| 05:06:53 | 1 |
| 05:07:01 | 2 |
| 05:07:02 | 3 |
| 05:07:05 | 4 |
| 05:07:09 | 5 |
| 05:07:11 | 6 |
| 05:07:15 | 7 |
| 05:07:16 | 8 |
| 05:07:17 | 9 |
| 05:07:20 | 10 |
| 05:07:20 | 11 |
| 05:07:24 | 12 |
| 05:07:26 | 13 |
| 05:07:29 | 14 |
| 05:07:35 | 15 |
| 05:07:42 | 16 |
| 05:07:44 | 17 |
| 05:07:46 | 18 |
| 05:07:54 | 19 |
| 05:07:56 | 20 |
| 05:08:02 | 21 |
| 05:08:06 | 22 |
| 05:08:10 | 23 |
| 05:08:12 | 24 |
| 05:08:15 | 25 |

interface, I mean it's specifically looking at touch panel-based games.

So when you're playing a game on a touchscreen, whether it's a small phone or an iPad, you have -- you don't a very good way to do shooting or a precise way to shoot.  So it's looking at improvement to the interface, so the interface is the way you touch the screen or you interact with the screen.

Q.  So is that like a user interface?

A.  Yes.

Q.  Okay.  All right.  What problem in earlier video game systems did the '873 shooting patent solve?

A.  So it's looking at ways to make the shooting more precise.  And it's looking at ways to use that limited display and to have a good way of doing the touch that the user would interact with the screen in order to have a better shooting mechanism.

Q.  Okay.  All right.  And were there problems with that type of mechanic in earlier video games?

A.  Yes.  So previous games that -- as we started -- and, remember, we're looking at when these patents came up with, you know, 15 years ago, a long time ago, where we just had touchscreens, the screens were very small, and we were looking at games that ran on these touchscreens that did not have very precise shooting.

265

| | | |
|---|---|---|
| 05:08:18 | 1 | So what this patent was looking at is how I can |
| 05:08:21 | 2 | have precise shooting and how do I create an interface to |
| 05:08:24 | 3 | do that in a -- a touch-based screen where I have very |
| 05:08:29 | 4 | limited display area.  That's what it was looking at where |
| 05:08:32 | 5 | those operations would be complex. |
| 05:08:34 | 6 | Q.  All right.  And do the claims that we're going to look |
| 05:08:36 | 7 | at from the '873 shooting patent describe the role of a |
| 05:08:41 | 8 | server in carrying out this system? |
| 05:08:43 | 9 | A.  Yes.  So the -- the -- the patent itself looks at how |
| 05:08:47 | 10 | the -- the game we'll talk with the server and how the |
| 05:08:50 | 11 | server will instruct and will carry out the operations also |
| 05:08:53 | 12 | on the other screens of the players. |
| 05:08:55 | 13 | So if I play on my computer and I shoot, that |
| 05:09:00 | 14 | information is going to go to the server, and then the |
| 05:09:02 | 15 | server is going to relay that to another game. |
| 05:09:05 | 16 | Q.  All right.  Now, following up on what you said earlier |
| 05:09:07 | 17 | a little bit -- let's see. |
| 05:09:12 | 18 | MR. MOORE:  If you go one more, please.  There we |
| 05:09:14 | 19 | go. |
| 05:09:15 | 20 | Q.  (By Mr. Moore)  Are the GREE patents, the five patents |
| 05:09:18 | 21 | at issue in this case, comparable any way -- in any way? |
| 05:09:22 | 22 | A.  Yes.  All five patents are technologically comparable |
| 05:09:27 | 23 | for a few reasons, and I can go into those. |
| 05:09:30 | 24 | Q.  Please do explain why you believe that. |
| 05:09:32 | 25 | A.  So, first, all the claims deal with improvements to |

05:09:39  1  video games that would make the games more engaging and

05:09:41  2  more fun.

05:09:44  3          Also, all the claims require a device

05:09:48  4  communicating with a server.  Sometimes the patent refers

05:09:50  5  to it as a terminal device or a device, and you have to

05:09:55  6  talk with the server, and -- and so they describe a system

05:09:57  7  between the device and -- and the server.

05:10:00  8          Also, if -- you may have heard the term "person of

05:10:04  9  ordinary skill."  This is the person who can analyze the

05:10:09  10  minimum qualifications to look at those patents.  And the

05:10:12  11  qualifications for somebody to understand these patents are

05:10:15  12  the same.  So each patent has the same qualifications

05:10:19  13  required for this person of ordinary skill.

05:10:22  14          MR. SACKSTEDER:  Your Honor, objection.  I think

05:10:23  15  he's going beyond his expert report.

05:10:27  16          THE COURT:  All right.  Do you have a response,

05:10:34  17  Mr. Moore?

05:10:34  18          MR. MOORE:  I don't believe he is.  I -- I

05:10:37  19  apologize.  I don't have the report in front of me, but I

05:10:41  20  don't think he said anything that was not also said in the

05:10:43  21  report.  I think he talked about the client server issue in

05:10:46  22  the report, how they relate to social aspects of games,

05:10:50  23  increased engagement, and -- and also talked about the

05:10:54  24  skill of -- the skill in the art, level of skill in the

05:10:56  25  art, but I don't have the report in front of me.

05:10:58    1          THE COURT:  Well, we'll either -- we'll either be

05:11:01    2    able to resolve it between you two, or I'll have to get the

05:11:05    3    report and we'll have to look at it precisely.

05:11:08    4          MR. MOORE:  Understood.  Your Honor --

05:11:13    5          THE COURT:  Do you need a minute to confer with

05:11:16    6    counsel, or is this something we just need to get the

05:11:19    7    report out on?

05:11:20    8          MR. SACKSTEDER:  I'm trying to go through the

05:11:21    9    report right now, Your Honor.  I apologize, I wasn't on the

05:11:24    10   precise page.  It'll take me a minute or two to -- to

05:11:30    11   locate it.

05:11:30    12         THE COURT:  All right.  Well, then while -- while

05:11:37    13   we're doing this, ladies and gentlemen, I'm going to let

05:11:39    14   you have a short recess.  If you'd simply close your

05:11:42    15   notebooks and leave them in your chairs, don't discuss

05:11:45    16   anything about the case.

05:11:46    17         As soon as I can get this resolved, I'll have you

05:11:48    18   back, and we'll continue with this witness.

05:11:50    19         The jury is excused for recess.

05:11:52    20         COURT SECURITY OFFICER:  All rise.

05:11:53    21         (Jury out.)

05:11:54    22         THE COURT:  All right.  Be seated, please.

05:12:21    23         Tell me precisely, Mr. Sacksteder, what

05:12:26    24   substantively you believe the witness was queried about

05:12:30    25   that was beyond the scope of his report.

05:12:33   1          MR. SACKSTEDER:  Your Honor, and, again, I'm going

05:12:35   2    on my recollection of the report, but I believe that he

05:12:38   3    just said that in his report, that he based his

05:12:44   4    determination of comparable technology on whether they were

05:12:48   5    mobile games and whether the features were -- the claimed

05:12:55   6    features were aimed at increasing user engagement or

05:13:00   7    interest.  I believe that's roughly the language, and I

05:13:03   8    apologize that I haven't been able to find it in the

05:13:05   9    report.

05:13:06  10          THE COURT:  Does that give -- does that give you

05:13:09  11    any more information from which to respond, Mr. Moore?

05:13:13  12          MR. MOORE:  I am -- I have a copy of the report

05:13:14  13    right there that I can go grab.

05:13:17  14          THE COURT:  Then you need to grab your copy of the

05:13:19  15    report.

05:13:19  16          MR. MOORE:  Thank you.

05:13:19  17          THE COURT:  That's why I sent the jury out.

05:13:21  18          MR. MOORE:  Thank you.

05:13:46  19          Your Honor, may I use the ELMO?

05:13:52  20          THE COURT:  You believe you've got a response for

05:13:55  21    me to see, Mr. Moore?

05:13:56  22          MR. MOORE:  Yes, Your Honor.

05:13:57  23          THE COURT:  All right.  Tell us what you're

05:13:59  24    putting on the screen and where it's from so Mr. Sacksteder

05:14:01  25    can see it, as well.

05:14:03   1          MR. MOORE:  Certainly.  This is from Dr. Akl's

05:14:05   2   opening report in the 70 case.  And I think he hit a lot of

05:14:12   3   these same points, talking about client -- all relating to

05:14:16   4   video game services, client applications and servers,

05:14:18   5   enhance the user's experience, increase user engagement.  I

05:14:22   6   think that's essentially what he said on the stand just

05:14:25   7   now.

05:14:29   8          MR. SACKSTEDER:  There's a specific paragraph that

05:14:30   9   discusses comparable technology in his report, but I do

05:14:35  10   think it's about that.  And I think he was going to

05:14:39  11   whether -- you know, whether the patent would be

05:14:41  12   understandable at the same level of skill in the art and

05:14:44  13   whether they used a server, and I don't think that was in

05:14:47  14   the discussion of comparable technology.

05:14:54  15          THE COURT:  Well, where he was going is not what

05:14:57  16   we have to deal with.  What we have to deal with is where

05:15:02  17   he was asked to go and where he started to go.  I mean, if

05:15:05  18   this is an anticipatory objection that he's about to go too

05:15:08  19   far, then we're wasting our time.

05:15:11  20          MR. SACKSTEDER:  It is not, Your Honor.

05:15:11  21          THE COURT:  Okay.

05:15:12  22          MR. SACKSTEDER:  The last two -- the first couple

05:15:14  23   of things he said I recognized from his report.  And then

05:15:16  24   the next two I did not from his specific discussion of

05:15:22  25   comparable technology.

05:15:23  1         THE COURT:  All right.  Mr. Moore, do you have any

05:15:28  2   references addressing that comparable technology issue?

05:15:30  3         MR. MOORE:  I believe this is the reference, and

05:15:32  4   so this -- this is the discussion in the report.  And I

05:15:38  5   don't have the live feed in front of me, but from my

05:15:41  6   recollection of the answer, I don't think he introduced

05:15:44  7   concepts that weren't in the report.

05:15:46  8         I would also note that I know this is not in the

05:15:49  9   report, but counsel asked him at length at the deposition

05:15:52 10   and asked him a lot more questions about why he had

05:15:55 11   underpinnings of all these opinions, and he explained that

05:15:59 12   fully at deposition.

05:16:00 13         THE COURT:  That's not germane to this objection.

05:16:02 14         All right.  Let me ask this, Mr. Moore:  Do you

05:16:05 15   have more to offer the Court other than what you have on

05:16:07 16   the ELMO in support of your response to the objection?

05:16:12 17         MR. MOORE:  No, Your Honor.  This is the relevant

05:16:14 18   section of the report.

05:16:15 19         THE COURT:  And, Mr. Sacksteder, in light of this,

05:16:19 20   what else do you have to tell me?

05:16:21 21         MR. SACKSTEDER:  Well, I -- I think perhaps I was

05:16:23 22   mistaken that it's in Dr. Becker's report where he relies

05:16:26 23   on a conversation with Dr. Akl.  And Dr. Becker refers to

05:16:32 24   those things that I referenced; that it's a mobile game,

05:16:36 25   and it is a feature designed to improve user engagement.

05:16:42  1   And I think that's all he said that Dr. Akl said to him.

05:16:49  2        And the last -- he listed four things, and he

05:16:52  3   talked about using a server, and then he talked about

05:16:54  4   having the patents be understandable to the same level of

05:16:57  5   skill in the art, and he just didn't say that in -- in

05:17:02  6   Dr. Becker's recounting of the conversation, and I don't

05:17:06  7   see it in his report.  I see the first part in Paragraph 4

05:17:10  8   of his report.

05:17:14  9        THE COURT:  You have something else, Mr. Moore?

05:17:16  10       MR. MOORE:  I think he does.  I mean, I -- I don't

05:17:20  11  have Dr. Becker's report in front of me, but if what we're

05:17:23  12  talking about is what Dr. Akl is saying and he talks about

05:17:27  13  servers, and he talks about user experience and user

05:17:30  14  engagement.

05:17:30  15       He separately does talk in the report -- in his

05:17:33  16  report, Dr. Akl's report, about level of ordinary skill, as

05:17:36  17  well, and he uses the same level of ordinary skill for all

05:17:39  18  the patents.  But -- so I -- I don't think there's an

05:17:44  19  inconsistency.

05:17:48  20       THE COURT:  All right.  This is exactly why I

05:17:50  21  talked to both sides about the disruptive nature of this

05:17:53  22  kind of exhibit (sic), especially at 17 minutes after 5:00

05:18:00  23  p.m. on a long day.

05:18:01  24       All things considered, I'm not persuaded that

05:18:11  25  there's an adequate discussion of technological

05:18:13  1   comparability.  Now, the objection was raised on several

05:18:17  2   points.  I'll sustain it on that.

05:18:20  3           On the other points, it appears that there is

05:18:23  4   adequate coverage in the report, and I'll overrule it on

05:18:27  5   that.

05:18:28  6           But as to the technological comparability, it just

05:18:36  7   doesn't look like what he's answered is within the scope of

05:18:39  8   what's there before us.

05:18:43  9           I'm going to charge this time equally since both

05:18:47  10  kind of won half of this and lost half of this.

05:18:52  11          I'm going to bring the jury in, we'll continue

05:18:54  12  with the examination, but you'll need to examine the

05:18:58  13  witness based on this ruling going forward.

05:19:01  14          MR. MOORE:  Yes, Your Honor.  And -- and just so

05:19:03  15  I -- I'm understanding, am I -- I mean, I would like to

05:19:09  16  examine the witness on this -- these statements in

05:19:11  17  Paragraph 4 of his report.

05:19:12  18          THE COURT:  Then I would hue closely to those

05:19:15  19  statements in Paragraph 4.

05:19:17  20          MR. MOORE:  Okay.  I will do that.

05:19:18  21          THE COURT:  All right?

05:19:18  22          MR. MOORE:  May I ask one other thing in terms of

05:19:21  23  forecast?

05:19:22  24          I was actually right at the point where I was

05:19:24  25  going to switch from the introduction to the infringement

05:19:26    1    analysis and introduce the accused games, but just in terms

05:19:30    2    of the Court's planning, I wanted to just alert you to

05:19:33    3    that's where I am in terms of the examination.

05:19:36    4         THE COURT:  Well, all other things being equal, I

05:19:39    5    had thought I would stop for the day at 5:30.  We're about

05:19:41    6    11 minutes away from that.  I don't want to break in the

05:19:45    7    middle of a thought that will have to be completed tomorrow

05:19:50    8    morning.  There may not be a perfect place to do it.

05:19:53    9         What does another 10 minutes or so of examination,

05:19:56   10    where does that put you in your outline?

05:19:58   11         MR. MOORE:  Well, we're planning -- I'm -- I'm

05:20:00   12    going to have to go back through and try to get some more

05:20:03   13    on the com -- comparability issue, and then we're -- I was

05:20:07   14    going to have Dr. Akl introduce the three accused games and

05:20:10   15    just describe them.  And then we're going to get into the

05:20:13   16    infringement about first dealing with --

05:20:15   17         THE COURT:  All right.  Let's get through his

05:20:17   18    description of the games, and we'll use that as a place to

05:20:19   19    break.

05:20:19   20         MR. MOORE:  Thank you.

05:20:20   21         THE COURT:  All right.  Let's bring in the jury,

05:20:22   22    please, Mr. Prim.

05:20:24   23         COURT SECURITY OFFICER:  All rise.

05:20:25   24         (Jury in.)

05:20:26   25         THE COURT:  Please be seated.

05:20:57  1        Thank you for your understanding, ladies and

05:21:01  2   gentlemen of the jury.

05:21:01  3        For purposes of the record, the Defendant objected

05:21:06  4   to the testimony of the witness on three or four discreet

05:21:10  5   points and asserted that they were beyond the scope of the

05:21:14  6   expert's report.

05:21:17  7        I've reviewed this matter outside of your presence

05:21:19  8   with counsel, and I've had the benefit of reviewing the

05:21:22  9   reports.  It's my ruling that on three of those points, the

05:21:29 10   Defendant is overruled.  On one of those points, the

05:21:33 11   Defendant is sustained.

05:21:34 12        With regard to a technological comparability, you

05:21:39 13   should disregard what's been said heretofore.  I understand

05:21:43 14   Plaintiff's counsel is going to revisit it more in line

05:21:46 15   with the outlines of the expert's report, and we'll proceed

05:21:48 16   on that basis.

05:21:49 17        MR. MOORE:  All right.

05:21:50 18        THE COURT:  Let's proceed, Mr. Moore.

05:21:51 19        MR. MOORE:  Thank you, Your Honor.

05:21:51 20   Q.  (By Mr. Moore)  Dr. Akl, could you please describe, at

05:21:58 21   a high level, what all of the accused -- I'm sorry, let me

05:22:01 22   start over.

05:22:01 23        Could you please describe, at a high level, what

05:22:04 24   all of the asserted GREE patents relate to?

05:22:06 25   A.  Yes.  So all -- the -- all five patents deal with

05:22:13  1   improvements to video games to make the games more engaging

05:22:15  2   and more fun.

05:22:16  3   Q.  All right.  And what type of systems are used in those

05:22:21  4   patents?

05:22:22  5   A.  And they deal with server/client systems where you have

05:22:27  6   a server and you have a remote device that communicates

05:22:29  7   with the server.  And both of them become the system for

05:22:34  8   the game.

05:22:34  9   Q.  And as a result of those similarities, what conclusions

05:22:39  10  do you draw from that in terms of their comparability?

05:22:42  11  A.  That they are technologically comparable.  Like all

05:22:46  12  five patents are technologically comparable because they

05:22:48  13  deal with the same field with video games, with ways of

05:22:52  14  improving the video games, with making the games engaging

05:22:55  15  in a client/server environment.

05:22:59  16  Q.  Thank you, Dr. Akl.

05:23:00  17        All right.  I'd like to ask you about the

05:23:07  18  Supercell games, and let's start with Clash of Clans.

05:23:10  19  Could you please describe what Clash of Clans is for the

05:23:12  20  jury?

05:23:12  21  A.  Yes.  So what I'm showing here on the left is the

05:23:16  22  splash screen.  And by splash screen, is normally the first

05:23:20  23  screen you see when you load the game.  But just so that we

05:23:22  24  get a sense of the game, I'm also showing on the right a

05:23:27  25  screenshot from me playing the games.

05:23:29   1          So Clash of Clans is a freemium game, and you

05:23:31   2   place buildings around, you generate troops, and the point

05:23:37   3   is to defend your village.

05:23:40   4          So, ultimately, you're going to have towers and

05:23:44   5   walls and soldiers, and the point is you can take your

05:23:49   6   troops and you can attack another village, or if your

05:23:52   7   village is attacked, you can defend it.

05:23:55   8   Q.   Okay.  And is Clash of Clans a social game, you play

05:23:59   9   with others?

05:23:59   10  A.   Yes.  So it's a social game because you can join like a

05:24:08   11  clan or like a guild.  It's basically like you having your

05:24:12   12  friends, like a friends' list and you can play against your

05:24:16   13  friends or you can play against anybody in the world.  And

05:24:19   14  it's -- it's -- it's -- you either win or lose depending on

05:24:23   15  if you destroy your village or they destroy your village.

05:24:27   16  Q.   And how do you join a clan?

05:24:30   17  A.   You just click the social tab and then you can join a

05:24:35   18  clan or you can get an invite from a friend to join a clan.

05:24:39   19  Q.   Do the people in your clan have to be people you know?

05:24:43   20  A.   No, they can be anybody on the Internet.

05:24:46   21  Q.   Excuse me.  How does Supercell receive revenue from

05:24:49   22  Clash of Clans?

05:24:50   23  A.   So the game is free to download.  So they don't get

05:24:53   24  paid when you download the game, but they -- it's a

05:24:56   25  freemium game, which means you can use real money to get

05:25:01   1   gold in the games.  So you can unlock freemium features or
05:25:06   2   you can unlock buildings or you can make things develop
05:25:12   3   faster.
05:25:12   4        See, it's called microtransactions where if you
05:25:16   5   download it from the Apple Store, you use real money to get
05:25:19   6   game currency that then allows you to unlock stuff, or you
05:25:24   7   can use real money to get additional virtual buildings and
05:25:28   8   so on.
05:25:29   9        And it's the same thing if you download it from
05:25:31   10  the Google Store, the Google App Store, you can also use
05:25:34   11  real money to unlock things.  So they make money from the
05:25:39   12  microtransactions.
05:25:39   13  Q.  And what can you do if you were to spend real money to
05:25:42   14  get the gold within the game, what do you do with that
05:25:44   15  gold?
05:25:44   16  A.  So you can unlock additional buildings, and you can
05:25:48   17  make your village stronger.  So it's a way to give you an
05:25:51   18  advantage to win.
05:25:53   19  Q.  Is there something called gems in the game, as well?
05:25:56   20  A.  Yeah, so what you see here are different resources.  So
05:25:59   21  you have the gems in green and you have, like, gold and you
05:26:03   22  have the -- so you have different resources.
05:26:05   23       Some of the resources like the -- the pink, you
05:26:07   24  have buildings that generate pink, and gold you have
05:26:11   25  resources that generate gold, but then you can buy stuff

05:26:14   1   with gems.

05:26:15   2        So there's multiple currencies in the game,

05:26:20   3   multiple resources.  Some of those resources you generate

05:26:23   4   within the game and some you unlock and some you win and so

05:26:27   5   on.

05:26:27   6   Q.  All right.  And what about Clash Royale, could you

05:26:30   7   please describe that game for us?

05:26:32   8   A.  Yes.  So, again, on the left, is the splash screen, the

05:26:36   9   title screen, and on the right is a snapshot from playing

05:26:41   10  the game.

05:26:42   11       So in this game, you are battling another player

05:26:44   12  in this example, and -- so I'm the player at the bottom.

05:26:50   13  And down here, I can select game content.  So right now,

05:26:54   14  they're all grayed out, so I cannot select one of these

05:26:56   15  four cards.

05:26:57   16  Q.  Why are they grayed out?  Sorry to interrupt you.

05:27:02   17  A.  They're grayed out, because if you look, they have a

05:27:04   18  number assigned to them.  So this is 4, this is 3, this is

05:27:08   19  5, and 5, but I only have two.  So you require at least

05:27:13   20  enough resources to play it.

05:27:14   21       So the number at the bottom we're going to see is

05:27:18   22  called the Elixir, and so this meter is going to grow.  And

05:27:21   23  until this hits three points -- once it hits three points,

05:27:25   24  I can play this card.

05:27:26   25  Q.  Okay.

05:27:26  1   A.   Once it hits four points, I can select this card to
05:27:29  2   attack.  But until then, my cards are grayed out.
05:27:33  3   Q.   I think you said the word for that resource is Elixir;
05:27:37  4   is that right?
05:27:37  5   A.   Yes, yes.
05:27:38  6   Q.   Okay.  And what is Elixir?
05:27:39  7   A.   Elixir is just a term used to denote a resource.
05:27:44  8   Q.   Okay.
05:27:44  9   A.   It's -- it's a mystical term that's used in video
05:27:48  10  games.
05:27:48  11  Q.   So what happens when my Elixir gets to three or four
05:27:51  12  points, and I decide to play one of those two cards?
05:27:55  13  How -- how do I play it, and what happens?
05:27:58  14  A.   Right.  So the point is -- also you want to defend your
05:28:02  15  side.  So this is my king in the middle, and I have two
05:28:05  16  towers, and the enemy has a king, and they have two towers.
05:28:09  17        And what you see -- the red is the health for the
05:28:17  18  enemy side and the blue is the health for my side.  And I
05:28:21  19  want to -- you basically grab and drag and release.  And
05:28:26  20  you'll see a video.
05:28:27  21        So right now this is a still.  But we'll have
05:28:30  22  plenty of videos of me doing that.  And then the card will
05:28:34  23  become a character, and it will attack.
05:28:35  24  Q.   Who are you -- well, strike that.
05:28:39  25        When you say the enemy, what are you referring to?

| | | |
|---|---|---|
| 05:28:43 | 1 | Who is the enemy in the game? |
| 05:28:45 | 2 | A.  So in this example, an enemy character is -- the -- the |
| 05:28:49 | 3 | other side will also have their other cards, and they will |
| 05:28:52 | 4 | move them and deploy them, and they will create enemy |
| 05:28:56 | 5 | characters that will come down and attack me.  And so in |
| 05:28:59 | 6 | the middle, they'll start fighting. |
| 05:29:01 | 7 | Q.  Is Clash Royale a social game? |
| 05:29:03 | 8 | A.  Yes, because, again, you play your friends or you can |
| 05:29:06 | 9 | play anybody around the world.  You can have social clubs. |
| 05:29:11 | 10 | And it's a three-minute game, and you either win or lose, |
| 05:29:15 | 11 | and you keep trying, and you build better cards.  And it's |
| 05:29:19 | 12 | fun. |
| 05:29:19 | 13 | Q.  All right.  Now, when you sign on to the game and want |
| 05:29:24 | 14 | to play, are you playing the computer, or are you playing |
| 05:29:27 | 15 | another person? |
| 05:29:27 | 16 | A.  When you start, it walks you through a tutorial.  So |
| 05:29:31 | 17 | the game will teach you how to play, and you initially play |
| 05:29:35 | 18 | the computer a couple of times to get comfortable with the |
| 05:29:37 | 19 | game mechanics.  And then it will allow you to play other |
| 05:29:40 | 20 | people. |
| 05:29:40 | 21 | Q.  And how does it find those other people for you to |
| 05:29:44 | 22 | play? |
| 05:29:45 | 23 | A.  Again, everything happens through Supercell's servers. |
| 05:29:48 | 24 | So you can't play the game unless you're connected to |
| 05:29:51 | 25 | Supercell's server.  So when you launch the game, if you |

05:29:54   1   don't have an Internet connection, it won't start.

05:29:56   2          Once you have an Internet connection and it

05:29:59   3   connects to Supercell's server, the server will send a ping

05:30:02   4   and will try to find somebody else who also is looking for

05:30:06   5   a player, and it will -- the server will match you with

05:30:08   6   another player usually at the same rank.  So you're playing

05:30:12   7   somebody at your skill level.

05:30:13   8   Q.  And how does Supercell make money on Clash Royale?

05:30:15   9   A.  So the game becomes very competitive.  Like, I've

05:30:19  10   played it, and you get hooked quickly.  So the point is you

05:30:23  11   want better soldiers.  You want things that are going to do

05:30:27  12   more damage.  And you can unlock them as you level up, or

05:30:30  13   you can use real money to get game currency that then will

05:30:35  14   help you level and unlock cards and have a better set of

05:30:40  15   troops so you win more often.

05:30:41  16   Q.  All right.  Lastly, what is Brawl Stars?

05:30:43  17   A.  Brawl Stars is our third game.  On the left is the

05:30:47  18   splash screen, the title, and on the right is a screenshot

05:30:53  19   of me playing that game.

05:30:54  20   Q.  And how do you play Brawl Stars?

05:30:56  21   A.  So in this example, you have three players on your

05:31:00  22   side, you're 1 out of 3.  And there are three enemies.  And

05:31:05  23   you -- in here you control your character.

05:31:07  24          So, in this case, this is my character that's

05:31:10  25   highlighted in green.  And the way you play it is through

05:31:15   1   virtual controls.  So it's meant for a touchscreen where
05:31:19   2   you don't have a controller.
05:31:20   3           So the way you play is once you put your thumb on
05:31:24   4   the screen, when I put my left thumb, I get this virtual
05:31:28   5   blue controller.  When I put my right thumb, I get this
05:31:31   6   virtual red controller.  And that's how you play the game.
05:31:34   7   Q.  And is Brawl Stars a social game?
05:31:37   8   A.  Yes.  It's -- it's a social game.  Because, again, you
05:31:42   9   play your friends or you play people that you don't know,
05:31:46  10   and you level up.  And you -- you get to play more people,
05:31:49  11   and you can join social clubs.
05:31:51  12   Q.  How does the game decide who you're going to play
05:31:55  13   against or with?
05:31:55  14   A.  The server will decide that.  So, again, for all the
05:32:00  15   games, you need an Internet connection.  You need to be
05:32:03  16   connected to Supercell's server.  The server will look at
05:32:07  17   your level, will try to see who is also interested in
05:32:10  18   playing and launching the game at that point in time and
05:32:15  19   their skill sets, and will try to match you with another
05:32:18  20   player.  So we're going to see a video later that shows
05:32:21  21   looking for opponent.  And then once you have two teams
05:32:24  22   ready, the game will launch.
05:32:25  23   Q.  How does Supercell make money on Brawl Stars?
05:32:27  24   A.  The -- the game makes money.  Again, it's free to
05:32:33  25   download, but there's a lot of stuff that you can unlock.

```
05:32:36   1   And, again, you can use real money to get currency in the
05:32:42   2   game.
05:32:42   3            And then you can unlock different players.
05:32:45   4   They're called brawlers, like Brawl Stars.  So a brawler is
05:32:48   5   the name of your character.  You can unlock more
05:32:51   6   characters.  You can unlock better weapons.  You can unlock
05:32:55   7   different features and game modes, and this is how the game
05:32:59   8   makes money.
05:32:59   9   Q.  All right.
05:33:00  10            MR. MOORE:  Your Honor, at this time, we would be
05:33:01  11   proceeding to the detailed infringement analysis of the
05:33:05  12   claims.  I just wanted to let you know that's where we
05:33:07  13   were.
05:33:08  14            THE COURT:  All right.  I appreciate that
05:33:09  15   information.
05:33:09  16            Ladies and gentlemen of the jury, this is a good
05:33:12  17   juncture to stop for the day.  I'm informed by counsel that
05:33:16  18   this witness has a considerable amount of additional
05:33:19  19   testimony, and I'm not going to stay as late as it would
05:33:23  20   take to finish this witness tonight.
05:33:25  21            I'm going to ask you when you leave the courtroom
05:33:28  22   to go through the jury room, leave your notebooks closed on
05:33:31  23   the table in the jury room, leave your face shields there
05:33:35  24   on your notebooks.
05:33:37  25            Please remember my instructions not to bring your
```

05:33:40  1  cell phone or electronic devices into the courtroom

05:33:42  2  tomorrow.  Please travel safely to your homes.

05:33:49  3       I'm aware that several of our jurors live in the

05:33:52  4  far reaches of the division from where we are, and I want

05:33:56  5  to be mindful of your travel time.

05:33:57  6       However, I want you to know, and I haven't --

05:34:00  7  haven't mentioned this earlier, but this is as good a point

05:34:03  8  as any.  It's been my experience while on the bench that

05:34:07  9  jurors in East Texas would rather work longer days and be

05:34:12  10  away from their families and their work a fewer number of

05:34:15  11  days than to work shorter days and be gone a much longer

05:34:16  12  number of days.  So that's the way I'm going to approach

05:34:19  13  this trial.

05:34:21  14       And what that means is I'd like to start each

05:34:24  15  morning with the jury at 8:30, which means I'm going to ask

05:34:29  16  you to be assembled in the jury room by about 8:15 or 8:20

05:34:32  17  and ready to go at 8:30.

05:34:34  18       Now, there are things I take up with counsel

05:34:37  19  outside of your presence each morning, and we may not hit

05:34:40  20  that target and start exactly at 8:30, but I want you, if

05:34:45  21  you will, to be here and ready to go by that time.

05:34:48  22       Also, we may go to 5:30 or even 6:00 o'clock to go

05:34:54  23  through the remainder of the week to get this case

05:34:57  24  completed without having to go beyond the time I gave you.

05:35:00  25       So, for planning purposes, those of you that have

| | |
|---|---|
| 05:35:05 | 1 |
| 05:35:09 | 2 |
| 05:35:12 | 3 |

```
05:35:05   1   families at home, people that you interact with, you might

05:35:09   2   let them know not to expect you to be leaving here any

05:35:12   3   earlier than 5:30 or 6:00 o'clock.

05:35:15   4          It's not an exact science, ladies and gentlemen.

05:35:17   5   If we have a witness who's been on the stand a lengthy

05:35:22   6   period of time and staying an extra five or 10 minutes

05:35:27   7   finishes that witness, then that's something I will

05:35:29   8   probably do.

05:35:30   9          It's -- it's always preferable to complete a

05:35:35  10   witness and not break a witness in the middle of their

05:35:37  11   testimony, if you can.  It makes for a more -- in my view,

05:35:42  12   it makes for a more understandable narrative of the

05:35:42  13   evidence and easier to follow both for the Court and for

05:35:42  14   the jury.

05:35:47  15          So it's not an exact science.  We're not going to

05:35:50  16   punch a clock, and exactly at a certain time, we're not

05:35:54  17   going to stop no matter where we are in the case.

05:35:56  18          But in a general sense, I'm going to try to go

05:35:59  19   from about 8:30 in the morning to about 5:30 or 6:00

05:36:04  20   o'clock each evening.  And if you'll take that into account

05:36:07  21   as you deal with your family members and those that you're

05:36:10  22   in contact for planning purposes.

05:36:12  23          So, with that, please travel safely to your homes.

05:36:16  24   Remember when you get home, you're going to get asked what

05:36:19  25   happened here today.  Don't even try to answer that
```

05:36:21   1   question.  Be very vigilant not to communicate with anybody

05:36:27   2   about this case.  Follow all my other instructions, travel

05:36:31   3   safely to your homes, and I will see you tomorrow morning.

05:36:35   4          The jury is excused for the evening.

05:36:37   5          COURT SECURITY OFFICER:  All rise.

05:36:38   6          (Jury out.)

05:36:38   7          THE COURT:  Be seated, please.

05:37:11   8          Counsel, let me remind you that beginning first

05:37:13   9   thing in the morning and throughout the remainder of the

05:37:15  10   trial, I will -- when I come into the courtroom, I will ask

05:37:19  11   each side to have a representative prepared and able to go

05:37:22  12   to the podium and read into the record the items from the

05:37:26  13   list of pre-admitted exhibits that have been used by each

05:37:29  14   side of the case during the preceding day's portion of the

05:37:32  15   trial.

05:37:32  16          And I'll begin that first thing in the morning.

05:37:36  17          Also, I remind you that I will be in chambers by

05:37:39  18   7:30, and I will look for the reports from you regarding

05:37:45  19   any possible overnight disputes that have not been

05:37:49  20   resolved.

05:37:49  21          Let me encourage you to meet and confer to the

05:37:51  22   fullest extent possible and to keep those disputes to a

05:37:56  23   minimum, but to maximize the effective use of your

05:38:01  24   designated trial time, I will be available from 7:30 to

05:38:03  25   8:30 to give you guidance on any surviving disputes in

| | | |
|---|---|---|
| 05:38:08 | 1 | chambers before we begin with the jury at 8:30. |
| 05:38:10 | 2 | Are there questions from either side before we |
| 05:38:12 | 3 | recess for the evening? |
| 05:38:14 | 4 | MR. MOORE:  Not from the Plaintiff, Your Honor, |
| 05:38:17 | 5 | thank you. |
| 05:38:18 | 6 | MR. DACUS:  No, Your Honor, thank you. |
| 05:38:20 | 7 | THE COURT:  And I assume, Mr. Moore, that this |
| 05:38:22 | 8 | witness is not going to be woodshedded overnight to |
| 05:38:27 | 9 | continue his testimony tomorrow. |
| 05:38:28 | 10 | MR. MOORE:  No, Your Honor. |
| 05:38:29 | 11 | THE COURT:  That's my expectation.  I just wanted |
| 05:38:34 | 12 | to be clear on that. |
| 05:38:35 | 13 | All right.  We stand in recess until tomorrow |
| 05:38:38 | 14 | morning. |
| 05:38:39 | 15 | COURT SECURITY OFFICER:  All rise. |
| 05:38:41 | 16 | (Recess.) |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

1                          CERTIFICATION

2

3         I HEREBY CERTIFY that the foregoing is a true and

4    correct transcript from the stenographic notes of the

5    proceedings in the above-entitled matter to the best of my

6    ability.

7

8

9    /S/ Shelly Holmes                  9/10/2020
     SHELLY HOLMES, CSR, TCRR           Date
10   OFFICIAL REPORTER
     State of Texas No.: 7804
11   Expiration Date: 12/31/2020

12

13

14

15

16

17

18

19

20

21

22

23

24

25