12:35:03

1               IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF TEXAS

2                   MARSHALL DIVISION

3

   GREE, INC.,                 )(   CIVIL ACTION NOS.
4                    )(   2:19-CV-70-JRG-RSP
       PLAINTIFFS,        )(   2:19-CV-71-JRG-RSP
5                    )(
       VS.                  )(
6                    )(   MARSHALL, TEXAS
   SUPERCELL OY,          )(   SEPTEMBER 11, 2020
7                    )(   12:40 P.M.
       DEFENDANTS.        )(

8

9               TRANSCRIPT OF JURY TRIAL

10            VOLUME 4 - AFTERNOON SESSION

11       BEFORE THE HONORABLE JUDGE RODNEY GILSTRAP

12         UNITED STATES CHIEF DISTRICT JUDGE

13

14   APPEARANCES:

15

16   FOR THE PLAINTIFFS:

17

18   MR STEVEN D. MOORE
   KILPATRICK TOWNSEND & STOCKTON LLP
19   Two Embarcadero Center, Suite 1900
   San Francisco, CA 94111
20

21   MS. TAYLOR HIGGINS LUDLAM
   KILPATRICK TOWNSEND & STOCKTON LLP
22   4208 Six Forks Road
   Raleigh, NC 27609
23

24

25

```
 1   FOR THE PLAINTIFF:

 2

 3   MR. ALTON L. ABSHER III
     KILPATRICK TOWNSEND & STOCKTON LLP
 4   1001 West Fourth Street
     Winston-Salem, NC 27101
 5

 6   MR. MICHAEL T. MORLOCK
     KILPATRICK TOWNSEND & STOCKTON LLP
 7   1100 Peachtree Street, NE
     Suite 2800
 8   Atlanta, GA 30309

 9
     MS. TAYLOR J. PFINGST
10   KILPATRICK TOWNSEND & STOCKTON LLP
     Two Embarcadero Center, Suite 1900
11   San Francisco, CA 94111

12
     MS. MELISSA R. SMITH
13   GILLAM & SMITH, LLP
     303 South Washington Avenue
14   Marshall, TX 75670

15

16   FOR THE DEFENDANT:

17

18   MR. MICHAEL J. SACKSTEDER
     MR. BRYAN A. KOHM
19   MR. CHRISTOPHER L. LARSON
     MS. SHANNON E. TURNER
20   FENWICK & WEST LLP
     555 California Street, 12th Floor
21   San Francisco, CA 94104

22
     MR. GEOFFREY R. MILLER
23   FENWICK & WEST LLP
     902 Broadway, Suite 14
24   New York, NY 10010

25
```

```
 1  FOR THE DEFENDANT:

 2
    MS. JESSICA M. KAEMPF
 3  MR. JONATHAN T. MCMICHAEL
    FENWICK & WEST LLP
 4  1191 Second Ave., 10th Floor
    Seattle, WA 98101
 5
    MR. DERON DACUS
 6  THE DACUS FIRM, P.C.
 7  821 ESE Loop 323, Suite 430
    Tyler, TX 75701
 8

 9

10

11

12  COURT REPORTER:    Ms. Shelly Holmes, CSR, TCRR
                       Official Court Reporter
13                     United States District Court
                       Eastern District of Texas
14                     Marshall Division
                       100 E. Houston
15                     Marshall, Texas  75670
                       (903) 923-7464
16

17
    (Proceedings recorded by mechanical stenography, transcript
18  produced on a CAT system.)

19

20

21

22

23

24

25
```

|          |    |                                                             |
|----------|----|-------------------------------------------------------------|
| 12:39:52 | 1  | P R O C E E D I N G S                                       |
| 12:39:52 | 2  | (Jury out.)                                                 |
| 12:40:17 | 3  | COURT SECURITY OFFICER:  All rise.                          |
| 12:40:18 | 4  | THE COURT:  Be seated, please.                              |
| 12:41:17 | 5  | All right.  Mr. Moore, you may return to the                |
| 12:41:22 | 6  | podium.                                                      |
| 12:41:24 | 7  | MR. MOORE:  Thank you, Your Honor.                          |
| 12:41:24 | 8  | THE COURT:  And while he's doing that,                      |
| 12:41:27 | 9  | Mr. Fitzpatrick, why don't you bring in the jury.           |
| 12:41:31 | 10 | COURT SECURITY OFFICER:  Yes, sir.                          |
| 12:41:32 | 11 | All rise.                                                   |
| 12:41:36 | 12 | (Jury in.)                                                  |
| 12:41:56 | 13 | THE COURT:  Please be seated.                               |
| 12:42:00 | 14 | We will continue with the direct examination of            |
| 12:42:08 | 15 | Dr. Robert Akl by the Plaintiff.                            |
| 12:42:09 | 16 | Mr. Moore, you may continue.                                |
| 12:42:11 | 17 | MR. MOORE:  Thank you, Your Honor.                          |
| 12:42:11 | 18 | ROBERT AKL, PH.D., PLAINTIFF'S WITNESS, PREVIOUSLY SWORN     |
| 12:42:11 | 19 | DIRECT EXAMINATION CONTINUED                                |
| 12:42:12 | 20 | BY MR. MOORE:                                                |
| 12:42:12 | 21 | Q.  Dr. Akl, when we broke for lunch, I think you were just |
| 12:42:17 | 22 | starting to illustrate your testimony regarding the '873    |
| 12:42:21 | 23 | patent and why Brawl Stars and Supercell infringe           |
| 12:42:25 | 24 | Element a; do you recall that?                              |
| 12:42:29 | 25 | THE COURT:  Let me interrupt just a second.                 |

12:42:31   1          MR. MOORE:  I'm sorry.

12:42:32   2          THE COURT:  I failed to do something.

12:42:34   3          Ladies and gentlemen of the jury, when you went

12:42:35   4   out for lunch, the Defendants had raised an objection as to

12:42:39   5   some of Dr. Akl's testimony.  I dealt with it -- I dealt

12:42:42   6   with that without you in the courtroom.  You need to know I

12:42:47   7   overruled that objection, so you may consider all of the

12:42:51   8   testimony that you heard.

12:42:53   9          Now let's proceed.

12:42:54  10          MR. MOORE:  Thank you, Your Honor.

12:42:54  11   Q.  (By Mr. Moore)  Dr. Akl, would you please continue to

12:42:56  12   illustrate your testimony regarding Element 1a, using the

12:43:01  13   video in Plaintiff's Exhibit 139?

12:43:03  14          MR. MOORE:  And if we could play that please?

12:43:05  15   A.  So I hit play to start finding a player, and we are

12:43:12  16   looking for a player -- actually, five; two on my side and

12:43:17  17   three on the other side.

12:43:19  18          And then to play the game, the first touch

12:43:22  19   operation is what I'm doing with my right thumb.  So I

12:43:26  20   press and I hold.  When I press, this red button appears,

12:43:30  21   and I keep my finger on the display and then I aim.

12:43:34  22          So I move my thumb up, down, left, right, and the

12:43:38  23   cone that my player -- that comes out of my player, that

12:43:46  24   follows the movement of my right thumb.

12:43:48  25          And so as we look at the video, the first touch

12:43:53   1   operation is what I'm doing with my right thumb in terms of

12:43:56   2   pressing to get the red button and then holding it on the

12:44:02   3   screen, and then moving it -- dragging it -- dragging my

12:44:05   4   thumb just a little bit up and down, left and right, the

12:44:08   5   same way you would move a controller, but this is a virtual

12:44:11   6   controller, and that does the aiming of the cone.

12:44:15   7           So the cone coming out of my player follows the

12:44:18   8   direction of -- of my thumb.

12:44:23   9   Q.  (By Mr. Moore)  Okay.

12:44:24  10           MR. MOORE:  And could we go back into that video.

12:44:27  11   Could you perhaps find a spot where the cone appears?

12:44:31  12   Q.  (By Mr. Moore)  Because you said it appears when you

12:44:33  13   touch your right thumb; is that right?

12:44:34  14   A.  No, sorry.  When I touch and I move my finger that's

12:44:39  15   when the cone first appears.

12:44:40  16   Q.  Okay.

12:44:42  17   A.  When I touch the button, the red button appears.

12:44:44  18   Q.  I'm sorry.  Thank you for clarifying that.

12:44:46  19           MR. MOORE:  Let's see if we can get a good spot

12:44:49  20   here.  There we go, here -- you had it.  Move back a little

12:44:56  21   more, a little more.

12:45:00  22   Q.  (By Mr. Moore)  All right.  Now, you see the cone

12:45:02  23   there, I know it's blocked by these bushes or whatever they

12:45:05  24   are.  Is that the cone you're talking about?

12:45:07  25   A.  Yes.

12:45:07   1    Q.  And what does that cone indicate within the game?

12:45:09   2    A.  That's the -- the range where I can shoot.

12:45:13   3    Q.  Okay.  And how does that move when you touch the screen

12:45:19   4    with your right thumb?

12:45:21   5    A.  So the cone will move in parallel with my thumb.  So as

12:45:25   6    I move my right thumb to the right, the cone will move to

12:45:28   7    the right, the aiming will shift.

12:45:31   8         I move my player with my left thumb.  So the blue

12:45:36   9    button will move the player.  The right thumb will move the

12:45:40  10    cone.  And the cone will follow the movement of my right

12:45:41  11    thumb.

12:45:41  12    Q.  Okay.  I think we've taken one of these videos and

12:45:44  13    slowed it down a little bit.

12:45:46  14         MR. MOORE:  Can you please pull that up,

12:45:52  15    Mr. Groat?

12:45:56  16    Q.  (By Mr. Moore)  And let's -- would ask if you identify

12:45:58  17    what's happening here?

12:45:59  18    A.  Right.  So this is my player.  This is the player

12:46:02  19    system blow-up.  And you see if I move my thumb this way,

12:46:07  20    the cone moved that way so we can play it again.

12:46:09  21         MR. MOORE:  Let's play it again.

12:46:23  22    A.  There's the cone from my player, and as I'm moving my

12:46:28  23    thumb to the left, the cone moves to the left.  And when I

12:46:30  24    release, the cone disappears, and this is when I shoot, but

12:46:34  25    that's -- we'll get to that later.

| | | |
|---|---|---|
| 12:46:37 | 1 | Q.  (By Mr. Moore)  All right.  And so -- |
| 12:46:37 | 2 | MR. MOORE:  Thank you, Mr. Groat, you can go back |
| 12:46:39 | 3 | to the slides. |
| 12:46:40 | 4 | Q.  (By Mr. Moore)  So, in your opinion, then, is Element a |
| 12:46:43 | 5 | of Claims 1 and -- I'm sorry, of Claims 8 and 10 present in |
| 12:46:47 | 6 | Supercell's Brawl Stars? |
| 12:46:48 | 7 | A.  Yes.  For Element a, all we need to do is identify the |
| 12:46:54 | 8 | first touch operation, and the first touch operation, I've |
| 12:46:55 | 9 | already demonstrated, is what takes place with my right |
| 12:46:59 | 10 | thumb. |
| 12:46:59 | 11 | Q.  Okay.  Now, then let's go to the next Element b, what |
| 12:47:03 | 12 | does this require? |
| 12:47:04 | 13 | A.  So Element b requires:  Control the display to display |
| 12:47:08 | 14 | a frame indicative of a shooting effective range in |
| 12:47:12 | 15 | accordance with a position of the first touch operation. |
| 12:47:18 | 16 | Q.  Has the Court entered any claim constructions for words |
| 12:47:22 | 17 | in these elements? |
| 12:47:23 | 18 | A.  Yes. |
| 12:47:23 | 19 | Q.  And what are they, please? |
| 12:47:25 | 20 | A.  Shooting effective range means range in which a |
| 12:47:31 | 21 | shooting attack target can be hit and in accordance with |
| 12:47:35 | 22 | the position of the first touch operation means in response |
| 12:47:37 | 23 | to and based on the position of the first touch operation. |
| 12:47:39 | 24 | Q.  Did you apply the Court's constructions in your |
| 12:47:46 | 25 | infringement analysis? |

| | | |
|---|---|---|
| 12:47:47 | 1 | A.  Yes. |
| 12:47:47 | 2 | Q.  And why does Supercell infringe Element b with Brawl |
| 12:47:50 | 3 | Stars? |
| 12:47:50 | 4 | A.  So we already saw a little bit of this.  The first |
| 12:47:55 | 5 | touch operation is just me pressing and just moving my -- |
| 12:47:58 | 6 | my thumb.  When I press and I move my right thumb, the cone |
| 12:48:02 | 7 | appears.  The cone is the -- the cone meets the language of |
| 12:48:11 | 8 | the shooting effective range. |
| 12:48:12 | 9 | So the cone that appears from the player -- my |
| 12:48:14 | 10 | player -- because it's the range in which a shooting attack |
| 12:48:17 | 11 | can be hit.  So in the game, I can attack and I can cause |
| 12:48:20 | 12 | damage to anything in that white cone. |
| 12:48:23 | 13 | And so that language in the claim that requires |
| 12:48:30 | 14 | the cone, or requires a shooting effective range, is met by |
| 12:48:33 | 15 | the cone. |
| 12:48:34 | 16 | And then we need to have the language that in |
| 12:48:36 | 17 | accordance with the position of the first touch operation, |
| 12:48:39 | 18 | which the Court construed in response to and based on the |
| 12:48:43 | 19 | position, and I've shown you how it is based on the |
| 12:48:47 | 20 | position of my thumb.  Because as I move my thumb in the |
| 12:48:52 | 21 | first touch operation, the cone moves and follows the |
| 12:48:54 | 22 | movement of my thumb. |
| 12:48:55 | 23 | So, with that, I have shown that I have applied |
| 12:48:58 | 24 | the Court's claim construction, and the game infringes that |
| 12:49:03 | 25 | element. |

12:49:04  1  Q.  All right.  And when we looked at the -- the blow-up

12:49:07  2  and slowed-down video, did that help illustrate this claim

12:49:10  3  element, as well?

12:49:11  4  A.  Yes.

12:49:11  5  Q.  All right.

12:49:12  6          MR. MOORE:  Could we look at that again real

12:49:14  7  quickly?

12:49:15  8  Q.  (By Mr. Moore)  And explain to the jury why what's

12:49:16  9  shown in that video also shows that Element b is met.

12:49:20  10  A.  So, again, the claim just requires that to have -- that

12:49:28  11  to have the -- the shooting range move in accordance with

12:49:35  12  the position of the first touch operation.  And so the cone

12:49:37  13  doesn't need to appear where my thumb is.  The cone just

12:49:41  14  needs to move relative to the position of the first touch

12:49:43  15  operation where my thumb is.

12:49:45  16          So because I drag my thumb left and right and the

12:49:48  17  cone moves left and right and the cone meets the Court's

12:49:52  18  claim construction for shooting effective range, because

12:49:55  19  that's where I can attack a target and a target can take

12:49:59  20  damage, the combination of both parts of that element have

12:50:04  21  been met.

12:50:04  22  Q.  Do you recall in the opening statement yesterday by

12:50:07  23  Supercell -- or Supercell's counsel that they argued that

12:50:10  24  since the -- the cone didn't appear where your thumb is,

12:50:14  25  that there's no infringement?

```
12:50:15   1   A.   Yes.

12:50:15   2   Q.   Do you agree with that?

12:50:17   3   A.   No.

12:50:17   4   Q.   Why not?

12:50:18   5   A.   Because the claim doesn't require the cone to appear

12:50:21   6   where my thumb is.  If we go back to the claim language and

12:50:23   7   the Court's claim construction --

12:50:26   8   Q.   Sure.

12:50:26   9        MR. MOORE:   Could you go, please, to -- I need my

12:50:29  10   glasses -- to 144?  I'm sorry.  No, it's -- it's about two

12:50:39  11   slides -- I -- I was wrong on that.  Sorry, it -- it seems

12:50:43  12   to be 166.  The 4s look like 6s.

12:50:50  13   A.   Right.  So we have a Court's claim construction for

12:50:53  14   shooting effective range, and we have a construction for

12:50:58  15   what it means in accordance with the position.

12:51:00  16        So "in accordance with the position" doesn't mean

12:51:03  17   it has to be exactly where the position is.  It says in

12:51:06  18   response to and based on the position.  So it is based on

12:51:09  19   my first touch, because as I move my thumb, the cone moves.

12:51:13  20        So the -- the Court's claim construction explains

12:51:16  21   what that means, and the movement of the sum moving and

12:51:22  22   then the cone following it, meets the Court's claim

12:51:25  23   construction.  There isn't the requirement that they need

12:51:26  24   to overlap.

12:51:28  25   Q.   (By Mr. Moore)   Right.  Thank you.
```

| | | |
|---|---|---|
| 12:51:28 | 1 | And -- and by the way, you -- you -- the -- which |
| 12:51:33 | 2 | brawler are you playing here in your example videos of |
| 12:51:38 | 3 | Brawl Stars? |
| 12:51:39 | 4 | A.  Her name is Shelly. |
| 12:51:41 | 5 | Q.  Why did you select Shelly as the brawler to use to |
| 12:51:44 | 6 | illustrate your testimony of infringement? |
| 12:51:47 | 7 | A.  You don't have a choice.  That's the first brawler |
| 12:51:48 | 8 | you -- anybody who's starting the game, they play with |
| 12:51:51 | 9 | Shelly. |
| 12:51:51 | 10 | Q.  Can players then choose different brawlers at other |
| 12:51:56 | 11 | points in the game? |
| 12:51:56 | 12 | A.  Yes. |
| 12:51:57 | 13 | Q.  Is it sufficient to show infringement by Brawl Stars to |
| 12:52:00 | 14 | show -- illustrate your testimony with Shelly as the |
| 12:52:03 | 15 | opening brawler? |
| 12:52:05 | 16 | A.  Yes. |
| 12:52:05 | 17 | Q.  And why is that? |
| 12:52:07 | 18 | A.  Because you just need to show that there is |
| 12:52:09 | 19 | infringement in terms of everybody who plays this game has |
| 12:52:12 | 20 | to play Shelly first.  So even though you can level and |
| 12:52:15 | 21 | once you get to a high enough level, you can pick a |
| 12:52:18 | 22 | different character, everybody playing the game has to |
| 12:52:21 | 23 | start out with the character Shelly, and Shelly infringes. |
| 12:52:26 | 24 | And others also might infringe, but I only analyzed Shelly. |
| 12:52:30 | 25 | Q.  And what type of weapon does Shelly use? |

12:52:32  1   A.  She has the cone and -- kind of like the gun, and she

12:52:36  2   has a super power.

12:52:39  3   Q.  Okay.  Thank you.

12:52:42  4        And so, what is your conclusion as to Element 1 --

12:52:45  5   sorry, 8b and 10b of the '873 patent.

12:52:48  6   A.  That they are infringed by Supercell both by the

12:52:54  7   servers and by the games running on the phones.

12:52:56  8   Q.  Let's go to Element c.  What does this element require?

12:53:01  9   A.  C requires us to identify a second touch operation at

12:53:06 10   the touch panel as an instruction for an attack when the

12:53:11 11   frame is displayed by the display.

12:53:15 12   Q.  And did the Court apply any claim constructions to this

12:53:19 13   element?

12:53:19 14   A.  Yes.

12:53:21 15   Q.  There we go.  Is this the construction we saw earlier

12:53:25 16   for touch operation?

12:53:28 17   A.  Yes.  So we have to use it again for the second touch

12:53:29 18   operation, which means operation that involves the user's

12:53:33 19   finger or other object, such as a stylus, on the touch

12:53:37 20   panel.

12:53:37 21   Q.  And what, in your opinion, is the second touch

12:53:41 22   operation in Brawl Stars?

12:53:42 23   A.  So -- so you saw when I press and hold, I can aim the

12:53:47 24   cone.  And when I release my finger from the display, the

12:53:50 25   cone fires.  So the claim requires an instruction for an

12:53:55  1    attack.

12:53:57  2           The instruction for the attack is when the cone

12:54:00  3    fires, and it has to be on -- by -- he has to be triggered

12:54:04  4    by a second touch operation.  So me releasing my finger is

12:54:09  5    that second touch operation.

12:54:11  6           MR. MOORE:  Can we show the slowed-down video

12:54:14  7    again, please, to illustrate that.

12:54:15  8    Q.  (By Mr. Moore)  And please explain how this video

12:54:18  9    illustrates that feature?

12:54:19  10   A.  So I move my finger, and the cone appears, and then

12:54:26  11   when you see my finger just a little bit rise above, this

12:54:30  12   is where the character shoots, and then I put it back on

12:54:33  13   the screen to then do the first touch operation.  So the

12:54:36  14   moment I lift my finger -- so the release of the touch is

12:54:41  15   considered a touch operation because it also meets the

12:54:44  16   Court's claim construction for --

12:54:45  17   Q.  Okay.

12:54:45  18   A.  -- touch.

12:54:47  19   Q.  I was going to ask you that.  When you release it,

12:54:49  20   you're not touching anymore, right?

12:54:51  21   A.  Yes.

12:54:51  22   Q.  Well, then why is that a touch operation as the Court

12:54:53  23   has construed it?

12:54:54  24   A.  Because if we go back to the Court's construction --

12:54:58  25          MR. MOORE:  If we could go back a couple slides.

| | | |
|---|---|---|
| 12:55:00 | 1 | THE WITNESS:  One slide. |
| 12:55:01 | 2 | MR. MOORE:  One slide, I think.  There we go. |
| 12:55:03 | 3 | A.  The -- the touch operation says it's an operation that |
| 12:55:06 | 4 | involves the user's finger on the touchscreen.  So by me |
| 12:55:11 | 5 | releasing my finger from the screen, that meets the |
| 12:55:15 | 6 | construction of an operation that involves the user's |
| 12:55:17 | 7 | finger. |
| 12:55:18 | 8 | So in computer science, even the lack of something |
| 12:55:21 | 9 | is an operation related to that something.  And -- and |
| 12:55:23 | 10 | that's also confirmed in the source code. |
| 12:55:25 | 11 | Q.  (By Mr. Moore)  And do the touchscreens that -- that |
| 12:55:27 | 12 | this game is played on, do they register when a player |
| 12:55:30 | 13 | releases their finger? |
| 12:55:31 | 14 | A.  Yes. |
| 12:55:33 | 15 | Q.  Now, have you looked at source code for Brawl Stars, as |
| 12:55:37 | 16 | well, on this element? |
| 12:55:37 | 17 | A.  Yes. |
| 12:55:38 | 18 | Q.  And we'll get to that in a minute. |
| 12:55:41 | 19 | But what is your ultimate conclusion on Element c? |
| 12:55:44 | 20 | A.  That the -- Supercell infringes Element c of Claims 8 |
| 12:55:52 | 21 | and 10. |
| 12:55:52 | 22 | Q.  All right.  And let's go to the last element now of the |
| 12:55:55 | 23 | '873 patent. |
| 12:55:56 | 24 | What does Element d require? |
| 12:55:58 | 25 | A.  The game server apparatus includes second circuitry |

12:56:04  1    configured to control to attack in accordance with a

12:56:06  2    display position of the frame when the instruction for the

12:56:12  3    attack is identified.

12:56:13  4    Q.  And so as -- what do these claims require to control

12:56:16  5    the attack?

12:56:17  6    A.  So you need to have the game server apparatus,

12:56:23  7    including the circuitry, and it's configured to control.

12:56:27  8         So the server has to be involved in whether the

12:56:34  9    character playing the game can attack or not.  And looking

12:56:37  10   at the source code and looking at testimony, the server

12:56:39  11   decides if a user can attack or not.  And why --

12:56:43  12   Q.  That's fine.  I was going to ask you a similar

12:56:46  13   question, which is if -- if you just had a game where the

12:56:52  14   phone -- the terminal device or the phone controlled the

12:56:55  15   attack, would that -- would that game infringe or meet the

12:56:57  16   elements of the '873 patent?

12:56:58  17   A.  For this element, it says that the game server

12:57:01  18   apparatus.

12:57:01  19   Q.  Okay.

12:57:02  20   A.  So it's specifically saying that the -- that the server

12:57:04  21   has to be involved.  And that's what happens here because

12:57:07  22   the server is constantly looking to see if your player is

12:57:10  23   alive or dead.

12:57:11  24        THE COURT:  Dr. Akl, please slow down just a

12:57:14  25   little bit, please.

12:57:15  1        Go ahead, counsel.

12:57:17  2        MR. MOORE:  Thank you, Your Honor.

12:57:18  3  Q.  (By Mr. Moore)  All right.  And did you consider any

12:57:20  4  testimony from witnesses of Supercell in forming your

12:57:25  5  opinions about whether the Supercell servers control the

12:57:28  6  attack for Brawl Stars?

12:57:29  7  A.  I did.

12:57:29  8  Q.  And did you also look at any source code for this

12:57:33  9  element?

12:57:33  10  A.  Yes, I did.

12:57:34  11  Q.  Okay.  And we'll see that in just a moment.

12:57:36  12        So wrapping up for the '873 patent, could you

12:57:41  13  summarize your opinions on Supercell's direct infringement?

12:57:43  14  A.  Yes.  Supercell infringes Claims 8 and 10 of the '873

12:57:47  15  patent.

12:57:47  16  Q.  Thank you.

12:57:48  17        And we're getting very close to the end, but

12:57:51  18  there's one more -- one more topic on infringement before

12:57:54  19  we get to the source code.

12:57:55  20        What is your last opinion here, Dr. Akl, with

12:57:59  21  regard to Supercell's infringement?

12:58:02  22  A.  Supercell also indirectly infringes the claims by

12:58:07  23  encouraging, instructing, teaching, and aiding users to

12:58:11  24  directly infringe.

12:58:12  25  Q.  All right.  What is indirect infringement?

| | | |
|---|---|---|
| 12:58:16 | 1 | A.  So indirect infringement, it's a legal principle where |
| 12:58:22 | 2 | somebody is liable for indirect infringement if -- if |
| 12:58:25 | 3 | someone infringes but you tell them to infringe or you |
| 12:58:28 | 4 | teach them how to infringe or you contribute to their |
| 12:58:31 | 5 | infringement or you induce infringement, that's called |
| 12:58:34 | 6 | indirect infringement is my understanding. |
| 12:58:36 | 7 | Q.  And how have -- in your opinion, how has Supercell |
| 12:58:40 | 8 | indirectly infringed the claims of the five patents that |
| 12:58:42 | 9 | we've discussed? |
| 12:58:44 | 10 | A.  So Supercell has indirectly infringed because Supercell |
| 12:58:48 | 11 | advertises.  They have commercials and surveys and videos |
| 12:58:53 | 12 | that teach users how to play the game. |
| 12:58:56 | 13 | Also, when you start the game, there are tutorials |
| 12:59:00 | 14 | in the game that teach users how to play that are written |
| 12:59:03 | 15 | by Supercell. |
| 12:59:04 | 16 | Q.  And what materials did you review to reach your |
| 12:59:07 | 17 | conclusions on indirect infringement? |
| 12:59:09 | 18 | A.  I looked at testimony by Supercell employees, I looked |
| 12:59:13 | 19 | at documents, I looked at their social media content -- |
| 12:59:19 | 20 | by -- I mean, Supercell's, the tutorials in the games |
| 12:59:23 | 21 | themselves.  As I was playing the games, I walked through |
| 12:59:25 | 22 | those tutorials.  And Supercell's websites. |
| 12:59:27 | 23 | Q.  And could you give us a couple of examples of the type |
| 12:59:31 | 24 | of things that Supercell does to teach and -- and advertise |
| 12:59:34 | 25 | its games to its users? |

12:59:37  1   A.  Yes.  So, for example, there are YouTube videos where

12:59:41  2   you have players that Supercell advertises help you

12:59:49  3   understand the game or commercials that Supercell has put

12:59:53  4   out where a -- a person -- a Supercell employee or somebody

12:59:56  5   representing Supercell walks through and teaches you how to

01:00:01  6   play the game.

01:00:03  7          There are -- in addition to the tutorials, there

01:00:06  8   are content and videos and ads, all that are provided by

01:00:12  9   Supercell that are used and teaches other to infringe.

01:00:17  10  Q.  And does there have to be any direct infringement by

01:00:20  11  anyone else in order for Supercell to be responsible for

01:00:23  12  indirect infringement?

01:00:24  13  A.  Yes.

01:00:24  14  Q.  And in this case, what is the evidence of direct

01:00:27  15  infringement by someone else that would cause that to

01:00:31  16  occur?

01:00:31  17  A.  So the evidence that we walked through, again, is the

01:00:34  18  same evidence.  So whether a user playing the game directly

01:00:40  19  infringes, but if that user is being instructed and taught

01:00:43  20  to play the game by Supercell, then Supercell indirectly

01:00:47  21  infringes and is liable.

01:00:48  22  Q.  And in your opinion, would users playing the games

01:00:51  23  carry out the -- the steps of the claim elements, as well?

01:00:55  24  A.  Yes.

01:00:55  25  Q.  And would they -- is that true for all of the claims

01:00:58   1   that we've looked at yesterday and today?

01:01:00   2   A.   Yes.

01:01:00   3   Q.   And would users playing each of the three Supercell

01:01:06   4   games that we've discussed here be using the game system

01:01:11   5   that runs those games when they do that?

01:01:13   6   A.   Yes.   They would be -- even though they're playing the

01:01:17   7   game on their phone, they have to be connected to the

01:01:19   8   Internet.   They have to be connected to Supercell's server.

01:01:22   9   They have to have downloaded the game from the App Store or

01:01:27  10   the -- the iOS Store or the Android Store.   And they have

01:01:33  11   to be connected while they're playing the game to

01:01:36  12   Supercell's servers.

01:01:37  13   Q.   And do users control any aspects of the system for

01:01:42  14   these three games when they're actually performing their

01:01:45  15   actions in the games?

01:01:46  16   A.   They just control the UI, but the game itself is always

01:01:51  17   controlled by the server.   And anything a user does is

01:01:56  18   communicated through the server and reflected on any other

01:02:00  19   player's screen by the server.

01:02:02  20   Q.   Do users who play these games put the server and the

01:02:05  21   rest of the system into motion by deciding to play them?

01:02:09  22   A.   Yes.

01:02:09  23   Q.   Okay.   And do users get any benefits out of playing

01:02:13  24   Supercell's three accused games?

01:02:14  25   A.   Yes.   Hopefully, they have fun.

01:02:17  1   Q.  All right.  All right.  Now -- so then what is your --
01:02:21  2   oh, I'm sorry, before I go to that, do you have an example
01:02:23  3   of a claim that you want to talk about for direct
01:02:25  4   infringement here?
01:02:26  5   A.  Yes.
01:02:27  6   Q.  And what -- what claim is this, and please describe how
01:02:30  7   that would work for indirect infringement by Supercell.
01:02:33  8   A.  So this is Claim 1 of the '481 battle patent which
01:02:40  9   starts out with a terminal device.  And so the terminal
01:02:42  10  device is the user's phone.
01:02:46  11         But as I've been explaining today, that the user
01:02:48  12  on their phone, they would have downloaded the Supercell
01:02:52  13  software.  The phone has to be connected to the server.
01:02:54  14  And the server communicates with the player and
01:02:59  15  communicates with the other player or more than one player
01:03:03  16  that the phone -- that the user is playing with.
01:03:06  17         So even though a user is playing the game, there
01:03:09  18  is infringement either -- there is -- the game is infringed
01:03:14  19  by the user directly and indirectly by Supercell or
01:03:19  20  directly by Supercell as we looked at.
01:03:21  21  Q.  All right.  And so, in conclusion, what types of
01:03:24  22  infringement is Supercell responsible for for the five
01:03:27  23  patents in this case?
01:03:28  24  A.  So Supercell is responsible for both direct and
01:03:33  25  indirect infringement.

| | | |
|---|---|---|
| 01:03:34 | 1 | Q.  Thank you. |
| 01:03:35 | 2 | Now, there's a couple other small topics that I |
| 01:03:38 | 3 | want to hit quickly, and then we'll move on to source code. |
| 01:03:42 | 4 | Are you familiar with an issue that Supercell has |
| 01:03:44 | 5 | raised regarding non-infringing alternatives? |
| 01:03:46 | 6 | A.  Yes. |
| 01:03:46 | 7 | Q.  What are non-infringing alternatives? |
| 01:03:48 | 8 | A.  So Supercell alleges that some of what I'm going to |
| 01:03:57 | 9 | mention in a second are non-infringing alternatives, which |
| 01:04:00 | 10 | means it's an alternative to whatever is happening in the |
| 01:04:04 | 11 | game and it also does not infringe. |
| 01:04:06 | 12 | Q.  And so is this something they could have done instead |
| 01:04:09 | 13 | of what they have done? |
| 01:04:10 | 14 | A.  Yes. |
| 01:04:11 | 15 | Q.  And, to your knowledge, have they done any of this? |
| 01:04:13 | 16 | A.  No. |
| 01:04:14 | 17 | Q.  Well, what type of things have they argued, and what is |
| 01:04:18 | 18 | your -- your response to those? |
| 01:04:20 | 19 | A.  So, for example, Supercell's expert for Clash of Clans |
| 01:04:25 | 20 | said that, well, Supercell can just remove the copy layout, |
| 01:04:32 | 21 | and he's claiming that that's a non-infringing alternative. |
| 01:04:35 | 22 | Q.  Is it? |
| 01:04:35 | 23 | A.  No, because it's not an alternative.  So if you remove |
| 01:04:40 | 24 | a feature, you don't infringe.  But that's not considered a |
| 01:04:43 | 25 | non-infringing alternative, because removing a feature is |

01:04:46   1   not an alternative because you -- you have to -- you're

01:04:50   2   removing a feature.  You're not providing a different way

01:04:53   3   of doing something that gives you the same result but in a

01:04:58   4   non-infringing way.

01:04:58   5   Q.  And has Supercell removed the copy layout feature from

01:05:01   6   Clash of Clans?

01:05:02   7   A.  Not to my knowledge.

01:05:03   8   Q.  Now, could -- what are your responses to the other

01:05:07   9   non-infringing alternatives that we're showing here on this

01:05:09  10   slide?

01:05:09  11   A.  That they all either are not alternatives, or they

01:05:16  12   would still infringe, and I have some examples.

01:05:18  13   Q.  Could you give the example of the one in the picture

01:05:20  14   here?

01:05:21  15   A.  Yes.  So this is for Brawl Stars.  So we saw for Brawl

01:05:26  16   Stars that there is the cone.  And the cone has a solid

01:05:30  17   line.  This is -- I put it here.

01:05:32  18        One of the arguments that Supercell says -- or

01:05:37  19   their expert says is that we can change -- or Supercell can

01:05:42  20   change the cone from being like a fixed line to a dashed

01:05:47  21   line.  And then that would be a non-infringing alternative.

01:05:49  22   Q.  Do you agree that if they changed the cone from solid

01:05:53  23   to dashed lines, they wouldn't infringe anymore?

01:05:55  24   A.  No, because they -- they -- whether you have a solid

01:05:58  25   line or a dashed line, you are still meeting the Court's

01:06:02   1   construction of the shooting range.  And so this would not

01:06:06   2   be a non-infringing alternative.  It's an alternative

01:06:09   3   because you've changed something, but it's not a

01:06:11   4   non-infringing alternative because you still infringe.

01:06:14   5   Q.  And has Supercell changed the cone into dashed lines?

01:06:18   6   A.  No, not to my knowledge.

01:06:19   7   Q.  All right.  Let's go up two lines from there to Clash

01:06:23   8   Royale.  What is Supercell saying they could have done for

01:06:26   9   Clash Royale to get out of infringement?

01:06:27   10   A.  They -- Supercell's expert said that we can add points

01:06:37   11   to the Elixir -- this is the number at the bottom, the --

01:06:38   12   your potion -- at different intervals.

01:06:42   13   Q.  So instead of what -- what -- you said I think earlier

01:06:45   14   what they do now is every two seconds?

01:06:47   15   A.  Correct.  So -- so his non- -- his alleged

01:06:51   16   non-infringing alternative is if they add more or less at

01:06:54   17   different points in time.

01:06:55   18   Q.  And is that a -- a non-infringing alternative?

01:07:00   19   A.  No.

01:07:00   20   Q.  Why not?

01:07:01   21   A.  Because even if you add more or less at different

01:07:05   22   points in time, it doesn't change the infringing aspect

01:07:07   23   that the Elixir is growing.  You're going from 1, 2, 3, and

01:07:12   24   the mechanics would be the same.  Once you hit an upper

01:07:15   25   limit, you can play a card.  And once the you play the

449

| | | |
|---|---|---|
| 01:07:18 | 1 | card, the card is still deducted.  So that's not a |
| 01:07:22 | 2 | non-infringing alternative. |
| 01:07:22 | 3 | Q.  Thank you. |
| 01:07:23 | 4 | Okay.  One other short topic here before we get to |
| 01:07:27 | 5 | source code.  Have you compared some of the issued claims |
| 01:07:30 | 6 | from two of the patents to the published versions of those |
| 01:07:35 | 7 | claims that were published before the patent was actually |
| 01:07:38 | 8 | granted? |
| 01:07:38 | 9 | A.  Yes. |
| 01:07:39 | 10 | Q.  And why did you do that? |
| 01:07:41 | 11 | A.  So I did that because my understanding that this is |
| 01:07:43 | 12 | something that's relevant to when damages can start.  So if |
| 01:07:48 | 13 | we look at the patent and we look at the application -- so |
| 01:07:51 | 14 | here for the '137 patent, the application number is |
| 01:08:00 | 15 | 2016/0051898.  I was asked to look at the claims because of |
| 01:08:07 | 16 | the impact of my analysis for when damages can start. |
| 01:08:09 | 17 | Q.  And which claims did you compare between those two |
| 01:08:14 | 18 | documents? |
| 01:08:14 | 19 | A.  So I looked at Claim 1 and Claim 11. |
| 01:08:16 | 20 | Q.  And what is your conclusion about those claims? |
| 01:08:21 | 21 | A.  So what I'm showing you on this screen is in the |
| 01:08:25 | 22 | application, you have on the left Claim 1 and Claim 11, |
| 01:08:29 | 23 | which Claim 11 is a dependent claim -- the server according |
| 01:08:32 | 24 | to Claim 1.  And if we look at the claim in the '137 in the |
| 01:08:37 | 25 | published patent, they are very, very similar. |

01:08:42   1    Q.  Are they substantially similar?

01:08:44   2    A.  Yes.

01:08:44   3    Q.  And did you highlight the key differences in yellow?

01:08:47   4    A.  Yes.  So the only difference is the -- both the

01:08:52   5    independent and the dependent claim in the publication form

01:08:58   6    Claim 1.  And there's one word added that's "and," instead

01:09:05   7    of splitting it into two.

01:09:06   8    Q.  Okay.  Did you do the same analysis for the '655

01:09:10   9    donation patent?

01:09:11  10    A.  I did.

01:09:11  11    Q.  All right.  Let's look at that.  And what is your

01:09:12  12    conclusion about -- well, first of all, what did you

01:09:14  13    compare for this patent?

01:09:15  14    A.  So I compared Claim 1 in the '655 donation patent with

01:09:21  15    the -- with its application 2015/0256596.

01:09:28  16    Q.  Which claims did you compare?

01:09:30  17    A.  Claim 1.

01:09:30  18    Q.  And what is your conclusion from that comparison?

01:09:33  19    A.  So my conclusion is, again, they're very similar.

01:09:39  20    The -- the differences in the application, they were using

01:09:45  21    "an"; so an object, an object.  And in the patent, it uses

01:09:50  22    first object and second object.  So instead of using the

01:09:55  23    article "an," it just said first and second.

01:09:59  24    Q.  Are these claims substantially similar to one another

01:10:02  25    as published and issued?

```
01:10:03    1    A.  Yes.

01:10:03    2    Q.  All right.

01:10:04    3            MR. MOORE:  Your Honor, at this time, I would like

01:10:06    4    to request permission to show Dr. Akl some of the source

01:10:09    5    code that he looked at.  However, there's some

01:10:12    6    confidentiality issues I wanted to raise for the Court.

01:10:15    7            THE COURT:  Are you asking the Court to seal the

01:10:18    8    courtroom?

01:10:18    9            MR. MOORE:  Yes, if you would, Your Honor.  It's

01:10:19   10    Supercell's source code, and I'm just assuming that they're

01:10:22   11    going to want you to do that.

01:10:24   12            THE COURT:  All right.  Then at counsel's request,

01:10:26   13    I'll order the courtroom sealed.

01:10:27   14            Those present not subject to the protective order

01:10:29   15    in this case should excuse themselves and remain outside

01:10:34   16    until the courtroom is unsealed.

01:10:42   17            (Courtroom sealed.)

01:10:42   18            (This portion of the transcript is sealed

01:10:42   19            and filed under separate cover as

01:10:42   20            Sealed Portion No. 1.)

01:48:07   21            (Courtroom unsealed.)

01:48:07   22            THE COURT:  All right.  We're unsealed, for the

01:48:07   23    record.  Let's proceed.

01:48:07   24    Q.  (By Mr. Sacksteder)  All right.  I do want to talk

01:48:09   25    about source code now, Dr. Akl, briefly and we'll come back
```

452

01:48:11   1   to it later.  But you --

01:48:13   2        MR. SACKSTEDER:  Can we put up Dr. Akl's Slide

01:48:16   3   No. 10, please?

01:48:21   4   Q.  (By Mr. Sacksteder)  I think this is a slide that you

01:48:23   5   testified about yesterday, correct?

01:48:24   6   A.  Yes.

01:48:25   7   Q.  And you are showing that there is source code that is

01:48:31   8   written to create executable code that runs on the game

01:48:34   9   that's on the phone and also on the server, correct?

01:48:38  10   A.  Yes.

01:48:38  11   Q.  All right.  And you testified -- I believe you said,

01:48:45  12   whatever is happening, the definitive condition is on the

01:48:49  13   Supercell server, correct?

01:48:50  14   A.  Yes.

01:48:51  15   Q.  All right.  And you went through some source code just

01:48:53  16   now.  We're going to look at some of it later, but you went

01:48:56  17   through some source code regarding the '137 and the '481

01:48:59  18   patent, correct?

01:49:00  19   A.  Yes.

01:49:01  20   Q.  And -- and that source code is not on the Supercell

01:49:04  21   server, correct?

01:49:06  22   A.  Yes.

01:49:07  23   Q.  It is source code that runs on the phone, not on the

01:49:11  24   server, correct?

01:49:11  25   A.  Yes.

01:49:13  1  Q.  And you looked at some code for the Brawl Stars game,

01:49:21  2  correct?

01:49:21  3  A.  Yes.

01:49:22  4  Q.  And that also was code where you were asked about

01:49:27  5  whether you could tell what happens on the server from that

01:49:30  6  code, right?

01:49:31  7  A.  Yes.

01:49:31  8  Q.  But the code was actually code that does not run on the

01:49:34  9  server, correct?

01:49:38  10  A.  I disagree with that characterization.

01:49:40  11  Q.  So the code was a C++ file, correct?

01:49:44  12  A.  Yes.

01:49:44  13  Q.  And -- and is it your testimony that that code runs

01:49:48  14  on -- is executed by a server?

01:49:50  15  A.  No.  That question, the answer is no.

01:49:54  16  Q.  All right.  The -- so that code is not executed by the

01:49:56  17  server; it's executed on the phone, correct?

01:49:58  18  A.  Yes.

01:49:59  19  Q.  And you used that to try to tell the jury what happens

01:50:04  20  on the server, correct?

01:50:05  21  A.  Yes.

01:50:06  22  Q.  You don't really rely on any code that actually

01:50:09  23  executes on the Supercell server, do you?

01:50:12  24  A.  Correct.

01:50:15  25         MR. SACKSTEDER:  Can we put up Claim 2 of the '137

01:50:25  1    patent?

01:50:25  2    Q.  (By Mr. Sacksteder)  Some of the claims in this case,

01:50:36  3    Dr. Akl, recite things that the server does, right?

01:50:37  4    A.  Yes.

01:50:38  5    Q.  And one of those is Claim 2 of the '137 patent,

01:50:40  6    correct?

01:50:40  7    A.  Yes.

01:50:40  8    Q.  And it recites specific things that happen in a control

01:50:46  9    unit on the server, correct?

01:50:48  10   A.  Yes.

01:50:48  11   Q.  And it removes the game content selected by the player

01:50:52  12   from the first field, for example, correct?

01:50:56  13   A.  Yes.

01:50:57  14   Q.  And you did not rely on any source code that executes

01:51:00  15   on the Supercell server in order to come up with your

01:51:06  16   opinion about that, correct?

01:51:06  17   A.  Yes.

01:51:07  18   Q.  All of the claims or all of the independent claims --

01:51:20  19   strike that.

01:51:21  20        All of the dependent claims of the '137 patent

01:51:23  21   recite a server and things that happen on the server,

01:51:26  22   correct?

01:51:26  23   A.  I'll take your word for it.

01:51:29  24   Q.  All right.  And in all those, you mentioned millions of

01:51:35  25   lines of code that you and the other two reviewers looked

| | | |
|---|---|---|
| 01:51:38 | 1 | at to analyze the code, correct? |
| 01:51:42 | 2 | A.  Yes. |
| 01:51:42 | 3 | Q.  And of all those millions of lines of code, you don't |
| 01:51:46 | 4 | rely on a single one that actually happens on the server, |
| 01:51:49 | 5 | right, that actually is executed on the server? |
| 01:51:53 | 6 | A.  Yes. |
| 01:52:00 | 7 | Q.  Let's talk about the '873 patent first. |
| 01:52:02 | 8 | You showed a graphic of Shelly, I believe? |
| 01:52:06 | 9 | A.  Yes. |
| 01:52:06 | 10 | Q.  And Shelly is a brawler, right? |
| 01:52:10 | 11 | A.  Yes. |
| 01:52:10 | 12 | Q.  And Shelly is one of more than 30 brawlers in Brawl |
| 01:52:15 | 13 | Stars, correct? |
| 01:52:16 | 14 | A.  Yes. |
| 01:52:16 | 15 | Q.  And Shelly has a shotgun, right? |
| 01:52:20 | 16 | A.  Yes. |
| 01:52:20 | 17 | Q.  And Shelly uses that shotgun as her weapon, right? |
| 01:52:25 | 18 | A.  Yes. |
| 01:52:25 | 19 | Q.  And you walked through and explained your opinions |
| 01:52:28 | 20 | about the cone that emanates from Shelly sometimes in the |
| 01:52:33 | 21 | game, right? |
| 01:52:34 | 22 | A.  Yes. |
| 01:52:35 | 23 | Q.  All right.  You did not do a similar analysis for any |
| 01:52:39 | 24 | of the other brawlers in the game, correct? |
| 01:52:42 | 25 | A.  Yes. |

01:52:42  1   Q.  And some of those other brawlers don't even shoot

01:52:47  2   anything, right?

01:52:48  3   A.  Yes.

01:52:48  4   Q.  And some of those other brawlers shoot different

01:52:53  5   things, correct?

01:52:53  6   A.  Yes.

01:52:53  7   Q.  And some of those other brawlers that shoot different

01:52:59  8   things use things besides the cone on the screen, right?

01:53:02  9   A.  Yes.

01:53:03  10  Q.  They are visualized differently, correct?

01:53:05  11  A.  Yes.

01:53:06  12  Q.  But the only one you looked at, the only one you

01:53:13  13  analyzed was Shelly?

01:53:17  14  A.  Yes.

01:53:17  15  Q.  I want to talk to you about a couple of things relating

01:53:20  16  to the '873 patent.

01:53:22  17       MR. SACKSTEDER:  Can we put up DX-71, Mr. Smith?

01:53:27  18  Q.  (By Mr. Sacksteder)  We are talking here about the

01:53:37  19  first touch operation.  Quite a bit of discussion of that

01:53:41  20  during your testimony, correct?

01:53:41  21  A.  Yes.

01:53:42  22  Q.  And I thought I heard you say to the jury this morning,

01:53:48  23  when I press the red button, I get the cone.  Is that

01:53:53  24  something you intended to say?

01:53:54  25  A.  I -- I think I might have misspoken.  When -- I don't

| | | |
|---|---|---|
| 01:54:02 | 1 | know if you want me to correct myself. |
| 01:54:04 | 2 | Q.  Well, we can go through it.  And -- and I thought later |
| 01:54:06 | 3 | you said, when I press and hold, I can aim the code -- the |
| 01:54:10 | 4 | cone.  Was that your recollection -- |
| 01:54:10 | 5 | A.  When I -- |
| 01:54:14 | 6 | Q.  -- of what you said? |
| 01:54:15 | 7 | A.  -- when I -- when I press -- when you press the screen, |
| 01:54:18 | 8 | you get the red button.  So the button exists once you |
| 01:54:22 | 9 | press the screen.  And when you hold your finger on the |
| 01:54:25 | 10 | screen and you drag, the cone moves. |
| 01:54:28 | 11 | Q.  All right.  So if you just press your finger on to the |
| 01:54:31 | 12 | screen, when you first touch it, no cone until you drag |
| 01:54:37 | 13 | your finger; is that correct? |
| 01:54:38 | 14 | A.  Yes. |
| 01:54:40 | 15 | Q.  And if you touch the screen and then just take your |
| 01:54:45 | 16 | finger off, no cone is shown, correct? |
| 01:54:48 | 17 | A.  Correct. |
| 01:54:48 | 18 | Q.  If you touch the screen and take your finger off, |
| 01:54:54 | 19 | Shelly fires a shotgun shell, but there is no cone |
| 01:54:57 | 20 | illustrated on the screen, correct? |
| 01:54:59 | 21 | A.  I think so. |
| 01:54:59 | 22 | Q.  So in order to show the cone, you have to first touch |
| 01:55:07 | 23 | the screen, and then you have to slide your finger |
| 01:55:10 | 24 | somewhere else on the screen, correct? |
| 01:55:13 | 25 | A.  Yes.  The -- the moment you drag, the cone appears. |

01:55:17   1   Q.   And the claim requires a first touch operation and a

01:55:24   2   second touch operation, correct?

01:55:25   3   A.   Yes.

01:55:25   4   Q.   And is it your testimony that the first touch operation

01:55:30   5   is touching the screen and then moving your finger on the

01:55:33   6   screen?

01:55:33   7   A.   Yes.

01:55:36   8   Q.   And if the jury doesn't agree with you that that is one

01:55:43   9   touch operation, then the jury should find that the claim

01:55:45   10   is not infringed, correct?

01:55:47   11   A.   That's my understanding.

01:55:49   12   Q.   Was it your testimony that the touching the screen and

01:55:58   13   then sliding your finger on the screen, that's all one

01:56:01   14   thing?  That's all one operation?

01:56:02   15   A.   Yes.  That meets the Court's claim construction for

01:56:04   16   first touch operation.

01:56:05   17   Q.   You also, I think, identified a double tap as something

01:56:10   18   that could be a single operation?

01:56:11   19   A.   That was an example not related to the patent.

01:56:16   20   Q.   I understand, sir.  But -- but you testified, I

01:56:20   21   believe, if I understood you correctly, that a double tap

01:56:24   22   is a -- could be a single touch operation?

01:56:31   23   A.   Yes.

01:56:35   24   Q.   That is not consistent with what you said in your

01:56:38   25   deposition, is it?

01:56:39  1   A.  I don't remember.

01:56:44  2   Q.  You testified in your deposition that you cannot divide

01:56:48  3   the double tap and say that the second part of the double

01:56:52  4   tap meets the claim language for a second touch operation,

01:56:56  5   correct -- or a first touch operation?

01:56:58  6   A.  I think the context is different.  I agree with what I

01:57:06  7   said in my deposition.  I don't think it contradicts what

01:57:12  8   I'm saying.

01:57:12  9   Q.  You would disagree that a double tap could be a first

01:57:15  10  touch operation, correct?

01:57:15  11  A.  A double tap is a single operation.  So it could be a

01:57:26  12  first tap.  It could be -- it could meet the language for a

01:57:31  13  first touch.

01:57:32  14       MR. SACKSTEDER:  Can we play from Dr. Akl's

01:57:39  15  deposition Page 359, Lines 13 to 20?

01:58:08  16       (Videoclip played.)

01:58:11  17       QUESTION:  Let's move on to 505 -- actually, 506.

01:58:20  18  And you take issue with Dr. Zagal's opinion that a double

01:58:32  19  tap on the screen constitutes a first touch operation?  Is

01:58:38  20  that an accurate description of your opinion?

01:58:49  21       ANSWER:  I disagree that the double tap is a first

01:58:55  22  touch operation, as recited by the claim.

01:58:57  23       (Videoclip ends.)

01:58:58  24  Q.  (By Mr. Sacksteder)  When you said that, Dr. Akl, you

01:59:00  25  were trying to distinguish a prior art reference that

01:59:05  1  Supercell's expert was relying on to assert that the patent

01:59:10  2  is invalid, correct?

01:59:19  3  A.  Possibly.

01:59:21  4  Q.  So you understand that you were supposed to apply the

01:59:25  5  claim the same way for invalidity and infringement,

01:59:27  6  correct?

01:59:27  7  A.  Yes.

01:59:29  8  Q.  Going back to Demonstrative DX-7-2, there is a -- and

01:59:44  9  we talked about it -- or you talked about it during your

01:59:47  10  testimony -- there's a claim element talking about control

01:59:52  11  the display to display a frame indicative of a shooting

01:59:58  12  effective range in accordance with -- in accordance with

02:00:00  13  the position of the first touch operation.  You've talked

02:00:01  14  about that, correct?

02:00:02  15  A.  Yes.

02:00:03  16  Q.  All right.  And you also talked about the Court's

02:00:08  17  construction of, in accordance with a position of the first

02:00:12  18  touch operation, and that it means in response to and based

02:00:17  19  on the position of the first touch operation, correct?

02:00:19  20  A.  Yes.

02:00:23  21  Q.  So let's look at Brawl Stars for a second.

02:00:27  22          This is DX-3, and I think this is from Dr. Zagal's

02:00:30  23  videos, but it's similar to yours.  There are two joysticks

02:00:34  24  in Brawl Stars, correct?

02:00:35  25  A.  Those are my hands.

02:00:42   1   Q.   Well, I'm -- I'm referring actually to the red button

02:00:45   2   and the blue button.

02:00:47   3   A.   Okay.

02:00:47   4   Q.   Is -- is that something that you could call a joystick?

02:00:51   5   A.   Yes.  It's a virtual controller.

02:00:53   6   Q.   Right.  It's an analogy to the joystick we used to have

02:00:59   7   on the home video games when we were a little bit younger,

02:01:03   8   correct?

02:01:03   9   A.   Yes.

02:01:03  10   Q.   And the one on the left controls the movement of the

02:01:09  11   brawler, right?

02:01:09  12   A.   Yes.

02:01:11  13   Q.   You can see that it has up and down and side to side

02:01:14  14   arrows, right?

02:01:15  15   A.   Yes.

02:01:16  16   Q.   And the other one has sort of a little logo there

02:01:21  17   showing a -- a target, and that's the one that controls

02:01:25  18   where the cone goes, right?

02:01:27  19   A.   Yes.

02:01:28  20   Q.   So it is not your opinion that anything that is done

02:01:37  21   with the blue joystick practices any element of the claims

02:01:41  22   of the '873 patent, correct?

02:01:44  23   A.   Correct.

02:01:45  24   Q.   The cone always has its pointy end at the brawler,

02:01:55  25   right?  Whenever it's shown, it -- it ends at the brawler,

02:01:58  1   right?

02:01:58  2   A.  It starts at the brawler.

02:02:02  3   Q.  Yeah.  Okay.  There -- there's an angle there that's at

02:02:07  4   the brawler, and then the rounder end is out away from the

02:02:12  5   brawler, correct?

02:02:13  6   A.  Yes.

02:02:13  7   Q.  And that cone is always touching the brawler, right?

02:02:18  8   A.  Yes, it's the -- your player.

02:02:20  9   Q.  And where the brawler is, is controlled by the blue

02:02:24 10   joystick and not the red joystick, correct?

02:02:27 11   A.  Yes.

02:02:32 12           MR. SACKSTEDER:  Can we --

02:02:44 13   Q.  (By Mr. Sacksteder)  So the location of where you touch

02:02:46 14   the screen has no relation to where the enemy character is,

02:02:49 15   right?

02:02:49 16   A.  I disagree in part with what you're saying.

02:02:58 17   Q.  Well, when you touch the screen, the red button

02:03:02 18   appears, right?

02:03:10 19   A.  That's correct.

02:03:11 20   Q.  And it does not have anything to do with where the

02:03:15 21   other brawlers are besides your brawler, correct?

02:03:20 22   A.  Yes.

02:03:46 23           MR. SACKSTEDER:  Let's go to DDX-77, please.

02:03:51 24   Q.  (By Mr. Sacksteder)  This is a slide from your

02:03:53 25   presentation, correct?

02:03:55   1    A.  Yes.

02:03:55   2    Q.  And it discusses Supercell's asserted non-infringing

02:03:59   3    alternatives, right?

02:03:59   4    A.  Yes.

02:04:00   5    Q.  And you referenced the screenshot in the lower right

02:04:08   6    and criticized that, correct?

02:04:11   7    A.  Yes.

02:04:12   8    Q.  All right.  So if what you see in the screenshot there

02:04:21   9    still uses the elements of the claim, it's your opinion

02:04:26   10   that it still infringes, right?

02:04:28   11   A.  Yes.

02:04:28   12   Q.  And if a prior art reference uses that, then it would

02:04:34   13   invalidate the patent, right?

02:04:38   14   A.  If used in exactly the same way, that is correct.

02:04:45   15        MR. SACKSTEDER:  Can we show the next video,

02:04:48   16   Mr. Smith?

02:04:55   17        MR. MOORE:  Your Honor, I'm going to have to make

02:04:57   18   an objection to the use of this video.  This is not one of

02:05:00   19   the asserted prior art references.  They dropped it.

02:05:03   20        THE COURT:  So your objection is --

02:05:08   21        MR. MOORE:  Relevancy and prejudice.  It's not

02:05:11   22   prior art in the case that they're asserting at trial.

02:05:14   23        THE COURT:  Do you have a response,

02:05:16   24   Mr. Sacksteder?

02:05:16   25        MR. SACKSTEDER:  Yes, Your Honor.  This is a -- a

02:05:19    1    concept that Dr. Akl has previously said doesn't practice

02:05:22    2    the limitations.  I'm just trying to show that if that

02:05:25    3    doesn't practice, then neither does the non-infringing

02:05:29    4    alternative.

02:05:29    5            THE COURT:  I'll overrule the objection.

02:05:36    6            MR. SACKSTEDER:  All right.  So let's play the

02:05:38    7    video, Mr. Smith, please.

02:06:02    8    Q.  (By Mr. Sacksteder)  That's from Angry Birds, the video

02:06:07    9    game, correct?

02:06:08   10    A.  Yes.

02:06:08   11    Q.  And Angry Birds is a video game that is well-known and

02:06:13   12    was -- predated the '873 patent?

02:06:15   13    A.  I believe so.

02:06:21   14            MR. SACKSTEDER:  You can take it down, Mr. Smith.

02:06:26   15            THE COURT:  If you're going to use that for a

02:06:29   16    non-infringement purpose, that's fine.  But sounds like you

02:06:32   17    told me you were going to use it for non-infringement and

02:06:34   18    then asserted it for invalidity.

02:06:35   19            MR. SACKSTEDER:  I'm not asserting it for

02:06:37   20    invalidity, Your Honor.  I'm just trying to show that -- we

02:06:40   21    have to play by the same rules for -- for both.

02:06:42   22            THE COURT:  Well, I understand that, but the

02:06:45   23    purposes matter, and you told me that you were only going

02:06:48   24    to use it in comparison in dealing with the

02:06:51   25    non-infringement issue, and then the questions about it

465

02:06:54  1  existed previously and was known in the art, those don't go

02:06:57  2  to non-infringement.  They strictly go to invalidity.

02:07:01  3          MR. SACKSTEDER:  I apologize, Your Honor.

02:07:01  4          THE COURT:  Well, let's go forward.

02:07:03  5          MR. SACKSTEDER:  All right.  Thank you,

02:07:05  6  Your Honor.

02:07:05  7  Q.  (By Mr. Sacksteder)  Moving on to the '655 patent,

02:07:08  8  Dr. Akl.

02:07:09  9          You showed some things about chests in your

02:07:19  10  discussion of the '655 patent?

02:07:21  11  A.  Yes.

02:07:22  12  Q.  And those are chests in Clash Royale, correct?

02:07:25  13  A.  Yes.

02:07:25  14  Q.  And those are things that are not chests -- those --

02:07:31  15  those aren't covered by the patent claims, right?

02:07:35  16  A.  I don't understand the question.

02:07:36  17  Q.  You aren't asserting that those chests infringe any

02:07:41  18  claim of the '655 patent, correct?

02:07:47  19  A.  I'm not sure if I can agree or disagree because I need

02:07:52  20  more context.

02:07:53  21  Q.  Have you ever made any -- offered any opinion that

02:07:58  22  there's any infringement by the -- any of the chests in any

02:08:03  23  of the games or Clash Royale of any of the patents that are

02:08:06  24  asserted?

02:08:09  25  A.  I -- I used this chest to show how you get content.  So

02:08:15  1   I'm not sure exactly the scope of your question.  It makes
02:08:17  2   it difficult to answer yes or no.
02:08:19  3   Q.  But you aren't saying that the use of the chests
02:08:21  4   infringes anything?
02:08:22  5   A.  The use of the chests gives you possessions that the
02:08:28  6   claim requires.  It's an example of getting possessions.
02:08:32  7   Q.  And the '655 patent, as you discuss it with regard to
02:08:35  8   the Clash Royale game, is about how you get upgraded cards,
02:08:47  9   right?
02:08:47  10  A.  I disagree.
02:08:50  11  Q.  The -- well, your -- I thought your testimony was that
02:08:54  12  the second object that was received by the recipient is a
02:09:00  13  card that is upgraded; is that correct?
02:09:04  14  A.  That's one benefit.  That's an example of a benefit.
02:09:09  15  Q.  There are other ways to upgrade cards besides having a
02:09:16  16  card given to a player, correct?
02:09:19  17  A.  Yes.
02:09:19  18  Q.  Do you have that -- you went through the list of, you
02:09:22  19  know, sort of 0 out of 800, you need to hit a certain
02:09:25  20  number of cards that you have; is that correct?
02:09:28  21  A.  Yes.
02:09:28  22  Q.  Those don't all have to be donated, right?
02:09:32  23  A.  Correct.
02:09:32  24  Q.  In fact, none of them could be donated.  You could buy
02:09:38  25  them, or you could win them in battles.  You could get them

| | | |
|---|---|---|
| 02:09:45 | 1 | out of chests.  All those things are ways you could get |
| 02:09:48 | 2 | cards, correct? |
| 02:09:49 | 3 | A.  Yes. |
| 02:09:49 | 4 | Q.  And donating a card is just one more way, correct? |
| 02:09:52 | 5 | A.  Yes, it's an easy way. |
| 02:09:53 | 6 | Q.  And if a player reaches the threshold number of cards |
| 02:10:04 | 7 | with -- by buying them, getting them through chests, |
| 02:10:10 | 8 | winning them, but not receiving the last card that gives |
| 02:10:14 | 9 | you the right number, then there's no infringement of any |
| 02:10:18 | 10 | asserted claim of the '655, right? |
| 02:10:22 | 11 | A.  Correct. |
| 02:10:31 | 12 |         MR. SACKSTEDER:  Let's look at DDX-82. |
| 02:10:34 | 13 | Q.  (By Mr. Sacksteder)  This is Claims 1 and 7 of -- |
| 02:10:45 | 14 | actually 1c and 7c of the '655 patent. |
| 02:10:49 | 15 |         And there is a requirement for selecting a first |
| 02:10:57 | 16 | object by the first user and selecting a second user who is |
| 02:11:01 | 17 | going to receive that first object, correct? |
| 02:11:05 | 18 | A.  Yes. |
| 02:11:08 | 19 | Q.  I just want to make sure we're clear because we walked |
| 02:11:11 | 20 | through the process, and I want to make sure that we all |
| 02:11:13 | 21 | understand it. |
| 02:11:16 | 22 |         MR. SACKSTEDER:  Can we pull up DDX-83, Mr. Smith? |
| 02:11:22 | 23 | Right. |
| 02:11:22 | 24 | Q.  (By Mr. Sacksteder)  I believe you showed this screen |
| 02:11:25 | 25 | in your direct testimony, correct? |

| 02:11:30 | 1 | A.  I disagree.  I showed the screen, but not for -- this |

A.  I disagree.  I showed the screen, but not for -- this
is the beginning, but not for meeting that limitation.
Q.  I wasn't trying to say that.  I apologize.

     This screen that you showed is on the phone of the
person who's requesting the card, right?
A.  Yes.
Q.  So if that person wants to get a card in Clash Royale,
that person taps on one of those cards and asks a clan
member to provide that card, correct?
A.  This screen is to create your wish list.  So this is
how I select the card that I want.  That's not related to
the claim.
Q.  It -- it says select a card -- it says select card to
request, correct?
A.  Yes.  But I did not use the screen to meet the claim
limitation, which I think what you were asking me.
     MR. SACKSTEDER:  Move to strike as non-responsive.
     THE COURT:  Sustained.  After the word, "yes," the
remainder of that answer is struck.
Q.  (By Mr. Sacksteder)  In the game, not referring to the
claim specifically, this is how somebody selects a card
that they want to receive, right?
A.  Yes.
Q.  And in the claim, that person selecting a card that
they want to receive is the second user, correct?

| | | |
|---|---|---|
| 02:12:51 | 1 | A.  Yes. |
| 02:12:56 | 2 | Q.  And they want to receive it by having it given to them |
| 02:12:59 | 3 | by the first user, correct? |
| 02:13:01 | 4 | A.  Yes. |
| 02:13:02 | 5 | MR. SACKSTEDER:  Let's go to the next one, DDX-84. |
| 02:13:07 | 6 | Q.  (By Mr. Sacksteder)  This is the screen that the first |
| 02:13:17 | 7 | user in your view sees, correct? |
| 02:13:22 | 8 | A.  Yes. |
| 02:13:22 | 9 | Q.  And this is the screen where that user is going to give |
| 02:13:26 | 10 | a card to somebody else, right? |
| 02:13:29 | 11 | A.  Yes. |
| 02:13:34 | 12 | Q.  And you walked through an example where a card was |
| 02:13:36 | 13 | going to be given to Voxel, correct? |
| 02:13:40 | 14 | A.  Yes. |
| 02:13:40 | 15 | Q.  And that's the bat card in this case, right? |
| 02:13:43 | 16 | A.  Yes. |
| 02:13:46 | 17 | Q.  And if the user who's giving the card wants to give a |
| 02:13:53 | 18 | card to Voxel, the only card that that giving user can give |
| 02:14:01 | 19 | is the bat card; the one that has been requested, correct? |
| 02:14:05 | 20 | A.  Yes. |
| 02:14:05 | 21 | Q.  So that card was selected by the recipient, and then |
| 02:14:10 | 22 | the donor just says, I'll give you the card you want, |
| 02:14:17 | 23 | right? |
| 02:14:17 | 24 | A.  I select who to give what card to.  So, yes, I select |
| 02:14:31 | 25 | Voxel -- if I select Voxel, I give him that card. |

470

| | | |
|---|---|---|
| 02:14:35 | 1 | Q.  The only card you can give to Voxel is the bat card in |
| 02:14:39 | 2 | this example, right? |
| 02:14:40 | 3 | A.  Yes. |
| 02:14:40 | 4 | Q.  Don't have any other choice? |
| 02:14:42 | 5 | A.  Correct. |
| 02:14:42 | 6 | Q.  You can't select another card and say take this one and |
| 02:14:48 | 7 | send? |
| 02:14:48 | 8 | A.  Not to Voxel, that's correct. |
| 02:15:07 | 9 | Q.  I believe you testified that if a user donates a card, |
| 02:15:11 | 10 | gives a card to another user through this process, then the |
| 02:15:16 | 11 | user that receives it doesn't actually get the card at that |
| 02:15:20 | 12 | time, correct? |
| 02:15:24 | 13 | A.  I don't understand the question. |
| 02:15:25 | 14 | Q.  There are some other requirements before you get the |
| 02:15:28 | 15 | card? |
| 02:15:31 | 16 | A.  They get the card that's received.  I disagree with |
| 02:15:35 | 17 | your characterization. |
| 02:15:36 | 18 | Q.  They don't get the card unless they pay gold and unless |
| 02:15:40 | 19 | they are members of the same clan, correct? |
| 02:15:43 | 20 | A.  They don't get the benefit.  I think you're asking me |
| 02:15:47 | 21 | two separate things. |
| 02:15:48 | 22 | Q.  You're right.  I apologize. |
| 02:15:50 | 23 |      The -- the updated card, they don't get that |
| 02:15:53 | 24 | unless they pay for it, right? |
| 02:15:54 | 25 | A.  They don't get the benefit -- they don't upgrade the |

02:15:57  1   card, correct.  But they've already received the card.

02:15:59  2   Q.  Okay.  So the benefit is what you're referring to as

02:16:01  3   the second object?

02:16:05  4   A.  We need to go back to the claim language because

02:16:09  5   there's a second object and there's a benefit.  I want to

02:16:11  6   make sure I'm clear what's what.

02:16:13  7   Q.  Okay.

02:16:13  8          MR. SACKSTEDER:  Can we pull back up the -- the

02:16:16  9   slide with the claim language?  I think 85, maybe, is the

02:16:22  10  right one.

02:16:23  11         THE COURT:  This is your call, Mr. Sacksteder.

02:16:26  12  The witness is not going to direct counsel as to what to go

02:16:29  13  back to.  If he want -- if you want to do it, that's fine.

02:16:32  14         MR. SACKSTEDER:  Okay.

02:16:33  15         THE COURT:  If you want to move on, that's your

02:16:34  16  call.

02:16:35  17         MR. SACKSTEDER:  All right.

02:16:35  18  Q.  (By Mr. Sacksteder)  There's a claim limitation that

02:16:43  19  says:  Granting by the server, the second object used in

02:16:46  20  the service to the second user when the transfer

02:16:48  21  information of the second user satisfies the condition for

02:16:51  22  granting the second object.

02:16:52  23         Do you see that?

02:16:53  24  A.  Yes.  Just one second.  I'm -- I'm reorienting myself.

02:17:09  25  Yes, I -- I've read that, okay.  Thank you.

02:17:12   1   Q.  And the second object in that instance is the ability

02:17:15   2   to upgrade that card to another level, correct?

02:17:22   3   A.  Yes.

02:17:28   4   Q.  But the recipient, the second user cannot do that

02:17:32   5   without also paying gold and without also being a member of

02:17:38   6   the same clan, correct?

02:17:40   7   A.  You have to pay gold, correct.

02:17:47   8   Q.  Gold is not transfer information, as that's used in the

02:18:00   9   claim, correct?

02:18:01   10  A.  No.

02:18:03   11  Q.  And if the user who received the card doesn't have any

02:18:07   12  gold, then they can't get the upgrade, right?

02:18:12   13  A.  Correct.

02:18:16   14  Q.  Let's move on to the '594 patent.

02:18:47   15       MR. SACKSTEDER:  Mr. Smith, can you pull up the

02:18:50   16  background section of the '594 patent, please?

02:19:00   17  Q.  (By Mr. Sacksteder)  That background section describes

02:19:02   18  known city building games at the time the application was

02:19:05   19  filed, correct?

02:19:07   20  A.  Yes.

02:19:07   21  Q.  It was filed in -- originally in Japan in September of

02:19:12   22  2013, correct?

02:19:14   23  A.  Yes.

02:19:15   24  Q.  And Clash of Clans, Supercell was already a known city

02:19:20   25  building game at that time, correct?

| | | |
|--|--|--|
| 02:19:22 | 1 | A.  Yes. |
| 02:19:23 | 2 | Q.  In fact, it was a very successful game at that time, |
| 02:19:25 | 3 | wasn't it? |
| 02:19:26 | 4 | A.  I don't know.  I haven't rendered an opinion on that. |
| 02:19:30 | 5 | Q.  Do you personally know? |
| 02:19:32 | 6 | A.  No. |
| 02:19:32 | 7 | Q.  You just weren't aware one way or the other? |
| 02:19:36 | 8 | A.  I -- I don't know. |
| 02:19:37 | 9 | Q.  I want to make sure we're clear about a couple of |
| 02:19:42 | 10 | things. |
| 02:19:43 | 11 | Claim 1 of the '594 patent is not alleged to be |
| 02:19:48 | 12 | infringed in this case, right? |
| 02:19:51 | 13 | A.  Can you repeat the question, please? |
| 02:20:04 | 14 | Q.  Claim 1 -- you don't have any opinion about whether |
| 02:20:07 | 15 | Claim 1 is infringed, right? |
| 02:20:08 | 16 | A.  I disagree.  It's my opinion -- |
| 02:20:14 | 17 | Q.  Let me -- let me -- let me rephrase my question. |
| 02:20:18 | 18 | You don't have any opinion about whether Claim 1 |
| 02:20:21 | 19 | by itself is infringed? |
| 02:20:23 | 20 | A.  I disagree. |
| 02:20:24 | 21 | Q.  GREE is not asserting infringement of Claim 1, correct? |
| 02:20:28 | 22 | A.  Yes. |
| 02:20:28 | 23 | Q.  And when you discussed Claim 1, you talked about a |
| 02:20:31 | 24 | feature called layout editor, correct? |
| 02:20:36 | 25 | A.  Yes. |

| | | |
|---|---|---|
| 02:20:36 | 1 | Q.  And layout editor allows a user to copy the user's own |
| 02:20:43 | 2 | layout, correct? |
| 02:20:45 | 3 | A.  Yes. |
| 02:20:46 | 4 | Q.  And the accused feature is copy layout, correct? |
| 02:20:55 | 5 | A.  Yes. |
| 02:20:56 | 6 | Q.  Copy layout requires you to copy somebody else's |
| 02:21:02 | 7 | layout, right? |
| 02:21:06 | 8 | A.  I'm -- I'm not following. |
| 02:21:09 | 9 | Q.  The copy layout feature requires a user -- or allows a |
| 02:21:15 | 10 | user to copy the layout of somebody else, rather than that |
| 02:21:19 | 11 | user's own layout, correct? |
| 02:21:22 | 12 | A.  I'm not sure if you switched from copy layout in the |
| 02:21:26 | 13 | source code to copy layout in the patent.  So I'm -- I'm |
| 02:21:29 | 14 | having difficulty answering your question. |
| 02:21:31 | 15 | Q.  Do you understand there's a feature called copy layout |
| 02:21:33 | 16 | in the patent -- or strike that. |
| 02:21:36 | 17 |         Do you understand that there is a feature called |
| 02:21:39 | 18 | copy layout in Clash of Clans? |
| 02:21:43 | 19 | A.  Yes, in the game there is a feature. |
| 02:21:45 | 20 | Q.  And you showed us a video where you pushed a button in |
| 02:21:48 | 21 | the corner of the screen, and you went to another player's |
| 02:21:53 | 22 | layout, correct? |
| 02:21:53 | 23 | A.  Yes. |
| 02:21:54 | 24 | Q.  And that is the copy layout feature, correct? |
| 02:21:58 | 25 | A.  Yes, for Claim 2. |

02:22:01   1   Q.  And the feature that is accused of infringing Claim 2,

02:22:05   2   which is the only claim asserted, is the copy layout

02:22:08   3   feature, right?

02:22:08   4   A.  Yes.

02:22:10   5   Q.  So you don't have any -- there is no allegation in this

02:22:14   6   case that just copying your own layout infringes the patent

02:22:20   7   without copying another user's layout?

02:22:22   8   A.  Correct.

02:22:36   9   Q.  All right.  Let's talk about Claim 2 of the '594

02:22:38  10   patent.

02:22:40  11           MR. SACKSTEDER:  Can you call that up, Mr. Smith,

02:22:40  12   please?

02:22:46  13   Q.  (By Mr. Sacksteder)  And this is Claim 2.  And it says:

02:22:49  14   The storage unit further stores a template related to a

02:22:52  15   different player.

02:22:54  16           Correct?

02:22:55  17   A.  Yes.

02:22:56  18   Q.  Okay.  So the template that is stored has to be related

02:23:00  19   to a different player, right?

02:23:01  20   A.  Yes.

02:23:07  21   Q.  So can we look at the -- an example that you provided?

02:23:10  22           MR. SACKSTEDER:  Mr. Smith, I think it is PX-167,

02:23:13  23   and I want to start it about 20 seconds in.

02:23:17  24   Q.  (By Mr. Sacksteder)  This is a video you created,

02:23:28  25   correct?

| | | |
|---|---|---|
| 02:23:28 | 1 | A.  Yes. |
| 02:23:28 | 2 | Q.  And that's actually going to the other player's layout |
| 02:23:31 | 3 | and then hitting copy layout, right? |
| 02:23:34 | 4 | A.  Yes. |
| 02:23:34 | 5 | Q.  Okay.  And then we are in the layout editor screen, |
| 02:23:39 | 6 | correct? |
| 02:23:39 | 7 | A.  Yes. |
| 02:23:41 | 8 | Q.  All right.  And then you need to select a slot where |
| 02:23:45 | 9 | you're going to store the layout that you want to copy, |
| 02:23:48 | 10 | right? |
| 02:23:48 | 11 | A.  Yes. |
| 02:23:53 | 12 | MR. SACKSTEDER:  Let's go the next four seconds, |
| 02:23:56 | 13 | please. |
| 02:23:56 | 14 | Q.  (By Mr. Sacksteder)  All right.  And a slot has been |
| 02:24:04 | 15 | selected there, correct? |
| 02:24:04 | 16 | A.  Yes. |
| 02:24:06 | 17 | Q.  And then you've gone into village edit mode, correct? |
| 02:24:11 | 18 | A.  Yes. |
| 02:24:11 | 19 | Q.  All right.  So the other player's layout is behind that |
| 02:24:15 | 20 | dialog box that says village edit mode, correct? |
| 02:24:21 | 21 | A.  Yes. |
| 02:24:21 | 22 | Q.  And it specifically says, that right now you can't use |
| 02:24:24 | 23 | that layout to have in your village for a battle, correct? |
| 02:24:27 | 24 | A.  It says:  Buildings not found from copied layout or |
| 02:24:39 | 25 | blocked by obstacles have been moved to your inventory. |

02:24:44  1   Q.  All right.  So there are some things that you have to

02:24:46  2   do before you can use the layout of the other player to do

02:24:49  3   anything, right?

02:24:50  4   A.  I disagree.

02:24:50  5   Q.  You can't play a game -- you can't have a battle in

02:24:56  6   that layout until you deal with all those items in the

02:25:00  7   inventory, correct?

02:25:01  8   A.  Correct.

02:25:06  9   Q.  You can't have a battle in village edit, right?

02:25:12  10  A.  Correct.

02:25:12  11  Q.  And you can't have a battle in the layout slot of

02:25:17  12  layout editor, right?

02:25:17  13  A.  Correct.

02:25:18  14  Q.  All right.  So what you have to do is you have to do

02:25:20  15  something with each of those blue squares at the bottom.

02:25:24  16  They have buildings that are either in your layout but not

02:25:28  17  in the other player's layout, and they're in the way, or

02:25:31  18  they're buildings in the other player's layout that you

02:25:35  19  just don't have.

02:25:37  20       And until you have placed them, you cannot use

02:25:39  21  that layout to have a battle, right?

02:25:42  22  A.  You need to move them from the bottom line.

02:25:46  23  Q.  So you have to get rid of them?

02:25:49  24  A.  Yes.

02:25:49  25  Q.  All right.  And until that point, there is nothing to

| | | |
|---|---|---|
| 02:25:54 | 1 | battle over, right? |
| 02:25:55 | 2 | A.  Correct. |
| 02:26:00 | 3 | Q.  And the way that you do it typically is either to buy |
| 02:26:02 | 4 | the buildings you don't have or replace the buildings that |
| 02:26:05 | 5 | you do have, correct? |
| 02:26:09 | 6 | A.  In -- in that specific example, if the player is more |
| 02:26:13 | 7 | advanced, so that's correct. |
| 02:26:15 | 8 | Q.  So this is the only example that you gave, right? |
| 02:26:29 | 9 | A.  Yes. |
| 02:26:29 | 10 | Q.  You didn't show any example -- any video where you |
| 02:26:33 | 11 | actually got to the point where you had a layout that you |
| 02:26:38 | 12 | could have a battle on, right? |
| 02:26:39 | 13 | A.  I disagree. |
| 02:26:41 | 14 | Q.  With regard to another player's layout? |
| 02:26:48 | 15 | A.  No, you're correct.  With regard to your own template, |
| 02:26:51 | 16 | I showed it for Claim 1. |
| 02:26:53 | 17 | Q.  Right, exactly.  But this is somebody else's, right? |
| 02:26:57 | 18 | A.  Yes. |
| 02:26:57 | 19 | Q.  And that causes that conflict between what's in your |
| 02:27:01 | 20 | layout already and what's in the other player's layout? |
| 02:27:05 | 21 | A.  I disagree with that characterization. |
| 02:27:08 | 22 | Q.  Well, there are things in the other player's layout |
| 02:27:11 | 23 | that you don't have, and there are things in your layout |
| 02:27:13 | 24 | that are blocking what's in the other person's layout, |
| 02:27:21 | 25 | right? |

| | | |
|---|---|---|
| 02:27:21 | 1 | A.  Possibly. |
| 02:27:21 | 2 | Q.  So there is -- it says finish later over there, right? |
| 02:27:24 | 3 | A.  Yes. |
| 02:27:25 | 4 | Q.  So the thing that you have to finish is getting rid of |
| 02:27:28 | 5 | those buildings somehow before you can actually make this |
| 02:27:32 | 6 | your active layout, correct? |
| 02:27:34 | 7 | A.  Yes. |
| 02:27:34 | 8 | Q.  And by setting it as your active layout, you've made it |
| 02:27:39 | 9 | a layout that you can actually use for a battle, correct? |
| 02:27:41 | 10 | A.  Yes. |
| 02:27:41 | 11 | Q.  And you testified in your deposition that if you have |
| 02:27:50 | 12 | to move buildings in the layout in village edit mode when |
| 02:27:55 | 13 | you have imported it from somebody else, then that is not a |
| 02:27:59 | 14 | template related to another player, correct? |
| 02:28:01 | 15 | A.  I don't recall. |
| 02:28:19 | 16 | Q.  We can move on to -- |
| 02:28:27 | 17 |      MR. SACKSTEDER:  Your Honor, this would be a good |
| 02:28:28 | 18 | stopping place. |
| 02:28:28 | 19 |      THE COURT:  Tell me what you have left as far as |
| 02:28:30 | 20 | anticipated cross-examination, counsel. |
| 02:28:33 | 21 |      MR. SACKSTEDER:  I have one more set of patents, |
| 02:28:35 | 22 | but they're pretty involved, and that -- |
| 02:28:38 | 23 |      THE COURT:  What's your best time estimate? |
| 02:28:40 | 24 |      MR. SACKSTEDER:  20 to 30 minutes. |
| 02:28:42 | 25 |      THE COURT:  All right.  Well, I think, then, in |

| | | |
|---|---|---|
| 02:28:48 | 1 | light of that, we'll use this opportunity to take a short |
| 02:28:50 | 2 | recess, ladies and gentlemen. |
| 02:28:51 | 3 | Members of the jury, if you'll simply close your |
| 02:28:54 | 4 | notebooks and leave them in your chairs.  Don't discuss the |
| 02:28:57 | 5 | case among yourselves, and we'll be back in a few minutes |
| 02:29:00 | 6 | to continue with the Defendant's cross-examination of this |
| 02:29:02 | 7 | witness. |
| 02:29:02 | 8 | The jury is excused for recess. |
| 02:29:04 | 9 | COURT SECURITY OFFICER:  All rise. |
| 02:29:05 | 10 | (Jury out.) |
| 02:29:06 | 11 | THE COURT:  All right.  The Court stands in |
| 02:29:34 | 12 | recess.  I'd like to see counsel in chambers. |
| 02:29:37 | 13 | (Recess.) |
| 02:53:00 | 14 | (Jury out.) |
| 02:53:00 | 15 | COURT SECURITY OFFICER:  All rise. |
| 02:53:01 | 16 | THE COURT:  Be seated, please. |
| 02:53:02 | 17 | Mr. Sacksteder, are you prepared to continue with |
| 02:53:13 | 18 | your cross-examination? |
| 02:53:16 | 19 | MR. SACKSTEDER:  Yes, Your Honor. |
| 02:53:18 | 20 | THE COURT:  All right.  Let's bring the jury back |
| 02:53:22 | 21 | in, please. |
| 02:53:22 | 22 | COURT SECURITY OFFICER:  All rise. |
| 02:53:25 | 23 | (Jury in.) |
| 02:53:26 | 24 | THE COURT:  Welcome back, members of the jury. |
| 02:53:51 | 25 | Please be seated. |

481

| | |
|---|---|
| 02:53:51 | 1 |   We'll continue with the Defendant's
| 02:53:56 | 2 | cross-examination of Dr. Akl.
| 02:53:58 | 3 |   Mr. Sacksteder, you may proceed.
| 02:54:00 | 4 |   MR. SACKSTEDER:  Thank you, Your Honor.
| 02:54:01 | 5 | Q.  (By Mr. Sacksteder)  Dr. Akl, you offered an opinion
| 02:54:05 | 6 | about the dependent claims from Claim 1 of the '481 patent,
| 02:54:12 | 7 | correct?
| 02:54:12 | 8 | A.  Yes.
| 02:54:12 | 9 | Q.  All right.
| 02:54:13 | 10 |   MR. SACKSTEDER:  Could we put that up for a
| 02:54:18 | 11 | moment, Mr. Smith?
| 02:54:19 | 12 | Q.  (By Mr. Sacksteder)  Claim 1 covers a terminal device,
| 02:54:25 | 13 | correct?
| 02:54:25 | 14 | A.  Yes.
| 02:54:25 | 15 | Q.  And you testified earlier that that is a phone, right?
| 02:54:29 | 16 | A.  Yes.
| 02:54:31 | 17 | Q.  And the terminal device has a storage unit, correct?
| 02:54:37 | 18 | A.  Yes.
| 02:54:37 | 19 | Q.  And that storage unit is a little chip that is the
| 02:54:42 | 20 | memory for the phone, correct?
| 02:54:44 | 21 | A.  Yes.
| 02:54:45 | 22 | Q.  And you testified also about -- it's actually a little
| 02:54:51 | 23 | bit below that -- the input receiving unit, correct?
| 02:55:00 | 24 | A.  Yes.
| 02:55:01 | 25 | Q.  And the input receiving unit is -- at least includes

02:55:07   1   the touchscreen of the phone, correct?

02:55:09   2   A.   Yes.

02:55:09   3   Q.   And you testified that Supercell directly infringes

02:55:13   4   this claim, correct?

02:55:14   5   A.   Yes.

02:55:14   6   Q.   Supercell does not make cell phones, correct?

02:55:21   7   A.   Correct.

02:55:22   8   Q.   Supercell does not sell cell phones, correct?

02:55:25   9   A.   That's my understanding.

02:55:29   10          MR. SACKSTEDER:   Can we bring up Claim 1 of the

02:55:32   11   '137, please, Mr. Smith?   And we'll go to Lines 45 to 54.

02:55:45   12   Q.   (By Mr. Sacksteder)   Do you see that, Dr. Akl?

02:55:47   13   A.   Yes.

02:55:47   14   Q.   The first highlighted claim element requires the --

02:55:50   15   that the controller permit the player to select the game

02:55:55   16   contents, correct?

02:55:55   17   A.   Yes.

02:55:55   18   Q.   And I'll call that selection.   Will you understand

02:55:59   19   that?

02:55:59   20   A.   Yes.

02:56:01   21   Q.   And then the second highlighted claim element requires

02:56:08   22   that the controller subtract the point amount -- strike

02:56:16   23   that.

02:56:16   24          The second highlighted limitation requires that

02:56:19   25   the controller subtract the point of the selected game

02:56:23  1   contents, correct?

02:56:23  2   A.   Yes.

02:56:23  3   Q.   And can we call that subtraction?

02:56:28  4   A.   Okay.

02:56:29  5   Q.   And the third highlighted element requires that the

02:56:33  6   controller add a predetermined amount to the upper limit of

02:56:37  7   the point, correct?

02:56:38  8   A.   Yes.

02:56:38  9   Q.   And can we call that addition?

02:56:41  10  A.   Yes.

02:56:42  11  Q.   All right.  And we'll all understand each other,

02:56:45  12  correct?

02:56:45  13  A.   Yes.

02:56:47  14  Q.   All right.  You agree, do you not, that in order to

02:56:51  15  practice these limitations, the selection, subtraction, and

02:56:57  16  addition steps must be performed in a specific order,

02:57:03  17  correct?

02:57:03  18  A.   Yes.

02:57:05  19  Q.   In particular, selection must be before subtraction,

02:57:14  20  and subtraction must be before addition, correct?

02:57:19  21  A.   Yes.

02:57:19  22  Q.   So you have selection, subtraction, addition, right?

02:57:24  23  A.   Yes.

02:57:25  24  Q.   All right.  And this specific order is required for all

02:57:33  25  claims of the '137 patent, correct?

| | | |
|---|---|---|
| 02:57:41 | 1 | A.   Where is this out of right now, please? |
| 02:57:44 | 2 | Q.   This is the '137 patent. |
| 02:57:47 | 3 | A.   No, no, which claims, sorry? |
| 02:57:49 | 4 | Q.   Oh, I was just -- I was referring to all of them.  That |
| 02:57:54 | 5 | order appears in all the claims of the '137, correct? |
| 02:57:56 | 6 | A.   Yes. |
| 02:57:56 | 7 | Q.   And that order appears in all -- is required for all |
| 02:58:00 | 8 | the asserted claims that you have offered an opinion on |
| 02:58:03 | 9 | today of the '1 -- of the '481 patent, correct? |
| 02:58:08 | 10 | A.   Yes. |
| 02:58:08 | 11 | Q.   So if a player's selection of the game contents does |
| 02:58:11 | 12 | not happen before subtraction of the point, there is no |
| 02:58:17 | 13 | infringement of either patent, correct? |
| 02:58:21 | 14 | A.   Yes. |
| 02:58:23 | 15 | Q.   And, likewise, if there is addition of a predetermined |
| 02:58:31 | 16 | amount to the upper limit before subtraction of the point, |
| 02:58:34 | 17 | there is no infringement of either patent, correct? |
| 02:58:37 | 18 | A.   Yes. |
| 02:58:39 | 19 | Q.   GREE accuses Clash Royale of infringing these two |
| 02:58:45 | 20 | patents, correct? |
| 02:58:46 | 21 | A.   Yes. |
| 02:58:49 | 22 | Q.   And you made a number of videos of Clash Royale, |
| 02:58:52 | 23 | correct? |
| 02:58:52 | 24 | A.   Yes. |
| 02:58:52 | 25 | Q.   And you relied on those videos in forming your opinions |

| | | |
|---|---|---|
| 02:58:55 | 1 | in this case, right? |
| 02:58:56 | 2 | A.  Yes. |
| 02:58:57 | 3 | Q.  And you tried to make them accurately show how Clash |
| 02:59:02 | 4 | Royale works, correct? |
| 02:59:03 | 5 | A.  Yes. |
| 02:59:06 | 6 | MR. SACKSTEDER:  Can we pull up PTX-150, please? |
| 02:59:10 | 7 | Q.  (By Mr. Sacksteder)  PTX-150 is a video that you |
| 02:59:13 | 8 | recorded, correct? |
| 02:59:15 | 9 | A.  Yes. |
| 02:59:17 | 10 | Q.  And the reason you made this video was to explicitly |
| 02:59:20 | 11 | show the sequence of how things happened in the game, |
| 02:59:27 | 12 | correct? |
| 02:59:27 | 13 | A.  Yes. |
| 02:59:29 | 14 | Q.  And that's your hand that we're looking at on the |
| 02:59:32 | 15 | screen, correct? |
| 02:59:33 | 16 | A.  Yes. |
| 02:59:34 | 17 | Q.  And it's a video of you playing Clash Royale, correct? |
| 02:59:38 | 18 | A.  Yes. |
| 02:59:39 | 19 | Q.  The left portion of the screen shows your hand playing |
| 02:59:43 | 20 | the game, right? |
| 02:59:45 | 21 | A.  Yes. |
| 02:59:45 | 22 | Q.  And the right portion is a screen recording that shows |
| 02:59:51 | 23 | what's occurring while you play the game without your hand |
| 02:59:54 | 24 | obstructing the view, correct? |
| 02:59:56 | 25 | A.  Yes. |

02:59:59   1    Q.  So we have added a reference window to the video to

03:00:04   2    show the video time.  Do you see that in the upper

03:00:09   3    left-hand corner?

03:00:10   4    A.  Okay.  Yes.

03:00:12   5    Q.  And we have skipped to the 30-second mark of the video.

03:00:20   6            MR. SACKSTEDER:  Can you play the first four

03:00:22   7    seconds, Mr. Smith?

03:00:27   8            (Videoclip played.)

03:00:30   9            QUESTION:  That portion of the video showed you

03:00:32   10   selecting and deploying a card, correct?

03:00:32   11           ANSWER:  Yes.

03:00:39   12           (Videoclip ends.)

03:00:39   13           MR. SACKSTEDER:  Can we overlay the zoomed-in

03:00:42   14   version of the Elixir bar?

03:00:44   15   Q.  (By Mr. Sacksteder)  So do you see that the tray with

03:00:48   16   the cards at the bottom and the Elixir bar are now shown

03:00:51   17   over the top?  That bar shows how much Elixir a player

03:00:59   18   currently has, correct?

03:01:04   19   A.  Yes.

03:01:06   20           MR. SACKSTEDER:  Mr. Smith, can you play another

03:01:08   21   two seconds of the video at half speed?

03:01:11   22   Q.  (By Mr. Sacksteder)  Dr. Akl, there is -- the Elixir

03:01:18   23   bar has a couple of pink segments, and then there was a

03:01:22   24   gray segment that moved over to the right constantly as the

03:01:28   25   video played, correct?

03:01:30  1   A.  Yes.

03:01:30  2   Q.  And that shows fractional amounts of Elixir being added

03:01:35  3   to the Elixir bar, correct?

03:01:36  4   A.  Yes.

03:01:37  5   Q.  Okay.  Because you testified earlier that Elixir is

03:01:42  6   added every 2.8 seconds, right?

03:01:45  7   A.  A point of Elixir is added every 2.8 seconds.

03:01:50  8   Q.  But it's added constantly and you just get to the next

03:01:55  9   point after 2.8 seconds, correct?

03:01:55  10  A.  I'm sorry, what is "it" in your question?

03:01:58  11  Q.  The Elixir is added continuously, and it takes

03:02:05  12  2.8 seconds to reach the next whole number, correct?

03:02:09  13  A.  Yes.

03:02:14  14  Q.  So the screenshot shows that the Elixir was added in

03:02:20  15  fractional amounts between about 34 seconds and 36 seconds

03:02:26  16  and 3/100ths on the screen, correct?

03:02:29  17  A.  There is a visualization of the gray part on the

03:02:37  18  screen, if that's what you're asking me.

03:02:39  19  Q.  And that is Elixir being added, correct?

03:02:42  20  A.  Yes.

03:02:42  21  Q.  And it's being added in small fractions in accordance

03:02:45  22  with an internal timer that Clash Royale is running,

03:02:51  23  correct?

03:02:51  24  A.  Yes.

03:02:52  25  Q.  And you agree that each of those fractional amounts of

03:02:56  1   Elixir -- Elixir that are added to a player's Elixir is a

03:03:01  2   predetermined amount as that is used in the patent claims,

03:03:09  3   correct?

03:03:09  4   A.   I disagree.

03:03:22  5            MR. SACKSTEDER:   Can we play Dr. Akl's deposition

03:03:25  6   transcript, Volume 1, Page 248, Line 23 through 249, Line

03:03:32  7   12?

03:03:32  8            (Videoclip played.)

03:03:50  9            QUESTION:   So you select and then you subtract and

03:03:53  10  then you either add a predetermined amount to the upper

03:03:55  11  limit of the point or you restore the upper limit of the

03:03:58  12  point, correct?   That's -- that's the order that these

03:04:02  13  things happen?

03:04:09  14           ANSWER:   I think that's the last limitation.   Once

03:04:11  15  you -- once you've -- once the controller permitted you to

03:04:15  16  select a card, which is the previous limitation, and it is

03:04:19  17  selected by the player, then the controller first subtracts

03:04:23  18  those points.   You lose part of your Elixir bar, and then

03:04:28  19  it starts growing again.

03:04:29  20           So it -- it's -- it -- the game will add Elixir --

03:04:40  21  the game -- the game will add Elixir to your Elixir bar at

03:04:45  22  the predetermined amount.   So that would meet that claim

03:04:48  23  language.

03:04:51  24           (Videoclip ends.)

03:04:51  25  Q.   (By Mr. Sacksteder)   There is no requirement that the

03:04:54  1   predetermined amount be a whole number on the Elixir bar,

03:05:01  2   right?

03:05:01  3   A.   Correct.

03:05:01  4   Q.   A user tapping a card is an example of selecting that

03:05:05  5   would meet the claim language for selection, correct?

03:05:15  6   A.   I disagree.

03:05:21  7          MR. SACKSTEDER:  Can we play Dr. Akl's deposition

03:05:24  8   transcript, Volume 1, 237, Lines 8 through 20?

03:05:37  9          (Videoclip played.)

03:05:38 10          ANSWER:  So the user's tapping I think would be an

03:05:45 11   example of selecting as it meets the claim language.

03:05:48 12          QUESTION:  So there's no requirement to select it

03:05:50 13   and then play it into the field of the -- of the game in

03:05:55 14   order for the game content to be selected, correct?

03:06:00 15          ANSWER:  I think at least how this limitation here

03:06:05 16   reads, or Limitation 1h is when a user taps that card, and

03:06:16 17   I show a couple of examples of what happens next for the

03:06:22 18   next limitation.  Because there is a mathematical operation

03:06:26 19   that happens, you -- you've met the language in the claim

03:06:35 20   for selecting game content for this limitation.

03:06:43 21          (Videoclip ends.)

03:06:43 22   Q.   (By Mr. Sacksteder)  That was your testimony in your

03:06:44 23   deposition, sir, correct?

03:06:51 24   A.   Yes.

03:06:51 25          MR. SACKSTEDER:  All right.  Can we move

03:06:53   1    forward -- I think it's to about 2 minutes and 18 seconds

03:06:56   2    in the video that Dr. Akl made?

03:07:02   3          Can you run the video forward at half speed,

03:07:06   4    Mr. Smith?

03:07:14   5    Q.  (By Mr. Sacksteder)  So when you tapped the card in

03:07:15   6    your video, the Elixir was over 8 on the Elixir bar,

03:07:15   7    correct?

03:07:26   8    A.  Yes.

03:07:26   9          MR. SACKSTEDER:  Let's run it forward a little bit

03:07:28   10   more.

03:07:36   11   Q.  (By Mr. Sacksteder)  All right.  You have now at this

03:07:37   12   point pulled your finger away from the screen of the phone,

03:07:44   13   and the Elixir has increased, but it is still under 9,

03:07:51   14   correct?

03:07:51   15   A.  I'm sorry, what is the question?

03:07:54   16   Q.  If you see on the left screen, it shows your finger

03:07:58   17   using the phone to play the game.  Your finger is now no

03:08:02   18   longer touching the screen.  You've removed your finger --

03:08:05   19   you played the card, and you've removed your finger,

03:08:08   20   correct?

03:08:08   21   A.  Yes.

03:08:08   22   Q.  And the Elixir has increased, but it's still under 9,

03:08:12   23   correct?

03:08:12   24   A.  Yes.

03:08:20   25         MR. SACKSTEDER:  Let's move it forward a little

03:08:22   1   bit more, Mr. Smith.

03:08:29   2   Q.  (By Mr. Sacksteder)  And now the Elixir has gone over 9

03:08:33   3   in the Elixir bar, correct?

03:08:35   4   A.  Yes.

03:08:41   5          MR. SACKSTEDER:  All right.  Let's move the video

03:08:45   6   forward a little bit further.

03:08:49   7   Q.  (By Mr. Sacksteder)  And there the amount has

03:08:52   8   subtracted, correct -- has been subtracted, correct?

03:08:55   9   A.  Yes.

03:08:56   10  Q.  So you tapped the card, played it in the field, removed

03:09:01   11  your finger, the Elixir was still going up and didn't go

03:09:05   12  down until after all that happened, correct?

03:09:06   13  A.  Yes, for the arrow card.

03:09:12   14  Q.  So in this screen, the Elixir shows about 6, it looks

03:09:24   15  like, after the subtraction of the points for that card?

03:09:27   16  A.  Yes.

03:09:32   17  Q.  And that's a video that you provided with your expert

03:09:36   18  report to explain your opinions in this case, correct?

03:09:43   19  A.  Yes, but I did not rely on the arrows.

03:09:51   20         MR. SACKSTEDER:  Move to strike everything after

03:09:55   21  "yes" as non-responsive.

03:10:04   22         THE COURT:  Sustained.

03:10:05   23  Q.  (By Mr. Sacksteder)  Dr. Akl, can you look at Claim 2

03:10:07   24  of the '137 patent, when it shows up on the screen?

03:10:19   25         The first part of Claim 2 that is highlighted

03:10:23   1   refers back to the selection step from Claim 1, correct?

03:10:27   2   A.   Yes.

03:10:29   3   Q.   And the second highlighted part requires that the

03:10:34   4   control unit remove the game content selected by the player

03:10:37   5   from the first field, correct?

03:10:40   6   A.   Yes.

03:10:40   7   Q.   And the first field is the tray where the cards are

03:10:43   8   down at the bottom, correct?

03:10:44   9   A.   Yes.

03:10:45  10   Q.   Okay.   Can we refer to that as game content removal?

03:10:49  11   A.   Okay.   Yes.

03:10:49  12   Q.   The third portion of Claim 2 that is highlighted

03:10:56  13   requires that the control unit update the first field with

03:10:58  14   a new game content alternative to the removed game content,

03:11:04  15   correct?

03:11:04  16   A.   Yes.

03:11:05  17   Q.   And can we call that game content update?

03:11:09  18   A.   Yes.

03:11:13  19   Q.   You agree that in order to practice Claim 2, the

03:11:18  20   selection, game content removal, and game content update

03:11:23  21   steps must be performed in a specific order, correct?

03:11:26  22   A.   Yes.

03:11:26  23   Q.   And, in particular, selection must come before game

03:11:33  24   content removal, and game content removal must come before

03:11:39  25   game content update, correct?

```
03:11:40   1   A.   Yes.
03:11:40   2   Q.   So it's selection, removal, update, right?
03:11:45   3   A.   Yes.
03:11:46   4   Q.   And this specific order is required for Claims 2 and 15
03:11:51   5   of the '137 patent, correct?
03:11:53   6   A.   Yes.
03:11:54   7   Q.   And it is required for all asserted claims of the '481
03:11:59   8   patent, correct?
03:12:02   9   A.   Yes.
03:12:03  10   Q.   And so if a player's selection of the game contents
03:12:08  11   does not occur before game content removal, there is no
03:12:11  12   infringement of Claims 2 and 15 of the '137 patent or all
03:12:17  13   claims of the '481 patent, correct?
03:12:20  14   A.   Yes.
03:12:25  15          MR. SACKSTEDER:   Can we resume our video from
03:12:33  16   Dr. Akl?
03:12:36  17   Q.   (By Mr. Sacksteder)   As you drag the card into the
03:12:40  18   battlefield --
03:12:41  19          MR. SACKSTEDER:   If we can run the video.   There
03:12:50  20   you go.   So you can stop it there.
03:12:52  21   Q.   (By Mr. Sacksteder)   And you can see that it has been
03:12:53  22   removed from its location at the bottom of the screen,
03:12:58  23   correct?
03:12:58  24   A.   Yes.
03:12:59  25   Q.   And at the point the video stops, your finger is
```

03:13:03   1   entirely away from the phone, correct?

03:13:05   2   A.   Yes.

03:13:06   3   Q.   And no Elixir has been subtracted yet, correct?

03:13:10   4   A.   Yes.

03:13:17   5   Q.   Is it your testimony that selection has not been

03:13:19   6   completed at this point?

03:13:20   7   A.   Correct.

03:13:21   8   Q.   The card is removed from the hand of cards at this

03:13:26   9   point, correct?

03:13:27  10   A.   Yes.

03:13:27  11   Q.   The claim language says that the control unit removes

03:13:37  12   game contents from the first field, correct?

03:13:40  13   A.   Yes.

03:13:40  14   Q.   And the first field is the row of cards in -- at the

03:13:44  15   bottom of the screen, right?

03:13:45  16   A.   Yes.

03:13:45  17   Q.   Thank you, Dr. Akl.

03:13:50  18              MR. SACKSTEDER:   I have no more questions.

03:13:52  19              THE COURT:   You pass the witness?

03:13:54  20              MR. SACKSTEDER:   I do.   Thank you, Your Honor.

03:13:56  21              THE COURT:   Is there redirect, Mr. Moore?

03:13:58  22              MR. MOORE:   Yes, Your Honor, very briefly.

03:14:00  23              THE COURT:   Please proceed.

03:14:01  24              MR. MOORE:   Thank you, Your Honor.

03:14:18  25              May I proceed, Your Honor?

03:14:20   1                THE COURT:  Yes.

03:14:20   2                MR. MOORE:  Thank you.

03:14:20   3                      REDIRECT EXAMINATION

03:14:21   4   BY MR. MOORE:

03:14:21   5   Q.   Dr. Akl, do you recall viewing just a few minutes ago

03:14:33   6   the slowed-down video that counsel for Supercell showed you

03:14:38   7   about the selection and subtraction and addition sequence?

03:14:43   8   A.   Yes.

03:14:45   9   Q.   Now, what is the evidence that you rely on to

03:14:52   10  definitively establish how that sequence occurs in Clash

03:14:55   11  Royale?

03:14:55   12  A.   I rely on the source code, which tells me exactly what

03:14:59   13  is going on in the game.

03:15:01   14  Q.   Do the videos -- well, strike that.

03:15:04   15               How would you characterize the ability of the

03:15:08   16  videos to -- to demonstrate precise operation of select,

03:15:15   17  subtract, and add?

03:15:17   18  A.   So the -- the videos are graphical representations of

03:15:22   19  the game running.  And there is a lot of code that makes

03:15:27   20  the objects in the game appear on the screen and to get the

03:15:32   21  animations work and you're connected to the Internet and

03:15:35   22  you're communicating with the server.

03:15:39   23               So it is not uncommon for some small instances of

03:15:44   24  some minor examples to look like -- like something may be

03:15:48   25  happening out of order because you are playing a video in

```
03:15:51   1   real-time, and you're calling other functions that are
03:15:54   2   displaying an animation, making an animation.  So those --
03:16:04   3   if -- if that happened consistently every time, you would
03:16:06   4   say, okay, this is how things work.
03:16:08   5        But what you do is you go to the source code
03:16:10   6   because the source code running is what happens every time.
03:16:14   7   So the source code shows in the correct sequence.  And
03:16:17   8   there are many examples of infringement, but there may be
03:16:21   9   one or two where the -- when I'm playing, there is a little
03:16:26  10   lag in the movement on the device running which may show
03:16:29  11   something happening out of sequence when you zoom in and
03:16:35  12   slow it down to such an effect.  But that doesn't change my
03:16:38  13   opinion of how the source code works, because that's always
03:16:41  14   working the same way.
03:16:42  15   Q.  Did -- excuse me, did Supercell's counsel show any
03:16:47  16   source code on your cross-examination?
03:16:48  17   A.  No.
03:16:48  18   Q.  And did I show you the source code on your direct
03:16:53  19   examination that demonstrates the sequence in which Clash
03:16:58  20   Royale operates?
03:16:58  21   A.  Yes, you did.
03:17:02  22        MR. MOORE:  Could we see Slide No. 94, please,
03:17:04  23   from our presentation, Mr. Groat?  Thank you.
03:17:09  24   Q.  (By Mr. Moore)  Do you recall being asked about '481
03:17:14  25   patent, Claim 1, regarding the terminal device?
```

03:17:16  1    A.  Yes.

03:17:16  2    Q.  And do you recall being asked if Supercell makes or

03:17:21  3    sells phones?

03:17:22  4    A.  Yes.

03:17:22  5    Q.  Does Supercell use the user's phones?

03:17:25  6    A.  Yes.

03:17:28  7    Q.  And how so?

03:17:29  8    A.  The -- the Supercell servers communicate with the

03:17:36  9    user's phone.  And Supercell's software is running on the

03:17:39  10   user's phone because you have the game running on the

03:17:41  11   phone.  And the game is connected on the phone over an

03:17:45  12   Internet connection to the server that's also running

03:17:48  13   Supercell's software.

03:17:50  14   Q.  All right.  Do you recall being asked about a server

03:17:53  15   code?

03:17:53  16   A.  Yes.

03:17:54  17   Q.  And could you please explain to the jury about --

03:17:58  18   strike that.

03:17:59  19        Could you explain to the jury why you relied on

03:18:04  20   the code that you showed them in your direct examination to

03:18:08  21   show infringement?

03:18:09  22   A.  Yes.  I looked at the code running on the phone

03:18:15  23   because -- and I looked at the communication between the

03:18:19  24   source code in the phone and the server.  That tells me

03:18:23  25   what's happening on the phone, and that shows me the

03:18:26   1    messages that go from the phone to the server.  So I know

03:18:29   2    what the server is doing, and I don't need to look at code

03:18:34   3    executing on the server.  The code in human form is similar

03:18:40   4    on the phone and on the server.

03:18:43   5         When you execute it on the phone, it's running in

03:18:47   6    C++; and on the server, it's running in Java.  But the

03:18:52   7    human version of the code is the same.

03:18:55   8    Q.  Thank you.

03:18:58   9         MR. MOORE:  Let me go to our Slide 15, please,

03:19:01   10   Mr. Groat.

03:19:02   11   Q.  (By Mr. Moore)  Do you recall being shown the

03:19:04   12   background of the '594 patent, including the reference to

03:19:06   13   Clash of Clans from 2013?

03:19:08   14   A.  Yes.

03:19:10   15   Q.  Did that version of Clash of Clans have the copy layout

03:19:13   16   feature that you analyzed for Claim 2?

03:19:15   17   A.  No.

03:19:18   18   Q.  And do you recall some testimony about needing to deal

03:19:21   19   with other buildings that your clan mate may have in their

03:19:26   20   layout that you may not?

03:19:27   21   A.  Yes.

03:19:27   22   Q.  Does the fact you have to maybe to deal with those

03:19:30   23   buildings have any impact on whether Supercell infringes?

03:19:33   24   A.  No.

03:19:33   25   Q.  And do any of the questions that you were asked on

| | | |
|---|---|---|
| 03:19:36 | 1 | cross-examination change any of your opinions of direct |
| 03:19:41 | 2 | infringement that you offered on your direct examination? |
| 03:19:44 | 3 | A.  No, they do not. |
| 03:19:45 | 4 | Q.  Thank you. |
| 03:19:45 | 5 | MR. MOORE:  Pass the witness, Your Honor. |
| 03:19:46 | 6 | THE COURT:  Is there additional cross-examination? |
| 03:19:48 | 7 | MR. SACKSTEDER:  No, Your Honor.  Thank you. |
| 03:19:49 | 8 | THE COURT:  Dr. Akl, you may step down. |
| 03:19:52 | 9 | THE WITNESS:  Thank you, Your Honor. |
| 03:19:53 | 10 | THE COURT:  Plaintiff, call your next witness. |
| 03:20:10 | 11 | MR. MOORE:  Thank you, Your Honor. |
| 03:20:11 | 12 | As its next witness, GREE calls its corporate |
| 03:20:15 | 13 | representative, Mr. Eiji Araki. |
| 03:20:16 | 14 | THE COURT:  All right.  Mr. Araki, if you'll come |
| 03:20:18 | 15 | forward and be sworn, please. |
| 03:20:21 | 16 | (Witness sworn.) |
| 03:20:21 | 17 | THE COURT:  Please come around, sir, have a seat |
| 03:20:29 | 18 | on the witness stand. |
| 03:20:49 | 19 | MR. MOORE:  Your Honor, may my partner, |
| 03:20:52 | 20 | Ms. Ludlam, approach the witness with the binder? |
| 03:20:55 | 21 | THE COURT:  She may pass out the binders. |
| 03:20:58 | 22 | MR. MOORE:  Thank you. |
| 03:21:15 | 23 | THE COURT:  You may proceed. |
| 03:21:16 | 24 | MR. MOORE:  Thank you, Your Honor. |
| 03:21:16 | 25 | EIJI ARAKI, PLAINTIFF'S WITNESS, SWORN |

<u>DIRECT EXAMINATION</u>

03:21:16  1

03:21:16  2   BY MR. MOORE:

03:21:16  3   Q.  Good afternoon, Mr. Araki.

03:21:18  4   A.  Good afternoon.

03:21:19  5   Q.  Would you please introduce yourself to the jury?

03:21:21  6   A.  Good afternoon.  I'm Eiji Araki.  I'm from GREE.  I

03:21:28  7   work at the company as senior vice president and also a

03:21:33  8   board -- a member of board of directors.

03:21:36  9   Q.  And, Mr. Araki, are you going to be speaking -- or

03:21:38  10  testifying in English today?

03:21:40  11  A.  Yes.

03:21:40  12  Q.  Is English your first language?

03:21:42  13  A.  No.

03:21:42  14  Q.  What is your first language?

03:21:44  15  A.  My first language is Japanese.

03:21:45  16  Q.  And how long have you known English?

03:21:48  17  A.  About eight years.

03:21:50  18  Q.  How did you learn English?

03:21:52  19  A.  I learn English in school.

03:21:55  20  Q.  Okay.  And if you need me to repeat a question or

03:22:01  21  opposing counsel to repeat a question because you don't

03:22:03  22  understand it, would you please ask us to do that?

03:22:05  23  A.  Okay.  Thank you.

03:22:06  24  Q.  Thank you.

03:22:07  25        Mr. Araki, where are you from?

03:22:08  1  A.  I'm from Japan.  It's called Kanagawa Prefecture, which

03:22:14  2  is next to Tokyo.

03:22:14  3  Q.  And what is a prefecture in Japan?

03:22:17  4  A.  It's kind of a state in U.S.

03:22:20  5  Q.  Okay.  And what type of geography is there -- the

03:22:24  6  prefecture where you grew up?

03:22:26  7  A.  It's -- it's near the ocean, and there are -- there are

03:22:30  8  lots of mountains and natures.

03:22:32  9  Q.  Have you lived in Japan for your whole life?

03:22:34  10  A.  Yes, except three years living in U.S.

03:22:37  11  Q.  Where did you live when you were in the U.S.?

03:22:40  12  A.  I lived in California, San Francisco.

03:22:43  13  Q.  Are -- do you have a family, Mr. Araki?

03:22:45  14  A.  Yes.

03:22:46  15  Q.  Please tell us a little bit about your family.

03:22:49  16  A.  I have a wife and also three kids, and one of them was

03:22:53  17  born in U.S., whereas when I was -- when I lived in U.S.

03:22:57  18  Q.  And how old are your children?

03:22:59  19  A.  11, 7, 4.

03:23:03  20  Q.  Boys and girls?

03:23:04  21  A.  Boys and girls.

03:23:06  22  Q.  Which are which?

03:23:07  23  A.  The two boys and one girl.

03:23:09  24  Q.  All right.  And when you're not working for GREE, what

03:23:11  25  do you like to do for fun?

03:23:13    1    A.  I like outdoor, so camping and fishing, hiking, and

03:23:18    2    boat stuff.

03:23:19    3    Q.  Okay.  Now, do you have any experience in designing

03:23:22    4    games -- video games?

03:23:23    5    A.  Yes.

03:23:23    6    Q.  And do you have any experience in coding or

03:23:27    7    programming, writing source code for computers?

03:23:28    8    A.  Yes.

03:23:29    9    Q.  When did you start programming computers?

03:23:31   10    A.  I started to program when I was at 8 years old.

03:23:37   11    Q.  8 years old?

03:23:39   12    A.  Yeah.

03:23:39   13    Q.  All right.  And when did you start programming for

03:23:41   14    video games?

03:23:42   15    A.  At the same time, around 8 years old.

03:23:44   16    Q.  What was the first game that you worked on?

03:23:47   17    A.  I programmed my first game when I was 8.  It was kind

03:23:53   18    of very simple version of a space invader.

03:23:59   19    Q.  How long in your life have you been working on

03:24:03   20    programming video games?

03:24:03   21    A.  Almost 30 years.

03:24:04   22    Q.  You also play video games?

03:24:05   23    A.  Yes, I love video games.

03:24:06   24    Q.  And how long have you been playing video games?

03:24:08   25    A.  Same, almost 30 years.

03:24:10  1   Q.  Did you attend college or university?

03:24:12  2   A.  Yes, I attended Keio University, which is Japanese

03:24:17  3   university.

03:24:18  4   Q.  And where is that university located?

03:24:21  5   A.  It is located in the town of Kanagawa Prefecture, which

03:24:28  6   is same as I was born.

03:24:28  7   Q.  And what did you study there?

03:24:30  8   A.  I studied computer science and the design at the

03:24:33  9   university.

03:24:33  10  Q.  When did you join GREE?

03:24:35  11  A.  I joined GREE in 2005.

03:24:42  12         MR. MOORE:  And could we show -- we have a few

03:24:45  13  slides of Mr. Araki's testimony.  Would you please show

03:24:48  14  Slide 2?

03:24:48  15  Q.  (By Mr. Moore)  And when was GREE founded?

03:24:51  16  A.  GREE was founded in 2004.

03:24:54  17  Q.  And who founded GREE?

03:24:55  18  A.  Yoshikazu Tanaka.  Mr. Tanaka is the founder of GREE.

03:25:00  19  Q.  So how old was GREE when you joined it?

03:25:03  20  A.  I joined GREE after six, seven month after it was

03:25:09  21  founded.

03:25:09  22  Q.  And how did you come to work for GREE?  How did that

03:25:13  23  happen that you joined the company?

03:25:14  24  A.  GREE is the name of the company, but at the same time,

03:25:17  25  GREE is a social network.  So I was attending the social --

| | | |
|---|---|---|
| 03:25:23 | 1 | the user's gathering meeting of the GREE, and then at that |
| 03:25:26 | 2 | time, I -- I -- I met the founder, Mr. Tanaka. |
| 03:25:32 | 3 | Q.  Did you know him before you attended that gathering? |
| 03:25:35 | 4 | A.  No, I didn't know him. |
| 03:25:36 | 5 | Q.  Were you a user of the GREE platform? |
| 03:25:38 | 6 | A.  Yeah, I was one of the users. |
| 03:25:40 | 7 | Q.  Now, how big was GREE when you joined it? |
| 03:25:43 | 8 | A.  When I joined GREE, it was just four people, five |
| 03:25:48 | 9 | people; very tiny setup. |
| 03:25:50 | 10 | Q.  And how many employees does it have now? |
| 03:25:51 | 11 | A.  Now we have around 1,700 employees. |
| 03:25:56 | 12 | Q.  And what -- what is your understanding of why |
| 03:26:02 | 13 | Mr. Tanaka decided to found GREE as a company? |
| 03:26:05 | 14 | A.  Yeah.  Mr. Tanaka is a very early believer in the |
| 03:26:11 | 15 | Internet industry.  So when he was young, I think he was -- |
| 03:26:15 | 16 | he was college student, he was -- he traveled the U.S., and |
| 03:26:18 | 17 | he was inspired by our U.S. tech companies like Yahoo or |
| 03:26:26 | 18 | Amazon.  So he was inspired heavy on that, and then he |
| 03:26:30 | 19 | founded his own tech company in Japan. |
| 03:26:32 | 20 | Q.  What did you do when you first started working for |
| 03:26:34 | 21 | GREE? |
| 03:26:35 | 22 | A.  I worked as product manager at GREE. |
| 03:26:39 | 23 | Q.  And what other jobs have you had at GREE? |
| 03:26:42 | 24 | A.  After one or two years, I was promoted to the manager |
| 03:26:47 | 25 | of the team over the product management.  And also after |

03:26:51  1   that, I was promoted to director, director of the product

03:26:57  2   management.  And after that, I promoted to the senior vice

03:27:00  3   president.

03:27:00  4   Q.  How long you have been on GREE's board of directors?

03:27:04  5   A.  I have been in this position for almost seven years.

03:27:10  6   Q.  Have you developed any games for GREE?

03:27:12  7   A.  Yes.  I developed a lot of games at GREE.

03:27:15  8   Q.  Okay.  What is GREE's business overall?

03:27:19  9   A.  So GREE has three major business area.  The one biggest

03:27:27  10  one is the games.  And the second one is -- we have media

03:27:32  11  and advertisement.  And the third one is live

03:27:36  12  entertainment.

03:27:36  13  Q.  Where is GREE located?

03:27:37  14  A.  GREE is -- GREE's headquarter is located in Tokyo, and

03:27:42  15  we have some other offices around Japan.

03:27:45  16  Q.  How many engineers work at GREE?

03:27:48  17  A.  I think there are over -- more than 400 engineers at

03:27:52  18  GREE.

03:27:53  19  Q.  Are there -- how many other employees are there that

03:27:55  20  work on the development of games?

03:27:56  21  A.  There are more game designers and artists.  So in

03:28:02  22  total, I would say more than 800 people working in the

03:28:06  23  gaming division.

03:28:06  24  Q.  Who owns GREE?

03:28:08  25  A.  GREE is public-traded company.

03:28:11   1   Q.  And where is it traded?

03:28:13   2   A.  It's listed on the Tokyo exchange -- Tokyo stock

03:28:21   3   exchange market.

03:28:22   4   Q.  What's the background of the name GREE?

03:28:24   5   A.  GREE is named after the theory called six degrees of

03:28:28   6   separation where you can reach any people in the -- around

03:28:34   7   the world.  If you follow the relation to your friends or

03:28:39   8   friends' friends or friends' friends' friends within six

03:28:44   9   steps, you can reach any people around the world.  So that

03:28:47   10  is called six degrees of separation.  So GREE was social

03:28:52   11  network, so we -- it was named after that -- that theory.

03:28:56   12  Q.  Is there any connection between GREE and another

03:28:58   13  company by that name that makes air conditioners?

03:29:01   14  A.  Oh, I know the company, Chinese company, but it is --

03:29:04   15  there is no relation.

03:29:06   16  Q.  Now, does GREE still host its social media platform?

03:29:11   17  A.  Yes, GREE is still operating the social network named

03:29:16   18  GREE.

03:29:16   19  Q.  And how many users are there today of the GREE

03:29:19   20  platform?

03:29:19   21  A.  There are more than 30 million registered users on

03:29:25   22  GREE.

03:29:26   23  Q.  When did GREE enter the gaming industry?

03:29:28   24  A.  Back in 2007.

03:29:30   25  Q.  And what was the state of the gaming industry when GREE

| | | |
|---|---|---|
| 03:29:34 | 1 | entered that market? |
| 03:29:35 | 2 | A.  At that time, most of the gaming industry that people |
| 03:29:40 | 3 | played games on PC or consoles, not many on the mobile |
| 03:29:45 | 4 | phone. |
| 03:29:46 | 5 | And also the games are all premium.  I would say |
| 03:29:53 | 6 | premium means they need to buy -- pay money for the game |
| 03:29:56 | 7 | before you play the game. |
| 03:29:59 | 8 | And then the most of the games are static.  What I |
| 03:30:02 | 9 | would say -- what -- what I would say static means the game |
| 03:30:07 | 10 | is kind of completed when you buy the game, and then a game |
| 03:30:11 | 11 | is not growing or game is not changing after you buy. |
| 03:30:15 | 12 | Q.  Did you say that the games at that time were premium, |
| 03:30:19 | 13 | with a P? |
| 03:30:20 | 14 | A.  Premium, yes. |
| 03:30:21 | 15 | Q.  Okay.  And what does "premium" mean in the gaming |
| 03:30:24 | 16 | industry? |
| 03:30:24 | 17 | A.  Premium means you need to pay money upfront before you |
| 03:30:32 | 18 | play the game.  So this way you go to the -- for example, |
| 03:30:34 | 19 | Target or other video game shop to buy the game. |
| 03:30:37 | 20 | Q.  What was GREE's first game? |
| 03:30:42 | 21 | A.  The games -- GREE's first game is Fishing Star. |
| 03:30:46 | 22 | Q.  And what made -- well, first of all, did you work on |
| 03:30:50 | 23 | developing Fishing Star? |
| 03:30:50 | 24 | A.  Yes.  I was -- I was one of the member or creator of |
| 03:30:54 | 25 | this game. |

```
03:30:55   1   Q.  Did you do any programming for the game?

03:30:57   2   A.  Yes, I programmed for the game.

03:30:59   3   Q.  And what made you and your colleagues agree to decide

03:31:01   4   to make your first game a fishing game?

03:31:04   5   A.  Yeah, the fishing is kind of universal hobby, and then

03:31:10   6   it's naturally -- you know, it has game design.  You need

03:31:13   7   to pick your, you know, fishing rod or other stuff to, you

03:31:17   8   know, catch the fish.  So the whole activity around the

03:31:21   9   fishing is the game.

03:31:22  10   Q.  Do you have a personal interest in fishing, as well?

03:31:24  11   A.  Yes, I'm -- I'm a big fan of the fishing, and as a

03:31:28  12   luxury, I brought my fishing rod this time to go fishing

03:31:32  13   this weekend because Texas is very big place for the

03:31:36  14   fishing.

03:31:36  15   Q.  And what type of game is Fishing Star?

03:31:39  16   A.  So Fishing Star is the world's first mobile social

03:31:45  17   game.  So there are several character -- characteristic.

03:31:48  18        One is mobile first.  So you can play this game on

03:31:53  19   your mobile phone.

03:31:54  20        And second one is freemium. So freemium is

03:32:01  21   opposite of premium, where you can play the game for free,

03:32:03  22   and you can purchase an item while you're playing the game,

03:32:09  23   if you want, but you can play the game for free.

03:32:11  24        And the third one is social.  The game is always

03:32:15  25   changing and updating, and also you can play the game with
```

```
03:32:20   1   your friends.
03:32:21   2   Q.  And what are the social features of Fishing Star?
03:32:25   3   A.  The social feature of Fishing Star means you can
03:32:29   4   compete your friends against -- against your friends, or
03:32:35   5   you can cooperate with your friends to play the game.
03:32:38   6   Q.  Can you give us some examples of how you can do that?
03:32:42   7   A.  For example, on the completion part, you can play with
03:32:46   8   your friends, compete based on the size or weight of the
03:32:52   9   fish you catch, or you can go fishing tournament with your
03:32:57  10   friends to cooperate and then play together to compete
03:33:00  11   against other teams.
03:33:02  12   Q.  Is Fishing Star still available for players to use as a
03:33:08  13   game?
03:33:08  14   A.  Yes, it's still available.
03:33:10  15   Q.  And what platforms can it be found on?
03:33:14  16   A.  It's available on -- with mobile web or app stores on
03:33:18  17   the iPhones or Google Play on the Android devices and also
03:33:24  18   Nintendo Switch and some other PR platforms or Facebook
03:33:26  19   Messenger and other -- some other platforms.
03:33:30  20   Q.  And is Fishing Star available on any of those platforms
03:33:34  21   in the United States for users to play?
03:33:35  22   A.  Yes, there are several platforms where Fishing Star is
03:33:39  23   available in the U.S.  For example, we have Nintendo Switch
03:33:42  24   version in U.S. and LINE or Facebook Messenger version that
03:33:49  25   are all available in the U.S.
```

510

03:33:50  1    Q.   All right.   What was the next mobile social game that

03:33:53  2    GREE released after Fishing Star?

03:33:55  3    A.   So we released the second title was called Clinoppe,

03:34:00  4    which is pet game.

03:34:02  5    Q.   And is that the one on the left of the slide that

03:34:05  6    we're --

03:34:05  7    A.   Yes.

03:34:05  8    Q.   -- displaying?

03:34:07  9    A.   Left side.

03:34:07  10   Q.   Did you say it was a pet game?

03:34:09  11   A.   It's a pet game.

03:34:10  12   Q.   How do you play Clinoppe?

03:34:11  13   A.   So this yellow character is -- this kind of creature is

03:34:16  14   the pet, Clinoppe, and you can have your own pet, and then

03:34:20  15   you can dress him or you're -- you can feed him or you can

03:34:26  16   give him bath or you can give him candy or stuff.

03:34:31  17   Q.   Right.   And did you work on Clinoppe?

03:34:33  18   A.   Yes, I was main creator of the Clinoppe.

03:34:38  19   Q.   How -- what type of -- well, strike that.

03:34:40  20            Is -- was Clinoppe a mobile game?

03:34:43  21   A.   Yes, it was mobile game.

03:34:44  22   Q.   And is it a social game?

03:34:46  23   A.   It was social game.

03:34:48  24   Q.   When did you -- when did GREE release Clinoppe?

03:34:51  25   A.   It was released in 2007.

| | | |
|---|---|---|
| 03:34:54 | 1 | Q.  Is -- has Clinoppe been a successful game? |
| 03:34:57 | 2 | A.  It's been very successful. |
| 03:34:59 | 3 | Q.  And is Clinoppe still available for users to play? |
| 03:35:01 | 4 | A.  Yes, it's still available after 13 years. |
| 03:35:05 | 5 | Q.  Okay.  I don't think I asked you this, but Fishing |
| 03:35:08 | 6 | Star, is Fishing Star a successful game, as well? |
| 03:35:10 | 7 | A.  Yes. |
| 03:35:12 | 8 | Q.  Okay.  All right.  What was the next game that you |
| 03:35:15 | 9 | created after Clinoppe? |
| 03:35:16 | 10 | A.  It was Haconiwa, which is on the right side, which is |
| 03:35:21 | 11 | the gardening game. |
| 03:35:23 | 12 | Q.  What is -- is Haconiwa a Japanese word? |
| 03:35:26 | 13 | A.  Haconiwa is a Japanese word means in a small sandbox |
| 03:35:30 | 14 | garden. |
| 03:35:31 | 15 | Q.  And how do you play Haconiwa? |
| 03:35:33 | 16 | A.  You can plant flowers or trees and also you can |
| 03:35:40 | 17 | decorate by furniture or, you know, fancy stuff. |
| 03:35:43 | 18 | Q.  Is Haconiwa a mobile social game? |
| 03:35:45 | 19 | A.  Yes, it is mobile social game. |
| 03:35:47 | 20 | Q.  What are the social aspects of it? |
| 03:35:50 | 21 | A.  You can visit others' garden, and also you can gift the |
| 03:35:55 | 22 | flowers or seed or the fruits to other players. |
| 03:35:59 | 23 | Q.  Has Haconiwa been a successful game? |
| 03:36:02 | 24 | A.  It's been very successful. |
| 03:36:04 | 25 | Q.  Is Haconiwa still available for players to play? |

| 03:36:07 | 1 | A.  Yes, it is still available. |
| 03:36:09 | 2 | Q.  All right.  All right.  Now, when was Haconiwa |
| 03:36:11 | 3 | released? |
| 03:36:12 | 4 | A.  It was released in 2008. |
| 03:36:15 | 5 | Q.  What happened in the gaming industry after GREE |
| 03:36:18 | 6 | launched these mobile social games? |
| 03:36:20 | 7 | A.  Yes.  The -- the Fishing Star was world first mobile |
| 03:36:27 | 8 | social game.  So there were no market of that.  But just |
| 03:36:33 | 9 | two years, three years after we released the mobile social |
| 03:36:37 | 10 | games, the social game industry became very, very big. |
| 03:36:42 | 11 | So after few years, there were, you know, more |
| 03:36:46 | 12 | than a hundred companies -- businesses in that space, and |
| 03:36:51 | 13 | also the market size became more than, you know, hundred |
| 03:36:54 | 14 | million users or billion users. |
| 03:36:57 | 15 | Q.  Has GREE ever tried to expand its offices outside of |
| 03:37:01 | 16 | Japan? |
| 03:37:02 | 17 | A.  Yes, sir. |
| 03:37:02 | 18 | Q.  And what -- has GREE had -- had -- excuse me.  Has GREE |
| 03:37:07 | 19 | had an office in the United States? |
| 03:37:08 | 20 | A.  Yes.  We opened our U.S. office in 2011. |
| 03:37:14 | 21 | Q.  Were you involved in that? |
| 03:37:16 | 22 | A.  Yes.  I was one of the founding member of the U.S. |
| 03:37:21 | 23 | operation.  So, actually, I came to the U.S., and I |
| 03:37:25 | 24 | looked -- looked for the office. |
| 03:37:27 | 25 | Q.  And how long did you say you stayed there? |

03:37:30   1   A.   I stayed there for three years.

03:37:32   2   Q.   How big did that office become at its largest size?

03:37:37   3   A.   Yeah, the -- at the peak time, we had around 400

03:37:44   4   employees in the U.S. office.

03:37:45   5   Q.   Did GREE develop games out of that office?

03:37:48   6   A.   Yes.

03:37:48   7   Q.   And were any of those games successful?

03:37:51   8   A.   Yes, we had many successful games.

03:37:55   9        MR. MOORE:   Could you please show the next slide,

03:37:58  10   Mr. Groat?

03:37:59  11   Q.   (By Mr. Moore)   What does this slide show, Mr. Araki?

03:38:01  12   A.   This slide shows the examples of our games available in

03:38:09  13   the U.S. at that time on the left side, and also the right

03:38:14  14   side is -- I think it was sometime in 2012 or '13 of

03:38:22  15   iPhone's App Store, the grossing chart, which is basically

03:38:28  16   the ranking of revenue by games.   And then the three of our

03:38:33  17   games were ranked at 5 and 8 and 9.

03:38:36  18   Q.   So those three with the red circles, are those GREE

03:38:41  19   games that were available at that time?

03:38:42  20   A.   Yes, those were GREE games.

03:38:43  21   Q.   What was the U.S. gaming market like when GREE came to

03:38:46  22   the United States at that time?

03:38:48  23   A.   When I came to U.S. market, the -- most of the games

03:38:52  24   were premium and standard games, so there were very few

03:39:02  25   social or freemium games.

```
03:39:03   1   Q.  And did that change?
03:39:04   2   A.  Yes, it did change and -- in the two or three years.
03:39:08   3   So 2013, there were -- most of the games on the revenue
03:39:13   4   ranking, they -- they were -- most of them were the
03:39:17   5   freemium games.
03:39:17   6   Q.  And who were GREE's competitors when it was operating
03:39:23   7   in the United States?
03:39:23   8   A.  At that time, our competitors, for example, Zynga,
03:39:31   9   Storm 8, KABAM, Glu Mobile, and Supercell was one of them,
03:39:40  10   and Tiny Co., Pocket Gems, and other companies.
03:39:41  11   Q.  And when did GREE decide to close the office in the
03:39:44  12   United States?
03:39:44  13   A.  So we decided to close the U.S. office in 2017.
03:39:56  14   Q.  Okay.
03:39:56  15          MR. MOORE:  We can take that slide down,
03:39:58  16   Mr. Groat.
03:39:59  17   Q.  (By Mr. Moore)  How many games in total has GREE
03:40:01  18   released throughout its history?
03:40:03  19   A.  In total, I think we have released more than a hundred
03:40:10  20   games.
03:40:10  21   Q.  And how many games does GREE have available on the
03:40:13  22   market right now?
03:40:13  23   A.  Right now, we have, I think, between 10 to 20 games.
03:40:20  24   Q.  Does GREE ever work with any third-party companies to
03:40:23  25   develop or launch games?
```

| | | |
|---|---|---|
| 03:40:25 | 1 | A.  Yes.   GREE as a product is the plat -- gaming platform |
| 03:40:31 | 2 | in Japan, so we have a lot of third-party developers.   They |
| 03:40:35 | 3 | offer games on our platform. |
| 03:40:39 | 4 | Q.  And does GREE have any games today that are available |
| 03:40:43 | 5 | globally? |
| 03:40:43 | 6 | A.  Yes, we have several games. |
| 03:40:47 | 7 | Q.  Are there any games that are available in the United |
| 03:40:49 | 8 | States? |
| 03:40:49 | 9 | A.  Yes. |
| 03:40:50 | 10 | Q.  Can you give me an example of one -- one of those |
| 03:40:53 | 11 | games? |
| 03:40:53 | 12 | A.  For example, we have the game called Another Eden and |
| 03:40:58 | 13 | we have a game called DanMachi or we have games called |
| 03:41:05 | 14 | sinoALICE, and also the game called Sword Art Online. |
| 03:41:09 | 15 | Q.  Have any of GREE's recent games won awards? |
| 03:41:14 | 16 | A.  Yes, we have several games that are awarded.   For |
| 03:41:20 | 17 | example, Another Eden got several award by Google Play. |
| 03:41:23 | 18 | Q.  And other than games, what are GREE's business |
| 03:41:27 | 19 | categories today? |
| 03:41:29 | 20 | A.  So we are doing major business with advertisement and |
| 03:41:34 | 21 | also the live entertainment business. |
| 03:41:39 | 22 | Q.  About how many patents or patent applications does GREE |
| 03:41:43 | 23 | have around the world? |
| 03:41:45 | 24 | A.  We have more than 1,800 patents and applications. |
| 03:41:50 | 25 | Q.  Why does GREE file for patents? |

| | | |
|---|---|---|
| 03:41:53 | 1 | A.  So as a company doing business in the tech and |
| 03:41:58 | 2 | entertainment or gaming industry, you know, innovation or |
| 03:42:03 | 3 | new technology is very, very important for us.  So filing |
| 03:42:13 | 4 | patent is a very important way to protect our business. |
| 03:42:16 | 5 | Q.  Why does GREE file for patents in the United States? |
| 03:42:19 | 6 | A.  Because we -- we have products in U.S. |
| 03:42:27 | 7 | MR. MOORE:  Could we go to the next slide, please? |
| 03:42:30 | 8 | Q.  (By Mr. Moore)  You have been in this courtroom |
| 03:42:35 | 9 | throughout this trial -- |
| 03:42:38 | 10 | A.  Correct. |
| 03:42:38 | 11 | Q.  -- Mr. Araki? |
| 03:42:39 | 12 | A.  Yes. |
| 03:42:40 | 13 | Q.  All right.  Do you see the image there of the '594 |
| 03:42:47 | 14 | patent and the name of the inventor? |
| 03:42:48 | 15 | A.  Yes. |
| 03:42:49 | 16 | Q.  Who is Mr. Taiki Eda, if I said that correctly? |
| 03:42:57 | 17 | A.  Mr. Eda was GREE's employee. |
| 03:42:59 | 18 | Q.  And is he still?  I'm sorry, strike that. |
| 03:43:02 | 19 | What -- what was his job while he was at GREE? |
| 03:43:05 | 20 | A.  He was game designer at GREE. |
| 03:43:08 | 21 | Q.  Is he still employed by GREE? |
| 03:43:10 | 22 | A.  Not anymore. |
| 03:43:12 | 23 | Q.  Where did he go after GREE? |
| 03:43:13 | 24 | A.  After GREE, he joined EA, Electronic Arts. |
| 03:43:18 | 25 | Q.  I'm sorry, Electronic Arts? |

| | | |
|---|---|---|
| 03:43:20 | 1 | A.  Electronic Arts, U.S. company. |
| 03:43:23 | 2 | MR. MOORE:  Could you please pull up, Mr. Groat, |
| 03:43:27 | 3 | Plaintiff's Exhibit 19? |
| 03:43:28 | 4 | Q.  (By Mr. Moore)  What is this document, Mr. Araki? |
| 03:43:33 | 5 | A.  This is application form of invention which is kind of |
| 03:43:42 | 6 | internal procedure of the company. |
| 03:43:43 | 7 | Q.  Is this an internal GREE form? |
| 03:43:45 | 8 | A.  Yes. |
| 03:43:46 | 9 | Q.  And what is the purpose of the form? |
| 03:43:48 | 10 | A.  When any employee come up with the new idea or a new |
| 03:43:53 | 11 | innovation, so he or she needs to submit the idea to the |
| 03:43:59 | 12 | company with this form. |
| 03:44:01 | 13 | Q.  And what are the stamps at the top right? |
| 03:44:05 | 14 | A.  So it's -- indicates that there are five people related |
| 03:44:10 | 15 | to this application, and then each of them should review or |
| 03:44:15 | 16 | approve this application. |
| 03:44:17 | 17 | Q.  And are these -- who are these five people? |
| 03:44:20 | 18 | A.  From left to right, the first one is inventor, so |
| 03:44:25 | 19 | Mr. Eda.  And then next -- second one is the manager of |
| 03:44:31 | 20 | him, and the third is the head of division of him.  And the |
| 03:44:36 | 21 | fourth one is the head of corporate division.  I would say |
| 03:44:41 | 22 | he was -- he is the CFO, and also he was the manager -- |
| 03:44:45 | 23 | manager of the legal team.  And the last one is the CTO. |
| 03:44:50 | 24 | Q.  And why does GREE have this approval process for its |
| 03:44:54 | 25 | invention forms for new -- new inventions? |

03:44:57  1   A.  So when someone came up with new idea, we have internal

03:45:02  2   procedure to review and assess.  If the idea is, you know,

03:45:11  3   valuable or, you know, it is appropriate to file a patent.

03:45:14  4           MR. MOORE:  You can take that down, Mr. Groat.

03:45:16  5   Thank you.

03:45:17  6   Q.  (By Mr. Moore)  Does GREE do this in every case that an

03:45:19  7   inventor submits a new idea?

03:45:21  8   A.  Yes.

03:45:22  9   Q.  And is that part of the decision about -- that GREE

03:45:26  10  makes whether to file a patent or not on that idea?

03:45:29  11  A.  Yes.

03:45:29  12  Q.  And does GREE file a patent on every single idea that

03:45:33  13  its employees come up with?

03:45:34  14  A.  No.

03:45:36  15          MR. MOORE:  Could we please pull up, Mr. Groat,

03:45:38  16  Plaintiff's Exhibit 660?

03:45:43  17  Q.  (By Mr. Moore)  What is this document, Mr. Eda -- I'm

03:45:47  18  sorry, Mr. Araki?

03:45:48  19  A.  So this is the English translation version of the

03:45:51  20  document, as I mentioned in the previous one.

03:45:55  21  Q.  And to which inventor or patent does this invention

03:46:00  22  report relate to?

03:46:01  23  A.  Mr. Eda.

03:46:03  24  Q.  Does it relate to the '594 patent?

03:46:07  25  A.  Yes.

```
03:46:07   1   Q.  Did the invention form that Mr. Eda prepared come out
03:46:15   2   of a game development project at GREE?
03:46:18   3   A.  Yes.
03:46:19   4   Q.  What game development process?
03:46:21   5   A.  The game was called Tenmega.
03:46:25   6   Q.  What kind of a game was Tenmega?
03:46:28   7   A.  That game was a simulation and also kind of combination
03:46:32   8   of simulation and roleplaying game.
03:46:35   9   Q.  Was Tenmega released?
03:46:38  10   A.  Yes, it was released in 2014.
03:46:43  11   Q.  And what happened to Tenmega?
03:46:46  12   A.  After six to eight month later after the launch, I
03:46:51  13   decided to discontinue the game.
03:46:54  14   Q.  And why did you do that?
03:46:55  15   A.  Because the game didn't meet our expectation of the
03:47:01  16   commercial success.
03:47:02  17   Q.  And did the invention in Mr. Eda's invention form for
03:47:11  18   the '594 patent, was that included in the version of
03:47:14  19   Tenmega that was released publicly?
03:47:16  20   A.  No, it was not included at that time.
03:47:19  21   Q.  What was the status of it at the time the game was
03:47:22  22   released?
03:47:25  23   A.  The game's feature, which is based on the patent, was
03:47:30  24   in development, but it was not released yet.
03:47:34  25          MR. MOORE:  Could we please go to -- back to the
```

```
03:47:37   1   next slide, Mr. Groat?
03:47:44   2   Q.  (By Mr. Moore)   All right.   Do you see the highlighted
03:47:47   3   name there, Yusuke Hisaoka?
03:47:52   4   A.  Yes.
03:47:53   5   Q.  And who is Mr. Hisaoka?
03:47:54   6   A.  Mr. Hisaoka is -- was the -- GREE's game designer.
03:47:58   7   Q.  And is he still employed by GREE?
03:48:00   8   A.  Not anymore.
03:48:02   9   Q.  Okay.
03:48:02  10           MR. MOORE:   Could you please pull up Plaintiff's
03:48:05  11   Exhibit 16?
03:48:09  12   Q.  (By Mr. Moore)   What is this document, Mr. Araki?
03:48:11  13   A.  So this is the application form of the new invention by
03:48:17  14   Mr. Hisaoka.
03:48:18  15   Q.  Is this the application form that relates to the '137
03:48:22  16   and '481 battle patents?
03:48:24  17   A.  Yes.
03:48:29  18           MR. MOORE:   Could we please pull up Plaintiff's
03:48:31  19   Exhibit 661?
03:48:35  20   Q.  (By Mr. Moore)   And what is this document?
03:48:36  21   A.  So this -- this is English translation of the document.
03:48:42  22   Q.  Did the invention form that Mr. Hisaoka and the other
03:48:46  23   inventors submitted come out of a game development project
03:48:50  24   at GREE?
03:48:51  25   A.  Yes.
```

| | | |
|---|---|---|
| 03:48:51 | 1 | Q.  What project was that? |
| 03:48:52 | 2 | A.  That game was called One Piece Adventure Log. |
| 03:49:03 | 3 | Q.  What type of game was it? |
| 03:49:04 | 4 | A.  That game was a roleplaying game on mobile. |
| 03:49:09 | 5 | Q.  Was that game released? |
| 03:49:11 | 6 | A.  Yes. |
| 03:49:11 | 7 | Q.  How long was it on the market? |
| 03:49:13 | 8 | A.  It was on the market for four years. |
| 03:49:15 | 9 | MR. MOORE:  Could we please go to the next slide, |
| 03:49:19 | 10 | Mr. Groat? |
| 03:49:19 | 11 | Q.  (By Mr. Moore)  Who is Mr. Masaru Takeuchi? |
| 03:49:24 | 12 | A.  Mr. Takeuchi is one of our employees. |
| 03:49:29 | 13 | Q.  Is he still an employee of GREE? |
| 03:49:32 | 14 | A.  Yes, he is still employed at GREE. |
| 03:49:34 | 15 | Q.  And what is his job at GREE? |
| 03:49:36 | 16 | A.  His job is game designer. |
| 03:49:39 | 17 | MR. MOORE:  Could we please pull up Plaintiff's |
| 03:49:45 | 18 | Exhibit 14? |
| 03:49:46 | 19 | Q.  (By Mr. Moore)  What is this document? |
| 03:49:47 | 20 | A.  This is application form of the new invention. |
| 03:49:53 | 21 | Q.  And which invention does this relate to? |
| 03:49:55 | 22 | A.  That's -- that is related to the Patent No. -- I wrote |
| 03:50:03 | 23 | the number -- the donation patent. |
| 03:50:08 | 24 | Q.  I think -- if you could look at PTX No. 3, Mr. Araki, |
| 03:50:19 | 25 | that would help. |

```
03:50:20   1   A.  Oh, yes, this -- yeah, this one.

03:50:22   2   Q.  What's --

03:50:23   3   A.  Patent No. '655 patent.

03:50:25   4   Q.  That's the '655 donation patent?

03:50:27   5   A.  Yes.

03:50:29   6   Q.  All right.

03:50:29   7           MR. MOORE:  Can we please pull up Plaintiff's

03:50:33   8   Exhibit 663?

03:50:34   9   Q.  (By Mr. Moore)  What is this document?

03:50:35  10   A.  This is English translation of the document,

03:50:37  11   application form.

03:50:38  12   Q.  Did you see Mr. Takeuchi's name?

03:50:40  13   A.  Yes.

03:50:42  14   Q.  All right.  Did the invention form come out of a game

03:50:48  15   development project at GREE?

03:50:51  16   A.  Yes.

03:50:52  17   Q.  And what was that project?

03:50:53  18   A.  That project is the Avatar Project.

03:50:55  19   Q.  What is the Avatar Project?

03:50:57  20   A.  The Avatar is one of the products on the GREE platform

03:51:03  21   which is -- where player can create their own Avatar, I

03:51:11  22   mean, look.  So player can choose hair style, face, and

03:51:15  23   outfit to create their own Avatar to communicate with other

03:51:19  24   players.

03:51:20  25   Q.  And is Avatar still offered on the GREE platform?
```

523

03:51:23   1   A.   Yes.

03:51:24   2   Q.   How long has that been available?

03:51:26   3   A.   It's been available more than 13 years, so long time.

03:51:32   4   Q.   Did you work on the development of the Avatar program?

03:51:35   5   A.   Yes, I was one of the programmer and also designer of

03:51:38   6   the product.

03:51:52   7        MR. MOORE:   All right.   Could you please go back

03:51:54   8   to the next slide, Mr. Groat.

03:51:56   9   Q.   (By Mr. Moore)   Who is Mr. Tsuchiya?

03:52:01   10  A.   Mr. Tsuchiya was the game designer at GREE.

03:52:04   11  Q.   Is he still employed at GREE?

03:52:06   12  A.   No.

03:52:06   13  Q.   And who is Mr. Tadashi Nagano?

03:52:09   14  A.   Mr. Nagano is the game designer at GREE.

03:52:15   15  Q.   And is he still employed by GREE?

03:52:18   16  A.   He's still employed at GREE.

03:52:20   17        MR. MOORE:   Can we pull up, please, Plaintiff's

03:52:24   18  Exhibit 12.

03:52:24   19  Q.   (By Mr. Moore)   What is this document?

03:52:26   20  A.   So this document is application form of the new

03:52:31   21  invention by Mr. Tsuchiya.

03:52:34   22  Q.   And Mr. Nagano, as well?

03:52:36   23  A.   Yes, there is Mr. Nagano in the inventor's list.

03:52:42   24        MR. MOORE:   Could we please pull up Plaintiff's

03:52:44   25  Exhibit 662?

03:52:45  1   Q.  (By Mr. Moore)   What is this document?

03:52:48  2   A.  So this is English version of the document.

03:52:51  3   Q.  All right.  Did the invention form come out of a game

03:52:59  4   development project at GREE?

03:53:00  5   A.  Yes, it -- it came from the game development project.

03:53:04  6   Q.  Which game development project?

03:53:06  7   A.  A game called War Corps.

03:53:08  8   Q.  What type of a game was that?

03:53:11  9   A.  War Corps was the -- the shooting game.

03:53:15  10  Q.  Was that game ever released?

03:53:17  11  A.  It was not released.

03:53:18  12  Q.  Why not?

03:53:19  13  A.  Before launch, we had decided to discontinue the

03:53:24  14  project.

03:53:25  15  Q.  And why did you decide to do that?

03:53:28  16  A.  Because based on the, you know, resource allocation

03:53:32  17  within the whole company, at that time, we structured a lot

03:53:36  18  of games' portfolio, and then we decided not to release the

03:53:41  19  game.

03:53:42  20  Q.  All right.  Thank you.

03:53:43  21       MR. MOORE:  You may take that down, please,

03:53:45  22  Mr. Groat.

03:53:46  23  Q.  (By Mr. Moore)   When did GREE become aware of

03:53:49  24  Supercell?

03:53:49  25  A.  GREE became aware of Supercell around 2012, as I

03:53:57   1   understand.

03:53:57   2   Q.   And did GREE and Supercell have any interactions at

03:54:00   3   that time?

03:54:00   4   A.   My understanding is that at that time, we had some, you

03:54:05   5   know, discussion with them.

03:54:06   6   Q.   And what was the subject of those discussions?

03:54:10   7   A.   My understanding is that Supercell came to Japan, and

03:54:14   8   then we met and discussed if we can help them to publish

03:54:19   9   their game in Japan market.

03:54:21   10   Q.   What was the outcome of those discussions?

03:54:23   11   A.   The Supercell decided not to work with us, and then

03:54:30   12   launched a game by themselves.

03:54:31   13   Q.   And what year did that take place in?

03:54:33   14   A.   I was not in charge of that title.

03:54:36   15   Q.   All right.   Now, are you aware of some of Supercell's

03:54:39   16   games?

03:54:39   17   A.   Yes.

03:54:39   18   Q.   Have you played them?

03:54:40   19   A.   Yes.

03:54:40   20   Q.   Have you enjoyed playing them?

03:54:42   21   A.   Yes.   Actually, I played a lot of their games.

03:54:46   22   Q.   Is there any later point in time when GREE believed

03:54:49   23   that Supercell was infringing some of its patents?

03:54:54   24   A.   Yes.

03:54:54   25   Q.   And what year was that?

526

03:54:55   1    A.   When?

03:54:56   2    Q.   Yes, what year?

03:54:57   3    A.   Year was 2016, I think.

03:55:02   4    Q.   What did GREE decide to do at that time?

03:55:04   5    A.   At that time, GREE has sent letter to Supercell.

03:55:10   6         MR. MOORE:   Could you please pull up Plaintiff's

03:55:13   7    Exhibit 475?  Blow up the first half, please.

03:55:20   8    Q.   (By Mr. Moore)   What is this document?

03:55:21   9    A.   This is a letter GREE has sent in 2016 to Supercell.

03:55:27  10    Q.   And who did it send -- who did GREE's attorneys send

03:55:31  11    that letter to?

03:55:41  12    A.   Its seems Naoki Yoshida.

03:55:41  13    Q.   Oh, I'm sorry.   That was the author, right?   Who was

03:55:42  14    the -- who received the letter at Supercell?

03:55:44  15    A.   Oh, who received.   It was Mr. Paananen, it's the CEO of

03:55:48  16    Supercell.

03:55:49  17         MR. MOORE:   And could you scroll down the

03:55:51  18    document, please, Mr. Groat?

03:55:53  19    Q.   (By Mr. Moore)   What are those numbers that are shown

03:55:54  20    in the document?

03:55:55  21    A.   Those numbers is -- those numbers are number of

03:56:00  22    Japanese patent and also U.S. patent application.

03:56:04  23    Q.   Okay.   Why did Supercell send this letter to

03:56:07  24    Supercell -- I'm sorry, why did GREE send this letter to

03:56:14  25    Supercell?

| | | |
|---|---|---|
| 03:56:14 | 1 | A.  Because GREE found that Supercell infringed our |
| 03:56:19 | 2 | patents. |
| 03:56:19 | 3 | Q.  And what did GREE hope to achieve through this letter? |
| 03:56:23 | 4 | A.  We offered to negotiate for the licensing of our |
| 03:56:27 | 5 | patents. |
| 03:56:28 | 6 | MR. MOORE:  And could you go to the next page, |
| 03:56:30 | 7 | please, Mr. Groat?  Would you please blow up the first two |
| 03:56:36 | 8 | paragraphs there? |
| 03:56:37 | 9 | Q.  (By Mr. Moore)  And did GREE tell Supercell in the |
| 03:56:42 | 10 | letter about its desire to negotiate? |
| 03:56:45 | 11 | A.  Yes.  I think the latter part of the second paragraph |
| 03:56:51 | 12 | that GREE would like to reach a reasonable agreement with |
| 03:56:57 | 13 | Supercell than to take on a patent fight. |
| 03:57:03 | 14 | MR. MOORE:  Now, could we go back to the slides, |
| 03:57:09 | 15 | please?  If you could go to the next one.  I'm sorry, let's |
| 03:57:12 | 16 | go one more.  Thank you. |
| 03:57:14 | 17 | Q.  (By Mr. Moore)  Did any of the patents that GREE told |
| 03:57:17 | 18 | Supercell about in this letter have any relationship to any |
| 03:57:21 | 19 | of the patents that are now being asserted in this lawsuit? |
| 03:57:25 | 20 | A.  Yes.  In this letter, there are two Japanese patents, |
| 03:57:31 | 21 | which is equivalent with the U.S. patents, three U.S. |
| 03:57:37 | 22 | patents, and also the one U.S. patent application at that |
| 03:57:41 | 23 | time.  Currently it's called the, you know, file -- I mean, |
| 03:57:47 | 24 | issued U.S. patent. |
| 03:57:48 | 25 | Q.  So the first -- the '137, the '481, and the '655, was |

528

03:57:52  1   there a relationship with -- between those patents in the

03:57:55  2   U.S. and then the Japanese version of those patents that

03:57:58  3   are in the letter?

03:57:58  4   A.  Yes.

03:58:00  5          MR. SACKSTEDER:  Objection, Your Honor.

03:58:01  6   Foundation.

03:58:03  7          THE COURT:  Overruled.  And not timely.  He'd

03:58:07  8   already answered the question.

03:58:08  9          Let's proceed.

03:58:10  10  Q.  (By Mr. Moore)  And is there --

03:58:11  11         MR. MOORE:  Thank you, Your Honor.

03:58:11  12  Q.  (By Mr. Moore)  Is there a relationship between the

03:58:13  13  U.S. patent application number that is in the letter and

03:58:17  14  the '594 patent?

03:58:19  15  A.  Yes.

03:58:20  16  Q.  Is that the application number that eventually resulted

03:58:24  17  in the granted '594 patent?

03:58:28  18  A.  Yes.

03:58:28  19  Q.  All right.

03:58:29  20         MR. MOORE:  You may take that down.

03:58:31  21  Q.  (By Mr. Moore)  After GREE sent this letter, did -- did

03:58:38  22  Supercell agree to a license right after GREE sent this

03:58:41  23  letter?

03:58:42  24  A.  No.

03:58:42  25  Q.  What did Super -- Supercell do after GREE sent the

03:58:48  1  letter?

03:58:49  2  A.  They -- my understanding is that they -- they refused

03:58:54  3  to license our patents.

03:58:55  4  Q.  Did they do anything else that you're aware of?

03:58:59  5  A.  I don't know.

03:59:00  6  Q.  Okay.  And what did GREE do eventually?

03:59:04  7  A.  So, eventually, GREE filed the lawsuit in Japan.

03:59:09  8  Q.  And why did GREE file that lawsuit?

03:59:12  9  A.  Because we wanted to -- Supercell to license our

03:59:18  10  patents.  That's my understanding.

03:59:20  11  Q.  And what was the final result of the lawsuits between

03:59:22  12  GREE and Supercell in Japan?

03:59:24  13  A.  At the end, GREE and Supercell reached agreement that

03:59:30  14  GREE -- Supercell license the GREE's patents.

03:59:35  15        MR. MOORE:  And could you go to the next slide,

03:59:44  16  please?  Thank you.

03:59:46  17  Q.  (By Mr. Moore)  Is this part of the license agreement

03:59:50  18  between GREE and Supercell for Japan?

03:59:52  19  A.  Yes.

03:59:52  20  Q.  And what patents did GREE license to Supercell in

03:59:56  21  Japan?

03:59:57  22  A.  So GREE licensed the -- all of its patents to Supercell

04:00:02  23  in Japan.

04:00:03  24  Q.  How many patents of GREE's total patents in Japan were

04:00:08  25  the subject of the lawsuits at the time this license

04:00:11   1   agreement was signed?

04:00:14   2   A.   I don't know exact number, but I would say it's more

04:00:19   3   than thousand.

04:00:20   4   Q.   I'm sorry?

04:00:22   5   A.   Oh, in the letter?

04:00:23   6   Q.   So -- so that's the total number.  How many were

04:00:27   7   actually in lawsuits in Japan at the time of the license

04:00:30   8   agreement?

04:00:30   9   A.   My understanding is that it was 15 or so.

04:00:35   10   Q.   Okay.  And did Supercell pay GREE a royalty for --

04:00:39   11   A.   Yes.

04:00:39   12   Q.   -- its patents?

04:00:41   13   A.   Yes.

04:00:41   14   Q.   And what was the amount of the royalty that Supercell

04:00:44   15   paid to GREE?

04:00:45   16   A.   My understanding is that around four to five million

04:00:50   17   U.S. dollars.

04:00:51   18   Q.   And that was for the Japanese market?

04:00:53   19   A.   That for the Japanese market.

04:00:57   20   Q.   Did you have any role in the license agreement?

04:01:05   21   A.   I -- I approved the agreement as a board of directors

04:01:11   22   because the -- this agreement -- to sign this agreement,

04:01:16   23   the board of directors has -- had to approve the deal.

04:01:20   24   Q.   And did you vote to approve it?

04:01:22   25   A.   Yes.

| | | |
|---|---|---|
| 04:01:22 | 1 | Q.  Did the rest of the board of directors vote to approve |
| 04:01:25 | 2 | it? |
| 04:01:25 | 3 | A.  Yes. |
| 04:01:26 | 4 | Q.  All right.  Did Supercell agree at this time to take a |
| 04:01:30 | 5 | license to any of GREE's United States patents? |
| 04:01:34 | 6 | A.  No. |
| 04:01:34 | 7 | Q.  Did GREE still want to enter into a license with |
| 04:01:38 | 8 | Supercell for the United States patents? |
| 04:01:41 | 9 | A.  Yes. |
| 04:01:42 | 10 | Q.  What did GREE do next? |
| 04:01:44 | 11 | A.  So after the settlement in Japanese litigation, so we |
| 04:01:50 | 12 | filed this case, this lawsuit in U.S. |
| 04:01:53 | 13 | Q.  Before GREE had -- well, strike that. |
| 04:01:57 | 14 | Has GREE ever filed a patent infringement lawsuit |
| 04:01:59 | 15 | against anyone except for Supercell? |
| 04:02:01 | 16 | A.  Never. |
| 04:02:02 | 17 | Q.  Other than the litigations in Japan and this -- the |
| 04:02:06 | 18 | lawsuits in the United States, has GREE filed -- I'm sorry. |
| 04:02:09 | 19 | Let me ask that. |
| 04:02:10 | 20 | Has GREE filed any patent lawsuits other than the |
| 04:02:13 | 21 | lawsuits it filed against Supercell in Japan and the |
| 04:02:17 | 22 | lawsuits it has filed against Supercell in the United |
| 04:02:19 | 23 | States? |
| 04:02:19 | 24 | A.  Nothing else. |
| 04:02:20 | 25 | Q.  And what is GREE's goal out of this lawsuit? |

| | | |
|---|---|---|
| 04:02:24 | 1 | A.  Out of this lawsuit, we have to -- we want license and |
| 04:02:32 | 2 | royalty. |
| 04:02:33 | 3 | Q.  Thank you very much, Mr. Araki. |
| 04:02:34 | 4 | MR. MOORE:  I pass the witness, Your Honor. |
| 04:02:37 | 5 | THE COURT:  Cross-examination by the Defendant. |
| 04:02:52 | 6 | Proceed when you're ready, Mr. Sacksteder. |
| 04:02:54 | 7 | MR. SACKSTEDER:  Thank you, Your Honor. |
| 04:02:54 | 8 | CROSS-EXAMINATION |
| 04:02:55 | 9 | BY MR. SACKSTEDER: |
| 04:02:55 | 10 | Q.  Good afternoon, Mr. Araki. |
| 04:02:56 | 11 | A.  Good afternoon. |
| 04:02:56 | 12 | Q.  We met in Tokyo -- |
| 04:02:59 | 13 | A.  Yeah. |
| 04:03:00 | 14 | Q.  -- for your deposition, correct? |
| 04:03:08 | 15 | MR. SACKSTEDER:  Your Honor, may Mr. McMichael |
| 04:03:11 | 16 | approach with his exhibits? |
| 04:03:12 | 17 | THE COURT:  Yes, he may. |
| 04:03:12 | 18 | MR. SACKSTEDER:  Thank you, Your Honor. |
| 04:03:19 | 19 | THE COURT:  -- since he's in mid-step anyway. |
| 04:03:34 | 20 | All right.  Let's proceed. |
| 04:03:35 | 21 | Q.  (By Mr. Sacksteder)  Mr. Araki, none of GREE's games |
| 04:03:39 | 22 | currently on the market in the U.S. practice any of the |
| 04:03:41 | 23 | patents that you discussed that are asserted in this case, |
| 04:03:44 | 24 | correct? |
| 04:03:44 | 25 | A.  Sorry, what was the question? |

04:03:46   1   Q.   None of GREE's games that are available in the United

04:03:52   2   States currently include any of the patents that are

04:03:57   3   asserted in this case?

04:04:00   4   A.   No.

04:04:01   5   Q.   That's correct, right?

04:04:02   6   A.   That's correct, yes.

04:04:04   7   Q.   Thank you.

04:04:05   8          You mentioned Avatar, correct?

04:04:08   9   A.   Correct.

04:04:08   10  Q.   And that is part of the social media platform?

04:04:12   11  A.   It's on the GREE platform.

04:04:15   12  Q.   And Avatar never actually ended up practicing the '655

04:04:24   13  patent, correct?

04:04:24   14  A.   '655?

04:04:30   15  Q.   I think your counsel called it the donation patent.

04:04:33   16  A.   Donation.   My understanding is that it used the patent.

04:04:40   17  That's my understanding.

04:04:44   18  Q.   In Japan?

04:04:46   19  A.   In Japan.

04:04:48   20  Q.   You testified about a game called Clinoppe?

04:05:02   21  A.   Yes.

04:05:02   22  Q.   And that was removed from the U.S. market in 2014,

04:05:09   23  correct?

04:05:09   24  A.   I cannot recall when was that, but it was available in

04:05:14   25  the U.S. and also it was discontinued.

| | | |
|---|---|---|
| 04:05:17 | 1 | Q.  It's no longer available in the United States? |
| 04:05:19 | 2 | A.  Correct. |
| 04:05:19 | 3 | Q.  And when it was available in the United States, it did |
| 04:05:22 | 4 | not include the patented feature of the '655 patent, |
| 04:05:27 | 5 | correct? |
| 04:05:27 | 6 | A.  Correct. |
| 04:05:28 | 7 | Q.  You testified about a product called Haconiwa? |
| 04:05:36 | 8 | A.  Yes. |
| 04:05:36 | 9 | Q.  That was never released in the United States, correct? |
| 04:05:40 | 10 | A.  Correct. |
| 04:05:40 | 11 | Q.  It was released only in Japan, correct? |
| 04:05:43 | 12 | A.  Correct. |
| 04:05:44 | 13 | Q.  And the feature that practiced the '655 patent was only |
| 04:05:52 | 14 | available in that product on a limited basis during |
| 04:05:56 | 15 | selected events, correct? |
| 04:06:01 | 16 | A.  I'm not sure. |
| 04:06:04 | 17 | Q.  In your deposition, you identified a single event in |
| 04:06:07 | 18 | this case that used that -- that patent, and it was around |
| 04:06:11 | 19 | Valentine's Day in 2014, correct? |
| 04:06:14 | 20 | A.  I know it was used in the -- the Valentine event in |
| 04:06:22 | 21 | 2014, but I'm not sure if it was used in the other way. |
| 04:06:25 | 22 | Q.  It is not available on an ongoing basis in the game, |
| 04:06:30 | 23 | correct? |
| 04:06:30 | 24 | A.  That's correct. |
| 04:06:30 | 25 | Q.  You mentioned a game called War Corps? |

04:06:37  1   A.  Yes.

04:06:37  2   Q.  And that was the game that the invention of the '873

04:06:41  3   patent was -- was developed for, correct?

04:06:46  4   A.  Correct.

04:06:47  5   Q.  War Corps was never released in the United States,

04:06:50  6   correct?

04:06:50  7   A.  Correct.

04:06:51  8   Q.  In fact, War Corps was never released in Japan either,

04:06:55  9   correct?

04:06:55  10  A.  Correct.

04:06:57  11  Q.  And I think you made the decision maybe not to release

04:07:00  12  it, right?

04:07:01  13  A.  I was not the decision-maker.

04:07:04  14  Q.  It was not released because it didn't look like it was

04:07:07  15  going to be successful, correct?

04:07:10  16  A.  I don't know the exact reason, but it was not released.

04:07:15  17  Q.  And that's the only game that GREE has ever had that

04:07:20  18  has practiced the invention claimed in the '873 patent,

04:07:23  19  correct?

04:07:23  20  A.  Correct.

04:07:24  21  Q.  And GREE has never released a game in the United States

04:07:29  22  that has practiced any asserted claim of the '137 or '481

04:07:34  23  patents, correct?

04:07:36  24  A.  One -- let me just check the -- this patent.  You said

04:07:48  25  '130 -- which --

04:07:50   1   Q.   The '137 and the '481 patents?

04:07:51   2   A.   Yeah, it was -- they were not released in the U.S.

04:07:59   3   Q.   And the only game that has included the inventions

04:08:04   4   claimed in those two patents was a game called One Piece

04:08:10   5   Adventure Log, correct?

04:08:11   6   A.   Correct.

04:08:12   7   Q.   And One Piece Adventure Log was available for a few

04:08:18   8   years, and then about three years ago it was taken off the

04:08:21   9   market, correct?

04:08:21  10   A.   Correct.

04:08:22  11   Q.   I think it was released in 2013 and taken off the

04:08:27  12   market in 2017, correct?

04:08:30  13   A.   Correct.

04:08:31  14   Q.   And that was only in Japan, right?

04:08:33  15   A.   Correct.

04:08:33  16   Q.   GREE has never released a game in the United States

04:08:36  17   that practiced Claim 2 of the '594 patent, correct?

04:08:39  18   A.   Correct.

04:08:57  19   Q.   And you testified about a game called Tenmega?

04:09:00  20   A.   Correct.

04:09:01  21   Q.   And Tenmega was the game that the technique of the '594

04:09:05  22   patent was developed for, correct?

04:09:08  23   A.   Correct.

04:09:09  24   Q.   But Claim 2 was never included in Tenmega, correct?

04:09:18  25   A.   Claim 2 -- I have some -- I -- I cannot precisely

| | | |
|---|---|---|
| 04:09:37 | 1 | answer the question right now. |
| 04:09:43 | 2 | Q.  I didn't hear you testify on direct examination that |
| 04:09:46 | 3 | Tenmega practiced Claim 2 of the '594 patent, correct? |
| 04:09:52 | 4 | A.  So what was the question? |
| 04:09:53 | 5 | Q.  You didn't testify today that Tenmega did practice that |
| 04:09:58 | 6 | claimed invention, correct? |
| 04:09:59 | 7 | A.  Correct. |
| 04:10:00 | 8 | Q.  All right.  And Tenmega was on the market for less than |
| 04:10:04 | 9 | a year in Japan, right? |
| 04:10:06 | 10 | A.  Correct. |
| 04:10:06 | 11 | Q.  And then you actually did make the decision to take |
| 04:10:09 | 12 | that one off the market, correct? |
| 04:10:11 | 13 | A.  Correct. |
| 04:10:11 | 14 | Q.  And that's because it was not doing well as a business |
| 04:10:15 | 15 | matter, correct? |
| 04:10:15 | 16 | A.  It didn't meet our expectation. |
| 04:10:18 | 17 |      MR. SACKSTEDER:  Can we look at Slide DDX-11, |
| 04:10:22 | 18 | Slide 2, Mr. Smith? |
| 04:10:28 | 19 | Q.  (By Mr. Sacksteder)  So is -- can you look at this |
| 04:10:31 | 20 | and -- and confirm that this is a correct summary? |
| 04:10:57 | 21 | A.  I disagree with the second row, which is about '655 |
| 04:11:02 | 22 | patent.  My understanding is that it was implemented in the |
| 04:11:07 | 23 | Clinoppe and Haconiwa. |
| 04:11:09 | 24 | Q.  But never in the U.S., correct? |
| 04:11:10 | 25 | A.  But never in the U.S. |

04:11:11   1   Q.  So the War Corps game was never released in the U.S.

04:11:14   2   and never released in Japan, correct?

04:11:17   3   A.  Correct.

04:11:17   4   Q.  And the One Piece game was never released in the U.S.,

04:11:21   5   and it was discontinued in the 2017, correct?

04:11:24   6   A.  Correct.

04:11:24   7   Q.  And the Tenmega game, you don't know whether it used

04:11:28   8   the feature, but it was released and discontinued with --

04:11:30   9   within one year in Japan, correct?

04:11:32  10   A.  Correct.

04:11:35  11           MR. SACKSTEDER:  Mr. Smith, can we look at GREE's

04:11:37  12   opening demonstratives -- it's PDX-1, Slide 9 -- please?

04:11:47  13   Q.  (By Mr. Sacksteder)  You referred to some games that

04:11:50  14   are available currently in the U.S., correct?

04:11:52  15   A.  Correct.

04:11:52  16   Q.  And one of them was sinoAlice; is that correct?

04:11:56  17   A.  It's pronounced sinoAlice.

04:11:59  18   Q.  SinoAlice?

04:12:00  19   A.  Yeah.

04:12:01  20   Q.  All right.  And that's a game that's available in the

04:12:03  21   U.S., correct?

04:12:04  22   A.  Correct.

04:12:04  23   Q.  Currently, correct?  That doesn't include any of the

04:12:07  24   inventions claimed in any of the patents in this case,

04:12:10  25   right?

539

04:12:10   1   A.  Correct.

04:12:10   2   Q.  And there's another game called Another Eden, which is

04:12:16   3   also a game that's available in the U.S., correct?

04:12:18   4   A.  Correct.

04:12:18   5   Q.  And that one does not practice any of the inventions in

04:12:21   6   any of the -- the claimed -- in any of the patents,

04:12:26   7   correct?

04:12:26   8   A.  Correct.

04:12:28   9   Q.  So that's two games.  There's one more, DanMachi, I

04:12:33   10  think you mentioned?

04:12:34   11  A.  Yeah.

04:12:35   12       MR. SACKSTEDER:  Can we go to Slide 3, please?

04:12:37   13  Q.  (By Mr. Sacksteder)  So that's available in the United

04:12:39   14  States, as well, correct?

04:12:40   15  A.  Yes.

04:12:41   16  Q.  And this is a press release about the release of

04:12:47   17  DanMachi, correct?

04:12:48   18  A.  Yes, correct.

04:12:49   19  Q.  And that's the North American version of DanMachi?

04:12:57   20  A.  Yes.

04:12:57   21  Q.  All right.  But GREE also does not claim that DanMachi

04:12:57   22  practices any claims of any of the patents that are

04:13:01   23  asserted in this case, correct?

04:13:01   24  A.  Correct.

04:13:06   25       MR. SACKSTEDER:  Can we look at Slide 5 of the

04:13:08   1   demonstratives for Mr. Araki, please?  It's PDX-3.

04:13:25   2   Q.  (By Mr. Sacksteder)  And you testified, sir, that

04:13:26   3   the -- the document that is shown on Slide 5 was from 2012,

04:13:30   4   correct?

04:13:30   5   A.  Correct.

04:13:31   6   Q.  All right.  And that identified some games that were

04:13:34   7   available in the U.S. at that time?

04:13:37   8   A.  Correct.

04:13:37   9   Q.  One of them is Modern War, correct?

04:13:42   10  A.  Correct.

04:13:43   11  Q.  And one of them is Crime City, and one them is Knights

04:13:49   12  and Dragons, correct?

04:13:50   13  A.  Correct.

04:13:51   14  Q.  Were any of those games developed by GREE, as opposed

04:13:58   15  to a company that GREE acquired?

04:13:59   16  A.  The Modern World and Crime City are developed by the

04:14:03   17  company we acquired.

04:14:04   18  Q.  Funzio was the name of that company?

04:14:09   19  A.  Funzio is the name of the company.  And Knights &

04:14:12   20  Dragons was developed by GREE.

04:14:14   21  Q.  Okay.  And are any of those on the market anymore in

04:14:17   22  the U.S.?

04:14:17   23  A.  I'm not sure.  I think they are, but I'm not sure right

04:14:24   24  now.

04:14:25   25  Q.  Okay.

04:14:25  1          MR. SACKSTEDER:  Can we look at Slide 4?

04:14:37  2   Actually, that's okay, Mr. Smith.  We can go on.  Let's go

04:14:41  3   to Slide 5.  Actually, I think I can move on.

04:14:44  4   Q.  (By Mr. Sacksteder)  So you testified about the -- the

04:14:51  5   license agreement in Japan between Supercell and GREE,

04:14:54  6   correct?

04:14:54  7   A.  Right.

04:14:55  8   Q.  Did you have any understanding of any of the other

04:15:04  9   terms of that license?

04:15:05  10  A.  I'm not -- so I don't understand very deeply about the

04:15:09  11  licensing agreement.

04:15:11  12  Q.  All right.  You were not involved at all in negotiating

04:15:15  13  that agreement, correct?

04:15:16  14  A.  Correct.

04:15:16  15  Q.  It was signed in February of 2019, correct?

04:15:18  16  A.  That's my understanding.

04:15:19  17  Q.  And the first time you ever read that agreement was in

04:15:22  18  February of this year, correct?

04:15:23  19  A.  Correct.

04:15:24  20  Q.  And that was right before we took your deposition in

04:15:27  21  Tokyo, correct?

04:15:28  22  A.  Correct.

04:15:28  23  Q.  And you said you didn't have any information except

04:15:33  24  that -- you didn't have any information about why GREE

04:15:42  25  entered that agreement, correct?

| | | |
|---|---|---|
| 04:15:44 | 1 | A.  Of course, I had some information, but I couldn't |
| 04:15:47 | 2 | disclose because it was told by lawyer. |
| 04:15:49 | 3 | Q.  You weren't -- you weren't permitted to tell us about |
| 04:15:54 | 4 | it; is that right? |
| 04:15:55 | 5 | A.  Yes. |
| 04:15:56 | 6 | Q.  Okay.  I'll move on.  And part of the agreement was |
| 04:16:05 | 7 | that the parties would settle a number of lawsuits in |
| 04:16:07 | 8 | Japan, correct? |
| 04:16:08 | 9 | A.  Correct. |
| 04:16:08 | 10 | Q.  And when the parties settled those lawsuits, neither |
| 04:16:14 | 11 | side admitted liability, correct? |
| 04:16:17 | 12 | A.  I'm not sure. |
| 04:16:17 | 13 | MR. SACKSTEDER:  Can we see DX-221 at Page 1, |
| 04:16:27 | 14 | please?  And if you can go to the part that says:  Whereas, |
| 04:16:31 | 15 | following negotiations -- |
| 04:16:34 | 16 | Q.  (By Mr. Sacksteder)  It says that nothing in this |
| 04:16:39 | 17 | agreement -- without this agreement or its contents |
| 04:16:42 | 18 | constituting any admission or evidence, or the basis for |
| 04:16:42 | 19 | any finding or taking of judicial notice of any wrongdoing |
| 04:16:45 | 20 | or liability whatsoever on the part of -- |
| 04:16:45 | 21 | THE COURT:  Slow down, counsel. |
| 04:16:46 | 22 | MR. SACKSTEDER:  Oh, I'm sorry. |
| 04:16:48 | 23 | THE COURT:  You're rattling it off. |
| 04:16:50 | 24 | MR. SACKSTEDER:  Yep. |
| 04:16:50 | 25 | Q.  (By Mr. Sacksteder)  Whatsoever on part of either of |

| | | |
|---|---|---|
| 04:16:52 | 1 | the parties, correct?  Do you see that? |
| 04:16:53 | 2 | A.  Yes, I see that. |
| 04:17:02 | 3 | Q.  And the parties actually settled these lawsuits to |
| 04:17:06 | 4 | avoid the expense of litigation, correct? |
| 04:17:08 | 5 | A.  I'm not sure. |
| 04:17:09 | 6 | MR. SACKSTEDER:  Okay.  Can we look at the whereas |
| 04:17:11 | 7 | clause that says "whereas the parties wish to"? |
| 04:17:30 | 8 | Q.  (By Mr. Sacksteder)  They wish to resolve the Japanese |
| 04:17:32 | 9 | actions to avoid the continuing expense, inconvenience and |
| 04:17:41 | 10 | distraction of potential protracted litigation in Japan; |
| 04:17:41 | 11 | do you see that? |
| 04:17:41 | 12 | A.  Yes, I see that. |
| 04:17:42 | 13 | Q.  And that's something that GREE and Supercell both |
| 04:17:45 | 14 | agreed was part of this agreement, correct? |
| 04:17:47 | 15 | A.  Yes. |
| 04:17:49 | 16 | MR. SACKSTEDER:  All right.  You can take that |
| 04:17:51 | 17 | down now. |
| 04:17:52 | 18 | Q.  (By Mr. Sacksteder)  Do you have any understanding of |
| 04:17:54 | 19 | whether Supercell also agreed not to sue GREE for patent |
| 04:18:00 | 20 | infringement in the U.S. -- or in Japan, in that agreement? |
| 04:18:03 | 21 | A.  I don't know. |
| 04:18:04 | 22 | Q.  Okay.  You don't know whether Supercell released GREE |
| 04:18:07 | 23 | for any past patent infringement of Supercell patents in |
| 04:18:12 | 24 | Japan as part of that agreement, correct? |
| 04:18:14 | 25 | A.  I don't know. |

04:18:18   1    Q.  You said you were aware of Clash of Clans from very
04:18:21   2    early?
04:18:22   3    A.  Yes.
04:18:24   4    Q.  Clash of Clans was really successful in 2012, wasn't
04:18:27   5    it?
04:18:27   6    A.  It was, I think.
04:18:29   7    Q.  And it was in 2013 and '14 and '15, as well, correct?
04:18:35   8    A.  That's my understanding.
04:18:36   9    Q.  All right.  And 2016?
04:18:37   10   A.  Maybe because at that time, I didn't play anymore.
04:18:43   11   Q.  Okay.
04:18:43   12        MR. SACKSTEDER:  Can we see DX-1231, please?
04:18:46   13   Q.  (By Mr. Sacksteder)  DX-1231 is an email from someone
04:18:54   14   named Martin Meijering?
04:19:04   15   A.  Yes, I see that.
04:19:05   16   Q.  And the date is September 25th, 2012, correct?
04:19:08   17   A.  Correct.
04:19:09   18   Q.  And if you go to the bottom of the first page and on to
04:19:11   19   the second page, Mr. Meijering writes:  If possible, please
04:19:14   20   kindly share with us the PowerPoint version of CoC research
04:19:20   21   presentation.  We would like to translate to English.
04:19:22   22        Correct?
04:19:23   23   A.  Yeah, correct.
04:19:24   24   Q.  And CoC refers to Clash of Clans in that email,
04:19:28   25   correct?

| | | |
|---|---|---|
| 04:19:28 | 1 | A.  In this context, yes. |
| 04:19:33 | 2 | Q.  And in the email at the top Mr. Meijering writes: |
| 04:19:33 | 3 | Thank you for sending the PPT? |
| 04:19:39 | 4 | That's the PowerPoint presentation, correct? |
| 04:19:39 | 5 | A.  Correct. |
| 04:19:40 | 6 | Q.  It has been translated to English now:  When it is |
| 04:19:43 | 7 | completed, I will share it with you.  Thank you for making |
| 04:19:46 | 8 | the great presentation, it is very interesting! |
| 04:19:51 | 9 | It says that, correct? |
| 04:19:51 | 10 | A.  Correct. |
| 04:19:52 | 11 | MR. SACKSTEDER:  Let's look at DX-1217, please? |
| 04:20:01 | 12 | Q.  (By Mr. Sacksteder)  DX-1217 is an email that you are |
| 04:20:06 | 13 | the recipient of, correct? |
| 04:20:09 | 14 | A.  Yes. |
| 04:20:10 | 15 | Q.  And the date is November 27th, 2012? |
| 04:20:14 | 16 | A.  Yes. |
| 04:20:18 | 17 | Q.  And it is from someone named Christopher Paretti? |
| 04:20:24 | 18 | A.  Yes. |
| 04:20:25 | 19 | Q.  And he was a GREE employee, correct? |
| 04:20:27 | 20 | A.  Yes. |
| 04:20:28 | 21 | Q.  And he states that his biggest concern is that CoC is a |
| 04:20:32 | 22 | very, very well-done game from game design perspective.  We |
| 04:20:38 | 23 | need to be very clear upfront on -- says we need to be very |
| 04:20:47 | 24 | clear upfront on how we match and ideally surpass that bar |
| 04:20:51 | 25 | from a user experience standpoint and figure out a place we |

| | | |
|---|---|---|
| 04:20:55 | 1 | can be novel.  Correct? |
| 04:20:57 | 2 | A.  Correct. |
| 04:20:58 | 3 | Q.  And that was referring to Clash of Clans as |
| 04:21:03 | 4 | establishing a bar to surpass, correct? |
| 04:21:06 | 5 | A.  Yes. |
| 04:21:06 | 6 | Q.  And also a place where GREE needed to figure out it |
| 04:21:10 | 7 | could be novel, correct? |
| 04:21:12 | 8 | A.  Yes. |
| 04:21:21 | 9 | MR. SACKSTEDER:  Can we look at DX-1218, |
| 04:21:25 | 10 | Mr. Smith? |
| 04:21:26 | 11 | Q.  (By Mr. Sacksteder)  And that is an email dated |
| 04:21:30 | 12 | November 26th, 2012, and it is from you to Christopher |
| 04:21:39 | 13 | Paretti, correct? |
| 04:21:40 | 14 | A.  Correct. |
| 04:21:40 | 15 | Q.  You sent this a few days before the previous thread |
| 04:21:44 | 16 | that we looked at to -- and you sent it to Mr. Paretti, |
| 04:21:52 | 17 | correct? |
| 04:21:52 | 18 | A.  Correct. |
| 04:21:53 | 19 | Q.  And you were asking whether a person named Sally was a |
| 04:21:58 | 20 | good fit for working on RTS? |
| 04:22:03 | 21 | A.  Uh-huh. |
| 04:22:03 | 22 | Q.  Is that correct? |
| 04:22:03 | 23 | A.  Correct. |
| 04:22:03 | 24 | Q.  And RTS, is that real-time strategy? |
| 04:22:05 | 25 | A.  Yes. |

547

| | | |
|---|---|---|
| 04:22:05 | 1 | Q. And that's a genre of games, correct? |
| 04:22:06 | 2 | A. A genre of games, yes. |
| 04:22:06 | 3 | Q. Is Clash of Clans a real-time strategy game? |
| 04:22:11 | 4 | A. Someone said that, you know.  It's subjective matter. |
| 04:22:19 | 5 | Q. And that again is discussing Clash of Clans, correct? |
| 04:22:25 | 6 | A. Or in this mail? |
| 04:22:27 | 7 | Q. Uh-huh. |
| 04:22:28 | 8 | A. Yes. |
| 04:22:29 | 9 | Q. And in the email from Christopher Paretti to you it |
| 04:22:33 | 10 | talks about Clash of Clans being a bar and GREE having a |
| 04:22:35 | 11 | lot of work to do, correct? |
| 04:22:37 | 12 | A. Correct. |
| 04:22:38 | 13 | Q. And Mr. Paretti at GREE describes Clash of Clans as a |
| 04:22:44 | 14 | very polished and well-thought-out game, correct? |
| 04:22:47 | 15 | A. Correct. |
| 04:22:47 | 16 | Q. And that was in November of 2012, correct? |
| 04:22:49 | 17 | A. Correct. |
| 04:22:58 | 18 |         MR. SACKSTEDER:  Mr. Smith, can we see DX-1215, |
| 04:23:01 | 19 | please? |
| 04:23:01 | 20 | Q. (By Mr. Sacksteder)  I'm not going to make you read all |
| 04:23:03 | 21 | of this.  It is an email from a person named Steve Moy to |
| 04:23:10 | 22 | you, correct? |
| 04:23:10 | 23 | A. Correct. |
| 04:23:10 | 24 | Q. And this is dated November 20th, 2012, correct? |
| 04:23:15 | 25 | A. Correct. |

04:23:17  1  Q.  And the title is thoughts on studio direction and

04:23:22  2  roadmap, correct?

04:23:23  3  A.  Correct.

04:23:25  4  Q.  And Steve Moy was also an employee of GREE?

04:23:31  5  A.  Yes.

04:23:31  6  Q.  Under the paragraph that is identified as Mr. Moy's

04:23:39  7  first point, a little farther down, he writes:  The U.S.

04:23:44  8  market is evolving fast and quickly reaching future parity

04:23:50  9  with the Japanese market.  Card games were new in the U.S.

04:23:55  10  a year ago, but there are now several on the market and

04:23:58  11  more coming out every week.

04:24:00  12          Do you see that?

04:24:01  13  A.  Yes, I see that.

04:24:02  14  Q.  Under his second point, he writes that it is difficult

04:24:05  15  to attract and retain the best count -- strike that.

04:24:09  16          He -- he writes:  It is difficult to attract and

04:24:13  17  retain the best talent if we are not creating more

04:24:17  18  innovating -- innovative projects [sic], correct?

04:24:22  19  A.  Correct.

04:24:22  20  Q.  And Mr. Moy was knowledgeable about the projects at

04:24:26  21  GREE in 2012, correct?

04:24:27  22  A.  Correct.

04:24:27  23  Q.  And he said they needed to be more innovative, correct?

04:24:31  24  A.  Yes -- it doesn't -- I don't agree with that because he

04:24:36  25  says in this paragraph, it is difficult to attract and

04:24:45    1   retain this talent, but he didn't say we are not creative

04:24:49    2   or innovative.

04:24:50    3   Q.   Well, he wrote that morale is relatively low around the

04:24:54    4   game development studio, correct?

04:25:02    5   A.   Oh, yeah, yeah, he said -- he wrote that.

04:25:07    6   Q.   And the next thing he said was a large part of this is

04:25:10    7   clearly due to our general lack of successful titles,

04:25:14    8   correct?

04:25:14    9   A.   Correct.

04:25:19   10   Q.   And he was referring to GREE's lack of successful

04:25:24   11   titles, correct?

04:25:25   12   A.   Not -- no.  He didn't say about GREE, because in this

04:25:31   13   context, the studio means my team at the GREE U.S. studio.

04:25:37   14   There were lots of studio at that time.

04:25:39   15   Q.   Okay.  So the GREE studio in the U.S. had a lack of

04:25:43   16   successful titles at that time, right?

04:25:45   17   A.   GREE has two studios at that time --

04:25:47   18   Q.   Yes.

04:25:48   19   A.   -- in U.S.

04:25:51   20   Q.   And there was at that studio that he's referring to a

04:25:55   21   general lack of successful titles, correct?

04:25:58   22   A.   So it was my part of the studio he was mentioning.

04:26:02   23   Q.   And so it was the part that you were in charge of?

04:26:05   24   A.   Yes.

04:26:05   25   Q.   And was the other one the part that had been acquired

| | | |
|--|--|--|
| 04:26:09 | 1 | when the company Funzio was acquired? |
| 04:26:12 | 2 | A.  It was mixed, so it was not clearly separated. |
| 04:26:17 | 3 |        MR. SACKSTEDER:  Can we look at DX-1214, please? |
| 04:26:23 | 4 | Q.  (By Mr. Sacksteder)  And DX-1214 is an email from |
| 04:26:26 | 5 | someone named Tom Dimopoulos to you, correct? |
| 04:26:35 | 6 | A.  Correct. |
| 04:26:35 | 7 | Q.  And it's dated December 11th, 2012, correct? |
| 04:26:39 | 8 | A.  Correct. |
| 04:26:39 | 9 | Q.  And this is -- and Tom Dimopoulos was an employee of |
| 04:26:45 | 10 | GREE at the time, correct? |
| 04:26:45 | 11 | A.  Correct. |
| 04:26:47 | 12 | Q.  GREE conducted a survey in December of 2012 that |
| 04:26:51 | 13 | specifically selected for a co -- for the cohort group, |
| 04:26:57 | 14 | ages 18 to 35, 75 percent male, and required that they were |
| 04:27:02 | 15 | a current Clash of Clans player, correct? |
| 04:27:04 | 16 | A.  Correct. |
| 04:27:07 | 17 | Q.  So that's referring to an internal -- a GREE survey of |
| 04:27:11 | 18 | players, and they had to be Clash of Clans players already, |
| 04:27:16 | 19 | correct? |
| 04:27:16 | 20 | A.  It looks like that. |
| 04:27:19 | 21 | Q.  And the purpose of the survey was to gather data on |
| 04:27:24 | 22 | players' interests for themes that GREE was considering |
| 04:27:30 | 23 | using in its RTS, or real-time strategy, game, correct? |
| 04:27:35 | 24 | A.  Correct. |
| 04:27:35 | 25 | Q.  And one of the requirements was that they had to be |

04:27:39   1   somebody who already played Clash of Clans, correct?

04:27:41   2   A.  Correct.

04:27:43   3   Q.  On the second page, you say I'm very curious and want

04:27:50   4   to understand for future projects, correct?  It's down at

04:28:04   5   the bottom.

04:28:06   6   A.  The bottom?

04:28:07   7   Q.  Yes, sure.

04:28:08   8   A.  Yes, correct.

04:28:11   9        MR. SACKSTEDER:  Let's look at DX-200, please.

04:28:29   10   Q.  (By Mr. Sacksteder)  DX-200 is a Confluence page; is

04:28:32   11   that right?

04:28:32   12   A.  Yes, correct.

04:28:33   13   Q.  And Confluence is a -- sort of a work collaboration

04:28:38   14   system that's used at GREE, correct?

04:28:40   15   A.  Correct.

04:28:40   16   Q.  And there are a couple of bullet points there.  First

04:28:43   17   it says Clash of Clans, and then it says SUSANOO below

04:28:50   18   that?

04:28:50   19   A.  Yes.

04:28:50   20   Q.  SUSANOO is the internal code name for Tenmega, correct?

04:28:56   21   A.  Correct.

04:28:56   22   Q.  And Tenmega is the game that the claimed invention in

04:29:01   23   the '594 patent was developed for, correct?

04:29:02   24   A.  Correct.

04:29:08   25   Q.  If you go down farther, there are screenshots of games,

| | | |
|---|---|---|
| 04:29:16 | 1 | and the one that's kind of in the middle at the top is a |
| 04:29:21 | 2 | Clash of Clans character that's shown, correct? |
| 04:29:25 | 3 | A.  Correct. |
| 04:29:26 | 4 | Q.  And then if you go down farther, there are some SUSANOO |
| 04:29:31 | 5 | or Tenmega characters, as well, correct? |
| 04:29:37 | 6 | MR. SACKSTEDER:  A little farther down. |
| 04:29:39 | 7 | A.  Yes. |
| 04:29:40 | 8 | Q.  (By Mr. Sacksteder)  Yeah. |
| 04:29:42 | 9 | THE COURT:  Counsel, what would you estimate the |
| 04:29:44 | 10 | remainder of your cross to be timewise? |
| 04:29:46 | 11 | MR. SACKSTEDER:  I would say, Your Honor, about no |
| 04:29:49 | 12 | more than 10 minutes or so. |
| 04:29:52 | 13 | THE COURT:  All right.  Let's continue. |
| 04:29:54 | 14 | Q.  (By Mr. Sacksteder)  Okay.  So that shows both Clash of |
| 04:29:57 | 15 | Clans characters and then sort of replacing them with |
| 04:30:00 | 16 | SUSANOO or Tenmega characters, correct? |
| 04:30:02 | 17 | MR. MOORE:  Objection, Your Honor.  At this point |
| 04:30:05 | 18 | I'm going to have to object under Motion in Limine No. 8. |
| 04:30:16 | 19 | THE COURT:  You're talking about Defendant's |
| 04:30:18 | 20 | Motion in Limine 8 or Plaintiff's? |
| 04:30:19 | 21 | MR. MOORE:  It actually was an agreed -- I believe |
| 04:30:21 | 22 | it was filed by the Defendant and ultimately was agreed to |
| 04:30:24 | 23 | by the parties. |
| 04:30:26 | 24 | MR. SACKSTEDER:  I'll withdraw the question, |
| 04:30:27 | 25 | Your Honor. |

| | | |
|---|---|---|
| 04:30:27 | 1 | THE COURT:  All right.  The question is withdrawn. |
| 04:30:28 | 2 | Let's proceed. |
| 04:30:35 | 3 | MR. SACKSTEDER:  And the -- can we put the |
| 04:30:37 | 4 | document back up and show the date, Mr. Smith, please? |
| 04:30:54 | 5 | Q.  (By Mr. Sacksteder)  And the date says created by Taiki |
| 04:31:00 | 6 | Eda on May 10th, 2013, correct? |
| 04:31:01 | 7 | A.  Correct. |
| 04:31:01 | 8 | Q.  And Taiki Eda is the inventor on the '594 patent, |
| 04:31:07 | 9 | correct? |
| 04:31:07 | 10 | A.  Correct. |
| 04:31:08 | 11 | Q.  And he was working on SUSANOO but doesn't work at GREE |
| 04:31:12 | 12 | anymore, correct? |
| 04:31:13 | 13 | A.  Correct. |
| 04:31:13 | 14 | MR. SACKSTEDER:  Can we pull up DX-1229 first? |
| 04:31:18 | 15 | Q.  (By Mr. Sacksteder)  DX-1229 is a document that is |
| 04:31:27 | 16 | mostly in Japanese. |
| 04:31:29 | 17 | MR. SACKSTEDER:  So if we could pull up 1229B, |
| 04:31:35 | 18 | which is the English translation, please? |
| 04:31:37 | 19 | Q.  (By Mr. Sacksteder)  And there is a link to a website |
| 04:31:44 | 20 | that says HTTP//bootcamp.dev.gree, and it goes on with some |
| 04:31:55 | 21 | more of the Internet address there.  Do you see that? |
| 04:31:58 | 22 | A.  Correct. |
| 04:31:58 | 23 | Q.  And GREE sometimes -- |
| 04:32:01 | 24 | MR. MOORE:  Your Honor, I apologize.  I'm going to |
| 04:32:03 | 25 | have to object under the same motion in limine. |

04:32:05   1          THE COURT:  All right.  Just a moment.

04:32:28   2          What's your response, Mr. Sacksteder?

04:32:30   3          MR. SACKSTEDER:  Your Honor, this was -- this

04:32:32   4   document was addressed during the pre-trial and during

04:32:39   5   negotiations over the exhibit list, and there were some

04:32:42   6   redactions put in in light of those concerns.  And I can

04:32:46   7   limit myself to just walking through them, having

04:32:51   8   Mr. Araki, you know, agree that it says certain things, if

04:32:53   9   that's acceptable.

04:33:02   10          THE COURT:  And this document is a pre-admitted

04:33:05   11  exhibit?

04:33:05   12          MR. KOHM:  Yes.

04:33:06   13          MR. SACKSTEDER:  Yes.

04:33:09   14          THE COURT:  Well, pre-admitted though it be, it's

04:33:13   15  still subject to the agreement of the parties represented

04:33:15   16  by Defendant's MIL No. 8.

04:33:18   17          You're still urging your objection?

04:33:23   18          MR. MOORE:  We are, Your Honor.

04:33:28   19          MR. SACKSTEDER:  Your Honor, may I?

04:33:32   20          THE COURT:  What?

04:33:34   21          MR. SACKSTEDER:  It was --

04:33:35   22          THE COURT:  Oh, I'm sorry.

04:33:36   23          MR. SACKSTEDER:  I - this was addressed during the

04:33:38   24  pre-trial with -- with Magistrate Judge Payne, and the

04:33:40   25  redactions were put in in an attempt to address the

04:33:45  1   concerns that were raised.

04:33:49  2           THE COURT:  So are you telling me that it's

04:33:51  3   insulated from violating the MIL by means of the

04:33:55  4   redactions?

04:33:56  5           MR. SACKSTEDER:  It -- I understood that the

04:33:57  6   redactions were what resolved the MIL and what resolved the

04:34:02  7   argument over the exhibit during pre-trial process.

04:34:09  8           THE COURT:  Give me specifically the substance of

04:34:11  9   your objection, Mr. Moore.

04:34:15 10           MR. MOORE:  Your Honor, we believe that use of

04:34:18 11   this document in the way I believe that opposing counsel is

04:34:21 12   trying to use it would violate Motion in Limine No. 8

04:34:24 13   because it is squarely offered for that purpose.

04:34:27 14           We do not -- we did not -- we reached the

04:34:30 15   agreement on the text of the MIL before -- without regard

04:34:33 16   to any documents.  What we argued at pre-trial was specific

04:34:37 17   documents, and we maintained our objections to those

04:34:40 18   documents.

04:34:40 19           And I think where he's going with this and what

04:34:43 20   I've seen him attempting to do is in violation of the

04:34:46 21   parties' agreement in view of what I think he's going to

04:34:50 22   try to argue or show.

04:34:54 23           THE COURT:  All right.

04:34:55 24           MR. SACKSTEDER:  Your Honor, I'm happy to just

04:34:59 25   read the document and do --

04:35:03  1      THE COURT:  Let's do this.  In light of the
04:35:09  2  objection and the development of it that we had, restate
04:35:11  3  your question to the witness, and then I'll consider it
04:35:15  4  under this discussion, unless you're going to tell me
04:35:18  5  you're going to move on and withdraw the question.
04:35:20  6      MR. SACKSTEDER:  I can ask a series of questions
04:35:22  7  that just go through -- I believe I asked about the URL in
04:35:26  8  the middle, and I may have asked for some additional
04:35:31  9  information about that.  I'm happy to withdraw that
04:35:33 10  question.
04:35:33 11      THE COURT:  All right.  Then proceed in light of
04:35:36 12  that withdrawal.
04:35:36 13      MR. SACKSTEDER:  Thank you, Your Honor.
04:35:36 14  Q.  (By Mr. Sacksteder)  So Exhibit 1229B is an English
04:35:49 15  translation of a Confluence page that was on the Confluence
04:35:55 16  system at GREE, correct?
04:35:57 17  A.  Correct.
04:35:58 18  Q.  All right.  And there is a URL that says in part
04:36:04 19  HTTP:\\bootcamp -- actually //bootcamp.dev.gree, correct?
04:36:11 20  A.  Correct.
04:36:12 21  Q.  And then there's some bullet points up above that say
04:36:15 22  able to operate 5 types/total 6 -- 60 characters at a time
04:36:20 23  by AI, correct?
04:36:21 24  A.  Correct.
04:36:24 25  Q.  Next bullet point says:  Total 30 buildings, including

557

| | | |
|---|---|---|
| 04:36:29 | 1 | three types of defense facilities at a time. |
| 04:36:31 | 2 | Correct? |
| 04:36:32 | 3 | A.  Correct. |
| 04:36:32 | 4 | Q.  And then the third one says:  Dynamic downloading for |
| 04:36:36 | 5 | assets. |
| 04:36:36 | 6 | Correct? |
| 04:36:36 | 7 | A.  Correct. |
| 04:36:37 | 8 | Q.  And then at the top or a little above that it says: |
| 04:36:40 | 9 | NEIP: Assignments: Exercising to Create Service: Clash of |
| 04:36:40 | 10 | Clans. |
| 04:36:49 | 11 | Correct? |
| 04:36:49 | 12 | A.  Correct. |
| 04:36:50 | 13 | Q.  There are some bullet points down below, and one of |
| 04:36:55 | 14 | those bullet points says:  Each specification other than |
| 04:36:58 | 15 | that must be compliant to the latest Clash of Clans. |
| 04:37:00 | 16 | Correct? |
| 04:37:06 | 17 | A.  Correct. |
| 04:37:06 | 18 | Q.  And the date is January 14th, 2014, correct? |
| 04:37:08 | 19 | A.  Correct. |
| 04:37:13 | 20 | MR. SACKSTEDER:  We can take that down, Mr. Smith. |
| 04:37:27 | 21 | Can we put up DX-1226B, please? |
| 04:37:39 | 22 | MR. MOORE:  Your Honor, I must renew the objection |
| 04:37:42 | 23 | and ask that it be taken down. |
| 04:37:54 | 24 | THE COURT:  All right.  Let's do this. |
| 04:37:57 | 25 | Ladies and gentlemen of the jury, I'll take this |

| | | |
|---|---|---|
| 04:37:58 | 1 | up with counsel, and we'll get some clarity on this point |
| 04:38:02 | 2 | before we continue with the Defendant's cross-examination. |
| 04:38:04 | 3 | In the meantime, I'm going to allow you to retire |
| 04:38:07 | 4 | to the jury room and have recess.  If you'll just leave |
| 04:38:10 | 5 | your notebooks closed and in your chairs.  Follow my |
| 04:38:13 | 6 | instructions, including, of course, not to discuss the |
| 04:38:18 | 7 | case, and we'll have you back in here shortly to continue. |
| 04:38:21 | 8 | The jury is excused for recess. |
| 04:38:34 | 9 | COURT SECURITY OFFICER:  All rise. |
| 04:38:35 | 10 | (Jury out.) |
| 04:38:36 | 11 | THE COURT:  Be seated. |
| 04:38:58 | 12 | All right.  Let's put the document back up that |
| 04:39:01 | 13 | was briefly on the screen before I sent the jury out. |
| 04:39:08 | 14 | It looks like it uses the word "clone" clearly, |
| 04:39:11 | 15 | and Defendant's MIL 8, as agreed to by the parties, |
| 04:39:14 | 16 | provides that neither party will offer testimony, argument, |
| 04:39:21 | 17 | or evidence that either party copied, cloned, stole, or |
| 04:39:26 | 18 | imitated anything.  So with the word "clone" on it, why is |
| 04:39:28 | 19 | that not a violation? |
| 04:39:31 | 20 | MR. SACKSTEDER:  It should be redacted, |
| 04:39:33 | 21 | Your Honor. |
| 04:39:33 | 22 | THE COURT:  Well, I saw it plain and clear when |
| 04:39:37 | 23 | they put it on the screen.  Put it back up.  Blow up that |
| 04:39:44 | 24 | first area right there.  Yeah. |
| 04:39:46 | 25 | MR. SACKSTEDER:  Oh, that shouldn't be there, |

| | | |
|---|---|---|
| 04:39:49 | 1 | Your Honor. |
| 04:39:49 | 2 | THE COURT:  Please create clone for Clash of Clans |
| 04:39:52 | 3 | battle scene. |
| 04:39:54 | 4 | MR. SACKSTEDER:  That was supposed to be redacted. |
| 04:39:54 | 5 | MR. MOORE:  Your Honor, it's actually three times. |
| 04:39:55 | 6 | THE COURT:  Well, I just saw it once, but it's -- |
| 04:39:58 | 7 | yeah, it's there. |
| 04:39:58 | 8 | MR. SACKSTEDER:  We -- I don't know what happened. |
| 04:40:01 | 9 | THE COURT:  Okay. |
| 04:40:02 | 10 | MR. DACUS:  So that we're clear, Your Honor, if I |
| 04:40:04 | 11 | might. |
| 04:40:04 | 12 | THE COURT:  Yes. |
| 04:40:06 | 13 | MR. DACUS:  We have a redacted version. |
| 04:40:08 | 14 | THE COURT:  The unredacted version got in by |
| 04:40:11 | 15 | mistake? |
| 04:40:12 | 16 | MR. DACUS:  Yes, sir.  That's what I'm standing up |
| 04:40:14 | 17 | to tell you. |
| 04:40:14 | 18 | THE COURT:  All right. |
| 04:40:15 | 19 | MR. DACUS:  And so that the Court understands this |
| 04:40:17 | 20 | issue in general, this issue has been heavily litigated in |
| 04:40:21 | 21 | front of Magistrate Payne.  They went through these |
| 04:40:23 | 22 | documents in detail. |
| 04:40:23 | 23 | The Court is exactly correct, the words "clone," |
| 04:40:27 | 24 | "copy," those things were to be redacted.  We were not to |
| 04:40:31 | 25 | say those terms.  We do not plan to. |

04:40:34  1        But the documents that's being presented are ones

04:40:37  2   that have been blessed by the Magistrate Judge and are

04:40:42  3   pre-admitted exhibits.  I offer that just for the context

04:40:42  4   for the Court and --

04:40:42  5        THE COURT:  Okay.

04:40:44  6        MR. DACUS:  -- and apologies for putting up one

04:40:46  7   that was unredacted.  That -- that was absolute error.

04:40:47  8        THE COURT:  Here's what we're going to do.  You

04:40:50  9   told me 15 minutes ago you had 10 more minutes of cross.

04:40:53 10   We're going to take a recess.

04:40:55 11        During the recess, you're going to double-check

04:40:57 12   any documents you intend to use in the remaining of the --

04:41:01 13   the remainder of this cross-examination and make sure that

04:41:04 14   if there are any that are to be redacted, it's the redacted

04:41:08 15   versions that you have in the queue to put up before the

04:41:10 16   jury.  And then we'll come back, and we'll go through the

04:41:14 17   rest of your cross-examination.

04:41:16 18        If it's a pre-admitted document and it's subject

04:41:19 19   to redactions ordered as a part of the limine practice,

04:41:25 20   then if it is redacted as the limine requires, there should

04:41:29 21   be no problem with the use of it.  And whatever is

04:41:32 22   unredacted is unredacted.

04:41:34 23        But we're certainly not going to put a document up

04:41:37 24   that flies in the face of the agreed MIL order, which

04:41:43 25   apparently has happened.  And I take you at your word,

04:41:46  1   Mr. Dacus, unintentionally.

04:41:49  2         MR. DACUS:  And I -- I asked the operator to pull

04:41:52  3   it down as quickly as we could -- as soon as we saw it,

04:41:53  4   Your Honor.  Had had -- we had the redacted copy and --

04:41:55  5         THE COURT:  Well, let's check -- let's get the

04:41:56  6   redacted version of this one, and let's make sure anything

04:42:00  7   else Mr. Sacksteder is going to use the remainder of his

04:42:02  8   cross is equally redacted where it might be required to.

04:42:07  9         MR. DACUS:  Yes, Your Honor.

04:42:08  10        MR. MOORE:  Your Honor, may we ask that the Court

04:42:10  11  instruct the jury disregard anything they saw before?

04:42:12  12        THE COURT:  Yes.  And I'll do that when they

04:42:14  13  return.

04:42:14  14        MR. MOORE:  Thank you.  And just for our record,

04:42:16  15  we have continued to maintain objections to these.  I

04:42:18  16  believe he is clearly stepping right up to, if not over the

04:42:22  17  line, in trying to insinuate exactly what is redacted out

04:42:25  18  of these documents.

04:42:26  19        So just, again, for the record, we're objecting to

04:42:29  20  this line of questioning, but I understand Your Honor's

04:42:32  21  viewpoint on that.

04:42:33  22        THE COURT:  Well, the documents have been examined

04:42:35  23  by the Magistrate Judge for admissibility.  And if they're

04:42:39  24  pre-admitted, that means that the Magistrate Judge has

04:42:43  25  found them to be admissible under the Rules of Evidence.

| | | |
|---|---|---|
| 04:42:48 | 1 | If they're likewise subject to redactions pursuant to the |
| 04:42:49 | 2 | MIL order, then they should be appropriately redacted.  But |
| 04:42:51 | 3 | if they meet the redaction requirements and they're |
| 04:42:54 | 4 | otherwise pre-admitted, then they are what they are. |
| 04:42:56 | 5 | MR. MOORE:  Thank you, Your Honor. |
| 04:42:57 | 6 | THE COURT:  Okay? |
| 04:42:58 | 7 | All right.  Let's take a 10-minute recess.  The |
| 04:43:00 | 8 | Court stands in recess. |
| 04:43:03 | 9 | COURT SECURITY OFFICER:  All rise. |
| 04:58:49 | 10 | (Recess.) |
| 04:58:52 | 11 | (Jury out.) |
| 04:58:52 | 12 | COURT SECURITY OFFICER:  All rise. |
| 04:58:53 | 13 | THE COURT:  Be seated, please. |
| 04:58:54 | 14 | Mr. Sackstedler -- Sacksteder, I'm sorry, with |
| 04:59:04 | 15 | regard to any of the documents that have been pre-admitted |
| 04:59:11 | 16 | and also intersect -- intersect with Motion in Limine |
| 04:59:14 | 17 | No. 8, I'm going to instruct you to certainly use those as |
| 04:59:19 | 18 | they represent themselves on the face of them. |
| 04:59:22 | 19 | I'm going to instruct you not to characterize them |
| 04:59:24 | 20 | to the witness who, given his limited use of English, might |
| 04:59:32 | 21 | not understand the implications of any of the -- the |
| 04:59:36 | 22 | characterizations you might put on them.  Ask him whatever |
| 04:59:40 | 23 | it says on the face of it, but don't characterize what's |
| 04:59:43 | 24 | there and then ask him to comment on it.  All right? |
| 04:59:43 | 25 | MR. SACKSTEDER:  Thank you, Your Honor. |

| | | |
|---|---|---|
| 04:59:43 | 1 | THE COURT:  I think that will hew more truly to |
| 04:59:46 | 2 | the spirit of an order in limine. |
| 04:59:47 | 3 | MR. SACKSTEDER:  Of course, Your Honor.  Can I |
| 04:59:49 | 4 | characterize them as emails and Confluence pages, or is |
| 04:59:53 | 5 | that -- |
| 04:59:54 | 6 | THE COURT:  I don't think there's -- I mean, I |
| 04:59:56 | 7 | don't think there's any dispute that an email is an email. |
| 04:59:58 | 8 | MR. SACKSTEDER:  Right. |
| 05:00:00 | 9 | THE COURT:  But I'm not -- I'm not as concerned |
| 05:00:03 | 10 | about calling something an email, as opposed to a letter or |
| 05:00:06 | 11 | another document.  I am concerned about taking the language |
| 05:00:12 | 12 | on the face of it, no matter what it is, if it is one of |
| 05:00:15 | 13 | those that's been redacted pursuant to MIL No. 8, and then |
| 05:00:19 | 14 | asking the witness if it doesn't say such and such when |
| 05:00:27 | 15 | you're not using exact quotes from the document.  That's |
| 05:00:27 | 16 | where I think the mischief might lie. |
| 05:00:29 | 17 | MR. SACKSTEDER:  Okay. |
| 05:00:31 | 18 | THE COURT:  All right? |
| 05:00:32 | 19 | MR. SACKSTEDER:  That's fine. |
| 05:00:33 | 20 | THE COURT:  All right.  Let's bring in the jury. |
| 05:00:35 | 21 | COURT SECURITY OFFICER:  All rise. |
| 05:00:36 | 22 | (Jury in.) |
| 05:01:02 | 23 | THE COURT:  Welcome back, ladies and gentlemen. |
| 05:01:05 | 24 | Please be seated. |
| 05:01:05 | 25 | Members of the jury, at the time that you left for |

| | | |
|---|---|---|
| 05:01:09 | 1 | recess, just before that, there was a document placed on |
| 05:01:13 | 2 | the screens in the courtroom that was pretty promptly taken |
| 05:01:17 | 3 | down, but it was on the screen for a few seconds.  That's |
| 05:01:23 | 4 | what drew the objection from the Plaintiff, and I've -- I'm |
| 05:01:26 | 5 | sustaining that objection, and I'm instructing you to the |
| 05:01:30 | 6 | extent during that brief time you saw anything on that |
| 05:01:33 | 7 | document, you should disregard it. |
| 05:01:35 | 8 | Otherwise, we'll continue with the Defendant's |
| 05:01:38 | 9 | cross-examination. |
| 05:01:41 | 10 | MR. SACKSTEDER:  Thank you, Your Honor. |
| 05:01:42 | 11 | Can we put back up the English translation of |
| 05:01:48 | 12 | 1226B? |
| 05:01:50 | 13 | Q.  (By Mr. Sacksteder)  Mr. Araki, this document is dated |
| 05:01:57 | 14 | as being sent April 7th, 2014, correct? |
| 05:02:01 | 15 | A.  Correct. |
| 05:02:02 | 16 | Q.  And it is an email, correct? |
| 05:02:09 | 17 | A.  What's the question? |
| 05:02:10 | 18 | Q.  It's an email, correct? |
| 05:02:11 | 19 | A.  Yes, right. |
| 05:02:13 | 20 | MR. SACKSTEDER:  Can we look at DX-217, please? |
| 05:02:25 | 21 | Q.  (By Mr. Sacksteder)  DX-217 is an email string that |
| 05:02:31 | 22 | was -- you are the recipient of, correct? |
| 05:02:34 | 23 | A.  Correct. |
| 05:02:35 | 24 | Q.  And the date is March 8th, 2015, correct? |
| 05:02:38 | 25 | A.  Correct. |

| | | |
|---|---|---|
| 05:02:44 | 1 | Q.  And the title is Clash of Clans designing games that |
| 05:02:48 | 2 | people will play for years, and then in parentheses, |
| 05:02:53 | 3 | F2P/Design.  Correct? |
| 05:02:54 | 4 | A.  Correct. |
| 05:02:55 | 5 | Q.  Thank you very much, Mr. Araki. |
| 05:03:01 | 6 | MR. SACKSTEDER:  I have no more questions. |
| 05:03:03 | 7 | THE COURT:  You pass the witness, counsel? |
| 05:03:05 | 8 | MR. SACKSTEDER:  I do pass the witness. |
| 05:03:07 | 9 | THE COURT:  All right.  Is there redirect, |
| 05:03:09 | 10 | Mr. Moore? |
| 05:03:10 | 11 | MR. MOORE:  One very brief area, Your Honor. |
| 05:03:13 | 12 | THE COURT:  All right.  Proceed with your redirect |
| 05:03:24 | 13 | examination. |
| 05:03:24 | 14 | MR. MOORE:  Thank you, Your Honor. |
| 05:03:26 | 15 | Could we please pull up Plaintiff's Exhibit 480? |
| 05:03:26 | 16 | REDIRECT EXAMINATION |
| 05:03:26 | 17 | BY MR. MOORE: |
| 05:03:31 | 18 | Q.  And is this the license and settlement agreement |
| 05:03:35 | 19 | between GREE and Supercell that relates to Japan? |
| 05:03:39 | 20 | A.  Correct. |
| 05:03:40 | 21 | Q.  Okay. |
| 05:03:41 | 22 | MR. MOORE:  Would you please turn to Page 6? |
| 05:03:47 | 23 | Please blow up Paragraph 3.1. |
| 05:03:51 | 24 | Q.  (By Mr. Moore)  And is this the terms -- the financial |
| 05:03:54 | 25 | terms of the document? |

| | | |
|---|---|---|
| 05:03:56 | 1 | A.  Correct. |
| 05:03:57 | 2 | Q.  And it -- does it indicate that Supercell is paying |
| 05:04:00 | 3 | GREE? |
| 05:04:01 | 4 | A.  Correct. |
| 05:04:02 | 5 | Q.  And GREE did not pay anything to Supercell under this |
| 05:04:05 | 6 | agreement, correct? |
| 05:04:05 | 7 | A.  Correct. |
| 05:04:06 | 8 | Q.  And what market were -- was Supercell's payment for? |
| 05:04:12 | 9 | A.  Japanese market. |
| 05:04:13 | 10 | Q.  Did that payment have anything to do with Supercell's |
| 05:04:17 | 11 | United States market? |
| 05:04:18 | 12 | A.  No. |
| 05:04:19 | 13 | Q.  Thank you. |
| 05:04:20 | 14 |         MR. MOORE:  I pass the witness, Your Honor. |
| 05:04:22 | 15 |         THE COURT:  Further cross-examination? |
| 05:04:23 | 16 |         MR. SACKSTEDER:  No, Your Honor. |
| 05:04:23 | 17 |         THE COURT:  All right.  Mr. Araki, you may step |
| 05:04:26 | 18 | down, sir. |
| 05:04:27 | 19 |         Plaintiff, call your next witness. |
| 05:04:41 | 20 |         MR. MOORE:  Your Honor, we will now play the |
| 05:04:44 | 21 | deposition of Mr. Tadashi Nagano, co-inventor of the '873 |
| 05:04:49 | 22 | patent. |
| 05:04:49 | 23 |         THE COURT:  All right.  Ladies -- ladies and |
| 05:04:52 | 24 | gentlemen of the jury, before we play -- or present this |
| 05:04:54 | 25 | witness -- excuse me, before the Plaintiff presents this |

| | | |
|---|---|---|
| 05:04:57 | 1 | witness by deposition, I need to make one clarification for |
| 05:05:02 | 2 | you. |
| 05:05:04 | 3 | My understanding is the witness is not an English |
| 05:05:08 | 4 | speaker, and there was an interpreter involved in both the |
| 05:05:12 | 5 | questions and the answers.  The questions were asked in |
| 05:05:15 | 6 | English, they were translated into Japanese, they were |
| 05:05:19 | 7 | answered in Japanese by the witness, and then translated |
| 05:05:21 | 8 | back into English. |
| 05:05:22 | 9 | What you're going to see has had the question |
| 05:05:27 | 10 | being asked in Japanese cut out, just to save time, but if |
| 05:05:34 | 11 | you don't have any explanation, you'll think there's an |
| 05:05:37 | 12 | English question, and then the witness understands the |
| 05:05:42 | 13 | English and answers in Japanese. |
| 05:05:45 | 14 | The witness didn't understand the English.  It was |
| 05:05:48 | 15 | translated into Japanese.  But that part has been removed |
| 05:05:52 | 16 | from what you're going to see and hear, simply to save |
| 05:05:55 | 17 | time.  And the parties have made that clear to me and asked |
| 05:05:57 | 18 | me to make that clear to the jury. |
| 05:05:58 | 19 | All right.  Let's proceed with the witness with |
| 05:06:00 | 20 | that understanding. |
| 05:06:08 | 21 | (Videoclip played.) |
| 05:06:11 | 22 | QUESTION:  Good morning.  Please tell us your name |
| 05:06:14 | 23 | for the record. |
| 05:06:15 | 24 | ANSWER:  Tadashi Nagano. |
| 05:06:20 | 25 | QUESTION:  Where do you work? |

| | | |
|---|---|---|
| 05:06:22 | 1 | ANSWER:  GREE. |
| 05:06:23 | 2 | QUESTION:  What is your job title at GREE? |
| 05:06:27 | 3 | ANSWER:  Game producer. |
| 05:06:32 | 4 | QUESTION:  How long you have worked at GREE? |
| 05:06:35 | 5 | ANSWER:  About eight years. |
| 05:06:36 | 6 | QUESTION:  What did you do between high school and |
| 05:06:41 | 7 | your first job out of high school? |
| 05:06:45 | 8 | ANSWER:  I went to vocational school. |
| 05:06:49 | 9 | QUESTION:  What was the vocational school? |
| 05:06:51 | 10 | ANSWER:  Tokyo Net Wave. |
| 05:06:56 | 11 | QUESTION:  What kind of school is it? |
| 05:06:57 | 12 | ANSWER:  I studied 3D art there, but the school |
| 05:07:09 | 13 | had other game-related classes. |
| 05:07:23 | 14 | QUESTION:  Is tri-Ace a separate company from |
| 05:07:24 | 15 | GREE? |
| 05:07:25 | 16 | ANSWER:  Yes. |
| 05:07:25 | 17 | QUESTION:  So tri-Ace is not part of the GREE |
| 05:07:30 | 18 | corporate family, correct? |
| 05:07:31 | 19 | ANSWER:  That's what -- that's what I believe. |
| 05:07:39 | 20 | QUESTION:  What is War Corps? |
| 05:07:40 | 21 | ANSWER:  It's the name of a game title. |
| 05:07:49 | 22 | QUESTION:  Can you describe the game for me, |
| 05:07:51 | 23 | please? |
| 05:07:51 | 24 | ANSWER:  It's a shooter game. |
| 05:07:54 | 25 | QUESTION:  I've seen it described as a FPS/TPS |

05:08:00    1    game.
05:08:01    2              ANSWER:  Yes, that's correct.
05:08:02    3              QUESTION:  FPS means first-person shooter?
05:08:07    4              ANSWER:  Yes.
05:08:07    5              QUESTION:  And the TPS means third-person shooter,
05:08:12    6    correct?
05:08:12    7              ANSWER:  Yes.
05:08:14    8              QUESTION:  Did GREE distribute War Corps to the
05:08:17    9    public?
05:08:17   10              ANSWER:  No.  It wasn't released.
05:08:19   11              QUESTION:  Was any game based on War Corps that
05:08:28   12    had a different name released to the public?
05:08:31   13              ANSWER:  Yes.
05:08:37   14              QUESTION:  What was that game?
05:08:38   15              ANSWER:  It was on a different platform released
05:08:52   16    by tri-Ace.  But I do not remember the name of the game.
05:08:56   17              QUESTION:  What platform was the game that was
05:08:59   18    released designed for?
05:09:01   19              ANSWER:  PlayStation Vita.
05:09:02   20              QUESTION:  When was the game that was released for
05:09:11   21    PlayStation Vita by tri-Ace released to the public, to the
05:09:15   22    best of your knowledge?
05:09:24   23              ANSWER:  I do not remember.  Maybe it was four
05:09:26   24    years ago.
05:09:28   25              QUESTION:  When did you learn of the decision not

570

| | | |
|---|---|---|
| 05:09:31 | 1 | to release War Corps? |
| 05:09:39 | 2 | ANSWER:  I do not remember exactly, but I think it |
| 05:09:45 | 3 | was either in 2013 or 2014. |
| 05:09:46 | 4 | QUESTION:  You testified that when you heard the |
| 05:09:52 | 5 | project was suspended, you had a conversation with somebody |
| 05:09:54 | 6 | about the possibility of releasing War Corps overseas. |
| 05:09:58 | 7 | Who was involved in that conversation? |
| 05:09:59 | 8 | ANSWER:  I didn't speak with anybody verbally. |
| 05:10:19 | 9 | And I think the discussion took place on a chat.  And I |
| 05:10:24 | 10 | remember making a request to Araki-san. |
| 05:10:28 | 11 | QUESTION:  Did Araki-san respond to your message? |
| 05:10:32 | 12 | ANSWER:  Yes. |
| 05:10:32 | 13 | QUESTION:  What did he say? |
| 05:10:34 | 14 | ANSWER:  I do not remember exactly, but, |
| 05:10:51 | 15 | ultimately, I believe he said that request -- it's |
| 05:10:55 | 16 | difficult to accommodate your request. |
| 05:10:58 | 17 | QUESTION:  When Araki-san responded it's difficult |
| 05:11:09 | 18 | to accommodate your request, did you understand that as a |
| 05:11:13 | 19 | polite way of saying no? |
| 05:11:14 | 20 | ANSWER:  That's right. |
| 05:11:15 | 21 | QUESTION:  Is Exhibit 2A a notification of |
| 05:11:23 | 22 | invention that you and three other people submitted to |
| 05:11:31 | 23 | GREE? |
| 05:11:32 | 24 | ANSWER:  Yes, I think that's what it is. |
| 05:11:34 | 25 | QUESTION:  What did you understand the subject |

05:11:36  1  matter of Exhibit 2A to be?

05:11:38  2          ANSWER:  It is what it says on the paper, the

05:12:14  3  target-adjusting function for shooting games played in a

05:12:18  4  touch panel environment, such as a smartphone or tablet.

05:12:23  5          QUESTION:  Was the purpose of Exhibit 2A to

05:12:25  6  provide information to the company for the purpose of

05:12:28  7  filing a patent?

05:12:29  8          ANSWER:  I think that's how it was.

05:12:35  9          QUESTION:  Exhibit 2A describes a technique you

05:12:38  10  and your colleagues came up with as part of the development

05:12:42  11  of the War Corps game, correct?

05:12:43  12          ANSWER:  Yes.  This is an idea that we were

05:12:56  13  thinking when we were developing the War Corps game.

05:12:59  14          QUESTION:  In your technique that you disclosed in

05:13:02  15  Exhibit 2A, the player touches the screen, and then a ring

05:13:06  16  is shown at the location where the player touched the

05:13:09  17  screen, correct?

05:13:10  18          ANSWER:  Yes.

05:13:10  19          QUESTION:  And that is shown in Figure 2 down at

05:13:17  20  the bottom of the first column of the flowchart, correct?

05:13:21  21          ANSWER:  The illustration on the top right with

05:13:41  22  two circles is more accurate, I think.

05:13:43  23          QUESTION:  What does Figure 2 at the bottom of the

05:13:46  24  first column show, then?

05:13:47  25          ANSWER:  According to this document, it says

05:14:07   1   display shooting circle.  But I don't remember.

05:14:11   2           QUESTION:  All right.  You touch the screen, a

05:14:13   3   ring appears, correct?

05:14:14   4           ANSWER:  Correct.

05:14:16   5           QUESTION:  And if the target is inside the ring,

05:14:20   6   then if you touch inside the ring again, then a shot is

05:14:28   7   fired, correct?

05:14:29   8           ANSWER:  Yes.  If the ring is displayed, then if

05:14:48   9   you touch it inside the ring again, you can shoot, yes.

05:14:52  10           QUESTION:  So you tap the screen once to create a

05:14:55  11   ring, and if the target is inside the ring, then you tap it

05:14:59  12   again, and a shot is fired at the target, correct?

05:15:02  13           ANSWER:  Yes.

05:15:02  14           QUESTION:  If the target isn't at the center of

05:15:08  15   the ring, though, you definitely see the inner and outer

05:15:12  16   ring, correct?

05:15:12  17           ANSWER:  I think so.

05:15:14  18           QUESTION:  And that configuration allows you to

05:15:17  19   move the -- the rings to center the target in the ring by

05:15:27  20   swiping, correct?

05:15:29  21           ANSWER:  If you are asking about technique to

05:15:51  22   capture the enemy within the target ring, then, yes, you --

05:15:56  23   you do have to move the ring so that you can shoot the --

05:16:01  24   at the enemy.

05:16:03  25           QUESTION:  And then once the enemy is in the

| | |
|---|---|
| 05:16:06 | 1 |
| 05:16:10 | 2 |
| 05:16:12 | 3 |
| 05:16:12 | 4 |
| 05:16:13 | 5 |
| 05:16:45 | 6 |
| 05:16:51 | 7 |
| 05:16:52 | 8 |
| 05:16:56 | 9 |
| 05:17:00 | 10 |
| 05:17:02 | 11 |
| 05:17:07 | 12 |
| 05:17:13 | 13 |
| 05:17:13 | 14 |
| 05:17:15 | 15 |
| 05:17:17 | 16 |
| 05:17:18 | 17 |
| 05:17:20 | 18 |
| 05:17:22 | 19 |
| 05:17:26 | 20 |
| 05:17:30 | 21 |
| 05:17:32 | 22 |
| 05:17:34 | 23 |
| 05:17:36 | 24 |
| 05:17:49 | 25 |

target, then you can shoot the enemy again by tapping inside the ring, correct?

ANSWER:  Yes.

QUESTION:  What is Exhibit 4A?

ANSWER:  As far as I can see from this document, I believe this is the general -- the general framework of game tutorial.

QUESTION:  Okay.  The -- the purpose of the game tutorial was to teach users how to play the game?

ANSWER:  That's right.

QUESTION:  And in the cell that has the quotations, the first one says:  Tap the enemy to aim. Correct?

ANSWER:  Yes.

QUESTION:  That is consistent with the technique you developed, correct?

ANSWER:  Yes.

QUESTION:  So I think we all agree now, and I'll ask the witness if he agrees, that the top line says:  Tap the enemy to aim.  And the next line says:  Tap inside the target or the sight to shoot.

ANSWER:  Yes.

QUESTION:  And that accurately describes the technique that you developed.

ANSWER:  As I explained before, I don't know if

05:18:16   1   this accurately reflects what is in the registered patent.

05:18:20   2   I don't know.  But I believe this correctly conveys the

05:18:26   3   idea that we had.

05:18:40   4         QUESTION:  War Corps is the game that you've been

05:18:43   5   testifying about which was to employ your patented

05:18:46   6   technique, correct?

05:18:46   7         ANSWER:  Yes.

05:18:47   8         QUESTION:  There's a limited number of ways that

05:18:49   9   you can control interface items on a touchscreen, correct?

05:18:54  10         ANSWER:  I think so, but I don't remember.

05:19:01  11         QUESTION:  Well, you're familiar with a

05:19:03  12   touchscreen, right?

05:19:04  13         ANSWER:  Yes.

05:19:06  14         QUESTION:  And you were familiar with the

05:19:07  15   touchscreen in 2012 and 2013, correct?

05:19:11  16         ANSWER:  Yes.

05:19:13  17         QUESTION:  And the game that you were developing

05:19:17  18   in those years was designed for a smartphone with a

05:19:21  19   touchscreen, correct?

05:19:22  20         ANSWER:  Yes.

05:19:22  21         QUESTION:  And the way that you controlled what

05:19:27  22   happened in an application and its user interface was by

05:19:32  23   touching the screen, right?

05:19:34  24         ANSWER:  Yes.

05:19:37  25         QUESTION:  And that was true in 2012 and 2013,

05:19:43    1    correct?

05:19:43    2          ANSWER:  I think so.

05:19:45    3          QUESTION:  All I'm saying is that at the time,

05:19:49    4    people in your industry knew that the way that you

05:19:52    5    controlled what happened in an application on the

05:19:54    6    touchscreen of a smartphone was by touching the screen in

05:19:58    7    some way or other, correct?

05:20:00    8          ANSWER:  Yes, I think so.

05:20:05    9          QUESTION:  That was common knowledge at the time,

05:20:25   10    correct?

05:20:25   11          ANSWER:  For people who were using touchscreen

05:20:30   12    devices, I think it was general knowledge.

05:20:31   13          QUESTION:  At the time, did you have the ability

05:20:35   14    to explain technically to someone how this technique would

05:20:42   15    be carried out?  How you would actually make the screen

05:20:46   16    show a circle and fire when you tapped in the circle?

05:20:55   17          ANSWER:  Mechanism, yes.  I think I was able to

05:21:13   18    explain that.  However, from a technical perspective, I

05:21:19   19    wasn't well-versed in programming, so I don't think I was

05:21:21   20    capable of that.

05:21:22   21          QUESTION:  So you could explain what you wanted

05:21:25   22    the display to show, but you could not explain technically

05:21:31   23    how to accomplish that?  Is that an accurate description?

05:21:34   24          ANSWER:  Yes.

05:21:34   25          QUESTION:  Do you have any reason to believe that

05:21:39  1  at the time your co-inventors had the ability to explain

05:21:43  2  technically how to accomplish causing this technique to be

05:21:49  3  implemented?

05:21:54  4          ANSWER:  Well, this may not be accurate, but I

05:22:01  5  don't think so.

05:22:02  6          (Videoclip ends.)

05:22:08  7          THE COURT:  Does that complete this witness by

05:22:10  8  deposition?

05:22:11  9          MR. MOORE:  It does, Your Honor.

05:22:12  10         THE COURT:  All right.  Your next witness is also

05:22:14  11  a similar deposition?

05:22:16  12         MR. MOORE:  It is, and it's -- a slight bit longer

05:22:19  13  but not a lot longer than that.

05:22:22  14         THE COURT:  Call this witness -- this next witness

05:22:24  15  by deposition then.

05:22:25  16         MR. MOORE:  Thank you, Your Honor.

05:22:25  17         Plaintiff now calls by deposition, Mr. Masaru

05:22:28  18  Takeuchi, inventor of the '655 patent.

05:22:31  19         THE COURT:  And this, too, is an individual who

05:22:33  20  speaks Japanese.  The questions were asked in Japanese,

05:22:37  21  translated to English -- no, excuse me, asked in English,

05:22:42  22  translated to Japanese.  He heard the Japanese, answered in

05:22:46  23  Japanese, and then that was translated to English.

05:22:49  24         MR. MOORE:  That's right, Your Honor.

05:22:50  25         THE COURT:  And the original translation of the

| | | |
|---|---|---|
| 05:22:52 | 1 | question from English to Japanese has been cut out? |
| 05:22:54 | 2 | MR. MOORE:  It has, Your Honor. |
| 05:22:55 | 3 | THE COURT:  Okay.  Let's proceed then. |
| 05:22:59 | 4 | (Videoclip played.) |
| 05:23:04 | 5 | QUESTION:  Good morning. |
| 05:23:06 | 6 | ANSWER:  Morning. |
| 05:23:07 | 7 | QUESTION:  Will you tell me your name for the |
| 05:23:10 | 8 | record, please? |
| 05:23:11 | 9 | ANSWER:  Masaru Takeuchi. |
| 05:23:11 | 10 | QUESTION:  Where do you work? |
| 05:23:16 | 11 | ANSWER:  GREE Corporation. |
| 05:23:17 | 12 | QUESTION:  How long have you worked for GREE? |
| 05:23:21 | 13 | ANSWER:  Nine years. |
| 05:23:23 | 14 | QUESTION:  Did you start in 2011? |
| 05:23:25 | 15 | ANSWER:  Yes. |
| 05:23:27 | 16 | QUESTION:  What was your job title when you |
| 05:23:29 | 17 | started working at GREE? |
| 05:23:34 | 18 | ANSWER:  I didn't have one.  Just a planner. |
| 05:23:37 | 19 | QUESTION:  Which products were you assigned to |
| 05:23:40 | 20 | when you started? |
| 05:23:42 | 21 | ANSWER:  Avatar team. |
| 05:23:43 | 22 | QUESTION:  Avatar team? |
| 05:23:50 | 23 | ANSWER:  Yes. |
| 05:23:52 | 24 | QUESTION:  What is Avatar specifically? |
| 05:23:55 | 25 | ANSWER:  It's a service where the user has a |

| | | |
|---|---|---|
| 05:24:26 | 1 | virtual character in which you can change its clothes and |
| 05:24:32 | 2 | change its accessories and play with it. |
| 05:24:35 | 3 | QUESTION:  Is the virtual character referred to as |
| 05:24:46 | 4 | an Avatar? |
| 05:24:47 | 5 | ANSWER:  Yes. |
| 05:24:47 | 6 | QUESTION:  Can you explain to me what job titles |
| 05:24:53 | 7 | you have held at GREE since you started? |
| 05:24:58 | 8 | ANSWER:  After I became the manager, at some |
| 05:25:14 | 9 | point, I ceased to become a manager.  And then I became a |
| 05:25:18 | 10 | manager again, and currently I'm senior manager. |
| 05:25:21 | 11 | QUESTION:  Is Exhibit 14 an invention report that |
| 05:25:27 | 12 | you submitted to the company? |
| 05:25:30 | 13 | ANSWER:  Yes. |
| 05:25:31 | 14 | QUESTION:  Why did you submit Exhibit 14? |
| 05:25:36 | 15 | ANSWER:  Because there was a rule to submit this |
| 05:25:52 | 16 | to the company whenever you invented a new idea. |
| 05:25:55 | 17 | QUESTION:  What new idea did you invent? |
| 05:25:57 | 18 | ANSWER:  Are you talking about this invention? |
| 05:26:07 | 19 | QUESTION:  Yes.  I'm talking about the invention |
| 05:26:10 | 20 | that is described in what you submitted to the company in |
| 05:26:12 | 21 | Exhibit 14. |
| 05:26:13 | 22 | ANSWER:  If a person receives a gift and if that |
| 05:26:43 | 23 | person meets certain conditions, that person would receive |
| 05:26:49 | 24 | incentive. |
| 05:26:53 | 25 | QUESTION:  You submitted your idea to be |

579

```
05:26:55   1   implemented in Avatar, correct?

05:26:57   2            ANSWER:  Yes.

05:26:58   3            QUESTION:  And for whatever reason, your idea was

05:27:04   4   not implemented in Avatar, correct?

05:27:09   5            ANSWER:  That's right.

05:27:10   6            QUESTION:  You submitted the invention report,

05:27:13   7   according to the document, on July 31st of 2012, correct?

05:27:16   8            ANSWER:  Yes, that's what it says.

05:27:24   9            QUESTION:  How did you come up with the idea in

05:27:26  10   Exhibit 14?

05:27:27  11            ANSWER:  As far as I can remember, I conceived the

05:27:47  12   idea when I was considering measures for Valentine's Day.

05:27:51  13            QUESTION:  When you say measures, would another

05:27:54  14   way of describing it be campaign or program?

05:27:57  15            ANSWER:  Yes.

05:28:00  16            QUESTION:  Was there anything that inspired you to

05:28:03  17   think of this idea?

05:28:04  18            ANSWER:  Giving a present on Valentine's Day and

05:28:27  19   getting something back on White Day, that itself was how I

05:28:33  20   conceived this idea.

05:28:34  21            QUESTION:  Does GREE, through the social media

05:28:37  22   platform, receive revenues when gifts are purchased?

05:28:41  23            ANSWER:  Yes.

05:28:41  24            QUESTION:  You believed it would cause people to

05:28:45  25   buy more gifts, correct?
```

05:28:47    1           ANSWER:  Yes.

05:28:48    2           QUESTION:  And GREE would get some money when they

05:28:50    3   did that, correct?

05:28:51    4           ANSWER:  Yes.

05:28:55    5           QUESTION:  Exhibit 14 is a document you submitted

05:28:57    6   to the company to disclose your invention, correct?

05:29:03    7           ANSWER:  Yes.

05:29:04    8           QUESTION:  Turn to the page with the number at the

05:29:07    9   bottom that ends 156.  And there's an Item 3 that says:

05:29:21   10   Summary of the Entire Invention.  And then in parentheses,

05:29:25   11   describe at higher level than implementation.  Do you see

05:29:29   12   that?

05:29:29   13           ANSWER:  Yes.

05:29:29   14           QUESTION:  That section includes a diagram,

05:29:33   15   correct?

05:29:33   16           ANSWER:  Yes.

05:29:38   17           QUESTION:  Does that diagram accurately reflect

05:29:43   18   the diagram that you drew on the whiteboard?

05:29:47   19           ANSWER:  Yes.

05:29:47   20           QUESTION:  And the idea for drawing that was to

05:29:52   21   kind of show the overall concept of your invention,

05:29:55   22   correct?

05:29:55   23           ANSWER:  Yes.

05:29:55   24           QUESTION:  Has your idea been used in any GREE

05:30:00   25   products, to the best of your knowledge, ever?

05:30:06    1            ANSWER:  I don't know if it was this idea, but I

05:30:16    2    believe there was a similar idea that was used.

05:30:18    3            QUESTION:  What is the similar idea you're

05:30:19    4    referring to?

05:30:20    5            ANSWER:  A person who receives a gift also

05:30:34    6    receives an incentive.

05:30:35    7            QUESTION:  What GREE products are you referring

05:30:39    8    to?

05:30:44    9            ANSWER:  Clinoppe.

05:30:46   10            QUESTION:  What is that?

05:30:47   11            ANSWER:  It's a pet that you pet on the -- the

05:31:01   12    social -- or the networking service platform of GREE, that

05:31:06   13    is.

05:31:06   14            QUESTION:  Have you ever been involved in any work

05:31:09   15    on Clinoppe?

05:31:09   16            ANSWER:  No.

05:31:25   17            QUESTION:  How do you know that an idea like yours

05:31:29   18    is being used on Clinoppe?

05:31:30   19            ANSWER:  I played -- I played Clinoppe, the game,

05:31:42   20    and that's how I got to know it.

05:31:43   21            QUESTION:  Can you look at Box 3 with the diagram

05:31:46   22    in Exhibit 14?

05:31:48   23            Can you use the diagram to explain your invention

05:31:57   24    to me?

05:31:57   25            ANSWER:  Yes.

```
05:31:58   1            QUESTION:  Please do.
05:31:58   2            ANSWER:  Person A buys a gift and sends that gift
05:32:17   3   to Person B.  And if this Person B meets a condition, then
05:32:23   4   that person, which is Person B, receives an incentive.
05:32:28   5            QUESTION:  And who provides the incentive?
05:32:30   6            ANSWER:  There is no limitation on that part.
05:32:37   7            QUESTION:  One possibility is that the game itself
05:32:41   8   provides the incentive to the Person B who receives the
05:32:44   9   gift?
05:32:45  10            ANSWER:  Yes.
05:32:45  11            QUESTION:  The idea is to encourage users to give
05:32:55  12   more gifts, correct?
05:32:56  13            ANSWER:  Yes.
05:32:56  14            QUESTION:  How does providing an incentive item to
05:33:05  15   the recipient of a gift encourage more gift giving?
05:33:09  16            ANSWER:  I think there are many patterns.  For
05:33:30  17   example, the recipient of a gift may give something back in
05:33:33  18   return.
05:33:35  19            QUESTION:  Let me make sure I understand this, and
05:33:38  20   I apologize for the time it's taking.  Let me walk through
05:33:43  21   a real-world example and see if -- if I understand what's
05:33:47  22   going on.
05:33:47  23            I'm User A, and your counsel is User B.  And --
05:34:08  24   and you are the person who decides whether to give an
05:34:11  25   incentive to User B.  And you have established a rule that
```

05:34:24  1   if a recipient receives five gifts within a day, the
05:34:31  2   recipient will receive another item as an incentive.
05:34:53  3           Is that consistent with your invention so far?
05:34:56  4           ANSWER:  Can you repeat one more time?
05:35:01  5           I think that's included.
05:35:03  6           QUESTION:  All right.  And I see that your counsel
05:35:06  7   has four gifts sitting in front of him, so I know he needs
05:35:10  8   one more gift to reach the condition which will allow him
05:35:13  9   to receive an incentive.
05:35:15  10          Does that makes sense?
05:35:18  11          ANSWER:  Yes.
05:35:19  12          QUESTION:  I like your counsel, and I want to give
05:35:21  13  him a gift so he gets the incentive, so I hand him another
05:35:26  14  gift.  And then that means that you give him the incentive
05:35:30  15  for receiving his fifth gift.
05:35:34  16          Is that the way your invention works?
05:35:35  17          ANSWER:  That's included, yes.
05:35:37  18          QUESTION:  So that's part of your invention,
05:35:42  19  correct?
05:35:42  20          ANSWER:  Yes.
05:35:42  21          QUESTION:  And then there are four embodiments
05:35:44  22  shown or described, correct?
05:35:45  23          ANSWER:  Yes.
05:35:46  24          QUESTION:  So the next point says:  The person who
05:35:58  25  received the gift can get an incentive item if specific

| | | |
|---|---|---|
| 05:36:01 | 1 | conditions are met. |
| 05:36:03 | 2 | Do you see that? |
| 05:36:04 | 3 | ANSWER:  Yes. |
| 05:36:04 | 4 | QUESTION:  And that's like your counsel having |
| 05:36:07 | 5 | four gifts, and I give him a fifth one, and then he gets an |
| 05:36:11 | 6 | incentive item, correct? |
| 05:36:13 | 7 | ANSWER:  That's one of the things that's included. |
| 05:36:16 | 8 | QUESTION:  And then it says:  There is no charge |
| 05:36:19 | 9 | for the receiving party. |
| 05:36:25 | 10 | Does that mean that the receiving party, Person B, |
| 05:36:30 | 11 | doesn't have -- have to give anything to receive the |
| 05:36:34 | 12 | incentive item? |
| 05:36:35 | 13 | ANSWER:  That's right. |
| 05:36:37 | 14 | QUESTION:  Why is that important for your |
| 05:36:40 | 15 | invention? |
| 05:36:43 | 16 | ANSWER:  It's hard to say why, but I think this -- |
| 05:37:00 | 17 | I think that what this means is that Person B doesn't have |
| 05:37:03 | 18 | to take any action to meet that certain condition. |
| 05:37:07 | 19 | QUESTION:  And then the next line gives an example |
| 05:37:10 | 20 | of what it would be to meet a condition for an incentive. |
| 05:37:16 | 21 | Would you agree with that? |
| 05:37:19 | 22 | ANSWER:  Which line is this? |
| 05:37:23 | 23 | QUESTION:  I'll read it so we'll be clear on what |
| 05:37:26 | 24 | we're talking about. |
| 05:37:27 | 25 | The next line says:  It is possible to receive an |

| | | |
|---|---|---|
| 05:37:30 | 1 | item from a -- an incentive acquisition screen once a |
| 05:37:37 | 2 | specific condition, in parentheses, eg, receive gifts from |
| 05:37:42 | 3 | five people by July 31st close parentheses, has been |
| 05:37:48 | 4 | fulfilled. |
| 05:37:48 | 5 | So that's what I'm referring to, and my question |
| 05:37:52 | 6 | was:  Does that line give an example of what it would take |
| 05:37:56 | 7 | to meet a condition for an incentive item? |
| 05:38:00 | 8 | ANSWER:  Yes. |
| 05:38:00 | 9 | QUESTION:  What is your background, your |
| 05:38:01 | 10 | educational background? |
| 05:38:02 | 11 | ANSWER:  You're asking me what I studied in |
| 05:38:08 | 12 | college? |
| 05:38:10 | 13 | QUESTION:  Yes. |
| 05:38:10 | 14 | ANSWER:  I studied fashion design in college. |
| 05:38:16 | 15 | QUESTION:  Where did you go to college? |
| 05:38:18 | 16 | ANSWER:  Kobe Art Engineering University official |
| 05:38:26 | 17 | name. |
| 05:38:26 | 18 | CHECK INTERPRETER:  I think Kobe is part of it. |
| 05:38:26 | 19 | Kobe Design University. |
| 05:38:35 | 20 | QUESTION:  Okay.  Kobe Design University is what |
| 05:38:37 | 21 | we're agreeing on? |
| 05:38:41 | 22 | INTERPRETER:  I can't agree, because I don't know |
| 05:38:42 | 23 | what the official name is. |
| 05:38:44 | 24 | QUESTION:  Okay. |
| 05:38:45 | 25 | THE INTERPRETER:  I think it's Kobe Design |

05:38:48  1  University.

05:38:48  2          QUESTION:  And what degree, if any, did you get

05:38:51  3  from Kobe Design University?

05:38:53  4          ANSWER:  That's -- that's difficult to answer, but

05:38:58  5  I did graduate from the institution and from the department

05:39:02  6  of fashion design.

05:39:03  7          QUESTION:  You don't have any training in

05:39:05  8  engineering, correct?

05:39:06  9          ANSWER:  That's right.

05:39:15  10         QUESTION:  And you don't have any training in

05:39:17  11 computer programming; is that correct?

05:39:19  12         ANSWER:  That's correct.

05:39:19  13         QUESTION:  And you don't have any training in

05:39:23  14 computer network design, correct?

05:39:25  15         ANSWER:  That's right.

05:39:32  16         QUESTION:  Do you know what a server is?

05:39:33  17         ANSWER:  I'm not sure if I have a complete

05:39:44  18 understanding of it, but I do have a general idea.

05:39:49  19         QUESTION:  What is a server?

05:39:51  20         ANSWER:  There are a number of concepts.  But

05:40:06  21 the -- one concept is to -- is something that you use to

05:40:09  22 manage data on a network.

05:40:11  23         QUESTION:  Do you know how a server works?

05:40:15  24         ANSWER:  I don't know that far.

05:40:18  25         QUESTION:  But you know a server is a conventional

05:40:21   1   piece of equipment in a computer network, correct?

05:40:26   2            ANSWER:  Yes.

05:40:28   3            QUESTION:  Do you know how a computer stores data?

05:40:32   4            ANSWER:  No.

05:40:33   5            QUESTION:  Do you know what a controller does on a

05:40:36   6   piece of computer equipment?

05:40:43   7            ANSWER:  When you say controller, do you mean

05:40:46   8   interface?

05:40:46   9            QUESTION:  No, I'm referring to a controller chip?

05:40:53   10            ANSWER:  No.

05:40:56   11            QUESTION:  If the invention that you disclosed in

05:40:59   12   Exhibit 14 had been implemented in Avatar, would that

05:41:03   13   invention have become part of the rules for using Avatar?

05:41:09   14            ANSWER:  Yes.

05:41:11   15            QUESTION:  And you said that there was another

05:41:13   16   game that you think your invention might be used in.  It

05:41:24   17   was Clinoppe?

05:41:25   18            ANSWER:  Yes.

05:41:25   19            QUESTION:  And assuming that that is correct, that

05:41:28   20   your invention is used in that game, then your invention is

05:41:31   21   part of the rules for that game, correct?

05:41:33   22            ANSWER:  Yes.

05:41:40   23            QUESTION:  Is there any particular user interface

05:41:42   24   that is necessary to implement your invention in

05:41:46   25   Exhibit 14?

| | | |
|---|---|---|
| 05:41:46 | 1 | ANSWER:  How the user interface should be shaped, |
| 05:41:56 | 2 | I don't think that's defined. |
| 05:41:59 | 3 | QUESTION:  Just you have to have a user interface |
| 05:42:03 | 4 | that allows the users to follow the steps shown in your |
| 05:42:12 | 5 | figure in Exhibit 14, correct? |
| 05:42:14 | 6 | ANSWER:  That's right. |
| 05:42:16 | 7 | QUESTION:  So it doesn't matter sort of how you do |
| 05:42:19 | 8 | it, you just have to have User A buy a gift, give the gift |
| 05:42:25 | 9 | to User B, and then User B get an incentive item if |
| 05:42:31 | 10 | conditions are met, correct? |
| 05:42:32 | 11 | ANSWER:  Yes. |
| 05:42:37 | 12 | (Videoclip ends.) |
| 05:42:38 | 13 | THE COURT:  Does that complete this witness by |
| 05:42:39 | 14 | deposition? |
| 05:42:40 | 15 | MR. MOORE:  Yes, sir, it does.  I'm sorry. |
| 05:42:43 | 16 | Apparently not. |
| 05:42:44 | 17 | THE COURT:  Apparently not.  Let's continue. |
| 05:42:46 | 18 | (Videoclip played.) |
| 05:42:48 | 19 | QUESTION:  Did any work begin, either by you or by |
| 05:42:52 | 20 | anybody else, to start trying to prepare it to implement in |
| 05:42:57 | 21 | Avatar? |
| 05:42:58 | 22 | ANSWER:  No. |
| 05:43:02 | 23 | QUESTION:  So there was no work done on any |
| 05:43:04 | 24 | technical implementation, correct? |
| 05:43:06 | 25 | ANSWER:  For Avatar, that's right. |

| | | |
|---|---|---|
| 05:43:10 | 1 | QUESTION:  Was any work done on any technical |
| 05:43:13 | 2 | implementation for any other product? |
| 05:43:18 | 3 | ANSWER:  I don't know. |
| 05:43:19 | 4 | QUESTION:  So in the work that you did, there was |
| 05:43:21 | 5 | no work, for instance, to determine what data would be |
| 05:43:28 | 6 | stored to implement your invention, correct? |
| 05:43:33 | 7 | ANSWER:  Can you repeat the question again? |
| 05:43:39 | 8 | I don't think there was. |
| 05:43:41 | 9 | QUESTION:  Sure.  There was no work done to decide |
| 05:43:44 | 10 | how data would be sent through the Avatar system to |
| 05:43:46 | 11 | implement your invention, correct? |
| 05:43:49 | 12 | ANSWER:  I don't remember clearly, but I |
| 05:44:00 | 13 | probably -- I don't think there was. |
| 05:44:01 | 14 | QUESTION:  Did you provide any other information |
| 05:44:03 | 15 | about your invention for the purpose of obtaining a patent |
| 05:44:08 | 16 | besides what is shown in Exhibit 14? |
| 05:44:17 | 17 | ANSWER:  First of all, I didn't prepare this |
| 05:44:29 | 18 | document.  I only provided information for preparing this |
| 05:44:34 | 19 | document, and I don't know if all the information I |
| 05:44:39 | 20 | provided are incorporated in this document.  That's what I |
| 05:44:42 | 21 | meant. |
| 05:44:52 | 22 | (Videoclip ends.) |
| 05:44:52 | 23 | MR. MOORE:  I believe that's now it, Your Honor. |
| 05:44:56 | 24 | THE COURT:  Have a seat.  Let's just be sure. |
| 05:44:59 | 25 | MR. MOORE:  Okay.  I'm told that it is.  I had |

05:45:09  1    forgotten there was a short second day of the deposition.

05:45:12  2          THE COURT:  That's fine.

05:45:12  3          MR. MOORE:  Yes.

05:45:14  4          THE COURT:  Ladies and gentlemen, we're going to

05:45:15  5    stop the trial for today at this juncture.  I'm going to

05:45:18  6    release you for the weekend in just a minute.

05:45:22  7          In doing that, I'm going to ask you to be back

05:45:25  8    rested and ready to go on Monday by 8:30 so that we can

05:45:29  9    start about that time.  If you'll be here by 8:15 or 8:20

05:45:35  10   so that we can start as close to 8:30 as possible, I would

05:45:39  11   appreciate it.

05:45:39  12         Let me remind you again, as you would expect, over

05:45:42  13   the weekend not to discuss the case with anyone in any way,

05:45:45  14   even though it's possible when you're around friends and

05:45:49  15   family you may be asked what you've done this week.

05:45:51  16         Please follow all the other instructions I've

05:45:53  17   given you.  Be careful traveling on the road.

05:45:57  18         And one final thing before we go, I'm sure most of

05:46:00  19   you noticed when you arrived today that the flag at this

05:46:05  20   courthouse was at half staff.  And as you all know, this is

05:46:09  21   the 19th anniversary of the 9/11 attacks on New York City.

05:46:15  22         I'd simply like to observe that I can't think of a

05:46:18  23   better way that you could have honored those people and our

05:46:23  24   country than by being here and serving as jurors in a civil

05:46:28  25   trial, supported by and guaranteed by our U.S.

05:46:34  1    Constitution.  So carry that thought with you as you leave
05:46:37  2    for the weekend.
05:46:38  3           Leave your closed notebooks on the table, and I
05:46:41  4    will see you Monday morning.  The jury is excused.
05:46:43  5           COURT SECURITY OFFICER:  All rise.
05:46:44  6           (Jury out.)
05:46:49  7           THE COURT:  Be seated, please.
05:47:08  8           Counsel, we have used a combined total of 8 hours
05:47:18  9    and 2 seconds since we started the trial, against your
05:47:22  10   allocated trial time.
05:47:24  11          Within that total, 5 hours and 36 minutes has been
05:47:32  12   used by the Plaintiff.
05:47:33  13          And 2 hours and 24 minutes has been used by the
05:47:37  14   Defendant.
05:47:38  15          Are there any questions or issues that need to be
05:47:42  16   raised with the Court before we recess for the weekend?
05:47:45  17          Anything from the Plaintiff?
05:47:45  18          MR. MOORE:  Nothing from the Plaintiff,
05:47:47  19   Your Honor.
05:47:47  20          THE COURT:  Anything from the Defendant?
05:47:48  21          MR. DACUS:  No, Your Honor.  Thank you.
05:47:50  22          THE COURT:  All right.  I will see you Monday
05:47:51  23   morning.  Until then, we stand in recess.
05:47:54  24          COURT SECURITY OFFICER:  All rise.
05:47:57  25          (Recess.)

592

```
1                         CERTIFICATION

2

3          I HEREBY CERTIFY that the foregoing is a true and

4    correct transcript from the stenographic notes of the

5    proceedings in the above-entitled matter to the best of my

6    ability.

7

8    /S/ Shelly Holmes                      9/11/2020
     SHELLY HOLMES, CSR, TCRR               Date
9    OFFICIAL REPORTER
     State of Texas No.: 7804
10   Expiration Date: 12/31/20

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```