1        IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TEXAS
2            MARSHALL DIVISION

3

GREE, INC.,             )(   CIVIL ACTION NOS.
4                  )(   2:19-CV-70-JRG-RSP
     PLAINTIFFS,      )(   2:19-CV-71-JRG-RSP
5                  )(
     VS.               )(
6                  )(   MARSHALL, TEXAS
SUPERCELL OY,        )(   SEPTEMBER 14, 2020
7                  )(   8:50 A.M.
     DEFENDANTS.      )(

8

9           TRANSCRIPT OF JURY TRIAL

10         VOLUME 5 - MORNING SESSION

11     BEFORE THE HONORABLE JUDGE RODNEY GILSTRAP

12       UNITED STATES CHIEF DISTRICT JUDGE

13

14  APPEARANCES:

15

16  FOR THE PLAINTIFFS:

17

18  MR STEVEN D. MOORE
    KILPATRICK TOWNSEND & STOCKTON LLP
19  Two Embarcadero Center, Suite 1900
    San Francisco, CA 94111
20

21  MS. TAYLOR HIGGINS LUDLAM
    KILPATRICK TOWNSEND & STOCKTON LLP
22  4208 Six Forks Road
    Raleigh, NC 27609
23

24

25

```
 1  FOR THE PLAINTIFF:

 2

 3  MR. ALTON L. ABSHER III
    KILPATRICK TOWNSEND & STOCKTON LLP
 4  1001 West Fourth Street
    Winston-Salem, NC 27101
 5

 6  MR. MICHAEL T. MORLOCK
    KILPATRICK TOWNSEND & STOCKTON LLP
 7  1100 Peachtree Street, NE
    Suite 2800
 8  Atlanta, GA 30309

 9
    MS. TAYLOR J. PFINGST
10  KILPATRICK TOWNSEND & STOCKTON LLP
    Two Embarcadero Center, Suite 1900
11  San Francisco, CA 94111

12
    MS. MELISSA R. SMITH
13  GILLAM & SMITH, LLP
    303 South Washington Avenue
14  Marshall, TX 75670

15

16  FOR THE DEFENDANT:

17

18  MR. MICHAEL J. SACKSTEDER
    MR. BRYAN A. KOHM
19  MR. CHRISTOPHER L. LARSON
    MS. SHANNON E. TURNER
20  FENWICK & WEST LLP
    555 California Street, 12th Floor
21  San Francisco, CA 94104

22
    MR. GEOFFREY R. MILLER
23  FENWICK & WEST LLP
    902 Broadway, Suite 14
24  New York, NY 10010

25
```

```
 1   FOR THE DEFENDANT:

 2

     MS. JESSICA M. KAEMPF
 3   MR. JONATHAN T. MCMICHAEL
     FENWICK & WEST LLP
 4   1191 Second Ave., 10th Floor
     Seattle, WA 98101
 5

 6   MR. DERON DACUS
     THE DACUS FIRM, P.C.
 7   821 ESE Loop 323, Suite 430
     Tyler, TX 75701
 8

 9

10

11

12   COURT REPORTER:    Ms. Shelly Holmes, CSR, TCRR
                        Official Court Reporter
13                      United States District Court
                        Eastern District of Texas
14                      Marshall Division
                        100 E. Houston
15                      Marshall, Texas  75670
                        (903) 923-7464
16

17

     (Proceedings recorded by mechanical stenography, transcript
18   produced on a CAT system.)

19

20

21

22

23

24

25
```

```
08:32:35   1                   P R O C E E D I N G S
08:32:35   2            (Jury out.)
08:32:35   3            COURT SECURITY OFFICER:  All rise.
08:32:36   4            THE COURT:  Be seated, please.
08:50:56   5            Counsel, are you prepared to read into the record
08:51:10   6    those items from the list of pre-admitted exhibits used
08:51:13   7    during Friday's portion of the trial?
08:51:15   8            MR. MOORE:  Yes, Your Honor.  I'd like to request
08:51:18   9    if our colleague, Ms. Kasey Koballa could come to the
08:51:23   10   podium and do that for us.
08:51:25   11           THE COURT:  That would be fine.
08:51:27   12           MR. MOORE:  Thank you, Your Honor.
08:51:28   13           MS. KOBALLA:  Good morning, Your Honor.
08:51:37   14   Plaintiff's list of exhibits admitted on Friday is PTX-16,
08:51:42   15   PTX-19, PTX-111, PTX-133, PTX-143, PTX-144, PTX-145,
08:51:57   16   PTX-146, PTX-153, PTX-164, PTX-165, PTX-166, PTX-167,
08:52:12   17   PTX-475, PTX-480, PTX-591, PTX-593, PTX-594, PTX-598,
08:52:27   18   PTX-599, PTX-600, PTX-601, PTX-602, PTX-660, PTX-661,
08:52:42   19   PTX-662, PTX-663, PTX-12, and PTX-14.
08:52:47   20           THE COURT:  All right.  Thank you for that
08:52:49   21   rendition, counsel.
08:52:50   22           Is there any objection to the same from the
08:52:52   23   Defendants?
08:52:53   24           MR. DACUS:  There is no objection, Your Honor.
08:52:57   25           THE COURT:  Does the Defendant have a similar
```

| | | |
|---|---|---|
| 08:53:00 | 1 | offering to make? |
| 08:53:02 | 2 | MR. DACUS:  We do, Your Honor. |
| 08:53:04 | 3 | MS. KOBALLA:  Thank you, Your Honor. |
| 08:53:05 | 4 | THE COURT:  Please proceed. |
| 08:53:07 | 5 | MR. MCMICHAEL:  Good morning, Your Honor. |
| 08:53:11 | 6 | Defendant's exhibits to be admitted from Friday are DX-200, |
| 08:53:16 | 7 | DX-217, DX-221, DX-1214, DX-1215, DX-1217, DX-1218, |
| 08:53:30 | 8 | DX-1226B, DX-1229, DX-1229B, DX-1231, PTX-150 and PTX-167. |
| 08:53:45 | 9 | THE COURT:  All right.  Thank you for that |
| 08:53:47 | 10 | rendition as well. |
| 08:53:48 | 11 | Is there objection to the same from the Plaintiff? |
| 08:53:51 | 12 | MR. MOORE:  We have no objection, Your Honor. |
| 08:53:53 | 13 | THE COURT:  Thank you, counsel. |
| 08:53:54 | 14 | Mr. Moore, is the Plaintiff prepared to call their |
| 08:53:56 | 15 | next witness? |
| 08:53:57 | 16 | MR. MOORE:  Yes, Your Honor, and Ms. Smith will do |
| 08:53:59 | 17 | that. |
| 08:54:00 | 18 | THE COURT:  All right. |
| 08:54:01 | 19 | MR. MOORE:  If that's okay. |
| 08:54:02 | 20 | THE COURT:  Is there anything we need to take up |
| 08:54:05 | 21 | before I bring in the jury from either side? |
| 08:54:07 | 22 | MR. MOORE:  Not from the Plaintiff. |
| 08:54:08 | 23 | MR. DACUS:  Not from the Defendant, Your Honor. |
| 08:54:10 | 24 | THE COURT:  Let's bring in the jury, please, |
| 08:54:12 | 25 | Mr. Fitzpatrick. |

| | | |
|---|---|---|
| 08:54:17 | 1 | COURT SECURITY OFFICER:  All rise. |
| 08:54:19 | 2 | (Jury in.) |
| 08:54:31 | 3 | THE COURT:  Welcome back, ladies and gentlemen. |
| 08:54:42 | 4 | Please be seated. |
| 08:54:43 | 5 | We will continue, members of the jury, with the |
| 08:54:49 | 6 | Plaintiff's case-in-chief.  We finished some witnesses by |
| 08:54:53 | 7 | deposition on Friday, and we'll now proceed to have |
| 08:54:57 | 8 | Plaintiff call their next witness. |
| 08:54:59 | 9 | Mr. Moore, Plaintiff may call its next witness. |
| 08:55:02 | 10 | MS. SMITH:  Your Honor, the Plaintiff calls |
| 08:55:08 | 11 | Dr. David Neal. |
| 08:55:08 | 12 | THE COURT:  All right.  Dr. Neal, if you'll come |
| 08:55:11 | 13 | forward. |
| 08:55:11 | 14 | Ms. Smith, you may go to the podium. |
| 08:55:17 | 15 | (Witness sworn.) |
| 08:55:18 | 16 | THE COURT:  Please come around, sir.  Have a seat |
| 08:55:27 | 17 | at the witness stand. |
| 08:55:36 | 18 | MS. SMITH:  Your Honor, may I hand the witness his |
| 08:55:41 | 19 | binder? |
| 08:55:41 | 20 | THE COURT:  You may. |
| 08:55:45 | 21 | THE WITNESS:  Thank you. |
| 08:55:47 | 22 | COURT SECURITY OFFICER:  Yes, sir. |
| 08:55:49 | 23 | THE COURT:  All right.  Ms. Smith, you may proceed |
| 08:55:51 | 24 | with your direct examination. |
| 08:55:53 | 25 | MS. SMITH:  Thank you, Your Honor. |

08:55:53    1           DAVID NEAL, PH.D., PLAINTIFF'S WITNESS, SWORN

08:55:53    2                      DIRECT EXAMINATION

08:55:54    3   BY MS. SMITH:

08:55:54    4   Q.  Good morning, Dr. Neal.

08:56:06    5   A.  Good morning.

08:56:06    6   Q.  Dr. Neal, if you would introduce yourself to the jury,

08:56:09    7   please.

08:56:09    8   A.  Certainly.  Good morning.  My name is Dr. David Neal.

08:56:13    9   Q.  And Dr. Neal, what is your role in this case?

08:56:16   10   A.  I am a survey expert, and so I was retained by GREE to

08:56:22   11   run two surveys.  One of them was of players of Clash of

08:56:27   12   Clans, looking at that copy layout feature that we heard

08:56:30   13   Dr. Akl talk a lot about on Friday.  And the second one was

08:56:34   14   of Clash Royale, and that one was looking at the card

08:56:37   15   donation feature that we heard about on Friday.

08:56:39   16   Q.  And, Doctor, if you would give the jurors a brief

08:56:44   17   summary of your academic background, please.

08:56:47   18   A.  Certainly.  So I did my undergraduate training and then

08:56:52   19   a Ph.D. in Australia.  You can probably tell from my

08:56:55   20   strange accent that I didn't grow up here.  But I moved to

08:56:59   21   the U.S. about 15 years ago and became a U.S. citizen but

08:57:03   22   did my initial training in Australia and then did a

08:57:07   23   postdoctoral fellowship and more university training at

08:57:07   24   Duke University in North Carolina.

08:57:09   25   Q.  Where do you currently work?

08:57:12  1   A.  So, currently, I work at Catalyst Behavioral Sciences,

08:57:17  2   and then I also have a position back at Duke University.

08:57:20  3   Q.  Let's start with Catalyst.  What's your role at

08:57:23  4   Catalyst Behavioral Sciences?

08:57:26  5   A.  I am the managing partner, and I also founded the

08:57:29  6   company.

08:57:30  7   Q.  And what does Catalyst do?

08:57:31  8   A.  So I would describe it really as a small business.

08:57:36  9   It's a small research consulting company.  So we do

08:57:40  10  research studies.  Most of them are surveys, like the one

08:57:44  11  I'm going to talk to you about today.  And sometimes

08:57:47  12  they're for big companies; sometimes they're for legal

08:57:50  13  cases like this one.  And I also do a lot of work in

08:57:53  14  health.

08:57:53  15  Q.  You mentioned big companies.  Can you give the jurors

08:57:57  16  an example of the types of companies you work for?

08:57:59  17  A.  Sure.  So a few quick examples would be I've done a lot

08:58:04  18  for Procter & Gamble.  So they own lots of brands that we

08:58:09  19  probably all use; things like Tide detergent and Bounty

08:58:15  20  paper towel and Gillette razors.  I've also done a lot of

08:58:19  21  work for Intel and for Microsoft.

08:58:22  22  Q.  And what type of work did you do for the government?

08:58:25  23  A.  So I've done a lot of work for the U.S. Army, and

08:58:30  24  that's -- most of that work is focused on soldier health

08:58:33  25  and wellbeing, so basically keeping soldiers fit and

08:58:37  1  healthy and sleeping enough, which is a big -- big deal in

08:58:42  2  terms of maintaining readiness.

08:58:44  3  Q.  Doctor, what's your role at Duke University?

08:58:46  4  A.  So I am an executive in residence.  And, basically,

08:58:51  5  what that means is I help professors in a bunch of

08:58:54  6  different areas on projects -- most of them actually are to

08:58:58  7  do with smartphone apps like the ones we're talking about

08:59:01  8  in this case.

08:59:01  9  Q.  You -- you say that you help professors.  Have you also

08:59:06  10  been a professor yourself?

08:59:07  11  A.  I was, yes.  Before I started Catalyst, I was a

08:59:10  12  professor at the University of Southern California.  And so

08:59:15  13  when I was a professor, I taught undergraduates and

08:59:20  14  graduate students.  And a lot of that work was -- was

08:59:23  15  teaching them how to design good surveys like the surveys

08:59:26  16  we'll be hearing about today.

08:59:27  17  Q.  Now, Doctor, on the bottom of the screen in front of

08:59:31  18  you, I see it mentions 24 peer-reviewed articles.  Tell

08:59:35  19  us -- tell the jury a little bit about that, please.

08:59:38  20  A.  Sure.  So peer-review is this -- kind of very rigorous,

08:59:42  21  difficult process that when an academic writes a paper and

08:59:46  22  they want to get it published, they send the paper off to a

08:59:48  23  journal, and then the journal finds other experts to send

08:59:52  24  it to, to basically try and pick it apart and find any

08:59:56  25  fault or flaws in it.

08:59:58  1      And it's only if that -- those other experts say,

09:00:01  2  okay, this is -- this has no flaws in it, that the paper

09:00:04  3  will be allowed to be published.  So that's the peer-review

09:00:08  4  process.  And 24 of my papers have passed through that --

09:00:13  5  that peer-review process.

09:00:15  6      MS. SMITH:  Your Honor, at this time, GREE tenders

09:00:18  7  Dr. Neal as an expert in survey methodology.

09:00:23  8      THE COURT:  Is there objection?

09:00:24  9      MR. KOHM:  No objection, Your Honor.

09:00:25  10     THE COURT:  All right.  Then, without objection,

09:00:26  11  the witness will be recognized by the Court as an expert in

09:00:29  12  that designated field.

09:00:30  13     MS. SMITH:  Thank you, Your Honor.

09:00:31  14     THE COURT:  Please proceed.

09:00:35  15  Q.  (By Ms. Smith)  Dr. Neal, are you being compensated for

09:00:37  16  your work as an expert in this case?

09:00:39  17  A.  I -- I am.  I'm being paid my standard hourly rate

09:00:43  18  which is $585.00.

09:00:44  19  Q.  And is your compensation in this case in any way tied

09:00:50  20  to the outcome of this matter?

09:00:51  21  A.  No, it's not.  So all of my conclusions are linked to

09:00:55  22  the hard numbers that come out of the surveys that I'll

09:00:57  23  show you, and I get compensated regardless of how the case

09:01:00  24  turns out.

09:01:01  25  Q.  And, Doctor, you and I have actually never had the

09:01:04  1  pleasure of working together, have we?

09:01:05  2  A.  We have not.

09:01:06  3  Q.  Have you ever worked with the law firm of Kilpatrick

09:01:09  4  Townsend, my colleagues over at counsel table?

09:01:11  5  A.  I have not worked with any of the lawyers -- the lead

09:01:15  6  lawyers on this case.  I have worked with another group of

09:01:17  7  Kilpatrick Townsend that does trademark work.

09:01:20  8        So, you know, as you know, this case is about

09:01:23  9  patents.  There's another group of Kilpatrick Townsend that

09:01:25 10  does trademark work, and I've worked with them, I would

09:01:29 11  guess, 50 times over the past 10 years; something like

09:01:32 12  that.

09:01:32 13  Q.  Doctor, if someone says 50 times, that sounds -- that

09:01:35 14  sounds like a lot -- a lot of the cases for the same firm.

09:01:39 15  What would you say?

09:01:40 16  A.  Not really.  To me it's a compliment, and that's fairly

09:01:44 17  typical.  So I've worked a lot for many different law

09:01:47 18  firms.  Earlier I mentioned Procter & Gamble.  I've been

09:01:51 19  doing research for them for almost 20 years.  So, to me,

09:01:55 20  it's a compliment if people ask you to come back and do

09:01:58 21  more research.

09:01:59 22  Q.  And in that 20 years, have you ever, prior to this

09:02:02 23  case, worked for my client, GREE?

09:02:04 24  A.  I have not.

09:02:04 25  Q.  Now, Dr. Neal, are there basic rules that must be

09:02:12   1   followed when designing a survey?

09:02:13   2   A.   There are.   And you can see some of them on the screen

09:02:17   3   here.   And one way to think about this is the -- the main

09:02:20   4   goal with designing a good survey is to make sure it's

09:02:23   5   really neutral and even-handed.   That's very important.

09:02:27   6           So there are some rules of the road to try and get

09:02:30   7   to that outcome.   You can see some of the main ones on the

09:02:33   8   screen here.

09:02:34   9           So the first one is the idea of an unbiased

09:02:38  10   sample.   And, basically, what that means is you've got to

09:02:41  11   be really careful to make sure you're talking to the right

09:02:44  12   people.

09:02:44  13           So, in this case, obviously, we want to talk to

09:02:47  14   people in the U.S. who are playing Clash of Clans on their

09:02:51  15   phone or on a tablet, or Clash Royale.

09:02:54  16           So what I did was in the survey, I created this

09:02:59  17   little test.   And so if you started the survey and you

09:03:02  18   said, yeah, I've played Clash of Clans, I showed you images

09:03:05  19   from Clash of Clans and images from different other games,

09:03:11  20   and you have to get a perfect score in saying, yes, this

09:03:14  21   one is from Clash of Clans, this one is not.

09:03:16  22           So that's how I could be a hundred percent sure

09:03:19  23   that everyone who said -- put up their hand essentially in

09:03:22  24   the survey and said, yes, I'm a Clash of Clans player or a

09:03:26  25   Clash Royale player, I knew for sure that they were.

09:03:28    1   That's the unbiased sample.

09:03:31    2   Q.  And, Dr. Neal, it looks like your second rule of the

09:03:33    3   road here is double-blind data collection.  Can you explain

09:03:37    4   to the jurors what that means?

09:03:38    5   A.  Sure.  So this is really -- and the picture at the

09:03:41    6   bottom is kind of capturing this idea of double-blind.

09:03:44    7        Basically, what it means is the people who are

09:03:46    8   taking your survey, they shouldn't know kind of the back

09:03:50    9   story of what the whole survey is about.  So they shouldn't

09:03:53   10   know in this case that there's litigation involved or

09:03:57   11   anything like that.

09:03:58   12        But the second, the double-blind piece, is,

09:04:02   13   whoever is asking the questions, they should also not

09:04:04   14   really know what's going on.

09:04:05   15        So the way we do that is we program the survey on

09:04:09   16   a computer.  So you're actually taking the survey through a

09:04:14   17   web link, and then there's no human element involved.

09:04:18   18        Obviously, the computer puts the question --

09:04:21   19   obviously, it asks you, you know, what is your gender, it

09:04:24   20   asks it exactly the same way.  And it doesn't know, you

09:04:27   21   know, anything about Supercell or GREE.  So we kind of

09:04:30   22   remove the human element from the asking of the question.

09:04:33   23   Q.  Doctor, under No. 3, you say randomization of response

09:04:39   24   options.  Why is that important?

09:04:41   25   A.  Okay.  So this is really the idea that when you're

09:04:45    1   going through a survey, let -- let's say I was asking you

09:04:49    2   what your favorite color was, and then I said, what's your

09:04:53    3   favorite color, and I listed five of them.

09:04:55    4        Sometimes some people, just because they're kind

09:04:58    5   of bored, will just click on the first one that's in the

09:05:03    6   list, but that would create a bias if we didn't make the

09:05:07    7   list -- we didn't change the list for every person who goes

09:05:09    8   through the survey.

09:05:10    9        So here in this survey, we randomize all the

09:05:12   10   options as they appear under a question.  So one person

09:05:15   11   goes through, and they're in one order.  The next person

09:05:18   12   goes through, and they're in a different order.  And that

09:05:21   13   removes that bias that might come from people just clicking

09:05:24   14   the first thing they happen to read.

09:05:25   15   Q.  Doctor, moving on to your fourth and -- and last rule

09:05:29   16   of the road, non-leading questions.  What -- why is that

09:05:34   17   important?

09:05:34   18   A.  Well, this is important because we want to make sure

09:05:38   19   we're asking questions in a way that's very neutral and

09:05:41   20   even-handed.  So you have to be very careful with language

09:05:47   21   to make sure you're not kind of suggesting to the person

09:05:50   22   taking the survey what a good answer might be or a bad

09:05:53   23   answer.  So it's really just about being neutral and fair

09:05:56   24   in the way you ask the question.

09:05:57   25   Q.  And, Dr. Neal, did you use any or all of these four

09:06:02    1    rules for surveys in the surveys that you conducted in this

09:06:06    2    case?

09:06:06    3    A.  Yes, I used all of these in my surveys that I'm going

09:06:10    4    to talk to you about today, just as I would in any of my

09:06:14    5    peer-reviewed scientific articles.

09:06:16    6    Q.  Now, Doctor, at a -- at a really high level, if you

09:06:21    7    could give the jurors a summary of exactly how you went

09:06:25    8    about designing the surveys in this case.

09:06:28    9    A.  Sure.  So, as I mentioned earlier, I did two surveys

09:06:32   10    overall.  One of them was of Clash Royale.  You can see

09:06:36   11    that on the left on the screen here.  And that one was

09:06:38   12    mainly focused on that card donation feature that Dr. Akl

09:06:40   13    was talking about.

09:06:41   14         I also did ask about other features, and I'll --

09:06:44   15    I'll kind of walk you through why I did that.

09:06:49   16         And then the second survey was of Clash of Clans

09:06:50   17    players, and that one focused on this copy layout feature,

09:06:54   18    which is related to the template patent that Dr. Akl talked

09:06:57   19    about.

09:06:57   20         So you can kind of think of it as two surveys, one

09:07:00   21    on each game, that are basically the same in terms of the

09:07:05   22    questions I asked.  So -- so what were those main

09:07:08   23    questions?

09:07:08   24         The main things I wanted to know were for these

09:07:13   25    features that are in -- in debate in this case, what

608

09:07:18  1   percentage of players were aware of them, so actually know

09:07:21  2   that that's a feature in the game; what percentage of

09:07:24  3   players have used them; what percentage of players say,

09:07:28  4   yes, that's important, as opposed to saying, no, I don't

09:07:32  5   really care about that picture.

09:07:33  6          And then, finally, I asked them, okay, imagine

09:07:37  7   that this feature actually wasn't in the game, what would

09:07:40  8   that do, if anything, to the amount of time you spend

09:07:43  9   playing the game?  Would it go up?  Would it go down?

09:07:46  10  Would it stay the same?

09:07:47  11         So those are the main things I wanted to get out

09:07:51  12  of the survey.

09:07:52  13         MS. SMITH:  At this time, if I could see

09:07:54  14  Plaintiff's Exhibit -- PTX-451, please.

09:08:00  15  Q.  (By Ms. Smith)  Doctor, do you recognize this exhibit?

09:08:04  16  A.  I do.  This is a copy of the questionnaire, so these

09:08:09  17  are the actual questions that were put to the survey

09:08:11  18  respondents in my surveys.

09:08:15  19         MS. SMITH:  And if we could scan down to Page 4.

09:08:20  20  Thank you.

09:08:21  21  Q.  (By Ms. Smith)  What do we see here, doctor?

09:08:23  22  A.  Okay.  So the -- the -- the middle question here is --

09:08:31  23  this one here is a quality control question.  So if you

09:08:35  24  read this question, what it's saying is, okay, please

09:08:39  25  select the other option and type in the word "quality."

09:08:43  1          And what this does is, as you can imagine, a small

09:08:46  2   number of people when they're going through a survey,

09:08:48  3   they're actually not really interested in taking the

09:08:51  4   survey, so they don't read very carefully.

09:08:53  5          And those people would be caught by a question

09:08:56  6   like this, right, because they would just -- maybe they

09:08:58  7   would randomly click on agree.  And the only way to get

09:09:03  8   through the survey is to click other and then type in the

09:09:06  9   word "quality."  So that's an example of a quality control.

09:09:09  10         MS. SMITH:  Now, if we could go to -- scan down,

09:09:14  11   please, to Questions 10 through 11.  I believe it's on

09:09:19  12   Page 5.

09:09:23  13   A.  So here's another -- actually we want to go on just --

09:09:27  14         MS. SMITH:  On Page 5.  Thank you.

09:09:29  15   A.  Yeah.  Okay.

09:09:31  16   Q.  (By Ms. Smith)  What do we see here, Doctor?

09:09:32  17   A.  Okay.  So the -- the bottom question here, and we're

09:09:35  18   going to scroll on in a second to see the full list of

09:09:37  19   options that people saw, but this is the question where we

09:09:41  20   asked people what specific games they had played on their

09:09:45  21   phone in -- in the past four weeks.  And you can see

09:09:48  22   there's a bunch of options there.

09:09:49  23         Before we go on, I just want to point out one of

09:09:53  24   them.  So this one here, Zion's Parallax, that sounds like

09:10:01  25   a game, right?  But, actually, it's made up.  So this is a

09:10:01  1  way -- another way of catching people who are not giving

09:10:04  2  truthful answers.

09:10:06  3         So if anyone says, yes, I've played Zion's

09:10:12  4  Parallax in the last four weeks, they weren't allowed to

09:10:14  5  continue in the survey because I made it up, so it doesn't

09:10:16  6  exist.

09:10:16  7         So if we go on to the next page.

09:10:19  8         So, here, we're going to see that you've got the

09:10:23  9  two games also on this list that are at issue in this case,

09:10:27  10  Clash Royale and Clash of Clans.  So people have to check

09:10:30  11  at least one of those in order to -- to go through and take

09:10:34  12  part in the whole survey.

09:10:37  13         MS. SMITH:  Thank you.

09:10:38  14  Q.  (By Ms. Smith)  Dr. Neal, did you use any other quality

09:10:46  15  control measures in your surveys?

09:10:48  16  A.  Yes.  So we've -- we've already talked about the first

09:10:52  17  two here.

09:10:53  18         And then No. 3, I -- I mentioned earlier, that's

09:10:57  19  the one where if someone got to the point -- they passed

09:11:01  20  through all the other quality controls, and they said, yes,

09:11:04  21  I've played Clash of Clans, I put that little test to them.

09:11:09  22         I showed them images from Clash of Clans and other

09:11:12  23  games, and they had to say which ones really did come from

09:11:15  24  Clash of Clans.  And only if they got a perfect score -- a

09:11:17  25  hundred percent on that test were they got to go through.

09:11:21  1    So that's -- that's No. 3 here.

09:11:22  2          And then, finally, I excluded anyone who worked in

09:11:25  3    advertising or marketing.  And that's kind of the standard

09:11:28  4    thing that all survey experts would do in -- in cases like

09:11:30  5    this.

09:11:36  6    Q.  Did you screen out respondents, Doctor, from your

09:11:39  7    survey?

09:11:39  8    A.  I did.  So a couple of final things.  Think of this as

09:11:44  9    kind of we're whittling down to make sure we're talking to

09:11:46  10   the right people.

09:11:48  11         And so I excluded anyone who was under 15.  And I

09:11:52  12   made sure that everyone had played one of those two games,

09:11:56  13   Clash of Clans or Clash Royale, in the last four weeks.

09:11:59  14   And then, finally, I made sure that they lived inside the

09:12:03  15   United States.

09:12:03  16   Q.  And why was it important to you to screen those folks

09:12:06  17   out?

09:12:06  18   A.  Well, it's really important to make sure that, you

09:12:09  19   know, you're talking to people, because the lawsuit is here

09:12:11  20   in the United States, to make sure you're talking to

09:12:14  21   players in the U.S.

09:12:15  22         And then the four weeks requirement is because no

09:12:20  23   one's memory is perfect, right?  And if something happened

09:12:23  24   five weeks ago or three months ago or six months ago, maybe

09:12:28  25   that was the last time you played the game, your memory,

09:12:31  1   just human beings being human beings, wouldn't be so good.

09:12:35  2         So we want to make sure we're talking to current

09:12:37  3   players who are going to have good memory for the subject

09:12:40  4   that we're asking about.

09:12:43  5   Q.  What features did you survey in Clash Royale?

09:12:46  6   A.  Okay.  So you can see on the screen here four features

09:12:51  7   in total.  They're labeled A, B, C, and D.  And A is the

09:12:58  8   one that's actually, you know, an accused feature in the

09:13:01  9   lawsuit.

09:13:01  10        So we heard Dr. Akl talk about this in Clash

09:13:06  11  Royale, receiving donated cards and then upgrading those

09:13:10  12  cards that's accused of infringing a patent.

09:13:13  13        The other ones are not, and so we call those -- in

09:13:16  14  a scientific survey, we call those controls, and there they

09:13:21  15  perform an important purpose.  They basically help make

09:13:24  16  sure that we don't make people think too much about just

09:13:27  17  the one accused feature that the whole lawsuit is about, or

09:13:30  18  at least this patent.

09:13:31  19        And so think of it as a way of, you know, making

09:13:35  20  sure we've asked about Feature A, but we haven't made it

09:13:39  21  so -- haven't put it -- made it so kind of salient to

09:13:44  22  people that they're thinking about it too much, and that

09:13:46  23  might inflate its importance.

09:13:49  24        So we kind of hide it amongst a bunch of other

09:13:52  25  features, and that's a much more neutral, even-handed way

| | | |
|---|---|---|
| 09:13:56 | 1 | to ask the questions. |
| 09:13:57 | 2 | Q.  How did you ensure that the respondents understood the |
| 09:14:01 | 3 | features that you were asking about? |
| 09:14:02 | 4 | A.  So before I got to this point of actually fielding the |
| 09:14:05 | 5 | survey, I had gone through a pretty rigorous process.  I -- |
| 09:14:10 | 6 | I talked to Dr. Akl.  He, of course, is the technical |
| 09:14:11 | 7 | expert.  He knows all of the nuances about how the games |
| 09:14:13 | 8 | work.  I'm not a gaming expert.  So I -- I talked with him. |
| 09:14:18 | 9 | And then as a survey expert, I know how to ask |
| 09:14:21 | 10 | questions in a way that's clear and people can understand. |
| 09:14:25 | 11 | But then the final thing I did was put together |
| 09:14:31 | 12 | this -- images like this that show you a written |
| 09:14:35 | 13 | description -- so we can see that at the top here -- and |
| 09:14:38 | 14 | then also show you some screenshots from the game that kind |
| 09:14:46 | 15 | of explain how that feature works. |
| 09:14:48 | 16 | So someone going through the survey would read |
| 09:14:51 | 17 | that written description at the top, and then they would |
| 09:14:53 | 18 | see these images at the bottom.  And they're all players of |
| 09:14:56 | 19 | the game, so it makes sense to them. |
| 09:14:58 | 20 | The final thing that I did was I actually did some |
| 09:15:02 | 21 | interviews with folks that played these games, one-on-one |
| 09:15:05 | 22 | interviews, where they went through the questions in the |
| 09:15:07 | 23 | survey and through these images, and we talked about them. |
| 09:15:12 | 24 | And, basically, I worked out, is this a hundred |
| 09:15:14 | 25 | percent clear to you?  Is anything ambiguous?  Anything |

09:15:17   1   that doesn't make sense?  And that's how I know that people

09:15:21   2   understood these -- these questions and these features

09:15:24   3   perfectly.

09:15:24   4   Q.  Doctor, what questions did you ask regarding the

09:15:37   5   donation feature of Clash Royale?

09:15:41   6   A.  Okay.  So the -- the first thing I did was ask people

09:15:44   7   where they were -- had paid money to play Clash Royale

09:15:49   8   before or not.  We heard Dr. Akl talk about that these --

09:15:53   9   these games are freemium games, so you can play them for

09:15:57  10   free.

09:15:57  11        But you can also choose to make an in-app

09:16:02  12   purchase, and then that allows you to do cool stuff and

09:16:03  13   speed things up and -- so we wanted to know who is a payer

09:16:06  14   and who's not a payer.

09:16:06  15        And then once we knew that, we started presenting

09:16:09  16   the features to them, including this critically important

09:16:13  17   one, the card donation feature.  And I wanted to know,

09:16:17  18   okay, were you aware of this feature in the game before

09:16:19  19   taking this survey?

09:16:21  20        And then, secondly, had you used it before?

09:16:24  21        And then, thirdly, is it something that's

09:16:27  22   important to you or not?  Those are the key questions.

09:16:32  23   Q.  And what data do you collect about payers versus

09:16:41  24   non-payers of Clash Royale?

09:16:42  25   A.  Okay.  So now we're going to start to look at some

| | | |
|---|---|---|
| 09:16:42 | 1 | actual results from the survey. |
| 09:16:44 | 2 | And what we can see over here, if you look at |
| 09:16:46 | 3 | these bar -- bars over on the right-hand side, this is the |
| 09:16:49 | 4 | percentage of Clash Royale players who have paid money to |
| 09:16:54 | 5 | play the game. |
| 09:16:55 | 6 | So it's about -- almost 60 percent -- 59 percent |
| 09:16:57 | 7 | of them, about 6 in 10, have made an in-app purchase, so |
| 09:17:05 | 8 | given some money to Supercell to play Clash Royale at some |
| 09:17:09 | 9 | time in the past. |
| 09:17:12 | 10 | Q. And, Doctor, why was it important for you to ask about |
| 09:17:18 | 11 | paying versus non-paying players? |
| 09:17:20 | 12 | A. Well, it's my understanding that the way -- as -- as I |
| 09:17:25 | 13 | mentioned earlier, these games are free to play, but -- so |
| 09:17:28 | 14 | some people are basically giving money to Supercell, and |
| 09:17:32 | 15 | some people are not. Some people are just playing the free |
| 09:17:35 | 16 | version. |
| 09:17:35 | 17 | So in order -- and this is more of Dr. Becker's |
| 09:17:37 | 18 | expertise. You'll hear from him later. But my |
| 09:17:40 | 19 | understanding is in order to perform those financial |
| 09:17:43 | 20 | calculations, in the survey, we need to know who is a payer |
| 09:17:50 | 21 | and who's not a payer. |
| 09:17:52 | 22 | Q. Now, what did the data show regarding paying players' |
| 09:17:59 | 23 | awareness and usage of the accused feature? |
| 09:18:01 | 24 | A. Okay. So now we're getting into, you know, these |
| 09:18:06 | 25 | features specifically and did people know about them and do |

```
09:18:08   1   they use them.
09:18:10   2           And if we look over here on the right-hand, this
09:18:12   3   is, first of all, the awareness numbers.  So amongst
09:18:17   4   payers -- so the people who are making those in-app
09:18:22   5   purchases -- 88 percent.  So almost 9 out of 10 people who
09:18:26   6   are paying money to Supercell, say, yes, I am aware of this
09:18:30   7   card donation and upgrade feature.
09:18:31   8           And now if we look down at the bottom, this is now
09:18:34   9   about usage, right, because you could -- you could be aware
09:18:37  10   of something but not personally use it.  But the bar at the
09:18:40  11   bottom is showing us that about 69 percent, so almost 7 out
09:18:45  12   of 10 payers, so people who are paying money to play, 69
09:18:50  13   percent of them say, yes, I have used that feature -- the
09:18:54  14   card donation and upgrade feature.
09:18:58  15   Q.  And, Doctor, again, we're talking about paying players.
09:19:03  16   What did your data show about whether paying players think
09:19:08  17   this feature was -- thought the feature was important?
09:19:09  18   A.  Okay.  So now we're moving on to importance, right?  So
09:19:14  19   we know a lot of people are aware of this feature.  We know
09:19:16  20   a lot of people say they've used it.  And this bar tells
09:19:19  21   us, also, that a lot of people -- so, essentially, 70
09:19:22  22   percent, 7 out of 10 people, say that card donation and
09:19:29  23   upgrade feature is important to me as a player of the game.
09:19:33  24   Q.  Did you measure what the impact would be from removing
09:19:38  25   the feature in the games?
```

09:19:40  1  A.  I did, yes.  So the final piece of this was for me to

09:19:45  2  say, okay, you've told us that you're aware of the card

09:19:49  3  donation feature; that you use it; that it's important.

09:19:53  4  Now tell me what would happen if you -- if it wasn't

09:19:56  5  actually in the game.

09:19:58  6        And what this is telling us is that 27 percent, so

09:20:01  7  a little over a quarter of people, say that if that feature

09:20:06  8  wasn't in the game, I would play the game less.

09:20:14  9  Q.  Now, Dr. Neal, you also did a survey regarding Clash of

09:20:18  10  Clans; is that correct?

09:20:19  11  A.  I did.

09:20:19  12  Q.  And what features did you survey for Clash of Clans?

09:20:22  13  A.  Okay.  So you can see here there were more features I

09:20:26  14  asked about in Clash of Clans.

09:20:27  15        But, again, there's really just one feature that

09:20:30  16  is of -- of the main importance, and that's Feature B here,

09:20:35  17  that's that copy layout feature.  That's the one that's

09:20:38  18  accused of, I understand, infringing that template patent.

09:20:43  19        And -- but just like any other survey, we kind of

09:20:46  20  hide it amongst a bunch of other features that are not

09:20:48  21  accused of infringing any patents.  And all those other

09:20:52  22  features, other than B on the screen here, those are the

09:20:57  23  controls that help make sure we're not drawing too much

09:21:00  24  attention to Feature B.

09:21:02  25  Q.  Doctor, did you ask the Clash of Clans players the same

618

09:21:07  1  questions that we went through in the Clash Royale survey?

09:21:10  2  A.  Yes, exactly the same set of questions and the -- the

09:21:15  3  layout was the same.  So, you know, this is -- this is

09:21:17  4  the -- the screens that someone would have seen going

09:21:21  5  through the Clash of Clans survey.

09:21:23  6       So just like before, the survey respondents saw a

09:21:29  7  written description of the feature, and then they also saw

09:21:31  8  a set of screenshots from the actual game that helped bring

09:21:35  9  it to life for them and remind them what they were -- what

09:21:38  10  I wanted them to think about.

09:21:39  11  Q.  And if you would, give the jurors a summary of your

09:21:46  12  findings as to Clash of Clans?

09:21:48  13  A.  Certainly.  Yeah, so since we went through the Clash

09:21:53  14  Royale ones slowly one-by-one, we've got all the results

09:21:57  15  here together for the Clash of Clans one, since we kind of

09:22:01  16  know the sequence.

09:22:02  17       So exactly the same set of metrics that we got for

09:22:05  18  Clash Royale, but now we're talking about the copy layout

09:22:09  19  feature in Clash of Clans.

09:22:10  20       And, first of all, what you can see is that 77

09:22:17  21  percent, almost 8 out of 10 people were aware of that

09:22:21  22  feature before the survey.  About 44 percent say they had

09:22:25  23  personally used that feature.

09:22:28  24       Again, about 44 percent say that it's a feature

09:22:32  25  that's important to them.  And then about 11 percent say if

```
09:22:36   1    that feature was not in the game, I would actually play the
09:22:38   2    game less.
09:22:41   3    Q.  And, Doctor, did your work stop here?
09:22:44   4    A.  It did not.  I did one final analysis -- statistical
09:22:49   5    analysis.
09:22:49   6    Q.  And what was that?
09:22:50   7    A.  It's something called a logistic regression, and it
09:22:54   8    sounds very fancy, but it really answers a simple question,
09:22:59   9    which is -- so think about what the -- the survey gave me
09:23:02   10   in terms of data.
09:23:03   11         I know whether each person found a feature to be
09:23:07   12   important or not, and I also know whether they were a payer
09:23:11   13   or not.  But this statistical analysis allowed me to say,
09:23:16   14   okay, if someone finds one of these accused features
09:23:21   15   important, does that mean that they're -- in a scientific
09:23:25   16   way that they're statistically more likely to pay money to
09:23:29   17   Supercell to play the game.  So that's what this final
09:23:33   18   analysis helped me answer.
09:23:34   19   Q.  You -- you mentioned this, you say that a fancy
09:23:38   20   analysis of logistic regression, is that something you came
09:23:42   21   up with?
09:23:42   22   A.  I did not, no.  Logistic regression has been around for
09:23:45   23   a long time.  And, interestingly, it actually started in
09:23:51   24   agriculture and farming.
09:23:52   25         So in the '40s and '30s when farms started to get
```

09:23:59   1   bigger and they got more technology and farmers started

09:24:03   2   connecting with each other more, they realized they had a

09:24:08   3   lot of information about crop yields in different years and

09:24:09   4   what fertilizer had been used in 1939 versus 1940 versus

09:24:13   5   '41 and they also knew what the crop yields were, right,

09:24:17   6   and that's very valuable information.

09:24:19   7          But it's not quite as simple as saying, okay, we

09:24:23   8   used this fertilizer in '39, and we got this bump of crop.

09:24:28   9   And then we changed in 1940, and the crops weren't quite so

09:24:32  10   good.  So, of course, a lot of other things are changing,

09:24:34  11   right, so maybe there was a lot of rainfall in 1941.

09:24:41  12          So these statistical techniques were actually

09:24:44  13   developed in agriculture and farming to solve that problem.

09:24:47  14   Basically, to give you a way to say, okay, well, we used

09:24:51  15   this fertilizer and we got a great result, but there was a

09:24:56  16   lot of rainfall.  So we need to kind of do a little

09:25:01  17   numerical adjustment there.  So that's what -- what

09:25:04  18   regression allows you to do.

09:25:05  19          And, really, I'm using -- I'm using it here in

09:25:10  20   exactly the same sense, even a simple way to answer, okay,

09:25:13  21   if you say these accused features are important, is there a

09:25:20  22   higher likelihood that you're paying money to Supercell?

09:25:23  23   It's exactly the same as saying, if I use Fertilizer A, is

09:25:28  24   there a significantly higher chance that I'm going to have

09:25:33  25   a great crop that year?

```
09:25:34   1   Q.  And, Dr. Neal, what do these graphs tell us?
09:25:37   2   A.  So these give us the results of the logistic
09:25:41   3   regression.  And so let me just walk you through them.
09:25:43   4        The one on the left is the one for Clash Royale,
09:25:46   5   and you can see that there are two dots here.  And these --
09:25:50   6   these dots represent -- the left one that's lower
09:25:54   7   represents people who say, no, the card donation feature,
09:25:58   8   that's not important to me.  And there are some of those
09:26:00   9   people.
09:26:01  10        The one on the right, the higher dot, are the
09:26:06  11   people who say, yes, it is important to me.  And if you see
09:26:12  12   the line between the two of them goes up, right, it's not a
09:26:17  13   flat line.  And if you look over here on the -- the left of
09:26:23  14   the screen, this axis here that's going from 0 up to a
09:26:28  15   hundred, this is the -- the probability that someone is
09:26:31  16   paying money to Supercell to play the game.
09:26:33  17        And so what this is telling us is that, if you
09:26:37  18   think that accused feature is important, there's a higher
09:26:41  19   chance of you paying money to Supercell to play the game.
09:26:48  20   And -- and this analysis actually allows us to put an exact
09:26:52  21   number on it, and that's the number down here.
09:26:54  22        So 13.3 percent.  So, basically, what this means
09:26:58  23   is, if you're a person who finds that accused feature
09:27:02  24   important, there's a 13.3 percent increase in the chance
09:27:08  25   that you're going to give money to Supercell to play the
```

09:27:10  1    game.

09:27:11  2            And then we did exactly the same analysis over

09:27:13  3    here for Clash of Clans.

09:27:15  4    Q.  And what type of increase do we see for Clash of Clans?

09:27:18  5    A.  So here the number is 9 percent.  So there are more

09:27:23  6    dots because there are more features that we -- we studied

09:27:27  7    in Clash of Clans, but the same conclusion.

09:27:29  8            Here, if you find those -- that accused feature in

09:27:34  9    Clash of Clans, that copy layout feature, if you find that

09:27:36  10   important, you see a 9 percent increase in the chance of

09:27:41  11   you paying money to Supercell to play Clash of Clans.

09:27:47  12   Q.  Dr. Neal, based on all of that data you collected from

09:27:52  13   your surveys, what were your final conclusions?

09:27:54  14   A.  Okay.  So, first of all, thinking at a high level about

09:28:03  15   conclusions from both of these surveys, we saw that

09:28:06  16   awareness, usage, and importance of these two accused

09:28:11  17   features is -- is high, and it's higher for the people who

09:28:14  18   are paying money to Supercell to play the games.  So that's

09:28:17  19   the first conclusion.

09:28:20  20           The second conclusion is that there is a portion

09:28:23  21   for both games, portion of players who say, if this feature

09:28:28  22   wasn't in the game, I would actually play the game less.

09:28:32  23           And then, finally, in that -- that statistical

09:28:36  24   analysis I just walked you through, we saw that there is a

09:28:40  25   scientifically quantifiable, real, significant relationship

09:28:45  1   between saying, yes, this feature is important to me and

09:28:49  2   paying money to Supercell to play the game.

09:28:52  3   Q.  Thank you so much, Dr. Neal.

09:28:55  4            MS. SMITH:  Your Honor, I'll pass the witness.

09:28:57  5            THE COURT:  All right.  Cross-examination by the

09:28:58  6   Defendant.

09:29:15  7            Do we have binders to distribute, counsel?

09:29:20  8            MR. KOHM:  Yes, Your Honor.

09:29:20  9            THE COURT:  Let's proceed with that.

09:29:31  10           MR. DACUS:  Your Honor, may I approach to hand

09:29:34  11   them to the witness?

09:29:35  12           THE COURT:  You may.

09:29:37  13           MR. DACUS:  Thank you.

09:29:57  14           THE COURT:  All right.  Counsel, you may proceed

09:29:59  15   with cross-examination.

09:29:59  16           MR. KOHM:  Thank you, Your Honor.

09:29:59  17                      CROSS-EXAMINATION

09:30:00  18   BY MR. KOHM:

09:30:00  19   Q.  Dr. Becker -- I'm sorry, Dr. Neal, it's nice to see you

09:30:06  20   again.

09:30:07  21   A.  Good to see you, too.

09:30:08  22   Q.  Dr. Neal, you testified regarding the results of your

09:30:12  23   survey for both Clash of Clans and Clash Royale, correct?

09:30:15  24   A.  Yes.

09:30:15  25   Q.  And you showed the jury some of those results?

| | | |
|---|---|---|
| 09:30:19 | 1 | A.  Yes. |
| 09:30:21 | 2 | MR. KOHM:  Mr. Smith, can you please pull up |
| 09:30:23 | 3 | Dr. Neal's report at Table 23? |
| 09:30:27 | 4 | Q.  (By Mr. Kohm)  And I believe you just testified that |
| 09:30:34 | 5 | the results of your survey showed that a portion of players |
| 09:30:39 | 6 | would play more if the accused features were removed from |
| 09:30:43 | 7 | the games, correct? |
| 09:30:45 | 8 | A.  I think I said play less. |
| 09:30:47 | 9 | Q.  I'm sorry, play less.  Excuse me, yes. |
| 09:30:51 | 10 | A.  Correct. |
| 09:30:51 | 11 | Q.  And that was the conclusion -- your opinion -- the |
| 09:30:55 | 12 | conclusion of your opinions? |
| 09:30:56 | 13 | A.  That was one of my opinions. |
| 09:30:57 | 14 | Q.  Okay.  And if we're looking at Table 23, this is the |
| 09:31:05 | 15 | result of -- on playing time if the features were removed |
| 09:31:11 | 16 | for Clash of Clans, correct? |
| 09:31:14 | 17 | A.  Yes, that appears to be the case, yes. |
| 09:31:18 | 18 | Q.  All right.  And for Clash of Clans, the relevant |
| 09:31:24 | 19 | feature for -- for discussion is Feature B; is that |
| 09:31:30 | 20 | correct? |
| 09:31:30 | 21 | A.  That's correct. |
| 09:31:31 | 22 | Q.  All right.  And if we look at -- the first column is an |
| 09:31:39 | 23 | indication of whether the respondents would play more, |
| 09:31:43 | 24 | less, or the same amount, correct? |
| 09:31:45 | 25 | A.  Sorry, could you say that one more time? |

625

09:31:47   1   Q.  Sure, the -- under Impact if Absent, the options are
09:31:54   2   play more, less, or the same amount, correct?
09:31:57   3   A.  Or don't know, no opinion.
09:31:59   4   Q.  Fair enough.  So you agree with me that people who
09:32:03   5   don't know are not saying they're going to play more?
09:32:03   6   A.  Yes, I do agree with that.
09:32:05   7   Q.  Or less?
09:32:07   8   A.  Correct.
09:32:07   9   Q.  Okay.  The second column is the Payer column.  Is that
09:32:12  10   reflective of the survey respondents who indicated that
09:32:16  11   they are paying players of Clash of Clans?
09:32:19  12   A.  Yes, it is.
09:32:19  13   Q.  And the next column is the non-payer players?
09:32:23  14   A.  Correct.
09:32:24  15   Q.  Okay.  And so for --
09:32:26  16        MR. KOHM:  If we could just scroll down a little
09:32:29  17   bit, Mr. Smith, so we can see the numbers for B.  No --
09:32:33  18   it's fine.
09:32:34  19   Q.  (By Mr. Kohm)  For Feature B, which is the accused
09:32:38  20   feature, your results showed that 7.3 percent using the
09:32:47  21   full Clash of Clans sample as a denominator, it would
09:32:55  22   actually spend more time playing the game if Feature B was
09:32:58  23   removed, correct?
09:33:00  24   A.  That's correct.
09:33:01  25   Q.  All right.  And that is in contrast to right below it

626

| | | |
|---|---|---|
| 09:33:04 | 1 | 6.6 percent would spend less time playing the game, |
| 09:33:11 | 2 | correct? |
| 09:33:11 | 3 | A.  Exactly, yes. |
| 09:33:12 | 4 | Q.  And so the net result is that if you remove the feature |
| 09:33:15 | 5 | about point -- paying players, you would have about |
| 09:33:22 | 6 | .7 percent paying players playing the game more because of |
| 09:33:25 | 7 | the removal of the feature, correct? |
| 09:33:27 | 8 | A.  That's correct. |
| 09:33:30 | 9 | Q.  And so the net result is a benefit to playing time, |
| 09:33:34 | 10 | correct? |
| 09:33:34 | 11 | A.  I think benefit to playing time is a complicated term |
| 09:33:40 | 12 | because that could include -- |
| 09:33:41 | 13 | Q.  Okay.  Let me -- |
| 09:33:45 | 14 |         THE COURT:  Let him finish the answer or withdraw |
| 09:33:48 | 15 | the question, one of the two.  Don't cut him off. |
| 09:33:50 | 16 |         MR. KOHM:  Sorry, Your Honor.  I'll ask a better |
| 09:33:52 | 17 | question. |
| 09:33:52 | 18 | Q.  (By Mr. Kohm)  If you consider both how much -- the |
| 09:33:55 | 19 | number of players that would be playing more and the number |
| 09:33:58 | 20 | of players that would be playing less, with respect to |
| 09:34:03 | 21 | paying players, removing the feature would lead to more |
| 09:34:07 | 22 | players playing the game for more time than less time, |
| 09:34:14 | 23 | correct? |
| 09:34:14 | 24 | A.  I don't think that's actually technically correct, |
| 09:34:17 | 25 | because your question included both more players and more |

627

| | | |
|---|---|---|
| 09:34:22 | 1 | time, and this -- this question here is -- is -- these |
| 09:34:26 | 2 | percentages are not quantifying time; they're quantifying |
| 09:34:31 | 3 | people who would say more or less. |
| 09:34:34 | 4 | Q.  Okay.  Fair -- fair characterization -- fair |
| 09:34:38 | 5 | clarification. |
| 09:34:38 | 6 | This is restricted to just identifying the fact |
| 09:34:40 | 7 | that more players would spend more time, correct? |
| 09:34:48 | 8 | A.  Well, no, actually, on the far right, you'll see the |
| 09:34:58 | 9 | 9.1 and the 10.6.  More players would spend less time.  I |
| 09:35:02 | 10 | think you were asking me about payers which is the first |
| 09:35:05 | 11 | column. |
| 09:35:05 | 12 | Q.  Fair enough, yes.  I appreciate that.  So more paying |
| 09:35:08 | 13 | players -- I'm sorry, it would result in more paying |
| 09:35:12 | 14 | players spending more time playing as opposed to spending |
| 09:35:15 | 15 | less time, correct? |
| 09:35:16 | 16 | A.  Correct. |
| 09:35:16 | 17 | Q.  And you clarified my question regarding would actually |
| 09:35:20 | 18 | spend more time, as far as the amount of time, correct? |
| 09:35:25 | 19 | A.  Cor -- correct. |
| 09:35:26 | 20 | Q.  Did you actually survey that issue? |
| 09:35:28 | 21 | A.  I did. |
| 09:35:30 | 22 | Q.  And did you ask the users how many more minutes and |
| 09:35:36 | 23 | hours they would spend playing the game if the feature was |
| 09:35:39 | 24 | removed? |
| 09:35:41 | 25 | A.  No. |

09:35:42   1   Q.  You could have, though, right?

09:35:45   2   A.  Yes, conceivably, I could have done that.

09:35:48   3   Q.  And if we go down to the next row, with respect to

09:35:59   4   paying players, your results showed that 30 percent would

09:36:07   5   spend the same amount of time, correct?

09:36:10   6   A.  Yes.

09:36:10   7   Q.  And so if we add the numbers up, we have 37.6 percent

09:36:17   8   would spend -- of paying players would spend the same or

09:36:22   9   more time playing the game, correct?

09:36:23  10   A.  No.

09:36:26  11   Q.  I'm sorry, let me -- let me try again.  Maybe I

09:36:32  12   misspoke.

09:36:32  13        If we add -- if we add the Column B -- I'm sorry,

09:36:37  14   Row B numbers together for paying players and we added the

09:36:43  15   respondents who would spend -- the paying respondents that

09:36:47  16   would spend more time or the same amount of time, that is

09:36:51  17   37.6 percent, right?

09:36:53  18   A.  Yes.

09:36:53  19   Q.  Okay.  And 6. -- only 6.6 percent of paying players

09:37:00  20   would spend less time, correct?

09:37:02  21   A.  Sorry.  Could you say that one more time?

09:37:05  22   Q.  Only 6.6 percent of paying players would spend less

09:37:09  23   time?

09:37:10  24   A.  Well, it's not -- the denominator here is all players.

09:37:16  25   So I think you're -- with respect, you're confusing these

09:37:21  1   percentages, which -- which actually are of all players,
09:37:26  2   and you're jumbling up the percentages.
09:37:29  3   Q.  Fair enough.  So 6.6 percent of payers -- I'm sorry,
09:37:34  4   players who happen to be paying would spend less time?
09:37:38  5   A.  Correct.
09:37:38  6   Q.  All right.  I appreciate that clarification.
09:37:51  7        And you -- if we look at the -- the total numbers
09:37:55  8   here of -- I want to approach that clarification.
09:37:58  9        The N under payer is the number of respondents,
09:38:08 10   correct?
09:38:08 11   A.  Correct.
09:38:09 12   Q.  All right.  And so if we added up 29.6, 120, and 9,
09:38:12 13   that would give us the total universe of paying players
09:38:15 14   regarding Feature B?
09:38:17 15   A.  Yes.
09:38:22 16   Q.  All right.  And so my math says that's a -- 184 total
09:38:26 17   paying players.  Do you disagree with that?
09:38:28 18   A.  I can't do that in my head, but that seems roughly
09:38:34 19   correct.
09:38:34 20   Q.  All right.  And do you disagree with me that that
09:38:37 21   would -- looking in the universe of only paying players,
09:38:41 22   that 17.3 percent would then become 15.76 percent?  Do you
09:38:48 23   disagree with that?
09:38:48 24   A.  I'm not sure where you're getting 17.3.
09:38:52 25   Q.  No, 7.3.  So if you look at paying players row -- or

| | | |
|---|---|---|
| 09:38:58 | 1 | column for Feature B, people who would spend more time |
| 09:39:03 | 2 | paying the game is 7.3 percent.  Do you see that? |
| 09:39:08 | 3 | A.  Yes. |
| 09:39:08 | 4 | Q.  And if we look only at the 8 -- 184 total paying |
| 09:39:12 | 5 | players, that number would actually represent 15.76 percent |
| 09:39:19 | 6 | of paying players would spend more time playing the game? |
| 09:39:22 | 7 | A.  I can't do that math in my head, sorry.  If you want to |
| 09:39:38 | 8 | give me a paper and pencil, I can try and do it. |
| 09:39:44 | 9 | Q.  It's unnecessary. |
| 09:39:46 | 10 |       THE COURT:  If he wants you to do that, he'll ask |
| 09:39:48 | 11 | you.  No need to volunteer. |
| 09:39:52 | 12 |       THE WITNESS:  Okay. |
| 09:39:52 | 13 |       THE COURT:  Let's ask the next question. |
| 09:39:54 | 14 |       MR. KOHM:  Thank you, Your Honor. |
| 09:39:54 | 15 |       Mr. Smith, can we move on to Table 23C, please? |
| 09:40:00 | 16 | Q.  (By Mr. Kohm)  Dr. Neal, this is your results for Clash |
| 09:40:15 | 17 | Royale, correct? |
| 09:40:15 | 18 | A.  Yes, sir.  Yeah. |
| 09:40:16 | 19 | Q.  Okay.  And with respect to this survey, Feature A is |
| 09:40:25 | 20 | the relevant feature, correct? |
| 09:40:26 | 21 | A.  Correct. |
| 09:40:28 | 22 | Q.  All right.  And I believe you testified as one of your |
| 09:40:31 | 23 | conclusions that a portion of the players would play less |
| 09:40:34 | 24 | if the feature was removed, correct? |
| 09:40:36 | 25 | A.  Correct. |

09:40:47  1    Q.  And if we look at Feature A for the paying players, as

09:41:00  2    well as the non-payers, that shows that 7.3 percent and 3.9

09:41:04  3    percent of players would play -- spend more time playing

09:41:07  4    the game if the feature was removed, correct?

09:41:11  5    A.  Yes.

09:41:12  6    Q.  And so it would also be true that -- as a conclusion,

09:41:18  7    that if we removed the accused feature from Clash Royale,

09:41:25  8    that a portion of players would play more time, correct?

09:41:28  9    A.  Yes.

09:41:41  10             MR. KOHM:  You can take that down, Mr. Smith.

09:41:44  11   Q.  (By Mr. Kohm)  You agree that different features of a

09:41:46  12   product may have different appeal to different people,

09:41:50  13   correct?

09:41:50  14   A.  Yes.

09:41:52  15   Q.  And you agree that as a general principle, if you ran a

09:41:55  16   study and you tested the value of one feature, you

09:41:59  17   shouldn't assume that the value of that feature is the same

09:42:02  18   for different features?

09:42:07  19   A.  As a survey expert, that's -- that would -- I think

09:42:10  20   that's a reasonable statement to make about how to conduct

09:42:13  21   a survey, yes.

09:42:17  22   Q.  And you agree that the -- a survey about one feature

09:42:25  23   could tell you about the value of that feature but would

09:42:29  24   not tell you the value of a different feature, correct?

09:42:39  25   A.  Well, as a survey matter, I would want to survey all of

09:42:47  1   the features that I was interested in and use a survey to

09:42:50  2   get to that conclusion.  So I think I agree with you as a

09:42:56  3   survey expert.

09:42:57  4        MR. KOHM:  Your Honor, motion to strike.

09:43:01  5        THE COURT:  Overruled.

09:43:02  6   Q.  (By Mr. Kohm)  So if I heard you correctly, that -- as

09:43:14  7   a survey expert, you feel that it's important to survey

09:43:17  8   each feature you want to know the value of, correct?

09:43:20  9   A.  If the goal was to get survey data on all those

09:43:23  10  features, yes.

09:43:27  11  Q.  And in this case, you did, in fact, survey a number of

09:43:33  12  different features, correct?

09:43:34  13  A.  Yes.

09:43:36  14  Q.  And those are -- those surveys were done for Clash of

09:43:44  15  Clans and Clash Royale, correct?

09:43:45  16  A.  Correct.

09:43:45  17  Q.  And those are both video games?

09:43:48  18  A.  Yes -- well, smartphone games.  I think my

09:43:50  19  understanding is people use those terms interchangeably.

09:43:53  20  Q.  Okay.  And even though they're both video games, you

09:43:57  21  felt it was necessary to do surveys on both games?

09:44:03  22  A.  Yes.

09:44:06  23  Q.  And you received the results from -- for both games, as

09:44:11  24  we saw, correct?

09:44:13  25  A.  Correct.

09:44:13   1    Q.  And you included those results in your report, correct?

09:44:16   2    A.  Yes.

09:44:17   3    Q.  And you gave those results to GREE's counsel, correct?

09:44:22   4    A.  Yes.

09:44:27   5    Q.  And you haven't offered any opinion that the results

09:44:31   6    for one of the games accurately reflects the value of

09:44:36   7    different features for the other game, correct?

09:44:37   8    A.  I have not, because I would not be qualified to do

09:44:42   9    that.

09:44:44   10   Q.  You've spent quite a number of years in the area of

09:44:55   11   market research and consumer demand, correct?

09:44:58   12   A.  I think that's reasonable to say, yes.

09:45:06   13          MR. KOHM:   Could we pull up Tables 1b and 1a from

09:45:11   14   Dr. Neal's report, Mr. Smith?

09:45:14   15   Q.  (By Mr. Kohm)   These are the tables of -- listing the

09:45:28   16   accused features from your report, correct?

09:45:30   17   A.  Yes.

09:45:30   18   Q.  And Feature B on the left side for Clash of Clans is

09:45:33   19   the accused feature?

09:45:34   20   A.  Correct.

09:45:35   21   Q.  All right.   And you agree with me that it would be

09:45:40   22   improper to be -- to assume that the results of your survey

09:45:47   23   from -- in Table 1a with respect to Feature A, for example,

09:45:51   24   equally apply to Feature A in 1b, correct?

09:45:58   25   A.  I don't really know what you mean by apply.

| | | |
|---|---|---|
| 09:46:05 | 1 | Q.  Let me repeat my question and make sure it was clear. |
| 09:46:19 | 2 | You would agree with me that it is improper to |
| 09:46:22 | 3 | assume that the results of the survey with respect to |
| 09:46:26 | 4 | Feature A in Table 1a equally apply to the Feature A of |
| 09:46:31 | 5 | Table 1b, correct? |
| 09:46:32 | 6 | A.  And I'm just trying to clarify what you mean by apply, |
| 09:46:36 | 7 | and I'll try and give you an answer. |
| 09:46:38 | 8 | Q.  Sure.  They can be used for. |
| 09:46:41 | 9 | A.  Well, since I have data on both, I would not do that. |
| 09:46:44 | 10 | I agree with you, I would not do that. |
| 09:46:46 | 11 | Q.  And it would not be proper to do that, correct? |
| 09:46:49 | 12 | A.  I think proper -- from a survey point of view, I would |
| 09:46:54 | 13 | want to collect -- and as I did, I would want to collect |
| 09:46:58 | 14 | survey data on both of them.  So from a survey point of |
| 09:47:03 | 15 | view, the proper thing to do would be exactly what I did |
| 09:47:05 | 16 | do. |
| 09:47:06 | 17 | Q.  And so it'd be improper to assume that the results |
| 09:47:13 | 18 | from -- obtained in -- for Clash of Clans apply to Clash |
| 09:47:17 | 19 | Royale, for example? |
| 09:47:18 | 20 | A.  I think that's a very broad question.  I don't really |
| 09:47:25 | 21 | know what you mean by proper.  If I have the data from both |
| 09:47:30 | 22 | features, I would rely on that. |
| 09:47:33 | 23 | MR. KOHM:  Can we pull up Dr. Neal's deposition |
| 09:47:36 | 24 | transcript, 82, Lines 17, through 83, Line 7? |
| 09:47:43 | 25 | Q.  (By Mr. Kohm)  Dr. Neal, during your deposition, I |

09:47:49  1  asked you whether in your opinion -- I'm sorry, whether

09:47:59  2  from what you testified a moment ago, is it fair to say

09:48:02  3  that you should not -- that it's improper to assume the

09:48:04  4  results of your survey with respect to Table -- Feature A

09:48:10  5  in Table 1b equally apply to Feature A of Table 1a.

09:48:16  6          Do you see that?

09:48:18  7  A.  Yes.

09:48:18  8  Q.  And you can see the response, but I -- I'm only going

09:48:22  9  to read the first bit.

09:48:24  10         You responded:  I think it's reasonable to say

09:48:26  11 that it would not be proper to assume that the value of any

09:48:30  12 feature in Clash Royale was by default the same as any

09:48:35  13 other feature in Clash of Clans.

09:48:37  14         Correct?

09:48:37  15 A.  Yes.

09:48:46  16 Q.  I want to talk to you for a moment about setting the

09:48:55  17 correct population for a survey.

09:48:56  18         You would agree with me that it's important that

09:49:00  19 the sampling -- that the sampling of any given survey frame

09:49:05  20 the approximate population correctly, right?

09:49:12  21 A.  Yes, I do, very important.

09:49:14  22 Q.  And this -- in the surveys you conducted you stated

09:49:18  23 that the correct population of the total universe of

09:49:21  24 current Supercell game players, both paying and non-paying,

09:49:26  25 correct?

636

09:49:26   1   A.   Yes.   I think I went on to add some nuance to that,
09:49:30   2   but, yes.
09:49:31   3   Q.   And -- and your -- the results from your survey showed
09:49:41   4   that the population that you sampled consisted of
09:49:45   5   approximately 60 percent users have -- who have made in-app
09:49:50   6   purchases in Clash of Clans and about 38 percent of players
09:49:55   7   who had not, correct?
09:49:56   8   A.   Yes.
09:49:57   9   Q.   And -- and that was your sample of the Clash of Clans
09:50:03  10   player universe, correct?
09:50:05  11   A.   Current player universe, yes.
09:50:16  12   Q.   And it's important to ensure that that accurately
09:50:19  13   reflects the real-life universe, correct?
09:50:24  14   A.   Yes.
09:50:27  15   Q.   Your survey data does not indicate how much more or
09:50:48  16   less revenue Supercell would generate from the removal of
09:50:53  17   any feature, correct?
09:50:54  18   A.   Well, I'm not qualified to comment on that.   That's
09:50:57  19   really a question for Dr. Becker.
09:50:59  20   Q.   So your survey data doesn't contain that information,
09:51:03  21   correct?
09:51:03  22   A.   No, that's not what I said.   I said that I am not --
09:51:06  23   I'm a survey expert.   I can opine on what my survey asked
09:51:12  24   about, which is awareness, usage, importance.   Other
09:51:19  25   experts can do things with that data that I don't have the

09:51:23  1    qualifications to do.

09:51:24  2    Q.  So your survey just produces the hard numbers, I

09:51:28  3    believe you testified?

09:51:29  4    A.  My survey produces hard numbers that -- some of which I

09:51:38  5    can just present, as I've done here, and explain to a jury

09:51:43  6    the awareness, the importance, the usage.  Those data can

09:51:47  7    also, as I understand it, be used by other experts to

09:51:50  8    perform the kinds of financial calculations that I

09:51:54  9    understand you're asking me about.

09:51:55  10   Q.  And did you ever instruct Dr. Becker to ignore any of

09:51:59  11   your hard numbers?

09:52:01  12   A.  No.

09:52:07  13   Q.  Did you ever instruct Dr. Becker to not rely on your

09:52:14  14   data for Clash of Clans?

09:52:17  15   A.  No.

09:52:33  16        MR. KOHM:  Mr. Smith, could we pull up Page 140 of

09:52:38  17   Dr. Neal's report?

09:53:00  18   Q.  (By Mr. Kohm)  Dr. Neal, I believe we saw this image a

09:53:03  19   few moments ago, correct?

09:53:04  20   A.  I believe so.

09:53:06  21   Q.  And this is something you showed to the users -- I'm

09:53:10  22   sorry, to the survey participants on -- regarding the

09:53:14  23   functionality of the accused feature for Clash Royale?

09:53:18  24   A.  Yes, I believe this is part of the card donation

09:53:23  25   imagery.

09:53:23   1   Q.  And did you pick which image to include yourself, or

09:53:28   2   did you receive input from Dr. Akl?

09:53:30   3   A.  I received input from Dr. Akl.

09:53:32   4   Q.  And was it Dr. Akl that suggested you include this?

09:53:39   5   A.  I don't remember specifically this imagery.  There were

09:53:43   6   multiple rounds of refining -- fining those images, and I

09:53:47   7   don't -- I can't recall this exact screenshot.

09:53:51   8   Q.  But you worked with Dr. Akl to ensure that your

09:53:54   9   description of the accused feature was accurate, correct?

09:53:56   10  A.  Yes, I think that's a fair characterization.

09:54:00   11  Q.  All right.  And this was intended to indicate to the

09:54:06   12  survey participants that this is the selection of the card

09:54:10   13  as required by the claims?

09:54:12   14  A.  I'm not qualified to comment on that.  That's, I think,

09:54:15   15  a technical question.

09:54:16   16  Q.  Let me rephrase.

09:54:18   17          This -- you worked with Dr. Akl to ensure that

09:54:24   18  this image accurately reflected the selection of a card to

09:54:28   19  donate, of the accused feature in the card donation patent,

09:54:33   20  correct?

09:54:33   21  A.  I think that's fair to say, yes.

09:54:35   22  Q.  And you said there were multiple revisions of your

09:54:50   23  preparation of the survey; is that correct?

09:54:55   24  A.  Yes, there were -- there were drafts, as there always

09:54:59   25  are in creating a survey, yes.

639

09:55:01  1   Q.  All right.  And you worked hard to make sure it was

09:55:06  2   accurate, correct?

09:55:07  3   A.  Yes, I worked hard, in combination with others.

09:55:15  4           MR. KOHM:  Mr. Smith, can we pull up PX-451 at

09:55:22  5   Page 36?

09:55:24  6   Q.  (By Mr. Kohm)  All right.  Do you see the -- this is

09:55:41  7   also from your survey, correct?

09:55:42  8   A.  Yes.

09:55:42  9   Q.  And this describes the accused feature in Clash of

09:55:46  10  Clans?

09:55:46  11  A.  Correct.

09:55:47  12  Q.  All right.  And this is describing just the capability

09:55:53  13  of copying another layout and setting it as an active

09:56:01  14  layout for one's home base, correct?

09:56:03  15  A.  That's my understanding, yes.

09:56:05  16  Q.  It doesn't specify how that copying takes place?

09:56:09  17  A.  It doesn't appear to.  I'm not really qualified to give

09:56:12  18  you a technical interpretation of it, but it doesn't appear

09:56:16  19  to.

09:56:17  20  Q.  All right.  But as it's written any -- any form of

09:56:20  21  copying another's play out -- another player's layout and

09:56:27  22  setting it as the active layout for your home village would

09:56:30  23  fall within the scope of this description, correct?

09:56:33  24  A.  Well, I don't know how a gamer would interpret that.  I

09:56:36  25  presume a gamer would interpret that in the context of how

09:56:40   1   the game works.  So they would understand what copying

09:56:43   2   means in a way that I as a person who doesn't really play

09:56:48   3   this game would not understand.

09:56:49   4   Q.  So thank you for that clarification.

09:56:50   5        So you're assuming that for the purpose of your

09:56:56   6   survey, that you were wiping out any possibility of users

09:57:02   7   copying another player's layout and setting it as an active

09:57:05   8   layout, not just -- well, let me rephrase.  Excuse me.

09:57:11   9        You're assuming for the purpose of your survey

09:57:13   10   that the user is going to understand that this applies

09:57:16   11   across the board to the game, correct?

09:57:18   12   A.  No, I don't think I'm assuming that.

09:57:19   13   Q.  Okay.  So which part of copying another player's layout

09:57:25   14   does this refer to?

09:57:26   15   A.  Well, as I explained to you earlier, arriving at a

09:57:31   16   clearly-understood set of descriptions in a survey requires

09:57:34   17   multiple steps.  One of them was me relying on Dr. Akl, who

09:57:39   18   is -- who does have that technical expertise.  Another was

09:57:43   19   the pilot testing that I did where I put these in front of

09:57:47   20   actual players of the game and talked them through.  And no

09:57:50   21   one when I did that said to me, this is confusing.  Or what

09:57:53   22   exactly does it mean by copying?  Everyone apparently

09:57:56   23   understood that perfectly.

09:57:59   24        MR. KOHM:  Motion to strike, Your Honor.

09:58:00   25        THE COURT:  Overruled.

09:58:01  1   Q.  (By Mr. Kohm)  Do you know whether -- well...

09:58:23  2          MR. KOHM:  Mr. Smith, can you please pull up

09:58:27  3   PX-451 at Pages 139 and 142.

09:58:37  4   Q.  (By Mr. Kohm)  And this is a feature for Clash Royale,

09:58:42  5   correct?

09:58:42  6   A.  Yes.

09:58:42  7   Q.  And you described it as the ability to receive donated

09:58:45  8   cards and then upgrade those cards, correct?

09:58:48  9   A.  Yes.

09:58:49  10  Q.  Do you recall -- let me rephrase.

09:58:55  11         You didn't describe the feature as being limited

09:58:59  12  to upgrading only when the donated card was the last card

09:59:03  13  you needed for an upgrade, correct?

09:59:06  14  A.  That language does not appear here, that's correct.

09:59:09  15  Q.  Okay.  And so that is not what you tested in your

09:59:14  16  survey?

09:59:14  17  A.  Well, again, I have to give the same answer I just

09:59:19  18  gave, which is that I -- because I'm not a player of Clash

09:59:22  19  Royale, I can't tell you, and that's not the job of the

09:59:27  20  survey expert, exactly how a player would interpret this.

09:59:30  21  I'm relying on Dr. Akl and the pilot testing I did, which

09:59:33  22  leads me to believe -- to know that people understood this

09:59:36  23  perfectly.

09:59:37  24  Q.  Right.  And it says the ability to receive a card and

09:59:43  25  then upgrade it, correct?

| | | |
|---|---|---|
| 09:59:44 | 1 | A.  Yes. |
| 09:59:44 | 2 | Q.  All right.  That's very clear, isn't it? |
| 09:59:47 | 3 | A.  I believe so, yes. |
| 10:00:00 | 4 | MR. KOHM:  That's all I have, Your Honor. |
| 10:00:02 | 5 | THE COURT:  You pass the witness? |
| 10:00:03 | 6 | MR. KOHM:  Yes, Your Honor. |
| 10:00:04 | 7 | THE COURT:  Is there redirect, Ms. Smith? |
| 10:00:07 | 8 | MS. SMITH:  Very briefly, Your Honor. |
| 10:00:08 | 9 | THE COURT:  All right.  Proceed. |
| 10:00:08 | 10 | REDIRECT EXAMINATION |
| 10:00:09 | 11 | BY MS. SMITH: |
| 10:00:09 | 12 | Q.  Doctor, as a survey expert, was it your job to figure |
| 10:00:27 | 13 | out that when a feature was removed why some players played |
| 10:00:30 | 14 | more and some players played less? |
| 10:00:33 | 15 | A.  No, that was not one of the goals of my survey. |
| 10:00:35 | 16 | Q.  Whose job is that? |
| 10:00:39 | 17 | A.  That would be Dr. Becker's -- Dr. Becker's role. |
| 10:00:43 | 18 | Q.  And was it your job in this case to -- counsel asked |
| 10:00:47 | 19 | you a couple questions about instructing Dr. Becker.  Was |
| 10:00:51 | 20 | it your job to instruct Dr. Becker on how he is to do his |
| 10:00:55 | 21 | job? |
| 10:00:55 | 22 | A.  No, it's not my expertise.  I wouldn't -- wouldn't have |
| 10:00:57 | 23 | a basis for telling him how to do his job. |
| 10:01:00 | 24 | Q.  Now, opposing counsel talked to you about your -- your |
| 10:01:04 | 25 | population of paying users.  How would the results of your |

10:01:08    1  survey be impacted if -- if you later learned that your --
10:01:13    2  your population of users was -- was slightly larger than
10:01:17    3  reality?
10:01:17    4  A.  It -- it wouldn't be impacted.  So that happens
10:01:22    5  frequently in surveys.  You might end up with slightly more
10:01:26    6  of one group than another group.
10:01:28    7         My understanding is that Dr. Becker -- or any
10:01:33    8  damages analysis would be using results from payers and so
10:01:37    9  that's the way my survey was set up to -- to delineate who
10:01:41   10  is a payer and who is a non-payer, and whether you have
10:01:45   11  more or less of those people in the sample doesn't matter.
10:01:48   12  Q.  Well, how would -- how would it affect the
10:01:52   13  participants' answers?
10:01:53   14  A.  It wouldn't.
10:01:57   15  Q.  Dr. Neal, why did you rely upon Dr. Akl to come up with
10:02:00   16  the descriptions of the -- of the surveyed features in your
10:02:04   17  survey?
10:02:04   18  A.  Well, that's a very normal thing in developing a
10:02:10   19  survey.
10:02:11   20         So if I go and do work for Procter & Gamble for
10:02:15   21  Tide detergent, they have -- I'm the survey expert, but
10:02:19   22  they have people that work at Procter & Gamble who are the
10:02:24   23  experts in doing market research about detergent, and
10:02:27   24  that's not what -- who I am.
10:02:28   25         So it's really exactly the same thing here, you

| | |
|---|---|
| 10:02:30 | 1 | need someone like Dr. Akl who is a gaming expert and |
| 10:02:33 | 2 | understands all these little technical nuances about how |
| 10:02:36 | 3 | the games work, and they work in conjunction with me, the |
| 10:02:40 | 4 | survey expert, so I can write very good questions without |
| 10:02:43 | 5 | being a gaming guru. |
| 10:02:47 | 6 | Q.  And, Dr. Neal, how confident are you that the survey |
| 10:02:53 | 7 | participants understood the feature descriptions in your |
| 10:02:56 | 8 | survey? |
| 10:02:56 | 9 | A.  Extremely confident.  Between Dr. Akl's input and then |
| 10:03:01 | 10 | those face-to-face interviews I did with people where |
| 10:03:03 | 11 | they -- actual players where they walked through the game, |
| 10:03:06 | 12 | I was looking at their screen and we did it over Zoom, and |
| 10:03:11 | 13 | I know a hundred percent that they understood these feature |
| 10:03:14 | 14 | descriptions perfectly. |
| 10:03:15 | 15 | Q.  Dr. Neal, do any of the questions that -- that opposing |
| 10:03:17 | 16 | counsel asked on your cross change any of the opinions that |
| 10:03:22 | 17 | you shared with this jury in your direct examination? |
| 10:03:26 | 18 | A.  They do not. |
| 10:03:27 | 19 | Q.  Thank you. |
| 10:03:28 | 20 |         MS. SMITH:  We'll pass the witness, Your Honor. |
| 10:03:31 | 21 |         THE COURT:  All right.  Is there further |
| 10:03:32 | 22 | cross-examination? |
| 10:03:33 | 23 |         MR. KOHM:  No, Your Honor. |
| 10:03:33 | 24 |         THE COURT:  All right.  You may step down, |
| 10:03:40 | 25 | Dr. Neal. |

| | | |
|---|---|---|
| 10:03:40 | 1 | Plaintiff, call your next witness. |
| 10:03:45 | 2 | MS. LUDLAM:  Yes, Your Honor, we'd call -- |
| 10:03:47 | 3 | Plaintiffs call Andrew Sheppard. |
| 10:03:49 | 4 | THE COURT:  By deposition? |
| 10:03:50 | 5 | MS. LUDLAM:  I'm sorry, I believe he's coming. |
| 10:03:52 | 6 | THE COURT:  He's coming in? |
| 10:03:54 | 7 | MS. LUDLAM:  Yes. |
| 10:03:56 | 8 | THE COURT:  All right. |
| 10:03:57 | 9 | MS. SMITH:  Your Honor, I apologize, one |
| 10:03:59 | 10 | housekeeping matter, can Dr. Neal be excused? |
| 10:04:01 | 11 | THE COURT:  Any objection from Defendant? |
| 10:04:03 | 12 | MR. KOHM:  No, Your Honor. |
| 10:04:07 | 13 | THE COURT:  All right.  Dr. Neal may be excused. |
| 10:04:09 | 14 | MS. SMITH:  Thank you, Your Honor. |
| 10:04:10 | 15 | THE COURT:  Mr. Sheppard, if you'll come forward |
| 10:04:13 | 16 | and be sworn, please. |
| 10:04:31 | 17 | (Witness sworn.) |
| 10:04:32 | 18 | THE COURT:  Please come around.  Have a seat on |
| 10:04:34 | 19 | the witness stand. |
| 10:04:38 | 20 | Are there binders for this witness, counsel? |
| 10:04:42 | 21 | MS. LUDLAM:  No, Your Honor, there are not. |
| 10:04:44 | 22 | THE COURT:  All right.  Then you may proceed with |
| 10:04:46 | 23 | your direct examination. |
| 10:04:47 | 24 | MS. LUDLAM:  Thank you. |
| 10:04:47 | 25 | ANDREW SHEPPARD, PLAINTIFF'S WITNESS, SWORN |

<u>DIRECT EXAMINATION</u>

BY MS. LUDLAM:

Q.  Good morning, Mr. Sheppard.

A.  Good morning.

Q.  Can you please introduce yourself to the jury?

A.  Yes.  My name is Andrew Sheppard.  I'm up from Austin,
Texas, where I live with my wife and our five-month-old
daughter.

Q.  And are you aware that GREE and Supercell are involved
in a lawsuit?

A.  I had heard, yes.

Q.  And what is your relationship to GREE?

A.  I am the former CEO of their U.S. business unit.

Q.  And where are you currently employed, Mr. Sheppard?

A.  I currently run my own consulting firm, Cedarview
Consulting, which provides advisory services to executives,
CEOs.  I also serve on several boards, and I'm also an
active real estate investor and entrepreneur.  Recently
sold the company about six months ago.

Q.  And are you having to take time away from your
employment to be here today?

A.  I am.

Q.  And is GREE compensating you for your time away from
your employment?

A.  GREE is reimbursing me for my time away from work and

```
10:05:46   1    also for travel expenses.
10:05:49   2    Q.  Are you being paid for the time that you're sitting
10:05:51   3    here today?
10:05:51   4    A.  Definitely not.
10:05:52   5    Q.  Do you have any financial interest in the outcome of
10:05:54   6    this case?
10:05:55   7    A.  No.
10:05:55   8    Q.  Can you tell us a little bit about your background,
10:05:57   9    Mr. Sheppard?
10:05:58  10    A.  Certainly.  I was born in Tokyo, Japan.  And my father
10:06:03  11    worked in oil, so we moved around a lot.  Eventually, I
10:06:06  12    ended up here in Texas and then bounced over to California.
10:06:10  13    Q.  And, briefly, what is your educational background?
10:06:11  14    A.  Background?  I went to school at Pomona College, which
10:06:17  15    is in Southern California, on a scholarship.  I ended up
10:06:22  16    majoring in economics, got my Bachelor of Arts.  Then also
10:06:26  17    studied abroad in the UK at Oxford.
10:06:30  18         And then for graduate school, I got my MBA from UC
10:06:35  19    Berkeley, also on scholarship.  And also studied abroad in
10:06:37  20    Japan at that time, Hitotsubashi University.
10:06:38  21    Q.  And after getting your MBA, how did you get into the
10:06:42  22    gaming industry?
10:06:43  23    A.  It was something I kind of found my way towards over
10:06:46  24    time.  So much of my school and early career was focused on
10:06:50  25    strategy, strategy consulting.  And what I found was I just
```

648

| | | |
|---|---|---|
| 10:06:53 | 1 | had a passion for it and an interest in it. |
| 10:06:56 | 2 | I ended up moving progressively into more senior |
| 10:07:00 | 3 | roles, taking on more responsibility beyond strategy, |
| 10:07:04 | 4 | product development, game design, also some creative |
| 10:07:07 | 5 | development, and business management. |
| 10:07:08 | 6 | Most notable players would have been Electronic |
| 10:07:13 | 7 | Arts, otherwise known as EA, and also Kabam. |
| 10:07:15 | 8 | Q.  And when did you join GREE in the U.S.? |
| 10:07:18 | 9 | A.  That would have been August 2014. |
| 10:07:20 | 10 | Q.  And what was your title when you joined the U.S. |
| 10:07:22 | 11 | business unit of GREE? |
| 10:07:24 | 12 | A.  I joined as the chief operating officer, and then a |
| 10:07:27 | 13 | year and a half later I was promoted to CEO. |
| 10:07:31 | 14 | Q.  And are you still with GREE in the U.S. now? |
| 10:07:33 | 15 | A.  No, I'm not.  I left in August of 2017 when we decided |
| 10:07:38 | 16 | to shut down the business. |
| 10:07:39 | 17 | Q.  Can you please explain why -- what you were hired to do |
| 10:07:43 | 18 | for GREE in the U.S.? |
| 10:07:45 | 19 | A.  Yes.  I was explicitly hired -- leaving Kabam to focus |
| 10:07:51 | 20 | on stabilizing business and bringing it in line with the |
| 10:07:55 | 21 | market. |
| 10:07:55 | 22 | Q.  And what do you mean when you say you were brought in |
| 10:07:58 | 23 | to stabilize and bring it in line with the U.S. market? |
| 10:08:02 | 24 | A.  Really important to kind of set some context on the |
| 10:08:04 | 25 | industry.  The mobile gaming industry had matured |

10:08:08  1  substantially from when GREE entered the U.S. market.  It

10:08:11  2  had moved from being a cottage industry with lots of small

10:08:13  3  developers, to being a very mature one with very few

10:08:14  4  developers building very expensive games and spending tons

10:08:18  5  of money on marketing.  And the GREE organization had not

10:08:21  6  made that transition.

10:08:23  7         At Kabam, we had made that transition.  So I was

10:08:26  8  there to basically assess the business and help them

10:08:29  9  reallocate resources.

10:08:30  10  Q.  What do you mean you had to help them reallocate

10:08:32  11  resources?

10:08:33  12  A.  So the way that these businesses are set up, there's

10:08:37  13  like three -- three pillars to the way they run.  The first

10:08:42  14  pillar is the games that are live.  And in the case of

10:08:45  15  GREE, they were getting rather old.  They're generating

10:08:49  16  revenue, they're generating profit, but they need to be

10:08:50  17  staffed accordingly, basically to maximize profit.

10:08:54  18         And then there's a section of games that you have

10:08:57  19  that are research and development.  These are your next

10:08:59  20  generation games, games that are really vital to the future

10:09:03  21  health of the business.  And those things are usually in

10:09:06  22  flight already.

10:09:06  23         And then you have a third pillar, which is things

10:09:10  24  that are even further out, trying to anticipate where the

10:09:13  25  market is going.

10:09:13    1          And at GREE a lot of the resources were focused

10:09:16    2    more on the existing games, and they were in a very

10:09:18    3    expensive market, San Francisco, one of the most

10:09:21    4    competitive labor markets in the world.

10:09:23    5          So we needed to build a way to bring those

10:09:27    6    resources forward to new projects and ultimately build the

10:09:30    7    future of the business.

10:09:31    8    Q.  And what did the market look like at the time you

10:09:34    9    joined GREE?

10:09:35   10    A.  It was consolidating substantially.  I think two things

10:09:41   11    I just called out, which just kind of simply describe how

10:09:44   12    the industry was different.  One was that there was a rise

10:09:46   13    of three-dimensional games, games that -- the early games

10:09:50   14    were all 2D and kind of flat art.  And the newer games were

10:09:54   15    much more immersive and interactive and much more expensive

10:09:59   16    to produce.  So development budgets were through the roof.

10:10:02   17          And then the other side was marketing spent --

10:10:05   18    marketing spent continues to be one of the largest

10:10:08   19    components that businesses spend on in this category.  And

10:10:12   20    when I started, monthly budgets were about 100,000 a month

10:10:16   21    for a very successful game.  One of the games I worked on

10:10:20   22    was top grossing in the world, and it was a 100,000 a month

10:10:24   23    spent.

10:10:24   24          By the time I joined GREE, there were companies

10:10:27   25    that were spending 20 to 30 to $40 million a month on

10:10:31  1  marketing spent.

10:10:32  2  Q.  And do you feel like you were able to accomplish your

10:10:34  3  goals as CEO at U.S. -- in GREE U.S.?

10:10:37  4  A.  Yes and no.  Yes, we restructured the business, which

10:10:42  5  was very difficult.  Yes, we freed up resources to pursue

10:10:46  6  new projects by canceling some projects that didn't have

10:10:49  7  high potential.

10:10:51  8          Most importantly, we built a framework around all

10:10:54  9  that by which people would understand that canceling

10:10:58  10  projects is just part of the industry.  It's the way things

10:11:00  11  work.

10:11:01  12          And also that sunsetting games that were already

10:11:06  13  increasing revenue and profit was a natural part of the

10:11:07  14  lifecycle, so that was good.

10:11:09  15          And we also recruited an incredible team, which

10:11:13  16  was incredibly hard to hold on to in San Francisco, for the

10:11:18  17  reasons I mentioned before.

10:11:19  18          But I would say in retrospect, the core assumption

10:11:23  19  that we had in those years that we worked together was that

10:11:26  20  we could bring in new talent to revitalize these older

10:11:29  21  games and really change their trajectory.

10:11:32  22          And, yes, we brought in some great talent.  We

10:11:35  23  took games that were four, five, six years old and got them

10:11:37  24  back into the top 10 grossing, top 50 grossing, which

10:11:42  25  people did not expect.

652

| | | |
|---|---|---|
| 10:11:42 | 1 | But the underlying characteristics of the industry |
| 10:11:43 | 2 | were such that we were losing users to other games.  It was |
| 10:11:45 | 3 | too competitive. |
| 10:11:46 | 4 | Q.  And I think you referenced -- is it common in the |
| 10:11:50 | 5 | industry to cancel games? |
| 10:11:51 | 6 | A.  Yes.  On the development side of things, where you're |
| 10:11:55 | 7 | going from concepts to launch, it is, I would say, a |
| 10:11:59 | 8 | majority, if not a super majority of projects, that get |
| 10:12:03 | 9 | canceled. |
| 10:12:04 | 10 | Q.  And what did you mean when you said sunsetting games? |
| 10:12:07 | 11 | A.  Sunsetting games refers to games after they've |
| 10:12:10 | 12 | launched.  So once you determine that a game can be |
| 10:12:13 | 13 | successful in the marketplace, you'll spend against it and |
| 10:12:16 | 14 | grow it.  And your whole goal is just to keep building the |
| 10:12:19 | 15 | game as quickly as you can and try to get it as big as you |
| 10:12:23 | 16 | can.  The size that you build it to, ultimately determines |
| 10:12:25 | 17 | how long it lives.  And like all things, it has a life, and |
| 10:12:27 | 18 | at the end of that life, you let it go. |
| 10:12:30 | 19 | Q.  What's the average lifecycle of games in this market? |
| 10:12:32 | 20 | A.  It varies substantially, but I would say that for games |
| 10:12:37 | 21 | that are launched, three to five years. |
| 10:12:40 | 22 | Q.  And are there games that last longer than that? |
| 10:12:43 | 23 | A.  There are a minority of games that last longer than |
| 10:12:46 | 24 | that. |
| 10:12:47 | 25 | Q.  Is that the exception rather than the rule? |

653

10:12:49    1    A.   I definitely think that's the case.

10:12:51    2    Q.   Okay.   Mr. Sheppard, how long were you at GREE in the

10:12:53    3    U.S.?

10:12:54    4    A.   I was there for three years.

10:12:55    5    Q.   And what happened at the end of those three years?

10:12:57    6    A.   It was actually a very difficult thing to do, but I

10:13:01    7    actually recommended shutting down the business.

10:13:03    8    Q.   Why did you recommend shutting down the business?

10:13:05    9    A.   So I'll have to walk through a few things.   But just to

10:13:08   10    reiterate the industry context, right, very high marketing

10:13:12   11    costs.   They were only going higher.   Very high development

10:13:15   12    costs, only going higher.

10:13:17   13         The resources that we freed up to pursue new

10:13:20   14    projects had been allocated towards a game called Guardians

10:13:22   15    of Haven.   We were about three to six months late, I would

10:13:25   16    say, on our development, relative to what we understood it

10:13:28   17    needed to be successful.

10:13:29   18         But we did have it in beta, which is the last

10:13:31   19    stage of development.   And it was doing really well.   Like

10:13:35   20    day one retention was 50 percent.   That's correlated with

10:13:38   21    the game as a top five title.   So we believed we could make

10:13:42   22    it work.   It was also sufficiently innovative to stand out

10:13:46   23    in the marketplace.

10:13:47   24         So we entered -- the end of 2016, we're going to

10:13:52   25    the annual planning process in Japan, which has all the

10:13:55  1   business unit leads like myself put together basically

10:13:58  2   their proposal, their asks for what budget do you need in

10:14:03  3   order to be successful in the coming year.

10:14:05  4        And I knew our delay had to impact -- we'd need

10:14:07  5   more money for development and we'd need more marketing

10:14:10  6   spend because costs were only going up.

10:14:13  7        And I also knew by way of my manager that Japan

10:14:17  8   had launched two games very successfully.  And those games

10:14:21  9   needed head count and marketing, as well.  And there just

10:14:25  10  was not room to go all in on those games.

10:14:29  11       So I had asked my team to make very difficult

10:14:31  12  decisions, oftentimes to the detriment of their own careers

10:14:37  13  and roles.

10:14:37  14       And it's very important to me that you practice

10:14:40  15  what you preach.  And in this case I applied the same to

10:14:41  16  myself.  There was no way to fund those projects in Japan

10:14:45  17  without sacrificing our business unit.  And that's what I

10:14:49  18  recommended.

10:14:49  19  Q.  How did you feel about that recommendation?

10:14:51  20  A.  You know, it was hard on a personal level.  And I still

10:14:54  21  feel that way.  But on a professional level, it was the

10:14:59  22  high integrity, right thing to do.  It was especially hard

10:15:05  23  just because we were so close with Guardians of Haven, but

10:15:09  24  we won't be able to tell that story.

10:15:11  25  Q.  And when did all of this happen?

655

| | | |
|---|---|---|
| 10:15:13 | 1 | A.  This -- the early questions around what to do started |
| 10:15:23 | 2 | in the end of '16.  I developed the recommendation for |
| 10:15:26 | 3 | Japan in early -- sorry, early summer of '17.  And then |
| 10:15:31 | 4 | at -- Japan was surprised, so we had to talk through why it |
| 10:15:35 | 5 | was a good recommendation, but then by the end of summer, |
| 10:15:38 | 6 | we had basically acted on it. |
| 10:15:40 | 7 | Q.  Okay.  Thank you, Mr. Sheppard. |
| 10:15:42 | 8 | MS. LUDLAM:  Your Honor, I pass the witness. |
| 10:15:47 | 9 | THE COURT:  All right.  Cross-examination. |
| 10:15:55 | 10 | MR. SACKSTEDER:  Thank you, Your Honor. |
| 10:15:55 | 11 | CROSS-EXAMINATION |
| 10:15:55 | 12 | BY MR. SACKSTEDER: |
| 10:15:55 | 13 | Q.  Good morning, Mr. Sheppard. |
| 10:15:58 | 14 | A.  Good morning. |
| 10:16:00 | 15 | MS. TURNER:  Your Honor, may I approach? |
| 10:16:01 | 16 | MR. SACKSTEDER:  Oh, yes, binders -- |
| 10:16:03 | 17 | THE COURT:  You may approach with binders. |
| 10:16:22 | 18 | All right.  Mr. Sacksteder, you may now proceed |
| 10:16:25 | 19 | with cross-examination. |
| 10:16:26 | 20 | MR. SACKSTEDER:  Thank you, Your Honor. |
| 10:16:26 | 21 | Q.  (By Mr. Sacksteder)  Mr. Sheppard, when you joined the |
| 10:16:28 | 22 | GREE U.S. operation, that operation was not commercially |
| 10:16:31 | 23 | successful, correct? |
| 10:16:32 | 24 | A.  No, I would not agree with that. |
| 10:16:33 | 25 | Q.  It wasn't meeting its goals, correct? |

656

```
10:16:35   1   A.   Yes.
10:16:37   2   Q.   And when you left, the U.S. operation of GREE was not
10:16:43   3   commercially successful, correct?
10:16:44   4   A.   I would not agree with it as phrased.
10:16:47   5   Q.   It was not meeting its goals, correct?
10:16:49   6   A.   Yes.
10:16:49   7   Q.   And it had a few games that were old games that were
10:16:54   8   not doing very well in the market, correct?
10:16:58   9   A.   Yes, they were off by a couple percent.
10:17:01  10   Q.   And it had one game that was in development.  You
10:17:05  11   mentioned Guardians of Haven, correct?
10:17:06  12   A.   Yes.
10:17:06  13   Q.   And Guardians of Haven was, you said, three to six
10:17:12  14   months behind, correct?
10:17:13  15   A.   Yes.
10:17:13  16   Q.   All right.  And that game was never released, correct?
10:17:16  17   A.   Unfortunately, no.
10:17:17  18   Q.   And -- and you shut down the company, correct?
10:17:19  19   A.   I recommended that, yes.
10:17:21  20   Q.   All right.  And then the company was shut down,
10:17:23  21   correct?
10:17:23  22   A.   Yes.
10:17:24  23        MR. SACKSTEDER:  All right.  Mr. Smith, can we
10:17:26  24   look at Slide 8 from GREE's opening?
10:17:31  25   Q.   (By Mr. Sacksteder)  This is also an exhibit from
```

657

| | | |
|---|---|---|
| 10:17:33 | 1 | Mr. Araki's testimony.  If you look at the right-hand side, |
| 10:17:38 | 2 | in 2012, Modern War, Crime City, and Knights & Dragons were |
| 10:17:44 | 3 | GREE U.S. games, correct? |
| 10:17:45 | 4 | A.  Yes. |
| 10:17:45 | 5 | Q.  And Modern War was a game that was developed by a |
| 10:17:50 | 6 | company called Funzio that GREE acquired, correct? |
| 10:17:54 | 7 | A.  Yes. |
| 10:17:54 | 8 | Q.  And Crime City was developed by a company called Funzio |
| 10:17:59 | 9 | that GREE acquired, correct? |
| 10:18:00 | 10 | A.  Yes. |
| 10:18:01 | 11 | Q.  And Knights & Dragons was developed by a company called |
| 10:18:07 | 12 | IUGO, correct? |
| 10:18:07 | 13 | A.  Yes. |
| 10:18:07 | 14 | Q.  And then GREE bought the rights to the game, correct? |
| 10:18:10 | 15 | A.  Yes. |
| 10:18:10 | 16 | MR. SACKSTEDER:  Can we look at DX-47, please, |
| 10:18:17 | 17 | Mr. Smith? |
| 10:18:17 | 18 | Q.  (By Mr. Sacksteder)  This is an email from you to |
| 10:18:20 | 19 | Mr. Araki in April of 2017, correct? |
| 10:18:23 | 20 | A.  Yes. |
| 10:18:24 | 21 | Q.  Look at the top.  Then at the bottom, it shows the |
| 10:18:30 | 22 | report from something called App Annie, correct? |
| 10:18:34 | 23 | A.  Yes. |
| 10:18:34 | 24 | Q.  And App Annie is a service that keeps track on how well |
| 10:18:38 | 25 | games are doing, correct? |

```
10:18:40   1   A.  That's right, yes.

10:18:42   2   Q.  These are the U.S. figures, correct?

10:18:50   3   A.  I'm not sure of that.

10:18:51   4   Q.  This shows DragonSoul, Knights & Dragons, Crime City,

10:18:57   5   Modern War and Kingdom Age, correct?

10:19:00   6   A.  Yes.

10:19:01   7   Q.  And those are listed with one exception as being Funzio

10:19:04   8   Games, correct?

10:19:05   9   A.  Yes.

10:19:05   10  Q.  And at the time DragonSoul was ranked 268 in terms of

10:19:11   11  revenue, correct?

10:19:11   12  A.  Yes, for revenue over the last seven days.

10:19:13   13  Q.  And it shows the revenue as being iOS and Google Play

10:19:18   14  on the right side, correct?

10:19:20   15  A.  That's correct.

10:19:20   16  Q.  And those are the two platforms where you distribute

10:19:24   17  games in the U.S., right?

10:19:25   18  A.  Yes.

10:19:25   19  Q.  And one is the App Store for Apple phones and the other

10:19:28   20  is for Android phones, correct?

10:19:30   21  A.  You got it.

10:19:31   22  Q.  All right.  And then Knights & Dragons was ranked

10:19:36   23  424th, correct?

10:19:37   24  A.  It was.

10:19:37   25  Q.  And Crime City was 586th?
```

```
10:19:39   1   A.  Yes.

10:19:39   2   Q.  And Modern War was 609th?

10:19:43   3   A.  Yes.

10:19:43   4   Q.  And Kingdom Age was 911th?

10:19:46   5   A.  Yes.

10:19:46   6   Q.  And that's not very good, is it, sir?

10:19:48   7   A.  No, I wouldn't -- I wouldn't characterize it as such.

10:19:52   8   Q.  Kingdom Age made $5,000.00 in that week, correct?

10:19:56   9   A.  Yes, in that week.

10:19:58  10   Q.  And DragonSoul made about 60, correct?

10:20:01  11   A.  In that week, yes.

10:20:03  12         MR. SACKSTEDER:  You can take that down,

10:20:05  13   Mr. Smith.

10:20:06  14   Q.  (By Mr. Sacksteder)  So the only game that GREE in the

10:20:13  15   U.S. had in development at the time the company was shut

10:20:17  16   down was called Guardians of Haven, correct?

10:20:19  17   A.  That is right.

10:20:20  18   Q.  By the way, those other games that we looked at the

10:20:23  19   rankings, those weren't in the top 10, right?

10:20:26  20   A.  We got them back to the top 10 at a point over the

10:20:31  21   three-year span.  In that seven-day period, no.

10:20:33  22   Q.  They were not in the top 10 -- they were not in the top

10:20:35  23   50?

10:20:36  24   A.  Not at that time, no.

10:20:37  25   Q.  Or hundred or 200, correct?
```

```
10:20:39   1   A.  Not in that seven day period, no, sir.

10:20:42   2   Q.  So Guardians of Haven was not going to be released

10:20:45   3   under the GREE brand, correct?

10:20:48   4   A.  Yes, that's correct.

10:20:52   5   Q.  Okay.

10:20:53   6          MR. SACKSTEDER:  Can we look at DX-232, and

10:20:57   7   specifically Slide 6.

10:21:01   8   Q.  (By Mr. Sacksteder)  And that shows a logo for

10:21:02   9   something called Free Hive, right?

10:21:06  10   A.  Yes.

10:21:07  11   Q.  And that is the brand that Guardians of Haven was going

10:21:09  12   to be published under, correct?

10:21:11  13   A.  Yes.

10:21:12  14   Q.  And the reason for that was that the market had

10:21:16  15   negative connotations for the GREE brand, correct?

10:21:20  16   A.  No, I wouldn't phrase it that way.

10:21:23  17   Q.  You were never going to put the GREE brand on Guardians

10:21:26  18   of Haven, correct?

10:21:26  19   A.  We explored it at one point, but we decided not to.

10:21:31  20   Q.  And there was no positive association with the GREE

10:21:35  21   brand in the U.S.?

10:21:36  22   A.  Yes, I do agree that's true.

10:21:39  23   Q.  There were some negative associations with the GREE

10:21:44  24   brand in the U.S., correct?

10:21:45  25   A.  Yes.
```

| | | |
|---|---|---|
| 10:21:52 | 1 | Q.  You said that Guardians of Haven was in beta testing; |
| 10:22:02 | 2 | is that correct? |
| 10:22:02 | 3 | A.  That's correct. |
| 10:22:02 | 4 | Q.  That's before you started releasing it commercially, |
| 10:22:07 | 5 | right? |
| 10:22:07 | 6 | A.  It is. |
| 10:22:07 | 7 | Q.  And it was never released commercially, correct? |
| 10:22:09 | 8 | A.  We decided to shut down the business before the beta |
| 10:22:13 | 9 | concluded. |
| 10:22:14 | 10 | Q.  And one of the reasons why Guardians of Haven was never |
| 10:22:16 | 11 | released is because there was some skepticism at GREE in |
| 10:22:19 | 12 | Japan regarding the failure of earlier U.S.-GREE games to |
| 10:22:25 | 13 | meet their targets, correct? |
| 10:22:27 | 14 | A.  There were questions around the underperformance of the |
| 10:22:30 | 15 | older titles, but those were managed by different teams, |
| 10:22:35 | 16 | and the question was more around whether the added |
| 10:22:37 | 17 | investment to get Guardians to be complete would be a good |
| 10:22:46 | 18 | return, relative to other investments. |
| 10:22:47 | 19 | MR. SACKSTEDER:  Can we look at DX-36, Mr. Smith? |
| 10:22:50 | 20 | Q.  (By Mr. Sacksteder)  DX-36 is a report that you got |
| 10:22:53 | 21 | from an outfit called Magid, correct? |
| 10:22:59 | 22 | A.  Yes. |
| 10:22:59 | 23 | Q.  And that's a consulting and survey organization, |
| 10:23:02 | 24 | correct? |
| 10:23:02 | 25 | A.  Yes. |

662

| | | |
|---|---|---|
| 10:23:02 | 1 | Q.  And it says MCN Beta Gameplay Exploration down below, |
| 10:23:12 | 2 | correct? |
| 10:23:12 | 3 | A.  Yes. |
| 10:23:12 | 4 | Q.  And the date is May of 2017? |
| 10:23:14 | 5 | A.  Yes. |
| 10:23:15 | 6 | Q.  And MCN stands for midcore new, which is Guardians of |
| 10:23:20 | 7 | Haven, right? |
| 10:23:20 | 8 | A.  Midcore next. |
| 10:23:21 | 9 | Q.  Midcore next, okay.  And that's -- that's the same |
| 10:23:24 | 10 | thing; that's your internal name for Guardians of Haven, |
| 10:23:28 | 11 | correct? |
| 10:23:28 | 12 | A.  Yes, sir. |
| 10:23:28 | 13 | MR. SACKSTEDER:  Can we turn to -- anyway.  One of |
| 10:23:35 | 14 | the conclusions from the analysis that Magid did that was |
| 10:23:40 | 15 | none of the three different game modes that existed in |
| 10:23:43 | 16 | Guardians of Haven were individually compelling enough to |
| 10:23:45 | 17 | play instead of the games of respected leaders in the |
| 10:23:49 | 18 | market, correct? |
| 10:23:50 | 19 | A.  I recall that comment, yes. |
| 10:23:57 | 20 | Q.  And that's a comment from Magid, which provided this |
| 10:24:00 | 21 | report on Guardians of Haven in May of 2017, correct? |
| 10:24:02 | 22 | A.  Yes, it was one of several. |
| 10:24:05 | 23 | Q.  All right. |
| 10:24:05 | 24 | MR. SACKSTEDER:  Can we turn to Page 5, please? |
| 10:24:07 | 25 | Q.  (By Mr. Sacksteder)  If you look at the part that says |

10:24:13  1   4 out of 7, the people that actually analyzed the game said

10:24:17  2   4 out of 7 of them would stop playing if they hadn't -- if

10:24:20  3   they didn't have to do it for their job, right?

10:24:23  4   A.  Yes, that's what it says.

10:24:25  5   Q.  And then there is a conclusion that says the modes

10:24:29  6   don't feel connected or that players would benefit from

10:24:32  7   playing multiple modes.  This feels like a missed

10:24:36  8   opportunity for MCN to really stand out as an experience.

10:24:41  9        You didn't dispute that conclusion when you got it

10:24:44  10  from Magid, did you?

10:24:45  11  A.  No.  In fact, we had plans to address it because it had

10:24:49  12  surfaced in our regular study, and it was part of the

10:24:53  13  reason why we needed three to six more months.

10:24:54  14  Q.  So this was a problem with the game that had been

10:24:57  15  developed that was causing it not to be ready to be

10:25:00  16  released, correct?

10:25:00  17  A.  I wouldn't characterize it as a problem, but it was a

10:25:04  18  definite need.

10:25:05  19  Q.  It was something you had to do before you could release

10:25:08  20  it, correct?

10:25:08  21  A.  Absolutely.

10:25:09  22  Q.  And because you couldn't release it at that time, you

10:25:11  23  couldn't release it at all, right?

10:25:14  24        Let me rephrase the question.

10:25:16  25        Because you couldn't release it at that time, you

664

```
10:25:17   1   ended up not releasing it at all, correct?
10:25:21   2   A.  We went into the planning process not being able to
10:25:24   3   release it.
10:25:26   4          MR. SACKSTEDER:  Can we see DX-35, please?
10:25:29   5   Q.  (By Mr. Sacksteder)  DX-35 is an email to you from a
10:25:34   6   person named Michael Liang, correct?
10:25:40   7   A.  Yes.
10:25:41   8          MR. SACKSTEDER:  And if you go a little bit
10:25:44   9   farther down, Mr. Smith.
10:25:45  10   Q.  (By Mr. Sacksteder)  You'll see that Michael Liang is
10:25:49  11   the customer insights manager for the U.S. GREE operation,
10:25:52  12   correct?
10:25:52  13   A.  Yes.
10:25:52  14          MR. SACKSTEDER:  It's -- actually, if we could go
10:25:54  15   down -- we're a little bit off the screen there.
10:25:57  16   Q.  (By Mr. Sacksteder)  And the customer insights manager
10:26:00  17   is -- his job is to get insights from the customers about
10:26:05  18   the games, correct?
10:26:07  19   A.  Both market researchers and customers, yes.
10:26:10  20   Q.  Okay.  And in this case, he is actually sending you
10:26:12  21   with this email the -- the research report we just looked
10:26:16  22   at, correct?
10:26:16  23   A.  Yes, but -- yes.
10:26:21  24   Q.  Yeah, it says GREE MCN Beta Gameplay Exploration, May
10:26:29  25   2017 at the top, correct?
```

```
10:26:30   1   A.  Yes.
10:26:30   2   Q.  And he wrote in the cover email where he sent that to
10:26:34   3   you that the analysis is consistent with what we've heard
10:26:37   4   from players, correct?
10:26:38   5   A.  Correct.  Which is why we knew that we had to address
10:26:41   6   this.
10:26:41   7          MR. SACKSTEDER:  Move to strike everything after
10:26:44   8   "yes" is -- or after "correct" as non-responsive.
10:26:50   9          THE COURT:  Sustained.
10:26:51  10   Q.  (By Mr. Sacksteder)  And the players that are
10:26:58  11   referenced are the beta tester players who were testing the
10:27:02  12   game before it went out to commercial release, correct?
10:27:04  13   A.  For this Magid study?
10:27:06  14   Q.  Well, Michael Liang said their feedback is very
10:27:11  15   consistent with what we've heard from players?
10:27:13  16   A.  Ah, yes, that was.
10:27:14  17   Q.  And the players are the other players that were beta
10:27:17  18   testing the game, correct?
10:27:18  19   A.  Yes, sir.
10:27:18  20   Q.  And so the comments that were made in the report were
10:27:21  21   consistent with what other players said, right?
10:27:24  22   A.  Yes, sir.
10:27:24  23   Q.  And you didn't release the game, right?
10:27:27  24   A.  Yes, sir.
10:27:28  25   Q.  And as you testified in July of 2017, the GREE U.S.
```

| | | |
|---|---|---|
| 10:27:34 | 1 | operation was shut down, correct? |
| 10:27:36 | 2 | A.  Yes, sir. |
| 10:27:36 | 3 | Q.  And you mentioned marketing costs before, correct? |
| 10:27:39 | 4 | A.  Yeah. |
| 10:27:39 | 5 | Q.  And is one place where a game company typically gets |
| 10:27:43 | 6 | the money to pay marketing costs from the success of its |
| 10:27:48 | 7 | previous games? |
| 10:27:49 | 8 | A.  That is one place, yes. |
| 10:27:51 | 9 | Q.  Yes.  So if a company has games that are successful on |
| 10:27:54 | 10 | the market, they have more money that they can use for |
| 10:27:57 | 11 | marketing other games, correct? |
| 10:28:00 | 12 | A.  Yes. |
| 10:28:00 | 13 | Q.  And GREE had problems with having enough money for |
| 10:28:03 | 14 | marketing costs, right? |
| 10:28:05 | 15 | A.  GREE had a budget allocated as a public company and was |
| 10:28:11 | 16 | held to those expectations in the marketplace with |
| 10:28:17 | 17 | investors and was operating at a disadvantage, relative to |
| 10:28:21 | 18 | companies that weren't public who could spend unprofitably, |
| 10:28:26 | 19 | which was the tactic at that time. |
| 10:28:29 | 20 | Q.  The GREE U.S. operation did not have enough money for |
| 10:28:30 | 21 | marketing costs, correct? |
| 10:28:30 | 22 | A.  Yes, it needed more. |
| 10:28:32 | 23 | Q.  And it would have had more if it had had more |
| 10:28:35 | 24 | successful games, correct? |
| 10:28:36 | 25 | A.  Within the business unit, we could've self-funded with |

10:28:38  1   more profit --

10:28:39  2   Q.  But you didn't -- you didn't, right?

10:28:41  3   A.  We did not.

10:28:43  4         MR. SACKSTEDER:  May we see DX-34, please?

10:28:55  5   Q.  (By Mr. Sacksteder)  You prepared DX-34?

10:29:02  6   A.  Yes, largely.

10:29:04  7   Q.  Okay.  And it references a BoD meeting in Tokyo.

10:29:11  8   That's board of directors?

10:29:12  9   A.  Yes.

10:29:13  10  Q.  All right.  And -- And so you created this document

10:29:14  11  some time before May 24th, correct?

10:29:17  12  A.  Yes, I would assume so.

10:29:20  13  Q.  And it was in 2017, correct?

10:29:25  14  A.  Must have been.

10:29:26  15  Q.  All right.  And you end up in this document

10:29:29  16  recommending that GREE shut down its U.S. operations,

10:29:33  17  correct?

10:29:33  18  A.  Can I see the rest of the document?

10:29:39  19  Q.  You had three plans, and you selected the one that

10:29:42  20  ended up shutting down the operation, correct?

10:29:44  21  A.  I believe this document is the plan we went through to

10:29:48  22  get to a recommendation, and that there are three plans

10:29:51  23  here that we all analyzed.

10:29:53  24  Q.  And the one that was selected was to shut down?

10:29:55  25  A.  The one I recommended was the shutdown, yes.

668

10:30:00  1          MR. SACKSTEDER:  Can we see DX-33, please?

10:30:04  2  Q.  (By Mr. Sacksteder)  This is from January 2016.  You --

10:30:09  3  you drafted at least a large part of this document,

10:30:12  4  correct?

10:30:12  5  A.  Yes, I drafted it.

10:30:13  6  Q.  And it is a two-year retrospective, looking backwards

10:30:17  7  from 2016?

10:30:22  8  A.  Yes.

10:30:22  9  Q.  Okay.  And at the time you drafted the document, the

10:30:25  10  business -- business was underperforming and profits were

10:30:28  11  under target, correct?

10:30:28  12  A.  Yes, by a few percent.

10:30:30  13  Q.  All right.  And there were four games on the market at

10:30:32  14  the time?

10:30:32  15  A.  Yes, it says that here.

10:30:41  16  Q.  And they were underperforming, correct?

10:30:42  17  A.  Collectively, they were under by a few percent.

10:30:45  18  Q.  And in the first paragraph, starting at the second

10:30:51  19  sentence, you wrote that:  A systematic review of these

10:30:55  20  games and the organization supporting them identified a

10:30:56  21  number of issues ranging from misalignment of business

10:30:59  22  goals, poor product and/or marketing strategy, and general

10:31:03  23  staffing issues, correct?

10:31:05  24  A.  Those were the -- those were the issues that I

10:31:10  25  referenced earlier when I joined, that we had to address.

669

| | | |
|---|---|---|
| 10:31:13 | 1 | Q.  Those were the problems that existed in 2016, correct? |
| 10:31:19 | 2 | A.  No.  These were the issues that were there when I |
| 10:31:23 | 3 | arrived. |
| 10:31:24 | 4 | Q.  Okay.  So in 2014, all these problems existed? |
| 10:31:28 | 5 | A.  Yes.  In varying degrees, yes. |
| 10:31:33 | 6 | Q.  Clash of Clans was a successful game when you joined |
| 10:31:36 | 7 | GREE, correct? |
| 10:31:37 | 8 | A.  It's a great game, yes. |
| 10:31:38 | 9 | Q.  It was successful a couple years before you joined |
| 10:31:42 | 10 | GREE, correct? |
| 10:31:43 | 11 | A.  It was, yes. |
| 10:31:43 | 12 | Q.  And it continued to be successful through the whole |
| 10:31:47 | 13 | time you were there, correct? |
| 10:31:48 | 14 | A.  It has, yeah. |
| 10:31:49 | 15 | Q.  And would you agree with me that the things that make |
| 10:31:51 | 16 | Clash of Clans a successful game are that it was first to |
| 10:31:54 | 17 | market, had a high quality game, really accessible art |
| 10:31:59 | 18 | style, great user interface design, platform support, and |
| 10:32:04 | 19 | marketing spend? |
| 10:32:04 | 20 | A.  Yes, I -- those words sound like something I would say. |
| 10:32:08 | 21 | Q.  Okay.  And would you agree that Clash of Clans was |
| 10:32:12 | 22 | first to market? |
| 10:32:13 | 23 | A.  For that style of game, yes. |
| 10:32:15 | 24 | Q.  All right.  And then let's talk about Clash Royale. |
| 10:32:19 | 25 | Would you agree that the things that make Clash |

| | | |
|---|---|---|
| 10:32:23 | 1 | Royale successful as a game are the same things that I just |
| 10:32:25 | 2 | walked through with Clash of Clans? |
| 10:32:27 | 3 | A.  Not having all six or seven of them in my mind, but, |
| 10:32:32 | 4 | yes, I would say, yes. |
| 10:32:39 | 5 | Q.  All right.  And Clash of Clans was also first to market |
| 10:32:41 | 6 | in its style of game, correct? |
| 10:32:43 | 7 | A.  Yes, on the mobile phone. |
| 10:32:45 | 8 | Q.  And Clash of Clans is a -- would you call it a |
| 10:32:49 | 9 | real-time strategy game? |
| 10:32:50 | 10 | A.  Yes, that was the phrase I used, although that's my -- |
| 10:32:54 | 11 | my phrase. |
| 10:32:54 | 12 | Q.  And it's not a turn-based game, right?  You don't take |
| 10:32:59 | 13 | turns in Clash of Clans? |
| 10:33:00 | 14 | A.  That's correct yes. |
| 10:33:01 | 15 | Q.  Everybody -- both players play at the same time? |
| 10:33:01 | 16 | A.  I'm sorry, Clash Royale or -- |
| 10:33:03 | 17 | Q.  I'm talking about Clash Royale.  Sorry. |
| 10:33:05 | 18 | A.  Okay.  Yes. |
| 10:33:06 | 19 | Q.  Clash Royale is not a turn-based game, and everybody |
| 10:33:10 | 20 | plays -- both players play at the same time? |
| 10:33:12 | 21 | A.  Yes, sir, that's correct. |
| 10:33:14 | 22 | Q.  All right.  Thank you. |
| 10:33:14 | 23 |         MR. SACKSTEDER:  Can we look at DX-1 -- DX-1234, |
| 10:33:19 | 24 | please? |
| 10:33:19 | 25 | Q.  (By Mr. Sacksteder)  And DX-1234 is an email that you |

671

```
10:33:26   1   are a recipient of, and you have sent some of the emails in
10:33:31   2   this string, correct?
10:33:31   3   A.  Yes, it looks to be the case.
10:33:36   4   Q.  All right.  And it's talking about Clash of Clans,
10:33:38   5   correct?
10:33:38   6   A.  I'm not familiar with this one, so...
10:33:45   7   Q.  You -- your -- your name is listed as a recipient at
10:33:49   8   the top there, correct?
10:33:50   9   A.  Yes, definitely.
10:33:51  10   Q.  And the date is March of 2015?
10:33:52  11   A.  Yes.  I just haven't seen this before.  Hold on -- I
10:33:57  12   mean, not recently.
10:33:59  13   Q.  Okay.
10:33:59  14         MR. SACKSTEDER:  If we could go a little farther
10:34:02  15   down in the document, Mr. Smith.
10:34:04  16   Q.  (By Mr. Sacksteder)  Where you say --
10:34:06  17         MR. SACKSTEDER:  A little farther up.
10:34:10  18   Q.  (By Mr. Sacksteder)  Where you say I am supportive?
10:34:12  19   A.  Yes.
10:34:12  20   Q.  And then you say:  Could you keep Keith on CC for RPG
10:34:18  21   and me for Strategy.
10:34:19  22         Correct?
10:34:19  23   A.  Yes.
10:34:20  24   Q.  And CC means carbon copy on the email, right?
10:34:24  25   A.  In this case, yes.
```

| | | |
|---|---|---|
| 10:34:26 | 1 | Q.  Yeah, okay. |
| 10:34:26 | 2 | MR. SACKSTEDER:  Now let's go down a little |
| 10:34:29 | 3 | farther. |
| 10:34:29 | 4 | Q.  (By Mr. Sacksteder)  The thing that you were saying you |
| 10:34:32 | 5 | were supportive of is this part of the email, correct? |
| 10:34:34 | 6 | A.  Yeah, it must be.  I haven't had a chance to read it |
| 10:34:40 | 7 | all, but, yes. |
| 10:34:41 | 8 | Q.  And -- and it came from Ryotaro Shima; is that right? |
| 10:34:48 | 9 | A.  Yes. |
| 10:34:48 | 10 | Q.  And that was sort of your second in command at -- at |
| 10:34:51 | 11 | GREE U.S.? |
| 10:34:51 | 12 | A.  Yes. |
| 10:34:52 | 13 | Q.  And there are some suggestions that he's making and |
| 10:34:55 | 14 | that you later said you were supportive of, correct? |
| 10:34:58 | 15 | A.  Yes. |
| 10:34:59 | 16 | Q.  All right.  And he says in the first paragraph:  I'm |
| 10:35:03 | 17 | thinking of asking Atsuro and Yasushi to tag and prepare a |
| 10:35:11 | 18 | research document. |
| 10:35:12 | 19 | Correct? |
| 10:35:12 | 20 | A.  Yes. |
| 10:35:13 | 21 | Q.  And down below, it says:  We can ask them to work on |
| 10:35:17 | 22 | deep-dive analysis on metastructure of Clash of Clans. |
| 10:35:20 | 23 | Correct? |
| 10:35:20 | 24 | A.  Yes. |
| 10:35:20 | 25 | Q.  And you were supportive of that, correct? |

673

| | | |
|---|---|---|
| 10:35:23 | 1 | A.  Yeah, I was. |
| 10:35:24 | 2 | Q.  And that's because Clash of Clans was a very successful |
| 10:35:28 | 3 | game, and people in this -- this industry try to learn |
| 10:35:31 | 4 | about the successful games, right? |
| 10:35:32 | 5 | A.  Absolutely.  I mean, there's something to learn from |
| 10:35:36 | 6 | every game. |
| 10:35:37 | 7 | MR. SACKSTEDER:  Can we look at 1223, please? |
| 10:35:39 | 8 | Q.  (By Mr. Sacksteder)  1223 is an email in the March 2015 |
| 10:35:51 | 9 | time frame, correct? |
| 10:35:52 | 10 | A.  Yes. |
| 10:35:54 | 11 | Q.  And -- and its subject is:  Clash of Clans, designing |
| 10:35:59 | 12 | games that people will play for years. |
| 10:36:02 | 13 | Correct? |
| 10:36:03 | 14 | A.  Yes. |
| 10:36:03 | 15 | Q.  And this describes a presentation on Clash of Clans |
| 10:36:10 | 16 | that -- at an industry event, correct? |
| 10:36:12 | 17 | A.  Yes, it looks like it. |
| 10:36:14 | 18 | Q.  And you forwarded the email to a person named |
| 10:36:19 | 19 | Mr. McKay -- Gary McKay, correct? |
| 10:36:24 | 20 | A.  Yes. |
| 10:36:24 | 21 | Q.  And he is a GREE employee, correct? |
| 10:36:27 | 22 | A.  I'm embarrassed to say I don't remember.  So I assume |
| 10:36:33 | 23 | so, yes. |
| 10:36:35 | 24 | Q.  We won't tell. |
| 10:36:36 | 25 | A.  Thank you. |

| | | |
|---|---|---|
| 10:36:36 | 1 | Q.  The -- where it says key principles in the email, it's |
| 10:36:41 | 2 | on the next page.  At the top, it says -- and this is |
| 10:36:49 | 3 | talking about Clash of Clans and Supercell, correct? |
| 10:36:53 | 4 | A.  I assume so. |
| 10:36:55 | 5 | Q.  It's also in your binder if you need to look at it, |
| 10:36:57 | 6 | sir. |
| 10:36:57 | 7 | A.  Yeah, sorry.  I just want to make sure I answer |
| 10:37:00 | 8 | correctly. |
| 10:37:01 | 9 | Q.  Of course.  It's 1223. |
| 10:37:10 | 10 | A.  Just go off the screen.  It's faster. |
| 10:37:19 | 11 |      Yes.  Okay, yes. |
| 10:37:21 | 12 | Q.  All right.  Where it says key principles up there, the |
| 10:37:25 | 13 | third sentence says, about Supercell:  The earliest focus |
| 10:37:30 | 14 | was always on the core loop, not just developing it, but |
| 10:37:37 | 15 | constantly looking to improve the core look -- loop. |
| 10:37:40 | 16 |      Correct? |
| 10:37:40 | 17 | A.  Yes, it says that. |
| 10:37:41 | 18 | Q.  All right.  And then there's another point down at the |
| 10:37:44 | 19 | bottom of the page. |
| 10:37:48 | 20 |      MR. SACKSTEDER:  The -- the last paragraph in the |
| 10:37:49 | 21 | heading, Mr. Smith.  Thank you. |
| 10:37:51 | 22 | Q.  (By Mr. Sacksteder)  And this one has a heading that |
| 10:37:54 | 23 | indicates surprise.  Would you say that's fair? |
| 10:37:57 | 24 | A.  That's -- that's a great -- yes. |
| 10:38:03 | 25 | Q.  Yeah, it's about a statistic, correct? |

| | | |
|---|---|---|
| 10:38:05 | 1 | A.  Yes. |
| 10:38:06 | 2 | Q.  And it says:  1 out of 10, 10 percent, players who |
| 10:38:10 | 3 | started playing in March 2012 still playing the game today. |
| 10:38:15 | 4 | Correct? |
| 10:38:15 | 5 | A.  Yes. |
| 10:38:16 | 6 | Q.  And then it says:  That's the two-year retention |
| 10:38:20 | 7 | metric.  Yikes. |
| 10:38:21 | 8 | Right? |
| 10:38:21 | 9 | A.  Yes. |
| 10:38:22 | 10 | Q.  That means that Supercell's Clash of Clans's game was a |
| 10:38:25 | 11 | really good game that was retaining users at a very high |
| 10:38:29 | 12 | level -- |
| 10:38:29 | 13 | A.  It was. |
| 10:38:29 | 14 | Q.  -- surprisingly high level from 2012 until this email |
| 10:38:34 | 15 | in 2015, correct? |
| 10:38:35 | 16 | A.  Yes, I believe Gary characterized it that way, yes. |
| 10:38:39 | 17 | MR. SACKSTEDER:  And DX-1236, please, Mr. Smith. |
| 10:38:42 | 18 | Q.  (By Mr. Sacksteder)  And DX-1236 is another string of |
| 10:38:53 | 19 | emails that you participated in, correct? |
| 10:38:55 | 20 | A.  It looks to be, yes. |
| 10:38:56 | 21 | Q.  And, again, if you need to confirm, it's in your |
| 10:38:59 | 22 | binder. |
| 10:38:59 | 23 | And in -- you get an email in the middle of the |
| 10:39:09 | 24 | page from Kevin Schmid, correct? |
| 10:39:15 | 25 | A.  Yes. |

676

| | | |
|---|---|---|
| 10:39:15 | 1 | Q.  And he's a GREE employee or was at the time? |
| 10:39:18 | 2 | A.  I assume so. |
| 10:39:20 | 3 | Q.  And he says:  The strength of appropriative art style |
| 10:39:26 | 4 | like Clash of Clans is -- is a great appealing art style |
| 10:39:30 | 5 | that you own. |
| 10:39:35 | 6 |       Is that correct? |
| 10:39:35 | 7 | A.  Sorry, it moved away from the -- |
| 10:39:38 | 8 | Q.  Oh, there you go. |
| 10:39:39 | 9 | A.  Oh, there it is.  Thank you. |
| 10:39:44 | 10 | Q.  And that's what Mr. Schmid said, correct? |
| 10:39:47 | 11 | A.  Yes. |
| 10:39:48 | 12 | Q.  And on Page 3, Mr. Schmid says:  Not a lot of games out |
| 10:39:59 | 13 | there have a strong internally created IP, and the ones |
| 10:40:04 | 14 | that do are very light, Clash of Clans? |
| 10:40:07 | 15 | A.  Yes. |
| 10:40:07 | 16 | Q.  And you agree that Clash of Clans has a strong |
| 10:40:11 | 17 | internally created IP, correct? |
| 10:40:13 | 18 | A.  Yes, definitely Clash of Clans is strong. |
| 10:40:15 | 19 | Q.  All right. |
| 10:40:15 | 20 |       MR. SACKSTEDER:  Let's look at 1232. |
| 10:40:18 | 21 | Q.  (By Mr. Sacksteder)  And this is another email string |
| 10:40:28 | 22 | that you participated in in 2015, correct? |
| 10:40:33 | 23 | A.  Yes. |
| 10:40:34 | 24 | Q.  And this discusses a project called Shadowlands; do you |
| 10:40:42 | 25 | see that? |

| | | |
|---|---|---|
| 10:40:42 | 1 | A.  Yes. |
| 10:40:42 | 2 | Q.  Was that a GREE game that was never released? |
| 10:40:46 | 3 | A.  That was a project that was canceled in development, |
| 10:40:49 | 4 | yes. |
| 10:40:55 | 5 | MR. SACKSTEDER:  Let's go to 1221. |
| 10:40:56 | 6 | Q.  (By Mr. Sacksteder)  And on the -- okay.  The -- the |
| 10:41:04 | 7 | subject line is Update Clash of Clans Analysis? |
| 10:41:08 | 8 | A.  Yes. |
| 10:41:08 | 9 | Q.  And this is before your time.  This is in 2012, |
| 10:41:12 | 10 | correct? |
| 10:41:12 | 11 | THE COURT:  Would you speak up, counsel? |
| 10:41:13 | 12 | MR. SACKSTEDER:  Yes, I apologize, Your Honor. |
| 10:41:15 | 13 | Q.  (By Mr. Sacksteder)  This is in 2012 before you joined |
| 10:41:17 | 14 | the company, correct? |
| 10:41:18 | 15 | A.  Yes, sir. |
| 10:41:19 | 16 | Q.  All right.  And you later became the chief operating |
| 10:41:23 | 17 | officer and then CEO of -- of GREE International and then |
| 10:41:29 | 18 | GREE International Entertainment, correct? |
| 10:41:34 | 19 | A.  Yes, sir. |
| 10:41:34 | 20 | Q.  All right.  And the first line of the email talks about |
| 10:41:35 | 21 | it being a follow-up to the Clash of Clans presentation? |
| 10:41:38 | 22 | MS. LUDLAM:  Objection, Your Honor.  Foundation. |
| 10:41:43 | 23 | THE COURT:  Do you have a response? |
| 10:41:45 | 24 | MR. SACKSTEDER:  I'm just asking him what the |
| 10:41:47 | 25 | pre-admitted document says. |

678

| | | |
|---|---|---|
| 10:41:49 | 1 | MS. LUDLAM:  Your Honor, he's admitted he did not |
| 10:41:52 | 2 | receive it; it was before his time. |
| 10:41:54 | 3 | THE COURT:  Well, it's pre-admitted.  Counsel can |
| 10:42:09 | 4 | ask him about it, but effectively, all he can do is just |
| 10:42:15 | 5 | say this is there or this is not there, since he doesn't |
| 10:42:19 | 6 | have any personal knowledge of the email itself or the |
| 10:42:21 | 7 | conversation. |
| 10:42:22 | 8 | MR. SACKSTEDER:  Understood, Your Honor. |
| 10:42:22 | 9 | THE COURT:  So to that limited extent, I'll allow |
| 10:42:27 | 10 | it.  Otherwise, I won't. |
| 10:42:29 | 11 | MS. LUDLAM:  Thank you. |
| 10:42:30 | 12 | Q.  (By Mr. Sacksteder)  The first line that's highlighted |
| 10:42:32 | 13 | there talks about a follow-up to the Clash of Clans |
| 10:42:34 | 14 | presentation, correct? |
| 10:42:35 | 15 | A.  Yes, that's there. |
| 10:42:45 | 16 | MR. SACKSTEDER:  Can we see DX-215, please? |
| 10:42:48 | 17 | Q.  (By Mr. Sacksteder)  If you go about halfway down, |
| 10:42:55 | 18 | you'll see that this was an email that you received and |
| 10:42:59 | 19 | then later it looks like you forwarded it on, correct? |
| 10:43:03 | 20 | A.  Yes. |
| 10:43:04 | 21 | Q.  And the subject line is, again, that Clash of Clans, |
| 10:43:09 | 22 | designing games that people will play for years, correct? |
| 10:43:14 | 23 | A.  Yes. |
| 10:43:15 | 24 | Q.  And this is a longer -- and if you want to look at it |
| 10:43:20 | 25 | in your binder, feel free -- this is kind of a longer |

| | | |
|---|---|---|
| 10:43:24 | 1 | version of the report from the presentation on Clash of |
| 10:43:26 | 2 | Clans, correct? |
| 10:43:29 | 3 | A.  Yes. |
| 10:43:34 | 4 | Q.  And that was done by somebody named Terry Campbell at |
| 10:43:40 | 5 | GREE, correct? |
| 10:43:41 | 6 | A.  Yes. |
| 10:43:41 | 7 | Q.  And it was in March of 2015, right? |
| 10:43:43 | 8 | A.  It looks like it, yes. |
| 10:43:44 | 9 | Q.  And then you forwarded it to a number of people, |
| 10:43:49 | 10 | including Mr. Araki, correct? |
| 10:43:52 | 11 | A.  Yes. |
| 10:43:53 | 12 | Q.  Okay.  This email is Mr. Campbell's personal |
| 10:43:56 | 13 | take-aways and notes from a GDC session on Clash of Clans? |
| 10:44:00 | 14 | A.  Yes. |
| 10:44:01 | 15 | Q.  GDC is game developer's conference, a big conference in |
| 10:44:08 | 16 | the industry? |
| 10:44:08 | 17 | A.  Yes. |
| 10:44:08 | 18 | Q.  All right.  And he is giving his thoughts and also |
| 10:44:10 | 19 | reporting on what he heard about Clash of Clans at this |
| 10:44:14 | 20 | conference, correct? |
| 10:44:14 | 21 | A.  Yes. |
| 10:44:18 | 22 | Q.  On Page 2, in the third paragraph, he writes that: |
| 10:44:26 | 23 | Stand-out ideas such as monetization not becoming the |
| 10:44:30 | 24 | driving purpose of the game's core design but just a factor |
| 10:44:34 | 25 | of it.  Their retention metric was startling, too. |

10:44:38   1          Correct?

10:44:39   2   A.   Yes, it says that.

10:44:40   3   Q.   Do you understand that to mean that making money wasn't

10:44:45   4   the only point, the part about monetization?

10:44:50   5   A.   I would characterize it slightly differently.

10:44:53   6   Q.   You want to have a good game first, right?

10:44:56   7   A.   Correct.

10:44:56   8   Q.   And then their retention metric was startling, too, and

10:45:01   9   we saw that stat earlier.  Startling means it was really

10:45:06  10   good, right?

10:45:06  11   A.   Top.

10:45:07  12   Q.   I beg your pardon, sir?

10:45:09  13   A.   It was one of the top.

10:45:10  14   Q.   One of the top.  Thank you.

10:45:15  15          MR. SACKSTEDER:  If we go to Page 3, the first

10:45:19  16   bullet point.

10:45:19  17   Q.   (By Mr. Sacksteder)  And there's highlighting on the

10:45:20  18   document.  That was in the original document, correct?

10:45:22  19   A.   I do not know.

10:45:26  20   Q.   Okay.  So this is talking about the team focusing on

10:45:31  21   crafting a solid core loop game experience, correct?

10:45:37  22   A.   Sorry, reading.  Yes.

10:45:42  23   Q.   And even trying to improve and refine the core loop

10:45:45  24   after release, correct?

10:45:46  25   A.   Yes, that was industry practice.

10:45:49   1   Q.   All right.   And the core loop is sort of the -- the

10:45:52   2   fundamentals of how the game is played; is that a fair way

10:45:55   3   to describe it?

10:45:56   4   A.   It is the moment-to-moment experience that you do

10:46:01   5   repeatedly inside the game.

10:46:03   6   Q.   There's another bullet point that says:   Development

10:46:13   7   did not move on to the next phase -- that may be a little

10:46:17   8   farther down -- until the core was most solid and

10:46:22   9   importantly fun.   Correct?

10:46:24   10   A.   Yes.

10:46:24   11   Q.   There at the top?

10:46:26   12   A.   That's right.

10:46:35   13            MR. SACKSTEDER:   And on Page 5.

10:46:37   14   Q.   (By Mr. Sacksteder)   There is a place that's already

10:46:46   15   highlighted again.   Supercell's big win retention metric,

10:46:51   16   correct?

10:46:51   17   A.   Yes, that's what it says.

10:46:53   18   Q.   And this is all in 2015, right?

10:46:55   19   A.   Sorry, I want to get it right.   Yes, 2015.

10:47:05   20   Q.   And that's talking about Supercell's Clash of Clans

10:47:07   21   game, correct?

10:47:08   22   A.   Yes, absolutely.

10:47:09   23   Q.   And it had to be around for at least two years because

10:47:12   24   it's looking back at two years of gamer retention, correct?

10:47:15   25   A.   Yes, I would conclude that.

682

| | | |
|---|---|---|
| 10:47:17 | 1 | Q.  And then below, it says:  Long-term game experience |
| 10:47:22 | 2 | decisions drive people to come back.  Correct? |
| 10:47:24 | 3 | A.  Yes. |
| 10:47:26 | 4 | Q.  And that means that the overall quality of the game |
| 10:47:30 | 5 | experience makes people want to keep playing, right? |
| 10:47:33 | 6 | A.  Yes. |
| 10:47:35 | 7 | Q.  And that's talking about Clash of Clans, correct? |
| 10:47:38 | 8 | A.  Yes. |
| 10:47:39 | 9 | Q.  In 2015, correct? |
| 10:47:42 | 10 | A.  Yes. |
| 10:47:42 | 11 | Q.  Thank you, Mr. Sheppard. |
| 10:47:44 | 12 | A.  No, problem. |
| 10:47:45 | 13 | MR. SACKSTEDER:  Pass the witness. |
| 10:47:46 | 14 | THE COURT:  Redirect, Ms. Ludlam? |
| 10:47:48 | 15 | MS. LUDLAM:  We have no further questions, |
| 10:47:50 | 16 | Your Honor. |
| 10:47:50 | 17 | THE COURT:  All right.  You may step down, |
| 10:47:52 | 18 | Mr. Sheppard. |
| 10:47:52 | 19 | THE WITNESS:  Thank you, Your Honor. |
| 10:47:53 | 20 | MS. LUDLAM:  May I ask that Mr. Sheppard be |
| 10:47:55 | 21 | excused? |
| 10:47:57 | 22 | THE COURT:  Any objection? |
| 10:47:58 | 23 | MR. SACKSTEDER:  No objection, Your Honor. |
| 10:47:59 | 24 | THE COURT:  You're excused, Mr. Sheppard. |
| 10:48:01 | 25 | THE WITNESS:  Thank you, Your Honor. |

| | | |
|---|---|---|
| 10:48:02 | 1 | THE COURT:  That means you're free to stay.  It |
| 10:48:04 | 2 | also means you're free to leave. |
| 10:48:07 | 3 | THE WITNESS:  Thank you, sir. |
| 10:48:08 | 4 | THE COURT:  Ladies and gentlemen of the jury, |
| 10:48:09 | 5 | we're going to take this opportunity to have a short |
| 10:48:12 | 6 | recess. |
| 10:48:12 | 7 | If you will, just close your notebooks and leave |
| 10:48:14 | 8 | them in your chairs.  Follow all the instructions I've |
| 10:48:18 | 9 | given you, including not to discuss the case among each |
| 10:48:20 | 10 | other, and we'll be back to continue with the next witness |
| 10:48:23 | 11 | shortly. |
| 10:48:24 | 12 | The jury is excused for recess. |
| 10:48:26 | 13 | COURT SECURITY OFFICER:  All rise. |
| 10:48:26 | 14 | (Recess.) |
| 10:48:30 | 15 | THE COURT:  The Court stands in recess. |
| 11:08:37 | 16 | (Jury out.) |
| 11:08:38 | 17 | COURT SECURITY OFFICER:  All rise. |
| 11:08:40 | 18 | THE COURT:  Be seated, please. |
| 11:08:43 | 19 | Plaintiff, are you prepared to call your next |
| 11:08:51 | 20 | witness? |
| 11:08:52 | 21 | MR. MOORE:  Yes, Your Honor, we are. |
| 11:08:53 | 22 | THE COURT:  All right.  I understand we have a |
| 11:08:55 | 23 | series of deposition witnesses. |
| 11:08:56 | 24 | MR. MOORE:  We do.  And the first two by video, |
| 11:08:59 | 25 | the third will be the one that we discussed the other day |

| | | |
|---|---|---|
| 11:09:02 | 1 | about reading into the record -- |
| 11:09:04 | 2 | THE COURT:  And I'll make that explanation known |
| 11:09:06 | 3 | to the jury at that time. |
| 11:09:06 | 4 | MR. MOORE:  Thank you, Your Honor. |
| 11:09:07 | 5 | THE COURT:  All right.  Let's bring in the jury, |
| 11:09:09 | 6 | please. |
| 11:09:09 | 7 | COURT SECURITY OFFICER:  Yes, sir. |
| 11:09:11 | 8 | All rise. |
| 11:09:14 | 9 | (Jury in.) |
| 11:09:14 | 10 | THE COURT:  Please be seated. |
| 11:09:38 | 11 | Plaintiff, call your next witness. |
| 11:09:41 | 12 | MR. MOORE:  Your Honor, for our next witness, we |
| 11:09:43 | 13 | will call by deposition Jeff Ostler, Supercell corporate |
| 11:09:50 | 14 | representative. |
| 11:09:50 | 15 | THE COURT:  Proceed with the witness by |
| 11:09:52 | 16 | deposition. |
| 11:09:53 | 17 | MR. MOORE:  Thank you, Your Honor. |
| 11:09:54 | 18 | (Videoclip played.) |
| 11:09:55 | 19 | QUESTION:  Good afternoon, Mr. Ostler.  As I |
| 11:09:58 | 20 | mentioned a moment ago, my name is Steve Moore, and I |
| 11:10:00 | 21 | represent GREE in this case? |
| 11:10:02 | 22 | ANSWER:  Yes. |
| 11:10:05 | 23 | QUESTION:  All right.  Now, you're here testifying |
| 11:10:07 | 24 | as a corporate representative of Supercell O-y; is that |
| 11:10:13 | 25 | correct? |

| | | |
|---|---|---|
| 11:10:13 | 1 | ANSWER:  Yes. |
| 11:10:16 | 2 | QUESTION:  And you've worked for Supercell, |
| 11:10:19 | 3 | Incorporated, since August of 2014; is that right? |
| 11:10:23 | 4 | ANSWER:  That's correct. |
| 11:10:24 | 5 | QUESTION:  Have you ever reviewed any of the |
| 11:10:25 | 6 | patents that GREE is asserting in these lawsuits? |
| 11:10:27 | 7 | ANSWER:  I don't believe so.  I have not read the |
| 11:10:37 | 8 | specific patents or -- or looked at the patents themselves. |
| 11:10:41 | 9 | QUESTION:  Mr. Ostler, have you seen Exhibit 104 |
| 11:10:47 | 10 | previously? |
| 11:10:48 | 11 | ANSWER:  I don't recall ever seeing this document. |
| 11:10:50 | 12 | QUESTION:  Can you testify as to what Supercell |
| 11:10:54 | 13 | did in response to receiving this letter? |
| 11:10:57 | 14 | ANSWER:  I don't know. |
| 11:11:00 | 15 | QUESTION:  You don't know what Supercell did in |
| 11:11:02 | 16 | response to this letter? |
| 11:11:04 | 17 | ANSWER:  I don't know. |
| 11:11:06 | 18 | QUESTION:  Do you know whether Supercell, for |
| 11:11:08 | 19 | example, reviewed any of the patents or patent applications |
| 11:11:10 | 20 | that are recited in Exhibit 104? |
| 11:11:13 | 21 | ANSWER:  I don't know. |
| 11:11:15 | 22 | QUESTION:  Ms. Moore, if you could introduce as |
| 11:11:23 | 23 | the next Exhibit 105, the 5th supplemental responses to |
| 11:11:29 | 24 | interrogatories, please. |
| 11:11:30 | 25 | This interrogatory, which is on the middle of |

| | | |
|---|---|---|
| 11:11:33 | 1 | Page 20, asks for each asserted patent, provide the date |
| 11:11:36 | 2 | you first became aware of the asserted patent, and all |
| 11:11:41 | 3 | facts related to your first awareness or knowledge of the |
| 11:11:45 | 4 | asserted patent, and then it continues. |
| 11:11:47 | 5 | What I want to direct your attention to is that, |
| 11:11:50 | 6 | in the response, following a number of objections, at the |
| 11:11:53 | 7 | bottom of Page 21, do you see the indication there that |
| 11:11:57 | 8 | Supercell believes it first became aware of U.S. Patent |
| 11:12:03 | 9 | No. 9,597,594 in or around September 2017? |
| 11:12:07 | 10 | ANSWER:  I see that. |
| 11:12:10 | 11 | QUESTION:  How did Supercell first become aware of |
| 11:12:15 | 12 | the '594 patent in or around September of 2017? |
| 11:12:19 | 13 | ANSWER:  I don't know. |
| 11:12:20 | 14 | QUESTION:  Did Supercell do anything between |
| 11:12:26 | 15 | receipt of the letter that we marked as Exhibit 104 in |
| 11:12:31 | 16 | September of 2016 and its learning of the '594 patent in |
| 11:12:38 | 17 | September 2017 to investigate that patent or the patent |
| 11:12:44 | 18 | application that led to the patent? |
| 11:12:46 | 19 | ANSWER:  I am not -- I don't know.  I'm not aware |
| 11:12:50 | 20 | of what might have been done. |
| 11:12:53 | 21 | QUESTION:  Has Supercell ever done anything to |
| 11:13:02 | 22 | monitor or track any patents or patent applications of |
| 11:13:08 | 23 | GREE's? |
| 11:13:08 | 24 | ANSWER:  I don't -- what do you mean by track the |
| 11:13:11 | 25 | GREE patent? |

11:13:12  1        QUESTION:  Well, has Supercell ever monitored or

11:13:18  2  tracked when GREE had patents that are either published or

11:13:23  3  that are issued by the Patent Office?

11:13:26  4        ANSWER:  I am not aware of our practices around --

11:13:34  5  around that.

11:13:35  6        QUESTION:  Exhibit 106 will be the fourth

11:13:37  7  supplemental objections and responses to interrogatories in

11:13:42  8  the -- in the 70 case.

11:13:46  9        Do you see that there's -- around the middle or

11:13:49  10  towards the top of that page, actually, there's the same

11:13:53  11  interrogatory that we looked at for Exhibit 105 asking

11:13:57  12  about the date that Supercell first became aware of the

11:14:00  13  asserted patents?

11:14:01  14        ANSWER:  I'm sorry, on Page 36?

11:14:07  15        QUESTION:  That's right.

11:14:09  16        ANSWER:  Where -- where it asks for the date?

11:14:12  17  Yes.

11:14:12  18        QUESTION:  That's right, the Interrogatory No. 4.

11:14:15  19  Do you see that?

11:14:16  20        ANSWER:  Yes.

11:14:16  21        QUESTION:  Okay.  And so then if -- if you go to

11:14:22  22  the next page, Page 37, again, after a number of objections

11:14:25  23  towards the bottom of the page, do you see that it says:

11:14:32  24  Supercell believes it first became aware of U.S. Patent

11:14:39  25  Nos. 9,604,137 and 9,956,481 in or around July of 2018?

| | | |
|---|---|---|
| 11:14:46 | 1 | ANSWER:  Yes, I see that -- that sentence. |
| 11:14:51 | 2 | QUESTION:  How did Supercell become aware of those |
| 11:14:54 | 3 | two patents at that time? |
| 11:14:55 | 4 | ANSWER:  I do not know that. |
| 11:15:03 | 5 | QUESTION:  And who at Supercell became aware of |
| 11:15:05 | 6 | those two patents then? |
| 11:15:07 | 7 | ANSWER:  I can't speak to who became aware of it. |
| 11:15:16 | 8 | QUESTION:  And who is Mr. Partanen? |
| 11:15:22 | 9 | ANSWER:  I don't know his -- again, titles are |
| 11:15:27 | 10 | somewhat non-existent, but I believe he's -- he is in |
| 11:15:33 | 11 | the -- the legal department. |
| 11:15:35 | 12 | QUESTION:  Is he an attorney? |
| 11:15:39 | 13 | ANSWER:  I -- I believe he was an attorney at -- |
| 11:15:41 | 14 | for Supercell.  I'm not sure his official capacity as far |
| 11:15:46 | 15 | as like what the name -- like what the name would be, but I |
| 11:15:51 | 16 | assume so. |
| 11:15:52 | 17 | QUESTION:  I'd asked Ms. Moore before we broke to |
| 11:15:58 | 18 | mark as our next Exhibit 107, a copy of GREE's '594 patent. |
| 11:16:04 | 19 | If you could please display that and allow it to |
| 11:16:07 | 20 | be downloaded, Ms. Moore. |
| 11:16:09 | 21 | Have you ever seen the '594 patent before? |
| 11:16:11 | 22 | ANSWER:  Not that I can recall. |
| 11:16:17 | 23 | QUESTION:  Do you see on -- if you go back to |
| 11:16:19 | 24 | Exhibit 104, which is the September 12, 2016 letter.  Do |
| 11:16:25 | 25 | you have that available? |

11:16:25  1          ANSWER:  Yes, I have that.

11:16:27  2          QUESTION:  Great.  You see at the bottom of the

11:16:30  3   first page of that letter that one of the patents listed is

11:16:32  4   U.S. Patent Application 14/983,984?

11:16:39  5          ANSWER:  Yes.

11:16:40  6          QUESTION:  And then if you look at the -- the

11:16:43  7   patent itself that I just marked as Exhibit 107, if you

11:16:48  8   look about a third of the way down on the left-hand side of

11:16:53  9   the first page, you see that there's a box there that lists

11:16:58  10  the number 21 in parentheses?

11:17:01  11         ANSWER:  Yes.

11:17:01  12         QUESTION:  And that says:  Application No.

11:17:07  13  14/983,984.  Do you see that?

11:17:09  14         ANSWER:  I see that, yes.

11:17:10  15         QUESTION:  Does looking at these materials refresh

11:17:14  16  your recollection as to whether Supercell, after receiving

11:17:18  17  the letter of September of 2016, reviewed the patent

11:17:25  18  application that had been mentioned in the letter?

11:17:30  19         ANSWER:  I am not aware of the patent being

11:17:32  20  reviewed.

11:17:39  21         QUESTION:  You just don't know whether it was or

11:17:41  22  not?

11:17:41  23         ANSWER:  Correct.

11:17:41  24         QUESTION:  Has Supercell been profitable as a

11:17:46  25  company?

690

```
11:17:46    1              ANSWER:  Yes, the company has been profitable.

11:17:48    2              QUESTION:  And how long -- for how long has that

11:17:50    3    been true?

11:17:51    4              ANSWER:  I started in August 2014.  We've been

11:17:57    5    profitable during my tenure, at least on an annual basis.

11:18:01    6    And I believe we were profitable in 2013.  I can't recall

11:18:12    7    2012, but if there's a document I can review, I'd be happy

11:18:15    8    to say so.

11:18:16    9              QUESTION:  Is the U.S. one of the larger markets

11:18:20   10    for Supercell's worldwide revenues?

11:18:23   11              ANSWER:  Yes.

11:18:23   12              QUESTION:  Is it the largest market?

11:18:30   13              ANSWER:  When you say the largest market, are you

11:18:32   14    referring to our revenue in the U.S. is higher than other

11:18:37   15    countries?

11:18:39   16              QUESTION:  Yes.  As a single country, is U.S. the

11:18:43   17    largest market for Supercell's revenues?

11:18:45   18              ANSWER:  Yes, it is currently the largest -- the

11:18:47   19    country with the most revenue.

11:18:49   20              QUESTION:  How long has that been the case that

11:18:51   21    the U.S. has been the largest revenue-producing country for

11:18:56   22    Supercell's games?

11:18:57   23              ANSWER:  I'd have to review documents, but I

11:18:59   24    believe at least since I've been working with Supercell, at

11:19:07   25    least since August of 2014.
```

| | | |
|---|---|---|
| 11:19:10 | 1 | QUESTION:  Let's mark -- this is a document |
| 11:19:12 | 2 | produced previously as Bates No. Supercell GR00003143 |
| 11:19:18 | 3 | through 3144, and let's mark it as our next exhibit, which |
| 11:19:24 | 4 | I believe is Exhibit 113. |
| 11:19:26 | 5 | Do you see that this is a declaration from |
| 11:19:31 | 6 | Mr. Hannu Partanen, who we -- whom we discussed before? |
| 11:19:34 | 7 | ANSWER:  Yes. |
| 11:19:35 | 8 | QUESTION:  And it's a declaration he made to the |
| 11:19:38 | 9 | Tokyo District Court.  Do you see that? |
| 11:19:41 | 10 | ANSWER:  I do. |
| 11:19:43 | 11 | QUESTION:  You're welcome to look through the -- |
| 11:19:46 | 12 | the document, but I would direct your attention to the |
| 11:19:53 | 13 | second page, which is Bates No. 3144. |
| 11:20:00 | 14 | Do you see that Paragraph 10 states:  Supercell |
| 11:20:07 | 15 | utilizes Amazon's web service cloud AWS servers? |
| 11:20:13 | 16 | ANSWER:  Yes. |
| 11:20:14 | 17 | QUESTION:  Mr. Partanen also told the Court in |
| 11:20:17 | 18 | Tokyo that Supercell's AWS accounts are owned and in the |
| 11:20:24 | 19 | name of Supercell Oy.  Do you see that? |
| 11:20:26 | 20 | ANSWER:  I do. |
| 11:20:27 | 21 | QUESTION:  And as far as you know, is that |
| 11:20:29 | 22 | statement he made to the Court accurate? |
| 11:20:33 | 23 | ANSWER:  That's my understanding, yes. |
| 11:20:34 | 24 | QUESTION:  And then the next Paragraph No. 12 |
| 11:20:40 | 25 | states:  Each server owned in the name of Supercell Oy is |

| 11:20:44 | 1 | located in the United States and Europe. |
| 11:20:46 | 2 | And then it says:  Amazon AWS East and West plus |
| 11:20:52 | 3 | Frankfurt. |
| 11:20:53 | 4 | Do you see that? |
| 11:20:54 | 5 | ANSWER:  Yes. |
| 11:20:54 | 6 | QUESTION:  As far as you're aware, is that an |
| 11:20:56 | 7 | accurate statement that Mr. Partanen made to the Court, as |
| 11:21:00 | 8 | well? |
| 11:21:00 | 9 | ANSWER:  As far as I know, that was the case at |
| 11:21:03 | 10 | that time, yes. |
| 11:21:03 | 11 | QUESTION:  Okay.  And is there any difference |
| 11:21:05 | 12 | between that time and today in terms of the servers that |
| 11:21:09 | 13 | Supercell uses for its games? |
| 11:21:12 | 14 | ANSWER:  I am aware that Amazon has other |
| 11:21:15 | 15 | instances globally and that we had considered using those |
| 11:21:22 | 16 | at times.  So I can't speak to the current location of all |
| 11:21:27 | 17 | servers, though. |
| 11:21:31 | 18 | QUESTION:  Well, for the U.S. market, do you have |
| 11:21:34 | 19 | any understanding of where the servers that Supercell uses |
| 11:21:38 | 20 | for players in that market are located? |
| 11:21:41 | 21 | ANSWER:  My understanding is that they are in |
| 11:21:44 | 22 | Oregon and Virginia. |
| 11:21:45 | 23 | QUESTION:  And, again, those are servers that |
| 11:21:50 | 24 | Super has -- cell has through its AWS accounts; is that |
| 11:21:57 | 25 | correct? |

| | | |
|---|---|---|
| 11:21:57 | 1 | ANSWER:  That's my understanding. |
| 11:22:03 | 2 | QUESTION:  In other words, the -- the response on |
| 11:22:05 | 3 | Page 21, you discussed with our -- Mr. Partanen that |
| 11:22:11 | 4 | Supercell first became aware of U.S. Patent No. 9,597,594 |
| 11:22:16 | 5 | in or around September 2017? |
| 11:22:20 | 6 | ANSWER:  Yes, that's correct. |
| 11:22:22 | 7 | QUESTION:  Did you learn anything else about what |
| 11:22:25 | 8 | Supercell did after receiving Exhibit 104 from your |
| 11:22:30 | 9 | conversations with Mr. Partanen? |
| 11:22:34 | 10 | ANSWER:  Just that it was provided to external |
| 11:22:36 | 11 | counsel. |
| 11:22:38 | 12 | QUESTION:  Going back to the topic of Supercell's |
| 11:22:40 | 13 | knowledge of any interrogatory responses, I've asked |
| 11:22:46 | 14 | Ms. Moore to load Exhibit 106 from yesterday's deposition, |
| 11:22:49 | 15 | which I think is available for you to download it if you |
| 11:22:53 | 16 | would like to do so.  I would ask you to turn to Page -- |
| 11:23:07 | 17 | I'd ask you to turn to Page 36 and 37. |
| 11:23:10 | 18 | Did you and Mr. Partanen discuss anything about |
| 11:23:16 | 19 | the response that is found on Page 36 and 37 of |
| 11:23:20 | 20 | Exhibit 106? |
| 11:23:21 | 21 | ANSWER:  We discussed that, indeed, this is when |
| 11:23:27 | 22 | we believe we first became aware of the patents in question |
| 11:23:30 | 23 | on Page 37. |
| 11:23:33 | 24 | QUESTION:  And do you know who at Supercell became |
| 11:23:40 | 25 | aware or how they became aware of those patents? |

| | | |
|---|---|---|
| 11:23:44 | 1 | ANSWER:  The legal department learned of -- or |
| 11:23:47 | 2 | became aware of the existence and nothing else |
| 11:23:51 | 3 | non-privileged. |
| 11:23:59 | 4 | (Videoclip ends.) |
| 11:24:00 | 5 | THE COURT:  Does that complete this witness by |
| 11:24:03 | 6 | deposition? |
| 11:24:03 | 7 | MR. MOORE:  It does.  Thank you, Your Honor. |
| 11:24:05 | 8 | I neglected to read in the Plaintiff's trial |
| 11:24:08 | 9 | exhibits for this deposition.  May I do so now? |
| 11:24:11 | 10 | THE COURT:  Quickly. |
| 11:24:12 | 11 | MR. MOORE:  Thank you.  That deposition used |
| 11:24:14 | 12 | Plaintiff's Trial Exhibits 5, 105, 106, 107, and 111. |
| 11:24:21 | 13 | Thank you, Your Honor. |
| 11:24:22 | 14 | THE COURT:  Call your next witness. |
| 11:24:23 | 15 | MR. MOORE:  Your Honor, for its next witness GREE |
| 11:24:28 | 16 | calls by deposition Supercell's corporate representative, |
| 11:24:34 | 17 | Stuart McGaw, by dep -- |
| 11:24:36 | 18 | THE COURT:  Please proceed. |
| 11:24:37 | 19 | (Videoclip played.) |
| 11:24:38 | 20 | QUESTION:  Could you just please state your name |
| 11:24:41 | 21 | and spell it for the record, please? |
| 11:24:42 | 22 | ANSWER:  My name is Stuart McGaw.  First name is |
| 11:24:45 | 23 | S-t-u-a-r-t, and the surname is M-c-G-a-w. |
| 11:24:54 | 24 | QUESTION:  So let's start with some real basics |
| 11:24:57 | 25 | here.  You joined Supercell in April 2017, correct? |

| | | |
|---|---|---|
| 11:25:01 | 1 | ANSWER:  Yes. |
| 11:25:01 | 2 | QUESTION:  And since then, you've worked primarily |
| 11:25:04 | 3 | on Clash of Clans, correct? |
| 11:25:10 | 4 | ANSWER:  Yes. |
| 11:25:10 | 5 | QUESTION:  Now, you also mentioned the technical |
| 11:25:14 | 6 | architecture.  Could you give me an overview of the |
| 11:25:17 | 7 | technical architecture of Hay Day? |
| 11:25:19 | 8 | ANSWER:  Yeah.  It's a server -- a client server |
| 11:25:24 | 9 | game that uses lockstep simulation, so that the -- the |
| 11:25:32 | 10 | server has a definitive version of the world and the client |
| 11:25:39 | 11 | has a similar version and can execute commands that are |
| 11:25:44 | 12 | sent to the server, which checks the user allowed in the |
| 11:25:49 | 13 | space.  And, you know, the -- the -- as -- as they keep |
| 11:25:52 | 14 | executing the commands, they stay synchronized. |
| 11:25:55 | 15 | QUESTION:  I see.  So the same code is running on |
| 11:25:57 | 16 | the server as on the client or something very similar? |
| 11:26:02 | 17 | ANSWER:  There's some code that isn't -- that is |
| 11:26:06 | 18 | run in common.  So both the server and client, of course, |
| 11:26:10 | 19 | have some unique code.  But there's a form of code that is |
| 11:26:16 | 20 | written originally in C++ and then converted into Java, |
| 11:26:20 | 21 | which is running the server that the code is written on |
| 11:26:24 | 22 | manually. |
| 11:26:24 | 23 | QUESTION:  Could you give me an architectural |
| 11:26:27 | 24 | overview of the way the code functions in Clash of Clans? |
| 11:26:30 | 25 | ANSWER:  It would be very broadly similar to what |

11:26:32   1   we discussed for Hay Day.

11:26:35   2        QUESTION:  Okay.  Give me -- we already have your

11:26:38   3   description of how it works for Hay Day.  Could you just

11:26:41   4   highlight any differences in terms of how the architecture

11:26:44   5   works in Clash of Clans from Hay Day?

11:26:46   6        ANSWER:  What are the key differences?  I think

11:26:52   7   the classifiers for the in-game objects aren't as -- not

11:26:58   8   quite as complicated.  There's not quite so many different

11:27:01   9   kinds of them.

11:27:02  10        And in Clash, we use what is called like a

11:27:06  11   component system so that similar facets of behavior could

11:27:14  12   be shared across different kinds of objects with that help

11:27:20  13   applicator, so that there's not quite as much duplicated of

11:27:26  14   the core codes in those class hierarchies, which makes some

11:27:29  15   things easier to -- easier to do.

11:27:32  16        QUESTION:  Could you give me just a general

11:27:36  17   overview of the code structure in Clash of Clans?  And,

11:27:44  18   again, to the extent it's similar to Hay Day, you can

11:27:46  19   simply say similar to Hay Day.  But to the extent it's

11:27:49  20   different, I -- if you could just describe those

11:27:51  21   differences.

11:27:52  22        ANSWER:  Yeah, broadly, it's very, very similar to

11:27:55  23   Hay Day.  You know, there's the same -- you know, there's

11:27:58  24   client on the code, server on the code, and then there's

11:28:01  25   this act that kind of happens on both that goes through the

| | | |
|---|---|---|
| 11:28:06 | 1 | code conversion.  But, you know, it's still under the same |
| 11:28:06 | 2 | client logic directory that we discussed earlier so they |
| 11:28:11 | 3 | are -- they are quite similar. |
| 11:28:11 | 4 | QUESTION:  So could you describe the differences |
| 11:28:13 | 5 | since I understand there are a lot of similarities.  What |
| 11:28:16 | 6 | are the differences? |
| 11:28:17 | 7 | ANSWER:  I think that the -- the biggest one for |
| 11:28:21 | 8 | me when I came was that the component-based -- |
| 11:28:26 | 9 | component-based system that was kind of something that Hay |
| 11:28:29 | 10 | Day didn't have. |
| 11:28:30 | 11 | (Videoclip ends.) |
| 11:28:34 | 12 | THE COURT:  Does that complete this witness? |
| 11:28:36 | 13 | MR. MOORE:  It does, Your Honor. |
| 11:28:37 | 14 | THE COURT:  Proceed with your next witness. |
| 11:28:38 | 15 | MR. MOORE:  Thank you, Your Honor. |
| 11:28:39 | 16 | For its next witness, Plaintiff, GREE, will call |
| 11:28:42 | 17 | Rene Kivioja, corporate representative of Supercell, and, |
| 11:28:46 | 18 | Your Honor, this is the one where we do not have the video. |
| 11:28:48 | 19 | THE COURT:  All right.  Ladies and gentlemen of |
| 11:28:49 | 20 | the jury, this is a witness by deposition where when the |
| 11:28:54 | 21 | deposition was taken, there was not a video recording made. |
| 11:28:57 | 22 | The questions were asked, the answers were given, it was |
| 11:29:00 | 23 | under oath, and everything was transcribed and written |
| 11:29:03 | 24 | down.  That's what we have. |
| 11:29:04 | 25 | So, in this case, counsel for Plaintiff will ask |

11:29:08  1   questions, and a person impersonating the witness will read

11:29:12  2   the answers from the witness stand.

11:29:15  3          So the person that you're going to see is not the

11:29:18  4   person whose deposition was taken.  It's someone who will

11:29:23  5   be reading those sworn answers to you.

11:29:24  6          All right.  Let's proceed with the witness by

11:29:26  7   deposition.

11:29:26  8          MR. MOORE:  Thank you, Your Honor.  And my

11:29:29  9   co-counsel, Ms. Taylor Pfingst will do the questioning and

11:29:34  10  my co-counsel Ms. Kasey Koballa will read the answers.  If

11:29:37  11  they may approach.

11:29:37  12         THE COURT:  That's fine.  If you ladies will take

11:29:39  13  your positions, please, one at the podium and one on the

11:29:42  14  witness stand.

11:29:43  15         MR. MOORE:  Thank you, Your Honor.

11:29:43  16         THE COURT:  And, again, Mr. Moore, tell us who

11:29:45  17  this witness is.

11:29:46  18         MR. MOORE:  Thank you, Your Honor.  It is Rene

11:29:49  19  Kivioja, K-i-v-i-o-j-a, corporate representative of

11:29:52  20  Supercell.

11:29:52  21         THE COURT:  All right.  Proceed with the

11:29:54  22  deposition, please.

11:29:57  23         MS. PFINGST:  Thank you, Your Honor.

11:29:58  24         (Deposition transcript read by Counsel.)

11:29:58  25         QUESTION:  Could I have you state your name one

| | | |
|---|---|---|
| 11:30:02 | 1 | more time for the record, please, Mr. Kivioja? |
| 11:30:04 | 2 | ANSWER:  Rene Kivioja. |
| 11:30:05 | 3 | QUESTION:  Do you understand that today you are |
| 11:30:06 | 4 | testifying on behalf of the company, Supercell, as a |
| 11:30:10 | 5 | corporate witness? |
| 11:30:11 | 6 | ANSWER:  Yes, I understand. |
| 11:30:12 | 7 | QUESTION:  Supercell makes games that are played |
| 11:30:14 | 8 | on both iOS and Android operating systems; is that correct? |
| 11:30:17 | 9 | ANSWER:  Yes, it's correct. |
| 11:30:20 | 10 | QUESTION:  Do those iOS and Android games have the |
| 11:30:23 | 11 | same code-based interface? |
| 11:30:25 | 12 | ANSWER:  Yes, difference is like minimal. |
| 11:30:30 | 13 | QUESTION:  You can't remember any differences |
| 11:30:31 | 14 | between the Android and the iOS version of Supercell's |
| 11:30:34 | 15 | games? |
| 11:30:34 | 16 | ANSWER:  No, I'm not aware of any differences. |
| 11:30:38 | 17 | QUESTION:  This copy layout function allows to |
| 11:30:42 | 18 | copy the layout of other clan members; is that correct? |
| 11:30:47 | 19 | ANSWER:  Like I said, it could copy the layout by |
| 11:30:49 | 20 | clan members. |
| 11:30:50 | 21 | QUESTION:  Why did Supercell add this feature to |
| 11:30:54 | 22 | Clash of Clans? |
| 11:30:54 | 23 | ANSWER:  It's one of those so-called quality of |
| 11:30:57 | 24 | life things that players would be -- it would be more fun |
| 11:31:00 | 25 | to play the game. |

11:31:01  1          QUESTION:  Would it be possible to implement a

11:31:05  2   feature in Clash of Clans that would allow users to share

11:31:09  3   base layouts with other users by creating a shareable link

11:31:11  4   to their base and posting the link on social media?

11:31:13  5          ANSWER:  It's possible to create that kind of

11:31:15  6   link.

11:31:15  7          QUESTION:  And how would you implement that?

11:31:17  8          ANSWER:  I mean, it's in the game, no need to

11:31:21  9   implement it.

11:31:22  10          QUESTION:  Did you say it's in the game, is that

11:31:24  11   what your answer was?

11:31:26  12          ANSWER:  Yes.

11:31:26  13          QUESTION:  If so, what is the functionality of the

11:31:29  14   game as a user to share -- how does a user create a

11:31:35  15   shareable link to their layout?

11:31:36  16          ANSWER:  I've never done it myself, that kind of

11:31:38  17   feature.

11:31:38  18          QUESTION:  When was that feature added?

11:31:40  19          ANSWER:  It was quite recent.

11:31:41  20          QUESTION:  How recent?

11:31:42  21          ANSWER:  That's what I'm trying to remember.

11:31:45  22          QUESTION:  So somebody publishes a link to their

11:31:47  23   layout, anyone can copy that link?

11:31:51  24          ANSWER:  Not any copy.  I mean, you have to have,

11:31:53  25   like, a same kind of -- could be a certain -- I don't think

| | | |
|---|---|---|
| 11:31:57 | 1 | you can do it, you don't even have all the buildings. |
| 11:32:02 | 2 | MS. PFINGST:  Thank you, Your Honor.  That |
| 11:32:03 | 3 | completes Mr. Kivioja. |
| 11:32:05 | 4 | THE COURT:  All right.  Thank you. |
| 11:32:06 | 5 | Call your next witness, Plaintiff. |
| 11:32:09 | 6 | MR. MOORE:  Thank you, Your Honor. |
| 11:32:10 | 7 | For its next witness, Plaintiff, GREE, calls by |
| 11:32:14 | 8 | deposition Supercell corporate representative Janne |
| 11:32:22 | 9 | Peltola. |
| 11:32:22 | 10 | THE COURT:  Proceed with this witness by |
| 11:32:24 | 11 | deposition. |
| 11:32:25 | 12 | MR. MOORE:  Thank you. |
| 11:32:26 | 13 | (Videoclip played.) |
| 11:32:27 | 14 | QUESTION:  Mr. Peltola, could you please state |
| 11:32:31 | 15 | your name and spell it for the record? |
| 11:32:33 | 16 | ANSWER:  My name is Janne Peltola, J-a-n-n-e, |
| 11:32:36 | 17 | P-e-l-t-o-l-a. |
| 11:32:37 | 18 | QUESTION:  So are you aware that you have been |
| 11:32:39 | 19 | designated as a representative -- as a corporate |
| 11:32:41 | 20 | representative of Supercell to testify today on behalf of |
| 11:32:51 | 21 | Supercell? |
| 11:32:51 | 22 | ANSWER:  Yes. |
| 11:32:52 | 23 | QUESTION:  And you understand that your testimony |
| 11:32:53 | 24 | will bind Supercell, correct? |
| 11:32:54 | 25 | ANSWER:  Yes. |

11:32:58   1          QUESTION:  And what were your -- did you have a

11:33:00   2   title within the marketing team?

11:33:01   3          ANSWER:  Data scientist.

11:33:03   4          QUESTION:  So that has not changed throughout your

11:33:08   5   time at Supercell?

11:33:09   6          ANSWER:  No.

11:33:09   7          QUESTION:  What is -- what is grinding?

11:33:11   8          ANSWER:  Grinding is gamer slang for -- for a

11:33:17   9   repetitive action that's done over and over again.

11:33:20  10          QUESTION:  And I think I've seen some

11:33:23  11   communication or correspondence about that grinding is not

11:33:27  12   something that Supercell likes?

11:33:29  13          ANSWER:  Grinding goes against the idea of a

11:33:32  14   meaningful game experience.  We want our games to feel

11:33:36  15   fresh and fun to play.  Doing the same thing over and over

11:33:39  16   again is, by definition, usually not fun.

11:33:41  17          QUESTION:  Going back to the social interactions.

11:33:46  18   We talked about Clash of Clans.  And then we started to

11:33:49  19   talk about Brawl Stars, but you said maybe there aren't any

11:33:53  20   social -- are there social interactions that make the game

11:33:56  21   more meaningful within Brawl Stars?

11:33:58  22          ANSWER:  The game itself is social.  One of the

11:34:00  23   key drivers of engagement in Brawl, we found from user

11:34:05  24   studies, is the act of playing together with friends,

11:34:09  25   because you can play on the same team and you can be

| | | |
|---|---|---|
| 11:34:12 | 1 | physically in the same room with people.  And you know that |
| 11:34:16 | 2 | there are other people on the other side of the phone. |
| 11:34:19 | 3 | QUESTION:  So, again, it -- while obvious -- the |
| 11:34:22 | 4 | social -- you said revenue obviously is important, but it's |
| 11:34:25 | 5 | just one element, and there are other elements that are |
| 11:34:28 | 6 | important, including social interactions.  Any others? |
| 11:34:33 | 7 | ANSWER:  Engagement with the game in general.  I'm |
| 11:34:38 | 8 | that's -- that's the primary metric. |
| 11:34:39 | 9 | QUESTION:  How do you measure engagement?  What |
| 11:34:42 | 10 | KPIs go into that? |
| 11:34:43 | 11 | ANSWER:  It's usually a combination of retention |
| 11:34:45 | 12 | and playtime, but you can also use following-day retention. |
| 11:34:54 | 13 | THE REPORTER:  You can also use? |
| 11:34:55 | 14 | ANSWER:  Following-day retention. |
| 11:34:57 | 15 | QUESTION:  And that's true for all of the games? |
| 11:35:02 | 16 | ANSWER:  Yes. |
| 11:35:03 | 17 | QUESTION:  Does Supercell track how many players |
| 11:35:06 | 18 | are paying players versus non-paying players in any one |
| 11:35:09 | 19 | game? |
| 11:35:10 | 20 | ANSWER:  Yes. |
| 11:35:10 | 21 | QUESTION:  Do you have a rough idea about overall |
| 11:35:13 | 22 | how many players are paying players versus non-paying |
| 11:35:18 | 23 | players? |
| 11:35:18 | 24 | ANSWER:  I could query that, but I don't have that |
| 11:35:21 | 25 | number for you. |

11:35:21  1          QUESTION:  Do you have a guess?

11:35:24  2          ANSWER:  No.

11:35:26  3          QUESTION:  So you don't see that data on a regular

11:35:29  4  basis?

11:35:30  5          ANSWER:  I do.  I just -- I won't -- I won't start

11:35:34  6  guessing right now.

11:35:37  7          QUESTION:  Well, so I understand that you're

11:35:40  8  uncomfortable by giving something that might not be

11:35:44  9  precise.  But I -- I would like to know what you think it

11:35:47  10  might be, even if it's not exactly correct.

11:35:51  11          ANSWER:  I would say that we are talking in the

11:35:56  12  ballpark of 5 to 10 percent.

11:35:57  13          QUESTION:  5 to 10 percent are paying?

11:36:02  14          ANSWER:  Paying.

11:36:02  15          QUESTION:  When we talk about -- you said that

11:36:07  16  Supercell does like to drive -- encourage non-paying

11:36:10  17  players to become paying players and does offer different

11:36:14  18  conversion offers.  Are there other players that Supercell

11:36:17  19  deems valuable outside of just the metric of paying versus

11:36:21  20  non-paying?

11:36:22  21          ANSWER:  We like engaged users in general.

11:36:25  22          QUESTION:  And what -- when you say you like

11:36:28  23  engaged users, how can a user express their engagement?

11:36:32  24          ANSWER:  By playing more or at a higher level.

11:36:36  25          QUESTION:  Have you ever removed features because

11:36:40  1  they -- because your tracking reflected they weren't

11:36:47  2  helping -- it wasn't helping game play?

11:36:50  3          ANSWER:  It's quite rare for us to remove

11:36:53  4  features.  It's -- we're more likely to refine them.

11:36:56  5          QUESTION:  Okay.  Change them to improve game

11:37:00  6  play?

11:37:00  7          ANSWER:  Yes.

11:37:01  8          QUESTION:  Why is it rare that you remove

11:37:05  9  features?

11:37:05  10          ANSWER:  There's typically a good reason why we

11:37:08  11  make those features in the first place.  And it's -- I

11:37:11  12  don't think I remember a single time we've implemented a

11:37:14  13  feature that's been a complete bust.  There's always

11:37:17  14  something to save.  And the developer has usually spent

11:37:21  15  months working on the feature.  So we try to -- we try to

11:37:24  16  salvage what we can from that rather than throw it away.

11:37:27  17          QUESTION:  Do you recall any instance where a

11:37:30  18  feature was removed from one of the games?

11:37:32  19          ANSWER:  I can't really think of one outside of

11:37:35  20  the Brawl beta.

11:37:37  21          QUESTION:  When Brawl Stars was in beta testing?

11:37:44  22          ANSWER:  Yes.

11:37:44  23          QUESTION:  What feature was that that was removed?

11:37:46  24          ANSWER:  So we -- we completely revamped our

11:37:51  25  control structure, and we also -- also rebuilt that game

| 11:37:55 | 1 | economy three times during the beta. |
| 11:37:59 | 2 | QUESTION:  Do you see right here where it starts |
| 11:38:01 | 3 | this second paragraph, where Peltola explains Supercell's |
| 11:38:07 | 4 | approach to game development in the middle of that |
| 11:38:09 | 5 | paragraph?  Do you see that? |
| 11:38:11 | 6 | ANSWER:  Yes. |
| 11:38:12 | 7 | QUESTION:  Okay.  And it says:  We focus on |
| 11:38:15 | 8 | creating games that are fun and engaging and will retain |
| 11:38:18 | 9 | players over a long period of time.  If we succeed in |
| 11:38:21 | 10 | making a great game experience, everything else, including |
| 11:38:24 | 11 | the money, will follow. |
| 11:38:26 | 12 | Is this consistent with what you've stated before, |
| 11:38:33 | 13 | that the -- is the goal and the focus to create games that |
| 11:38:36 | 14 | will encourage engagement from players? |
| 11:38:41 | 15 | Okay.  So we just talked about the number one |
| 11:38:45 | 16 | goal, or first goal, with games is to make it fun and |
| 11:38:51 | 17 | engaging; is that correct? |
| 11:38:52 | 18 | ANSWER:  That is true. |
| 11:38:53 | 19 | QUESTION:  And that another primary goal of games |
| 11:38:56 | 20 | is -- is retention, correct? |
| 11:38:57 | 21 | ANSWER:  Yes. |
| 11:39:04 | 22 | QUESTION:  And that necessarily revenue is not |
| 11:39:07 | 23 | necessarily the most important point for a game, correct? |
| 11:39:10 | 24 | ANSWER:  A game needs to make sense with the |
| 11:39:17 | 25 | business, but we don't have a business unless the game |

11:39:20  1    itself is fun.

11:39:21  2            QUESTION:  I understand.  Okay.  So that's the

11:39:25  3    maximum level reached during that session.  Is there any

11:39:25  4    connection or corollary between the maximum level reached

11:39:37  5    and revenue?

11:39:37  6            ANSWER:  Are you asking me if that's the

11:39:39  7    correlation between level and revenue?

11:39:41  8            QUESTION:  Or even any of the analytics that

11:39:44  9    you've run with respect to Brawl Stars, have you ever found

11:39:48  10   that there's a correlation between max level reached and

11:39:51  11   revenue?

11:39:52  12           ANSWER:  I would say there's a correlation, yes.

11:39:54  13           QUESTION:  And do you find that the higher the

11:39:57  14   level, the greater the revenue?

11:39:58  15           ANSWER:  These players have typically spent more

11:40:02  16   time on the game, so that's -- that's a large factor in

11:40:06  17   spending more money, as well.

11:40:09  18           QUESTION:  So session time during the game can

11:40:11  19   also -- also relates to revenue?

11:40:14  20           ANSWER:  That's true.

11:40:17  21           QUESTION:  So I understand that grinding is a

11:40:20  22   process by which players do take -- repetitive action over

11:40:25  23   and over and over again?

11:40:27  24           ANSWER:  That is true.

11:40:29  25           QUESTION:  Okay.  And is grinding -- does grinding

| | | |
|---|---|---|
| 11:40:33 | 1 | help player experience, or does it improve player |
| 11:40:37 | 2 | experience in the game? |
| 11:40:39 | 3 | ANSWER:  Grinding is generally considered |
| 11:40:41 | 4 | detrimental to a player experience. |
| 11:40:45 | 5 | QUESTION:  So all that time they spend in the game |
| 11:40:49 | 6 | is considered detrimental? |
| 11:40:51 | 7 | ANSWER:  Not all of it, but the -- I mean, |
| 11:40:54 | 8 | grinding isn't a black-and-white issue.  Some people |
| 11:40:58 | 9 | consider certain things more granular than other, but, |
| 11:41:04 | 10 | generally, grinding has a negative connotation. |
| 11:41:07 | 11 | (Videoclip ends.) |
| 11:41:11 | 12 | THE COURT:  Does that complete this witness by |
| 11:41:13 | 13 | deposition? |
| 11:41:14 | 14 | MR. MOORE:  Yes, Your Honor. |
| 11:41:15 | 15 | THE COURT:  Call your next witness. |
| 11:41:16 | 16 | MR. MOORE:  Your Honor, for its next witness, the |
| 11:41:20 | 17 | Plaintiff, GREE, calls Lauri Ahlgren, Supercell corporate |
| 11:41:23 | 18 | representative.  And if I may note an exhibit in the -- in |
| 11:41:26 | 19 | the -- |
| 11:41:27 | 20 | THE COURT:  This is by deposition, as well? |
| 11:41:28 | 21 | MR. MOORE:  Yes, I'm sorry, by deposition as well. |
| 11:41:30 | 22 | May I note the exhibit, Your Honor? |
| 11:41:32 | 23 | THE COURT:  You may. |
| 11:41:33 | 24 | MR. MOORE:  Thank you.  The document used with |
| 11:41:36 | 25 | Mr. Ahlgren is Plaintiff's Trial Exhibit 61. |

11:41:40  1          THE COURT:  All right.  Proceed with this witness

11:41:41  2     by deposition.

11:41:42  3          MR. MOORE:  Thank you.

11:41:43  4          (Videoclip played.)

11:41:44  5          QUESTION:  Would you please state your name for

11:41:46  6     the record, please?

11:41:47  7          ANSWER:  So my name is Lauri Ahlgren.

11:41:49  8          QUESTION:  And where do you live?

11:41:50  9          ANSWER:  I live in Helsinki, Finland.

11:41:52  10         QUESTION:  And you work for Supercell, correct?

11:41:55  11         ANSWER:  Yes.

11:41:57  12         QUESTION:  And what is your current role at

11:42:00  13    Supercell?

11:42:00  14         ANSWER:  My current role at Supercell is game lead

11:42:03  15    of Clash Royale.

11:42:05  16         QUESTION:  But being able to upgrade your cards is

11:42:08  17    a feature that Supercell users enjoy; is that correct?

11:42:13  18         ANSWER:  Yeah.  I think so, yeah.

11:42:17  19         QUESTION:  And what is your opinion on that based

11:42:20  20    on?

11:42:21  21         ANSWER:  I think at some point, we have done some

11:42:28  22    researches about it, then just kind of like -- like, you

11:42:33  23    know, my own experience as a player, my teammate's

11:42:40  24    experience as a player.  And the upgrading, like I

11:42:43  25    mentioned earlier, is like a -- it's a really important

11:42:46  1  part of the core of gameplay or game.

11:42:52  2          QUESTION:  What research have you done on these

11:42:54  3  features?

11:42:54  4          ANSWER:  We probably -- not -- not sort of like

11:43:02  5  concentrating at all on these features.  I think we haven't

11:43:06  6  done -- done anything but more like -- sort of like weekly

11:43:10  7  asking our players what are the things that they like, you

11:43:16  8  know, in our game and what are the things that they don't

11:43:18  9  like in our game.  And remembering that there's, like, so

11:43:22  10  different players.

11:43:23  11          So we just can't -- we don't -- don't use the

11:43:26  12  research, as such, to make any -- any decisions.  But we --

11:43:32  13  we have probably asked -- asked more like questions about

11:43:38  14  what people -- people actually like -- like in the game.

11:43:41  15          QUESTION:  Do you think players would be upset if

11:43:42  16  you removed the core gameplay of being able to upgrade a

11:43:46  17  card?

11:43:48  18          ANSWER:  The card upgrading, like, completely,

11:43:53  19  yeah, that would be a big change at least.

11:43:57  20          QUESTION:  And do you recall your testimony that

11:43:59  21  upgrading cards is something that you would consider part

11:44:01  22  of the core gameplay at Clash Royale?

11:44:04  23          ANSWER:  Yes.

11:44:06  24          QUESTION:  And do you recall testifying to the

11:44:08  25  fact that you believed that Clash Royale players enjoy the

| | | |
|---|---|---|
| 11:44:14 | 1 | ability to upgrade cards? |
| 11:44:16 | 2 | ANSWER:  Yes, that's one of the -- one of the |
| 11:44:19 | 3 | things that players enjoy playing the game. |
| 11:44:23 | 4 | QUESTION:  Looking at Exhibit 57, is this another |
| 11:44:27 | 5 | survey that was done about Clash Royale features?  And I'm |
| 11:44:31 | 6 | going to direct -- I'm going to direct you to the Western |
| 11:44:37 | 7 | Regions tab, which is displayed? |
| 11:44:39 | 8 | ANSWER:  I haven't seen this before, so I don't |
| 11:44:47 | 9 | know. |
| 11:44:47 | 10 | QUESTION:  Okay.  Are you aware of Supercell using |
| 11:44:49 | 11 | cross-game surveys? |
| 11:44:53 | 12 | ANSWER:  At least -- at least internally, yeah, |
| 11:45:02 | 13 | this is the first time I see this kind of survey actually |
| 11:45:06 | 14 | myself. |
| 11:45:07 | 15 | QUESTION:  And can you tell me the total number |
| 11:45:10 | 16 | of -- the percentage of respondents who said that upgraded |
| 11:45:19 | 17 | cards can make more progress is an experience that is most |
| 11:45:24 | 18 | central to his or her -- his or her enjoyment of Clash |
| 11:45:27 | 19 | Royale? |
| 11:45:27 | 20 | ANSWER:  So what's the percentage or -- |
| 11:45:31 | 21 | QUESTION:  What's the percentage of users who |
| 11:45:35 | 22 | responded that way? |
| 11:45:36 | 23 | ANSWER:  It says 58 percent.  58, yes, that's what |
| 11:45:39 | 24 | it says, according to this survey. |
| 11:45:43 | 25 | QUESTION:  So you think this survey supports your |

11:45:48  1   opinion earlier that Clash Royale users do think that the

11:45:54  2   ability to upgrade cards is an important feature or

11:45:58  3   experience?

11:45:58  4         ANSWER:  Yes, I think it is an important aspect of

11:46:09  5   the game.

11:46:11  6         (Videoclip ends.)

11:46:11  7         THE COURT:  Does that complete this witness by

11:46:13  8   deposition, counsel?

11:46:14  9         MS. LUDLAM:  Yes, Your Honor, it does.

11:46:16  10        THE COURT:  All right.  Plaintiff, call your next

11:46:18  11  witness.

11:46:19  12        MS. LUDLAM:  Plaintiff would like to call

11:46:22  13  Dr. Stephen Becker.

11:46:23  14        THE COURT:  All right.  Dr. Becker, if you'll come

11:46:25  15  forward and be sworn.

11:46:36  16        (Witness sworn.)

11:46:45  17        THE COURT:  Please come around and have a seat on

11:46:47  18  the witness stand, Dr. Becker.

11:46:56  19        Do we have binders to deliver, counsel?

11:46:58  20        MS. LUDLAM:  Yes, sir, Your Honor.  May we

11:46:59  21  approach the witness?

11:47:00  22        THE COURT:  You may approach.

11:47:16  23        All right.  Ms. Ludlam, you may proceed.

11:47:20  24        MS. LUDLAM:  Thank you, Your Honor.

11:47:20  25    STEPHEN L. BECKER, PH.D., PLAINTIFF'S WITNESS, SWORN

| | | |
|---|---|---|
| 11:47:20 | 1 | <u>DIRECT EXAMINATION</u> |
| 11:47:21 | 2 | BY MS. LUDLAM: |
| 11:47:21 | 3 | Q.  Good morning, Dr. Becker. |
| 11:47:24 | 4 | A.  Good morning. |
| 11:47:25 | 5 | Q.  Could you please introduce yourself to the jury? |
| 11:47:27 | 6 | A.  Yes, my name is Stephen Becker. |
| 11:47:31 | 7 | Q.  And what is your role in this proceeding today? |
| 11:47:33 | 8 | A.  I'm here as GREE's damages expert. |
| 11:47:37 | 9 | Q.  And have you prepared some slides to accompany your |
| 11:47:45 | 10 | testimony today? |
| 11:47:46 | 11 | A.  I have. |
| 11:47:47 | 12 | MS. LUDLAM:  I believe I've left the clicker |
| 11:47:50 | 13 | behind, so if you'll excuse me a moment. |
| 11:47:54 | 14 | Q.  (By Ms. Ludlam)  Where are you currently employed, |
| 11:47:56 | 15 | Dr. Becker? |
| 11:47:56 | 16 | A.  I work in Austin at a firm called Applied Economics |
| 11:48:02 | 17 | Consulting Group.  It's a firm that I founded with my |
| 11:48:04 | 18 | current business partner, Jon Kemmerer. |
| 11:48:06 | 19 | Q.  And what is Applied Economics? |
| 11:48:09 | 20 | A.  Applied Economics is a firm that -- we do economic and |
| 11:48:12 | 21 | financial consulting in a variety of industries. |
| 11:48:15 | 22 | Most of what we do, depending on -- you know, |
| 11:48:19 | 23 | doesn't really matter what industry it is, is valuing |
| 11:48:24 | 24 | things.  We do a lot of work valuing intellectual property |
| 11:48:27 | 25 | assets.  We do valuations of entire companies.  I do |

11:48:32  1  valuations of oil and gas assets, but it's all sort of

11:48:35  2  related to the economic value of things.

11:48:37  3  Q.  And about how long have you been doing this kind of

11:48:39  4  work?

11:48:40  5  A.  So I've been doing this -- the valuation work in

11:48:44  6  general for probably close to 40 years and at Applied

11:48:49  7  Economics for 21 years.

11:48:50  8  Q.  Dr. Becker, can you please tell us a little bit about

11:48:53  9  your educational background?

11:48:53  10  A.  Sure.  I started out first in life as an engineer.  I

11:48:59  11  got a degree in computer science and electrical engineering

11:49:02  12  from the University of Pennsylvania.

11:49:05  13       I then, after working for a while, went back to

11:49:07  14  school and got an MBA at the University of Texas at Austin

11:49:12  15  in finance.

11:49:13  16       And then went and worked for a while again, and

11:49:16  17  then came back to Austin and got a Ph.D. at the LBJ School

11:49:22  18  of Public Policy.

11:49:24  19  Q.  And can you please tell us about your work history?

11:49:27  20  A.  Yes.  I started out professionally as a system engineer

11:49:32  21  and a software and systems designer.  I first worked for

11:49:36  22  Schlumberger, which is an oilfield services company.

11:49:39  23       I left them fairly quickly to go with a small

11:49:42  24  company called The Solutions Group that was designing

11:49:45  25  computer systems and software.

11:49:47  1            After graduate school and really ever since

11:49:50  2  graduate school, I've worked in the consulting field, first

11:49:53  3  at a large international firm called Booz-Allen & Hamilton;

11:50:00  4  and then since Booz-Allen, at my own firm, first Becker &

11:50:06  5  Associates, and for the last 21 years, at Applied

11:50:09  6  Economics.

11:50:09  7  Q.  And have you ever worked on a patent infringement case

11:50:12  8  as an expert?

11:50:13  9  A.  I have.  I've been retained as a damages expert in

11:50:16 10  probably over 200 patent cases.

11:50:19 11  Q.  And have you -- how many times you have provided

11:50:21 12  testimony at trial in a patent infringement case on

11:50:25 13  damages?

11:50:25 14  A.  Over 25.

11:50:28 15  Q.  In all of those cases, were you working for the accused

11:50:32 16  infringer or the patentholder?

11:50:33 17  A.  It's been about 50/50 over the last 21 years; half the

11:50:39 18  time working for patentholders and half the time working

11:50:42 19  for Defendants in actions like this.

11:50:46 20  Q.  And have you ever given an opinion about damages in a

11:50:48 21  patent case relating to mobile games?

11:50:50 22  A.  I have.

11:50:51 23  Q.  Thank you.

11:50:53 24            MS. LUDLAM:  Your Honor, we proffer Dr. Becker as

11:50:56 25  an economic expert qualified to opine about patent

| | |
|---|---|
| 11:51:00 | 1 |
| 11:51:04 | 2 |
| 11:51:06 | 3 |
| 11:51:08 | 4 |
| 11:51:10 | 5 |
| 11:51:13 | 6 |
| 11:51:13 | 7 |
| 11:51:14 | 8 |
| 11:51:17 | 9 |
| 11:51:18 | 10 |
| 11:51:18 | 11 |
| 11:51:20 | 12 |
| 11:51:23 | 13 |
| 11:51:24 | 14 |
| 11:51:26 | 15 |
| 11:51:26 | 16 |
| 11:51:27 | 17 |
| 11:51:30 | 18 |
| 11:51:31 | 19 |
| 11:51:36 | 20 |
| 11:51:39 | 21 |
| 11:51:45 | 22 |
| 11:51:48 | 23 |
| 11:51:53 | 24 |
| 11:51:57 | 25 |

infringement damages and reasonable royalties in this case.

          THE COURT:  Is there an objection?

          MR. DACUS:  No objection, Your Honor.

          THE COURT:  Then, without objection, the Court will recognize Dr. Becker as an expert witness in these identified fields.

          Please continue.

Q.  (By Ms. Ludlam)  Dr. Becker, have you been compensated for your work on this case?

A.  Yes.

Q.  And what is your hourly rate?

A.  I bill in this case at my standard hourly rate of $675.00 an hour.

Q.  Do you have any financial interest in the outcome of this case?

A.  No.

Q.  Can you please explain to the jury what your assignment was in this case?

A.  So my assignment generally was to come up with an opinion about the damages that GREE has suffered from Supercell's alleged infringement.  More specifically, the sort of patent damages world works from a definition that says that the damages should be adequate to compensate for the infringement but in no event less than a reasonable royalty.

| | | |
|---|---|---|
| 11:51:58 | 1 | Q.  And is that what we're looking at here? |
| 11:52:00 | 2 | A.  Yes.  So this is the section of the U.S. Code on |
| 11:52:04 | 3 | damages in patent cases. |
| 11:52:05 | 4 | Q.  Could you please give the jury a high-level summary of |
| 11:52:09 | 5 | your opinions regarding the reasonable royalties in this |
| 11:52:12 | 6 | case? |
| 11:52:12 | 7 | A.  Yes.  So the first aspect of my opinion is that I think |
| 11:52:16 | 8 | it's appropriate to look at the different game elements |
| 11:52:19 | 9 | that are accused and have a separate royalty for each one |
| 11:52:24 | 10 | because they're really different inventions, and the |
| 11:52:28 | 11 | valuation of them is different. |
| 11:52:29 | 12 | So I've come up with a royalty for each of the |
| 11:52:34 | 13 | four accused features and essentially four groups of |
| 11:52:37 | 14 | patents. |
| 11:52:40 | 15 | Within those four groups, the Clash of Clans, '594 |
| 11:52:46 | 16 | patent royalty would be .7 percent of the U.S. revenue from |
| 11:52:50 | 17 | Clash of Clans. |
| 11:52:51 | 18 | For Clash Royale, the card donation '655 patent, |
| 11:52:55 | 19 | is 1.1 percent. |
| 11:52:57 | 20 | For Clash Royale, the Elixir, '137/'481 patents, |
| 11:53:02 | 21 | are 1.6 percent royalty. |
| 11:53:04 | 22 | And for Brawl Stars, it's 2.4 percent. |
| 11:53:08 | 23 | Q.  And did you have a second part -- part to your opinion, |
| 11:53:14 | 24 | Dr. Becker? |
| 11:53:14 | 25 | A.  Well, all of these are what we call a running royalty, |

718

| | |
|---|---|
| 11:53:17 | 1 and I'll explain that a little more later, that this is a |
| 11:53:20 | 2 percentage of the revenue earned by Supercell during the |
| 11:53:24 | 3 period of time that there is a finding that they have |
| 11:53:27 | 4 infringed each of these patents. |
| 11:53:29 | 5 Q.  And can you explain for the jury what a royalty is in |
| 11:53:33 | 6 this context? |
| 11:53:34 | 7 A.  Yes.  I like to sort of use an analogy of rent; that if |
| 11:53:39 | 8 you owned a piece of real property, like an apartment |
| 11:53:43 | 9 building, and you wanted to give somebody permission to |
| 11:53:46 | 10 move into one of the apartments and use that piece of |
| 11:53:50 | 11 property, you would want to charge them, obviously, |
| 11:53:54 | 12 something for that.  And, typically, a landlord and a |
| 11:53:57 | 13 tenant relationship, you enter into what we call a lease |
| 11:54:01 | 14 agreement -- everybody has probably had one of those -- and |
| 11:54:03 | 15 you pay rent on a monthly basis. |
| 11:54:06 | 16      The analogous thing in the intellectual property |
| 11:54:12 | 17 and patent world is that instead of a landlord and a |
| 11:54:13 | 18 tenant, you have a licensor, the patent owner who owns the |
| 11:54:15 | 19 property, and they are allowing somebody to use that |
| 11:54:18 | 20 technology, that's the licensee. |
| 11:54:20 | 21      And instead of a rental agreement or a lease |
| 11:54:22 | 22 agreement, they typically call the agreements that govern |
| 11:54:28 | 23 patents a license agreement.  And instead of monthly rent, |
| 11:54:31 | 24 there is some form of royalty paid for the use of that |
| 11:54:35 | 25 property. |

11:54:36   1   Q.  And how do you determine what a reasonable royalty

11:54:39   2   would be in a case such as this?

11:54:41   3   A.  So in the typical way in the patent damages world that

11:54:46   4   we figure out what a reasonable royalty is, is to imagine a

11:54:51   5   negotiation between GREE and Supercell.  Now, it didn't

11:54:56   6   really happen; it obviously didn't happen.  So we call this

11:55:00   7   a hypothetical negotiation.

11:55:03   8         I sort of put myself in -- back in time and ask

11:55:07   9   the question:  If Supercell and GREE had actually sat down

11:55:11   10   to negotiate a license for these patents, what would be a

11:55:16   11   reasonable outcome of that negotiation?

11:55:19   12   Q.  And are there certain assumptions that you have to make

11:55:22   13   when considering the hypothetical negotiations?

11:55:23   14   A.  Yes.  There are a few that are very specific to this

11:55:26   15   hypothetical negotiation framework.

11:55:29   16         First, I assume that the parties to this

11:55:33   17   negotiation know and accept that the patents are valid and

11:55:36   18   enforceable and that they are infringed.

11:55:39   19         So they're not sitting at the table saying, well,

11:55:42   20   we're not sure we need this license.  They're sitting at

11:55:45   21   the table saying, we absolutely understand that we need a

11:55:48   22   license, and we'd like to negotiate for that and figure out

11:55:51   23   what would be reasonable.  So they're willing to make this

11:55:56   24   negotiation.

11:55:56   25         There's also an element of knowledge about the

11:56:00   1  facts that we sometimes describe this as a negotiation

11:56:04   2  where the cards are dealt face-up.

11:56:06   3        So there may be things that Supercell knows that

11:56:09   4  in a real negotiation they wouldn't ever tell GREE, and

11:56:12   5  vice versa.  But the parties to this negotiation are

11:56:15   6  assumed to essentially know everything that's relevant.

11:56:18   7        And the last is that both sides will act in good

11:56:23   8  faith to reach an agreement.

11:56:25   9  Q.  What about the timing of this negotiation, when does

11:56:27  10  that occur?

11:56:28  11  A.  So the timing of this is triggered by essentially the

11:56:31  12  first need for a license, and we call that the date of

11:56:34  13  first infringement.

11:56:35  14        In this case, the '594 patent, that date is June

11:56:40  15  11th, 2018.

11:56:43  16        For the Clash Royale patents, that's March 28th,

11:56:47  17  2017.

11:56:47  18        And for Brawl Stars, the '873 patent, that's

11:56:52  19  December 12th, 2018.

11:56:54  20  Q.  And how do we know what the parties would have

11:56:56  21  considered at the hypothetical negotiation?

11:56:58  22  A.  Well, the good news is that as a damages expert, I -- I

11:57:02  23  have sort of a checklist that was provided by a patent case

11:57:06  24  from many, many years ago.  It's a case called the

11:57:09  25  Georgia-Pacific case -- it was back in 1970 -- where the

| | |
|---|---|
| 11:57:15 | 1 |
| 11:57:20 | 2 |
| 11:57:25 | 3 |

11:57:15   1   Court in that case sort of laid out a set of 15 factors

11:57:20   2   that are potentially relevant to determining the outcome of

11:57:25   3   a negotiation.

11:57:26   4        It's not an absolute you must do exactly these 15

11:57:30   5   steps, but it's more of a checklist to say these are the

11:57:35   6   kinds of things that people would think about when they

11:57:38   7   were trying to negotiate for a patent license, and then I

11:57:41   8   use that as a checklist to see whether the evidence in this

11:57:43   9   case matches up with any of these particular factors.

11:57:46   10  Q.  Thank you.

11:57:47   11       And what evidence do you consider when thinking

11:57:50   12  about all of these factors?

11:57:51   13  A.  So there's a lot of information in a case like this,

11:57:53   14  and this case was no different; lots of documents,

11:57:59   15  depositions like the ones we've seen.

11:58:02   16       There's also a very large amount of very detailed

11:58:07   17  data about these games; user-level data, financial data,

11:58:10   18  financial statements that tell me literally on a daily

11:58:14   19  basis and by individual player how much money Supercell has

11:58:20   20  made from each of these games.

11:58:22   21  Q.  And when considering all of that evidence, were all of

11:58:26   22  the Georgia-Pacific factors important?

11:58:28   23  A.  No.  It turns out -- and it's not -- not uncommon at

11:58:33   24  all that each case you have certain things that become the

11:58:36   25  most important elements of that case.

11:58:38  1          Here, I -- out of those 15 factors, I like to

11:58:44  2  group these into what I call economic and technical

11:58:48  3  considerations, sort of the economics of these games and

11:58:50  4  the technology of how the -- how this technology impacts

11:58:55  5  the gameplay turn out to be the most important things.

11:58:58  6          And the factors that I've highlighted here are the

11:59:01  7  ones that typically fall into this economic and technical

11:59:05  8  considerations, like the one in the upper right, say

11:59:08  9  Factor 8, is profitability and commercial success of the

11:59:12  10  products, the games themselves.

11:59:16  11  Q.  And so what's the first thing that you looked at in

11:59:19  12  terms of these economic and technical considerations?

11:59:21  13  A.  So the first thing was to just kind of get a sense of,

11:59:27  14  all right, what are these games and are they successful, in

11:59:31  15  particular looking in the United States, are they

11:59:33  16  successful in this market, what kind of revenues do they

11:59:36  17  generate, are they profitable?

11:59:38  18          And so I took data from Supercell that they

11:59:41  19  produced for each of these three games and aggregated it

11:59:45  20  across the time period that they're accused of infringing.

11:59:50  21  And what I found, and what we see on this slide here, is

11:59:53  22  that these games are very successful.

11:59:55  23          The Clash of Clans, for example, that time period

11:59:59  24  is just about two years.  I think it's one month more than

12:00:03  25  two years.  And we can see they've made 587 million in

| | | |
|---|---|---|
| 12:00:08 | 1 | gross revenue and about 180 million in profits. |
| 12:00:13 | 2 | Similar, but not as large statistics, for the |
| 12:00:19 | 3 | other games. |
| 12:00:20 | 4 | MS. LUDLAM:  Mr. Groat, could you please pull up |
| 12:00:24 | 5 | PTX-689? |
| 12:00:29 | 6 | Q.  (By Ms. Ludlam)  And Dr. Becker, is this the revenue |
| 12:00:31 | 7 | information that Supercell produced? |
| 12:00:33 | 8 | A.  So this is some -- part of a series of spreadsheets |
| 12:00:37 | 9 | that were produced that have daily revenues in the U.S.  We |
| 12:00:45 | 10 | can see -- what we're looking at here is Clash Royale. |
| 12:00:48 | 11 | We've got gross and net revenue by day.  And we had that |
| 12:00:52 | 12 | for every game. |
| 12:00:53 | 13 | Q.  And is this a spreadsheet that you used to create the |
| 12:00:55 | 14 | slide that we were just looking at? |
| 12:00:58 | 15 | A.  Yes. |
| 12:01:01 | 16 | MS. LUDLAM:  We can take that down, Mr. Groat. |
| 12:01:03 | 17 | Thank you. |
| 12:01:04 | 18 | Q.  (By Ms. Ludlam)  What else is important about the |
| 12:01:06 | 19 | economics of these games? |
| 12:01:07 | 20 | A.  So another important element of my analysis was to |
| 12:01:10 | 21 | recognize that this -- these games fall into a category of |
| 12:01:15 | 22 | online gaming called freemium games that are free to play, |
| 12:01:23 | 23 | but you have an opportunity to spend money within the game. |
| 12:01:28 | 24 | And that's -- there's -- there's a lot written |
| 12:01:30 | 25 | about this whole -- this psychology of freemium games, is |

```
12:01:35   1   you think, well, it's free.  Why -- how -- how could they
12:01:38   2   make a half a -- $500 million on a game that's free to
12:01:43   3   play?  But there's a whole science to and -- and sort of
12:01:47   4   business model of presenting people with something that's
12:01:49   5   free but then giving them opportunities to spend money
12:01:52   6   within the game.
12:01:53   7        The second element that is important to my
12:01:57   8   analysis is to recognize that a hundred percent of the
12:02:00   9   revenue comes from a relatively small percentage of paying
12:02:05  10   players.  On -- on any given day, the number of payers --
12:02:10  11   players that are paying is pretty small within these games.
12:02:13  12        And so the business model really then turns on
12:02:20  13   finding ways to engage those players generally and turn
12:02:26  14   them into paying players and get them to sort of remain in
12:02:30  15   that process and habit of paying money within the game.
12:02:35  16   Q.  And is that what is depicted here?
12:02:37  17   A.  Yes.  And so, you know, you've got millions and
12:02:42  18   millions of people that play these games and a much smaller
12:02:44  19   percentage at any given point in time who are actually
12:02:47  20   paying.  And so the business model becomes how -- what are
12:02:51  21   the things that can motivate players to spend more money in
12:02:54  22   the game?
12:02:55  23   Q.  And did you see any evidence that tells you how
12:02:58  24   Supercell and other mobile game developers make the
12:03:03  25   freemium model work?
```

12:03:04   1   A.  Yes, number of things.

12:03:06   2   Q.  Can you please tell us about those?

12:03:08   3   A.  So this is one of a number of articles that I've looked

12:03:13   4   at that talk about the freemium business model, and I

12:03:16   5   pulled this one out because it mentions a couple of things

12:03:19   6   that we also saw in Mr. Peltola's testimony that was just

12:03:22   7   shown.

12:03:23   8          They say that engagement is the key accelerator

12:03:27   9   for freemium services, usually games.  So it's getting the

12:03:31  10   player engaged.

12:03:33  11          And there at the end, we'll talk about this a

12:03:36  12   little more later, but these applications use what this

12:03:40  13   author is calling micro-triggers for you to keep using the

12:03:45  14   app.

12:03:45  15          So there can be little things within the game that

12:03:47  16   kind of get you hooked and keep you going within the game.

12:03:52  17   It isn't necessarily big, huge things that affect the

12:03:56  18   psychology of continuing to play.

12:03:59  19   Q.  And what else did you find with respect to player

12:04:01  20   engagement?

12:04:02  21   A.  So if we go to the next slide.

12:04:03  22   Q.  Uh-huh.

12:04:09  23   A.  The other thing I found is generally these measures of

12:04:12  24   engagement and activity within -- within the game really

12:04:15  25   reduce somewhat to the equation that time in the game is a

726

```
12:04:20   1    driver of revenue.  It's another way of thinking about
12:04:25   2    engagement, or a way to measure engagement is the amount of
12:04:29   3    time somebody spends in the game.
12:04:31   4           And we see here Mr. Peltola agreeing that session
12:04:35   5    time during the game relates to revenue.
12:04:38   6           And we'll -- I've -- I've done some more analysis
12:04:42   7    of that.
12:04:42   8    Q.  Okay.  Let's talk about that, please.
12:04:44   9    A.  So the -- this -- this slide is just my last sort of
12:04:48   10   general industry evidence, and, again, this is another
12:04:51   11   article talking specifically about Clash of Clans and its
12:04:56   12   success and how it's one of the most successful freemium
12:04:59   13   games out there.  And as they say at the end here,
12:05:04   14   Supercell gave another meaning to the expression "time is
12:05:07   15   money."
12:05:08   16   Q.  And did you do any independent analysis to investigate
12:05:15   17   this relationship between time and money?
12:05:18   18   A.  Yes, I did.  So at this point, I -- I've got this sort
12:05:22   19   of general idea that spending more time in the game equates
12:05:25   20   to more money, and that's fairly logical.  But I needed a
12:05:29   21   way to actually measure that and be able to use it in my
12:05:33   22   valuation.
12:05:33   23          So I did some -- some analysis of that.
12:05:37   24   Q.  Can you explain to the jury your analysis?
12:05:39   25   A.  Yes.  So what I've got here is just a general graph
```

| | | |
|---|---|---|
| 12:05:43 | 1 | that would say, okay, I want to figure out how is time |
| 12:05:48 | 2 | spent playing the game related to money spent? |
| 12:05:52 | 3 | And if I have individual user data -- say here |
| 12:05:57 | 4 | I've just depicted -- let's say I have some information |
| 12:06:00 | 5 | about Player No. 1 who spent a small amount of time in the |
| 12:06:04 | 6 | game.  And I can say, well, how much money did that player |
| 12:06:07 | 7 | spend?  And we put that on the graph. |
| 12:06:10 | 8 | Then I go look at Player 2.  Player 2 spent quite |
| 12:06:14 | 9 | a bit more time in the game.  And let's look at how much |
| 12:06:16 | 10 | money Player 2 spent and so on and so on. |
| 12:06:22 | 11 | And once I've got enough data points, I can use a |
| 12:06:26 | 12 | computer -- statistical technique called regression |
| 12:06:30 | 13 | analysis to figure out the relationship between time spent |
| 12:06:34 | 14 | playing the game and whether -- whether there's any more |
| 12:06:36 | 15 | spending and how much. |
| 12:06:37 | 16 | Q.  Okay.  Is that what you did with the games at issue in |
| 12:06:41 | 17 | this case? |
| 12:06:41 | 18 | A.  Yes, this -- essentially, this is exactly what I did, |
| 12:06:46 | 19 | but there's way too many data points for me to put on a |
| 12:06:49 | 20 | graph.  There are millions of data points. |
| 12:06:52 | 21 | Q.  Okay.  Let's talk about what your analysis shows. |
| 12:06:55 | 22 | Can you explain that a little bit? |
| 12:06:56 | 23 | A.  So if we go to this slide, this is the output from the |
| 12:06:59 | 24 | computer program that I used to analyze Clash of Clans. |
| 12:07:04 | 25 | It's called a linear regression analysis.  And it looks at |

| | | |
|---|---|---|
| 12:07:12 | 1 | the relationship between not only time in the game but a |
| 12:07:15 | 2 | couple of other -- couple of other factors to try and |
| 12:07:19 | 3 | isolate the impact of session time, i.e., how much time in |
| 12:07:24 | 4 | each month does a user spend in the game, and relate that |
| 12:07:29 | 5 | to the amount of spending that each user did. |
| 12:07:31 | 6 | In the upper right-hand corner, you'll see I've |
| 12:07:34 | 7 | highlighted something called number of obs.  That means |
| 12:07:40 | 8 | number of observations.  For Clash of Clans, I had over 14 |
| 12:07:43 | 9 | million individual user months.  Each data point was one |
| 12:07:48 | 10 | user for one month within Clash of Clans. |
| 12:07:52 | 11 | And what I found was that there was a very strong |
| 12:07:54 | 12 | relationship, very precise relationship that every |
| 12:07:59 | 13 | 1 percent change in the amount of time a user spent in the |
| 12:08:05 | 14 | game was related to a .21 percent change in the amount of |
| 12:08:11 | 15 | spending. |
| 12:08:12 | 16 | So to put that in more realistic terms, if |
| 12:08:16 | 17 | somebody doubles the amount of time they spend, that's a |
| 12:08:19 | 18 | hundred percent change in time.  That would be a 21 percent |
| 12:08:22 | 19 | increase in spending. |
| 12:08:24 | 20 | Q.  And are there measures that statisticians use to |
| 12:08:27 | 21 | confirm the -- that the numbers you have here are valid and |
| 12:08:32 | 22 | reliable? |
| 12:08:32 | 23 | A.  Yeah, sometimes relationships -- when -- you know, if |
| 12:08:35 | 24 | we only have 10 or 20 data points, the relationship is a |
| 12:08:39 | 25 | little weak and a little fuzzy.  You're going, awe, you |

12:08:43   1   know, it sort of looks like the line goes through here.

12:08:47   2         Because we've got 14 million data points here, the

12:08:50   3   measurement is very precise.  We call that a level of

12:08:52   4   statistical confidence in this result.  And this one is

12:08:56   5   99.999 -- you know, many 9s out there in terms of

12:09:00   6   confidence, which is way more than you typically have in a

12:09:04   7   statistical analysis.

12:09:05   8   Q.  And where is that confidence interval represented on

12:09:09   9   this?

12:09:09  10   A.  So the -- the line that I've highlighted, we can see 95

12:09:12  11   percent confidence interval is over on the right.  We can

12:09:16  12   see that that -- that means that that .211, I'm 95 percent

12:09:22  13   sure that that measure, which is the best estimate of it,

12:09:26  14   falls between .2105 and .21167.  So it's essentially saying

12:09:37  15   that's measured with a high, high degree of precision.

12:09:41  16         MS. LUDLAM:  And, Mr. Groat, could you pull up as

12:09:44  17   an example PTX-426?

12:09:46  18   Q.  (By Ms. Ludlam)  This looks rather daunting.

12:09:51  19         Dr. Becker, can you explain what it is that we're

12:09:52  20   looking at here?

12:09:53  21   A.  So, yes, this is 25 lines out of the 14 million lines

12:09:59  22   that I had for -- just for Clash of Clans.  Oops, it's

12:10:07  23   flashing, but...

12:10:13  24         MS. LUDLAM:  We don't have to scroll, Mr. Groat.

12:10:15  25   That's okay.

12:10:17  1    Q.  (By Ms. Ludlam)  And is this the kind of data that you

12:10:20  2    use to input in your regression analysis?

12:10:21  3    A.  Yes, so there it's stabilized.  We can see this.

12:10:24  4        I got for each player in each month the -- the

12:10:28  5    individual data for them that includes the revenue and the

12:10:30  6    duration of their time in the game.  And this -- this

12:10:34  7    got -- this came in many, many files, and I had to pull it

12:10:42  8    up into the computer into the 14 million line item data

12:10:44  9    set.

12:10:44  10   Q.  Great.  And you reviewed PTX- --

12:10:46  11       MS. LUDLAM:  Thank you, Mr. Groat.  If you'd take

12:10:49  12   that down.

12:10:50  13   Q.  (By Ms. Ludlam)  You reviewed PTX-426 through 444, and

12:10:55  14   that's what's represented in this chart here; is that

12:10:57  15   correct?

12:10:57  16   A.  Yes.

12:10:57  17   Q.  Okay.  Great.  And what about the other games?  Did you

12:11:00  18   do something similar for those?

12:11:02  19   A.  I did an identical analysis for the other two games,

12:11:06  20   and for -- if we go forward a slide, for --

12:11:10  21       MS. LUDLAM:  Mr. Groat, can you advance the slide

12:11:13  22   for me, please?  Thank you.

12:11:15  23   A.  Okay.  For Clash Royale, you can see in the upper

12:11:18  24   right, I had about 6.7 million data points.  And the

12:11:22  25   relationship here is a little flatter.  It's -- instead of

| 12:11:26 | 1 | 21 percent change for a hundred percent increase in time, |
| 12:11:30 | 2 | it's a 16.9 percent. |
| 12:11:32 | 3 | So .169 for every 1 percent change. |
| 12:11:36 | 4 | Q.  (By Ms Ludlam)   Okay.   And how about for Brawl Stars? |
| 12:11:40 | 5 | A.  For Brawl Stars, it's actually higher than Clash of |
| 12:11:43 | 6 | Clans.  It's .2576.  This is based on analyzing 1.6 million |
| 12:11:49 | 7 | individual user months. |
| 12:11:50 | 8 | Q.  Okay.  And, Dr. Becker, you used PX-355 through PTX-391 |
| 12:12:03 | 9 | to feed into these regression analyses, correct? |
| 12:12:06 | 10 | A.  Yes. |
| 12:12:07 | 11 | Q.  Okay.  Thank you. |
| 12:12:08 | 12 | THE COURT:  Let me interrupt, counsel.  This is |
| 12:12:10 | 13 | probably as good a place as any for us to break for lunch. |
| 12:12:13 | 14 | Ladies and gentlemen, this witness is going to go |
| 12:12:15 | 15 | some considerable length of time, and we're close to 12:15 |
| 12:12:19 | 16 | already. |
| 12:12:19 | 17 | The clerk's office has informed me that your lunch |
| 12:12:23 | 18 | is ready for you in the jury room. |
| 12:12:25 | 19 | If you will take your notebooks with you over the |
| 12:12:27 | 20 | lunch break, follow all the instructions I've given you, |
| 12:12:31 | 21 | including not to discuss the case among yourselves, we'll |
| 12:12:35 | 22 | try to reconvene as close to 1:00 o'clock as we can. |
| 12:12:39 | 23 | With those instructions, the jury is excused for |
| 12:12:42 | 24 | lunch. |
| 12:12:43 | 25 | COURT SECURITY OFFICER:  All rise. |

| | | |
|---|---|---|
| 12:12:45 | 1 | (Jury out.) |
| 12:12:45 | 2 | THE COURT:  Please be seated. |
| 12:13:02 | 3 | Are you having trouble with your slide advancer -- |
| 12:13:09 | 4 | MS. LUDLAM:  Yes. |
| 12:13:10 | 5 | THE COURT:  -- Ms. Ludlam? |
| 12:13:12 | 6 | MS. LUDLAM:  Yes, I am, Your Honor. |
| 12:13:14 | 7 | THE COURT:  Maybe you can get that fixed over the |
| 12:13:17 | 8 | lunch break. |
| 12:13:18 | 9 | MS. LUDLAM:  I hope so.  Thank you. |
| 12:13:19 | 10 | THE COURT:  Counsel, I'm going to order that you |
| 12:13:21 | 11 | meet and confer and submit jointly to the Court by 6:00 |
| 12:13:26 | 12 | o'clock tomorrow evening, Tuesday evening, a revised final |
| 12:13:30 | 13 | jury instruction and verdict form. |
| 12:13:31 | 14 | In light of the evidence that's been produced and |
| 12:13:34 | 15 | considering what you've previously submitted, I think |
| 12:13:38 | 16 | that's appropriate. |
| 12:13:38 | 17 | I'd like you to also be sure that that's furnished |
| 12:13:41 | 18 | to my staff in a Word form.  But I'll look for that to be |
| 12:13:45 | 19 | submitted jointly with any competing and disagreed |
| 12:13:48 | 20 | provisions in a different font or somewhere where they are |
| 12:13:52 | 21 | side-by-side or one follows the other, and they're easily |
| 12:13:55 | 22 | identifiable.  And do that by 6:00 p.m. tomorrow evening. |
| 12:13:58 | 23 | All right.  We're going to recess for lunch, and |
| 12:14:01 | 24 | we'll attempt to reconvene at 1:00 o'clock. |
| 12:14:04 | 25 | Is there anything from either side before we |

| | | |
|--|--|--|
| 12:14:06 | 1 | recess? |
| 12:14:07 | 2 | MR. MOORE:  Nothing for us, Your Honor.  Thank |
| 12:14:09 | 3 | you. |
| 12:14:09 | 4 | MR. DACUS:  Your Honor, I have one question, if I |
| 12:14:11 | 5 | might, to avoid any surprise to the Court and more |
| 12:14:14 | 6 | importantly to myself. |
| 12:14:15 | 7 | THE COURT:  Yes, sir. |
| 12:14:16 | 8 | MR. DACUS:  When I cross-examine Dr. Becker, I |
| 12:14:19 | 9 | anticipate that I might use the flip chart.  Is it okay if |
| 12:14:22 | 10 | I pull that forward slightly so that the witness and the |
| 12:14:25 | 11 | jury can see it? |
| 12:14:26 | 12 | THE COURT:  If slightly means not further than the |
| 12:14:29 | 13 | front of the podium, that's no problem.  If you want to go |
| 12:14:31 | 14 | further than the podium, then you need to show me where, |
| 12:14:35 | 15 | and we need to talk about it. |
| 12:14:37 | 16 | MR. DACUS:  I -- my belief is -- and I'll check |
| 12:14:39 | 17 | over the lunch hour -- my belief is if I could just pull it |
| 12:14:42 | 18 | forward even with the document camera, that would be |
| 12:14:45 | 19 | sufficient. |
| 12:14:45 | 20 | THE COURT:  That's not a problem, Mr. Dacus.  If |
| 12:14:47 | 21 | you want to do something differently, let me know. |
| 12:14:49 | 22 | MR. DACUS:  Thank you, Your Honor. |
| 12:14:50 | 23 | THE COURT:  All right.  Counsel, we stand in |
| 12:14:51 | 24 | recess for lunch. |
| 12:14:52 | 25 | COURT SECURITY OFFICER:  All rise. |

12:14:53   1          (Recess.)

2

3

4                    CERTIFICATION

5

6          I HEREBY CERTIFY that the foregoing is a true and

7    correct transcript from the stenographic notes of the

8    proceedings in the above-entitled matter to the best of my

9    ability.

10

11

12    /S/ Shelly Holmes _____          9/14/2020_____
      SHELLY HOLMES, CSR, TCRR              Date
13    OFFICIAL REPORTER
      State of Texas No.: 7804
14    Expiration Date: 12/31/20

15

16

17

18

19

20

21

22

23

24

25