```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                      MARSHALL DIVISION

 3
    GREE, INC.,                    )(   CIVIL ACTION NOS.
 4                                 )(   2:19-CV-70-JRG-RSP
          PLAINTIFFS,              )(   2:19-CV-71-JRG-RSP
 5                                 )(
          VS.                      )(
 6                                 )(   MARSHALL, TEXAS
    SUPERCELL OY,                  )(   SEPTEMBER 15, 2020
 7                                 )(   1:09 P.M.
          DEFENDANTS.              )(
 8

 9                  TRANSCRIPT OF JURY TRIAL

10               VOLUME 8 - AFTERNOON SESSION

11          BEFORE THE HONORABLE JUDGE RODNEY GILSTRAP

12              UNITED STATES CHIEF DISTRICT JUDGE

13

14   APPEARANCES:

15

16   FOR THE PLAINTIFFS:

17

18   MR STEVEN D. MOORE
     KILPATRICK TOWNSEND & STOCKTON LLP
19   Two Embarcadero Center, Suite 1900
     San Francisco, CA 94111
20

21   MS. TAYLOR HIGGINS LUDLAM
     KILPATRICK TOWNSEND & STOCKTON LLP
22   4208 Six Forks Road
     Raleigh, NC 27609
23

24

25
```

```
 1   FOR THE PLAINTIFF:

 2

 3   MR. ALTON L. ABSHER III
     KILPATRICK TOWNSEND & STOCKTON LLP
 4   1001 West Fourth Street
     Winston-Salem, NC 27101
 5

 6   MR. MICHAEL T. MORLOCK
     KILPATRICK TOWNSEND & STOCKTON LLP
 7   1100 Peachtree Street, NE
     Suite 2800
 8   Atlanta, GA 30309

 9
     MS. TAYLOR J. PFINGST
10   KILPATRICK TOWNSEND & STOCKTON LLP
     Two Embarcadero Center, Suite 1900
11   San Francisco, CA 94111

12
     MS. MELISSA R. SMITH
13   GILLAM & SMITH, LLP
     303 South Washington Avenue
14   Marshall, TX 75670

15

16   FOR THE DEFENDANT:

17

18   MR. MICHAEL J. SACKSTEDER
     MR. BRYAN A. KOHM
19   MR. CHRISTOPHER L. LARSON
     MS. SHANNON E. TURNER
20   FENWICK & WEST LLP
     555 California Street, 12th Floor
21   San Francisco, CA 94104

22
     MR. GEOFFREY R. MILLER
23   FENWICK & WEST LLP
     902 Broadway, Suite 14
24   New York, NY 10010

25
```

```
 1   FOR THE DEFENDANT:

 2
     MS. JESSICA M. KAEMPF
 3   MR. JONATHAN T. MCMICHAEL
     FENWICK & WEST LLP
 4   1191 Second Ave., 10th Floor
     Seattle, WA 98101
 5

 6   MR. DERON DACUS
     THE DACUS FIRM, P.C.
 7   821 ESE Loop 323, Suite 430
     Tyler, TX 75701
 8

 9

10

11

12   COURT REPORTER:     Ms. Shelly Holmes, CSR, TCRR
                         Official Court Reporter
13                       United States District Court
                         Eastern District of Texas
14                       Marshall Division
                         100 E. Houston
15                       Marshall, Texas  75670
                         (903) 923-7464
16

17
     (Proceedings recorded by mechanical stenography, transcript
18   produced on a CAT system.)

19

20

21

22

23

24

25
```

P R O C E E D I N G S

01:09:11  1

01:09:11  2        (Jury out.)

01:09:11  3        COURT SECURITY OFFICER:  All rise.

01:09:12  4        THE COURT:  Be seated, please.

01:09:13  5        All right.  Mr. Kohm, are you prepared to continue

01:09:21  6  with your direct examination?

01:09:23  7        MR. KOHM:  Yes, I am, Your Honor.

01:09:24  8        THE COURT:  All right.  You may return to the

01:09:27  9  podium.

01:09:27  10        Mr. Friedman, if you'd come forward and return to

01:09:31  11  the witness stand.  I remind you, sir, you remain under

01:09:34  12  oath.

01:09:34  13        Mr. Fitzpatrick, if you'd bring in the jury,

01:09:48  14  please.

01:09:48  15        COURT SECURITY OFFICER:  Yes, sir.

01:09:48  16        All rise.

01:09:50  17        (Jury in.)

01:10:09  18        THE COURT:  Welcome back from lunch, ladies and

01:10:11  19  gentlemen.  Please have a seat.

01:10:12  20        All right.  We'll continue with the direct

01:10:15  21  examination of Mr. Stacy Friedman by the Defendant.

01:10:19  22        Mr. Kohm, you may continue.

01:10:21  23        MR. KOHM:  Thank you, Your Honor.

01:10:22  24        Mr. Smith, can you pull up Claim 1 of the '481

01:10:26  25  patent?

| | | |
|---|---|---|
| 01:10:26 | 1 | <u>STACY FRIEDMAN, DEFENDANT'S WITNESS, PREVIOUSLY SWORN</u> |
| 01:10:26 | 2 | <u>DIRECT EXAMINATION CONTINUED</u> |
| 01:10:29 | 3 | BY MR. KOHM: |
| 01:10:29 | 4 | Q.  Mr. Friedman, do you believe that Magic discloses Claim |
| 01:10:37 | 5 | Element 1e of the '481 patent? |
| 01:10:40 | 6 | A.  Yes, I do. |
| 01:10:41 | 7 | Q.  What is -- what in Magic discloses that limitation? |
| 01:10:45 | 8 | A.  Well, the materials that I've reviewed indicated that |
| 01:10:48 | 9 | Magic was a video game.  And so there -- it runs on a |
| 01:10:52 | 10 | computer with a display processing unit that specifically |
| 01:10:57 | 11 | displays the -- and it's talking about the corresponding |
| 01:11:01 | 12 | first parameter value here. |
| 01:11:03 | 13 | And that's the toughness or the attack of the -- |
| 01:11:06 | 14 | yeah, the -- the hit points basically on the -- on the |
| 01:11:09 | 15 | characters as they're in the field. |
| 01:11:10 | 16 | Q.  And what is the enemy character on the second field? |
| 01:11:13 | 17 | A.  Right.  So there's the players and the -- and your |
| 01:11:17 | 18 | opponent both have cards that get placed into the field, |
| 01:11:20 | 19 | and you can see through the screenshots of the manual that |
| 01:11:24 | 20 | they're -- they both have the power and the toughness |
| 01:11:28 | 21 | displayed. |
| 01:11:29 | 22 | Once a card is played, according to the Magic |
| 01:11:33 | 23 | manual, it becomes the character that was summoned by the |
| 01:11:37 | 24 | card. |
| 01:11:38 | 25 | Q.  And, in your opinion, does Magic disclose Claim |

01:11:44   1   Limitation 1f of the '481 patent?

01:11:46   2   A.   Right.   This one is about selecting of the new game

01:11:54   3   content.   In this claim -- in this patent, unlike the '137,

01:11:58   4   this one is talking about being able to select a

01:12:01   5   replacement -- that is, you draw a replacement card after

01:12:05   6   you play a first one, and then you can also play that

01:12:07   7   second card.

01:12:08   8        And the rules for being able to play that second

01:12:11   9   card are whether the second parameter value -- that is, the

01:12:14   10   cost of that replacement card -- is still affordable --

01:12:19   11   that is, whether the cost of that new game content

01:12:25   12   alternative is smaller than the third parameter value,

01:12:28   13   which in Magic is the mana pool, in which the second

01:12:32   14   parameter value of the removed game content has been

01:12:34   15   subtracted.

01:12:35   16        In other words, if your mana pool still has enough

01:12:40   17   mana after you've played the first card to afford the

01:12:43   18   second card, then you can play the second card.

01:12:46   19   Q.   And does Magic disclose that limitation?

01:12:48   20   A.   Magic discloses the ability to pay for cards for -- at

01:12:52   21   all times, regardless of what order they're played in, yes.

01:12:58   22   Q.   And what about BattleForge, does that disclose Claim

01:13:02   23   Limitation 1e of the '41 -- '481 patent?

01:13:07   24   A.   Yes, it does.   So in BattleForge, the -- the cards are

01:13:14   25   at the bottom of the screen.   And then when you play them,

01:13:17  1   they -- they go on to the field.  And you can see hit bars,

01:13:21  2   green over the top of the player characters and red over

01:13:24  3   the top of your opponents.  We saw that in one of the

01:13:28  4   screenshots before.

01:13:29  5        So that would be the corresponding first parameter

01:13:31  6   value is the -- the hit points of those characters.

01:13:33  7        And there's at least one player character, and

01:13:37  8   then there's an enemy character in that screenshot that we

01:13:41  9   saw.

01:13:41  10  Q.  And what would be the second field?

01:13:43  11  A.  Oh, yes, the second field is the battlefield, not the

01:13:50  12  hand of cards at the bottom of the screen, but what you saw

01:13:51  13  above that.

01:13:52  14  Q.  What about Limitation 1f of the '481 patent, does

01:13:55  15  BattleForge disclose that?

01:13:56  16  A.  Right.  So when you play a card in BattleForge, the

01:14:00  17  power cost of that card is subtracted from the meter up at

01:14:03  18  the top of the screen.  And if there are -- if there is

01:14:08  19  still enough power to afford the next card that you want to

01:14:11  20  play, then at that point, you can also play that next card.

01:14:15  21  Q.  Thank you.

01:14:15  22        MR. KOHM:  Mr. Smith, can you pull up Claim 4 of

01:14:19  23  the '481 patent, please?

01:14:22  24  Q.  (By Mr. Kohm)  In your opinion, does Magic disclose

01:14:25  25  Claim 4 of the '481 patent?

01:14:27  1  A.  Yeah.  So what this is talking about is displaying the

01:14:35  2  game content in the second field -- that is, the

01:14:37  3  battlefield -- in such a way that it's in a different

01:14:40  4  state.  All it has to be is a different state of being

01:14:46  5  displayed is in the hand.

01:14:47  6       So whatever it looks like in the hand, as long as

01:14:49  7  it's different in the second field, then that's what the

01:14:51  8  claim is about.

01:14:51  9       So in Magic, when you play a card, the first thing

01:14:55  10  that happens is it goes into the field.  And the first --

01:14:58  11  the rules of Magic say that the first time you play a card

01:15:03  12  for that turn, it has what's called summoning sickness,

01:15:06  13  which means it can't do anything.

01:15:07  14       And that's displayed with a spiral over the card.

01:15:07  15  So that's a different state of being displayed in the

01:15:11  16  second field, as in the first.  And I think we have a

01:15:14  17  screenshot of that.

01:15:22  18       MR. KOHM:  Mr. Smith, can you pull up DX-566 at

01:15:27  19  182?

01:15:32  20  Q.  (By Mr. Kohm)  Is this that screenshot?

01:15:35  21  A.  This is the description of the summoning sickness

01:15:39  22  feature.

01:15:40  23  Q.  And going back to Claim 4, does BattleForge disclose

01:15:44  24  that claim?

01:15:44  25  A.  Right.  In BattleForge, if you recall the screens that

01:15:48  1   we saw there, you have the row of cards at the bottom of

01:15:52  2   the screen, but then when you play them, they -- the card

01:15:56  3   swoops forward and then turns into little troops on the

01:15:59  4   field.  So the troops on the field obviously look different

01:16:02  5   than the cards that are in the hand.

01:16:04  6          But also, as the card is being played, it -- it

01:16:07  7   blows up to a full-size card.  I think we saw that in one

01:16:11  8   of the screenshots.  And if we have the animation, it -- it

01:16:14  9   sort of flies up and then lands on the field.  And that's

01:16:18  10  when it turns into the -- the player characters, the

01:16:22  11  troops.

01:16:22  12         And as that's happening, that card is being

01:16:25  13  displayed in a different state than it was displayed in the

01:16:28  14  first field, or mainly the hand of cards.

01:16:33  15  Q.  Turning to Claim 5, does Magic disclose that claim --

01:16:40  16  that claim?

01:16:42  17  A.  Claim 5 is talking about having -- well, there's two

01:16:47  18  elements here.  First is:  Wherein the control unit enables

01:16:51  19  selection of the new game content before a predetermined

01:16:55  20  time has elapsed.

01:16:56  21         So, in other words, there's a timer.

01:16:58  22         And, second is the rest of it, which I'm not going

01:17:01  23  to repeat because that's actually a duplicate of what was

01:17:05  24  already in Claim 1.  So we've already talked about that

01:17:08  25  last part with regard to Claim 1.

01:17:09  1       The timer of Magic actually has a phase bar where
01:17:13  2  as you're playing the game, the -- the specific step that
01:17:18  3  you're on is indicated by a highlight as you go through the
01:17:22  4  turn.
01:17:24  5       And, you know, to the extent that that's not a
01:17:27  6  sufficient disclosure of a timer, I think one of ordinary
01:17:31  7  skill in the art would have understood that games with
01:17:35  8  turns in the past had timers associated with them just to
01:17:39  9  keep the game flowing and didn't want someone to sit there
01:17:44  10  forever.
01:17:45  11       MR. KOHM:  Mr. Smith, can you pull up DX-566 at
01:17:50  12  111?
01:17:50  13  Q.  (By Mr. Kohm)  Is that the phase bar?
01:17:52  14  A.  That is.
01:17:53  15  Q.  And do you think that -- do you believe that
01:17:55  16  BattleForge also discloses Claim 5?
01:17:57  17  A.  BattleForge does disclose Claim 5.  BattleForge
01:18:01  18  discloses that certain of its gameplay issues actually have
01:18:02  19  limit or time limits on them directly.  So you only have 26
01:18:07  20  minutes or 30 minutes to complete the whole level.  If you
01:18:09  21  don't do that, then the game is over.
01:18:12  22       MR. KOHM:  Mr. Smith, can you pull up DX-708 at
01:18:18  23  252 -- at 252?  There we go.  Perfect.
01:18:28  24  A.  Right.
01:18:29  25  Q.  (By Mr. Kohm)  And where is the timer?

01:18:31  1   A.  Yeah, in the -- the sort of darker blue bar, it tells

01:18:35  2   you what your goals are for this particular mission.  And

01:18:38  3   you have to defeat all the enemies.  And you have to do it

01:18:41  4   within a time limit.  In this case there's 26 minutes and

01:18:44  5   50 seconds left in that mission.

01:18:49  6   Q.  And all of the elements of Magic and BattleForge that

01:18:52  7   you've discussed today, were those available and

01:18:58  8   disclosed -- well, let me rephrase.

01:19:01  9        All of the elements of Magic and BattleForge that

01:19:04 10   you discussed today, were those contained in a disclosure

01:19:08 11   before March 2013?

01:19:10 12   A.  Yes, all of those game features and behaviors were

01:19:14 13   disclosed publicly before that date.

01:19:16 14   Q.  What's your basis for saying that?

01:19:18 15   A.  Well, I reviewed a lot of documents that predated that

01:19:22 16   date in which those features were disclosed.

01:19:24 17        MR. KOHM:  Mr. Smith, can you pull up DX-566 at 3?

01:19:37 18   And that's up on the -- the right, I believe.  Yes.

01:19:40 19   Q.  (By Mr. Kohm)  What there supports your position that

01:19:44 20   Magic was available before 2013?

01:19:47 21   A.  Right.  So let's take these -- the first one on the

01:19:50 22   left is an Internet Archive snapshot of a web page from

01:20:00 23   2007.

01:20:00 24        So the Internet Archive is -- basically, it's a

01:20:04 25   web service that takes pictures and snapshots of web pages

01:20:09   1   as they existed at a certain point in time.  So you can go

01:20:11   2   back to the past and look at what the web looked at --

01:20:14   3   looked like back then.

01:20:16   4          So the URL that you can see, MobyGames.com, so on

01:20:22   5   and so forth, that was the URL that on March 3rd, 2007,

01:20:30   6   this page is what that looked like.  So the archives took a

01:20:34   7   snapshot of this page on that date and saved it.

01:20:38   8          So when I go and look at the archive for that date

01:20:41   9   for March 3rd, this is what the -- I see what the page

01:20:45   10  looked like back then.

01:20:47   11         And so what this tells me is that as -- as of that

01:20:49   12  date, the mobile games website had a page for Magic: The

01:20:54   13  Gathering, that it was published by Microsoft -- MicroProse

01:20:59   14  software.  So these are the things that this web page is

01:21:00   15  telling me.

01:21:00   16  Q.  And you're referring to DX-943?

01:21:03   17  A.  Yes, I am.

01:21:03   18  Q.  What about the top right, DX-566, is there anything

01:21:08   19  there that you rely on?

01:21:09   20  A.  Yes.  So that's the -- the Magic manual, the manual for

01:21:14   21  the game that we're talking about, and that's copyright

01:21:17   22  1997.

01:21:18   23  Q.  Do you have any reason to believe that that copyright

01:21:21   24  date is incorrect?

01:21:22   25  A.  No, I don't.

01:21:22  1   Q.  What about BattleForge, what -- why do you believe it

01:21:32  2   was available before March 2013?

01:21:34  3   A.  For similar reasons.  I looked on the Internet Archive

01:21:38  4   for public references that were saved and snapshotted prior

01:21:42  5   to that date.

01:21:43  6           MR. KOHM:  Mr. Smith, can you pull up DX-949 and

01:21:48  7   945?

01:21:49  8   Q.  (By Mr. Kohm)  Are these those screenshots -- or

01:21:57  9   screenshots of those Wayback Machine archives?

01:22:00  10  A.  These are snips of those archives, correct, yes.

01:22:04  11  Q.  And what date does it indicate the web page was

01:22:13  12  available?

01:22:14  13  A.  In the upper right, it talks -- it says that the -- the

01:22:18  14  URL, eagames.com/games/BattleForge was available publicly

01:22:23  15  on March 25th, 2009.

01:22:25  16          MR. KOHM:  Mr. Smith, can you pull up DX-957?

01:22:38  17  Q.  (By Mr. Kohm)  What is shown on the bottom of the

01:22:40  18  screen?

01:22:40  19  A.  On the bottom of the screen is the copyright notice

01:22:42  20  from the BattleForge manual that I reviewed.

01:22:45  21  Q.  All right.

01:22:46  22  A.  And it's copyright 2009 by Electronic Arts.

01:22:58  23          MR. KOHM:  And can we go to Slide 109, Mr. Smith?

01:23:09  24  109.  It's the motivation to combine.  Motivation to

01:23:37  25  combine.  There we go.

01:23:38   1   Q.   (By Mr. Kohm)   You mentioned motivation to combine

01:23:41   2   earlier.   Do you have an opinion whether a person of

01:23:44   3   ordinary skill in the art would have been motivated to

01:23:45   4   combine the publications related to Magic and BattleForge?

01:23:48   5   A.   Yeah, absolutely they would.   For starters, Magic is a

01:23:53   6   collectible card game.   BattleForge is also a collectible

01:23:57   7   card game.   They're both computer game implementations of

01:24:03   8   CCGs.

01:24:05   9         And BattleForge was very clear that it was

01:24:06   10   intending to combine real-time strategy games, or RTS,

01:24:11   11   features with the collectible card game features in games

01:24:13   12   like Magic.   So already, there's a motivation to combine

01:24:18   13   because they're the same genre.

01:24:23   14         In fact, if you remember what the cards looked

01:24:26   15   like from both games, they were functionally almost

01:24:26   16   identical.   You have the cost in the corner and the

01:24:31   17   strength of the card down in the other corner, a big

01:24:31   18   picture of the character in the middle, and underneath that

01:24:34   19   is some text that describes what they do.

01:24:36   20         And that's -- that's a very common theme in

01:24:39   21   this -- in this collectible card genre, as opposed to

01:24:39   22   regular playing cards which nobody collects because

01:24:45   23   they're -- you just have them already.

01:24:49   24         And they're both, in fact, card battle video

01:24:52   25   games.   The idea of a card battle game is one where you're

01:24:56   1   playing cards to resolve the central conflict of the game.

01:25:00   2   You're trying to defeat the enemy.   The enemy is trying to

01:25:03   3   defeat you.   And you're using cards to do that.

01:25:05   4        Both Magic and BattleForge use cards to carry out

01:25:09   5   battles.   And the -- both of those games have resource

01:25:13   6   costs associated with the card, so they're both resource

01:25:16   7   management games.

01:25:17   8        Magic is a turn based game, and BattleForge is a

01:25:21   9   real-time game.   And so the way the resources flow through

01:25:23   10  the system is obviously a little different.   In one case,

01:25:27   11  it's based on turns.   And -- and Magic uses this tapping

01:25:30   12  idea.

01:25:31   13       But BattleForge, on the other hand, has a

01:25:33   14  constantly flowing power growth, and actually that's the

01:25:38   15  next point is that BattleForge has a timer.   There's

01:25:42   16  increasing power.   I think it's every two seconds you get

01:25:45   17  an extra chunk of -- of power from the various sources in

01:25:49   18  BattleForge.

01:25:49   19       Whereas, in Magic, every turn, your

01:25:56   20  previously-spent mana becomes available to you again, and

01:25:59   21  you can generate more based on certain game actions.

01:26:02   22  Q.   Turning to secondary considerations.

01:26:07   23       MR. KOHM:   Mr. Smith, can you pull up Slide 113?

01:26:11   24  Q.   (By Mr. Kohm)   Could you please explain what secondary

01:26:13   25  considerations are?

01:26:14  1   A.  Yes.  My understanding is that secondary considerations

01:26:16  2   are related to whether a patent is not obvious.  And, for

01:26:22  3   example, even if you were to find all of the features in

01:26:25  4   the patent in the prior art, a secondary consideration of

01:26:31  5   non-obviousness would be that there was a lack of

01:26:35  6   commercial success in the -- for those combinations.  And

01:26:38  7   then the patent came along, and all of a sudden it was

01:26:42  8   making money again.

01:26:45  9           But there's a -- you know, the idea of industry

01:26:48  10  praise.  The combination was or was not, you know, widely

01:26:54  11  lauded by -- by people in the industry.

01:26:56  12          So, in this particular case, the -- the patents

01:26:59  13  that we're looking at, the '137 and '481 patents, there --

01:27:04  14  there was no evidence of commercial success, to my

01:27:07  15  knowledge.  I've reviewed no evidence that there was praise

01:27:11  16  in the industry for the combination of these features.

01:27:15  17          There's no evidence that -- that the patents

01:27:18  18  themselves provided a solution to a long-felt need.  There

01:27:23  19  are no unexpected results because what you're really

01:27:27  20  talking about is a method of drawing cards in a card game.

01:27:30  21          And there was no skepticism or teaching away --

01:27:35  22  that is, the patent's combination didn't do something that

01:27:39  23  was different from prior combinations and say this is

01:27:42  24  different and this is why we're -- we're inventive.

01:27:49  25  Q.  So what is your opinion with respect to Claim 1 of the

| | | |
|---|---|---|
| 01:27:58 | 1 | '137 patent? |
| 01:27:58 | 2 | A.  Is that Claim 1 of the '137 patent is obvious over the |
| 01:28:04 | 3 | prior art references that I've disclosed and discussed and |
| 01:28:08 | 4 | also over the knowledge of one -- in combine -- in |
| 01:28:12 | 5 | combination of the knowledge of one of ordinary skill in |
| 01:28:15 | 6 | the art. |
| 01:28:15 | 7 | In short, all of the features claimed in that |
| 01:28:18 | 8 | claim were well-known at the time of the invention. |
| 01:28:20 | 9 | Q.  And do you believe that Magic and BattleForge |
| 01:28:33 | 10 | anticipate that claim? |
| 01:28:33 | 11 | A.  Yes, I do.  I believe that Magic by itself anticipates |
| 01:28:39 | 12 | all of the elements of Claim 1 of the '137 patent, and |
| 01:28:43 | 13 | that -- so does BattleForge. |
| 01:28:45 | 14 | Q.  What about Claim 2 of the '137 patent, what's your |
| 01:28:49 | 15 | opinion? |
| 01:28:49 | 16 | A.  That -- that Claim 2 of -- let me just turn to it, |
| 01:29:00 | 17 | please.  Claim 2 of the '137 patent is, first of all, |
| 01:29:05 | 18 | rendered obvious by the combination of BattleForge and |
| 01:29:08 | 19 | Magic, along with the knowledge of one of skill in the art. |
| 01:29:12 | 20 | And I believe that Magic certainly anticipates all |
| 01:29:15 | 21 | of those extra features because it's visually showing the |
| 01:29:20 | 22 | card being removed from the hand and another card being |
| 01:29:23 | 23 | drawn into it. |
| 01:29:25 | 24 | And to the extent that BattleForge doesn't show |
| 01:29:29 | 25 | the card going all the way out of the hand, it's taken out |

01:29:32  1   of play.  And so it would have been obvious to make that

01:29:35  2   change from a swooping card to one actually going away in

01:29:39  3   the first place.  Drawing cards was not a new thing in

01:29:42  4   2013.

01:29:42  5   Q.  Now, what's your opinion regarding Claim 15 of the '137

01:29:45  6   patent?

01:29:45  7   A.  Claim 15 is the same analysis that I just gave with

01:29:53  8   regard to Claim 2 because it is a method version of the

01:29:59  9   server claim of Claim 2.

01:30:03  10          So all of -- all of what I just said with respect

01:30:05  11  to Claim 2 also applies to Claim 15.

01:30:08  12  Q.  And what is your opinion regarding Claim 4 of the '481

01:30:15  13  patent?

01:30:15  14  A.  Right.  So we first have to take a look at Claim 1, I

01:30:27  15  think.  I know Claim 1 wasn't asserted.  But in order to

01:30:31  16  understand that, Claim 4 is a dependent claim.  So you have

01:30:34  17  to take a look at Claim 1 to see what all of the other

01:30:38  18  elements are.  But all of those elements in Claim 1 were --

01:30:42  19  were met by Magic.

01:30:44  20          And -- and so is the element in Claim 4.  And so,

01:30:50  21  therefore, Magic anticipates Claim 4.

01:30:51  22  Q.  What about BattleForge?

01:30:54  23  A.  And BattleForge, let's see -- processing -- yeah, so

01:31:01  24  BattleForge meets all of the claim elements.  At a minimum,

01:31:08  25  BattleForge renders obvious this claim element in view of

01:31:11   1   knowledge of one of ordinary skill because, like I said,

01:31:14   2   the idea of drawing and replacing cards in a hand of cards

01:31:19   3   is obvious.

01:31:20   4   Q.  Do you have an opinion regarding Claim 4 with respect

01:31:23   5   to BattleForge and Magic together?

01:31:25   6   A.  Yes.  Together, combined, Magic and BattleForge do

01:31:30   7   disclose all of the elements of Claim 4.  And it would have

01:31:34   8   been obvious to do so from one of ordinary skill in the

01:31:37   9   art.

01:31:37   10  Q.  And what about Claim 5 of the '481 patent?

01:31:43   11  A.  Right.  Claim 5 is the one that talks about having a

01:31:46   12  timer on the turn -- that is, the time limit.  And just --

01:31:51   13  again, by itself, a time limit is well-known.

01:31:54   14          So applying a time limit to the game of Claim 1

01:31:57   15  would also have been obvious.  And it -- in view of the

01:32:00   16  combination of Magic and BattleForge, would also have been

01:32:06   17  obvious to one of ordinary skill.  And, in fact,

01:32:09   18  BattleForge by itself anticipates that by directly showing

01:32:13   19  a timer on some of its missions.

01:32:16   20  Q.  Thank you.

01:32:16   21          MR. KOHM:  You can take down this slide.

01:32:19   22  Q.  (By Mr. Kohm)  You reviewed code for Clash Royale

01:32:23   23  regarding infringement in this case, correct?

01:32:25   24  A.  Yes, I did.

01:32:26   25  Q.  Did you form any opinions regarding any -- what are

01:32:31  1  referred to as non-infringing alternatives?

01:32:32  2  A.  Yes, I did.

01:32:33  3  Q.  And did you -- do you believe there are any so-called

01:32:43  4  non-infringing alternatives?

01:32:43  5  A.  Well -- so, I mean, first of all, I don't think the

01:32:46  6  patents are infringed in the first place, but it's my

01:32:49  7  understanding that in view of the required sequence of

01:32:55  8  steps, selection and then subtraction and then addition,

01:32:59  9  and in view of the flowchart that I showed earlier where we

01:33:03  10  talked about how the process flowed during that game update

01:33:06  11  loop where -- well, actually, I don't know if I should talk

01:33:12  12  about all of that just yet.

01:33:15  13  Q.  Can you keep it at a high level?

01:33:17  14  A.  Okay.  I'll keep it at a high level.

01:33:20  15       In view of that game update process where there

01:33:22  16  was the card-playing process that did the subtraction of

01:33:30  17  Elixir and then the creation of the spell on the screen and

01:33:33  18  then after that the frequent fractional addition of Elixir,

01:33:33  19  all you would have to do is swap those in order to

01:33:40  20  demonstrate unequivocally or even further demonstrate, I

01:33:44  21  should say, that addition happens before subtraction, and,

01:33:47  22  therefore, the claims could not possibly be infringed.

01:33:49  23  Q.  Are you able to estimate how much engineering time it

01:33:52  24  would take to implement such an alternative?

01:33:54  25  A.  Yes, I am, having looked at the code.  I mean, the two

01:34:00   1   function calls that we're talking about are literally like

01:34:02   2   15 or 20 lines apart from one another.

01:34:06   3           So I think I -- I looked -- I mean, actually doing

01:34:08   4   the change would take half a minute.  Then you have to test

01:34:11   5   it and make sure that other things don't change down the

01:34:14   6   road.

01:34:15   7           But having reviewed the functional flow of how all

01:34:19   8   these messages pass through the system, I -- it wouldn't

01:34:21   9   take longer than a few days to do the testing and then

01:34:25  10   verify everything works.

01:34:27  11   Q.  Thank you, Mr. Friedman.

01:34:29  12           MR. KOHM:  I pass the witness.

01:34:30  13           THE COURT:  Cross-examination by the Plaintiff?

01:34:34  14           MR. MOORE:  Thank you, Your Honor.

01:35:09  15           May I proceed, Your Honor?

01:35:11  16           THE COURT:  Well, your co-counsel is standing up

01:35:13  17   in the middle of the courtroom.

01:35:14  18           MR. MOORE:  Oh, I'm sorry.  We have binders.  May

01:35:16  19   he pass them out, please?

01:35:18  20           THE COURT:  He may pass them out.

01:35:20  21           MR. MOORE:  Thank you.

01:35:32  22           THE WITNESS:  Thank you.

01:35:34  23           THE COURT:  All right.  Mr. Moore, you may proceed

01:35:37  24   when you're ready.

01:35:37  25           MR. MOORE:  Thank you, Your Honor.

CROSS-EXAMINATION

01:35:37  1

01:35:38  2    BY MR. MOORE:

01:35:38  3    Q.  Good afternoon, Mr. Friedman.

01:35:40  4    A.  Good afternoon.

01:35:40  5    Q.  Good to see you again.

01:35:42  6    A.  Thank you.

01:35:43  7    Q.  Now, you have significant experience in casino gaming,

01:35:49  8    correct?

01:35:49  9    A.  I do.

01:35:50  10   Q.  And casino gaming typically involves betting real

01:35:54  11   money, right?

01:35:54  12   A.  Yes.

01:35:54  13   Q.  Okay.  And, in fact, you mentioned that -- your

01:35:57  14   company, Olympian Gaming on direct; do you recall that?

01:35:59  15   A.  I do.

01:36:00  16   Q.  And that company was started as an independent casino

01:36:04  17   game design and analysis consultancy; isn't that right?

01:36:08  18   A.  That's right.

01:36:08  19   Q.  You also mentioned that you're the inventor on around

01:36:12  20   40 patents?

01:36:13  21   A.  Yes.

01:36:13  22   Q.  And you recall you listed a few of those patents in

01:36:16  23   your expert report?

01:36:17  24   A.  I do.

01:36:17  25   Q.  And one of them that you listed had the title of Bad

| 01:36:22 | 1 | Beat Blackjack; is that correct? |
| 01:36:24 | 2 | A.  That's correct. |
| 01:36:25 | 3 | Q.  Another one was titled Poker Game With Variable Payouts |
| 01:36:29 | 4 | Based on Probabilities of Winning, correct? |
| 01:36:30 | 5 | A.  Yes. |
| 01:36:30 | 6 | Q.  And then the third one was called Acey-Deucey with a |
| 01:36:35 | 7 | discolored draw option, correct? |
| 01:36:35 | 8 | A.  That wasn't the name of the patent.  That was a |
| 01:36:38 | 9 | description, but, yes. |
| 01:36:39 | 10 | Q.  Okay.  That was the description.  Thank you. |
| 01:36:41 | 11 | Now, you're -- you're not a professor, correct? |
| 01:36:43 | 12 | A.  I am not a professor. |
| 01:36:44 | 13 | Q.  And you're not a Ph.D.? |
| 01:36:46 | 14 | A.  That's correct. |
| 01:36:46 | 15 | Q.  And would you agree that Clash Royale is a mobile |
| 01:36:51 | 16 | online game in which multiple players have characters that |
| 01:36:56 | 17 | fight each other? |
| 01:36:59 | 18 | A.  Yes. |
| 01:37:00 | 19 | Q.  But you never worked on a -- as a developer on that |
| 01:37:03 | 20 | type of game, correct? |
| 01:37:07 | 21 | A.  Not on that type of game, no. |
| 01:37:14 | 22 | Q.  All right.  And you've been working on this case on |
| 01:37:16 | 23 | behalf of Supercell for a little under a year; is that |
| 01:37:19 | 24 | right? |
| 01:37:19 | 25 | A.  That sounds right. |

01:37:20  1  Q.  And when we took your deposition in June of this year,

01:37:23  2  I think you said that you had already invoiced Supercell

01:37:28  3  more than a $100,000.00 for your work; is that right?

01:37:30  4  A.  I -- I believe that's right, yes.

01:37:32  5  Q.  And you've done work since -- from June until right

01:37:35  6  here today?

01:37:35  7  A.  Oh, yes.

01:37:36  8  Q.  And so what's the total now that you've invoiced to

01:37:40  9  Supercell for your work?

01:37:41  10  A.  I don't recall the number.

01:37:43  11  Q.  Would it be more than 200,000?

01:37:45  12  A.  Likely, yeah.

01:37:47  13  Q.  All right.  Now, let -- you talked about invalidity,

01:37:56  14  and it's your opinion that each of the two battle patents

01:37:59  15  is invalid, correct?

01:38:00  16  A.  That's right.

01:38:01  17  Q.  Now, you understand that Supercell must convince the

01:38:05  18  jury of its defense of invalidity by clear and convincing

01:38:07  19  evidence, right?

01:38:11  20  A.  I do.

01:38:11  21  Q.  And, in fact, would you agree that to do that,

01:38:14  22  Supercell and you must show that the prior art discloses

01:38:19  23  each and every element of the claims of the patents that

01:38:24  24  are at issue here in this lawsuit by clear and convincing

01:38:27  25  evidence, right?

01:38:30   1    A.  Yes, I understand that.

01:38:31   2    Q.  Not merely by the lower standard of preponderance of

01:38:34   3    the evidence, correct?

01:38:35   4    A.  Okay.

01:38:35   5    Q.  Do you understand that?

01:38:37   6    A.  Yes.

01:38:37   7    Q.  And is that the evidence -- is that the burden that you

01:38:40   8    applied in the work that you did?

01:38:42   9    A.  I'm not sure how to answer that question.

01:38:47   10   Q.  That's fine.  I'll -- I'll withdraw it.

01:38:50   11           Now, you first argue -- you argue -- or you've

01:38:54   12   presented here -- testified about two different types of

01:38:57   13   invalidity defenses; is that correct?

01:39:00   14   A.  Yes.

01:39:00   15   Q.  One is called anticipation; is that right?

01:39:04   16   A.  Yes.

01:39:06   17   Q.  Okay.  And the other is called obviousness, right?

01:39:10   18   A.  That's right.

01:39:10   19   Q.  And you understand that among the different defenses

01:39:13   20   Supercell is presenting in this lawsuit, that it is arguing

01:39:18   21   both anticipation and obviousness?

01:39:21   22   A.  Yes, I do understand that.

01:39:23   23   Q.  Okay.  Now -- talking about anticipation first, to

01:39:28   24   prove its defense of anticipation, Supercell must convince

01:39:36   25   the jury that there is a single prior art reference that

| | | |
|---|---|---|
| 01:39:41 | 1 | discloses each and every single element of the claims of |
| 01:39:46 | 2 | the patents at issue, correct? |
| 01:39:48 | 3 | A.  That's right. |
| 01:39:48 | 4 | Q.  And even if a single element is missing from that prior |
| 01:39:52 | 5 | art reference, there is no anticipation, correct? |
| 01:39:54 | 6 | A.  That's my understanding, yes. |
| 01:39:56 | 7 | Q.  All right.  Now, you have offered opinions on two |
| 01:40:02 | 8 | different references -- two different prior art references, |
| 01:40:04 | 9 | correct? |
| 01:40:04 | 10 | A.  I think I would characterize it as a collection of |
| 01:40:10 | 11 | documents relating to two different games. |
| 01:40:12 | 12 | Q.  Two different games.  Thank you. |
| 01:40:14 | 13 | You've testified on direct, on your anticipation |
| 01:40:20 | 14 | testimony, you've talked about BattleForge and Magic, |
| 01:40:23 | 15 | correct? |
| 01:40:23 | 16 | A.  That's correct. |
| 01:40:24 | 17 | Q.  But for anticipation, it's not enough to show that all |
| 01:40:30 | 18 | of the elements of the claim are found among both of those |
| 01:40:33 | 19 | references together, correct?  Both of those games |
| 01:40:37 | 20 | together; isn't that right? |
| 01:40:40 | 21 | A.  That's right. |
| 01:40:40 | 22 | Q.  In fact, you would have to show that each of the games |
| 01:40:47 | 23 | on its own has all of the elements of the claims, correct? |
| 01:40:50 | 24 | A.  I would have to show that a single reference discloses |
| 01:40:53 | 25 | all of the claim elements, correct? |

| | | |
|---|---|---|
| 01:40:55 | 1 | Q.  And you would have to do that, or at least Supercell |
| 01:40:58 | 2 | would have to meet that burden by clear and convincing |
| 01:41:00 | 3 | evidence, correct? |
| 01:41:00 | 4 | A.  Yes, that's correct. |
| 01:41:08 | 5 | Q.  All right.  Now, BattleForge, that was not published by |
| 01:41:11 | 6 | GREE, correct? |
| 01:41:12 | 7 | A.  No, it was not. |
| 01:41:13 | 8 | Q.  It was published by Electronic Arts, or EA for short; |
| 01:41:17 | 9 | is that right? |
| 01:41:17 | 10 | A.  That's right. |
| 01:41:17 | 11 | Q.  And you testified about BattleForge and how that game |
| 01:41:20 | 12 | worked, right? |
| 01:41:21 | 13 | A.  I did. |
| 01:41:22 | 14 | Q.  But you've never actually played BattleForge, have you? |
| 01:41:25 | 15 | A.  I have not. |
| 01:41:25 | 16 | Q.  In fact, you first learned about the existence of the |
| 01:41:28 | 17 | game BattleForge from Supercell's attorneys, right? |
| 01:41:30 | 18 | A.  That's right. |
| 01:41:35 | 19 | Q.  And now when you talked about Clash Royale and whether |
| 01:41:38 | 20 | it infringed the battle patents, you primarily relied on |
| 01:41:42 | 21 | source code from Clash Royale to try to argue that it |
| 01:41:44 | 22 | didn't infringe, right? |
| 01:41:45 | 23 | A.  No, that's not accurate.  I relied on my analysis of |
| 01:41:49 | 24 | the game itself and the source code. |
| 01:41:49 | 25 | Q.  Okay.  Fine.  You relied on source code -- in fact, you |

01:41:53   1   showed the jury source code from Clash Royale when you were

01:41:57   2   testifying about whether it infringes the GREE patents,

01:42:00   3   right?

01:42:00   4   A.  That's correct.

01:42:01   5   Q.  But you didn't show the jury any source code from

01:42:06   6   BattleForge, did you?

01:42:06   7   A.  That would have been impossible.

01:42:10   8           MR. MOORE:  Objection, nonresponsive.  Motion to

01:42:12   9   strike, Your Honor.

01:42:18   10          THE COURT:  Sustained.

01:42:19   11          You need to answer the question, Mr. Friedman.  If

01:42:23   12  you didn't show them, you didn't show them.  If you did,

01:42:26   13  you did.

01:42:27   14  A.  That's -- you're correct.

01:42:30   15  Q.  (By Mr. Moore)  Okay.  In fact, you've never seen any

01:42:33   16  source code for BattleForge, have you?

01:42:34   17  A.  That's correct.

01:42:35   18  Q.  So to try to show the jury -- or strike that.

01:42:39   19          To testify before the jury about Clash Royale,

01:42:44   20  you -- strike that.  I'll withdraw and move on.

01:42:46   21          Now, you talked about -- in your testimony on

01:42:52   22  BattleForge, you talked about a manual for BattleForge.  Do

01:42:57   23  you recall that?

01:42:57   24  A.  Yes, I do.

01:42:59   25  Q.  And you pointed to different parts about the manual

| | | |
|---|---|---|
| 01:43:01 | 1 | during your testimony, right? |
| 01:43:03 | 2 | A.  Yes. |
| 01:43:03 | 3 | Q.  Now, you received that manual for BattleForge for -- |
| 01:43:07 | 4 | from counsel for Supercell, correct? |
| 01:43:09 | 5 | A.  Correct. |
| 01:43:09 | 6 | Q.  And you also showed screenshots from a video of |
| 01:43:14 | 7 | BattleForge on your direct examination? |
| 01:43:15 | 8 | A.  That's correct. |
| 01:43:15 | 9 | Q.  Now, you didn't actually play the video for the jury, |
| 01:43:21 | 10 | right? |
| 01:43:21 | 11 | A.  You mean run it on -- no, I did not. |
| 01:43:25 | 12 | Q.  All right.  Now, you also got that video -- or strike |
| 01:43:28 | 13 | that. |
| 01:43:29 | 14 | You learned about that video through the attorneys |
| 01:43:31 | 15 | for Supercell, correct? |
| 01:43:32 | 16 | A.  Yes. |
| 01:43:32 | 17 | Q.  And you first got it after you were hired -- hired as |
| 01:43:35 | 18 | an expert in this case, right? |
| 01:43:38 | 19 | A.  Yes. |
| 01:43:46 | 20 | Q.  Okay. |
| 01:43:47 | 21 | MR. MOORE:  Mr. Groat, could you please pull up |
| 01:43:50 | 22 | Mr. Friedman's Slide 20 from -- I believe it's the 3B deck? |
| 01:43:56 | 23 | Q.  (By Mr. Moore)  Okay.  Now, I believe on direct |
| 01:44:06 | 24 | examination, you discussed this claim element with respect |
| 01:44:10 | 25 | to BattleForge; is that right? |

01:44:15  1   A.  Yes, that's correct.

01:44:16  2   Q.  And this is the claim element of the battle patents --

01:44:20  3   of GREE's battle patents that requires a sequence, right?

01:44:24  4   A.  Yes.

01:44:24  5   Q.  It requires a sequence of selecting and then

01:44:29  6   subtracting and then adding; is that right?

01:44:34  7   A.  That's right.

01:44:35  8   Q.  Okay.

01:44:35  9        MR. MOORE:  You may take that down, please.

01:44:38  10       Now, Mr. Groat, would you please pull up

01:44:42  11  Mr. Friedman's opening expert report at Paragraph 368,

01:44:46  12  which is on Page 186?

01:44:51  13  Q.  (By Mr. Moore)  And you wrote an expert report in -- in

01:44:57  14  this case?  Actually I think you wrote two; is that right?

01:45:03  15  A.  That's right.

01:45:04  16       MR. MOORE:  You can take that down, Mr. Groat.

01:45:05  17  Q.  (By Mr. Moore)  And you discussed BattleForge in at

01:45:08  18  least one of those reports; is that right?

01:45:09  19  A.  Yes, that's right.

01:45:10  20  Q.  And the expert report was to be a statement by you of

01:45:12  21  the opinions that you might offer in the trial of this

01:45:17  22  case; is that right?

01:45:17  23  A.  Yes.

01:45:18  24  Q.  You have in your binder a copy of the reports should

01:45:22  25  you need to consult them, but I'm showing you one of the

| | | |
|---|---|---|
| 01:45:25 | 1 | pages from your report. |
| 01:45:26 | 2 | Do you recognize this as Paragraph 368 from your |
| 01:45:29 | 3 | opening expert report? |
| 01:45:31 | 4 | A.  Yeah, that looks like what I wrote, yes. |
| 01:45:33 | 5 | Q.  And on the bottom of the screen there, there's an image |
| 01:45:35 | 6 | from the game BattleForge, right? |
| 01:45:41 | 7 | A.  Yes. |
| 01:45:41 | 8 | MR. MOORE:  All right.  Now, could you blow up the |
| 01:45:43 | 9 | paragraph there now, please, Mr. Groat? |
| 01:45:46 | 10 | Q.  (By Mr. Moore)  All right.  So about five lines down at |
| 01:45:51 | 11 | the end of the line, do you see the sentence that says "in |
| 01:45:54 | 12 | the example"? |
| 01:45:57 | 13 | A.  Yes. |
| 01:45:57 | 14 | Q.  And that -- there you say -- first, you say:  In the |
| 01:46:03 | 15 | example shown below, the player initially has 91 power |
| 01:46:07 | 16 | shown on its power meter when selecting the Master Archers, |
| 01:46:13 | 17 | and then a reference to BFframe1.  Do you see that? |
| 01:46:19 | 18 | A.  Yes, I do. |
| 01:46:19 | 19 | MR. MOORE:  If you could take that down and blow |
| 01:46:22 | 20 | up the image below that, along with the text underneath it, |
| 01:46:26 | 21 | please.  That's fine. |
| 01:46:27 | 22 | Q.  (By Mr. Moore)  This is the image BFframe1, correct? |
| 01:46:31 | 23 | A.  Yes. |
| 01:46:32 | 24 | Q.  And what you're referring to there as 91 is in the very |
| 01:46:35 | 25 | top right corner -- |

01:46:36  1          MR. MOORE:  I don't know if you can blow that up

01:46:38  2   anymore, please, Mr. Groat.

01:46:40  3   Q.  (By Mr. Moore)  You're referring to the number 91 right

01:46:43  4   there in the upper right corner, correct?

01:46:44  5   A.  That's right.

01:46:45  6          MR. MOORE:  All right.  Could we go back to the

01:46:47  7   paragraph, please?  And blow up the paragraph again.

01:46:54  8   Q.  (By Mr. Moore)  Okay.  So the sentence continues in

01:46:56  9   your report:  Followed by placement of the Master Archers

01:47:01  10  in the battlefield with an increase in power of + 4 to 95

01:47:07  11  available power.  And then you refer to BFframe2.

01:47:11  12         And you wrote that in your report?

01:47:13  13  A.  I did.

01:47:14  14         MR. MOORE:  All right.  Could we go to the next

01:47:16  15  page, please?  And please blow up the top image along with

01:47:20  16  the text underneath.

01:47:22  17  Q.  (By Mr. Moore)  And this is BFframe2 as you refer to in

01:47:27  18  your report?

01:47:27  19  A.  It is.

01:47:27  20  Q.  And the 95 that we're talking about, again, is in the

01:47:30  21  upper right-hand corner, correct?

01:47:33  22  A.  That's right.

01:47:36  23  Q.  All right.

01:47:36  24         MR. MOORE:  Let's go back to the prior page and

01:47:38  25  blow up the paragraph.

01:47:39  1   Q.  (By Mr. Moore)   And then you continue with that

01:47:41  2   sentence by saying:   And subtraction of the 50 power cost

01:47:46  3   for Master Archers from 95 available power as the Master

01:47:51  4   Archers are deployed into the battlefield, and you refer to

01:47:56  5   BFframe3, correct?

01:48:00  6   A.  That's correct.

01:48:01  7           MR. MOORE:   Now, let's go to the next page, again,

01:48:04  8   and please pull up BFframe3 at the bottom of the page.

01:48:09  9   Q.  (By Mr. Moore)   And this is the BFframe3; is that

01:48:11  10  correct?

01:48:11  11  A.  Yes, it is.

01:48:14  12  Q.  All right.   And up in the upper right-hand corner it

01:48:17  13  says 45, right?

01:48:19  14  A.  Right.

01:48:20  15  Q.  And that's what happens when the 50 power cost for the

01:48:24  16  Master Archers is subtracted from the 95 available power is

01:48:28  17  you get that 45, right?

01:48:30  18  A.  Exactly.

01:48:31  19          MR. MOORE:   Thank you.   You may take that down.

01:48:35  20  Q.  (By Mr. Moore)   Now, you also talked about the Magic

01:48:37  21  game, correct?

01:48:38  22  A.  I did.

01:48:39  23  Q.  And, again, that's not a game that GREE published,

01:48:43  24  right?

01:48:43  25  A.  That's right.

1034

01:48:44  1  Q.  Who published Magic?

01:48:47  2  A.  The game I reviewed was published by MicroProse.

01:48:52  3  Q.  And there -- you said the game that you reviewed.

01:48:52  4  That's because there was a number of Magic games that have

01:48:52  5  been published over the years?

01:48:53  6  A.  That's correct, there have been many PC games based on

01:48:57  7  the card game Magic.

01:48:58  8  Q.  And the one that you relied on for your invalidity

01:49:01  9  opinions in this case is a game called Magic: The Gathering

01:49:07  10  that was published in 1997; is that right?

01:49:09  11  A.  That's correct.

01:49:11  12  Q.  Okay.  But you have never played the 1997 Magic PC

01:49:17  13  game, have you?

01:49:17  14  A.  I have not.

01:49:18  15  Q.  In fact, you don't -- you didn't recall at your

01:49:20  16  deposition whether you were even aware of that game before

01:49:23  17  you were hired for this case; is that right?

01:49:25  18  A.  That's right.

01:49:26  19  Q.  And you didn't show the jury any source code from the

01:49:31  20  1997 Magic PC game on your direct testimony, did you?

01:49:34  21  A.  I did not.

01:49:35  22  Q.  In fact, you've never seen the source code from the

01:49:38  23  1997 Magic PC game; is that correct?

01:49:40  24  A.  That's correct.

01:49:40  25  Q.  Now, you did show a manual from that game; is that

01:49:43  1   right?

01:49:43  2   A.  Yes, yes, I --

01:49:44  3   Q.  And you got that manual for -- from the attorneys for

01:49:48  4   Supercell; is that right?

01:49:49  5   A.  That's right.

01:49:50  6   Q.  Now, the second invalidity defense that you offered

01:50:01  7   testimony about was this defense of obviousness; is that

01:50:04  8   correct?

01:50:04  9   A.  That's correct.

01:50:04  10  Q.  And what obviousness is, is that if you have two or

01:50:09  11  more different prior art games or other references, you can

01:50:12  12  combine them together to try to make the invention, right?

01:50:16  13  A.  I don't know about trying to make the invention, but I

01:50:22  14  think the test for obviousness is whether all of the claim

01:50:24  15  elements are disclosed by a combination of references in

01:50:28  16  combination with the knowledge of one of ordinary skill.

01:50:30  17  Q.  Right.  But that combination must disclose all of the

01:50:35  18  claim elements, right?

01:50:36  19  A.  That's correct.

01:50:37  20  Q.  If even a single claim element is not disclosed by that

01:50:41  21  combination, then there can be no obviousness, correct?

01:50:44  22  A.  That's right.

01:50:45  23  Q.  Okay.  And to -- for you to testify and persuade the

01:50:54  24  jury of obviousness, you can't use hindsight, correct?

01:50:57  25  A.  Yes, that's correct.

01:50:58   1   Q.   In other words, you don't look at what's known right

01:51:01   2   now and say, well, 10 years -- you know, looking back 10

01:51:03   3   years ago, that seems obviousness now?  That's not the

01:51:06   4   right test, is it?

01:51:07   5   A.   No.  The test for obviousness is in view of the person

01:51:10   6   of ordinary skill in the art at the time of the invention.

01:51:12   7   Q.   And so -- in other words, you must cast your mind back

01:51:16   8   to the time of the invention and think about what was known

01:51:19   9   then?

01:51:19   10  A.   Correct.

01:51:20   11  Q.   And the time of the invention for the GREE '137 and

01:51:25   12  '481 battle patents is 2013; is that correct?

01:51:28   13  A.   That's right.

01:51:28   14  Q.   Now, your argument -- or, I'm sorry, not your

01:51:34   15  arguments.  Your testimony on obviousness related to the

01:51:37   16  combination of BattleForge and Magic, correct?

01:51:41   17  A.   I did testify on that, yes.

01:51:44   18  Q.   All right.  And those are the same two games that you

01:51:47   19  looked at for the anticipation testimony, correct?

01:51:49   20  A.   Yes.

01:51:51   21  Q.   In other words, what you say is that if you take what

01:51:55   22  Magic had and what BattleForge had and you combine them,

01:51:59   23  then you end up with something that has all of the elements

01:52:03   24  of the claims of the GREE patents, correct?

01:52:06   25  A.   When you add in the knowledge of one of ordinary skill,

| | | |
|---|---|---|
| 01:52:10 | 1 | that's true. |
| 01:52:11 | 2 | Q.  Right.  In light of what people of ordinary skill |
| 01:52:14 | 3 | thought in 2013, correct? |
| 01:52:15 | 4 | A.  Correct. |
| 01:52:16 | 5 | Q.  All right.  Now, Magic came out in 1997, correct? |
| 01:52:20 | 6 | A.  Yes. |
| 01:52:21 | 7 | Q.  And BattleForge came out in 2009, right? |
| 01:52:26 | 8 | A.  Yes. |
| 01:52:26 | 9 | Q.  Now, you didn't present any evidence here that between |
| 01:52:30 | 10 | 1997 and 2009 anybody came out with a game that combined |
| 01:52:36 | 11 | the features of Magic and BattleForge, correct? |
| 01:52:43 | 12 | A.  Well, I mean, I -- I discussed BattleForge is itself a |
| 01:52:47 | 13 | combination of real-time strategy games and that card -- |
| 01:52:53 | 14 | collectible card game genre which Magic launched, but I |
| 01:53:01 | 15 | mean, other than that, I don't know that I did. |
| 01:53:03 | 16 | Q.  You didn't point to a real game that existed where you |
| 01:53:04 | 17 | said, look, it's got all the features of both Magic and |
| 01:53:07 | 18 | BattleForge, right? |
| 01:53:07 | 19 | A.  No, I did not. |
| 01:53:08 | 20 | Q.  Okay.  And -- you didn't point to any real game that |
| 01:53:14 | 21 | existed after 2009 and before 2013 that had all of the |
| 01:53:18 | 22 | features of the combination of the Magic game and the |
| 01:53:21 | 23 | BattleForge game, did you? |
| 01:53:22 | 24 | A.  No, I did not. |
| 01:53:28 | 25 | Q.  All right.  And you've been here throughout various |

01:53:30  1  points of this trial; is that right?

01:53:31  2  A.  Yes, that's right.

01:53:31  3  Q.  Have you heard the testimony that between the 2009 and

01:53:35  4  2013 time frame, these mobile social games were becoming

01:53:38  5  very popular?

01:53:38  6  A.  I did hear that.

01:53:40  7  Q.  All right.  Okay.  Now, on the issue of infringement,

01:53:58  8  Mr. Friedman, you didn't -- the analysis that you did on

01:54:00  9  infringement looked at whether every element of the claims

01:54:03  10  of the '137 and '481 patents were present in Clash Royale,

01:54:09  11  correct?

01:54:09  12  A.  Yes, I looked at that.

01:54:11  13  Q.  And that's the proper analysis to do for infringement,

01:54:14  14  right?

01:54:14  15  A.  So for infringement, all you have to do is identify one

01:54:19  16  element of the claim that's not met by the accused device,

01:54:23  17  and it doesn't infringe.

01:54:24  18  Q.  Right.  So the question of infringement is, does it

01:54:26  19  have the elements, or doesn't it have -- doesn't it have

01:54:29  20  the elements, right?

01:54:30  21  A.  That's correct.

01:54:31  22  Q.  Okay.  Now, you didn't present any testimony that there

01:54:35  23  can't be any infringement because GREE doesn't use its own

01:54:39  24  patents here in the United States, did you?

01:54:41  25  A.  No, I did not.

| | | |
|--|--|--|
| 01:54:42 | 1 | Q.  That's not a defense to patent infringement, right? |
| 01:54:44 | 2 | A.  I -- I don't believe so. |
| 01:54:47 | 3 | Q.  Instead, the question on infringement is whether |
| 01:54:50 | 4 | Supercell uses the inventions in GREE's patents in the |
| 01:54:54 | 5 | United States, correct? |
| 01:54:55 | 6 | A.  Yeah, I think it's make, use, sell, or offer to sell, |
| 01:55:00 | 7 | yes. |
| 01:55:00 | 8 | Q.  Right.  But by Supercell, not by GREE, right, for |
| 01:55:04 | 9 | infringement? |
| 01:55:05 | 10 | A.  Right. |
| 01:55:05 | 11 | Q.  Okay.  Now, you didn't present any arguments that there |
| 01:55:08 | 12 | can't be any infringement here because Supercell makes more |
| 01:55:11 | 13 | money on its games in the United States than GREE does, did |
| 01:55:14 | 14 | you? |
| 01:55:14 | 15 | A.  I did not. |
| 01:55:15 | 16 | Q.  And that's not a defense to patent infringement either, |
| 01:55:18 | 17 | right? |
| 01:55:18 | 18 | A.  Not to my knowledge. |
| 01:55:19 | 19 | Q.  Okay.  You also didn't argue that there can't be an |
| 01:55:22 | 20 | infringement here because GREE's from Japan, right? |
| 01:55:25 | 21 | A.  I did not say that, no. |
| 01:55:26 | 22 | Q.  I understand. |
| 01:55:27 | 23 | A.  No. |
| 01:55:28 | 24 | Q.  Because wherever a party comes from is not relevant to |
| 01:55:32 | 25 | the question of patent infringement; is that right? |

| | | |
|---|---|---|
| 01:55:34 | 1 | A.  Not to my knowledge. |
| 01:55:35 | 2 | Q.  As long as a company owns a United States patent and |
| 01:55:37 | 3 | the company can prove that a Defendant infringes it, then |
| 01:55:43 | 4 | there should be patent infringement, right? |
| 01:55:44 | 5 | A.  That's my understanding, yes. |
| 01:55:46 | 6 | Q.  Okay.  Now, in your testimony on infringement, you |
| 01:55:56 | 7 | address, I believe, two claim elements that are present in |
| 01:56:01 | 8 | the '137 and '481 battle patents; is that right? |
| 01:56:07 | 9 | A.  I think that's right.  I mean, I addressed a couple of |
| 01:56:12 | 10 | features. |
| 01:56:12 | 11 | Q.  Right.  But your opinion was that there are two claim |
| 01:56:15 | 12 | elements that you would argue are not present in Clash |
| 01:56:18 | 13 | Royale, correct? |
| 01:56:18 | 14 | A.  My opinion is that those two elements are missing. |
| 01:56:22 | 15 | Q.  Okay. |
| 01:56:22 | 16 | MR. MOORE:  Could we please pull up Slide 2 from |
| 01:56:25 | 17 | the cross slides, Mr. Groat? |
| 01:56:28 | 18 | Q.  (By Mr. Moore)  All right.  You see here this is '137 |
| 01:56:37 | 19 | patent, Claim 1? |
| 01:56:38 | 20 | A.  Yes. |
| 01:56:39 | 21 | Q.  All right.  And the two claim elements about which you |
| 01:56:43 | 22 | testified are the ones that are labeled h and i; is that |
| 01:56:49 | 23 | correct? |
| 01:56:49 | 24 | A.  I think that was the -- the labeling, yes. |
| 01:56:53 | 25 | Q.  All right.  So those are the two that you have |

1041

01:56:55  1  testified here are not met or are not present in Clash

01:56:58  2  Royale, right?

01:56:59  3  A.  That's right.

01:57:00  4  Q.  But you didn't offer any testimony disputing that Claim

01:57:06  5  Elements a through g are present in Clash Royale; is that

01:57:09  6  right?

01:57:09  7  A.  Not here in trial, no.

01:57:10  8  Q.  So you didn't get up and say, well, a is not there, b

01:57:14  9  is not there, et cetera; you only focused on h and i,

01:57:18  10  correct?

01:57:18  11  A.  That's what I focused on, correct.

01:57:21  12       MR. MOORE:  All right.  Okay.  Take that down,

01:57:24  13  please.

01:57:24  14  Q.  (By Mr. Moore)  Now, you showed the jury some source

01:57:29  15  code from Clash Royale, correct?

01:57:30  16  A.  I did.

01:57:32  17  Q.  And in Clash Royale, there's both source code that runs

01:57:37  18  on the servers and then source code that runs on the client

01:57:41  19  device, such as the user's phone; is that right?

01:57:45  20  A.  That's correct.

01:57:45  21  Q.  And now, the -- the server source code is written in a

01:57:48  22  language called Java?

01:57:49  23  A.  Yes.

01:57:50  24  Q.  And it will have an extension on it?  Go ahead.

01:57:54  25  A.  File extension, dot, dot --

01:57:55  1   Q.  I was going to let you pour your water.  That's fine.

01:58:01  2          THE COURT:  Let's be sure we talk one at a time,

01:58:04  3   gentlemen.

01:58:04  4          MR. MOORE:  Thank you, Your Honor.

01:58:05  5          THE COURT:  Let's continue.

01:58:05  6          MR. MOORE:  Okay.

01:58:06  7   Q.  (By Mr. Moore)  The server code in Clash Royale written

01:58:08  8   in the Java language has a file extension of .Java,

01:58:12  9   correct?

01:58:12  10  A.  Yes, typically.

01:58:14  11  Q.  And the client-side source code for Clash Royale is

01:58:16  12  written in a language known as C++, correct?

01:58:20  13  A.  That's correct.

01:58:21  14  Q.  And the file extension for that code is .cpp; is that

01:58:26  15  correct?

01:58:26  16  A.  And .h, but, yes, correct.

01:58:30  17  Q.  Okay.  But in your direct testimony, you only showed

01:58:33  18  the jury source code files with the .cpp extension, right?

01:58:40  19  A.  That's correct.

01:58:41  20  Q.  And so you only showed the jury client-side source code

01:58:44  21  in your direct testimony, correct?

01:58:46  22  A.  Right.

01:58:46  23  Q.  And you didn't show them any server-based source code,

01:58:51  24  correct?

01:58:51  25  A.  I did not.

01:58:51    1    Q.  Okay.

01:59:07    2         MR. MOORE:  Could you please pull up, Mr. Groat,

01:59:11    3    Mr. Friedman's rebuttal report, at Page 30, Paragraph 51?

01:59:32    4    Q.  (By Mr. Moore)  All right.  Now, in your rebuttal

01:59:34    5    report at Paragraph 51, towards the end of the paragraph,

01:59:39    6    do you see the sentence that begins:  As shown in the video

01:59:42    7    and described below?

01:59:43    8    A.  Yes, I see that.

01:59:44    9    Q.  And there you write:  As shown in the video and

01:59:48    10   described below, selection of a card in Clash Royale is not

01:59:52    11   complete until the player both chooses a card from the

01:59:56    12   player's hand and then chooses where within the battlefield

02:00:00    13   the card will be played.

02:00:03    14        Is that correct?

02:00:03    15   A.  That's correct.

02:00:06    16        MR. MOORE:  Could you please go to Mr. Friedman's

02:00:09    17   opening report, Page 386, at Paragraph 1087, and please --

02:00:21    18   I'm sorry, 1057.  Please blow that up.

02:00:23    19   Q.  (By Mr. Moore)  Now, in this paragraph, you were

02:00:30    20   discussing when the players may begin to play their cards;

02:00:34    21   is that correct?

02:00:34    22   A.  Yes, that's correct.

02:00:35    23   Q.  And in the second sentence of the paragraph, you talk

02:00:39    24   about there being two manners in which a player may select

02:00:44    25   a card for play, correct?

| | | |
|---|---|---|
| 02:00:47 | 1 | A.  Yes, that's right. |
| 02:00:48 | 2 | Q.  One is they can tap on the card and then tap on the |
| 02:00:53 | 3 | battlefield, correct? |
| 02:00:55 | 4 | A.  Yes. |
| 02:00:55 | 5 | Q.  And then the second way they can do it is they can drag |
| 02:00:59 | 6 | their finger from the card to a location on the battlefield |
| 02:01:03 | 7 | and then release, correct? |
| 02:01:05 | 8 | A.  That's correct. |
| 02:01:05 | 9 | Q.  And then in the next sentence you say:  Once either |
| 02:01:08 | 10 | method is used, the selected card is erased from the hand, |
| 02:01:12 | 11 | the Elixir cost of the card is subtracted from the Elixir |
| 02:01:15 | 12 | meter, and the troop represented by the card appears at the |
| 02:01:20 | 13 | desired location in a transparent, inactive state. |
| 02:01:25 | 14 | Is that correct? |
| 02:01:25 | 15 | A.  That's correct. |
| 02:01:25 | 16 | Q.  Okay.  -- |
| 02:01:28 | 17 | MR. MOORE:  Could we -- you can take that down? |
| 02:01:31 | 18 | Can we please go to Paragraph 1059, and blow that |
| 02:01:35 | 19 | one up? |
| 02:01:36 | 20 | Q.  (By Mr. Moore)  Now, you understand that -- you talked |
| 02:01:38 | 21 | about Elixir on your direct testimony? |
| 02:01:41 | 22 | A.  Yes, that's right. |
| 02:01:42 | 23 | Q.  And this is the bar at the bottom that goes up and down |
| 02:01:44 | 24 | over the course of the game? |
| 02:01:45 | 25 | A.  That's what's shown on the screen, yes. |

| | | |
|---|---|---|
| 02:01:47 | 1 | Q.  On the screen, yes.  Thank you. |
| 02:01:48 | 2 | Now, there's a maximum amount of Elixir that a |
| 02:01:55 | 3 | player can ever get in Clash Royale; is that right? |
| 02:01:57 | 4 | A.  At any one time, yes. |
| 02:01:59 | 5 | Q.  At any one time.  No matter how good they are, they can |
| 02:02:03 | 6 | never get more than 10 Elixir, right? |
| 02:02:05 | 7 | A.  Yes, the Elixir meter can only hold 10 Elixir. |
| 02:02:09 | 8 | Q.  Okay.  And it's full at that point? |
| 02:02:12 | 9 | A.  Right. |
| 02:02:12 | 10 | Q.  Right.  And so if a player has 10 Elixir and then they |
| 02:02:21 | 11 | select a card, there will be subtraction of the amount of |
| 02:02:27 | 12 | that Elixir from the Elixir meter, correct? |
| 02:02:29 | 13 | A.  That's what the screen would show, yes. |
| 02:02:34 | 14 | Q.  Right.  And that's how the game works, right? |
| 02:02:36 | 15 | A.  Well, so the source code shows something a little bit |
| 02:02:39 | 16 | different. |
| 02:02:39 | 17 | Q.  Okay.  Now, if you have 10 Elixir, for example, and you |
| 02:02:43 | 18 | play a card that costs 5, your Elixir meter will go down |
| 02:02:47 | 19 | from 10 to 5, correct? |
| 02:02:48 | 20 | A.  That's what would be shown on the screen, yes. |
| 02:02:50 | 21 | Q.  Okay.  All right. |
| 02:02:54 | 22 | MR. MOORE:  Let me go to, please, Mr. Friedman's |
| 02:03:02 | 23 | Demonstratives 3A. |
| 02:03:05 | 24 | And, Your Honor, I'd like to show Mr. Friedman the |
| 02:03:08 | 25 | Slide No. 3, but I don't know if that's one for which |

02:03:11   1   Supercell's counsel would want to seal the courtroom.

02:03:13   2          THE COURT:  Take a moment and check with

02:03:15   3   Supercell's counsel.

02:03:16   4          MR. MOORE:  Thank you.

02:03:22   5          Your Honor, I'm advised that they would like to

02:03:25   6   seal the courtroom for this portion.

02:03:26   7          THE COURT:  All right.  Then to protect that

02:03:28   8   confidential information and based on counsel's

02:03:31   9   representation, I'll order the courtroom sealed.

02:03:33   10          Anyone present not subject to the protective order

02:03:35   11   that's been entered in this case should excuse themselves

02:03:38   12   and remain outside until the courtroom is reopened and

02:03:41   13   unsealed.

02:03:47   14          (Courtroom sealed.)

02:03:47   15          (This portion of the transcript is sealed and

02:03:47   16          filed under separate cover as

02:03:49   17          Sealed Portion No. 4.)

02:11:37   18          (Courtroom unsealed.)

02:11:38   19          THE COURT:  All right.  Counsel, proceed with your

02:12:02   20   redirect examination.

02:12:03   21          MR. KOHM:  Thank you, Your Honor.

02:12:03   22                  <u>REDIRECT EXAMINATION</u>

02:12:04   23   BY MR. KOHM:

02:12:04   24   Q.  Mr. Friedman, GREE's counsel asked you about whether --

02:12:08   25   regarding mobile social games; do you recall that?

| | | |
|---|---|---|
| 02:12:11 | 1 | A.  I do, yes. |
| 02:12:12 | 2 | Q.  Is there any requirement in the '137 or '481 patents |
| 02:12:17 | 3 | that limit those patents to mobile social games? |
| 02:12:21 | 4 | A.  No. |
| 02:12:22 | 5 | Q.  Would it be possible to create a game that implemented |
| 02:12:26 | 6 | the claims of the '137 and '481 patent without being a |
| 02:12:33 | 7 | mobile social game? |
| 02:12:33 | 8 | A.  Yes. |
| 02:12:39 | 9 | Q.  GREE's counsel asked you -- or whether you reviewed the |
| 02:12:46 | 10 | source code for BattleForge and Magic.  Do you recall that? |
| 02:12:49 | 11 | A.  I do. |
| 02:12:49 | 12 | Q.  Why didn't you review the source code for BattleForge |
| 02:12:52 | 13 | and Magic? |
| 02:12:53 | 14 | A.  Couple of reasons.  First of all, source code is |
| 02:12:56 | 15 | generally confidential, and game companies don't release |
| 02:13:00 | 16 | it.  The only exception would be -- the usual exception |
| 02:13:03 | 17 | would be if it were an open source game, one that the |
| 02:13:06 | 18 | source code is published. |
| 02:13:08 | 19 |       But Electronic Arts especially, when they released |
| 02:13:11 | 20 | BattleForge, they wouldn't have published the source code. |
| 02:13:14 | 21 |       But more to the point, these games are 10, maybe |
| 02:13:18 | 22 | 20-plus years old, so the source code was not available. |
| 02:13:24 | 23 |       But really more to the point, I didn't need to |
| 02:13:26 | 24 | rely on the source code for the behavior of the game |
| 02:13:29 | 25 | because I wasn't attempting to identify the claim |

02:13:32  1   limitations by pointing at particular lines of source code.

02:13:36  2   I was trying to identify the claim limitations which are

02:13:39  3   method steps, drawing a card, playing a card, subtracting

02:13:43  4   mana or action points.  I was trying to map those claims to

02:13:48  5   behaviors or functions that were displayed by prior games.

02:13:51  6   So you don't need source code to do that.

02:13:55  7   Q.  Does the specification of the '137 and '481 patent

02:13:59  8   disclose any source code?

02:14:01  9   A.  No, it doesn't.

02:14:18  10  Q.  Were you able to determine whether or not Clash Royale

02:14:21  11  infringed or not infringed these patents without reviewing

02:14:24  12  source code?

02:14:25  13  A.  So that's a -- that's a tricky question, because on

02:14:29  14  first blush, it looks like the game might work in a certain

02:14:33  15  way.  But when you slow it down and kind of step through

02:14:36  16  frame-by-frame, you realize there's something more is going

02:14:40  17  on.

02:14:40  18        So, really, you do need to open up the source code

02:14:43  19  and examine how the flow of messages goes to the game.  And

02:14:47  20  that's why I prepared that flowchart so I could explain

02:14:50  21  that for you.

02:14:51  22  Q.  And do you recall the screenshots that were shown to

02:14:54  23  Dr. Akl during his cross-examination?

02:14:56  24  A.  Yes, I do.

02:14:56  25  Q.  Do you believe that those accurately reflect the

| | | |
|---|---|---|
| 02:15:00 | 1 | operation of the source code? |
| 02:15:01 | 2 | A.  Yes, they do. |
| 02:15:07 | 3 | Q.  Do you believe that what was shown in those slides was |
| 02:15:12 | 4 | an anomaly? |
| 02:15:14 | 5 | A.  No, not at all.  It's -- the -- the constant addition |
| 02:15:17 | 6 | of Elixir is reflected in the Elixir bar.  It's very much |
| 02:15:20 | 7 | disclosed by the source code -- in fact, the line that we |
| 02:15:23 | 8 | reviewed. |
| 02:15:25 | 9 | Q.  GREE's counsel showed you your report where you |
| 02:15:36 | 10 | provided some opinions regarding BattleForge.  Do you |
| 02:15:43 | 11 | recall that? |
| 02:15:43 | 12 | A.  I do. |
| 02:15:45 | 13 | MR. KOHM:  And can we please pull that up, |
| 02:15:47 | 14 | Mr. Smith?  It was, I believe, opening at 368.  Oh, I'm |
| 02:16:03 | 15 | sorry, wrong one -- 1059. |
| 02:16:27 | 16 | Could you pull up, I'm sorry, Paragraph 368 of |
| 02:16:31 | 17 | Mr. Friedman's opening expert report? |
| 02:16:35 | 18 | Here, I'll just use -- Ms. Lockhart, can we use |
| 02:16:39 | 19 | the ELMO? |
| 02:16:41 | 20 | Q.  (By Mr. Kohm)  And I believe it's -- it's -- in |
| 02:16:59 | 21 | Paragraphs 1058 and 1059 where you were discussing -- I |
| 02:17:03 | 22 | guess in this case, Clash Royale, do you discuss addition |
| 02:17:09 | 23 | in either of these paragraphs? |
| 02:17:12 | 24 | A.  Let me -- |
| 02:17:13 | 25 | Q.  Actually withdrawn.  Let me rephrase. |

02:17:14    1          In either of these paragraphs do you discuss the

02:17:18    2    sequence in the relationship between the subtraction

02:17:20    3    occurring after selection with -- in comparison to when

02:17:24    4    addition occurs?

02:17:25    5    A.  Let me just read this on paper.  Yeah, I mean, I'm

02:17:43    6    talking about how the players can play or move regardless

02:17:46    7    of whether -- what's happening.  Really, the -- the point

02:17:48    8    here is the Elixir is growing regardless of whether you

02:17:51    9    play or not.

02:17:52   10    Q.  And with respect to BattleForge -- let me get

02:18:21   11    the right -- GREE's counsel asked you whether you believe

02:18:23   12    BattleForge met the claim limitations, correct?

02:18:27   13    A.  That's right.

02:18:27   14    Q.  And BattleForge includes some form of constant

02:18:30   15    addition?

02:18:30   16    A.  That's right.  BattleForge -- the -- the growth of

02:18:33   17    power in BattleForge is effectively identical to the growth

02:18:35   18    of power -- or Elixir in Clash Royale.  The timing is a

02:18:42   19    little different.  I think it's on 2-second increments

02:18:45   20    instead of sub-second increments.

02:18:49   21          But in both cases, they're both real-time games,

02:18:51   22    so BattleForge's power flows into that big round bubble at

02:18:52   23    a certain rate.  And in Clash Royale, Elixir flows into the

02:18:55   24    Elixir meter at a certain rate.  But addition in both games

02:18:59   25    is happening constantly.

| | | |
|---|---|---|
| 02:19:00 | 1 | Q.  And in this case, you've given the opinion that Clash |
| 02:19:06 | 2 | Royale does not infringe, and yet BattleForge practices the |
| 02:19:10 | 3 | limitations.  Is your testimony inconsistent? |
| 02:19:14 | 4 | A.  No, I don't think so. |
| 02:19:15 | 5 | Q.  Why? |
| 02:19:15 | 6 | A.  Well, for a couple of reasons.  The -- the disclosure |
| 02:19:24 | 7 | of constantly flowing Elixir having -- meeting a |
| 02:19:31 | 8 | sequence -- let me say it this way. |
| 02:19:33 | 9 | If what you're trying to do is disclose that |
| 02:19:36 | 10 | there's a sequence of selection, subtraction, and addition, |
| 02:19:40 | 11 | then finding that sequence in the prior art is sufficient |
| 02:19:46 | 12 | because one of ordinary skill would know -- and especially |
| 02:19:51 | 13 | when combined with other references, but certainly even by |
| 02:19:53 | 14 | itself, taking a look at the game, the real-time game that |
| 02:19:58 | 15 | says, well, if I'm playing a card, I subtract its -- its -- |
| 02:20:05 | 16 | not Elixir -- its power, and then the meter goes up after |
| 02:20:09 | 17 | that is a disclosure of that sequence. |
| 02:20:11 | 18 | The construction that was issued later actually |
| 02:20:14 | 19 | said:  Well, in order to infringe, you can only do that |
| 02:20:17 | 20 | sequence.  But if you know about the sequence, you know |
| 02:20:21 | 21 | about the sequence. |
| 02:20:24 | 22 | So infringement requires the only test, which |
| 02:20:30 | 23 | means that Clash Royale -- in order for it to infringe, |
| 02:20:33 | 24 | must -- selection must precede subtraction, and subtraction |
| 02:20:40 | 25 | must precede addition. |

02:20:41  1          And so we see that sequence in the prior art, and

02:20:44  2   the fact that other sequences also exist in the prior art

02:20:47  3   does not change that disclosure.

02:20:48  4   Q.  And are you -- with respect to Slides 4 and 5 that we

02:20:53  5   looked at with you with the -- the loop, the game loop --

02:20:56  6   A.  The flowcharts?

02:20:58  7   Q.  Yes.

02:20:59  8   A.  Yes.

02:20:59  9   Q.  Are you aware any of similar functionality in Magic or

02:21:03  10  BattleForge?

02:21:04  11  A.  Well, I mean, the flowcharts were intended to reflect

02:21:11  12  the operation of the Clash Royale source code.  The flow of

02:21:19  13  the game within Magic or within BattleForge would -- would

02:21:26  14  in some respects be similar.

02:21:29  15          I mean, I -- the issue of sending a message to a

02:21:31  16  server to sync up games, that would have been present in

02:21:34  17  BattleForge but not in Magic because the flow of the game

02:21:37  18  works differently.

02:21:38  19  Q.  Let me be more specific.

02:21:40  20          In BattleForge, are you aware of a functionality

02:21:45  21  that involves the 20-tick timer before deployment?

02:21:51  22  A.  Oh, I'm not specifically aware of -- of the

02:22:00  23  lag-prevention mechanism that -- that BattleForge uses.

02:22:23  24          MR. KOHM:  No further questions, Your Honor.

02:22:25  25          THE COURT:  You pass the witness?

```
02:22:26    1              MR. KOHM:  I do.

02:22:28    2              THE COURT:  All right.  Is there additional

02:22:29    3    cross-examination, Mr. Moore?

02:22:31    4              MR. MOORE:  No, Your Honor.

02:22:32    5              THE COURT:  Then you may step down, Mr. Friedman.

02:22:34    6              THE WITNESS:  Thank you, Your Honor.

02:22:57    7              MR. KOHM:  Your Honor, may Mr. Friedman be

02:22:59    8    excused?

02:23:00    9              THE COURT:  Is there objection?

02:23:02   10              MR. MOORE:  Oh, sorry, no objection, Your Honor.

02:23:05   11              THE COURT:  Then, Mr. Friedman, you are excused,

02:23:09   12    sir.  You're free to stay.  You're free to leave.

02:23:16   13         Ladies and gentlemen, we're going to take a short

02:23:19   14    recess at this moment.

02:23:20   15         If you will simply close your notebooks and leave

02:23:23   16    them in your chairs.  I expect this to be relatively short.

02:23:27   17         Follow all my instructions, please, including, of

02:23:30   18    course, not to discuss the case with each other.  We'll be

02:23:34   19    back shortly to continue with the next witness.

02:23:34   20              The jury is excused for recess at this time.

02:23:36   21              COURT SECURITY OFFICER:  All rise.

02:23:50   22         (Jury out.)

02:23:51   23              THE COURT:  Counsel, I'm going to endeavor to keep

02:23:58   24    this to 10 minutes.

02:24:00   25         The Court stands in recess.
```

| | | |
|---|---|---|
| 02:40:35 | 1 | (Recess.) |
| 02:42:36 | 2 | COURT SECURITY OFFICER:  All rise. |
| 02:42:39 | 3 | THE COURT:  Be seated, please. |
| 02:44:26 | 4 | Is Defendant prepared to call their next witness? |
| 02:44:35 | 5 | MR. SACKSTEDER:  We are, Your Honor. |
| 02:44:36 | 6 | THE COURT:  All right.  Let's bring in the jury, |
| 02:44:39 | 7 | please. |
| 02:44:39 | 8 | COURT SECURITY OFFICER:  All rise. |
| 02:44:41 | 9 | (Jury in.) |
| 02:44:47 | 10 | THE COURT:  Please be seated. |
| 02:45:11 | 11 | Defendant, call your next witness. |
| 02:45:18 | 12 | MR. SACKSTEDER:  Thank you, Your Honor. |
| 02:45:19 | 13 | Supercell calls Dr. Mark Claypool by trial |
| 02:45:24 | 14 | deposition video.  And the exhibits that will be used in |
| 02:45:27 | 15 | that are DX-172, DX-173, DX-174, PTX-601, PTX-598 and |
| 02:45:37 | 16 | PTX-5. |
| 02:45:39 | 17 | THE COURT:  All right.  Proceed with the witness |
| 02:45:40 | 18 | by deposition. |
| 02:45:42 | 19 | (Videoclip played.) |
| 02:45:58 | 20 | QUESTION:  Hi, Dr. Claypool. |
| 02:46:01 | 21 | ANSWER:  Hi, Michael. |
| 02:46:03 | 22 | QUESTION:  Would you please introduce yourself to |
| 02:46:05 | 23 | the jury. |
| 02:46:05 | 24 | ANSWER:  Hi, I'm Mark Claypool. |
| 02:46:07 | 25 | QUESTION:  What do you do for a living? |

02:46:10  1        ANSWER:  Of course.  I'm a professor at Worcester

02:46:15  2   Polytechnic Institute.  That's a medium-sized engineering

02:46:17  3   school in Worchester, Massachusetts, just outside of

02:46:19  4   Boston.

02:46:19  5        QUESTION:  What have you been asked to do today?

02:46:21  6        ANSWER:  I've been asked to consider whether

02:46:25  7   Supercell's Clash of Clans game infringes upon the '594

02:46:28  8   patent.

02:46:28  9        QUESTION:  Why can't you be testifying in the

02:46:31 10   courtroom today?

02:46:32 11        ANSWER:  Because of some of the medication I'm on,

02:46:35 12   I'm immunocompromised.  And, as you know, we've got the

02:46:40 13   pandemic going on, and I've been advised by my specialist

02:46:43 14   and my primary care doctor that I should not travel, so to

02:46:48 15   avoid coming to Texas for this trial.

02:46:50 16        As I understand the science of it, is I would be

02:46:52 17   more likely to get COVID if I was exposed, and if I did, it

02:46:59 18   would be bad news.  So I've been urged not to do that.

02:47:01 19        QUESTION:  What patents have you examined for your

02:47:04 20   opinions?

02:47:04 21        ANSWER:  So I examined the-- sort of the shorthand

02:47:07 22   is the '594 patent.

02:47:07 23        QUESTION:  Are you being compensated for your

02:47:09 24   time?

02:47:09 25        ANSWER:  Yes, I am.

02:47:10   1              QUESTION:  How much?

02:47:11   2              ANSWER:  So it's $375.00 an hour, and that's my

02:47:14   3   normal rate.

02:47:15   4              QUESTION:  Do you have any financial stake in the

02:47:17   5   outcome of this case?

02:47:19   6              ANSWER:  No, I do not.

02:47:21   7              QUESTION:  Let's talk about your education and

02:47:23   8   experience for a minute.

02:47:25   9              ANSWER:  Okay.

02:47:25  10              QUESTION:  How long you have been working in the

02:47:27  11   field of video games, computer games, and gaming systems?

02:47:31  12              ANSWER:  Yes, I've been working in the field for

02:47:33  13   about 25 years or so.

02:47:35  14              QUESTION:  Let's start with your education.  What

02:47:37  15   is your educational background in that field?

02:47:39  16              ANSWER:  I have a Bachelor's of Arts in

02:47:42  17   mathematics from Colorado College, and I got a sort of

02:47:46  18   emphasis or minor in computer science there.

02:47:48  19              And then I went to graduate school at the

02:47:53  20   University of Minnesota, and I got a Master's degree and a

02:47:55  21   Ph.D. in computer science, and then I became a professor

02:47:58  22   shortly after that.

02:47:59  23              QUESTION:  Has your work focused on video games

02:48:02  24   and computer games?

02:48:03  25              ANSWER:  So my work at Worcester Polytechnic

02:48:07  1   Institute as a professor definitely has.  I started a --

02:48:10  2   I'm the founder of a one-of-a-kind major actually, in game

02:48:14  3   development.  And so I do teaching and curriculum

02:48:17  4   development in all aspects of developing games.

02:48:19  5        My particular area of interest and specialty are

02:48:23  6   the technical aspects of it, so I teach and research in

02:48:27  7   computer games.

02:48:27  8        QUESTION:  Have you published any literature, any

02:48:30  9   articles, books in the field?

02:48:31  10        ANSWER:  Yeah, I've been fairly prolific as a

02:48:34  11   professor.  Sort of peer-reviewed publications are our

02:48:38  12   currency, and I have over a hundred of those.  About half

02:48:41  13   of them or so are on games and game-related technologies.

02:48:45  14        QUESTION:  Besides your academic work, have you

02:48:47  15   done other activities in professional organizations?

02:48:51  16        ANSWER:  Yeah, so I'm involved professionally,

02:48:54  17   it's called a service role, but I organize conferences.

02:48:59  18   I'm part of steering committees, and I chair some

02:49:02  19   conferences.  And I'm on some editorial boards, and they're

02:49:05  20   related to computer system aspects.  So interactive audio

02:49:08  21   and video and games, the areas.

02:49:09  22        QUESTION:  Have you been recognized as an expert

02:49:11  23   in your field?

02:49:13  24        ANSWER:  Yes, I have.  I've received several best

02:49:15  25   paper awards on -- specifically, those are on some game

02:49:21   1   publications I've had, and I've also been -- received

02:49:23   2   funding from some government agencies and from some

02:49:27   3   industries.

02:49:28   4        Most recently I got some funding from Google.

02:49:30   5   They're building a cloud game system called Stadia.  So

02:49:35   6   they needed my expertise and some help with some of the

02:49:38   7   research with that.  And Intel, they make the computers

02:49:40   8   chips.  They're also doing some of the same.

02:49:42   9        QUESTION:  Thank you, Dr. Claypool.

02:49:44   10        ATTORNEY:  Supercell offers Dr. Claypool as a

02:49:47   11   technical expert in computer games and computer systems.

02:49:53   12        Any objection, counsel?

02:49:55   13        ATTORNEY:  No objection.

02:49:57   14        ATTORNEY:  Thank you, sir.

02:49:58   15        Mr. Smith, if you could put up Slide No. 1,

02:50:02   16   please.

02:50:02   17        QUESTION:  Dr. Claypool, do you recognize the

02:50:05   18   slide deck that we're looking at?

02:50:07   19        ANSWER:  So this is the first slide of the deck

02:50:08   20   that I prepared to help explain the testimony I'm going to

02:50:13   21   give today.

02:50:13   22        QUESTION:  All right.  And you have reviewed the

02:50:15   23   expert report of Dr. Akl and considered his opinions

02:50:18   24   regarding infringement of the '594 patent?

02:50:20   25        ANSWER:  Yes, I have.

02:50:22    1          QUESTION:  And you understand that Dr. Akl

02:50:25    2    contends that Supercell infringes Claim 2 of the '594

02:50:29    3    patent, correct?

02:50:29    4          ANSWER:  I understand that's what he says, yes.

02:50:32    5          QUESTION:  Do you agree with that?

02:50:33    6          ANSWER:  No, I do not agree.  I do not agree that

02:50:36    7    Supercell's Clash of Clans infringes Claim 2 of the '594

02:50:41    8    patent.

02:50:41    9          QUESTION:  Before we talk about your opinion about

02:50:44   10    whether Supercell infringes Claim 2, let's talk about the

02:50:49   11    background of the '594 patent first.

02:50:51   12          Can you tell me what the '594 patent is about?

02:50:54   13          ANSWER:  So the '594 patent -- if you can advance

02:51:02   14    to the next slide.  I'm not sure if you want to come back

02:51:04   15    to this one.  If you want to advance to the next slide,

02:51:07   16    please, I can explain it better.

02:51:08   17          So this is an excerpt from the background section

02:51:10   18    of the patent.  And -- so I've highlighted a few passages.

02:51:14   19          At the time the patent was filed, they were -- the

02:51:17   20    idea of downloading games to smartphones was well-known.

02:51:21   21    Much as today, you can download an app to your smartphone.

02:51:24   22          There were some well-known city games -- city

02:51:27   23    building games they're often called -- where you build a

02:51:30   24    virtual city and you could share it in a social manner with

02:51:32   25    other people.

02:51:33   1        And, in particular, one of the popular games,

02:51:35   2   iconic versions was called SimCity.  In addition, at the

02:51:38   3   time the patent was filed, Clash of Clans was also

02:51:40   4   well-known.

02:51:40   5        QUESTION:  You mentioned a couple of times the

02:51:43   6   time the patent was filed.

02:51:45   7        ATTORNEY:  Mr. Smith, if you could go back to the

02:51:47   8   previous slide.

02:51:48   9        QUESTION:  Do you see the -- the time that the

02:51:50  10   patent was filed on that slide?

02:51:53  11        ANSWER:  Yeah, so -- so this slide shows some of

02:51:56  12   the relevant information.  On the left, that's the cover

02:51:58  13   page of the patent in question, the '594 patent.

02:52:00  14        And the right side of this -- of this slide has a

02:52:04  15   blow-out which sort of shows some of the pertinent

02:52:07  16   information on it.

02:52:07  17        And then the bottom right, to find the filing date

02:52:11  18   you'd look at foreign application and priority date, and

02:52:13  19   you can see it's highlighted here.  It's September 27th,

02:52:16  20   2013.  And then there's a JP there.  That indicates the

02:52:19  21   patent was filed in Japan.

02:52:20  22        QUESTION:  Thank you, Doctor.

02:52:22  23        ATTORNEY:  Can we move to the slide that's after

02:52:25  24   this one now, Mr. Smith.

02:52:28  25        QUESTION:  And you referenced Clash of Clans.  Can

02:52:29  1   you point that out in the background section, please?

02:52:31  2         ANSWER:  Yes, you can see it on the text here,

02:52:34  3   again, the blow out of the background section on the right.

02:52:36  4         And so at the bottom of that, you can see where

02:52:38  5   the background to this patent and the patent writers were

02:52:40  6   aware of Clash of Clans at the time.  And so they -- they

02:52:42  7   cite it, they reference that game, Clash of Clans.

02:52:45  8         QUESTION:  All right.  And were you aware of Clash

02:52:48  9   of Clans before you started working on this lawsuit?

02:52:51  10        ANSWER:  Yeah, definitely.  Clash of Clans is

02:52:54  11  well-known by people that study games in this space.  It is

02:52:58  12  popular.  Has some interesting game mechanics that are

02:53:02  13  studied.  I've even played it a few times.

02:53:04  14        QUESTION:  The patent I think you mentioned is

02:53:07  15  about creating and applying a template.  Can you walk us

02:53:10  16  through what that is?

02:53:13  17        ANSWER:  Sure.  I'd be happy to.

02:53:15  18        There's a figure in the patent, Figure 4, that

02:53:18  19  does a nice visual of this, and I'd be happy to explain how

02:53:21  20  this indicates creation and application of a template.

02:53:25  21        QUESTION:  Please do.

02:53:26  22        ANSWER:  So this is a full page of Figure 4 here

02:53:30  23  on this slide.

02:53:31  24        QUESTION:  Please do explain how that process

02:53:33  25  works as it's disclosed in the patent.

02:53:35    1          ANSWER:  Yes.  So this is now, again, an excerpt

02:53:37    2    of that same figure.  And so the Figure 4 -- let me -- let

02:53:41    3    me start with reading it from the top down.  So I'll start

02:53:45    4    with the top of the figure.

02:53:46    5          So at the top of the figure, it's highlighted in

02:53:49    6    yellow, we have a game space.  So a game space, think of a

02:53:53    7    two-dimensional grid, where you have pieces -- objects in

02:53:57    8    the game that are in the grid, and they're depicted here as

02:54:00    9    those shapes, so there's circles, and diamonds, and

02:54:04   10    squares.  And those are all different kinds of buildings.

02:54:07   11    And they -- the player would put them in the game space in

02:54:09   12    a certain arrangement.

02:54:12   13          ATTORNEY:  Can we go to the next slide?

02:54:15   14          ANSWER:  So -- thank you.

02:54:16   15          You can see what happens next is that -- so

02:54:19   16    there's a highlighted region inside, and so at some time

02:54:22   17    the player has decided they want to keep that particular

02:54:25   18    formation, so those six highlighted squares with the

02:54:28   19    buildings and their relative positions, I want to keep

02:54:32   20    track of those.

02:54:33   21          And it's the -- it's -- the patent term uses a

02:54:35   22    template.  So it's going to create a template of those

02:54:38   23    buildings and their positions, and that gets saved.  So you

02:54:42   24    can see it down -- there's an arrow going down to 410.

02:54:46   25    That saves, so that creates the template for the player.

02:54:49  1           QUESTION:  And what happens then?

02:54:50  2           ANSWER:  So with that template created, at some

02:54:55  3  time later, the player may wish to apply that template.

02:54:57  4  And so application works as depicted in this picture where

02:55:00  5  the player has a different game space.  So there's

02:55:03  6  buildings here again, those same shapes.  They're in a

02:55:08  7  different formation in this case.  And the player would

02:55:10  8  apply that template to a region of the game space, so in

02:55:13  9  this case, the middle of it.

02:55:14  10          So they're applying -- you can see those dashed

02:55:17  11  lines labeled 421 right in the middle.  That's where the

02:55:20  12  player is applying that same template that's been -- been

02:55:23  13  created.

02:55:24  14          And that would -- the -- the game would then move

02:55:26  15  the pieces in relation to those -- those shapes where they

02:55:31  16  are saved to the right location.

02:55:33  17          And the final result is on the bottom.  So the

02:55:35  18  very bottom square is the final location where the pieces

02:55:38  19  have been moved into the -- their specific ordering and

02:55:43  20  position based on that template that's been applied.

02:55:46  21          QUESTION:  All right.  Can you summarize the

02:55:47  22  process for the jury so we have it all together?

02:55:52  23          ANSWER:  So then again depicted in the same figure

02:55:53  24  from the top to bottom, you know, the top part was the

02:55:54  25  creation of a template, and then the bottom aspect of this

| | | |
|---|---|---|
| 02:55:57 | 1 | figure shows the application.  That's what the patent deals |
| 02:56:00 | 2 | with. |
| 02:56:00 | 3 | QUESTION:  All right.  Thank you, Doctor. |
| 02:56:01 | 4 | Now that we have gone through the basics of the |
| 02:56:06 | 5 | patent, let's start talking about your non-infringement |
| 02:56:10 | 6 | positions. |
| 02:56:11 | 7 | ATTORNEY:  If we can move on to the next slide. |
| 02:56:15 | 8 | QUESTION:  Can you explain what this slide shows? |
| 02:56:17 | 9 | ANSWER:  Yes.  This is the text from the '594 |
| 02:56:20 | 10 | patent for Claim 1.  So it's the Claim 1 text with some of |
| 02:56:24 | 11 | the text highlighted in red. |
| 02:56:26 | 12 | QUESTION:  And what is it -- what is the meaning |
| 02:56:28 | 13 | of the -- the highlighting of those portions of the claim? |
| 02:56:32 | 14 | ANSWER:  Yeah, the highlighting is intended to |
| 02:56:35 | 15 | indicate the elements of this claim that are not met by |
| 02:56:38 | 16 | Clash of Clans. |
| 02:56:41 | 17 | QUESTION:  All right.  And what impact does that |
| 02:56:43 | 18 | have?  We're talking about Claim 1.  What impact does that |
| 02:56:46 | 19 | have on your opinion regarding Claim 2? |
| 02:56:49 | 20 | ANSWER:  So Claim 2 is a dependent claim that |
| 02:56:51 | 21 | depends upon Claim 1.  So in order to -- for Claim 2 to be |
| 02:56:55 | 22 | met, each and every element of Claim 1 must be met and each |
| 02:57:00 | 23 | and every element of Claim 2 must be met. |
| 02:57:02 | 24 | QUESTION:  So if one element of either claim is |
| 02:57:05 | 25 | not present, then how does that affect your opinion |

02:57:08   1   regarding infringement of Claim 2?

02:57:11   2         ANSWER:  Right.  So if an element of Claim 1 is

02:57:13   3   not met, then by -- by the legal definition, Claim 2 does

02:57:18   4   not -- cannot be infringed.

02:57:20   5         QUESTION:  What does GREE accuse of infringing?

02:57:25   6         ANSWER:  So GREE accuses the Clash of Clans layout

02:57:30   7   editor of -- of meeting Claim 1, and specifically when the

02:57:35   8   player selects the set as active button in the layout

02:57:39   9   editor.

02:57:39  10         QUESTION:  And why, in your opinion, does the

02:57:44  11   Clash of Clans not satisfy Claim 1?

02:57:47  12         ANSWER:  Yeah, so that -- that action, the layout

02:57:53  13   editor set as active, does not meet again the red -- red

02:57:56  14   elements.  It does not meet the elements of moving the game

02:58:01  15   contents arranged from their first positions to their

02:58:05  16   second positions.

02:58:06  17         QUESTION:  Do you have any demonstrative exhibits

02:58:07  18   that would help the jury understand this concept?

02:58:08  19         ANSWER:  Yes, I do.  I actually have some videos I

02:58:11  20   can discuss that were created by GREE's expert, Dr. Akl.

02:58:14  21         QUESTION:  And this first one is Slide 13.

02:58:18  22         Can you explain to the jury what we're looking at?

02:58:22  23         ANSWER:  Yes.  So this is a video created -- I

02:58:24  24   presume this is Dr. Akl -- where the player, he's in his

02:58:27  25   home village, and he selected a button that takes him to

02:58:31   1   the layout editor.

02:58:31   2         And in the layout editor, the player is --

02:58:34   3   Dr. Akl, presumably, can choose which village is active.

02:58:37   4   And so there -- it may be hard to see quickly.  But there's

02:58:40   5   an active village on the left, he chose a middle slot, and

02:58:44   6   he made that the new active village.

02:58:47   7         QUESTION:  And why does GREE allege that changing

02:58:52   8   layouts practices or uses what's in Claim 1?

02:58:57   9         ANSWER:  So GREE is claiming that by changing the

02:59:00  10   active layout, they're moving positions of the buildings

02:59:03  11   from one location to the other.  And that stems from a

02:59:07  12   misunderstanding of actually how the layout code -- layout

02:59:11  13   editor code works.

02:59:11  14         QUESTION:  Can you explain your basis for saying

02:59:15  15   that that is a misunderstanding and that this portion of

02:59:21  16   the claim is not used?

02:59:22  17         ANSWER:  Yeah, I'd be happy to.

02:59:23  18         I have a demonstrative that shows this.

02:59:28  19         So depicted in the top left of this slide is what

02:59:32  20   might be the player's active village at the current time,

02:59:38  21   so this is the current village, the location of the

02:59:41  22   buildings, and where they're laid out.

02:59:44  23         At some time, the player might wish to change the

02:59:44  24   active village layout so they would enter the layout editor

02:59:49  25   like we saw in the video, and press the set as active

02:59:52  1   button that's indicated by the blue arrow right below it.

02:59:56  2         So the player sometimes says set as active to

03:00:00  3   another layout.  Effectively what the layout editor is

03:00:02  4   doing is clearing the village.  So it's going to reset the

03:00:05  5   positions -- the positions of all the buildings in the

03:00:08  6   village to a new location.

03:00:11  7         So these are game objects that have additional

03:00:15  8   initialization and they're moved to a different location,

03:00:17  9   and that's shown in the bottom right.

03:00:19  10        (Videoclip stopped.)

03:00:19  11        MR. SACKSTEDER:  Your Honor, I apologize for

03:00:21  12   interrupting.  It just occurs to me that there is a little

03:00:24  13   source code discussion in this section.  So we would need

03:00:27  14   to seal the record and the courtroom.  I apologize for

03:00:30  15   interrupting in the middle.

03:00:32  16        THE COURT:  All right.  Based on counsel's

03:00:34  17   request, I'll order the courtroom sealed.

03:00:36  18        Those present not subject to the protective order

03:00:38  19   that's been entered in this case should excuse themselves

03:00:41  20   at this time and remain outside the courtroom until the

03:00:44  21   courtroom is unsealed and they're invited to return.

03:00:48  22        (Courtroom sealed.)

03:00:48  23        (This portion of the transcript is sealed and

03:00:48  24        filed under separate cover as

03:00:49  25        Sealed Portion No. 5.)

```
03:00:49   1              (Courtroom unsealed.)

03:34:10   2              (Witness sworn.)

03:34:11   3         THE COURT:  Please come around, have a seat on the

03:34:19   4    witness stand, sir.

03:34:20   5         MR. DACUS:  May I approach and pass out binders,

03:34:24   6    Your Honor?

03:34:25   7         THE COURT:  You may, counsel.

03:34:45   8         All right.  Counsel, you may proceed with your

03:34:47   9    direct examination.

03:34:48  10         MR. SACKSTEDER:  Thank you, Your Honor.

03:34:48  11         JOSE ZAGAL, PH.D., DEFENDANT'S WITNESS, SWORN

03:34:48  12                    DIRECT EXAMINATION

03:34:49  13    BY MR. SACKSTEDER:

03:34:49  14    Q.  Good afternoon, Dr. Zagal?

03:34:51  15    A.  Good afternoon.

03:34:52  16    Q.  Will you introduce yourself to the jury, please?

03:34:54  17    A.  Hello, my name is Dr. Jose Zagal.

03:34:56  18    Q.  What do you do for a living, sir?

03:34:58  19    A.  I'm a professor at the University of Utah where I teach

03:35:02  20    and do research on games.

03:35:03  21    Q.  Do you have any particular area of expertise?

03:35:05  22    A.  Yes, I do.  I'm an expert now on games and design,

03:35:10  23    computer-supported learning, and also computer science.

03:35:13  24    Q.  Would you tell the jury why you're here today?

03:35:16  25    A.  I'm here to provide testimony and evidence in the
```

| | | |
|---|---|---|
| 03:35:22 | 1 | Supercell/GREE case. |
| 03:35:23 | 2 | Q.  All right.  And what specifically issues are you going |
| 03:35:26 | 3 | to be testifying about? |
| 03:35:26 | 4 | A.  About two patents, the '655 and the '873. |
| 03:35:30 | 5 | Q.  And are you testifying as an expert witness? |
| 03:35:32 | 6 | A.  Yes, I am. |
| 03:35:33 | 7 | Q.  Are you being compensated for your time here? |
| 03:35:36 | 8 | A.  Yes, I am. |
| 03:35:37 | 9 | Q.  How much? |
| 03:35:38 | 10 | A.  $375.00 per hour. |
| 03:35:41 | 11 | Q.  Is that your normal expert services fee? |
| 03:35:44 | 12 | A.  Yes, that is. |
| 03:35:46 | 13 | Q.  Do you have any stake in the outcome of this lawsuit? |
| 03:35:49 | 14 | A.  No, I do not. |
| 03:35:50 | 15 | Q.  Have you ever testified in trial or in a hearing as an |
| 03:35:54 | 16 | expert witness before? |
| 03:35:55 | 17 | A.  No, this is actually my first time on the stand. |
| 03:35:59 | 18 | THE COURT:  Since it's your first time, let me ask |
| 03:36:01 | 19 | you to slow down just a little bit with your answers, |
| 03:36:05 | 20 | please, Dr. Zagal. |
| 03:36:07 | 21 | THE WITNESS:  Yes, Your Honor, my apologies. |
| 03:36:08 | 22 | THE COURT:  Not a problem. |
| 03:36:09 | 23 | Let's continue, counsel. |
| 03:36:11 | 24 | Q.  (By Mr. Sacksteder)  Did you prepare any slides to |
| 03:36:14 | 25 | assist you to illustrate your testimony? |

03:36:15   1   A.  Yes, I did.

03:36:17   2          MR. SACKSTEDER:  Can we see those?

03:36:18   3   Q.  (By Mr. Sacksteder)  Are these the slides that we're

03:36:20   4   looking at, the opening slide on the page --

03:36:22   5   A.  Yes.

03:36:23   6   Q.  -- on the screen?

03:36:24   7          How long you have worked in the field again?

03:36:26   8   A.  Over 20 years.

03:36:27   9   Q.  Will you tell us about your education in this field?

03:36:30   10  A.  Sure.  I have a Ph.D. in computer science, which I

03:36:35   11  obtained in 2008 from Georgia Institute of Technology.

03:36:38   12         I also have a Master's of Science in engineering

03:36:42   13  sciences.  I'm also a civil industrial engineer with a

03:36:46   14  computer science diploma.  And I'm also a bachelor of

03:36:48   15  engineering sciences.

03:36:49   16         All these other degrees I obtained in Chile from

03:36:54   17  the Pontificia Universidad Católica de Chile.

03:36:55   18  Q.  Have you held any positions in your field outside of

03:36:58   19  academics?

03:36:59   20  A.  Yes, I have.

03:37:00   21  Q.  Will you explain those to the jury, please?

03:37:02   22  A.  I have served as a game designer, game programmer,

03:37:07   23  director of community and content development for online

03:37:11   24  websites, and also game designer and executive director on

03:37:16   25  a variety of different projects.

03:37:19  1   Q.  Were those positions early in your career?

03:37:21  2   A.  Yes, they were.

03:37:22  3   Q.  And after that, what did you do?

03:37:24  4   A.  After I obtained my Ph.D., I was hired as an assistant

03:37:31  5   professor by DePaul University in Chicago where I was

03:37:35  6   invited to join the ranks of the faculty in the game

03:37:39  7   program at that university.

03:37:40  8   Q.  Are you still at DePaul University?

03:37:42  9   A.  No, I am no longer at DePaul University.

03:37:46  10  Q.  Where are you now?

03:37:47  11  A.  I'm currently at the University of Utah.

03:37:49  12  Q.  And what kind of classes do you teach at the University

03:37:53  13  of Utah?

03:37:54  14  A.  So I exclusively teach classes that are related to the

03:37:57  15  game program at both the undergraduate and graduate level.

03:38:01  16  I teach classes in game design, game development, I've

03:38:06  17  taught some of our project's classes, video game ethics,

03:38:10  18  and mobile game design is also a class that I taught.

03:38:14  19  Q.  Are you what they call a full professor now?

03:38:17  20  A.  Yes, I am.  I was recently promoted.

03:38:20  21  Q.  What does that mean?

03:38:21  22  A.  Full professor is the highest rank you can achieve as a

03:38:25  23  professor within the university system.

03:38:26  24  Q.  Besides being a professor, are you involved in any

03:38:29  25  other professional activities in your field?

03:38:30  1   A.  Yes.  I also perform what are called service duties,

03:38:35  2   which is service or volunteer work for professional and

03:38:38  3   also academic organizations.

03:38:39  4   Q.  Are you a member of any sort of -- strike that?

03:38:43  5           Have you been recognized as an expert in the

03:38:46  6   field?

03:38:48  7   A.  Yes, I have.

03:38:48  8   Q.  Please explain that to the jury?

03:38:51  9   A.  So I have won a number of awards.  The two awards that

03:38:57  10  I am most proud of, earlier this year I was named a fellow

03:39:00  11  by the Higher Education Video Game Alliance, HEVGA.  In

03:39:06  12  2016, I was named a distinguished scholar by the Digital

03:39:14  13  Games Research Association.

03:39:14  14          I also have numerous publications, all game

03:39:16  15  related, books, peer-reviewed journal articles,

03:39:16  16  peer-reviewed conference articles, and the like.

03:39:20  17          MR. SACKSTEDER:  Your Honor, I offer Dr. Zagal as

03:39:21  18  a technical expert in computer science and game design and

03:39:25  19  development.

03:39:26  20          THE COURT:  Is there objection?

03:39:27  21          MR. MOORE:  No objection, Your Honor.

03:39:28  22          THE COURT:  Then, without objection, the Court

03:39:30  23  will recognize the witness as an expert in those designated

03:39:35  24  fields.

03:39:35  25          Please continue.

| | | |
|---|---|---|
| 03:39:35 | 1 | MR. SACKSTEDER:  Thank you, Your Honor. |
| 03:39:36 | 2 | May we move to the next slide, Mr. Smith. |
| 03:39:41 | 3 | Q.  (By Mr. Sacksteder)  What do we see on this slide, |
| 03:39:43 | 4 | Dr. Zagal? |
| 03:39:43 | 5 | A.  We see a summary of my opinions. |
| 03:39:46 | 6 | Q.  Will you please walk through them quickly for the jury? |
| 03:39:48 | 7 | A.  Brawl Stars does not infringe the '873 patent.  Clash |
| 03:39:51 | 8 | Royale does not infringe the '655 patent.  The '873 is |
| 03:39:57 | 9 | invalid, and the '655 patent is also invalid. |
| 03:40:00 | 10 | Q.  Can you tell the jury in general terms what the '873 |
| 03:40:08 | 11 | patent is about? |
| 03:40:08 | 12 | A.  Sure.  So the '873 patent describes a method and system |
| 03:40:12 | 13 | for controlling and using a two-step fire process where you |
| 03:40:18 | 14 | aim and then fire on a handheld device that uses a |
| 03:40:23 | 15 | touchscreen and is also connected to a server. |
| 03:40:25 | 16 | Q.  Are we looking at the first page of the '873 patent? |
| 03:40:28 | 17 | A.  Yes, we are. |
| 03:40:29 | 18 | Q.  And is the filing date of the '873 patent shown? |
| 03:40:34 | 19 | A.  Yes. |
| 03:40:35 | 20 | Q.  What is that date? |
| 03:40:37 | 21 | A.  In the United States, October 24th, 2017, up on the top |
| 03:40:43 | 22 | right part of the screen. |
| 03:40:44 | 23 | Q.  Actually, I was referring to the bottom right of the |
| 03:40:47 | 24 | screen. |
| 03:40:48 | 25 | A.  Yes.  So there we see the original filing date, |

03:40:52   1   February 26th of 2013.  And after that there is the letters

03:40:56   2   J and P which indicates that this patent was originally

03:41:00   3   filed in Japan.

03:41:00   4   Q.  And where it says date of patent, I believe, is that

03:41:03   5   the issued date of the patent rather than the filing date?

03:41:06   6   A.  I believe that is the filing.

03:41:10   7   Q.  Do you see in Line 22 where it says:  Filed December

03:41:17   8   13th, 2016?

03:41:18   9   A.  In the text of the -- on the front page, you mean?

03:41:27  10   Q.  On the left side, there is 22 in parentheses?

03:41:30  11   A.  Yes, I do.

03:41:34  12   Q.  All right.  So is that the filing date in the U.S.?

03:41:37  13   A.  Yes.

03:41:38  14   Q.  All right.  Thank you, Dr. Zagal?

03:41:39  15        MR. SACKSTEDER:  Let's look at the next slide,

03:41:42  16   please.

03:41:42  17   Q.  (By Mr. Sacksteder)  What are we looking at here,

03:41:45  18   Dr. Zagal?

03:41:45  19   A.  So this is a figure, Figure 2 from the '873 patent.

03:41:49  20   Q.  What does it show sort of at a high level?

03:41:53  21   A.  At a high level, it sort of describes how the process

03:41:55  22   of aiming and firing is to take place.

03:41:59  23   Q.  Can you walk the jury through how it does that?

03:42:02  24   A.  Yeah.  So there's a blow-out there on the right-hand

03:42:05  25   side of the top portion of the flow.  This is called a

03:42:09  1   flowchart, and it kind of is a way to describe a follow up

03:42:14  2   process.

03:42:15  3        So you stop at the top.  I've highlighted a couple

03:42:18  4   of elements there in yellow.  The diamond is sort of a

03:42:21  5   decision point.  So the computer program makes a decision

03:42:24  6   about something.  This one says touch on screen.  So it's

03:42:27  7   asking has someone touched the screen.  If --

03:42:30  8   Q.  And then what happens?

03:42:31  9   A.  So depending on whether someone has touched the screen,

03:42:37  10  you would then follow either the yes arrow or the no arrow.

03:42:40  11  Q.  If someone has touched on the screen, what happens

03:42:42  12  then?

03:42:42  13  A.  So then we would follow the yes arrow and go down to

03:42:45  14  Element S102.  At that point the program needs to search a

03:42:45  15  predetermined range from the touch position.

03:42:50  16       So based on where the person touches the screen,

03:42:53  17  look around in that area, and you would then move on to the

03:42:57  18  next position point, which is the next diamond S103.

03:43:02  19  Q.  And what happens there?

03:43:03  20  A.  At that point we need to answer another question -- or

03:43:05  21  the computer program needs to do that -- which is, is an

03:43:08  22  attackable target at the touch position.

03:43:10  23  Q.  If the answer is yes, what happens?

03:43:12  24  A.  Then you would move along the right side of the

03:43:15  25  flowchart, and then we'd get to the next box, which is

03:43:17    1    highlighted in yellow, S104.

03:43:20    2    Q.  And what happens there?

03:43:21    3    A.  Then the program needs to display a shooting button

03:43:21    4    circle.

03:43:28    5    Q.  Let me stop you there, Doctor.  As described in the

03:43:33    6    patent, is there an example of a shooting button circle?

03:43:37    7    A.  Yes, there is.  There are other figures that -- in the

03:43:39    8    patent that show examples of what a shooting button circle

03:43:43    9    could look like.

03:43:44   10          MR. SACKSTEDER:  Can we move to the next slide

03:43:47   11    just for a moment?

03:43:47   12    Q.  (By Mr. Sacksteder)  Do you see it there?

03:43:48   13    A.  Yes, I do.

03:43:49   14    Q.  Where do we see it there?

03:43:51   15    A.  So we see Figure 3, displays the shooting button

03:43:54   16    circle, the letters at the top right, which says, SC

03:43:55   17    indicate shooting circle.  We also see an explanation of

03:43:59   18    that, highlighted in yellow, on the left-hand side.

03:44:01   19    Q.  And what does the yellow-highlighted language say, sir?

03:44:04   20    A.  I read the shooting button circle, SC, simulates an

03:44:09   21    image of an optical sight scope.

03:44:11   22          MR. SACKSTEDER:  Can we go back to the previous

03:44:13   23    slide?

03:44:14   24    Q.  (By Mr. Sacksteder)  What happens after the shooting

03:44:16   25    button circle is displayed on the right-hand side?

| | | |
|---|---|---|
| 03:44:19 | 1 | A.  The program, again, asks the question and needs to |
| 03:44:22 | 2 | determine if someone has touched in the circle. |
| 03:44:25 | 3 | Q.  And then what happens if someone has? |
| 03:44:27 | 4 | A.  If someone has, you follow the yes arrow down, and then |
| 03:44:32 | 5 | the program needs to execute the shooting and hit the |
| 03:44:35 | 6 | attack target. |
| 03:44:36 | 7 | Q.  Means it shoots; is that right? |
| 03:44:38 | 8 | A.  That is correct. |
| 03:44:39 | 9 | MR. SACKSTEDER:  Can we go to the slide with |
| 03:44:42 | 10 | DX-198, please, Mr. Smith?  Let's leave it at this point |
| 03:44:51 | 11 | for just a moment. |
| 03:44:51 | 12 | Q.  (By Mr. Sacksteder)  What is being shown on the slide |
| 03:44:53 | 13 | with DX-198, Dr. Zagal? |
| 03:44:55 | 14 | A.  This is a video of a game that was being developed by |
| 03:44:58 | 15 | GREE. |
| 03:44:58 | 16 | Q.  What's the name of the game in this video? |
| 03:45:03 | 17 | A.  At this point in time the game was called World |
| 03:45:10 | 18 | Assault. |
| 03:45:10 | 19 | Q.  Did it have another game? |
| 03:45:12 | 20 | A.  Yes.  Earlier, the game had a different name, which was |
| 03:45:14 | 21 | War Corps.  But they changed the name during development. |
| 03:45:14 | 22 | Q.  Why are you showing us this video of this game? |
| 03:45:17 | 23 | A.  This video shows a particular embodiment or an example |
| 03:45:20 | 24 | of what the patent could refer to.  It is my understanding |
| 03:45:25 | 25 | that the inventor of the patent also worked on the game. |

03:45:30  1  Q.  That was Mr. Nagano that we heard from a couple days

03:45:34  2  ago?

03:45:35  3  A.  I believe so.

03:45:38  4       MR. SACKSTEDER:  So if we can jump to about 3

03:45:41  5  minutes and 10 seconds on the video and play that.

03:45:44  6  Q.  (By Mr. Sacksteder)  And, Dr. Zagal, can you explain

03:45:46  7  what we're looking at?

03:45:50  8  A.  So this is the person tapped on the screen, and these

03:45:55  9  two circles appeared.  And now the person is going to tap

03:45:58  10  again, there.  And we saw a number that was in red

03:46:01  11  indicating that the attack has happened; in this case, a

03:46:04  12  head shot was obtained.  So the enemy target was hit.

03:46:07  13  Q.  And that is a game that was designed and not released

03:46:12  14  by GREE, correct?

03:46:12  15  A.  It was not released by GREE.

03:46:16  16  Q.  What did you do to analyze whether Supercell's Brawl

03:46:22  17  Star game infringes the '873 patent?

03:46:24  18  A.  So the process I followed, briefly, is I looked at all

03:46:30  19  the claims that were being asserted, and I compared those

03:46:33  20  claims to the game, in order to determine whether or not

03:46:35  21  they appeared in the game.

03:46:37  22       MR. SACKSTEDER:  Can we move to the next slide?

03:46:39  23  And the next one?

03:46:45  24  Q.  (By Mr. Sacksteder)  And, Dr. Zagal, please explain

03:46:47  25  what is on the screen now?

03:46:48  1   A.  So on this screen we can see two of the -- the claims

03:46:51  2   that are being asserted, Claims 8 and 10.  They are very

03:46:55  3   similar to each other.  Claim 10 is a method claim, and

03:46:59  4   Claim 8 is a systems claim.

03:47:00  5   Q.  You have a couple of highlights in those claims?

03:47:02  6   A.  Yes, I do.  I believe the highlights are an aspect of

03:47:06  7   the claims that is not present in Brawl Stars.

03:47:08  8   Q.  And what does this highlighted element of the claims

03:47:13  9   require?

03:47:14  10  A.  So this -- I'm -- I'm going to read it from Claim 8.

03:47:19  11         Control the display to display a frame indicative

03:47:23  12  of a shooting effective range in accordance with the

03:47:25  13  position of the first touch operation.

03:47:28  14         And a portion of this claim was also construed by

03:47:32  15  the Court.

03:47:33  16  Q.  Let's look at that.

03:47:34  17  A.  So the phrase, "in accordance with a position of the

03:47:39  18  first touch operation," I have to use the Court's

03:47:41  19  construction to understand that.  And the Court's

03:47:45  20  construction is:  In response to and based on the position

03:47:48  21  of the first touch operation.

03:47:50  22  Q.  Do you have an opinion about whether Brawl Stars uses

03:47:54  23  that claim element?

03:47:54  24  A.  Brawl Stars does not use this claim element.

03:47:58  25  Q.  Why do you have that opinion, Doctor?

03:48:01  1   A.  Because I analyzed the game and saw how it operates.

03:48:08  2   Q.  In what way does Brawl Stars operate differently?

03:48:11  3   A.  I think the main reason is that -- so the claim

03:48:18  4   requires a frame to appear on the screen.  And the frame

03:48:21  5   needs to appear in response to and based on a position of

03:48:25  6   the first touch operation.  In the case of Brawl Stars, it

03:48:29  7   does not do that, based on the position of the first touch

03:48:32  8   operation.

03:48:32  9   Q.  And you and Dr. Akl both made some videos --

03:48:35  10  A.  Yes.

03:48:35  11  Q.  -- for your opinions in this case, correct?

03:48:38  12  A.  Yes.

03:48:38  13  Q.  All right.

03:48:39  14       MR. SACKSTEDER:  Let's look at PX-140.

03:48:43  15  Q.  (By Mr. Sacksteder)  Is this one of Dr. Akl's videos?

03:48:45  16  A.  This is one of Dr. Akl's videos.

03:48:47  17  Q.  What does it show?

03:48:49  18  A.  So if we can hit play, we can -- so in this case

03:48:56  19  Dr. Akl is going to play using a character called Shelly.

03:48:59  20  He's now entering the game.  It's a three versus

03:49:03  21  three-player game.

03:49:04  22  Q.  Okay.  Is that the end of that part of the video?

03:49:07  23  A.  I believe so.

03:49:08  24  Q.  All right.  And -- and Shelly is a brawler; is that

03:49:12  25  right?

| | | |
|---|---|---|
| 03:49:12 | 1 | A.  Yes, Shelly is it one of the brawlers in the Brawl |
| 03:49:15 | 2 | Stars game. |
| 03:49:15 | 3 | Q.  Do you have any understanding of roughly how many other |
| 03:49:19 | 4 | brawlers there are? |
| 03:49:19 | 5 | A.  I believe there are 39. |
| 03:49:20 | 6 | Q.  And how many of those brawlers did Dr. -- Dr. Akl |
| 03:49:25 | 7 | analyze in his infringement opinion? |
| 03:49:26 | 8 | A.  He only analyzed Shelly. |
| 03:49:30 | 9 | Q.  All right. |
| 03:49:31 | 10 | MR. SACKSTEDER:  Let's continue with the video. |
| 03:49:36 | 11 | A.  So here the game has started.  The character Shelly |
| 03:49:39 | 12 | with a green circle, that's the character that's being |
| 03:49:42 | 13 | controlled by Dr. Akl.  Up on the top screen, we can see |
| 03:49:47 | 14 | there are two sort of buttons.  There's a blue one on the |
| 03:49:51 | 15 | left and a red one on the right. |
| 03:49:52 | 16 | I believe Dr. Akl testified that the characters |
| 03:49:57 | 17 | controlled the movement of the character.  The -- where the |
| 03:49:59 | 18 | character is located on the screen is determined by what |
| 03:50:02 | 19 | the player does with the left button -- the blue one in |
| 03:50:05 | 20 | this case. |
| 03:50:05 | 21 | Q.  All right.  And is that your opinion also about how the |
| 03:50:07 | 22 | game works? |
| 03:50:08 | 23 | A.  Yes, that is also my opinion. |
| 03:50:10 | 24 | Q.  All right.  And then what does the red button on the |
| 03:50:13 | 25 | right side of the screen do? |

03:50:14  1   A.   The right side of the screen, including the red button,

03:50:18  2   is what is used to control the aiming and firing.

03:50:22  3   Q.   Do you have an understanding of what Dr. Akl says is

03:50:24  4   the frame indicative of a shooting effective range?

03:50:29  5   A.   Yes.

03:50:30  6   Q.   What is that?

03:50:31  7   A.   Dr. Akl argues that the cone -- in this case we can see

03:50:34  8   the character Shelly, there's a cone coming out from that

03:50:37  9   character -- with a white outline.   Dr. Akl contends that

03:50:41  10  that is the frame.

03:50:42  11  Q.   And does the cone ever appear anywhere besides

03:50:49  12  emanating out from the character?

03:50:51  13  A.   No.

03:50:53  14  Q.   And what determines the position of the character

03:50:59  15  Shelly in the screenshot we're looking at?

03:51:02  16  A.   So the position of the cone is based on a character,

03:51:05  17  and the position of a character is based on what the player

03:51:07  18  is doing with the blue button with the left thumb stick.

03:51:14  19  Q.   Yeah, it's been called a joystick, I think, some in

03:51:16  20  this trial.   Would you agree with that terminology, as

03:51:19  21  well?

03:51:19  22  A.   Yes, that is also valid terminology.

03:51:24  23  Q.   And is the blue joystick the same joystick or a

03:51:28  24  different joystick from the one that Dr. Akl alleges

03:51:32  25  infringes the claim?

03:51:32   1   A.  It's a different joystick.

03:51:34   2   Q.  You mentioned you made your own videos, too?

03:51:36   3   A.  I did.

03:51:37   4   Q.  All right.

03:51:37   5          MR. SACKSTEDER:  Can we go to DX-514, please,

03:51:40   6   Mr. Smith?

03:51:41   7   Q.  (By Mr. Sacksteder)  What are we looking at here?

03:51:42   8   A.  So there are two ways to fire your weapon in the game.

03:51:45   9   And in this first video, I'm going to show one way to do

03:51:48   10   that, and then I have a second video that shows the

03:51:52   11   different way.

03:51:53   12          So here I'm tapping on the screen, and you'll

03:51:56   13   notice that Shelly didn't do anything.  When I tap on

03:51:56   14   screen on right side, Shelly fires her weapon.

03:51:59   15          Notice I'm tapping the enemies that -- Shelly is

03:52:03   16   not firing at those enemies necessarily.  The way the game

03:52:06   17   works is that Shelly will automatically fire at the enemy

03:52:09   18   that's closest.

03:52:10   19   Q.  So -- so you tapped on the screen.  When you tapped on

03:52:13   20   the right side, and did a cone appear?

03:52:15   21   A.  No, no cone appeared when you simply tap.

03:52:18   22   Q.  What's the significance of that?

03:52:19   23   A.  There is no appearance of what Dr. Akl argues is the

03:52:24   24   frame.

03:52:24   25   Q.  Okay.

1084

03:52:30     1          MR. SACKSTEDER:  Okay.  Let's go to the next part

03:52:32     2   of the video.  All right.  Let's play it.

03:52:33     3   A.  So here I'm going to show how the aiming works, and

03:52:36     4   notice that I'm -- I'm swiping.  I'm holding and swiping.

03:52:41     5   And then at that moment, the cone appears from the

03:52:43     6   character.  I'm to perform that same motion on different

03:52:46     7   parts of the right side of the screen.  And you will notice

03:52:49     8   that the cone is always in the same location.

03:52:53     9   Q.  (By Mr. Sacksteder)  So when you swipe, you first touch

03:52:55    10   the screen and then slide; is that correct?

03:52:59    11   A.  Yes, you touch and then slide.

03:53:01    12   Q.  Okay.  And if you just touched and did not slide, would

03:53:04    13   you see the cone?

03:53:05    14   A.  No.

03:53:05    15   Q.  And what were you trying to show through these videos?

03:53:12    16   A.  So regardless of the position of the action I'm doing

03:53:16    17   on the screen, on the right side, if I hit the top of the

03:53:19    18   screen, the bottom of the screen, the cone is always in the

03:53:22    19   same position.  The position of the cone does not change.

03:53:24    20   Q.  All right.  Let's connect your analysis to the claim

03:53:27    21   language?

03:53:27    22          MR. SACKSTEDER:  Can we go to the next slide,

03:53:29    23   please?

03:53:29    24   Q.  (By Mr. Sacksteder)  All right.  And what is your

03:53:35    25   conclusion based on this claim element as to whether Brawl

03:53:38   1   Stars infringes?

03:53:38   2   A.   So the -- the frame indicative of shooter -- a frame --

03:53:42   3   my apologies.   A frame indicative of a shooting effective

03:53:46   4   range in response to and based on the position of the first

03:53:49   5   touch operation does not appear in Brawl Stars because the

03:53:52   6   appearance of the frame is not based on the position of the

03:53:56   7   touch operation.

03:53:57   8   Q.   And the position of the touch operation specifically

03:54:00   9   that Dr. Akl alleged?

03:54:01  10   A.   Uh-huh, yes.

03:54:02  11   Q.   And what is that that he alleges?

03:54:05  12   A.   So in Dr. Akl's testimony, he explained that once the

03:54:10  13   cone is already visible, you can continue to swipe.   And

03:54:14  14   when you swipe, the cone rotates.

03:54:17  15   Q.   And --

03:54:18  16   A.   That is a different operation in this case -- different

03:54:21  17   type of motion.   It's a difference in orientation, not a

03:54:26  18   difference in position.

03:54:27  19   Q.   And why do you believe that position and orientation

03:54:32  20   are two different things?

03:54:33  21   A.   So in computer science, these are two different

03:54:37  22   concepts.   The position refers to the location on the

03:54:39  23   screen of a graphic element.   And the orientation refers to

03:54:44  24   whether or not it's been rotated around a certain axis, for

03:54:48  25   example.

03:54:48  1   Q.  Do you have any other reasons why this element is not

03:54:54  2   infringed?

03:54:55  3   A.  Yes.  So Dr. Akl's testimony was that -- and here I

03:55:03  4   was -- I was a bit confused, to be honest, because early in

03:55:06  5   his testimony he indicated that when you touch the screen

03:55:09  6   and the red button appears, that was the first touch

03:55:11  7   operation.

03:55:11  8        But later on he said that when you touch the

03:55:14  9   screen and then swipe on the screen, that that was the

03:55:17  10  first touch operation.  And then you could move the cone

03:55:19  11  around.  And that would be a third touch operation.  So I

03:55:23  12  started to lose track of which touch operation was what.

03:55:27  13       I believe that Dr. Akl is sort of combining two

03:55:30  14  different operations into one.  A touch and then a slide

03:55:34  15  he's calling one operation, when I think it's incorrect to

03:55:37  16  do that.

03:55:38  17  Q.  Did you hear him testify that those are basically --

03:55:40  18  those two things are basically one thing?

03:55:42  19  A.  That was my understanding.

03:55:44  20  Q.  Do you agree with that?

03:55:44  21  A.  No, I disagree.

03:55:45  22  Q.  Why not?

03:55:46  23  A.  That's not standard terminology within the world of --

03:55:51  24  development of apps for -- apps and games for touchscreen

03:55:55  25  devices.

03:55:55  1   Q.  And do you have anything that shows that?

03:55:56  2   A.  Yes, I do.

03:55:57  3   Q.  All right.

03:55:58  4        MR. SACKSTEDER:  Can we go to the next slide?

03:56:00  5   Q.  (By Mr. Sacksteder)  All right.  Can you explain your

03:56:01  6   opinion just based on this demonstrative?

03:56:02  7   A.  Yes.  So this is from the Apple computer -- Apple.com

03:56:09  8   support website.  And here they're kind of explaining what

03:56:13  9   some of the basic gestures are that you can do with an

03:56:17  10  iPad.

03:56:17  11       The one on the top there, it's a single little

03:56:20  12  green dot, it says:  Tap.  The next one is:  Touch and

03:56:20  13  hold.  So that's when you put your finger on the screen and

03:56:23  14  leave it there.  There's swipe and so on.  They don't have

03:56:25  15  an element that is tap plus swipe.  You know, that tap and

03:56:29  16  swipe are two distinct operations.

03:56:31  17  Q.  Okay.

03:56:32  18       MR. SACKSTEDER:  Can we go back a couple of slides

03:56:34  19  to the claim language?

03:56:36  20  Q.  (By Mr. Sacksteder)  So the languages that you're

03:56:39  21  talking about is identify a first touch operation, and then

03:56:41  22  display a frame indicative of a shooting effective range in

03:56:46  23  accordance with a position of the first touch operation; is

03:56:48  24  that correct?

03:56:48  25  A.  Correct.

03:56:49   1   Q.  All right.  And -- and so is it -- what is it in Brawl

03:56:57   2   Stars that causes the cone to be displayed?

03:57:01   3   A.  So the cone appears on a second -- on a second

03:57:04   4   operation.  So you put your finger on the screen, no cone

03:57:08   5   appears, and then as soon as you slide it, that's when the

03:57:10   6   cone appears.

03:57:11   7   Q.  What's your overall opinion about infringement by Brawl

03:57:16   8   Stars?

03:57:16   9   A.  It does not infringe.

03:57:19   10  Q.  You also analyzed the '655 patent?

03:57:23   11  A.  That is correct.

03:57:24   12  Q.  All right.  And we're looking at that now?

03:57:26   13  A.  Yes.

03:57:27   14  Q.  All right.  And the Japanese filing date is in the

03:57:31   15  bottom right-hand corner, correct?

03:57:33   16  A.  Correct.

03:57:33   17  Q.  Can you tell the jury, just sort of generally, what it

03:57:37   18  is that the '655 patent is directed to?

03:57:40   19  A.  So the '655 patent is directed towards games -- games,

03:57:47   20  in particular, where gifting is a feature.  And the idea is

03:57:51   21  to incentivize people to give gifts to other people in the

03:57:55   22  game.

03:57:55   23          And so the patent basically explains a method -- a

03:57:59   24  way to incentivize that.  And the idea is to give a bonus

03:58:03   25  or benefit to the person who receives the gift.  So rather

| | | |
|---|---|---|
| 03:58:07 | 1 | than incentivizing the person giving the gift, you |
| 03:58:10 | 2 | incentivize the person receiving the gift. |
| 03:58:14 | 3 | MR. SACKSTEDER:  Can we look at the next slide, |
| 03:58:15 | 4 | Mr. Smith? |
| 03:58:16 | 5 | Q.  (By Mr. Sacksteder)  Does that describe one way of |
| 03:58:23 | 6 | gifting? |
| 03:58:23 | 7 | A.  Yes.  So this is from the patent itself, the inventions |
| 03:58:26 | 8 | of the patent explaining that it is conventional to want to |
| 03:58:33 | 9 | incentivize people giving gifts.  That was sort of |
| 03:58:36 | 10 | well-known and well-understood at the time, and to give an |
| 03:58:40 | 11 | example of a conventional way to do that. |
| 03:58:41 | 12 | Q.  And does the patent have a graphical representation of |
| 03:58:47 | 13 | how that's done? |
| 03:58:48 | 14 | A.  Yes, I believe there's a flowchart to Figure 7B, if I |
| 03:58:51 | 15 | recall. |
| 03:58:56 | 16 | MR. SACKSTEDER:  Can we call that up, Mr. Smith? |
| 03:58:59 | 17 | Q.  (By Mr. Sacksteder)  Can you walk the jury through the |
| 03:59:01 | 18 | flowchart? |
| 03:59:02 | 19 | A.  Sure.  So it's a pretty straight-forward process.  The |
| 03:59:06 | 20 | first couple elements have to do with the item that's being |
| 03:59:10 | 21 | gifted, but I want to focus on the diamond at the bottom. |
| 03:59:13 | 22 | This is Element S715, that says:  Condition for |
| 03:59:16 | 23 | granting item satisfied?  And, again, this is a decision |
| 03:59:21 | 24 | point, and you see is a condition -- has a condition been |
| 03:59:24 | 25 | satisfied?  The possible answers being yes or no.  And if |

03:59:28  1  the answer is yes, you would then move on to grant an item.

03:59:32  2  Q.  You mentioned the yes and no.  What -- is there a name

03:59:36  3  for that type of process where you have the decision point

03:59:39  4  and different branches for yes and no?

03:59:41  5  A.  Yes.  In computer programming this is often referred to

03:59:47  6  as an if/then type of structure.

03:59:50  7  Q.  And what's the significance of that?

03:59:51  8  A.  It is that -- the condition is supposed to be the if.

03:59:52  9  So if a certain thing happens to be true, then you must do

03:59:56  10 whatever follows.  So there's a requirement that the

04:00:00  11 result, if the condition is satisfied, must happen.

04:00:02  12 Q.  What does Dr. Akl accuse of infringing the '655 patent?

04:00:07  13 A.  The card donation system in -- in Clash Royale.

04:00:12  14 Q.  Do you agree with Dr. Akl?

04:00:16  15 A.  I do not agree with him.

04:00:19  16 Q.  Is the portion of the claim chart -- the flowchart that

04:00:24  17 you just showed, is that consistent with your understanding

04:00:26  18 of how Clash Royale works?

04:00:27  19 A.  No, this is not --the flowchart does not show how Clash

04:00:32  20 Royale works.

04:00:32  21       MR. SACKSTEDER:  Let's look at the next slide with

04:00:37  22 the claim language.

04:00:48  23 Q.  (By Mr. Sacksteder)  You have some highlighted language

04:00:49  24 again in Claims 1 and 7 of the '655 patent, correct?

04:00:51  25 A.  Yes.

1091

04:00:52   1   Q.  What is the significance of the highlighting?

04:00:54   2   A.  So these sections basically describe how the -- the

04:00:57   3   process of selecting the gift that is to be sent should be

04:00:59   4   handled.

04:01:01   5        The idea is that the user, who is going to give

04:01:03   6   the gift on their device, they need to receive display

04:01:07   7   data.  That's sort of the information such that their

04:01:10   8   device can show to the person who is giving the gift what

04:01:14   9   gifts they have available to provide so that they can make

04:01:18   10  a selection.

04:01:19   11       Also, they need to be able to see the information,

04:01:21   12  such that they can choose who they want to send the gift to

04:01:25   13  amongst all the possible people they have available to give

04:01:28   14  a gift.

04:01:28   15  Q.  There's a first user and a second user in this claim?

04:01:34   16  A.  Yes.

04:01:34   17  Q.  Which one gives the gift?

04:01:36   18  A.  The first user.

04:01:37   19  Q.  Which one receives the gift?

04:01:41   20  A.  The second user is the one who receives the gift.

04:01:41   21  Q.  Does Clash Royale satisfy or use this claim element?

04:01:44   22  A.  No, it does not.

04:01:44   23  Q.  Do you have any videos that will help us explain how --

04:01:47   24  how Clash Royale does not practice this?

04:01:49   25  A.  Yes, I do.

04:01:50    1    Q.  All right.  Can we take a look at the first one,

04:01:56    2    please?

04:01:56    3    A.  So this video -- so the donation system starts with a

04:02:00    4    person who wants to receive the gift.

04:02:02    5            MR. SACKSTEDER:  Can we pause right there?

04:02:04    6    Q.  (By Mr. Sacksteder)  What are we looking at here,

04:02:05    7    Dr. Zagal?

04:02:06    8    A.  So, here, I'm the one who -- I'm playing the game in

04:02:10    9    this video, and I decided that I would like a friend of

04:02:13   10    mine -- a clan mate to send me a card.  I'm requesting a

04:02:17   11    card that I'd like to receive as a gift.

04:02:20   12            MR. SACKSTEDER:  Can we go back to the screen

04:02:21   13    where we were?  Right there.

04:02:23   14    Q.  (By Mr. Sacksteder)  And -- and so who -- who is -- who

04:02:29   15    is interacting with this screen?

04:02:31   16    A.  So myself.  So Jose Zagal is interacting in the context

04:02:35   17    of the patent, this would be sort of User 2 or the person

04:02:39   18    who receives the gift.

04:02:40   19    Q.  All right.  The second user?

04:02:42   20    A.  The second user, exactly.

04:02:43   21    Q.  So let's -- what is the second user doing, what is the

04:02:48   22    person who's going to receive the gift doing interacting

04:02:52   23    with this screen?

04:02:53   24    A.  So what I'm going to do is I'm going to tap on the card

04:02:55   25    and select the card that I would like to receive, and

04:02:57  1  you'll notice that there are several cards on the screen.

04:02:59  2  These are all the different options I have available to me.

04:03:02  3  I can pick the skeletons or pick that sort of snowball.

04:03:06  4  I'm the one that does the choosing of the card I'd like to

04:03:10  5  get.

04:03:10  6  Q.  Let's go through if we could and you can explain what's

04:03:13  7  happening?

04:03:13  8  A.  Also up top, this page is called select card to

04:03:17  9  request, and the tab that's active is the request tab.

04:03:21  10  Q.  So what has happened there?  I just saw -- saw

04:03:25  11  something --

04:03:25  12  A.  When I first tapped on the skeletons and then I changed

04:03:28  13  my mind and decided, no, I'd like the goblins that were

04:03:33  14  next to that; those are the ones I'd really like to

04:03:36  15  request.  I tap on the request button.

04:03:38  16  Q.  Then what happens?

04:03:39  17  A.  Then I go back to the screen -- a screen that shows all

04:03:43  18  the current requests that are active in my clan.

04:03:46  19  Q.  So this is -- now we're at a different -- are we a

04:03:49  20  different user here, or are we still you?

04:03:51  21  A.  This is a different video.  This is now User 1, as it

04:03:56  22  were.  I'm still the one who's playing the game in this

04:04:00  23  case, and I'm a person who wants to give a gift to someone

04:04:03  24  else, so I'm User 1 in this case.

04:04:05  25        And what I do is on this screen, I will see a list

1094

04:04:08  1   of all the people in my clan who have asked for a card.  I

04:04:12  2   can scroll through this list, and I can select who I want

04:04:16  3   to give the card to.

04:04:17  4   Q.  And then what happens to -- what happens -- so in that

04:04:22  5   context, are you the giving user or the receiving user?

04:04:27  6   A.  Here I'm the giving user.

04:04:28  7   Q.  Okay.  Got it.  And is that a good place to talk about

04:04:35  8   what the giving user can and cannot select?

04:04:37  9   A.  Yes.  So this is actually one of the parts that shows

04:04:42  10  that -- that Clash Royale does not meet the claim.

04:04:48  11  Q.  Okay.  Can you walk through that and explain why not?

04:04:51  12  A.  Uh-huh.

04:04:56  13  Q.  And I apologize for looping back, but if you could when

04:05:00  14  we get there --

04:05:01  15         THE WITNESS:  If you could pause the video there.

04:05:03  16         THE COURT:  And also, Dr. Zagal, "uh-huh" is not

04:05:05  17  going to be a proper answer on the record.  You'll need to

04:05:08  18  say yes or no.  Give a verbalized answer, please.

04:05:13  19         THE WITNESS:  Understood.

04:05:14  20         THE COURT:  Thank you.

04:05:15  21  Q.  (By Mr. Sacksteder)  Okay.  What are we looking at now,

04:05:17  22  Dr. Zagal?

04:05:18  23  A.  So, in this case, I'm looking at all the requests that

04:05:21  24  have been made by people in my clan.  You'll notice that

04:05:24  25  the request on the top is the request that I made, and it's

04:05:27   1   all grayed out.  So in Clash Royale you are not allowed to

04:05:30   2   donate a card to yourself.

04:05:31   3          We can see there's a user Jessica, who is

04:05:35   4   requesting cards.  And so I would tap on the donate button.

04:05:38   5   And at that moment, I would send her the card that she has

04:05:41   6   requested.

04:05:43   7   Q.  Okay.  And do you have any choice on which card you're

04:05:47   8   going to give to the User Jessica?

04:05:50   9   A.  No, you have no choice on the card because the card has

04:05:54  10   already been selected by the person who receives the card.

04:05:57  11   Q.  So all you can do is select to give a card that Jessica

04:06:01  12   has already asked for; is that correct?

04:06:02  13   A.  Correct.

04:06:03  14          MR. SACKSTEDER:  Let's go to the slide -- the next

04:06:06  15   slide.  That one.

04:06:11  16   Q.  (By Mr. Sacksteder)  Again, in Clash Royale which user

04:06:13  17   of the first and second user, as they're used in the claim,

04:06:16  18   actually selects the card to be transferred?

04:06:18  19   A.  So, in Clash Royale, it is the second user who selects

04:06:22  20   the card to -- to be transferred.  They select the gift

04:06:25  21   they would like to receive.

04:06:26  22   Q.  And in the '655 patent, which user is required by the

04:06:32  23   claims to do the selecting of an object?

04:06:36  24   A.  The claims require that it is the first user, the

04:06:39  25   person who is giving the gift, do two things:  Select what

04:06:44  1  gift they would like to give and also select who they'd

04:06:48  2  like to give that gift to.

04:06:50  3  Q.  In Clash Royale, is there any way for the giving user

04:06:52  4  to select among multiple gifts to give to one person?

04:06:55  5  A.  No, it is impossible.  You're only allowed to select

04:06:59  6  one -- you're only allowed to request one card at a time.

04:07:03  7  So you can't have multiple requests open, as it were.  You

04:07:06  8  can only have one card at a time.

04:07:09  9  Q.  What if a person, another player, has -- has requested

04:07:11  10 a card?  Could the giving user pick another card to give

04:07:17  11 instead?

04:07:18  12 A.  No.  It is actually impossible to send someone a card

04:07:23  13 if they have not requested a card first.  There's no -- no

04:07:26  14 way to be generous and just send cards out for free.  They

04:07:29  15 have to ask for them first.

04:07:31  16 Q.  Were you in the courtroom when Dr. Akl testified about

04:07:33  17 this claim element?

04:07:34  18 A.  Yes, I was.

04:07:35  19 Q.  And what was Dr. Akl's explanation of why this -- why

04:07:40  20 he thinks this limitation, this element is met?

04:07:43  21 A.  So he said a couple of things.  One thing he said, this

04:07:47  22 is like a wish list, and just because it was a wish list or

04:07:51  23 intent of -- on the part of the person who receives the

04:07:53  24 card, that that didn't matter.

04:07:55  25        But I think he was ignoring the fact I might have

04:07:59  1   a wish list -- let's say on Amazon, for example -- but

04:08:03  2   people can still send me things that are not on my wish

04:08:07  3   list.  And that possibility, that functionality is not

04:08:09  4   possible in this game.  No one can send me anything if I

04:08:12  5   have not requested it previously.

04:08:13  6        I think Dr. Akl also argued that when you select

04:08:18  7   to donate the card, you are selecting both things at the

04:08:21  8   same time.  So when I say I'm going to send a card to

04:08:25  9   Jessica and I tap on that donate button, I have selected

04:08:28  10  both the card and the person, and I believe that is

04:08:30  11  incorrect.

04:08:30  12  Q.  Why?

04:08:30  13  A.  The claim language is actually pretty clear on the

04:08:33  14  matter.  So it says:  Selecting a first object from the

04:08:38  15  possessed objects.  Plural with an S.  So this means you

04:08:42  16  need to pick one from more than one.

04:08:44  17        And then for the users it says:  Selecting a

04:08:49  18  second user from a plurality -- plurality of users.  Also

04:08:53  19  with an S, also plural, indicating more than one user.

04:08:56  20  Q.  So what is your conclusion about whether this claim

04:09:05  21  element is used by Clash Royale?

04:09:07  22  A.  It is not used.

04:09:15  23        MR. SACKSTEDER:  Let's move to the next slide,

04:09:17  24  please, Mr. Smith.

04:09:18  25  Q.  (By Mr. Sacksteder)  What are we looking at on the

04:09:20   1   slide now?

04:09:21   2   A.  So looking at a later section in Claims 1 and 7, and

04:09:25   3   these sections basically relate to two things.  The idea

04:09:29   4   that the transfer information needs to be connected somehow

04:09:33   5   to a condition, the condition being evaluated to determine

04:09:36   6   whether or not a second object is granted, and that the --

04:09:42   7   the -- the object -- the second object, in this case, the

04:09:46   8   bonus object, has to be granted if that condition is being

04:09:49   9   met.

04:09:50  10   Q.  And, in your opinion, does Clash Royale use these claim

04:09:54  11   elements?

04:09:54  12   A.  No, it does not.

04:09:56  13   Q.  Why not?

04:09:58  14   A.  For a couple of reasons.  I have four of them up here

04:10:02  15   on the slide.

04:10:03  16   Q.  Can you start with the first one?

04:10:05  17   A.  Sure.  So the first one is a person who receives the

04:10:08  18   gift.  This is the second user.  You only get one card at a

04:10:11  19   time.  As a part of this donating process, that's all you

04:10:14  20   receive in terms of objects in the game.  You get one card.

04:10:17  21   Q.  Do you have a video that illustrates this?

04:10:20  22   A.  Yes, sir I do.

04:10:21  23   Q.  No, wait, we're -- we're not going to play that video.

04:10:27  24       MR. SACKSTEDER:  So can we move to Slide 40,

04:10:29  25   please, or move to the next slide beyond the -- the -- two

| | | |
|---|---|---|
| 04:10:39 | 1 | slides in.  There you go. |
| 04:10:40 | 2 | Q.  (By Mr. Sacksteder)  Okay.  So is -- is it your opinion |
| 04:10:42 | 3 | that for the reason you just discussed whether -- do you |
| 04:10:44 | 4 | have an opinion whether Clash Royale practices or uses |
| 04:10:47 | 5 | these claim elements? |
| 04:10:48 | 6 | A.  It does not practice. |
| 04:10:51 | 7 | MR. SACKSTEDER:  Can we go back to the slide that |
| 04:10:53 | 8 | had the reasons for non-infringement? |
| 04:10:55 | 9 | Q.  (By Mr. Sacksteder)  So what is the -- what's the next |
| 04:10:57 | 10 | reason, in your opinion? |
| 04:10:58 | 11 | A.  So Dr. Akl argued that this possible second object was |
| 04:11:06 | 12 | an upgraded card and that when you receive a card, there's |
| 04:11:13 | 13 | a possibility that the meter of that card is full.  Thus, |
| 04:11:19 | 14 | then the meter turns a different color, and you might be |
| 04:11:22 | 15 | able to upgrade a card. |
| 04:11:24 | 16 | MR. SACKSTEDER:  Can we look at DX-532, please? |
| 04:11:28 | 17 | Q.  (By Mr. Sacksteder)  And this is a video? |
| 04:11:30 | 18 | A.  Yes. |
| 04:11:33 | 19 | Q.  All right.  Can we see what that shows? |
| 04:11:35 | 20 | A.  So in this video, I'm going to try to upgrade the card. |
| 04:11:38 | 21 | I'm going to fail because I don't have enough gold.  I'm |
| 04:11:42 | 22 | going to try to upgrade that card.  It says I need 2000 |
| 04:11:46 | 23 | gold and I only have 1592. |
| 04:11:48 | 24 | When I press on the upgrade button down at the |
| 04:11:51 | 25 | bottom, I get a message saying, not enough gold.  And it's |

04:11:55  1  asking me if I want to buy more gold at that point.

04:11:57  2  Q.  And how is this different from what is claimed and

04:12:00  3  described in the '655 patent?

04:12:00  4  A.  So Dr. Akl argued that the condition that was related

04:12:05  5  to the gift was this meter becoming full.  If that

04:12:09  6  condition is met, according to the claim, then I must

04:12:12  7  receive the second object.

04:12:13  8       But, in this case, you can see that despite this

04:12:16  9  meter being full -- and let's imagine it became full thanks

04:12:21  10  to having received the card as a gift -- I was not able to

04:12:25  11  upgrade the card in this case because I did not have enough

04:12:27  12  gold.

04:12:28  13  Q.  Why doesn't the ability to upgrade, if you pay the gold

04:12:32  14  later on, satisfy the claim?

04:12:34  15  A.  So ability is not an object, and the claim requires an

04:12:40  16  object.

04:12:40  17       MR. SACKSTEDER:  Can we go also to Figure 7b,

04:12:43  18  again, from the '655 patent, and that same part down at the

04:12:53  19  bottom we looked at before?

04:12:54  20  Q.  (By Mr. Sacksteder)  That refers to a condition,

04:12:55  21  correct, Doctor?

04:12:56  22  A.  Yes.

04:12:56  23  Q.  All right.  And what's the significance of that -- I

04:12:59  24  think you called it an if/then situation?

04:13:01  25  A.  Yes, it's an if/then.  The arrow coming out of the

1101

04:13:05  1   bottom of the diamond says, yes, not maybe.  So the yes

04:13:09  2   means that it is actually required.  This thing has to

04:13:12  3   happen.

04:13:13  4   Q.  Thank you, Doctor.

04:13:14  5            MR. SACKSTEDER:  Can we go back to the slide with

04:13:17  6   the reasons for non-infringement -- well, let's -- let's go

04:13:20  7   to this one first.

04:13:21  8   Q.  (By Mr. Sacksteder)  What is the impact of what you

04:13:23  9   have just described on whether the Claim Elements 1f and 7f

04:13:28  10  is practiced or used by Clash Royale?

04:13:30  11  A.  Not met.

04:13:36  12           MR. SACKSTEDER:  Okay.  Back to the slide.  If you

04:13:38  13  can go -- skip that one.  And let's just go to the next

04:13:42  14  slide -- next slide.  Thank you.

04:13:49  15  Q.  (By Mr. Sacksteder)  Okay.  What's the final point that

04:13:51  16  we've just skipped to?

04:13:52  17  A.  So this one says an upgraded card is not a second

04:13:57  18  object.

04:13:57  19           MR. SACKSTEDER:  And can we go to the claim

04:13:59  20  language there, and can you explain what part of the claim

04:14:05  21  we're talking about now?

04:14:06  22  A.  Yeah.  So, basically, the claim says:  If the condition

04:14:09  23  is met, then the user must receive a second object.

04:14:15  24           Dr. Akl argues that -- and let's imagine that he

04:14:18  25  was correct -- I believe he is not correct -- that this

04:14:21  1   upgraded card is the second object.  I believe he is -- he

04:14:29  2   is incorrect when he says that.

04:14:31  3   Q.  Did you look at the source code for Clash Royale in

04:14:34  4   performing your analysis?

04:14:35  5   A.  I did.

04:14:35  6   Q.  All right.  And did you also speak to developers of

04:14:41  7   Clash Royale?

04:14:41  8   A.  I did.

04:14:42  9   Q.  All right.  And what did you learn about whether an

04:14:46  10  upgraded card is a second object?

04:14:51  11  A.  So in terms of the source code, what happens behind the

04:14:57  12  scenes here is that the user has, say, a list of all the

04:14:59  13  cards that they -- that they own.  And when you upgrade a

04:15:00  14  card, there is no card being eliminated and a -- and a new

04:15:04  15  card being added.

04:15:05  16          What happens, instead, is that the attributes, as

04:15:09  17  it were, of the card that they already have are modified.

04:15:12  18  So the level is increased by 1, for example.

04:15:14  19  Q.  So what does that mean as to whether it's the same card

04:15:17  20  or a different card?

04:15:18  21  A.  It's the same card.

04:15:19  22  Q.  Did you hear Dr. Akl -- and I think you mentioned this

04:15:26  23  briefly -- offer an opinion that the ability to upgrade is

04:15:30  24  an -- is an item that could be an item received in the

04:15:33  25  claim?

04:15:33  1   A.  Yes.  I also heard him use an -- an analogy, too.

04:15:37  2   Q.  Is the ability to upgrade a second object, as that's

04:15:42  3   used in the claim?

04:15:43  4   A.  No, it's an ability, not an object.

04:15:46  5   Q.  Did you look at Claim 5 of the -- of the '655 patent,

04:15:52  6   as well?

04:15:53  7   A.  Yes.

04:15:54  8   Q.  All right.  And Claim 5 is a dependent claim from Claim

04:15:57  9   1; is that correct?

04:15:58 10   A.  That is correct.

04:15:59 11   Q.  Do you have an opinion about whether Claim 5 is

04:16:03 12   infringed?

04:16:03 13   A.  No, it is not infringed.

04:16:05 14   Q.  All right.  And it says there the server according to

04:16:07 15   Claim 1.  Do you see that?

04:16:09 16   A.  Yes.

04:16:09 17   Q.  What is your understanding of what the elements of

04:16:13 18   Claim 5 are, in addition to what's actually there in

04:16:17 19   Claim 5?

04:16:18 20   A.  So in order to determine if Claim 5 is infringed,

04:16:22 21   because it is a dependent claim on Claim 1, we also need to

04:16:26 22   look at all the elements of Claim 1.  So it needs to meet

04:16:29 23   everything in Claim 1 and Claim 5.

04:16:32 24   Q.  All right.  So what is your ultimate opinion about

04:16:36 25   Claim 5?

| | | |
|---|---|---|
| 04:16:39 | 1 | A.  It is not infringed. |
| 04:16:40 | 2 | Q.  Okay.  Thank you, sir. |
| 04:16:41 | 3 | Do you also have opinions regarding invalidity of |
| 04:16:43 | 4 | the '873 patent? |
| 04:16:48 | 5 | A.  I do. |
| 04:16:48 | 6 | Q.  What analysis do you perform to determine whether a |
| 04:16:52 | 7 | patent is valid or not? |
| 04:16:53 | 8 | A.  So it's slightly different than infringement.  For |
| 04:16:58 | 9 | infringement, I looked at the claims and then at the game |
| 04:17:01 | 10 | or the -- or the software that is alleged to infringe. |
| 04:17:06 | 11 | For invalidity, I basically need to look at the |
| 04:17:10 | 12 | claims and then compare them to what is called prior art. |
| 04:17:12 | 13 | Q.  What is prior art? |
| 04:17:14 | 14 | A.  Prior art is -- my understanding, it's a legal term |
| 04:17:17 | 15 | that refers to published materials, the nature such as |
| 04:17:21 | 16 | videos, books, articles. |
| 04:17:22 | 17 | Q.  And what date did you use to determine whether |
| 04:17:28 | 18 | something was prior art or not? |
| 04:17:29 | 19 | A.  So for the '873 patent, which is the one on the screen |
| 04:17:32 | 20 | right now, I used the February 26th, 2013.  So prior art in |
| 04:17:37 | 21 | this case would mean anything that was published prior to |
| 04:17:40 | 22 | February 26th of 2013. |
| 04:17:42 | 23 | Q.  Could a game be prior art? |
| 04:17:44 | 24 | A.  Yes. |
| 04:17:44 | 25 | Q.  Could a video showing a game, if it also shows the |

04:17:49   1   elements of the claim, be prior art?

04:17:50   2   A.   Yes.

04:17:50   3   Q.   And could a manual be a prior art?

04:17:53   4   A.   Yes.

04:17:53   5   Q.   And could a book about a game, if it has the right

04:17:57   6   disclosure, be prior art?

04:17:59   7   A.   Yes.

04:17:59   8   Q.   If they're before this date, correct?

04:18:04   9   A.   Correct.

04:18:06  10        MR. SACKSTEDER:   Let's go to the next slide.

04:18:07  11   Q.   (By Mr. Sacksteder)   And if you can remind the jury

04:18:10  12   what the '873 patent is generally about?

04:18:12  13   A.   So the '873 patent is the aiming and shooting and the

04:18:18  14   two-step process on a touchscreen device, and there --

04:18:20  15   there's a server, as well.

04:18:22  16   Q.   Were there shooting games that didn't use touchscreen

04:18:26  17   devices before all this touchscreen business started?

04:18:30  18   A.   There's been shooting games, I think, as -- for as long

04:18:34  19   as there's been video games.

04:18:36  20        MR. SACKSTEDER:   Can we look at the next slide,

04:18:38  21   Mr. Smith?

04:18:38  22   Q.   (By Mr. Sacksteder)   All right.   What are we looking at

04:18:40  23   here?

04:18:40  24   A.   So these are screenshots from a game called

04:18:45  25   Counterstrike.   The game was released in 1999.   I played it

04:18:48  1   probably too much back in the day.  Along the top, I want

04:18:50  2   to draw your attention to what's happening.

04:18:52  3         So the screenshot on the left shows a player.

04:18:57  4   They are holding a weapon, and they're kind of looking at

04:19:00  5   the world.  The screenshot in the middle shows them in a

04:19:03  6   scoped mode.  So they're sort of zoomed in and they're sort

04:19:07  7   of looking through the scope of the weapon that they're

04:19:09  8   holding.  And in the third screenshot they have fired the

04:19:12  9   weapon and have sort of killed an enemy, who is sort of far

04:19:16  10  away.

04:19:17  11  Q.  And what do we see down at the bottom of the screen

04:19:19  12  there?

04:19:19  13  A.  On the bottom we see a typical mouse controller with

04:19:24  14  two buttons, a left button and a right button.  And so the

04:19:26  15  standard control scheme -- the standard way to operate

04:19:29  16  these kinds of games versus shooters in general was to

04:19:30  17  first click -- to click on the right mouse button to enter

04:19:35  18  sort of scope mode, and then you would click on the left

04:19:38  19  mouse button to fire your weapon.

04:19:40  20  Q.  All right.  And there was no touchscreen for this game?

04:19:42  21  A.  Not for Counterstrike, no.

04:19:46  22  Q.  All right.

04:19:46  23        MR. SACKSTEDER:  Can we go to the next slide,

04:19:48  24  please?

04:19:48  25  Q.  (By Mr. Sacksteder)  And can you just walk us through

1107

| | | |
|---|---|---|
| 04:19:50 | 1 | sort of generally what we're looking at here, the -- the -- |
| 04:19:53 | 2 | the timing? |
| 04:19:54 | 3 | A.  Sure.  So on the far right there, we see the -- the |
| 04:19:57 | 4 | patent date, February 26, 2013.  Along the bottom, I |
| 04:20:01 | 5 | thought I would highlight some devices that we use for |
| 04:20:04 | 6 | gaming or continue to use for gaming that involve |
| 04:20:07 | 7 | touchscreens. |
| 04:20:07 | 8 | The earliest one here is the PalmPilot that came |
| 04:20:11 | 9 | out in 1996.  I used to have one of these and played games |
| 04:20:14 | 10 | on it. |
| 04:20:15 | 11 | 2004, we saw Nintendo released a console called |
| 04:20:20 | 12 | Nintendo DS.  It was a handheld device.  The second |
| 04:20:21 | 13 | screen -- the lower screen on the DS was a touchscreen. |
| 04:20:23 | 14 | You could interact with it with your finger or your stylus. |
| 04:20:27 | 15 | 2007 saw the release of the iPhone. |
| 04:20:30 | 16 | On the top, there are some examples of -- of games |
| 04:20:32 | 17 | that had a two-step aim and fire process.  And, for |
| 04:20:37 | 18 | example, there's a Warhammer game.  That's a game that I |
| 04:20:42 | 19 | played back in the day.  This game you could also -- you |
| 04:20:45 | 20 | could control it with the DS touchscreen. |
| 04:20:49 | 21 | And there's also a whole lunch of games -- |
| 04:20:52 | 22 | shooting games available also on the iPhone.  There's a |
| 04:20:53 | 23 | couple of examples there. |
| 04:20:53 | 24 | Q.  All right.  And there are a couple of other games that |
| 04:20:55 | 25 | you're going to dis -- discuss more in detail about |

04:20:59  1   invalidity, correct?

04:20:59  2   A.  Yes.

04:20:59  3   Q.  All right.  What's your opinion about whether the

04:21:02  4   asserted claims of the '873 patent are valid?

04:21:05  5   A.  I believe the patent is invalid.

04:21:07  6   Q.  What are the requirements for a patent to be valid in

04:21:12  7   general terms?

04:21:12  8   A.  So the prior art needs to show, demonstrate, disclose

04:21:17  9   all the elements of the claim, every single one.

04:21:21  10  Q.  And can that be in combination with two different prior

04:21:24  11  art references sometimes?

04:21:24  12  A.  Yes.  You can have two -- two elements of prior art

04:21:31  13  where let's say one meets half and the other one meets the

04:21:34  14  other half.  But then you also need to demonstrate there

04:21:36  15  was a reason to want to combine.

04:21:37  16  Q.  And what is the result there called?

04:21:40  17  A.  So there's an obviousness.

04:21:46  18  Q.  All right.  And did you hear Mr. Friedman's testimony?

04:21:49  19  A.  Yes.

04:21:49  20  Q.  And he also talked about anticipation?

04:21:53  21  A.  Yes.

04:21:54  22  Q.  Did you analyze both of those?

04:21:55  23  A.  Yes.

04:21:56  24  Q.  So what's your general conclusion about the '873

04:22:03  25  patent?

04:22:03   1   A.  Not valid.

04:22:04   2          MR. SACKSTEDER:  Can we go to the next slide,

04:22:09   3   please?

04:22:09   4   Q.  (By Mr. Sacksteder)  What games and videos, describing

04:22:14   5   them in your mind and in your opinion, render the '873

04:22:20   6   asserted claims invalid?

04:22:22   7   A.  Call of Mini Sniper and a video that shows Call of Mini

04:22:26   8   Sniper.  And Sniper vs. Sniper: Online and the video

04:22:31   9   that -- that shows it.

04:22:33  10   Q.  And how are these described in the -- sort of what

04:22:38  11   medium is used for their description in your analysis?

04:22:42  12   A.  So these are -- are both games.  They are shooter

04:22:47  13   games.  They are played on mobile devices with

04:22:50  14   touchscreens.

04:22:51  15   Q.  All right.  And did you analyze any publication

04:22:53  16   regarding them?

04:22:53  17   A.  Yes.

04:22:54  18   Q.  All right.  What -- what kind of publication?

04:22:57  19   A.  Videos.

04:22:57  20   Q.  And where were those videos found?

04:23:00  21   A.  On YouTube.

04:23:04  22   Q.  What is YouTube?

04:23:04  23   A.  YouTube is a website that is used to host videos, and a

04:23:09  24   lot of people also use it to watch videos.

04:23:12  25   Q.  And do the YouTube videos that you analyzed by

1110

04:23:17    1    themselves invalidate the patent?

04:23:19    2    A.   Yes.

04:23:19    3    Q.   And do you have an understanding as to whether the

04:23:23    4    games that are described in the videos also invalidate the

04:23:27    5    asserted claims?

04:23:28    6    A.   Yes.

04:23:29    7    Q.   All right.  And what are your opinions there?

04:23:31    8    A.   They invalidate.

04:23:33    9    Q.   All right.

04:23:38   10           MR. SACKSTEDER:  Let's go to the next slide.

04:23:40   11    Q.   (By Mr. Sacksteder)  And what do we have here,

04:23:44   12    Dr. Zagal?

04:23:44   13    A.   So this -- this is some material.  It sort of shows

04:23:50   14    what Call of Mini Sniper was about.  It's a game where you

04:23:53   15    play as a sheriff, and you have a sniper rifle.  There's

04:23:59   16    been a Zombie outbreak.  You need to shoot all the Zombies

04:24:04   17    before they get to the humans.

04:24:05   18    Q.   What was Call of Mini Sniper -- where was it played,

04:24:08   19    where did you play it?

04:24:09   20    A.   You can play it on an iPhone.

04:24:10   21    Q.   And how would a person actually get the game on to

04:24:13   22    their iPhone?

04:24:14   23    A.   They would download it from the Apple App Store.

04:24:20   24           MR. SACKSTEDER:  Let's play the video starting at

04:24:22   25    the point identified, Mr. Smith.  There we go.

1111

| | | |
|---|---|---|
| 04:24:28 | 1 | Q.   (By Mr. Sacksteder)   What are we looking at, Doctor? |
| 04:24:30 | 2 | A.   So the sheriff is the character that you're playing. |
| 04:24:33 | 3 | He has a sniper rifle.   It was a free-to-play game.   And |
| 04:24:39 | 4 | we'll -- we'll see how -- how the game is operated. |
| 04:24:42 | 5 | Q.   So what -- what happened there? |
| 04:24:43 | 6 | A.   So the player is instructed to tap on the screen in |
| 04:24:48 | 7 | order to zoom in on the scope.   And then they're also |
| 04:24:53 | 8 | instructed to tap on the lower right side of the screen to |
| 04:24:58 | 9 | fire. |
| 04:24:58 | 10 | Q.   And is this a YouTube video? |
| 04:25:01 | 11 | A.   Yes. |
| 04:25:01 | 12 |        MR. SACKSTEDER:   Can we go back and just show that |
| 04:25:03 | 13 | again?   Maybe we can hit the -- the taps -- not all the way |
| 04:25:08 | 14 | back.   There we go.   That's fine. |
| 04:25:17 | 15 | Q.   (By Mr. Sacksteder)   All right.   And I know it's a |
| 04:25:19 | 16 | little difficult.   Maybe we can pause when you ask us. |
| 04:25:22 | 17 | A.   All right. |
| 04:25:22 | 18 | Q.   So what happened there? |
| 04:25:23 | 19 | A.   This is part of the tutorial of the game that explains |
| 04:25:26 | 20 | that you need to tap on a target to zoom.   And what we'll |
| 04:25:29 | 21 | see next is the scope will come up and the image inside the |
| 04:25:32 | 22 | scope will correspond to where you touched on the screen. |
| 04:25:34 | 23 | Q.   All right.   And then what happens? |
| 04:25:36 | 24 | A.   So here a player is also instructed that they can |
| 04:25:39 | 25 | optionally slide to adjust their aim. |

```
04:25:41    1    Q.   Okay.   Then what happens?
04:25:42    2    A.   And they notice down on the bottom right, there's a
04:25:45    3    sort of button there with kind of like a star inside it.
04:25:48    4    When you tap on that, the weapon fires, and the Zombie was
04:25:52    5    killed.
04:25:52    6    Q.   When was the Call of Mini game released?
04:25:56    7    A.   Before the patent.
04:25:56    8    Q.   Do you have a date?
04:25:58    9    A.   I believe we have a slide.
04:26:00   10    Q.   Oh, okay.   There you go?
04:26:02   11         When was the Call of Mini game released?
04:26:07   12    A.   March 2012.
04:26:08   13    Q.   And how did you determine that?
04:26:10   14    A.   Two different ways.   You can go to the App Store, and
04:26:13   15    the App Store has information that is publicly available
04:26:18   16    letting you know when an app first made its appearance on
04:26:22   17    the store.
04:26:23   18         There's also a website called Sensor -- Sensor
04:26:23   19    Tower.   And this is a service that sort of tracks apps.
04:26:23   20    And you can go there, and it will, like, say when the app
04:26:29   21    was made first available.   And Sensor Tower also provides
04:26:29   22    information on downloads.
04:26:33   23         So from Sensor Tower, we can also see that the
04:26:34   24    game was available in the U.S. and had been downloaded in
04:26:38   25    the U.S.
```

| | | |
|---|---|---|
| 04:26:38 | 1 | Q. All right.  A little slower, Doctor. |
| 04:26:41 | 2 | So was -- so you can tell -- strike that. |
| 04:26:45 | 3 | Can you tell that Call of Mini was released in the |
| 04:26:47 | 4 | United States? |
| 04:26:48 | 5 | A. Yes. |
| 04:26:50 | 6 | Q. All right.  And how is that? |
| 04:26:51 | 7 | A. From the information available on Sensor Tower. |
| 04:26:56 | 8 | Q. All right. |
| 04:26:56 | 9 | MR. SACKSTEDER:  Let's -- let's go to the next |
| 04:26:57 | 10 | slide. |
| 04:26:58 | 11 | Q. (By Mr. Sacksteder)  Okay.  What are we looking at |
| 04:27:01 | 12 | here, Dr. Zagal? |
| 04:27:02 | 13 | A. So I mentioned that we were going to watch a video from |
| 04:27:06 | 14 | YouTube.  This is a page on which that video resides.  This |
| 04:27:09 | 15 | is where you would go to -- to watch that video on YouTube |
| 04:27:13 | 16 | itself. |
| 04:27:14 | 17 | Q. And what is the significance of what we see from the |
| 04:27:20 | 18 | page where Call of Mini was -- that video was shown? |
| 04:27:23 | 19 | A. So the page basically let's you know when this video |
| 04:27:26 | 20 | was first published, when it was made available publicly. |
| 04:27:29 | 21 | Q. And where do you see that? |
| 04:27:31 | 22 | A. On the call-out there, under the title of the video, |
| 04:27:35 | 23 | you can see the date July 3rd, 2012. |
| 04:27:38 | 24 | Q. Who could access this page from YouTube starting on |
| 04:27:41 | 25 | July 3rd, 2012? |

04:27:43  1  A.  Anybody in the world with access to YouTube, including

04:27:48  2  the United States, of course.

04:27:49  3  Q.  How do you know that it was publicly available on that

04:27:51  4  date?

04:27:51  5  A.  Because YouTube says so.

04:27:55  6  Q.  How do they say so?

04:27:56  7  A.  So they actually have help pages that explain when

04:28:01  8  videos are made available and how you can determine when

04:28:04  9  they were published, and they basically explain that the

04:28:07  10  date that appears there is the date that it was made

04:28:09  11  available.

04:28:10  12        It was also my understanding that counsel obtained

04:28:13  13  certification from YouTube, a statement from YouTube that

04:28:16  14  essentially says the same thing.

04:28:24  15  Q.  Was Call of Mini Sniper or the video that describes it,

04:28:29  16  was any of that considered by the Patent Office --

04:28:32  17  A.  No.

04:28:32  18  Q.  -- before the Patent Office issued the '873 patent?

04:28:35  19  A.  No.

04:28:35  20  Q.  How do you know that?

04:28:36  21  A.  From the patent litigation history.

04:28:39  22  Q.  Okay.  The prosecution history?

04:28:44  23  A.  Yes.  My apologies.

04:28:45  24  Q.  Does Call of Mini Sniper disclose the two-step aim and

04:28:51  25  shoot process of the '873 patent?

04:28:52  1   A.  Yes, it does.

04:28:54  2   Q.  All right.  Can -- can you explain that?

04:28:58  3        MR. SACKSTEDER:  And let me -- actually,

04:29:00  4   Mr. Smith, if you can go forward a little bit -- hold on a

04:29:10  5   second.  Do we have -- do we have --

04:29:24  6        Mr. Smith, can we go to the portion that discusses

04:29:27  7   the patent claim?  Keep going through the slides, we'll

04:29:31  8   find it.

04:29:40  9   Q.  All right.  So do you see some screenshots on the right

04:29:46  10  side of the screen, Doctor?

04:29:47  11  A.  I do.

04:29:48  12        MR. SACKSTEDER:  All right.  Can we blow those up,

04:29:51  13  Mr. Smith?  Oh, we can't.

04:29:53  14  Q.  (By Mr. Sacksteder)  All right.  So can you see the

04:29:56  15  upper left side -- the upper left screenshot, Doctor?

04:29:59  16  A.  Yes, I can.

04:30:00  17  Q.  And what do we see there?

04:30:02  18  A.  We see an instruction that says:  Tap on a target to

04:30:06  19  zoom.  And it's sort of an icon.

04:30:09  20  Q.  All right.  And can you walk through the claim elements

04:30:14  21  with reference to the screenshots and the video that we've

04:30:17  22  already looked at?

04:30:18  23  A.  Absolutely.  So the claim requires a game system

04:30:22  24  comprising a terminal device, including a display

04:30:27  25  configured to display a game image and a touch panel

04:30:27  1  provided integral with the display.

04:30:34  2        An iPhone -- this game was played on an iPhone,

04:30:36  3  and the iPhone is such a device; it has a touchscreen and

04:30:41  4  it can show images.

04:30:43  5  Q.  And then the next claim element is a game server

04:30:48  6  apparatus configured to be connected to the terminal device

04:30:50  7  via a network.  Is that practiced?

04:30:52  8  A.  Yes, that is practiced.

04:30:54  9  Q.  How do we know that?

04:30:56  10 A.  It is well-known that the iPhone can connect to the

04:30:58  11 Internet.  In -- in the case of the game specifically, if

04:31:00  12 we look at the screenshot on the bottom right, this

04:31:04  13 screenshot shows a store.

04:31:06  14       So this was a free-to-play game.  And the way the

04:31:11  15 game creators expected or hoped to make money was by

04:31:18  16 selling virtual currency that you would purchase with

04:31:18  17 real-world money.

04:31:18  18       And to do that, you would go to the store.  If you

04:31:21  19 wanted to obtain such currency, you would tap on the red

04:31:24  20 button that says tBANK.  And at that moment, the

04:31:29  21 transaction would be processed, and that would connect to a

04:31:31  22 server.

04:31:31  23 Q.  And then the claim goes on to say:  The terminal device

04:31:35  24 includes first circuitry configured to identify a first

04:31:38  25 touch operation on the touch panel.

04:31:40  1          Is that shown in the screenshots?

04:31:41  2  A.  Yes.

04:31:42  3  Q.  Where is it?

04:31:43  4  A.  That's the one on the top left where it says, tap on a

04:31:46  5  target to zoom.

04:31:47  6  Q.  And then when you tap, what do you see?

04:31:55  7  A.  You see what's on the top right, the screenshot on the

04:31:58  8  top right.

04:31:59  9  Q.  And is that Element b?

04:32:00  10  A.  Yes.

04:32:01  11  Q.  Explain why that is your opinion.

04:32:02  12  A.  So you'd need to display a frame that is an image.

04:32:06  13  That image needs to be indicative of a shooting effective

04:32:14  14  range in accordance with the position of the first touch

04:32:14  15  operation.

04:32:15  16          The image within the frame is based on the

04:32:16  17  position of the touch operation.  So where you tap is where

04:32:20  18  you zoom, and that's what happens in this game.

04:32:23  19  Q.  All right.  We looked at, I believe, Figure 3 from the

04:32:27  20  patent --

04:32:27  21  A.  Uh-huh.

04:32:28  22  Q.  -- a little while ago and it showed a -- kind of like a

04:32:32  23  rifle scope.

04:32:33  24  A.  Yes, we did.

04:32:34  25  Q.  And is that a shooting effective range -- a frame

04:32:37  1  indicative of a shooting effective range in the patent in

04:32:39  2  the description of an embodiment in the patent?

04:32:42  3  A.  Yes, the inventors actually provide that as -- as an

04:32:45  4  example of possible embodiment.  So, yes.

04:32:47  5  Q.  All right.  And does that look similar to the scope

04:32:51  6  that you see in Call of Mini Sniper?

04:32:54  7  A.  Very much so.

04:32:57  8  Q.  All right.  And then we talked before about -- when we

04:33:05  9  were talking about non-infringement in accordance with the

04:33:08  10  position of the first touch operation, do you have an

04:33:08  11  opinion whether that's shown in the Call of Mini video?

04:33:11  12  A.  Yes, it is the first touch operation that brings up the

04:33:15  13  scope.  So that matches the -- the claim.

04:33:19  14  Q.  All right.  And where do you touch?  And where does the

04:33:23  15  scope show up?

04:33:24  16  A.  You touch wherever you want on the screen, and then the

04:33:27  17  scope zooms in based on the position at where you touched.

04:33:31  18  Q.  And then it says:  Identify a second touch operation,

04:33:35  19  that the touch panel has an instruction for an attack when

04:33:37  20  the frame is displayed by the display.  Do you see that?

04:33:41  21  A.  Yes, I do.

04:33:42  22  Q.  All right.  And is that performed by a Call of Mini

04:33:44  23  Sniper?

04:33:44  24  A.  It is.

04:33:45  25  Q.  All right.  Can you explain how you know that?

04:33:47  1   A.   Yeah.   So we can see on the screenshot on the top

04:33:50  2   right, her hand is the -- the icon on the hand is

04:33:52  3   indicating that you need to tap that little button in the

04:33:54  4   corner.   That will execute the fire -- the attack command.

04:33:59  5          And at the moment you are doing that, we are

04:34:02  6   seeing the frame -- you are in -- in the scope view.

04:34:05  7   Q.   All right.

04:34:05  8          MR. SACKSTEDER:   Let's move on to the next slide.

04:34:07  9   Q.   (By Mr. Sacksteder)   There -- the last element was

04:34:09  10  related to a server that controls to attack, correct?

04:34:12  11  A.   That is correct.

04:34:13  12  Q.   All right.   What is your analysis with respect to that

04:34:17  13  last claim element?

04:34:18  14  A.   That it would have been obvious to implement that.

04:34:25  15  Q.   And -- and what do you see here on the screen?

04:34:27  16  A.   So this is from the same video.   And there's a little

04:34:30  17  sort of advertisement banner that appears along the bottom,

04:34:33  18  and it refers to a game called Call of Mini Zombies.   And

04:34:37  19  they're sort of announcing there's an update.

04:34:40  20          And amongst the elements of this update, they have

04:34:43  21  a versus, a deathmatch, and a multiplayer.   So the

04:34:45  22  developers of another game that they had worked on, they

04:34:49  23  had -- they're announcing that they've added multiplayer

04:34:51  24  features to the game.

04:34:52  25  Q.   And if you were to convert Call of Mini Sniper from a

04:34:56   1   single player to a multiplayer game, would it be obvious to

04:35:02   2   have the server control to attack?

04:35:04   3   A.  Yes.

04:35:04   4   Q.  Why?

04:35:04   5   A.  It was very well-known at the time, for a variety of

04:35:07   6   reasons.

04:35:07   7   Q.  What reasons?

04:35:08   8   A.  So one reason, this was common knowledge that you would

04:35:14   9   implement a lot of functionality on a server.  You would do

04:35:17   10  that for matters of security -- for example, to mitigate

04:35:20   11  cheating.

04:35:21   12       There's a truism in the game industry, which is,

04:35:25   13  you never trust the client.  In this case, they don't mean

04:35:28   14  the consumer.  What they mean is the device on which the

04:35:31   15  game is running, because the owner of the game does not

04:35:33   16  have control over that device.  They can't.

04:35:36   17       But the player, the person who owns that device,

04:35:39   18  they can hack -- they can hack their own phone and make

04:35:42   19  changes to the code.  So they can send messages to the

04:35:45   20  server indicating, for example, that I just fired a

04:35:48   21  headshot when, in fact, I did not.

04:35:50   22       So in order to reduce that kind of cheating, what

04:35:54   23  you would do is you would make sure the server receives all

04:35:57   24  the messages for where the players are firing, for example,

04:35:59   25  and you sort of verify that they are sort of legitimate

04:36:02  1    kinds of -- of operations.

04:36:03  2    Q.  How do you know this?

04:36:04  3    A.  It was common knowledge at the time.  There's also

04:36:08  4    multiple textbooks, all published prior to the patent, that

04:36:12  5    explained as much.

04:36:14  6         There's -- these are specific game networking and

04:36:18  7    game development in the context of networking textbooks.

04:36:22  8    These textbooks had chapters on cheating.  And they talk

04:36:25  9    about different ways to mitigate that.  And this is one of

04:36:28  10   the common ways to do that.

04:36:29  11   Q.  You mentioned earlier, way back, that you taught a

04:36:32  12   class on game ethics?

04:36:34  13   A.  Yes.

04:36:35  14   Q.  Was cheating part of your game ethics class?

04:36:38  15   A.  Yes, it is something we talk about a lot in class.

04:36:41  16   Q.  All right.  Is there also a patent that shows this?

04:36:44  17   A.  Yes.

04:36:45  18        MR. SACKSTEDER:  And let's look at DX-570.

04:36:48  19   Q.  (By Mr. Sacksteder)  What are we looking at there?

04:36:49  20   A.  So this is a patent I'm going to call the Sakurai

04:36:56  21   patent from June 11th of 2010.

04:36:59  22   Q.  Was this available before the '873 patent priority

04:37:02  23   date?

04:37:02  24   A.  Yes.

04:37:02  25   Q.  And how do you know that?

| | | |
|---|---|---|
| 04:37:02 | 1 | A.  Because 2010 is -- is prior to 2013. |
| 04:37:06 | 2 | Q.  All right.  And there's also -- at the upper right, it |
| 04:37:10 | 3 | says filed June 13th, 2011? |
| 04:37:12 | 4 | A.  Uh-huh. |
| 04:37:13 | 5 | Q.  And that was in the U.S., correct? |
| 04:37:15 | 6 | A.  Correct. |
| 04:37:15 | 7 | Q.  All right.  Was this available for -- available before |
| 04:37:18 | 8 | the '873 patent priority date? |
| 04:37:22 | 9 | A.  Yes. |
| 04:37:23 | 10 | Q.  Okay.  And what does it disclose? |
| 04:37:25 | 11 | A.  So this is a patent -- I believe it was owned by |
| 04:37:29 | 12 | Nintendo.  In fact, you can see a picture there on the -- |
| 04:37:32 | 13 | on the right.  It's a Nintendo DS device where they sort of |
| 04:37:32 | 14 | erase the buttons just to focus on the screens. |
| 04:37:38 | 15 | The bottom screen is a touchscreen.  It's a patent |
| 04:37:41 | 16 | about figuring out how to make aiming and shooting work in |
| 04:37:45 | 17 | these 3D environments with these types of screens. |
| 04:37:47 | 18 | MR. SACKSTEDER:  Let's go to the next slide. |
| 04:37:49 | 19 | Q.  (By Mr. Sacksteder)  And what is the significance of |
| 04:37:51 | 20 | the highlighted portion of the Sakurai patent? |
| 04:37:56 | 21 | A.  So this highlighted portion, I'm going to read it.  The |
| 04:37:59 | 22 | main process steps of the process performed by the |
| 04:38:02 | 23 | information processing apparatus, as described above, may |
| 04:38:05 | 24 | be executed on the server side. |
| 04:38:06 | 25 | And, basically, what that says is, hey, in a game |

04:38:09  1  there's a bunch of processes that do different things.  The

04:38:13  2  important ones you can have them run on a server.  You

04:38:15  3  could also have them run the client.

04:38:17  4        So it is very common knowledge to know that for

04:38:20  5  managing a game, especially the main ones, you would

04:38:24  6  actually want to have them run on the server.

04:38:25  7  Q.  Why would a person of skill in the art look to the

04:38:30  8  Sakurai patent?

04:38:31  9  A.  So, in this case, this patent is about games, it is

04:38:33  10  about shooting, it is about games on devices with

04:38:35  11  touchscreens.  So they're very strongly connected.

04:38:37  12  Q.  And is there anything in the '873 patent that supports

04:38:40  13  your opinion?

04:38:41  14  A.  Yes, in fact.

04:38:43  15  Q.  What is that?

04:38:44  16  A.  So if you exclude the claim language, the word "server"

04:38:48  17  only appears twice in the entirety of the body of the

04:38:50  18  patent.  There is no information about any specific kind of

04:38:56  19  configuration that this server needs to have.  There's no

04:38:59  20  disclosure of anything unique or special that the server

04:39:02  21  needs to have.  Nothing that explains any technical details

04:39:06  22  about the server.

04:39:07  23        So they basically just use the word "server" in

04:39:09  24  the way that it would have been used at the time in its

04:39:14  25  generic sense.

04:39:15    1    Q.  All right.  What's your opinion about Claims 8 and 10

04:39:17    2    of the '5 -- of the '873 patent, in light of this prior

04:39:20    3    art?

04:39:20    4    A.  I believe it renders the patent invalid.

04:39:23    5            THE COURT:  Counsel, what do you estimate the

04:39:25    6    remainder of your direct to be?

04:39:27    7            MR. SACKSTEDER:  I would say maybe 20, 25 minutes.

04:39:30    8            THE COURT:  Well, it's been nearly two hours since

04:39:33    9    the jury had a recess.  We're going to take a recess at

04:39:36   10    this point.  We'll come back, and you can finish your

04:39:38   11    direct.

04:39:39   12            Ladies and gentlemen of the jury, if you will

04:39:41   13    close your notebooks and leave them in your chairs, follow

04:39:43   14    all the instructions I've given you, including not to

04:39:47   15    discuss the case among yourselves, and we'll be back

04:39:49   16    shortly to continue with the Defendant's direct examination

04:39:52   17    of this witness.

04:39:52   18            The jury is excused for recess.

04:39:54   19            COURT SECURITY OFFICER:  All rise.

04:39:55   20            (Jury out.)

04:39:57   21            THE COURT:  I will do a better job of keeping it

04:40:21   22    to 10 minutes this time than I did the last time.

04:40:24   23            We stand in recess.

04:40:27   24            (Recess.)

04:54:39   25            (Jury out.)

04:54:41  1            COURT SECURITY OFFICER:  All rise.

04:54:42  2            THE COURT:  Be seated, please.

04:54:43  3            You ready to continue, Mr. Sacksteder?

04:54:47  4            MR. SACKSTEDER:  I am, Your Honor.

04:54:48  5            THE COURT:  Let's bring in the jury, please.

04:54:50  6            COURT SECURITY OFFICER:  All rise.

04:54:58  7            (Jury in.)

04:55:05  8            THE COURT:  Please be seated.

04:55:23  9            All right.  Counsel, you may continue with your

04:55:29 10  direct examination.

04:55:30 11            MR. SACKSTEDER:  Thank you, Your Honor.

04:55:31 12  Q.  (By Mr. Sacksteder)  Dr. Zagal, you also mentioned a

04:55:34 13  prior art reference called Sniper vs. Sniper: Online?

04:55:38 14  A.  I did.

04:55:38 15  Q.  What is that?

04:55:39 16  A.  It's a mobile game that's played online where you play

04:55:44 17  as a sniper.

04:55:45 18  Q.  When was it released?

04:55:46 19  A.  In October 2009.

04:55:48 20  Q.  How did you confirm that?

04:55:50 21  A.  Also, by Sensor Tower data and the App Store

04:55:55 22  information.

04:55:55 23            MR. SACKSTEDER:  Can we go to the next slide,

04:55:58 24  please?

04:55:58 25  Q.  (By Mr. Sacksteder)  What are we looking at here?

```
04:56:00   1   A.  This is a YouTube page for a video we'll be watching.
04:56:03   2   We can see it was published in -- January 9th, 2010.
04:56:09   3   Q.  And do you know it's -- it was publicly accessible for
04:56:11   4   the same reason you did with the YouTube video for Call --
04:56:20   5   Call of Mini Sniper?
04:56:21   6   A.  Yes.
04:56:21   7       MR. SACKSTEDER:  Let's go to the next slide.  Take
04:56:25   8   a look at the video.  Can you start playing it, Mr. Smith?
04:56:31   9   Play it for about 10 seconds.
04:56:34  10       (Videoclip played.)
04:56:37  11   Q.  (By Mr. Sacksteder)  All right.  What are we seeing
04:56:38  12   here, Doctor?
04:56:39  13   A.  So we're seeing an introductory cut scene, is what it's
04:56:46  14   called in the games industry, for this game.
04:56:47  15   Q.  Are there controls for aiming and shooting in Sniper
04:56:51  16   vs. Sniper?
04:56:51  17   A.  There are.
04:56:56  18       MR. SACKSTEDER:  Let's move to the next video.
04:56:57  19   Q.  (By Mr. Sacksteder)  What are we looking at here?
04:56:59  20   A.  We're looking at a -- a screenshot from the video.
04:57:02  21   Q.  What's the significance?  Well, what is -- what is that
04:57:08  22   trying to tell to the user?
04:57:09  23   A.  So here, we are seeing two -- two things.  On the left
04:57:14  24   is a screenshot from the video, and it's a tip providing
04:57:19  25   information to the player, explaining how to enter
```

04:57:23   1   different modes of the game and that you do so by tapping

04:57:27   2   on the screen.

04:57:27   3   Q.   And on the right what do we see?

04:57:30   4   A.   On the right is a message that says that the game will

04:57:33   5   correct to an online server, and that that will allow

04:57:37   6   players to compete against other players around the world.

04:57:41   7   Q.   All right.

04:57:41   8           MR. SACKSTEDER:   Let's move on to the video,

04:57:42   9   please.   Next slide.

04:57:45   10   Q.   (By Mr. Sacksteder)   What do we have there?

04:57:47   11   A.   So now we are seeing the -- the dialog box which has

04:57:50   12   been re-created on the right.

04:57:51   13   Q.   Let's -- let's move on again?

04:57:57   14           MR. SACKSTEDER:   All right.   Please play it.

04:57:59   15   Q.   (By Mr. Sacksteder)   What's this?

04:57:59   16   A.   So from the main menu of the game, when you tap on

04:58:05   17   online play, the player is asked if they want to connect

04:58:09   18   online.   And if they tap on yes, they then see a message

04:58:13   19   saying connecting to game server and a wheel loading.

04:58:17   20           MR. SACKSTEDER:   All right.   Let's go to the next

04:58:18   21   video.   I think the next one.

04:58:28   22   Q.   (By Mr. Sacksteder)   What -- it talks about cheating

04:58:30   23   there?

04:58:31   24   A.   Yes.   So once the player is online, this is sort of the

04:58:35   25   online page.   There's a message there in red that talks

04:58:38  1  about cheating and possible cheating, letting players know

04:58:41  2  that the developers of the game are aware that they should

04:58:44  3  know -- they're letting players know, hey, don't cheat or

04:58:49  4  we will be punishing you.

04:58:50  5        MR. SACKSTEDER:  Let's go to the next video.

04:58:52  6  Q.  (By Mr. Sacksteder)  All right.  That looks not quite

04:58:54  7  like rifle stuff.  What are we looking at there?

04:58:56  8  A.  So in this video, we are now in the game.  The person

04:59:00  9  who made the game is sort of in a match.  They are in

04:59:03  10  binocular mode.  They're sort of looking around to try to

04:59:06  11  find an opponent.  We're going to see them tap on the

04:59:08  12  screen.

04:59:09  13        MR. SACKSTEDER:  Can we play the video?

04:59:13  14  Q.  (By Mr. Sacksteder)  Okay.  What happened there?

04:59:13  15  A.  So they tapped on the screen, and then the scope came

04:59:16  16  up.  So now they're looking through their sniper rifle, and

04:59:20  17  then they tapped again to fire the weapon.

04:59:25  18        MR. SACKSTEDER:  Okay.  That happened pretty fast.

04:59:27  19  Can we go back and look at that one more time?

04:59:31  20  Q.  (By Mr. Sacksteder)  And you can explain it?

04:59:33  21        So what happened?

04:59:34  22  A.  So it's panning around, taps on the screen, scope comes

04:59:40  23  up, tap again, fires, and the enemy in this case is taken

04:59:44  24  out.

04:59:44  25        MR. SACKSTEDER:  All right.  Let's look through

04:59:46    1    the asserted claims in light of this video.

04:59:49    2    Q.  (By Mr. Sacksteder)   Okay.   Is the first element, is

04:59:52    3    that satisfied?

04:59:53    4    A.  Yes, we saw the game being played on an iPhone.

04:59:55    5          MR. SACKSTEDER:  Let's go to the next one.

04:59:57    6    Q.  (By Mr. Sacksteder)   Is that one satisfied?

04:59:58    7    A.  Yes, we have seen information regarding the existence

05:00:01    8    of a game server and that users connect to that game

05:00:04    9    server.

05:00:06    10   Q.  Okay.  And identify a first touch operation on the

05:00:09    11   touch panel?

05:00:09    12   A.  Yes, we've also seen that.  We saw the player also tap

05:00:13    13   on the screen and -- and things happen.

05:00:15    14         MR. SACKSTEDER:  All right.  Let's -- let's go

05:00:16    15   farther.

05:00:17    16   Q.  (By Mr. Sacksteder)   Okay.  And what do we see there

05:00:20    17   being displayed?

05:00:20    18   A.  So here we see Element b.  And on the bottom, sort of

05:00:27    19   the blow-up, is the way the element was construed by the

05:00:30    20   Court.  So we saw that when they tapped on the screen, we

05:00:33    21   saw the scope came up, and that the image inside of the

05:00:36    22   scope was based upon the position of the first touch

05:00:40    23   operation.

05:00:40    24         MR. SACKSTEDER:  Let's go to the next slide.

05:00:42    25   Q.  (By Mr. Sacksteder)   And then what -- what practices

| | | |
|---|---|---|
| 05:00:43 | 1 | this?  What uses this next element? |
| 05:00:45 | 2 | A.  This is when the user taps on the sort of button on the |
| 05:00:48 | 3 | bottom right side of the screen, has a picture that sort of |
| 05:00:51 | 4 | looks like a bullet, and that makes the attack execute. |
| 05:00:55 | 5 | Q.  All right.  And then the last element, is it your |
| 05:00:59 | 6 | opinion this is met also? |
| 05:01:01 | 7 | A.  Yes, it is also my opinion it is met. |
| 05:01:03 | 8 | Q.  Why? |
| 05:01:04 | 9 | A.  It is obvious that the server in this case is |
| 05:01:07 | 10 | controlling to attack.  Sniper vs. Sniper: Online is a |
| 05:01:12 | 11 | competitive game.  You can see there from the screenshot |
| 05:01:15 | 12 | that there is online plays, a second option on the menu. |
| 05:01:18 | 13 | A third option on the menu is worldwide rankings. |
| 05:01:21 | 14 | So that means it is competitive at a global scale.  I |
| 05:01:27 | 15 | talked about -- earlier about cheating and about the |
| 05:01:29 | 16 | importance of mitigating cheating. |
| 05:01:29 | 17 | We saw a screenshot where you could see that the |
| 05:01:32 | 18 | developers of the game were aware that cheating is an issue |
| 05:01:33 | 19 | and needs to be resolved. |
| 05:01:34 | 20 | This indicates to me that the creators of the game |
| 05:01:37 | 21 | were aware of what was common to be done in terms of the |
| 05:01:41 | 22 | art at that time, and so they would have implemented -- |
| 05:01:44 | 23 | they would have obviously implemented the controlled attack |
| 05:01:47 | 24 | on their servers. |
| 05:01:48 | 25 | Q.  Did you review any source code on a server to figure |

1131

| | | |
|---|---|---|
| 05:01:52 | 1 | this out? |
| 05:01:53 | 2 | A.  I did not. |
| 05:01:53 | 3 | Q.  Is that source code available? |
| 05:01:55 | 4 | A.  Not to my knowledge. |
| 05:01:56 | 5 | Q.  All right. |
| 05:02:04 | 6 | MR. SACKSTEDER:  So let's go to Claim 10. |
| 05:02:08 | 7 | Q.  (By Mr. Sacksteder)  So before we do, what is your |
| 05:02:11 | 8 | opinion regarding Claim 8? |
| 05:02:12 | 9 | A.  So invalid, the patent is invalid. |
| 05:02:16 | 10 | MR. SACKSTEDER:  Let's go to Claim 10. |
| 05:02:19 | 11 | Q.  (By Mr. Sacksteder)  Do you have any different opinions |
| 05:02:21 | 12 | regarding Claim 10? |
| 05:02:22 | 13 | A.  No.  Claim 10 is fundamentally the same as far as the |
| 05:02:27 | 14 | elements that are required, and we saw that they were all |
| 05:02:30 | 15 | met with Claim 8, and they were also all met with Claim 10. |
| 05:02:34 | 16 | Q.  Do you have an understanding about Dr. Akl's opinions |
| 05:02:37 | 17 | about whether these references invalidate? |
| 05:02:42 | 18 | A.  Yes, I do. |
| 05:02:42 | 19 | Q.  And what do you think of those? |
| 05:02:44 | 20 | A.  I don't agree with Dr. Akl. |
| 05:02:47 | 21 | Q.  Why? |
| 05:02:48 | 22 | A.  There's a couple of things that Dr. Akl argues.  He -- |
| 05:02:57 | 23 | he claims that the scope image does not count as a frame |
| 05:03:00 | 24 | for the purposes of the claim language. |
| 05:03:02 | 25 | Q.  Okay. |

05:03:02   1          MR. SACKSTEDER:  Can we go to the slide showing
05:03:04   2   Figure 4?  Go forward.  There you go.
05:03:13   3   Q.   (By Mr. Sacksteder)  And what's the significance of
05:03:14   4   what we're looking at?
05:03:17   5   A.   So in the patent itself, they use the language of an
05:03:20   6   image simulating an image of an optical sight, in
05:03:25   7   parentheses, scope.  So I think it's pretty obvious that a
05:03:28   8   scope was within the embodiments that this patent could
05:03:31   9   take.
05:03:31  10   Q.   And how does Dr. Akl's opinion compare to the Court's
05:03:34  11   construction of the frame indicative of a shooting
05:03:37  12   effective range?
05:03:37  13   A.   I believe there's also a difference there between the
05:03:40  14   Court's construction and Dr. Akl's opinion.
05:03:44  15   Q.   What does the patent teach about a server controlling
05:03:53  16   to attack?
05:03:53  17   A.   Nothing, in particular, with this patent.
05:03:55  18   Q.   Does it provide any technical details?
05:03:57  19   A.   None.
05:04:06  20   Q.   All right.  You also have an invalidity opinion
05:04:08  21   concerning the '655 patent?
05:04:10  22   A.   I do.
05:04:11  23   Q.   All right.  Remind us what that patent is about.
05:04:13  24   A.   So this is a patent about gifting and about
05:04:18  25   incentivizing gifting and about doing so by incentivizing

05:04:21  1   the person receiving the gift based on a condition.

05:04:25  2            MR. SACKSTEDER:  Can we see the front page of the

05:04:28  3   '655 patent?  And can we blow up the foreign patent and the

05:04:38  4   foreign filing priority date down at the bottom?  It's in

05:04:44  5   Line 30.

05:04:46  6   Q.  (By Mr. Sacksteder)  What's -- what's the filing date

05:04:49  7   for the '655 patent?

05:04:50  8   A.  The foreign application priority date is September

05:04:55  9   20th, 2012.

05:04:58  10           MR. SACKSTEDER:  All right.  Can we move forward

05:04:59  11  in the slides, Mr. Smith?  I need to go a few -- a few

05:05:08  12  slides in.  Keep going.  Keep going.  Keep going.  Keep

05:05:15  13  going.  All right.

05:05:16  14  Q.  (By Mr. Sacksteder)  What is FarmVille, Dr. Zagal?

05:05:21  15  A.  FarmVille is a -- is a very popular game.

05:05:25  16  Q.  And how was it played?

05:05:27  17  A.  It was played in a variety of ways.  You can play it on

05:05:31  18  your computer, on the web, you could play it through

05:05:34  19  Facebook, you could also play it on a mobile device.

05:05:36  20  Q.  And have you ever played FarmVille?

05:05:38  21  A.  Yes, I did, back in the day.

05:05:40  22  Q.  And what do you mean by back in the day?

05:05:42  23  A.  In the 2009 to 2011 range, thereabouts.  I don't recall

05:05:47  24  exactly.

05:05:47  25  Q.  Okay.  And it was originally a Facebook game?

| | | |
|---|---|---|
| 05:05:51 | 1 | A.  The way I played it was through Facebook. |
| 05:05:53 | 2 | Q.  And did it ever become a mobile game? |
| 05:05:55 | 3 | A.  Yes. |
| 05:05:56 | 4 | Q.  And was it a mobile game before the filing date of the |
| 05:05:59 | 5 | '655 patent? |
| 05:05:59 | 6 | A.  Yes, I believe the mobile version was released in 2010. |
| 05:06:02 | 7 | Q.  All right. |
| 05:06:09 | 8 | MR. SACKSTEDER:  May I approach, Your Honor? |
| 05:06:12 | 9 | THE COURT:  You may.  If you'll hand that to the |
| 05:06:17 | 10 | Court Security Officer, he'll hand it to the witness. |
| 05:06:21 | 11 | MR. SACKSTEDER:  Thank you. |
| 05:06:22 | 12 | THE WITNESS:  Thank you. |
| 05:06:22 | 13 | Q.  (By Mr. Sacksteder)  What have you just been handed, |
| 05:06:25 | 14 | Dr. Zagal? |
| 05:06:26 | 15 | A.  I've been handed a copy of FarmVille for Dummies, the |
| 05:06:31 | 16 | book. |
| 05:06:31 | 17 | Q.  And what is the significance of that book? |
| 05:06:33 | 18 | A.  So this book explains how to play FarmVille and how to |
| 05:06:37 | 19 | be successful at playing FarmVille. |
| 05:06:39 | 20 | Q.  Does it have a date in it, copyright date? |
| 05:06:43 | 21 | A.  Yes, it does. |
| 05:06:44 | 22 | Q.  Okay.  And what is that date? |
| 05:06:45 | 23 | A.  The copyright date is 2011.  I can see that there's |
| 05:06:49 | 24 | also a Library of Congress control number available. |
| 05:06:53 | 25 | Q.  Okay. |

| | | |
|---|---|---|
| 05:06:53 | 1 | A.  And there's also an ISDN number. |
| 05:06:56 | 2 | Q.  And do you know where this particular copy of FarmVille |
| 05:07:00 | 3 | for Dummies was -- was available? |
| 05:07:02 | 4 | A.  This specific copy was -- this is an old library copy |
| 05:07:08 | 5 | from the Mid-Continent Public Library, so it belonged to |
| 05:07:12 | 6 | their collection.  There's stickers and stamps. |
| 05:07:16 | 7 | Q.  Have you reviewed any documents that confirmed that's |
| 05:07:20 | 8 | where that came from? |
| 05:07:21 | 9 | A.  Yes, I have. |
| 05:07:21 | 10 | Q.  And do you know when it was available at that library? |
| 05:07:24 | 11 | A.  In 2011. |
| 05:07:29 | 12 | Q.  What does the book disclose? |
| 05:07:31 | 13 | A.  A whole bunch of things about FarmVille, and it |
| 05:07:35 | 14 | discloses all the elements of the claims. |
| 05:07:39 | 15 | Q.  All right.  Was FarmVille for Dummies considered by the |
| 05:07:42 | 16 | Patent Office in connection with the application of the |
| 05:07:47 | 17 | '655 patent? |
| 05:07:47 | 18 | A.  No. |
| 05:07:48 | 19 | Q.  Was the game FarmVille considered by the Patent Office |
| 05:07:52 | 20 | in connection with the application for the '655 patent? |
| 05:07:56 | 21 | A.  No. |
| 05:07:57 | 22 | Q.  Okay. |
| 05:07:57 | 23 | MR. SACKSTEDER:  Can we go to the slide with |
| 05:07:59 | 24 | Claims 1 and 7 and Claim 5, Mr. Smith? |
| 05:08:15 | 25 | Q.  (By Mr. Sacksteder)  What are we looking at here, |

05:08:17  1    Dr. Zagal?

05:08:17  2    A.   So these are the asserted claims, 5 and 7.

05:08:21  3    Q.   And this relates to gifting and incentives for gifting,

05:08:27  4    correct?

05:08:27  5    A.   Exactly.

05:08:27  6    Q.   Was there a gifting functionality in FarmVille?

05:08:31  7    A.   Yes, there was.

05:08:32  8    Q.   What kind of a part of the game was that?

05:08:34  9    A.   It was a pretty important part.

05:08:36  10   Q.   And what kind of things could be associated with that

05:08:42  11   gifting feature?

05:08:43  12   A.   So gifting was one of the main ways that players could

05:08:47  13   make progress in the game, and you had to have friends --

05:08:50  14   they were called neighbors in FarmVille -- and you could

05:08:53  15   send each other items.

05:08:54  16        And there was a lot of quests and missions that

05:08:57  17   required certain items in order to be completed.  There was

05:09:00  18   also certain achievements and rewards you could obtain in

05:09:03  19   the game by completing these quests, and many of these are

05:09:07  20   also related to receiving items as gifts.

05:09:07  21   Q.   Were some of the items ribbons and collections?

05:09:13  22   A.   Yes, those are two examples.

05:09:15  23        MR. SACKSTEDER:  Can we look at the slide that

05:09:17  24   shows ribbons and collections, Mr. Smith?  There you go.

05:09:26  25   Q.   (By Mr. Sacksteder)  What are we looking at, sir?

05:09:27   1   A.  So on the left, we see some pictures of different kinds

05:09:31   2   of ribbons that you could earn in the game, and they each

05:09:36   3   had their own conditions.  And on the right, we see

05:09:39   4   examples of different types of collections that users could

05:09:42   5   try to -- players could try to complete.

05:09:45   6   Q.  What's a collection?

05:09:47   7   A.  It's a set of specific objects, and a player completes

05:09:51   8   a collection when they obtain all of the objects in that

05:09:57   9   collection.

05:09:58   10  Q.  So once you fulfill your collection, then you get

05:10:01   11  something else; is that right?

05:10:01   12  A.  Yes, you get a reward.

05:10:03   13        MR. SACKSTEDER:  Let's go to the next slide --

05:10:05   14  there you go.

05:10:06   15  Q.  (By Mr. Sacksteder)  Okay.  What is the Not Spoiled

05:10:12   16  Gifted Ribbon, what does that refer to?

05:10:13   17  A.  So this is a ribbon that you can earn in the game.

05:10:17   18  They come in four different colors from easiest to hardest.

05:10:21   19  And this table right there comes from this book, and it --

05:10:25   20  it explains in order to earn this ribbon, what you need to

05:10:28   21  do is you need to -- and I'm going to read from the table:

05:10:32   22  Have X unique gifts in your gift box.

05:10:35   23        If you wanted to earn the yellow ribbon, that

05:10:39   24  number was three.  So you needed to have three unique gifts

05:10:39   25  in your gift box, and so on and so forth, for the other

1138

05:10:41  1  colored ribbons.

05:10:41  2  Q.  Where do the gifts come from?

05:10:43  3  A.  The gifts come from other people that they send them to
05:10:50  4  you.

05:10:50  5       MR. SACKSTEDER:  Let's go to Claims 1 and 7, the
05:10:52  6  preamble.

05:11:00  7  Q.  (By Mr. Sacksteder)  Did you consider whether the
05:11:01  8  preamble is satisfied?

05:11:02  9  A.  It is satisfied.  The preamble requires a server that
05:11:07  10  provides the service of the game to a plurality of devices
05:11:11  11  used by all of the users and that the server communicates
05:11:16  12  to these devices.

05:11:17  13       MR. SACKSTEDER:  Can we see the next slide?

05:11:19  14  Q.  (By Mr. Sacksteder)  Does that show that from the book?

05:11:21  15  A.  Yes.  Two different screenshots.  One explained that,
05:11:26  16  hey, this game is played on the Internet, and you will need
05:11:28  17  to connect to the Internet in order to connect to the
05:11:31  18  servers that run this game.

05:11:33  19       And the second one communicates similar
05:11:36  20  information but for your mobile device.

05:11:38  21       MR. SACKSTEDER:  Okay.  Can we move to the next
05:11:40  22  slide, please?

05:11:41  23  Q.  (By Mr. Sacksteder)  And those are -- those preambles
05:11:44  24  are satisfied, correct?

05:11:45  25  A.  Yes.

05:11:45    1          MR. SACKSTEDER:  All right.  Let's go to the next

05:11:47    2    one.

05:11:47    3    Q.  (By Mr. Sacksteder)  What is required here in 1a and

05:11:50    4    7a?

05:11:50    5    A.  A storage medium where the objects that you possess in

05:11:55    6    the game are -- are kept for all of the users, as well as

05:12:00    7    the transfer information of -- of any transfers that may

05:12:03    8    have happened between users.

05:12:05    9          MR. SACKSTEDER:  All right.  Let's move to the

05:12:06   10    next slide.

05:12:07   11    Q.  (By Mr. Sacksteder)  And, Doctor, can you tell us how

05:12:09   12    FarmVille meets this element?

05:12:10   13    A.  So here we at risk seeing two different things.

05:12:13   14          On the left -- on the left is a picture of the

05:12:17   15    free gifts page.  Again, this is from this book.  It sort

05:12:20   16    of indicates the kinds of gifts you can send to other

05:12:24   17    people.  And on the right you see the gift box, and that

05:12:27   18    has a list of all the gifts that a user has received.

05:12:31   19    Q.  Are these from the video -- are these from the game?

05:12:34   20    A.  Yes.

05:12:34   21          MR. SACKSTEDER:  Let's go to the next slide.

05:12:36   22    Q.  (By Mr. Sacksteder)  And is that limitation satisfied?

05:12:38   23    A.  So it is satisfied.  It is -- it is also satisfied,

05:12:43   24    because if I were to play the game on my phone, for

05:12:47   25    example, and I lose my phone and I get a new phone, I could

| | | |
|---|---|---|
| 05:12:50 | 1 | download the game again, log in with my account, and all |
| 05:12:52 | 2 | the gifts that I have received in my gift box would still |
| 05:12:56 | 3 | be there.  I wouldn't lose any. |
| 05:12:57 | 4 | Q.  All right. |
| 05:12:57 | 5 | A.  So that indicates that that information is being stored |
| 05:13:03 | 6 | on the server. |
| 05:13:03 | 7 | Q.  All right. |
| 05:13:03 | 8 | MR. SACKSTEDER:  And go back to the previous |
| 05:13:06 | 9 | slide. |
| 05:13:06 | 10 | Q.  (By Mr. Sacksteder)  On the left is that from the |
| 05:13:08 | 11 | FarmVille for Dummies book? |
| 05:13:09 | 12 | A.  Yes. |
| 05:13:09 | 13 | MR. SACKSTEDER:  And then let's move on to 1b |
| 05:13:13 | 14 | of -- 1b and 7b of the claims. |
| 05:13:15 | 15 | Q.  (By Mr. Sacksteder)  What's -- what's required there? |
| 05:13:18 | 16 | A.  So this is the -- the language that requires that the |
| 05:13:23 | 17 | person who is going to send the gift choose the gift they |
| 05:13:27 | 18 | want to send from a variety of gifts that are available, |
| 05:13:32 | 19 | and also choose to whom they want to send a gift from a |
| 05:13:36 | 20 | variety of people that are -- are available for them to |
| 05:13:39 | 21 | send gifts to. |
| 05:13:40 | 22 | MR. SACKSTEDER:  Next slide, please. |
| 05:13:42 | 23 | Q.  (By Mr. Sacksteder)  Does this satisfy 1b and 7b? |
| 05:13:46 | 24 | A.  It does. |
| 05:13:46 | 25 | Q.  Please explain how. |

05:13:47   1   A.  So this is, again, from the book, and it explains how

05:13:51   2   the gifting process works.

05:13:53   3          In Line -- in Item No. 2, we can see it says:

05:13:57   4   Select the radio button under the gift you'd like to give.

05:14:01   5   And there's an example.  There are all the gifts that are

05:14:03   6   available, so it's letting the user know -- pick the gift

05:14:06   7   you would like to send.

05:14:07   8          And then on Step 4, it says:  Select the check

05:14:10   9   boxes next to the friends to whom you want to send the

05:14:13  10   gift, explaining that after you select what you want to

05:14:17  11   send, you can pick who you would like to send gifts to.

05:14:20  12   Q.  Is 7(1) and 7c satisfied?

05:14:25  13   A.  Yes.

05:14:26  14   Q.  All right.

05:14:26  15          MR. SACKSTEDER:  Let's move on.  All right.  Next

05:14:28  16   slide.  Next slide.  All right.  Sorry, 1c -- go back one.

05:14:33  17   Q.  (By Mr. Sacksteder)  Okay.  What is 1c and 7c?

05:14:36  18   A.  So 1c requires that transfer information needs to be

05:14:40  19   updated in response to this request to transfer.  So it's

05:14:43  20   the idea that the person -- in this case the second user,

05:14:46  21   the person receiving the gift, needs to have some

05:14:48  22   information about the gift that has been received.

05:14:51  23   Q.  And does FarmVille meet this element?

05:14:54  24   A.  Yes, it does.

05:14:55  25          MR. SACKSTEDER:  Next slide.

| | | |
|---|---|---|
| 05:14:56 | 1 | Q.  (By Mr. Sacksteder)  Please explain how. |
| 05:14:57 | 2 | A.  So the gift boxes is one way, and we see that picture |
| 05:15:01 | 3 | on -- on the right.  The gift box contains all the gifts |
| 05:15:04 | 4 | that I have received.  And so if someone were to send me a |
| 05:15:09 | 5 | gift, it would now appear in that image. |
| 05:15:12 | 6 | There's also instructions letting people know from |
| 05:15:16 | 7 | the book in this case how to manage like your gifts and |
| 05:15:19 | 8 | where to go to manage your gifts and see information about |
| 05:15:21 | 9 | them. |
| 05:15:21 | 10 | MR. SACKSTEDER:  Let's go on to the next slide. |
| 05:15:23 | 11 | Q.  (By Mr. Sacksteder)  That claim element is satisfied, |
| 05:15:27 | 12 | correct? |
| 05:15:27 | 13 | A.  Yes. |
| 05:15:27 | 14 | Q.  All right. |
| 05:15:27 | 15 | MR. SACKSTEDER:  Next slide. |
| 05:15:28 | 16 | Q.  (By Mr. Sacksteder)  All right.  What's 1d? |
| 05:15:30 | 17 | A.  1d refers to this idea that there needs to be a |
| 05:15:34 | 18 | condition that needs to be satisfied.  The person receiving |
| 05:15:37 | 19 | the second -- for the person receiving the second object. |
| 05:15:42 | 20 | Q.  And where do we see that in FarmVille? |
| 05:15:45 | 21 | A.  So we see that in the -- in the things you need to do |
| 05:15:48 | 22 | or things that need to happen in order for you to |
| 05:15:51 | 23 | receive -- in the case of the not -- Not Spoiled Gifted |
| 05:15:54 | 24 | Ribbon, there's a condition there.  That condition is, have |
| 05:15:56 | 25 | X unique gifts in your gift box.  And if you have the right |

05:16:01   1    amount, you would get the appropriate banner.

05:16:01   2         The example on the left is from an event.  It's

05:16:04   3    called 12 Days of Prizes.  I'm going to read the text:  The

05:16:07   4    Winter Countdown has started.  Come back every day to get

05:16:10   5    the item of the day from your friends.  Collect all 12 and

05:16:13   6    get a special bonus prize, too.

05:16:15   7         So that explains the condition that will be

05:16:18   8    evaluated in order for someone to receive a special bonus

05:16:22   9    prize.  In this case, collecting all 12 items that have

05:16:26  10    been received as gifts from your friends.

05:16:28  11         MR. SACKSTEDER:  Next slide.

05:16:29  12    Q.  (By Mr. Sacksteder)  What's your opinion regarding

05:16:31  13    Claim 1d and 7d?

05:16:33  14    A.  It is met.

05:16:35  15    Q.  By FarmVille?

05:16:35  16    A.  Yes.

05:16:36  17    Q.  And FarmVille for Dummies?

05:16:36  18    A.  Yes.

05:16:37  19         MR. SACKSTEDER:  Let's move to the next slide.

05:16:40  20    Q.  (By Mr. Sacksteder)  All right.  What is 1e and 7e?

05:16:42  21    A.  So this is connected to the previous one.  So the

05:16:45  22    previous claim was, there needs to be a condition.  This

05:16:48  23    basically says that if the condition is met, then you need

05:16:52  24    to give the -- the gift.

05:16:54  25         MR. SACKSTEDER:  Next slide.

05:16:55   1   Q.  (By Mr. Sacksteder)   Oh, sorry.   How is this satisfied?

05:17:02   2   A.  So I mentioned that there were conditions already for

05:17:05   3   both the Winter Countdown and the Not Spoiled Gifted Ribbon

05:17:10   4   example.

05:17:10   5         So now we can see, well, is there a sign that the

05:17:15   6   ribbons were received?   Does this -- FarmVille let users

05:17:16   7   know that you got things?

05:17:18   8   Q.  So this has to do with granting the second object when

05:17:22   9   the transfer information of the second user satisfies a

05:17:27  10   condition for granting the second object, correct?

05:17:31  11   A.  Correct.

05:17:31  12   Q.  And do we see that in the slide we're looking at?

05:17:34  13   A.  In this slide, we see the condition, but I believe we

05:17:36  14   have another slide showing the -- the granting having

05:17:40  15   happened.

05:17:40  16         MR. SACKSTEDER:  Go ahead.  Next slide.  Okay.

05:17:41  17   Let's -- let's go to the next one.   Okay.   Go back.

05:17:49  18   Q.  (By Mr. Sacksteder)  Do you see it in --

05:17:49  19         MR. SACKSTEDER:   Go back to the previous slide.

05:17:52  20   Next slide.

05:17:52  21   Q.  (By Mr. Sacksteder)   Okay.  Do you see the granting

05:17:54  22   happen here, or is it described in 10 days or 12 days of

05:17:59  23   prizes there?

05:18:00  24   A.  Yes, it's -- it's described.

05:18:04  25         MR. SACKSTEDER:  Move to the next one.

05:18:06  1   Q.  (By Mr. Sacksteder)  What's your opinion regarding 1e

05:18:10  2   and 7e?

05:18:11  3   A.  It is met.

05:18:13  4        MR. SACKSTEDER:  Next slide.

05:18:14  5   Q.  (By Mr. Sacksteder)  What do Claim 1f and 7f do?

05:18:18  6   A.  So this refers to the notification.  So there needs to

05:18:22  7   be a condition.  The second gift needs to be awarded if

05:18:26  8   this is met, and the user needs to be informed of that

05:18:30  9   fact.

05:18:30  10        MR. SACKSTEDER:  Next slide, please.

05:18:31  11  Q.  (By Mr. Sacksteder)  And what do we see here?

05:18:33  12  A.  So here we see two different examples of notifications

05:18:36  13  that FarmVille provides.  The one on the left has to do

05:18:39  14  with a gift.  It says:  You just accepted a free gift.  And

05:18:46  15  it kind of shows who it's from, so the transfer information

05:18:48  16  is there.

05:18:49  17        The one on the right is for a ribbon, basically

05:18:51  18  letting the user know you have met the requirements for a

05:18:54  19  ribbon, and this is your award.

05:18:56  20        MR. SACKSTEDER:  Next slide.

05:18:57  21  Q.  (By Mr. Sacksteder)  What's your opinion concerning 1f

05:18:59  22  and 7f?

05:19:00  23  A.  It is met.

05:19:01  24        MR. SACKSTEDER:  Let's go to the next one.

05:19:03  25  Q.  (By Mr. Sacksteder)  Claim 5, what's your opinion about

| | | |
|---|---|---|
| 05:19:06 | 1 | Claim 5? |
| 05:19:07 | 2 | A.  Claim 5 is also met. |
| 05:19:10 | 3 | MR. SACKSTEDER:  Go to the next slide, please. |
| 05:19:11 | 4 | Q.  (By Mr. Sacksteder)  And how do you see that? |
| 05:19:13 | 5 | A.  So Claim 5 says -- is a narrowing of the condition.  So |
| 05:19:18 | 6 | the condition needs to be of a specific type.  In this |
| 05:19:21 | 7 | case, the condition has to relate to the number of or types |
| 05:19:24 | 8 | of objects which have been transferred to the second user. |
| 05:19:28 | 9 | So we need to find a condition that is of that |
| 05:19:31 | 10 | type in order to -- to show that it is met.  The example |
| 05:19:33 | 11 | here is the 12 Days of Prizes, which is a condition related |
| 05:19:38 | 12 | to a number of -- in this case 12.  So if you get the 12 |
| 05:19:41 | 13 | objects, then you get the bonus one. |
| 05:19:43 | 14 | The ribbon, which is right below the Not Spoiled |
| 05:19:48 | 15 | Gifted also has a condition related to the number of gifts. |
| 05:19:50 | 16 | There's 3, 9, 15, and 21. |
| 05:19:53 | 17 | Q.  All right. |
| 05:19:54 | 18 | MR. SACKSTEDER:  Let's move to the next slide. |
| 05:19:58 | 19 | Well, let's go back for a second. |
| 05:20:01 | 20 | Q.  (By Mr. Sacksteder)  Do you have an opinion regarding |
| 05:20:02 | 21 | whether the FarmVille for Dummies book anticipates Claim 5 |
| 05:20:07 | 22 | and Claim 7 of the  -- of the '655 patent? |
| 05:20:12 | 23 | A.  Yes, they do. |
| 05:20:14 | 24 | MR. SACKSTEDER:  Let's go to the next slide. |
| 05:20:17 | 25 | Q.  (By Mr. Sacksteder)  So what are we looking at here? |

05:20:19  1  What's this patent?

05:20:20  2  A.  So this is a patent.  I'm going to call it Mahajan

05:20:23  3  patent.  It is a patent assigned to Zynga.

05:20:26  4  Q.  What is Zynga?

05:20:27  5  A.  Zynga is a game development company.  They're based in

05:20:31  6  San Francisco.  Zynga has made many games.  FarmVille was I

05:20:37  7  think their -- their first break-out success game.

05:20:39  8  Q.  Is Zynga the company that developed FarmVille?

05:20:42  9  A.  Yes.

05:20:42  10  Q.  All right.  What is the significance of this particular

05:20:47  11  patent?

05:20:48  12  A.  So this patent talks about ways to incentivize

05:20:52  13  gift-giving in the context of playing games such as the

05:20:56  14  ones that Zynga develops where players are located in the

05:21:03  15  same physical space.

05:21:04  16  Q.  And when was this filed?

05:21:05  17  A.  I see June 30th, 2011.

05:21:09  18  Q.  All right.  And that's under related U.S. application

05:21:12  19  data --

05:21:14  20  A.  Yes.

05:21:14  21  Q.  -- correct?  And it says it's a continuation of an

05:21:16  22  application that was filed then, correct?

05:21:17  23  A.  Yes.

05:21:17  24  Q.  And do you understand that to be the effective filing

05:21:19  25  date for this patent?

1148

| | | |
|---|---|---|
| 05:21:22 | 1 | A.  Uh-huh, yes. |
| 05:21:23 | 2 | Q.  Was there anything in this patent that struck you as |
| 05:21:29 | 3 | relating directly to the '655 patent? |
| 05:21:31 | 4 | A.  Yes, there was. |
| 05:21:31 | 5 | Q.  And this is more than a year before the '655 patent was |
| 05:21:34 | 6 | filed, correct? |
| 05:21:35 | 7 | A.  Correct. |
| 05:21:35 | 8 | Q.  And it was filed in Japan, correct? |
| 05:21:40 | 9 | A.  This patent was not filed in Japan. |
| 05:21:43 | 10 | Q.  The '655 was filed in Japan.  This was filed in the |
| 05:21:46 | 11 | United States? |
| 05:21:46 | 12 | A.  Correct. |
| 05:21:47 | 13 | Q.  All right.  And what is it about this patent that |
| 05:21:51 | 14 | struck you? |
| 05:21:51 | 15 | A.  So this patent was about incentivizing gift-giving, and |
| 05:21:55 | 16 | they describe a particular example that could be |
| 05:22:00 | 17 | implemented thanks to this patent.  And I think we can talk |
| 05:22:01 | 18 | about that. |
| 05:22:02 | 19 | Q.  Go ahead and talk about it. |
| 05:22:03 | 20 |         THE WITNESS:  Can you go to the next slide? |
| 05:22:06 | 21 | A.  So in the example they're giving, they're basically |
| 05:22:08 | 22 | describing a game where a user is in a certain physical |
| 05:22:12 | 23 | location.  Other players of this game are also there.  And |
| 05:22:14 | 24 | the other players give the first user -- sorry, give -- |
| 05:22:19 | 25 | give the user a hundred energy points in total. |

05:22:22  1            So let's say there are 10 players.  They each give

05:22:25  2   10, and now you have a hundred.  And then the person who

05:22:28  3   receives these energy points is granted an incentive reward

05:22:33  4   of a Sword of Doom.  And that incentive was based on

05:22:37  5   requiring 100 energy points from people that were at that

05:22:38  6   single location.

05:22:38  7   Q.  (By Mr. Sacksteder)  Did you do anything else --

05:22:42  8   consider anything else in determining whether the '873 and

05:22:46  9   '655 patents are invalid?

05:22:47  10  A.  Yes, I did.

05:22:47  11  Q.  What did you do?

05:22:48  12  A.  There are secondary considerations.

05:22:50  13  Q.  What are those?

05:22:50  14  A.  I understand it's -- it's a legal term, and it refers

05:22:54  15  to additional things you can consider in order to determine

05:22:58  16  whether or not a patent might be obvious.

05:23:00  17  Q.  All right.

05:23:00  18            MR. SACKSTEDER:  Let's go to the second bullet

05:23:02  19  point, Independent Invention.

05:23:07  20  Q.  (By Mr. Sacksteder)  What is that?

05:23:07  21  A.  So -- so independent invention refers to this idea that

05:23:12  22  it's possible sometimes that two different people in two

05:23:16  23  different places might invent the same thing at the same

05:23:19  24  time.  If that is the case, then the thing that they

05:23:22  25  invented was probably obvious.

| | | |
|---|---|---|
| 05:23:25 | 1 | Q.  Let's look at the last one.  What is that? |
| 05:23:27 | 2 | A.  This refers to the fact that if -- let's say a product |
| 05:23:30 | 3 | implements a patent and it's successful but that success is |
| 05:23:34 | 4 | not connected to the patent but rather to other elements, |
| 05:23:38 | 5 | then the patent itself wasn't particularly novel. |
| 05:23:45 | 6 | Q.  Do you know what GREE believes is relevant to this |
| 05:23:49 | 7 | factor? |
| 05:23:49 | 8 | A.  It's my understanding that GREE argues that Supercell's |
| 05:23:52 | 9 | games are successful because of them implementing elements |
| 05:23:56 | 10 | of various patents. |
| 05:23:57 | 11 | Q.  Okay.  So they don't point to any of GREE's own games |
| 05:24:01 | 12 | to assert commercial success or praise, tied to the |
| 05:24:06 | 13 | patented feature? |
| 05:24:06 | 14 | A.  Correct. |
| 05:24:07 | 15 | Q.  They rely on Supercell's games? |
| 05:24:09 | 16 | A.  That is my understanding. |
| 05:24:11 | 17 | Q.  All right.  Do you agree with their position? |
| 05:24:13 | 18 | A.  No. |
| 05:24:13 | 19 | Q.  Why not? |
| 05:24:15 | 20 | A.  Supercell is successful for other reasons entirely. |
| 05:24:18 | 21 | Q.  Why is Supercell successful? |
| 05:24:21 | 22 | A.  In the context of the game industry, Supercell has -- |
| 05:24:23 | 23 | has a great reputation.  And their reputation from other |
| 05:24:28 | 24 | developers is that they have a really interesting game |
| 05:24:32 | 25 | development process that they follow internally. |

| | | |
|---|---|---|
| 05:24:34 | 1 | They -- Supercell has talked about this at |
| 05:24:36 | 2 | conferences.  And Supercell also has a really unusual |
| 05:24:39 | 3 | organizational structure.  And everyone sort of agrees that |
| 05:24:43 | 4 | it is these two things that are the keys, success factors |
| 05:24:49 | 5 | for Supercell. |

05:24:49   6   Q.  And, in your opinion, does the -- any of the inventions

05:24:52   7   claimed in any of the patents, the '873 or '655, does that

05:24:56   8   have anything to do with Supercell's success?

05:24:58   9   A.  No, I haven't heard anybody talk about Brawl Stars's

05:25:02  10   success because of its aiming system.  I've never talked

05:25:09  11   about Clash Royale's success being thanks to it having like

05:25:12  12   a donating card feature.

05:25:14  13        Players that enjoy the game and are active will

05:25:17  14   refer to other -- other things about the games that they

05:25:20  15   enjoy.

05:25:20  16   Q.  Thank you, Dr. Zagal.

05:25:21  17        MR. SACKSTEDER:  I'll pass the witness.

05:25:23  18        THE COURT:  Cross-examination?

05:25:24  19        MR. MOORE:  Thank you, Your Honor.

05:25:29  20        And, Your Honor, we have binders to hand out.  May

05:25:32  21   we do that?

05:25:33  22        THE COURT:  You may.

05:25:47  23        MR. ABSHER:  Your Honor, may we provide a binder

05:25:49  24   to the witness?

05:25:50  25        THE COURT:  Hand it to the Court Security Officer.

| | | |
|---|---|---|
| 05:25:55 | 1 | THE WITNESS:  Thank you. |
| 05:26:07 | 2 | THE COURT:  All right.  Mr. Moore, when you're |
| 05:26:10 | 3 | ready. |
| 05:26:10 | 4 | MR. MOORE:  Thank you, Your Honor. |
| 05:26:10 | 5 | CROSS-EXAMINATION |
| 05:26:10 | 6 | BY MR. MOORE: |
| 05:26:10 | 7 | Q.  Good afternoon, Dr. Zagal. |
| 05:26:12 | 8 | A.  Good afternoon. |
| 05:26:13 | 9 | Q.  My name is Steve Moore, I don't think we've met? |
| 05:26:15 | 10 | A.  I don't think we've met either. |
| 05:26:17 | 11 | Q.  I'll be asking you a few questions. |
| 05:26:19 | 12 | Now, you are not offering any opinions on the |
| 05:26:21 | 13 | other three patents that are at issue in this trial; is |
| 05:26:25 | 14 | that correct? |
| 05:26:25 | 15 | A.  That is correct. |
| 05:26:26 | 16 | Q.  And so you're -- you're only offering opinions on the |
| 05:26:30 | 17 | '655 donation patent and the '873 shooting patent, correct? |
| 05:26:34 | 18 | A.  Correct. |
| 05:26:36 | 19 | Q.  And you understand that all five patents at issue in |
| 05:26:39 | 20 | this trial relate to mobile gaming? |
| 05:26:43 | 21 | A.  I'm not familiar with some of the other patents and |
| 05:26:48 | 22 | their -- their details. |
| 05:26:49 | 23 | Q.  All right.  Now, you testified about your hourly rate |
| 05:26:53 | 24 | at the beginning of your direct; do you recall that? |
| 05:26:56 | 25 | A.  Correct. |

05:26:56  1   Q.  And about how many hours would you say you've put into

05:27:00  2   this case so far?

05:27:01  3   A.  It's been about 170 hours.

05:27:05  4   Q.  Okay.  All right.  Now, your opinions are both on

05:27:12  5   invalidity and infringement for both the '873 and the '655

05:27:19  6   patents, correct?

05:27:19  7   A.  Correct.

05:27:20  8   Q.  All right.  Starting with invalidity -- starting with,

05:27:24  9   I should say, the '873 patent --

05:27:28  10          MR. MOORE:  Could we go, please, to Dr. Zagal's

05:27:31  11  Slide No. 54.

05:27:34  12  Q.  (By Mr. Moore)  All right.  Do you recall looking at

05:27:47  13  this slide on your direct examination?

05:27:49  14  A.  Yes, I do.

05:27:49  15  Q.  And you were giving the background of what had been

05:27:52  16  done in the field of shooting games and touchscreens; is

05:27:56  17  that correct?

05:27:56  18  A.  Yes.

05:27:56  19  Q.  But you're not offering an opinion that any of what's

05:27:59  20  shown here causes the '873 patent to be invalid; is that

05:28:05  21  correct?

05:28:05  22  A.  Correct.

05:28:06  23  Q.  All right.  Your opinions relating to the alleged

05:28:10  24  invalidity of the '873 patent are related to Call of Mini

05:28:17  25  and Sniper vs. Sniper, correct?

05:28:19  1  A.  Correct.

05:28:19  2  Q.  All right.

05:28:23  3       MR. MOORE:  Now, could we go to the opening

05:28:26  4  slide -- the Plaintiff's -- I'm sorry, Defendant's opening

05:28:30  5  slides No. 21, please?  Thank you.

05:28:36  6  Q.  (By Mr. Moore)  Were you here for the opening?

05:28:39  7  A.  Yes, I was.

05:28:39  8  Q.  All right.  And do you recall seeing this slide during

05:28:42  9  the opening --

05:28:44  10  A.  I think so.

05:28:44  11  Q.  -- by the Defense counsel?  I'm sorry?

05:28:48  12  A.  Yes, I think so.

05:28:49  13  Q.  Thank you.

05:28:50  14       Now, do you see at the top it says Supercell, and

05:28:52  15  then about the middle of the page under the dates it says

05:28:55  16  GREE?

05:28:55  17  A.  Yes.

05:28:56  18  Q.  All right.  But neither Sniper vs. Sniper nor Call of

05:29:03  19  Mini Sniper were made by Supercell, right?

05:29:05  20  A.  That's correct.

05:29:06  21  Q.  They were made by other companies, right?

05:29:09  22  A.  Indeed.

05:29:09  23  Q.  And they weren't made -- neither one was made by GREE

05:29:13  24  either, right?

05:29:16  25  A.  Correct.

05:29:17    1    Q.   Okay.

05:29:17    2              MR. MOORE:   All right.   You can take that down.

05:29:19    3    Thank you.

05:29:20    4    Q.   (By Mr. Moore)   Now, starting with Call of Mini, it's

05:29:31    5    true that before you started -- well, and strike that.

05:29:33    6              When did you start working on this case?

05:29:37    7    A.   I don't recall the exact date, but it's been about a

05:29:40    8    year.

05:29:40    9    Q.   All right.   And before you did start working on this

05:29:43   10    case, it's true that you had never even heard of the Call

05:29:47   11    of Mini game, correct?

05:29:48   12    A.   I believe it's pretty unlikely that I had, yes.

05:29:53   13    Q.   All right.   And you've never -- well, you didn't

05:29:55   14    present the jury any source code for Call of Mini in your

05:29:59   15    direct, right?

05:30:00   16    A.   Correct.

05:30:00   17    Q.   And you've never even reviewed any of the source code

05:30:03   18    for Call of Mini, right?

05:30:04   19    A.   Right.

05:30:04   20    Q.   All right.   And you showed pieces from a video of Call

05:30:13   21    of Mini; do you recall that?

05:30:13   22    A.   Yes, I did.

05:30:14   23    Q.   And you're -- but you don't know what version of Call

05:30:19   24    of Mini is actually being played in the video; is that

05:30:21   25    correct?

05:30:21  1   A.   I believe that you can determine that.

05:30:28  2   Q.   Okay.  But the question, Dr. Zagal, is, do you know, as

05:30:33  3   you sit here today, what version of the game was being

05:30:36  4   played in that video that you showed?

05:30:37  5   A.   The exact update number, no.

05:30:41  6   Q.   And by update number, is that another way of saying

05:30:45  7   version?

05:30:45  8   A.   Sometimes they're used interchangeably, but sometimes

05:30:48  9   not.

05:30:49  10  Q.   All right.  And now, I think you said on direct that

05:30:54  11  Call of Mini was a single-player game; is that right?

05:30:57  12  A.   Yes.

05:30:58  13  Q.   In other words, if you downloaded the game and played

05:31:01  14  it, you were just playing against the computer, right?

05:31:03  15  A.   Correct.

05:31:04  16  Q.   You weren't playing against another player who was

05:31:08  17  playing the game on their own phone with the two of you

05:31:12  18  connected by a server, right?

05:31:13  19  A.   Correct.

05:31:14  20  Q.   Okay.  So -- all right.  Thank you?

05:31:19  21        MR. MOORE:  Now, could we go to Dr. Zagal's Slide

05:31:21  22  No. 63, please?  63, please.  I see 21.

05:31:50  23        Your Honor, I think we have an issue with some

05:31:54  24  misnumbering these slides that we were provided.  I'd --

05:31:56  25  perhaps, could I ask if Defense counsel could pull up 63,

05:32:00   1   because I think the version we were provided doesn't match

05:32:02   2   up and --

05:32:03   3        THE COURT:  I see no reason why Defense counsel's

05:32:06   4   IT person can't assist you.

05:32:08   5        MR. MOORE:  Thank you.

05:32:08   6        THE COURT:  That's a common request.

05:32:10   7        MR. MOORE:  Thank you, Your Honor.

05:32:11   8        If we could please pull up 63.  Thank -- thank

05:32:16   9   you.  I appreciate that.

05:32:17   10  Q.  (By Mr. Moore)  Now, you were here for Mr. Friedman's

05:32:19   11  testimony earlier; is that right?

05:32:20   12  A.  What is Mr. Friedman's first name.

05:32:22   13  Q.  Stacy Friedman, I believe.

05:32:24   14  A.  Not the entirety of his testimony.

05:32:26   15  Q.  Okay.  Well, did you hear when I asked him questions

05:32:29   16  about the two different types of invalidity defenses?

05:32:32   17  A.  I believe so.

05:32:32   18  Q.  Okay.  And so one is called anticipation, correct?

05:32:37   19  A.  Correct.

05:32:37   20  Q.  And that's where you have to show that a single game or

05:32:41   21  reference has every element in a patent claim for there to

05:32:44   22  be invalidity, correct?

05:32:45   23  A.  Correct.

05:32:46   24  Q.  And the other one is called obviousness, correct?

05:32:48   25  A.  Yes.

05:32:49   1   Q.  And that's where you can combine two things together

05:32:52   2   even if neither one of them has all the claims, as long as

05:32:56   3   together they both have all of the claim elements, correct?

05:32:59   4   A.  I believe you can also consider the knowledge --

05:33:03   5   general knowledge at the time from a person knowledgeable

05:33:06   6   in the art.

05:33:06   7   Q.  Right.  But -- but the point is you can -- you can take

05:33:09   8   two things that don't have all the claim elements on their

05:33:12   9   own and combine them together, perhaps with knowledge to

05:33:15  10   make the invention, correct?

05:33:17  11   A.  Correct.

05:33:17  12   Q.  All right.  And do you agree that you can't use

05:33:20  13   hindsight when you do that?

05:33:22  14   A.  Correct.

05:33:23  15   Q.  Okay.  All right.  Now, you didn't testify on direct

05:33:29  16   that Call of Mini has all of the elements of the '873

05:33:35  17   patent claims; is that correct?

05:33:36  18   A.  That is correct.

05:33:36  19   Q.  In fact, you didn't testify that it has Element d,

05:33:40  20   correct?

05:33:40  21   A.  Correct.

05:33:42  22   Q.  And so Call of Mini cannot anticipate the '873 patent,

05:33:48  23   correct?

05:33:48  24   A.  Correct.

05:33:49  25   Q.  All right.  Now, you did talk about a patent called --

```
05:33:55   1   I think it's Sakurai.  Do you recall that?
05:33:57   2   A.  Yes.
05:33:58   3   Q.  All right.  And that was actually a patent that was
05:34:02   4   granted by the Patent Office; is that right?
05:34:04   5   A.  Yes.
05:34:05   6   Q.  Okay.  And it was -- I think you said it was a patent
05:34:07   7   that Nintendo got, right?
05:34:09   8   A.  Yes, that is my understanding.
05:34:11   9   Q.  Okay.
05:34:14  10        MR. MOORE:  Now, Mr. -- I think we can go back to
05:34:17  11   Mr. Groat.
05:34:18  12        Mr. Groat, can you please pull up be Plaintiff's
05:34:22  13   Trial Exhibit No. 4, and go to the next page.
05:34:26  14   Q.  (By Mr. Moore)  This is the GREE '873 shooting patent
05:34:30  15   that's at issue in this case, correct?
05:34:32  16   A.  Correct.
05:34:32  17   Q.  All right.  Now, are you familiar that in patents, any
05:34:39  18   prior art that the patent examiner took a look at and
05:34:41  19   considered will be listed in the patent?
05:34:43  20   A.  Yes, that is my general understanding.
05:34:46  21   Q.  Okay.
05:34:47  22        MR. MOORE:  Could you blow up, please, Mr. Groat,
05:34:50  23   where -- where it says U.S. patent documents, down to where
05:34:53  24   the abstract starts?  That -- that's fine.  Perfect.
05:34:59  25   Q.  (By Mr. Moore)  All right.  Now, you see the Sakurai
```

05:35:02   1   patent right there?

05:35:02   2   A.   I see the name Sakurai, but I'm not sure the numbers

05:35:07   3   are the same.

05:35:08   4   Q.   Okay.   Well, let's look at that.

05:35:10   5        So right here, make a note, we have 9,149,720; is

05:35:22   6   that correct?   Do you see that?

05:35:22   7   A.   Yes.

05:35:23   8        MR. MOORE:   All right.   Can we pull up, please,

05:35:26   9   DTX-570?

05:35:27   10   Q.   (By Mr. Moore)   All right.   And is this the Sakurai

05:35:32   11   patent that you relied on for your obviousness opinion?

05:35:36   12   A.   Could we see the -- the whole page.

05:35:38   13   Q.   Absolutely.   And, oh, you also have a binder in front

05:35:42   14   of you, sir?

05:35:42   15   A.   I do.

05:35:43   16   Q.   Feel free if you need to look at any other sections

05:35:46   17   from what I'm directing to you, just feel free to look at

05:35:49   18   that, as well?

05:35:50   19   A.   Yes, I believe it's the same one I was using.

05:35:54   20   Q.   Okay.   The 9,149,720, correct?

05:35:58   21   A.   Correct.

05:35:59   22        MR. MOORE:   All right.   And can we go back PTX-4,

05:36:03   23   please, and blow up that same section?   That's the GREE

05:36:04   24   patent.

05:36:04   25   Q.   (By Mr. Moore)   All right.   So you agree that the --

| | | |
|---|---|---|
| 05:36:06 | 1 | that the patent examiner -- do you see the primary examiner |
| 05:36:10 | 2 | was an individual named Michael Cuff? |
| 05:36:12 | 3 | A.  Yes, I do. |
| 05:36:13 | 4 | Q.  And that's the name of the patent examiner who works |
| 05:36:16 | 5 | for the United States Patent and Trademark Office? |
| 05:36:17 | 6 | A.  I believe so. |
| 05:36:19 | 7 | Q.  And you understand that Mr. Cuff actually examined this |
| 05:36:24 | 8 | '873 patent? |
| 05:36:24 | 9 | A.  That would be my understanding. |
| 05:36:25 | 10 | Q.  All right.  And so he actually looked at the Sakurai |
| 05:36:29 | 11 | patent, correct? |
| 05:36:29 | 12 | A.  I would imagine so. |
| 05:36:32 | 13 | Q.  All right. |
| 05:36:32 | 14 | MR. MOORE:  And, in fact, could we -- could we go |
| 05:36:34 | 15 | back out and blow -- take the blow -- go to the next page, |
| 05:36:40 | 16 | please.  Okay.  Here we go.  All right.  Go back to the |
| 05:36:43 | 17 | prior page.  Sorry to jump you back and forth.  I wanted to |
| 05:36:46 | 18 | make sure I knew where it was. |
| 05:36:47 | 19 | Could you please blow up that same section again, |
| 05:36:52 | 20 | Mr. Groat? |
| 05:36:54 | 21 | Q.  (By Mr. Moore)  All right.  Do you see that the Sakurai |
| 05:36:58 | 22 | patent has an asterisk next to it? |
| 05:37:00 | 23 | A.  I do. |
| 05:37:01 | 24 | Q.  All right. |
| 05:37:01 | 25 | MR. MOORE:  Now, could you please go to the second |

05:37:02  1   page, Mr. Groat, and blow out what you were looking at

05:37:05  2   before?

05:37:06  3   Q.  (By Mr. Moore)  And do you see that the asterisk means

05:37:13  4   that a particular prior art reference on the face of the

05:37:16  5   patent was cited by the examiner?

05:37:18  6   A.  Yes, I can see that.

05:37:20  7   Q.  Okay.  So we -- we know that Mr. Cuff, the patent

05:37:22  8   examiner, actually looked at the Sakurai patent when he was

05:37:26  9   deciding whether to grant GREE its patent, correct?

05:37:29  10  A.  Correct.

05:37:29  11  Q.  And he decided that even though Sakurai patent was

05:37:34  12  something that was prior art, that the Patent Office would

05:37:37  13  grant GREE the patent, correct?

05:37:40  14  A.  I can't speak for the patent examiner on whether he

05:37:43  15  determined that the patent was prior art in the legal

05:37:45  16  sense.

05:37:46  17  Q.  Well, but you have an opinion that the patent -- the

05:37:49  18  Sakurai patent is prior art in the legal sense, correct?

05:37:52  19  A.  In terms of the claims, yes, I do have an opinion.

05:37:56  20  Q.  Okay.  So -- well, let me rephrase then.

05:37:59  21        Mr. Cuff, the patent examiner, knew of the Sakurai

05:38:03  22  patent and decided to grant GREE the '873 shooting patent,

05:38:09  23  correct?

05:38:09  24  A.  Yes.

05:38:09  25  Q.  Thank you.

| | | |
|---|---|---|
| 05:38:13 | 1 | Now -- |
| 05:38:14 | 2 | MR. MOORE:  You may take that down.  Thank you, |
| 05:38:16 | 3 | sir. |
| 05:38:17 | 4 | Q.  (By Mr. Moore)  Now, let's move forward. |
| 05:38:21 | 5 | All right.  Now, the second game you talked about |
| 05:38:24 | 6 | relative to the '873 patent, is Sniper vs. Sniper, correct? |
| 05:38:27 | 7 | A.  Correct. |
| 05:38:29 | 8 | Q.  But you've never played the game Sniper vs. Sniper, |
| 05:38:32 | 9 | correct? |
| 05:38:32 | 10 | A.  That is correct. |
| 05:38:33 | 11 | Q.  And you've never looked at the source code for Sniper |
| 05:38:36 | 12 | vs. Sniper, correct? |
| 05:38:37 | 13 | A.  That is correct. |
| 05:38:37 | 14 | Q.  And you didn't show the jury any of the source code for |
| 05:38:40 | 15 | that here today, correct? |
| 05:38:42 | 16 | A.  Correct. |
| 05:38:42 | 17 | Q.  Okay. |
| 05:38:48 | 18 | MR. MOORE:  Now, Mr. Groat -- well, let me look at |
| 05:38:54 | 19 | one thing.  Could you actually please pull up, Mr. Groat, |
| 05:38:58 | 20 | the cross-examination Slide No. 6?  Go forward one, please, |
| 05:39:26 | 21 | one more, and one more, and one more.  Thank -- no, sorry, |
| 05:39:29 | 22 | one more.  I actually had the number wrong.  Thank you. |
| 05:39:34 | 23 | Q.  (By Mr. Moore)  All right.  Now, you see these are the |
| 05:39:36 | 24 | two '873 patent claims that are at issue here, Nos. 8 and |
| 05:39:40 | 25 | 10? |

05:39:41  1  A.  Yes.

05:39:41  2  Q.  Okay.  And if we look at Element e, it says that the

05:39:47  3  game server apparatus includes second circuitry configured

05:39:52  4  to control to attack in accordance with a display position

05:39:56  5  of the frame when the attack for the -- when the

05:39:59  6  instruction for the attack is identified.  Do you see that?

05:40:03  7  A.  I do.

05:40:03  8  Q.  And there's a similarly-worded claim element down in

05:40:08  9  No. 10e; is that right?

05:40:10  10  A.  Yes.

05:40:12  11  Q.  Okay.  And so what these require is that the server

05:40:16  12  must control the attack in the invention of the '873

05:40:22  13  patent, correct?

05:40:22  14  A.  Yes.

05:40:22  15  Q.  Not the -- the user's smartphone or the electronic

05:40:30  16  device that the user uses, correct?

05:40:32  17  A.  Correct.

05:40:32  18  Q.  All right.

05:40:33  19          MR. MOORE:  Could you please pull up Dr. Zagal's

05:40:36  20  opening report at Page 346 and Paragraph 939?  Blow up --

05:40:55  21  it's 9 -- Paragraph 939 at Page -- I think it's perhaps

05:41:01  22  your PDF Page 351.  There it is.  Thank you.  Just blow up

05:41:06  23  the paragraph.  Thank you.

05:41:07  24  Q.  (By Mr. Moore)  Now, this is your expert report,

05:41:10  25  correct, sir?

05:41:10  1    A.  It is.

05:41:11  2    Q.  All right.  And -- and you wrote it?

05:41:13  3    A.  Yes.

05:41:13  4    Q.  And you were expressing the opinions that you held

05:41:16  5    after the review of the materials in this case; is that

05:41:19  6    right?

05:41:19  7    A.  Yes.

05:41:19  8    Q.  And in this paragraph, 939, you say that Sniper vs.

05:41:24  9    Sniper discloses the electronic device/smartphone

05:41:28  10   controlling to attack in accordance with a display position

05:41:33  11   of the first frame when the instruction for the attack is

05:41:37  12   identified.

05:41:38  13         Do you see that?

05:41:39  14   A.  Yes.

05:41:39  15   Q.  Okay.  And so -- strike.

05:41:51  16         MR. MOORE:  All right.  You may take that down.

05:41:53  17   Thank you.

05:41:59  18   Q.  (By Mr. Moore)  All right.  Let me turn to your

05:42:00  19   opinions on infringement on the '873 patent.

05:42:04  20   A.  Okay.

05:42:05  21   Q.  Now, you didn't show the jury any source code during

05:42:08  22   your direct testimony regarding the Brawl Stars game; is

05:42:12  23   that correct?

05:42:12  24   A.  That is correct.

05:42:13  25   Q.  In fact, you have not done a formal review of

05:42:17  1  Supercell's source code, correct?

05:42:19  2  A.  A full review, I have not done.

05:42:23  3  Q.  Okay.  And you've -- you've seen bits and pieces

05:42:25  4  perhaps?

05:42:26  5  A.  That is correct.

05:42:26  6  Q.  All right.

05:42:31  7       MR. MOORE:  And let me look at Dr. Zagal's -- if

05:42:33  8  you -- strike that.

05:42:35  9       If you could please pull up Dr. Zagal's rebuttal

05:42:37  10  report at Appendix A.

05:42:46  11  Q.  (By Mr. Moore)  And feel free to look ahead with your

05:42:50  12  binder, sir.  Let me know when you get there.

05:42:52  13  A.  Got it.

05:42:53  14  Q.  Thank you.

05:42:54  15       MR. MOORE:  Now, could you show this page and the

05:42:57  16  next page side-by-side, please?  Thank you.

05:43:02  17  Q.  (By Mr. Moore)  Now, this is the source code discussion

05:43:04  18  in your report; is that correct?

05:43:07  19  A.  This is a discussion, yes.

05:43:08  20  Q.  All right.  And looking on Page 2 at the very bottom,

05:43:13  21  do you see Paragraph No. 10, and under source code relating

05:43:18  22  to Brawl Stars?

05:43:18  23  A.  Yes, I do.

05:43:19  24  Q.  And you say there that from your review of the code,

05:43:22  25  that the code that processes and executes the shooting

| | | |
|---|---|---|
| 05:43:27 | 1 | function for Brawl Stars is code that is on the server. |
| 05:43:30 | 2 | Correct? |
| 05:43:30 | 3 | A.  Correct. |
| 05:43:31 | 4 | Q.  All right.  And you're citing a file -- a source code |
| 05:43:35 | 5 | file that ends in .cpp, correct? |
| 05:43:39 | 6 | A.  Correct. |
| 05:43:39 | 7 | Q.  And that is client-side source code, correct? |
| 05:43:42 | 8 | A.  No, I think it's server. |
| 05:43:44 | 9 | Q.  It's server code? |
| 05:43:46 | 10 | A.  Well, the name of the file is |
| 05:43:54 | 11 | LogicBattleModeServer.cpp. |
| 05:43:54 | 12 | Q.  Okay.  Do you know what language the Supercell source |
| 05:43:56 | 13 | code is written in that resides on the server? |
| 05:43:56 | 14 | A.  There's lots of different languages involved. |
| 05:43:59 | 15 | Q.  And in your opinion C++ is one of them? |
| 05:44:02 | 16 | A.  C++ is a language that Supercell uses, yes. |
| 05:44:05 | 17 | Q.  Right.  But does it use it on the server? |
| 05:44:09 | 18 | A.  It is likely, yes. |
| 05:44:12 | 19 | Q.  Do you know for sure? |
| 05:44:13 | 20 | A.  I believe so, yes. |
| 05:44:15 | 21 | Q.  Okay.  All right.  And so if somebody was talking about |
| 05:44:17 | 22 | source code that ended in cp -- in .cpp, if they were |
| 05:44:21 | 23 | talking about Supercell's source code, you couldn't tell |
| 05:44:24 | 24 | from that designation alone whether it was server code or |
| 05:44:28 | 25 | client code; is that your testimony? |

05:44:29  1   A.  I don't think you could tell definitively.

05:44:32  2   Q.  All right.  Thank you.

05:44:34  3         MR. MOORE:  You may take that down.

05:45:00  4   Q.  (By Mr. Moore)  Okay.  Let's move on to the next

05:45:02  5   patent, the '655 patent donation patent.

05:45:05  6         You discussed the game FarmVille, correct?

05:45:08  7   A.  Correct.

05:45:08  8   Q.  And also the FarmVille for Dummies book that I think

05:45:12  9   you may have up there with you?

05:45:14  10  A.  Right here, yes.

05:45:15  11  Q.  All right.  Now, FarmVille is also not a game that

05:45:19  12  Supercell developed, correct?

05:45:22  13  A.  Correct.

05:45:22  14  Q.  It was developed by Zynga?

05:45:24  15  A.  Correct.

05:45:24  16  Q.  All right.  And we shouldn't confuse it with

05:45:28  17  Supercell's Hay Day game, correct?

05:45:30  18  A.  Correct.

05:45:30  19  Q.  Now, in your work on this case, you didn't -- strike

05:45:34  20  that.

05:45:34  21         In the work that you did on this case, you did not

05:45:37  22  review any source code for FarmVille, correct?

05:45:38  23  A.  No, not correct.

05:45:43  24  Q.  You did review source code for Zynga -- from Zynga for

05:45:52  25  FarmVille?

05:45:52  1  A.  I did look at some code, yes.

05:45:57  2  Q.  Okay.  But you didn't show it to the jury on your

05:46:00  3  direct testimony?

05:46:00  4  A.  I did not.

05:46:01  5        MR. MOORE:  All right.  Can we go to Defendant's

05:46:03  6  opening statement Slide No. 22, please?  Thank you.

05:46:08  7  Q.  (By Mr. Moore)  Do you recall seeing this during the

05:46:10  8  opening statement in this case?

05:46:11  9  A.  Yes, I think so.

05:46:15  10  Q.  Okay.  And do you understand that this is an excerpt

05:46:18  11  from the GREE invention disclosure form that ultimately led

05:46:21  12  to the '655 donation patent?

05:46:24  13  A.  That is my understanding, yes.

05:46:26  14  Q.  All right.  That Mr. Takeuchi prepared?

05:46:29  15  A.  Uh-huh.

05:46:30  16  Q.  You'll have to say yes or no for the record?

05:46:33  17  A.  Yes, sorry.

05:46:34  18  Q.  No problem.  Thank you.

05:46:35  19        On the left we have the Japanese version in the

05:46:39  20  original and on the right is the translation?

05:46:41  21  A.  Right.

05:46:42  22        MR. MOORE:  Now, if we could go two more slides

05:46:45  23  over to Slide 22.

05:46:48  24  Q.  (By Mr. Moore)  Do you recall seeing this slide in the

05:46:52  25  Supercell Defense counsel opening?

05:46:53    1    A.   I'm not sure, to be honest.

05:46:55    2    Q.   Okay.  Well, do you see that we have the same diagram

05:46:57    3    with a FarmVille logo as well as some pictures of presents?

05:47:03    4    A.   Yes.

05:47:03    5    Q.   All right.  But that's not from the FarmVille book,

05:47:05    6    right?

05:47:05    7    A.   No, I don't think so.

05:47:06    8    Q.   You could read through that whole book and you wouldn't

05:47:10    9    see this image that was shown in the opening statement,

05:47:12   10    correct?

05:47:12   11    A.   I don't think you see that exact image.

05:47:14   12    Q.   All right.  Well, let's look at the FarmVille book.

05:47:17   13         MR. MOORE:  And if we could pull up, please,

05:47:21   14    DX-561 and turn to Page 86.

05:47:29   15    Q.   (By Mr. Moore)  All right.  And, again, if you want to

05:47:31   16    follow along in the actual book, it looks like we're on

05:47:34   17    Page 66, correct?

05:47:35   18    A.   Yes.

05:47:36   19    Q.   All right.  Do you see where there is a heading at the

05:47:39   20    bottom of the page that says Accepting and Using Gifts?

05:47:42   21    A.   I do.

05:47:44   22         MR. MOORE:  Could you please blow up from there to

05:47:46   23    the bottom, please.  That's perfect.  Thank you.

05:47:51   24    Q.   (By Mr. Moore)  Now, this wasn't one of the pages or

05:47:55   25    images from FarmVille for Dummies that you showed in your

| | | |
|---|---|---|
| 05:47:56 | 1 | direct testimony, was it? |
| 05:47:58 | 2 | A.  I don't think so, but it is familiar, so I'm not sure |
| 05:48:03 | 3 | if it is on my slides or I'm recalling from my previous |
| 05:48:09 | 4 | looking at the book. |
| 05:48:11 | 5 | Q.  Okay.  Do you see under this header the first sentence: |
| 05:48:15 | 6 | Just as in real life, you have to actively accept a gift in |
| 05:48:20 | 7 | FarmVille before you can open and use it? |
| 05:48:21 | 8 | A.  Yes. |
| 05:48:22 | 9 | Q.  And then it says:  Unfortunately, the process for |
| 05:48:26 | 10 | accepting a gift in FarmVille isn't as straightforward as |
| 05:48:31 | 11 | just taking a wrapped box somebody hands you, correct? |
| 05:48:34 | 12 | A.  Correct. |
| 05:48:34 | 13 | Q.  And the last sentence in that paragraph says: |
| 05:48:37 | 14 | Recipients of FarmVille gifts have to take action to accept |
| 05:48:42 | 15 | those gifts before using them.  Do you see that? |
| 05:48:44 | 16 | A.  Yes. |
| 05:48:44 | 17 | Q.  All right.  And then we see a series of steps that |
| 05:48:47 | 18 | start with No. 1 there; is that right? |
| 05:48:49 | 19 | A.  Yep. |
| 05:48:50 | 20 | Q.  The first step is to click on a button in the play |
| 05:48:54 | 21 | area, correct? |
| 05:48:55 | 22 | A.  Correct. |
| 05:48:56 | 23 | MR. MOORE:  And if we go to the next page, please, |
| 05:48:59 | 24 | 87 [sic], if you would please blow up No. 2 there. |
| 05:49:02 | 25 | Q.  (By Mr. Moore)  The second step is that the player has |

05:49:05  1  to click the accept button, correct?

05:49:07  2  A.  Correct.

05:49:09  3       MR. MOORE:  And then go down to Step No. 3.

05:49:11  4  Q.  (By Mr. Moore)  The next step to take to accept the

05:49:15  5  gift is to click the accept and play button next to the

05:49:21  6  gift you want to accept, right?

05:49:21  7  A.  Right.

05:49:22  8       MR. MOORE:  And then let's go to the next page,

05:49:25  9  please, Page 80 -- all right.  Go down a little farther,

05:49:32  10 please.  I think it's actually on the next page, 89 [sic].

05:49:36  11 Here we go, yes.

05:49:37  12      Could you blow up there where it says warning.

05:49:41  13 You see the little warning emblem there on the left, blow

05:49:46  14 up that paragraph, please?  Thank you.

05:49:48  15 Q.  (By Mr. Moore)  All right.  Next to this little warning

05:49:51  16 symbol, you see that it says:  Gifts expire two weeks after

05:49:54  17 they are sent?

05:49:55  18 A.  Uh-huh, yes, I do.

05:49:56  19 Q.  All right.  And so in FarmVille, if the recipient of a

05:50:01  20 gift does not accept it within two weeks, then the gift

05:50:04  21 will be removed, correct?

05:50:05  22 A.  That's what this message says, yes.

05:50:09  23 Q.  All right.  Thank you very much, sir.

05:50:26  24      MR. MOORE:  I pass the witness, Your Honor.

05:50:27  25      THE COURT:  All right.  Is there redirect?

05:50:29  1          MR. SACKSTEDER:  Yes, Your Honor.

05:50:29  2                    REDIRECT EXAMINATION

05:50:29  3  BY MR. SACKSTEDER:

05:50:29  4  Q.  Dr. Zagal, Mr. Moore just took you through processes

05:50:38  5  for accepting a free gift, right?

05:50:40  6  A.  Correct.

05:50:40  7  Q.  Is that a free gift that is given to the user by

05:50:43  8  another user?

05:50:44  9  A.  Correct.

05:50:44  10  Q.  So that's the first object in the claim, correct?

05:50:46  11  A.  Correct.

05:50:47  12  Q.  All right.  And which object is it your opinion that

05:50:53  13  you have to automatically receive or have to be -- not

05:50:55  14  automatically, but you have to receive as an if/then, is

05:50:59  15  that the first object or the second object?

05:51:01  16  A.  The second object, the bonus or incentive object.

05:51:05  17  Q.  Does it matter whether a prior art reference was made

05:51:08  18  by Supercell or GREE or somebody else?

05:51:10  19  A.  It is my understanding that, no, it doesn't matter.

05:51:12  20  Q.  Does it matter whether you personally knew about it at

05:51:17  21  the time?

05:51:17  22  A.  No.

05:51:18  23  Q.  All right.  And Mr. Moore mentioned the Sakurai patent,

05:51:26  24  correct?

05:51:26  25  A.  Correct.

05:51:26   1   Q.   And he showed you that it had been cited in the

05:51:29   2   prosecution of the '6 -- of the '875 [sic] patent?

05:51:42   3   A.   Correct.

05:51:42   4   Q.   The Call of Mini Sniper game was not cited in the

05:51:48   5   prosecution of the '873 patent, correct?

05:51:48   6   A.   Correct.

05:51:49   7   Q.   And was the Sniper vs. Sniper Online game cited in the

05:51:51   8   prosecution of the '873 patent?

05:51:52   9   A.   It was not cited.

05:51:54   10   Q.   And so the -- is it correct that the patent prosecutor

05:51:56   11   did not have either of those prior art games in front of it

05:52:00   12   when it was considering whether to issue the '873 patent?

05:52:03   13   A.   That would be my understanding, yes.

05:52:07   14   Q.   What did you use in your opinion the Sakurai patent

05:52:14   15   for?

05:52:14   16   A.   I used it as an example illustrating the -- the

05:52:18   17   commonly held notion at the time that certain functionality

05:52:22   18   of a program can run on the server or on the client.

05:52:24   19   Q.   Did you use it for any other purpose in your analysis?

05:52:27   20   A.   I don't think so.

05:52:28   21   Q.   And did you use it to show that there was a frame that

05:52:32   22   indicated a -- a shooting effective range?

05:52:36   23   A.   No, I did not.

05:52:37   24   Q.   Did you use it to show that there was a first touch

05:52:40   25   operation that did certain things?

1175

| | | |
|---|---|---|
| 05:52:41 | 1 | A.  I did not. |
| 05:52:42 | 2 | Q.  Did you use it to show that there was a second touch |
| 05:52:45 | 3 | operation that -- that caused the shot to be fired? |
| 05:52:47 | 4 | A.  I did not. |
| 05:52:48 | 5 | Q.  Where did you find those pieces of the claim? |
| 05:52:52 | 6 | A.  In the game. |
| 05:52:54 | 7 | Q.  All right.  In the two games? |
| 05:52:56 | 8 | A.  Yes. |
| 05:52:57 | 9 | Q.  Could you tell how Brawl Stars operated as it related |
| 05:53:05 | 10 | to the claims of the '873 patent by playing the game? |
| 05:53:09 | 11 | A.  Could you be more specific, please? |
| 05:53:10 | 12 | Q.  Yeah, you -- you went through how the game operates, |
| 05:53:14 | 13 | correct? |
| 05:53:14 | 14 | A.  Yes, how shooting works in the game and how aiming |
| 05:53:17 | 15 | works, yes. |
| 05:53:18 | 16 | Q.  And -- and what did you use to illustrate that? |
| 05:53:20 | 17 | A.  I illustrated that with videos I created. |
| 05:53:23 | 18 | Q.  And the videos were of what? |
| 05:53:24 | 19 | A.  Of the game. |
| 05:53:26 | 20 | MR. SACKSTEDER:  No further questions.  Thank you. |
| 05:53:27 | 21 | THE COURT:  Further cross-examination? |
| 05:53:29 | 22 | MR. MOORE:  No, thank you, Your Honor. |
| 05:53:31 | 23 | THE COURT:  All right.  Dr. Zagal, you may step |
| 05:53:33 | 24 | down. |
| 05:53:33 | 25 | THE WITNESS:  Thank you, Your Honor. |

05:53:34    1            THE COURT:  Ladies and gentlemen, we're going to

05:53:43    2    recess for the day at this juncture.  I'm going to ask you

05:53:46    3    as you leave the courtroom to take your juror notebooks and

05:53:49    4    leave them closed on the table in the jury room.

05:53:52    5            I'll remind you to be back ready to go about 8:30

05:53:55    6    in the morning.  I'll also remind you -- you may step down,

05:54:00    7    Dr. Zagal.

05:54:01    8            I'll also remind you to follow all the

05:54:03    9    instructions that I've given you throughout the trial

05:54:06    10   regarding your conduct, including among them not to discuss

05:54:09    11   the case with anyone or with yourselves in any way.

05:54:12    12           Travel safely to your homes.  We'll see you

05:54:15    13   tomorrow.  You're excused at this time.

05:54:16    14           COURT SECURITY OFFICER:  All rise.

05:54:18    15           (Jury out.)

05:54:25    16           THE COURT:  Please be seated.

05:54:45    17           Counsel, for your edification, it appears,

05:54:53    18   according to the records that the Court is keeping, that

05:54:58    19   the Plaintiff has 1 hour and 31 minutes remaining of

05:55:01    20   designated trial time, and the Defendant has 1 hour and 25

05:55:04    21   minutes remaining of designated trial time.

05:55:07    22           Also, I'd like the parties to file a short

05:55:18    23   amendment to the final pre-trial order memorializing the

05:55:21    24   actual claims that we've gone to trial on.  Your last

05:55:24    25   pending version of the final pre-trial order lists

05:55:29  1  30-something claims.

05:55:30  2  I'd like it clear in the record as to the actual

05:55:33  3  claims that have been presented to this jury during the

05:55:35  4  trial, in addition to what's in the transcript.  So if you

05:55:40  5  would both meet and confer and file a short, one-page

05:55:45  6  supplement to the final pre-trial order, the Court would

05:55:49  7  appreciate it.

05:55:49  8  Also, I remind you that in about five minutes, you

05:55:54  9  should submit your jointly-prepared and revised final jury

05:55:58  10  instructions and verdict form, which we'll be looking for.

05:56:01  11  Make sure the Court receives that in a Word format.

05:56:03  12  I'll be in chambers in the morning.  If you have

05:56:09  13  disputes which are not able to be resolved overnight, then

05:56:13  14  please get them to me, as I've directed, not later than

05:56:18  15  7:00 o'clock in four distinct duplicate binders so that by

05:56:21  16  7:30, I'll be available to meet with you.

05:56:24  17  We had a problem with that today.  I'll trust we

05:56:27  18  won't have a similar problem going forward.

05:56:29  19  All right.  Are there questions from either

05:56:31  20  Plaintiff or Defendant at this juncture?

05:56:33  21  MS. SMITH:  We may have the same question.

05:56:36  22  MR. DACUS:  I bet we do.  Go ahead.

05:56:38  23  MS. SMITH:  I think we do.  Your Honor, has

05:56:40  24  Your Honor decided yet if we're closing tomorrow afternoon

05:56:43  25  versus Thursday morning?

05:56:44  1          THE COURT:  Well, it's clear that based on the

05:56:46  2   time remaining, we should finish the evidence in the

05:56:50  3   morning tomorrow.

05:56:51  4          MS. SMITH:  Yes, Your Honor.

05:56:52  5          THE COURT:  My intention, if that holds true, is

05:56:55  6   to release the jury in the afternoon, spend the afternoon

05:56:58  7   working through the 50(a) motions, the informal charge

05:57:04  8   conference, and the formal charge conference, so that first

05:57:05  9   thing Thursday morning, I can present my final instructions

05:57:06  10   to the jury, and the parties can present their closing

05:57:08  11   arguments.

05:57:09  12          I would hope we could get the case to the jury

05:57:12  13   around the noon hour on Thursday, which will leave us in a

05:57:17  14   position, I think, to have some confidence that we'll have

05:57:21  15   a verdict either late Thursday or Friday.  That's -- that's

05:57:26  16   my plan at this point.

05:57:26  17          MS. SMITH:  We appreciate the time to prepare on

05:57:30  18   Wednesday night, Your Honor.  Thank you.

05:57:31  19          THE COURT:  And as both Ms. Smith and Mr. Dacus

05:57:37  20   know from my prior practice, as long as each side is

05:57:38  21   adequately staffed by counsel at the 50(a) motions and the

05:57:38  22   informal charge conference and the formal charge

05:57:42  23   conference, counsel that will be presenting the actual

05:57:45  24   closing arguments are not required to be present, and you

05:57:47  25   can use that time to prepare for those closing arguments.

05:57:50   1        Do you know at this point who's going to present

05:57:53   2   closing arguments for the parties?

05:57:55   3        MR. MOORE:  Your Honor, I will be doing so for the

05:57:56   4   Plaintiff.

05:57:57   5        THE COURT:  Both the first and the second

05:57:58   6   Plaintiff's closing?

05:57:59   7        MR. MOORE:  Yes, Your Honor.

05:58:00   8        THE COURT:  How about for Defendant?

05:58:02   9        MR. DACUS:  Mr. Sacksteder, more than likely,

05:58:04   10  Your Honor, but I had a question about time, what the Court

05:58:08   11  anticipates.  We've got five patents here.

05:58:08   12       THE COURT:  I've already told you, you got 40

05:58:10   13  minutes a side for your closing arguments.

05:58:14   14       MR. DACUS:  I apologize, I didn't -- if you've

05:58:16   15  already told us that, I'd forgotten.

05:58:17   16       THE COURT:  That's -- that's already a set number.

05:58:17   17       MR. DACUS:  Understood.

05:58:19   18       THE COURT:  I won't penalize you for trying.  We

05:58:23   19  can make it 30 if you'd like.

05:58:23   20       MR. DACUS:  I should have had Ms. Smith ask for

05:58:26   21  me.  She probably --

05:58:28   22       THE COURT:  Would you like to make it 30,

05:58:31   23  Mr. Dacus?

05:58:32   24       MR. DACUS:  I'll stick with the 40, Your Honor.

05:58:35   25  Thank you.

```
05:58:35   1            THE COURT:  All right.  Are there any other

05:58:36   2   questions?

05:58:38   3            MS. SMITH:  No, Your Honor.

05:58:38   4            THE COURT:  Anything further from Defendant?

05:58:41   5            MR. DACUS:  No, Your Honor.  Thank you.

05:58:47   6            THE COURT:  All rise.

05:58:53   7            COURT SECURITY OFFICER:  All rise.

05:58:55   8            (Recess.)

           9

          10

          11                       CERTIFICATION

          12

          13            I HEREBY CERTIFY that the foregoing is a true and

          14   correct transcript from the stenographic notes of the

          15   proceedings in the above-entitled matter to the best of my

          16   ability.

          17

          18

          19    /S/ Shelly Holmes                    9/15/2020
               SHELLY HOLMES, CSR, TCRR              Date
          20   OFFICIAL REPORTER
               State of Texas No.: 7804
05:58:56  21   Expiration Date: 12/31/20

          22

          23

          24

          25
```