```
09:51:59   1            IN THE UNITED STATES DISTRICT COURT
                         FOR THE EASTERN DISTRICT OF TEXAS
           2                      MARSHALL DIVISION

           3
             GREE, INC.,                 )(   CIVIL ACTION NOS.
           4                             )(   2:19-CV-70-JRG-RSP
                  PLAINTIFFS,            )(   2:19-CV-71-JRG-RSP
           5                             )(
             VS.                         )(
           6                             )(   MARSHALL, TEXAS
             SUPERCELL OY,               )(   SEPTEMBER 18, 2020
           7                             )(   9:51 A.M.
                  DEFENDANTS.            )(
           8

           9              TRANSCRIPT OF JURY TRIAL

          10                      VOLUME 12

          11      BEFORE THE HONORABLE JUDGE RODNEY GILSTRAP

          12          UNITED STATES CHIEF DISTRICT JUDGE

          13

          14   APPEARANCES:

          15

          16   FOR THE PLAINTIFFS:

          17

          18   MR STEVEN D. MOORE
               KILPATRICK TOWNSEND & STOCKTON LLP
          19   Two Embarcadero Center, Suite 1900
               San Francisco, CA 94111
          20

          21   MS. TAYLOR HIGGINS LUDLAM
               KILPATRICK TOWNSEND & STOCKTON LLP
          22   4208 Six Forks Road
               Raleigh, NC 27609
          23

          24

          25
```

```
 1  FOR THE PLAINTIFF:

 2

 3  MR. ALTON L. ABSHER III
    KILPATRICK TOWNSEND & STOCKTON LLP
 4  1001 West Fourth Street
    Winston-Salem, NC 27101
 5

 6  MR. MICHAEL T. MORLOCK
    KILPATRICK TOWNSEND & STOCKTON LLP
 7  1100 Peachtree Street, NE
    Suite 2800
 8  Atlanta, GA 30309

 9
    MS. TAYLOR J. PFINGST
10  KILPATRICK TOWNSEND & STOCKTON LLP
    Two Embarcadero Center, Suite 1900
11  San Francisco, CA 94111

12
    MS. MELISSA R. SMITH
13  GILLAM & SMITH, LLP
    303 South Washington Avenue
14  Marshall, TX 75670

15

16  FOR THE DEFENDANT:

17

18  MR. MICHAEL J. SACKSTEDER
    MR. BRYAN A. KOHM
19  MR. CHRISTOPHER L. LARSON
    MS. SHANNON E. TURNER
20  FENWICK & WEST LLP
    555 California Street, 12th Floor
21  San Francisco, CA 94104

22
    MR. GEOFFREY R. MILLER
23  FENWICK & WEST LLP
    902 Broadway, Suite 14
24  New York, NY 10010

25
```

```
 1  FOR THE DEFENDANT:

 2
    MS. JESSICA M. KAEMPF
 3  MR. JONATHAN T. MCMICHAEL
    FENWICK & WEST LLP
 4  1191 Second Ave., 10th Floor
    Seattle, WA 98101
 5

 6  MR. DERON DACUS
    THE DACUS FIRM, P.C.
 7  821 ESE Loop 323, Suite 430
    Tyler, TX 75701
 8

 9

10

11

12  COURT REPORTER:    Ms. Shelly Holmes, CSR, TCRR
                       Official Court Reporter
13                     United States District Court
                       Eastern District of Texas
14                     Marshall Division
                       100 E. Houston
15                     Marshall, Texas  75670
                       (903) 923-7464
16

17
    (Proceedings recorded by mechanical stenography, transcript
18  produced on a CAT system.)

19

20

21

22

23

24

25
```

|          |    |                                                                   |
|----------|----|-------------------------------------------------------------------|
|          | 1  | P R O C E E D I N G S                                             |
| 09:51:59 | 2  | (Jury out.)                                                       |
| 09:51:59 | 3  | COURT SECURITY OFFICER:  All rise.                                |
| 09:52:00 | 4  | THE COURT:  Be seated, please.                                    |
| 09:52:19 | 5  | All right.  Counsel, I've received the following                  |
| 09:53:24 | 6  | note from the jury:  We have reached a verdict.                   |
| 09:53:26 | 7  | Signed by Rachel Leathers, who, as I recall, is                   |
| 09:53:31 | 8  | Juror No. 7, and who, I assume, is the foreperson of the          |
| 09:53:35 | 9  | jury.  It's dated with today's date.                              |
| 09:53:40 | 10 | And I'll hand the original note to the courtroom                  |
| 09:53:43 | 11 | deputy to be included in the papers of this case.                 |
| 09:53:47 | 12 | I'm about to bring in the jury and receive the                    |
| 09:53:49 | 13 | verdict from them.                                                |
| 09:53:51 | 14 | Is there anything from either Plaintiff or                        |
| 09:53:52 | 15 | Defendant that needs to be raised with the Court before I         |
| 09:53:55 | 16 | proceed to bring in the jury?                                     |
| 09:53:57 | 17 | MS. SMITH:  No, Your Honor.                                       |
| 09:54:01 | 18 | MR. DACUS:  No, Your Honor.                                       |
| 09:54:03 | 19 | THE COURT:  All right.  Let's bring in the jury,                  |
| 09:54:06 | 20 | please, Mr. Fitzpatrick.                                          |
| 09:54:07 | 21 | COURT SECURITY OFFICER:  All rise.                                |
| 09:54:08 | 22 | (Jury in.)                                                        |
| 09:54:27 | 23 | THE COURT:  Please be seated.                                     |
| 09:54:27 | 24 | Welcome back, ladies and gentlemen of the jury.                   |
| 09:54:35 | 25 | I understand that the jury has reached a verdict,                 |

```
09:54:40   1  and I understand, Ms. Leathers, that you are the foreperson
09:54:43   2  of the jury; is that correct?
09:54:44   3             THE FOREPERSON:  Yes, sir.
09:54:45   4             THE COURT:  Would you please hand the signed and
09:54:47   5  dated verdict form to the Court Security Officer, who will
09:54:49   6  bring it to me?
09:54:51   7             Ladies and gentlemen of the jury, I'm going to
09:55:43   8  announce the verdict at this time, and I'd like each member
09:55:46   9  of the jury to listen very carefully as I announce the
09:55:49  10  verdict into the record.  Because after I've done that, I'm
09:55:52  11  going to ask each of you if this is your verdict so that we
09:55:55  12  can confirm on the record that it is, in fact, the
09:55:58  13  unanimous verdict of all eight members of the jury.
09:56:01  14             Turning to the verdict form.  The first question
09:56:10  15  in the verdict form is located on Page 4 thereof.
09:56:14  16             Question 1 is:  Did GREE prove by a preponderance
09:56:17  17  of the evidence that Supercell infringed any of the
09:56:20  18  asserted claims?
09:56:20  19             The answer from the jury to Question 1 is:  Yes.
09:56:25  20             Turning to Question 5 -- excuse me, Page 5 where
09:56:31  21  Question 2 of the verdict is located.
09:56:35  22             Did Supercell prove by clear and convincing
09:56:37  23  evidence that any of the following asserted claims are
09:56:40  24  invalid?
09:56:41  25             Each of the listed claims thereunder for the
```

```
09:56:48   1  asserted claims of the patents-in-suit the jury has
09:56:51   2  supplied the same answer across the board, and that answer
09:56:55   3  is:  No.
09:56:55   4          Turning to Page 6 of the verdict form wherein
09:57:03   5  Question 3 is located.
09:57:05   6          Did GREE prove by a preponderance of the evidence
09:57:07   7  that Supercell willfully infringed any of the asserted
09:57:11   8  claims that you found were infringed?
09:57:13   9          The jury's answer is:  Yes.
09:57:17  10          Turning to Page 7 of the verdict form wherein
09:57:25  11  Question 4A is located.
09:57:26  12          What sum of money, if any, paid now in cash has
09:57:30  13  GREE proven by a preponderance of the evidence would
09:57:32  14  compensate GREE for its damages resulting from
09:57:36  15  infringement?
09:57:37  16          The jury's answer is:  $8,500,000.00.
09:57:46  17          Turning to Question 4B located on Page 8 of the
09:57:52  18  verdict form.
09:57:55  19          Is the total amount that you awarded in
09:57:57  20  Question 4A a lump sum representing damages for past and
09:58:00  21  future sales, or is the amount you awarded in Question 4A a
09:58:06  22  reasonable royalty for past sales only?
09:58:09  23          The jury's answer is:  Lump sum.
09:58:13  24          Turning to Page 9, which is the final page of the
09:58:18  25  verdict form.
```

```
09:58:20   1              I find that the verdict is dated with today's
09:58:22   2   date, September the 18th, 2020.  And it is signed by
09:58:27   3   Ms. Rachel Leathers as foreperson of the jury.
09:58:29   4              Ladies and gentlemen of the jury, let me poll you
09:58:35   5   at this time to make sure that this verdict reflects the
09:58:38   6   unanimous decision of all eight members of the jury.
09:58:41   7              If this is your verdict as I have read it, would
09:58:45   8   you please stand?
09:58:47   9              (Jury polled.)
09:58:55  10              THE COURT:  Thank you.  Please be seated.
09:58:56  11              Let the record reflect that all eight members of
09:59:01  12   the jury immediately rose and stood in response to the
09:59:03  13   Court's question to poll the jury.
09:59:05  14              Accordingly, the Court finds that this is the
09:59:07  15   unanimous verdict of all eight members of the jury.  The
09:59:10  16   Court accepts the verdict, and I will deliver the original
09:59:14  17   signed verdict to the court -- to the courtroom deputy.
09:59:17  18              Ladies and gentlemen, this now completes the trial
09:59:23  19   of this case.  From the very beginning, I have instructed
09:59:27  20   you time after time not to discuss this case with anyone,
09:59:32  21   not to communicate about it in any way, and not to discuss
09:59:36  22   it among yourselves until you retired to deliberate on this
09:59:39  23   verdict.
09:59:39  24              I'm releasing you from that instruction and that
09:59:43  25   requirement.  I'm releasing you from all the requirements
```

```
09:59:46   1  related to your service as jurors, and I'm discharging you
09:59:50   2  as the jury in this case.
09:59:52   3         I want you to understand, ladies and gentlemen,
09:59:56   4  that in this -- in this court, there has been a practice
10:00:01   5  for decades -- it was in place when I got here in 1981 as a
10:00:07   6  brand new lawyer -- that when a jury is discharged from a
10:00:11   7  trial in this court, that the lawyers and the witnesses and
10:00:16   8  the parties are not permitted to initiate a conversation or
10:00:20   9  make contact with the members of the jury to discuss or
10:00:24  10  inquire about the process of the trial or their service as
10:00:28  11  jurors.
10:00:29  12         That means they're not going to talk to you.
10:00:31  13  They're not going to call you.  They're not going to stop
10:00:34  14  you and start a conversation.
10:00:37  15         However, now that you have been discharged and
10:00:39  16  this trial is over and I have accepted the verdict, you are
10:00:42  17  completely free to talk to anybody about this trial and
10:00:47  18  your experience and your thinking, if you'd like to.
10:00:53  19  You're free not to.  It is 100 percent your decision.
10:00:55  20         Now, when I got here years ago and this practice
10:00:59  21  was in place, what always happened was that when the jury's
10:01:04  22  verdict was received and they were discharged, the lawyers
10:01:07  23  immediately beat a path outside the courthouse and stood at
10:01:12  24  the end of the front steps so the jury would have to walk
10:01:15  25  right by them to leave the building and get to their cars,
```

10:01:20   1  hoping that the jury -- some members of the jury would stop
10:01:23   2  and talk to them on the sidewalk about their service as
10:01:28   3  jurors.  That was one of my jobs to get there first and get
10:01:31   4  in a good position so that people would have to walk right
10:01:35   5  by me.
10:01:36   6          I've added a little bit of a twist to that.  I've
10:01:39   7  asked the parties before the trial started to give me cell
10:01:43   8  phone numbers for representatives of both the Plaintiff and
10:01:45   9  the Defendant, and I have those cell phone numbers written
10:01:48  10  on pieces of paper, and I'm going to pass them out to you
10:01:51  11  in a minute.
10:01:52  12          That means they don't have to stand out in the
10:01:55  13  front of the courthouse and hope that you'll stop today and
10:01:57  14  visit with them.  They may still do that, but, again, it's
10:02:01  15  your decision whether you want to enter into a conversation
10:02:04  16  with anybody about the trial or not.
10:02:07  17          But take those phone numbers home with you.  And
10:02:11  18  if tomorrow, next week, a month from now you decide that
10:02:14  19  you would like to talk to somebody about your experience on
10:02:18  20  either the Plaintiff's side or the Defendant's side, you're
10:02:21  21  free to dial those cell phone numbers and talk to them, and
10:02:23  22  I guarantee you, they'll take the call.  But if you don't
10:02:26  23  want to, you don't have to.
10:02:28  24          But by giving you these cell phone numbers, it
10:02:31  25  takes a little bit of the immediate pressure off of

```
10:02:34   1  everybody feeling like I either have to stop and talk right
10:02:38   2  now, or I'll never get to talk to these people again.  This
10:02:42   3  way it makes it so that you can make that call in your own
10:02:45   4  time, at your own convenience.  If you do it, great.  If
10:02:49   5  you don't do it, great.  Again, it is 100 percent up to
10:02:52   6  you.
10:02:53   7            None of these folks on either the Plaintiff's side
10:02:56   8  or the Defendant's side, as much as they may want to know
10:02:59   9  what you think and how they can do a better job in the
10:03:02  10  future, as much as they may want to hear from you, they are
10:03:05  11  not going to contact you, and they are not going to stop
10:03:08  12  you or initiate a conversation with you.  It's up to you,
10:03:11  13  100 percent.
10:03:12  14            Also, ladies and gentlemen, I have to tell you how
10:03:17  15  much the Court appreciates your service in this case.
10:03:21  16  Every one of you have been extremely attentive throughout
10:03:24  17  the entire trial.  I suspect that these juror notebooks
10:03:29  18  that you've left in the jury room are filled with notes.
10:03:32  19            And, by the way, I want to tell you, those
10:03:35  20  notebooks will be picked up by the Court as soon as you
10:03:38  21  leave, and every page will be shredded in there.  None of
10:03:42  22  that material will be retained or copied.
10:03:44  23            But I'm confident you've filled them up with
10:03:48  24  notes, and I've seen you taking notes throughout the trial,
10:03:51  25  and I've walked you make eye contact with the witnesses and
```

10:03:53  1  the lawyers and attentively follow the evidence.
10:03:56  2          And I can't tell you how important that is. I
10:03:58  3  can't tell you how much the Court as an institution
10:04:01  4  appreciates the service that I've seen you render over the
10:04:04  5  last week in this trial, because, quite honestly, you've
10:04:08  6  done what juries are supposed to do, and you've done it
10:04:11  7  well. And it's not easy, and it requires a very real
10:04:15  8  personal sacrifice on your part. And the Court appreciates
10:04:19  9  that.
10:04:20 10          And I -- I know that I speak for not only the
10:04:24 11  Court and myself personally, but each member of our staff,
10:04:27 12  all the Plaintiff's people, all the Defendant's people,
10:04:30 13  everybody associated with this trial on either side
10:04:33 14  appreciates the sacrifice that you've made and the very
10:04:38 15  real public service that you've rendered to your country.
10:04:41 16          Ordinarily, ladies and gentlemen, when we're not
10:04:45 17  in the middle of a global pandemic, I would ask you to meet
10:04:49 18  me in the jury room at this point, and I would come in
10:04:52 19  there, and I would shake each hand and look each one in the
10:04:55 20  eye and personally tell you how much we thank you for the
10:04:58 21  service you've rendered. But given the current public
10:05:05 22  health environment, I'm not going to do that.
10:05:07 23          I do have a letter of thanks that I've prepared
10:05:09 24  and signed for each of you. I do have a certificate from
10:05:14 25  the Court verifying your service as a juror in this case.

```
10:05:16   1  And I'd like to -- I would otherwise bring these in and
10:05:21   2  hand them to you when I thanked you in person in the jury
10:05:23   3  room, but in light of current circumstances, I'm not going
10:05:27   4  to do that.
10:05:28   5         I'm going to pass them out to you from here at
10:05:31   6  this point, if you will allow me, and I'm going to
10:05:34   7  paperclip these phone numbers for the lawyers on each side
10:05:36   8  of the case to this envelope so you'll have that if you
10:05:39   9  want to use it in the future.
10:05:40  10         The first one I have is for Ms. Smith, Juror
10:05:44  11  No. 1.
10:05:44  12         Ms. Smith, thank you so much for your service.
10:05:47  13         Next is Ms. Adams, Juror No. 2.
10:05:56  14         Thank you, Ms. Adams.
10:05:57  15         Next is Ms. Derrick, Juror No. 3.
10:06:09  16         Thank you, Ms. Derrick.
10:06:13  17         Next is Ms. McCoy, Juror No. 4.
10:06:21  18         Thank you, Ms. McCoy.
10:06:23  19         Next is Ms. Brown, Juror No. 5.
10:06:35  20         Thank you, Ms. Brown.
10:06:41  21         Next is our lone gentleman on the jury, Mr. Cato,
10:06:55  22  Juror No. 6.
10:06:56  23         Thank you, Mr. Cato.
10:06:58  24         Next is Ms. Leathers, Juror No. 7 and our
10:07:10  25  foreperson.
```

```
10:07:10   1            Thank you, Ms. Leathers.
10:07:12   2            Next is Juror No. 8, Ms. Ball.  Last, but not
10:07:24   3  least.
10:07:24   4            Thank you, Ms. Ball.
10:07:25   5            MS. BALL:  Thank you.
10:07:26   6            THE COURT:  Again, ladies and gentlemen, thank you
10:07:28   7  so very much for your very real and important public
10:07:32   8  service.  The Court could not function as the Constitution
10:07:35   9  requires without folks like you doing exactly what you've
10:07:39  10  done in this case.  Thank you so very much.
10:07:42  11            I will tell you two other things, and then I'll
10:07:44  12  let you go.
10:07:45  13            Number one, if you have any questions about your
10:07:48  14  service, if you need any documentation for an employer, if
10:07:52  15  you have any questions, please see Ms. Clendening in the
10:07:55  16  clerk's office, and they will be more than happy to help
10:07:58  17  you with anything related to your service.
10:08:00  18            Number two, as you leave, if you'll go through the
10:08:03  19  jury room, unless you want to take it home with you, leave
10:08:07  20  that wonderful face shield there and anything else you have
10:08:11  21  with you, and we will dispose of everything.
10:08:13  22            Also, so you'll know, now that you've served on
10:08:17  23  this jury, your name comes out of the jury wheel, the
10:08:20  24  hopper, for two years.  You're not going to get called for
10:08:25  25  jury duty in federal court for the next 24 months.  After
```

```
10:08:30   1   24 months goes by, your name goes back in the hopper.
10:08:33   2           In that 24 months, the state court system might
10:08:37   3   summons you for jury duty; they may not.  I have no way of
10:08:42   4   knowing.  I have no control over that.  That's a completely
10:08:45   5   separate and parallel system.  So you might get called for
10:08:48   6   jury duty in a state court somewhere.  But you are not
10:08:51   7   going to get called for jury duty in federal court in this
10:08:56   8   district for two years.
10:08:56   9           Thank you, again, ladies and gentlemen.
10:09:00  10           The jury in this case is discharged.
10:09:02  11           COURT SECURITY OFFICER:  All rise.
10:09:10  12           (Jury out.)
10:09:20  13           THE COURT:  Counsel, that completes the trial of
10:09:22  14   this case.  Counsel, you are excused.
10:09:25  15           The Court stands in recess.
10:09:29  16           (Court is adjourned.)
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

```
 1                        CERTIFICATION

 2

 3         I HEREBY CERTIFY that the foregoing is a true and

 4   correct transcript from the stenographic notes of the

 5   proceedings in the above-entitled matter to the best of my

 6   ability.

 7

 8

 9    /S/ Shelly Holmes     _____          9/18/2020
     SHELLY HOLMES, CSR, TCRR                 Date
10   OFFICIAL REPORTER
     State of Texas No.: 7804
11   Expiration Date: 12/31/2020
```