**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| GREE, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:19-CV-00070-JRG |
| | § | CIVIL ACTION NO.  2:19-CV-00071-JRG |
| SUPERCELL, OY, | § | |
| | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

A jury trial commenced in this case on September 10, 2020, and on September 18, 2020, the jury reached and returned its unanimous verdict finding that Defendant Supercell Oy ("Supercell") willfully infringed one or more of Claim 2 of U.S. Patent No. 9,597,594, Claims 1, 2, and 15 of U.S. Patent No. 9,604,137, Claims 4 and 5 of U.S. Patent No. 9,956,481, Claims 5 and 7 of U.S. Patent No. 9,774,655, or Claims 8 and 10 of U.S. Patent No. 9,795,873 (collectively, the "Asserted Claims"), and separately finding that Claims 1, 2, and 15 of U.S. Patent No. 9,604,137, Claims 4 and 5 of U.S. Patent No. 9,956,481, Claims 5 and 7 of U.S. Patent No. 9,774,655, and Claims 8 and 10 of U.S. Patent No. 9,795,873 are not invalid.  (Dkt. No. 475.)

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Supercell did either directly or indirectly infringe one or more of the Asserted Claims;

2. Claims 1, 2, and 15 of U.S. Patent No. 9,604,137, Claims 4 and 5 of U.S. Patent No. 9,956,481, Claims 5 and 7 of U.S. Patent No. 9,774,655, and Claims 8 and 10 of U.S. Patent No. 9,795,873 are not invalid;

3. Supercell's infringement was willful;

4. Plaintiff GREE, Inc. is hereby awarded damages from and against Supercell and shall accordingly have and recover from Supercell the sum of $8,500,000.00 U.S. Dollars;

5. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Plaintiff GREE, Inc. is the prevailing party in this case and shall recover its costs from Supercell;

6. Pursuant to 35 U.S.C. § 284, the Court awards pre-judgment interest applicable to all sums awarded herein, at the prime rate, compounded quarterly, from February 27, 2019 until the date of the entry of this Judgment;

7. Pursuant to 28 U.S.C. § 1961, the Court awards post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid.

**So ORDERED and SIGNED this 28th day of October, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE