## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| GREE, INC., | § | The Honorable Rodney Gilstrap |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:19-cv-00070-JRG-RSP |
| v. | § | 2:19-cv-00071-JRG-RSP |
| | § | |
| SUPERCELL OY, | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |
| | § | |

### NOTICE OF DENIAL OF GREE'S REQUEST FOR REHEARING

Pursuant to this Court's Standing Order requiring Notice of Relevant Determinations from Related Proceedings in Cases Assigned to United States District Judge Rodney Gilstrap, Defendant Supercell Oy hereby provides notice of the Federal Circuit's decision regarding the invalidity of the lone asserted claim of U.S. Patent No. 9,597,594 ("the '594 patent").

On January 2, 2019, the Patent Trial and Appeal Board ("PTAB") issued a Final Written Decision in PGR2018-00008 ruling invalid claims 1, 8, and 10-20 of the '594 patent but finding claims 2-7 and 9 had not been shown to be unpatentable. *Supercell Oy v. Gree, Inc.*, Case No. PGR2018-00008, 2019 WL 80477, at *26 (P.T.A.B Jan. 2, 2019). GREE, Inc. ("GREE") appealed, and Supercell cross-appealed.

On November 19, 2020 the Federal Circuit Court of Appeals issued an opinion affirming the invalidity of claims 1, 8, and 10-20 and reversing the Board's decision as to claims 2-4 and 9. *GREE, Inc. v. Supercell Oy*, 834 Fed. Appx. 583, 590 (Fed. Cir. 2020). The Federal Circuit thereby ruled invalid claims 1-4 and 8-20 of the '594 patent, including claim 2, which is the only asserted claim of the '594 patent.

On January 22, 2021, GREE filed a Petition for Rehearing or Rehearing En Banc of the Federal Circuit's opinion.

On April 2, 2021, the Federal Circuit Court of Appeals denied GREE's Petition for Rehearing or Rehearing En Banc.  The Order denying GREE's Petition for Rehearing or Rehearing En Banc is attached hereto as **Exhibit A**.

Thus, the Federal Circuit has denied GREE's attempt to overturn the Federal Circuit's determination of invalidity of the lone asserted patent claim of the '594 patent.

Dated:  April 5, 2021        FENWICK & WEST LLP

By:  */s/ Michael J. Sacksteder*
Michael J. Sacksteder (Admitted E.D. Texas)
Bryan A. Kohm (Admitted E.D. Texas)
Shannon E. Turner (Admitted E.D. Texas)
Christopher L. Larson (Admitted E.D. Texas)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350
Email:    msacksteder@fenwick.com
bkohm@fenwick.com
sturner@fenwick.com
clarson@fenwick.com

Geoffrey Robert Miller
(Texas State Bar No. 24094847)
FENWICK & WEST LLP
801 California Street
Mountain View, California 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200
Email:    gmiller@fenwick.com

Jeffrey A. Ware (Admitted E.D. Texas)
Jonathan T. McMichael (Admitted E.D. Texas)
Jessica M. Kaempf (Admitted E.D. Texas)

2

FENWICK & WEST LLP
1191 Second Ave., 10th Floor
Seattle, Washington 98101
Telephone:     206.389.4510
Facsimile:       206.389.4511
Email:     jware@fenwick.com
                jmcmichael@fenwick.com
                jkaempf@fenwick.com

Deron R. Dacus
(Texas State Bar No. 00790553)
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone:     903.705.1117
Facsimile:       903.581.2543
Email:     ddacus@dacusfirm.com

*Attorneys for Defendant
Supercell Oy*

4

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail.

        */s/ Michael J. Sacksteder*
        Michael J. Sacksteder